NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

DOLORES Y. LEAL, SBN #134176
OLIVIA FLECHSIG, SBN #334880
ALLRED, MAROKO & GOLDBERG
6300 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA 90048
(323) 653-6530

ATTORNEY(S) FOR: PLAINTIFF, MARK SNOOKAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, AN INDIVIDUAL,<br><br>Plaintiff(s),<br>v.<br>CHEVRON USA, INC., a CALIFORNIA CORPORATION, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:23-cv-6302<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     PLAINTIFF, MARK SNOOKAL
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MARK SNOOKAL | PLAINTIFF |
| CHEVRON USA, INC. | DEFENDANT |

August 3, 2023                                         /s/ Dolores Leal
Date                                                         Signature

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF, MARK SNOOKAL

CV-30 (05/13)                                     NOTICE OF INTERESTED PARTIES