| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Dolores Y Leal, Esq \| SBN: Bar No.134176<br>ALLRED MAROKO & GOLDBERG<br>6300 Wilshire Blvd Suite 1500  Los Angeles, CA 90048<br><br>TELEPHONE NO.: (323) 653-6530 \| FAX NO. \| E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff: | FOR COURT USE ONLY |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 350 W. 1ST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF:  MARK SNOOKAL, an individual | CASE NUMBER: |
| DEFENDANT:  CHEVRON USA, INC., etc., et al. | 2:23-cv-06302-HDV(AJRx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>SNOOKAL/CHEVRON |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐  Summons
   b. ☑  Complaint
   c. ☐  Alternative Dispute Resolution (ADR) package
   d. ☐  Civil Case Cover Sheet
   e. ☐  Cross-complaint
   f. ☑  other (specify documents): **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CIVIL STANDING ORDER**

3. a. Party served (specify name of party as shown on documents served):
   **CHEVRON USA, INC., a California Corporation**

   b. ☑  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   **JENN BAUTISTA, CUSTOMER SERVICE LIAISON, AUTHORIZED TO ACCEPT - CSC-LAWYERS INCORPORATING SERVICE, AGENT FOR SERVICE OF PROCESS**

4. Address where the party was served:  **2710 Gateway Oaks Dr Ste 150N**
   **Sacramento, CA 95833-3502**

5. I served the party (check proper box)

   a. ☑  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 8/9/2023   (2) at (time): 10:21 AM

   b. ☐  **by substituted service.** On (date):  at  (time):  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):

      (1) ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

      (2) ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

      (4) ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on (date):  from (city):          **or** ☐ a declaration of mailing is attached.

      (5) ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/LA32042029** |

PETITIONER: **MARK SNOOKAL**, an individual

RESPONDENT: **CHEVRON USA, INC.**, etc., et al.

CASE NUMBER:
**2:23-cv-06302-HDV(AJRx)**

---

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*                                           (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **CHEVRON USA, INC., a California Corporation**
   under the following Code of Civil Procedure section:

| | |
|---|---|
| ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name: **D'Angelo Emiliano - ASAP Legal**

  b. Address: **1607 James M. Wood  Los Angeles, CA 90015**

  c. Telephone number: **(213) 252-2000**

  d. **The fee** for service was: **$ 161.25**

  e. I am:

  (1) ☐ not a registered California process server.

  (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

  (3) ☑ registered California process server:

    (i) ☐ owner ☐ employee ☑ independent contractor.

    (ii) Registration No.: **2022-030**

    (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/9/2023**

**ASAP Legal**
**1607 James M. Wood**
**Los Angeles, CA 90015**
**(213) 252-2000**
**www.asaplegal.com**

*ASAP LEGAL*

---

**D'Angelo Emiliano**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶

---