DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

Attorneys for Plaintiff.
MARK SNOOKAL

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone:   213.620.1780
Facsimile:   213.620.1398
E-mail:      tkennedy@sheppardmullin.com
             rmussig@sheppardmullin.com

LINDA Z. SHEN, Cal Bar No. 294039
501 W. Broadway, 18th Floor
San Diego, CA  92101-3598
Telephone:   619.338.6500
Facsimile:   619.234.3815
Email:       lshen@sheppardmullin.com

Attorneys for Defendant.
CHEVRON USA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-06302-HDV-AJR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  August 9, 2023<br>Current response date:  August 30, 2023<br>New response date: September 19, 2023 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 8-3, Plaintiff Mark Snookal ("Plaintiff") and Defendant Chevron USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his Complaint on August 3, 2023 (ECF No. 1);

WHEREAS, the Complaint was personally served on Defendant on August 9, 2023 (ECF No. 9);

WHEREAS, counsel for Defendant was recently retained, and first conferred with Plaintiff's counsel about Plaintiff's claims on August 22, 2023;

WHEREAS, Defendant has been diligently investigating the matter so as to prepare a response, but needs more time to complete its investigation;

NOW, THEREFORE, the Parties hereby stipulate and agree through their respective counsel as follows: Defendant's deadline to file an answer to Plaintiff's Complaint shall be extended by twenty (20) days, from August 30, 2023 to September 19, 2023.

**IT IS SO STIPULATED.**

Dated:  August 23, 2023

       ALLRED, MAROKO & GOLDBERG

       By */s/ Dolores Y. Leal*
         DOLORES Y. LEAL
         OLIVIA FLECHSIG

         Attorneys for Plaintiff
         MARK SNOOKAL

1 | Dated:  August 23, 2023

2                           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

             By       */s/ Robert E. Mussig*
                          TRACEY A. KENNEDY
                          ROBERT E. MUSSIG
                          LINDA Z. SHEN

                          Attorneys for Defendant
                          CHEVRON USA, INC.

-3-  Case No. 2:23-cv-06302-HDV-AJR
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the foregoing document's content and have authorized me to affix their electronic signature on the foregoing document.

Dated:  August 23, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Robert E. Mussig*
TRACEY A. KENNEDY
ROBERT E. MUSSIG
LINDA Z. SHEN

Attorneys for Defendant
CHEVRON USA, INC.