SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone:  213.620.1780
Facsimile:  213.620.1398
E-mail:     tkennedy@sheppardmullin.com
             rmussig@sheppardmullin.com

LINDA Z. SHEN, Cal Bar No. 294039
501 W. Broadway, 18th Floor
San Diego, CA 92101-3598
Telephone:  619.338.6500
Facsimile:  619.234.3815
Email:      lshen@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHEVRON U.S.A. INC, a California Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-06302-HDV-AJR<br><br>**DEFENDANT'S CERTIFICATION AS TO INTERESTED PARTIES**<br><br>Complaint served: August 9, 2023 |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant Chevron U.S.A. Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Mark Snookal
2. Defendant Chevron U.S.A. Inc.
3. Chevron Corporation, parent company of Chevron U.S.A. Inc.

Dated:  September 22, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Tracey A. Kennedy
TRACEY A. KENNEDY
ROBERT E. MUSSIG
LINDA Z. SHEN

Attorneys for Defendant
CHEVRON U.S.A. INC.