UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  CV 23-06302-HDV-AJRx | Date  December 5, 2023 |
| Title  *Mark Snookal v. Chevron USA, Inc. et al* | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Dolores Leal | Tracey Kennedy |

**Proceedings:   SCHEDULING CONFERENCE AND ORDER SETTING PRETRIAL AND TRIAL SCHEDULE**

The Court held a Scheduling Conference with the parties on December 5, 2023.  Having considered the parties' proposed pre-trial and trial dates, the Court hereby sets the following schedule governing this case:

| Trial and Final Pretrial Conference Dates | Court Order |
|---|---|
| Jury Trial<br>(***Tuesday*** at 9:00 a.m.)<br>Estimated Duration: 6 Days | 2/4/2025 |
| Final Pretrial Conference ("FPTC") [L.R. 16]<br>(***Tuesday*** at 10:00 a.m.) | 1/14/2025 |
| Hearing on Motions In Limine | 1/7/2025 |
| **Event** | **Court Order** |
| Last Date to ***Hear*** Motion to Amend Pleadings /Add Parties | 2/1/2024 |

| Event | Court Order |
|---|---|
| Fact Discovery Cut-Off<br>**(no later than deadline for _filing_ dispositive motion)** | 8/13/2024 |
| Expert Disclosure (Initial) | 8/20/2024 |
| Expert Disclosure (Rebuttal) | 9/3/2024 |
| Expert Discovery Cut-Off | 9/17/2024 |
| Last Date to _**Hear**_ Motions | 10/29/2024 |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>• ADR Selection:<br>    [ ] 1. Magistrate Judge<br>    [ ] 2. Court's Mediation Panel<br>    [x] 3. Private Mediation | 12/3/2024 |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] _(court trial only)_<br>• Declarations containing Direct Testimony, if ordered _(court trial only)_ | 12/17/2024 |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions _(jury trial only)_<br>• Disputed Proposed Jury Instructions _(jury trial only)_<br>• Joint Proposed Verdict Forms _(jury trial only)_<br>• Joint Proposed Statement of the Case _(jury trial only)_<br>• Proposed Additional Voir Dire Questions, if any _(jury trial only)_<br>• Evidentiary Objections to Decls. of Direct Testimony _(court trial only)_ | 12/31/2024 |

For specific instructions on mandatory trial procedures, the Court refers counsel to the Court's **Civil Trial Order**.  Please read that Order carefully as the procedures may differ in some respects from the Local Rules.  It is the responsibility of the parties to maintain familiarity with the Civil Trial Order and any future amendments that the Court may issue by periodically checking the Court's website for the operative version.

**IT IS SO ORDERED.**


**cc: ADR Dept.**

Time: 09