1  DOLORES Y. LEAL (134176)
2  OLIVIA FLECHSIG (334880)
   ALLRED, MAROKO & GOLDBERG
3  6300 Wilshire Blvd. Suite 1500
4  Los Angeles, CA 90048-5217
   (323) 653-6530
5  dleal@amglaw.com
6  oflechsig@amglaw.com

7  **Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

8  (counsel for Defendant on next page)

9              UNITED STATES DISTRICT COURT
10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual, | CASE NO.: 2:23-cv-6302-HDV-AJR |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE THE SEPTEMBER 19, 2024 EXPERT DISCOVERY CUT-OFF AND THE OCTOBER 29, 2024 MOTION HEARING DEADLINE** |
| vs. | |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | District Judge: Hon. Hernan D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br>Action Filed: August 3, 2023<br>Trial Date: February 4, 2025 |
| Defendants. | |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
TRACEY A. KENNEDY (150782)
ROBERT E. MUSSIG (240369)
SARAH FAN (328282)
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
T: (213) 620-1780
tkennedy@sheppardmullin.com
rmussig@sheppardmullin.com
sfan@sheppardmullin.com

**Attorneys for Defendant CHEVRON USA, INC.**

Plaintiff Mark Snookal ("Plaintiff") and Defendant Chevron USA, Inc. ("Defendant") (collectively "Parties"), by through their respective attorneys of record, and pursuant to Federal Rule of Civil Procedure Rule 16(b)(4); Local Rule 7-1; and the Court's Civil Standing Order (Dkt 10) Section XIV, hereby stipulate to, and respectfully request, a continuance of the September 19, 2024 Expert Discovery Cut-Off and the October 29, 2024 Motion Hearing Deadline set forth in the Court's Scheduling Conference and Order Setting Pretrial and Trial Schedule (Dkt 19).

Parties are cognizant and respectful of the Court's Civil Trial Order which notes that the pretrial and trial dates set by the Court are firm and that stipulations to request a continuance "must contain a detailed factual showing of good cause and due diligence demonstrating the necessity for the continuance and a description of the parties' efforts taken to advance the litigation." (Court's Civil Trial Order at p. 18:8-13). The Parties believe such good cause for a continuance exists as follows, despite the due diligence of the Parties:

1. Under the existing schedule, Expert Discovery Cut-Off is on September 17, 2024, which is fewer than 30 days after Parties made their Initial Expert Disclosures on the ordered deadline of August 20, 2024. (See Dkt 19). Parties anticipate the need to take expert witness depositions and engage in document discovery related to these experts, which cannot reasonably be completed in fewer than 30 days. (Declaration of Olivia Flechsig in Support of Parties' Joint Stipulation to Continue the September 19, 2024 Expert Discovery Cut-Off and the October 29, 2024 Motion Hearing Deadline (hereinafter "Flechsig Decl.") at ¶ 3).

2. Under the existing schedule, the Last Date to Hear Motions is October 29, 2024. (See Dkt 19). Since the Court hears motions on Thursdays, the functional last day to hear motions is Thursday, October 24, 2024. Defendant e-mailed Plaintiff a Motion for Summary Judgment on August

22, 2024, intending to have Defendant's Motion heard on October 24, 2024. (Flechsig Decl. at ¶ 6). However, Plaintiff's counsel has a trial in another matter scheduled for October 24, 2024. (Id. at ¶ 7).

3. In addition, Parties are still meeting and conferring to find mutually agreeable dates for Plaintiff to take a handful of depositions. (Id. at ¶ 5). These depositions were noticed in July of 2024, in advance of the Court's Fact Discovery Cut-Off. (Id. at ¶ 5, Exhibit A). This discovery will be necessary for the disposition of Defendant's Motion for Summary Judgment. (Id. at ¶ 5).

4. Notwithstanding the outstanding discovery required, Parties have been working to advance this case. Discovery is well underway, and Parties have both propounded and answered written discovery requests; propounded and answered document requests; and have noticed and taken witness depositions. (Id. at ¶ 8). Parties also participated in private mediation on June 25, 2024, though settlement negotiations were not successful. (Id. at ¶ 9).

Therefore, in order to complete the outstanding discovery, including expert witness discovery, and to allow for the disposition of Defendant's Motion for Summary Judgment, Parties require additional time.

Parties have not requested any prior continuances in this case, and Parties anticipate that the requested continuances are not intended to disturb the current trial or pretrial filing dates. (Id. at ¶ 10).

For these reasons, the Parties respectfully request that the Court grant a continuance of the pretrial dates as follows:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Expert Discovery Cut-Off | September 17, 2024 | October 10, 2024 |
| Last Date to **_Hear_** Motions | October 29, 2024 | November 14, 2024 |

| | | |
|---|---|---|
| 1 | DATED:  August 29, 2024 | ALLRED, MAROKO & GOLDBERG |
| 2 | | |
| 3 | | |
| 4 | | By: ___/s/ Olivia Flechsig_____ |
| 5 | | DOLORES Y. LEAL<br>OLIVIA FLECHSIG |
| 6 | | Attorneys for Plaintiff, |
| 7 | | **MARK SNOOKAL** |
| 8 | | |
| 9 | DATED:  August 29, 2024 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | By: ___/s/ Sarah Fan_____ |
| 14 | | TRACEY A. KENNEDY<br>ROBERT E. MUSSIG |
| 15 | | SARAH FAN |
| 16 | | Attorneys for Defendant,<br>**CHEVRON U.S.A. INC.** |

5

**Attestation of Concurrence in the Filing**

The ECF filer, Attorney Olivia Flechsig, attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.