DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

**Attorneys for Plaintiff MARK SNOOKAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-6302-HDV-AJR<br><br>**DECLARATION OF OLIVIA FLECHSIG IN SUPPORT OF PARTIES' JOINT EX PARTE APPLICATION TO CONTINUE THE OCTOBER 29, 2024 MOTION HEARING DEADLINE AND RELATED DATES**<br><br>District Judge: Hon. Hernan D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br>Action Filed: August 3, 2023<br>Trial Date: February 4, 2025 |

---

1

DECLARATION OF OLIVIA FLECHSIG, ESQ. IN SUPPORT OF PARTIES' JOINT STIPULATION TO CONTINUE THE SEPTEMBER 19, 2024 EXPERT DISCOVERY CUT-OFF AND THE OCTOBER 29, 2024 MOTION HEARING DEADLINE

|   |   |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 |     A Limited Liability Partnership<br>    Including Professional Corporations |
| 3 | TRACEY A. KENNEDY (150782) |
| 4 | ROBERT E. MUSSIG (240369) |
| 5 | SARAH FAN (328282)<br>333 South Hope Street, 43rd Floor |
| 6 | Los Angeles, CA 90071-1422 |
| 7 | T: (213) 620-1780<br>tkennedy@sheppardmullin.com |
| 8 | rmussig@sheppardmullin.com |
| 9 | sfan@sheppardmullin.com |
| 10 | **Attorneys for Defendant CHEVRON USA INC.** |

DECLARATION OF OLIVIA FLECHSIG, ESQ. IN SUPPORT OF PARTIES' JOINT STIPULATION TO CONTINUE THE SEPTEMBER 19, 2024 EXPERT DISCOVERY CUT-OFF AND THE OCTOBER 29, 2024 MOTION HEARING DEADLINE

## **DECLARATION OF OLIVIA FLECHSIG, ESQ.**

1. I am an attorney at law licensed to practice before all courts of the State of California and am an Associate at the law firm of Allred, Maroko & Goldberg, attorneys of record for Plaintiff Mark Snookal ("Mr. Snookal" or "Plaintiff"). As such, I am familiar with the facts of this case. The following is true of my own personal knowledge, except where it is stated on information and belief. If called, I could and would competently testify thereto.

2. This declaration is submitted in support of Parties' Joint Stipulation to Continue the September 19, 2024 Expert Discovery Cut-Off and the October 29, 2024 Motion Hearing Deadline.

3. I anticipate the need to take expert witness depositions and engage in document discovery related to Defendant Chevron USA, Inc.'s ("Chevron") initial expert disclosures. I am informed that Chevron may also need to take expert witness depositions and engage in document discovery related to Plaintiff's expert disclosures. This is not something that Chevron and Mr. Snookal (collectively "Parties") could complete in the time allotted by the existing deadlines, because the time between the Initial Expert Disclosures and the Expert Discovery Cut-Off is fewer than 30 days.

4. On July 11, 2024, I caused Chevron's counsel to be served with Notices of Deposition for Andrew Powers ("Mr. Powers"), Dr. Eshiofe Asekomeh ("Dr. Asekomeh"), Dr. Scott Levy ("Dr. Levy"), Gia Lott ("Ms. Lott"), and Thalia Tse ("Ms. Tse"), in advance of the August 13, 2024 Fact Discovery Cut-Off.

5. Parties have been meeting and conferring to find mutually agreeable dates for these depositions, but schedules have not yet allowed for the completion of the depositions of Mr. Powers, Dr. Asekomeh, or Ms. Tse. For Plaintiff, testimony of these witnesses is key information for use in opposition to Chevron's Motion for Summary Judgment. Attached hereto as **Exhibit A** is a true and correct copy of Parties' email meet and confer efforts to schedule said depositions.

6. On Thursday, August 22, 2024 at 10:42 pm Pacific Time, we received an email from counsel for Chevron containing Chevron's Motion for Summary Judgment. Chevron intended to have the hearing on its Motion for Summary Judgment on October 24, 2024.

7. On October 24, 2024, both my colleague, Dolores Y. Leal, Esq. and I have a trial scheduled in the matter of *Dayse Leonor Ordonez-Bass v. Roberto Francisco Gallegos et al.* (Orange County Superior Court Case No. 30-2022-01281599-CU-OE-NJC).

8. To date, both Parties have propounded and answered written discovery requests; propounded and answered document discovery requests; and have noticed and taken witness depositions.

9. Parties also participated in private mediation on June 25, 2024, though settlement negotiations were not successful.

10. Parties have not requested any prior continuance in this case, and I am informed that we agree that the continuances requested are not intended to disturb the current trial or pretrial filing deadlines in this case.

11. On August 27, 2024, I met and conferred with Sarah Fan ("Ms. Fan"), counsel for Defendant Chevron USA, Inc. via video conference regarding whether they will stipulate to continuing Parties' existing Expert Discovery Cut-Off and Motion Hearing Deadline. On August 29, 2024, Ms. Fan emailed me to confirm Chevron's agreement to this effect.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed at Los Angeles, California on this 29th day of August, 2024.

_____
OLIVIA FLECHSIG, ESQ.