# EXHIBIT A

**Olivia Flechsig**

| | |
|---|---|
| **From:** | Olivia Flechsig |
| **Sent:** | Wednesday, August 28, 2024 2:33 PM |
| **To:** | Robert Mussig |
| **Cc:** | Angie Paz; Josie Pena; Dolores Leal; Tracey Kennedy; Sarah Fan |
| **Subject:** | RE: MARK SNOOKAL v. CHEVRON USA INC. |

Hi Robert,

That will be fine. We will plan to take Ms. Tse and Mr. Power's depositions remotely then. Please let us know their upcoming availability ASAP.

Best,
Olivia

---

**From:** Robert Mussig <RMussig@sheppardmullin.com>
**Sent:** Wednesday, August 28, 2024 6:54 AM
**To:** Olivia Flechsig <oflechsig@amglaw.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>; Dolores Leal <dleal@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

A 9:30 start time is fine but he may need accommodations due to the time difference, e.g., an early lunch.

Ms. Tse and Mr. Powers are both in Texas.

**Robert Mussig** | Partner
+1 213-617-5558 | direct
RMussig@sheppardmullin.com | Bio

**Sheppard**Mullin
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Olivia Flechsig <oflechsig@amglaw.com>
**Sent:** Monday, August 26, 2024 2:05 PM
**To:** Robert Mussig <RMussig@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>; Dolores Leal <dleal@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

We first noticed Dr. Levy's deposition with a 9:30 am start time on July 11th, then changed the date to accommodate his schedule over three weeks ago. Unfortunately we are not able to start his deposition at 7 am, and we will need to stick with the 9:30 am start time.

**EXHIBIT A/1**

For Thalia Tse and Andrew Powers, where are they located out of state? We would like to know their locations before deciding whether to take their depositions remotely.

Thank You,
Olivia

Olivia Flechsig, Esq.
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90048
(323) 653-6530
(323) 653-1660, Facsimile

New York Office
305 Broadway, Suite 607
New York, NY 10007
www.amglaw.com
oflechsig@amglaw.com

---

**From:** Robert Mussig <RMussig@sheppardmullin.com>
**Sent:** Thursday, August 22, 2024 2:11 PM
**To:** Olivia Flechsig <oflechsig@amglaw.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>; Dolores Leal <dleal@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

We will let Ms. Lott know we can assume her deposition will be remote.

Also, Dr. Levy needs to start early – can we start his deposition at 7 am?

**Robert Mussig** | Partner
+1 213-617-5558 | direct
RMussig@sheppardmullin.com | Bio

**SheppardMullin**
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Olivia Flechsig <oflechsig@amglaw.com>
**Sent:** Thursday, August 22, 2024 1:14 PM
**To:** Robert Mussig <RMussig@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>; Dolores Leal <dleal@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Let's assume for the time being that Gia Lott's deposition will be going forward remotely, but I want to reserve our right to do it in-person if Dolores feels otherwise. If that is the case and we decide to have it go forward remotely, and it won't work with Ms. Lott's schedule, we can work with you on a new date if necessary.

Olivia Flechsig, Esq.
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Boulevard, Suite 1500

Los Angeles, CA  90048
(323) 653-6530
(323) 653-1660, Facsimile

New York Office
305 Broadway, Suite 607
New York, NY 10007
www.amglaw.com
oflechsig@amglaw.com

---

**From:** Robert Mussig <RMussig@sheppardmullin.com>
**Sent:** Thursday, August 22, 2024 8:44 AM
**To:** Olivia Flechsig <oflechsig@amglaw.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>; Dolores Leal <dleal@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

We will get additional dates from her in that same timeframe.  It would be helpful for planning purposes to be able to tell her the deposition will be remote.


**Robert Mussig** | Partner
+1 213-617-5558 | direct
RMussig@sheppardmullin.com | Bio

**Sheppard**Mullin
333 South Hope Street, 43rd Floor
Los Angeles,  CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Olivia Flechsig <oflechsig@amglaw.com>
**Sent:** Wednesday, August 21, 2024 3:51 PM
**To:** Robert Mussig <RMussig@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>; Dolores Leal <dleal@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Hi Robert,

Dolores is out so I will have to get back to you about the locations. We have another deposition on 9/5, are there any other upcoming dates Ms. Lott will be available?

Best,
Olivia

Olivia Flechsig, Esq.
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90048
(323) 653-6530
(323) 653-1660, Facsimile

3

**EXHIBIT A/3**

New York Office
305 Broadway, Suite 607
New York, NY 10007
www.amglaw.com
oflechsig@amglaw.com

---

**From:** Robert Mussig <RMussig@sheppardmullin.com>
**Sent:** Wednesday, August 21, 2024 2:53 PM
**To:** Olivia Flechsig <oflechsig@amglaw.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>; Dolores Leal <dleal@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Olivia,
I also realized you noticed Thalia Tse and Andrew Powers to go forward in person in Los Angeles.  They are both out of state as well.  Can you confirm those will be remote?  Thanks,

Rob

**Robert Mussig** | Partner
+1 213-617-5558 | direct
RMussig@sheppardmullin.com | Bio

**Sheppard**Mullin
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Robert Mussig <RMussig@sheppardmullin.com>
**Sent:** Wednesday, August 21, 2024 2:24 PM
**To:** Olivia Flechsig <oflechsig@amglaw.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>; Dolores Leal <dleal@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Hi Olivia,
Just wanted to let you know we're still waiting on dates for these three but we'll provide them as soon as possible.

Also, I misstated Gia Lott's availability.  She is <u>not</u> available on 9/3.  However, she is available on 9/5.  Will that work?  I apologize for the inconvenience.   Also, she is located in Houston.  Can you confirm you are taking her deposition remotely?  Thank you.

Rob

**Robert Mussig** | Partner
+1 213-617-5558 | direct
RMussig@sheppardmullin.com | Bio

**Sheppard**Mullin
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main

**EXHIBIT A/4**

www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Olivia Flechsig <oflechsig@amglaw.com>
**Sent:** Monday, August 12, 2024 2:51 PM
**To:** Robert Mussig <RMussig@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>; Dolores Leal <dleal@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Also, please let us know as soon as you can regarding the scheduling availability for Andrew Powers, Dr. Asekomeh, and Thalia Tse – we're still waiting to reschedule these.

Best,
Olivia

Olivia Flechsig, Esq.
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90048
(323) 653-6530
(323) 653-1660, Facsimile

New York Office
305 Broadway, Suite 607
New York, NY 10007
www.amglaw.com
oflechsig@amglaw.com

---

**From:** Olivia Flechsig
**Sent:** Monday, August 12, 2024 12:56 PM
**To:** 'Robert Mussig' <RMussig@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>; Dolores Leal <dleal@amglaw.com>; 'Tracey Kennedy' <TKennedy@sheppardmullin.com>; 'Sarah Fan' <SFan@sheppardmullin.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Dear Counsel,

To avoid any confusion, I wanted to confirm that you do not require updated depo notices for Dr. Levy's depo to go forward on August 30, 2024 and Ms. Lott's to go forward on September 3, 2024. Please let us know if you will require us to reissue amended notices that reflect the new dates. If we don't hear from you, we will assume it is not necessary.

Thank You,
Olivia

Olivia Flechsig, Esq.
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90048
(323) 653-6530
(323) 653-1660, Facsimile

**EXHIBIT A/5**

New York Office
305 Broadway, Suite 607
New York, NY 10007
[www.amglaw.com](www.amglaw.com)
[oflechsig@amglaw.com](oflechsig@amglaw.com)

---

**From:** Olivia Flechsig
**Sent:** Thursday, August 1, 2024 12:57 PM
**To:** Robert Mussig <RMussig@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>; Dolores Leal <dleal@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Dear Robert,

We will plan to take Dr. Levy's depo on August 30th and Ms. Lott's on September 3rd.

Best,
Olivia

Olivia Flechsig, Esq.
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90048
(323) 653-6530
(323) 653-1660, Facsimile

New York Office
305 Broadway, Suite 607
New York, NY 10007
[www.amglaw.com](www.amglaw.com)
[oflechsig@amglaw.com](oflechsig@amglaw.com)

---

**From:** Robert Mussig <RMussig@sheppardmullin.com>
**Sent:** Thursday, August 1, 2024 12:30 PM
**To:** Dolores Leal <dleal@amglaw.com>; Olivia Flechsig <oflechsig@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Yes that is fine.
Dr. Levy is available August 28, 29, or 30 and Gia Lott is available September 3, 4, or 5.  Let us know if any of those dates work for you. We are still working on the others.

**Robert Mussig** | Partner
+1 213-617-5558 | direct
RMussig@sheppardmullin.com | Bio

**Sheppard**Mullin
333 South Hope Street, 43rd Floor
Los Angeles,  CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

**EXHIBIT A/6**

**From:** Dolores Leal <dleal@amglaw.com>
**Sent:** Wednesday, July 31, 2024 5:37 PM
**To:** Robert Mussig <RMussig@sheppardmullin.com>; Olivia Flechsig <oflechsig@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

I forgot to remind you that discovery closes on 8/13/24, but I assume you're fine with having depos take place after that date since they were duly noticed.

Dolores Y. Leal
Pronouns: she/her
**ALLRED, MAROKO & GOLDBERG**
6300 Wilshire Blvd. Ste 1500
Los Angeles, CA 90048
323 653 6530
www.amglaw.com
dleal@amglaw.com



**From:** Dolores Leal
**Sent:** Wednesday, July 31, 2024 3:16 PM
**To:** Robert Mussig <RMussig@sheppardmullin.com>; Olivia Flechsig <oflechsig@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Thanks for the update Robert.

Dolores Y. Leal
Pronouns: she/her
**ALLRED, MAROKO & GOLDBERG**
6300 Wilshire Blvd. Ste 1500
Los Angeles, CA 90048
323 653 6530
www.amglaw.com
dleal@amglaw.com



**EXHIBIT A/7**



**From:** Robert Mussig <RMussig@sheppardmullin.com>
**Sent:** Wednesday, July 31, 2024 1:38 PM
**To:** Dolores Leal <dleal@amglaw.com>; Olivia Flechsig <oflechsig@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Hi Dolores,
We're still working on getting dates from our client. I understand you want to move forward. Thank you for your patience. I am hoping we can start providing dates today or tomorrow.

Rob

**Robert Mussig** | Partner
+1 213-617-5558 | direct
RMussig@sheppardmullin.com | Bio

**Sheppard**Mullin
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Dolores Leal <dleal@amglaw.com>
**Sent:** Monday, July 29, 2024 9:24 AM
**To:** Robert Mussig <RMussig@sheppardmullin.com>; Olivia Flechsig <oflechsig@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Good morning,

Following up on your email with dates for the individuals whose depositions we noticed.
Thank you.

Dolores Y. Leal
Pronouns: she/her
**ALLRED, MAROKO & GOLDBERG**
6300 Wilshire Blvd. Ste 1500
Los Angeles, CA 90048
323 653 6530

www.amglaw.com
dleal@amglaw.com

 



**From:** Robert Mussig <RMussig@sheppardmullin.com>
**Sent:** Monday, July 22, 2024 11:26 AM
**To:** Dolores Leal <dleal@amglaw.com>; Olivia Flechsig <oflechsig@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Thank you. We will get back to you with dates as soon as possible.

**Robert Mussig** | Partner
+1 213-617-5558 | direct
RMussig@sheppardmullin.com | Bio

**SheppardMullin**
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Dolores Leal <dleal@amglaw.com>
**Sent:** Monday, July 22, 2024 11:24 AM
**To:** Robert Mussig <RMussig@sheppardmullin.com>; Olivia Flechsig <oflechsig@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Cc:** Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Hello Robert,

Thank you for your email. Yes, we agree that the noticed dates are off calendar and we'll work to select dates which work for all.

Best,
Dolores

Dolores Y. Leal
Pronouns: she/her
**ALLRED, MAROKO & GOLDBERG**
6300 Wilshire Blvd. Ste 1500
Los Angeles, CA 90048
323 653 6530
www.amglaw.com
dleal@amglaw.com




9

**EXHIBIT A/9**



**From:** Robert Mussig <RMussig@sheppardmullin.com>
**Sent:** Monday, July 22, 2024 11:16 AM
**To:** Olivia Flechsig <oflechsig@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>
**Cc:** Dolores Leal <dleal@amglaw.com>; Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Hi Olivia,
We have not been able to nail down any dates with the witnesses. We are working with our client to do so but in the meantime it seems clear the noticed dates aren't going to work. Can we agree the noticed dates are off and we'll provide you new dates as soon as possible? Please let us know. Thanks,

Rob

**Robert Mussig** | Partner
+1 213-617-5558 | direct
RMussig@sheppardmullin.com | Bio

**Sheppard**Mullin
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Olivia Flechsig <oflechsig@amglaw.com>
**Sent:** Thursday, July 18, 2024 9:48 AM
**To:** Robert Mussig <RMussig@sheppardmullin.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Linda Shen <LShen@sheppardmullin.com>
**Cc:** Dolores Leal <dleal@amglaw.com>; Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** Re: MARK SNOOKAL v. CHEVRON USA INC.

We appreciate that, thanks Robert.

Get Outlook for iOS

**From:** Robert Mussig <RMussig@sheppardmullin.com>
**Sent:** Thursday, July 18, 2024 9:34:21 AM
**To:** Olivia Flechsig <oflechsig@amglaw.com>; Tracey Kennedy <TKennedy@sheppardmullin.com>; Linda Shen <LShen@sheppardmullin.com>
**Cc:** Dolores Leal <dleal@amglaw.com>; Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

We are working with our client to determine availability. We will let you know as soon as possible.

**Robert Mussig** | Partner
+1 213-617-5558 | direct
RMussig@sheppardmullin.com | Bio

**Sheppard**Mullin

**EXHIBIT A/10**

333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Olivia Flechsig <oflechsig@amglaw.com>
**Sent:** Thursday, July 18, 2024 9:32 AM
**To:** Tracey Kennedy <TKennedy@sheppardmullin.com>; Robert Mussig <RMussig@sheppardmullin.com>; Linda Shen <LShen@sheppardmullin.com>
**Cc:** Dolores Leal <dleal@amglaw.com>; Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** RE: MARK SNOOKAL v. CHEVRON USA INC.

Good Morning Counsel,

Can you please let us know as soon as possible whether these depositions will be going forward as noticed?

Thank You,
Olivia

Olivia Flechsig, Esq.
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90048
(323) 653-6530
(323) 653-1660, Facsimile

New York Office
305 Broadway, Suite 607
New York, NY 10007
www.amglaw.com
oflechsig@amglaw.com

---

**From:** Angie Paz <apaz@amglaw.com>
**Sent:** Thursday, July 11, 2024 12:35 PM
**To:** Tracey Kennedy <TKennedy@sheppardmullin.com>; Robert Mussig <RMussig@sheppardmullin.com>; Linda Shen <LShen@sheppardmullin.com>
**Cc:** Dolores Leal <dleal@amglaw.com>; Olivia Flechsig <oflechsig@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** MARK SNOOKAL v. CHEVRON USA INC.

Dear Counsel,

See attached correspondence dated today from Olivia Flechsig along with the following notices of deposition:

1. Dr. Scott Levy;
2. Dr. Eshiofe Asekomeh;
3. Gia Lott
4. Thalia Tse; and
5. Andrew Powers

**EXHIBIT A/11**

# ALLRED MAROKO GOLDBERG
JUSTICE | INTEGRITY | REPUTATION

Angie O. Paz / Legal Assistant
Dolores Y. Leal and Kirby F. Canon
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90048
(323) 653-6530
(323) 653-1660, Facsimile
apaz@amglaw.com
www.amglaw.com

_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you.

_____
_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you. _____

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. _____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you. _____

_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you. _____

_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you.

_____
_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you. _____

_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use,

forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you.

_____
_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you. _____
_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you.

_____
_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you. _____
_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you.

_____
_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you. _____
_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you.

_____
_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you. _____
_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to

**EXHIBIT A/13**

anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you. _____

_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you.

_____

_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you. _____

_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you.

_____

**EXHIBIT A/14**