LINK 22

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual, | ) CASE NO.: 2:23-cv-6302-HDV-AJR<br>)<br>)<br>) **[~~PROPOSED~~] ORDER GRANTING**<br>) **JOINT STIPULATION TO**<br>) **CONTINUE THE SEPTEMBER 19,**<br>) **2024 EXPERT DISCOVERY CUT-OFF**<br>) **AND THE OCTOBER 29, 2024**<br>) **MOTION HEARING DEADLINE**<br>)<br>) District Judge: Hon. Hernan D. Vera<br>) Magistrate Judge: Hon. A. Joel Richlin<br>) Action Filed: August 3, 2023<br>) Trial Date: February 4, 2025<br>)<br>)<br>)<br>) |
| Plaintiff, | |
| vs. | |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based on the joint stipulation of the Parties to continue the existing Expert Discovery Cut-Off and Motion Hearing Deadline, the Declaration and Exhibits submitted in support thereof, and good cause appearing therefor, the Court hereby grants the Parties' requested continuance and adopts the following new deadlines:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Expert Discovery Cut-Off | September 17, 2024 | October 10, 2024 |
| Last Date to **_Hear_** Motions | October 29, 2024 | November 14, 2024 |

**IT IS SO ORDERED.**

DATE: 9/3/24

_____
Honorable Hernan D. Vera
United States District Judge