SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone:   213.620.1780
Facsimile:    213.620.1398
E-mail:        tkennedy@sheppardmullin.com
                   rmussig@sheppardmullin.com
                   sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

Attorneys for Plaintiff
MARK SNOOKAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-6302-HDV-AJR<br><br>**JOINT STIPULATION TO CONTINUE THE NOVEMBER 14, 2024 MOTION HEARING DEADLINE**<br><br>District Judge: Hon. Hernán D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br><br>Action Filed: August 3, 2023<br>Trial Date: February 4, 2025 |

Plaintiff Mark Snookal ("Plaintiff") and Defendant Chevron USA, Inc. (Defendant") (collectively the "Parties"), by through their respective attorneys of record, and pursuant to Federal Rule of Civil Procedure Rule 16(b)(4); Local Rule 7-1; and the Court's Civil Standing Order (Dkt 10) Section XIV, hereby stipulate to, and respectfully request, a continuance of the November 14, 2024 Motion Hearing Deadline set forth in the Court's Scheduling Conference and Order Setting Pretrial and Trial Schedule ("Civil Trial Order," Dkt 19), as modified pursuant to the Court's Order on September 3, 2024 (Dkt 23).

The Parties are cognizant and respectful of the Court's Civil Trial Order which notes that the pretrial and trial dates set by the Court are firm and that stipulations to request a continuance "must contain a detailed factual showing of good cause and due diligence demonstrating the necessity for the continuance and a description of the parties' efforts taken to advance the litigation." (Civil Trial Order at p. 18:8-13.) The Parties believe such good cause for a continuance exists as follows, despite the due diligence of the Parties:

1. Under the existing schedule, the Motion Hearing Deadline is set for November 14, 2024, pursuant to the Court's Order (Dkt 23) granting the parties' Joint Stipulation to Continue the September 19, 2024 Expert Discovery Cut-Off and the October 29, 2024 Motion Hearing Deadline (Dkt 22).

2. Among other reasons, the Parties previously requested a continuance of the Motion Hearing Deadline to allow the Parties to find mutually agreeable dates for Plaintiff to take a handful of fact witness depositions. (Dkt 22-1, Declaration of Olivia Flechsig in Support of Parties' Joint Stipulation to Continue the September 19, 2024 Expert Discovery Cut-Off and the October 29, 2024 Motion Hearing Deadline [hereinafter "Flechsig Decl."], ¶ 5.) Two of these depositions have been set for September 13, 2024, and September

1  17, 2024. (Declaration of Sarah Fan in support of Parties' Joint Stipulation
2  to Continue the November 14, 2024 Motion Hearing Deadline [hereinafter
3  "Fan Decl."], ¶ 4.) The remaining deposition is of a doctor located in
4  Nigeria who has not been reachable because he will not be back in the office
5  until September 30, 2024. (*Id.*) Plaintiff believes this deposition is
6  necessary for the disposition of Defendant's Motion for Summary Judgment.
7  (Flechsig Decl. ¶ 5.)

8   3.  Notwithstanding the outstanding discovery required, the Parties have been
9       working to advance this case. Discovery is well underway, and the Parties
10      have both propounded and answered written discovery requests; propounded
11      and answered document requests; and have noticed and taken witness
12      depositions. (Fan Decl., ¶ 5.) The Parties have also exchanged expert
13      witness disclosures and reports. (*Id.*) The Parties made efforts to schedule
14      the remaining fact witness depositions as soon as possible but have not been
15      able to schedule the last remaining deposition due to availability of the
16      witness, who resides in Nigeria. (*Id.* at ¶ 4.)

17  Therefore, in order to complete the outstanding discovery, and to allow for the
18 disposition of Defendant's Motion for Summary Judgment, the Parties require additional
19 time.

20  The Parties requested one prior continuance in this case on September 3, 2024,
21 seeking a continuance of the Expert Discovery Cut-off and the Motion Hearing Deadline,
22 which this Court graciously granted on September 4, 2024. (Dkt 23.) In light of witness
23 unavailability for the remaining fact witness deposition, the Parties respectfully request
24 an adjustment to the Court's Order setting the Motion Hearing Deadline on December 5,
25 2024. The Parties intend that the requested continuance will not disturb the current trial
26 or pretrial filing dates. (Fan Decl., ¶ 6.)

27
28

For these reasons, the Parties respectfully request that the Court grant a continuance of the Motion Hearing Deadline as follows:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Last Date to **Hear** Motions | November 14, 2024 | December 5, 2024 |

Dated: September 12, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Sarah Fan
TRACEY A. KENNEDY
ROBERT E. MUSSIG
H. SARAH FAN

Attorneys for Defendant
CHEVRON U.S.A. INC.,
a Pennsylvania Corporation

Dated: September 12, 2024

ALLRED, MAROKO & GOLDBERG

By  /s/ Olivia Flechsig
DOLORES Y. LEAL
OLIVIA FLECHSIG

Attorneys for Plaintiff,
MARK SNOOKAL


# SIGNATURE ATTESTATION

Pursuant to the Central District of California Local Rule 5-4.3.4(a)(2)(i), I, the undersigned, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 12, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Sarah Fan*
TRACEY A. KENNEDY
ROBERT E. MUSSIG
H. SARAH FAN

Attorneys for Defendant
CHEVRON U.S.A. INC.,
a Pennsylvania Corporation