LINK 25

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-6302-HDV-AJR<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO CONTINUE THE NOVEMBER 14, 2024 MOTION HEARING DEADLINE**<br><br>District Judge: Hon. Hernán D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br><br>Action Filed: August 3, 2023<br>Trial Date: February 4, 2025 |

-1-

Based on the Joint Stipulation of the Parties to continue the existing Motion Hearing Deadline, the Declaration and Exhibits submitted in support thereof, and good cause appearing therefor, the Court hereby grants the Parties' requested continuance and adopts the following new deadline:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Last Date to **Hear** Motions | November 14, 2024 | December 5, 2024 |

**IT IS SO ORDERED.**

DATE: 9/16/24

Honorable Hernán D. Vera
United States District Court Judge