1  DOLORES Y. LEAL (134176)
2  OLIVIA FLECHSIG (334880)
   ALLRED, MAROKO & GOLDBERG
3  6300 Wilshire Blvd. Suite 1500
4  Los Angeles, CA 90048-5217
   (323) 653-6530
5  dleal@amglaw.com
6  oflechsig@amglaw.com

7  **Attorneys for Plaintiff MARK SNOOKAL**

8  (counsel for Defendant on next page)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MARK SNOOKAL, an individual, | ) CASE NO.: 2:23-cv-6302-HDV-AJR |
|---|---|
| Plaintiff, | ) **JOINT STIPULATION TO DISMISS PLAINTIFF MARK SNOOKAL'S THIRD CAUSE OF ACTION FOR AGE DISCRIMINATION** |
| vs. | |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | ) District Judge: Hon. Hernan D. Vera<br>) Magistrate Judge: Hon. A. Joel Richlin<br>) Action Filed: August 3, 2023<br>) Trial Date: February 4, 2025 |
| Defendants. | |

1
JOINT STIPULATION TO DISMISS PLAINTIFF MARK SNOOKAL'S THIRD CAUSE OF ACTION FOR AGE DISCRIMINATION

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
TRACEY A. KENNEDY (150782)
ROBERT E. MUSSIG (240369)
SARAH FAN (328282)
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
T: (213) 620-1780
tkennedy@sheppardmullin.com
rmussig@sheppardmullin.com
sfan@sheppardmullin.com

**Attorneys for Defendant CHEVRON USA, INC.**

1  Plaintiff Mark Snookal ("Plaintiff") and Defendant Chevron USA, Inc.
2  (Defendant") (collectively "Parties"), by through their respective attorneys of
3  record, hereby stipulate as follows:
4    1. Plaintiff agrees to dismiss with prejudice his third cause of action for age
5       discrimination.
6    2. Defendant agrees to waive any and all attorneys' fees and costs incurred
7       in the defense of this cause of action.

9  DATED: September 25, 2024    ALLRED, MAROKO & GOLDBERG

12  By:    /s/ Olivia Flechsig
        DOLORES Y. LEAL
13       OLIVIA FLECHSIG
14       Attorneys for Plaintiff,
        **MARK SNOOKAL**

17  DATED: September 25, 2024    SHEPPARD, MULLIN, RICHTER &
18                                                  HAMPTON LLP

20  By:    /s/ Sarah Fan
21       TRACEY A. KENNEDY
22       ROBERT E. MUSSIG
        SARAH FAN
23       Attorneys for Defendant,
24       **CHEVRON U.S.A. INC.**

**Attestation of Concurrence in the Filing**

The ECF filer, Attorney Olivia Flechsig, attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.