UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:23-cv-6302-HDV-AJR<br><br>**[PROPOSED] ORDER ENTERING PARTIES' JOINT STIPULATION TO DISMISS PLAINTIFF MARK SNOOKAL'S THIRD CAUSE OF ACTION FOR AGE DISCRIMINATION**<br><br>District Judge: Hon. Hernan D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br>Action Filed: August 3, 2023<br>Trial Date: February 4, 2025 |

[PROPOSED] ORDER ENTERING PARTIES' JOINT STIPULATION TO DISMISS PLAINTIFF MARK SNOOKAL'S THIRD CAUSE OF ACTION FOR AGE DISCRIMINATION

On the stipulation of the Parties, Plaintiff Mark Snookal's Third Cause of Action for Age Discrimination is hereby **DISMISSED WITH PREJUDICE**. Each side is to bear all of its own costs and attorneys' fees with respect to this cause of action.

**IT IS SO ORDERED.**

DATE: _____        _____
                                      Honorable Hernan D. Vera
                                      United States District Judge