LINK 27

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-6302-HDV-AJR<br><br>**[~~PROPOSED~~] ORDER ENTERING PARTIES' JOINT STIPULATION TO DISMISS PLAINTIFF MARK SNOOKAL'S THIRD CAUSE OF ACTION FOR AGE DISCRIMINATION**<br><br>District Judge: Hon. Hernan D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br>Action Filed: August 3, 2023<br>Trial Date: February 4, 2025 |

On the stipulation of the Parties, Plaintiff Mark Snookal's Third Cause of Action for Age Discrimination is hereby **DISMISSED WITH PREJUDICE**. Each side is to bear all of its own costs and attorneys' fees with respect to this cause of action.

**IT IS SO ORDERED.**

DATE: 9/27/24

_____
Honorable Hernan D. Vera
United States District Judge