SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
E-mail: tkennedy@sheppardmullin.com
rmussig@sheppardmullin.com
sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:23-cv-6302-HDV-AJR<br><br>**JOINT APPENDIX OF DECLARATIONS AND WRITTEN EVIDENCE RE DEFENDANT CHEVRON U.S.A. INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Notice of Motion; Joint Brief re Defendant's Motion for Summary Judgment; Defendant's Statement of Uncontroverted Facts and Genuine Disputes; and [Proposed] Judgment granting Defendant's Motion for Summary Judgment*]<br><br>Hearing: December 5, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 5B – 5th Floor<br>Judge: Hon. Hernán D. Vera<br><br>Action Filed: August 3, 2023<br>Trial Date: February 4, 2025 |

**JOINT APPENDIX OF DECLARATIONS AND WRITTEN EVIDENCE**

| Exhibit No. | Party | Description |
|---|---|---|
|  | Defendant | Declaration of Cotey Cswaykus |
|  | Defendant | Declaration of Dr. Scott Levy |
| A | Defendant | MSEA Location Clusters Table |
| B | Defendant | August 23, 2019 Email from Dr. Khan re Plaintiff's heart condition |
|  | Defendant | Declaration of Dr. Eshiofe Asekomeh |
| C | Defendant | Expatriate Exam Recommendations |
|  | Defendant | Declaration of Andrew Powers |
| D | Defendant | Chevron U.S.A.'s Equal Employment Opportunity Policy (HR Policy 400) |
|  | Defendant | Declaration of Robert E. Mussig |
| E | Defendant | Excerpts from the Transcript of Plaintiff's Deposition, taken on May 10, 2024 |
| E-1 | Defendant | Plaintiff's Expatriate Assignment Offer |
| E-3 | Defendant | Medical Suitability for Expatriate Assignment History & Physical Examination |
| E-4 | Defendant | July 29, 2019 doctor's note |
| E-5 | Defendant | Expatriate Exam Recommendations |
| E-6 | Defendant | August 29, 2019 email from S. Levy re Patient MS |
| E-7 | Defendant | September 16, 2019 email from S. Levy re medical |
| E-8 | Defendant | September 6, 2019 email from A. Powers re Rescinded Job Offer in Nigeria |
| E-10 | Defendant | September 5, 2019 email from A. Ruppert re Positions in 2H PDC |
| E-12 | Defendant | Job Description for El Segundo Operating Assistant |
| E-13 | Defendant | Job Description for El Segundo Routine Maintenance General Team Lead |
| E-17 | Defendant | Plaintiff's resignation letter |
| E-18 | Defendant | Plaintiff's termination paperwork |

| Exhibit No. | Party | Description |
|---|---|---|
| E-19 | Defendant | Plaintiff's Exit Interview |
|  | Defendant | Declaration of Sarah Fan |
| F | Defendant | Excerpts from the Transcript of Dr. Eshiofe Asekomeh's Deposition, taken on October 10, 2024 |
|  | Plaintiff | Declaration of Plaintiff Mark Snookal |
| 1 | Plaintiff | July 1, 2019 "Assignment Offer" letter |
| 2 | Plaintiff | July 24, 2019 MSEA exam of Mr. Snookal completed by Dr. Sobel |
| 3 | Plaintiff | July 29, 2019 letter from Dr. S. Khan Re: Mr. Snookal |
| 4 | Plaintiff | August 15, 2019 "Expatriate Exam Recommendations" |
| 5 | Plaintiff | August 23, 2019 and August 26, 2019 email thread between Dr. Khan and Dr. Levy Re: Mr. Snookal |
| 6 | Plaintiff | September 4, 2019 through September 6, 2019 email thread regarding Mark Snookal's disability discrimination complaint |
| 7 | Plaintiff | Chevron's "Physical Requirements and Working Conditions GO-308" for the REM Position |
| 8 | Plaintiff | September 16, 2019 email from Dr. Levy to Mr. Snookal |
| 9 | Plaintiff | August 4, 2021 letter of resignation from Mark Snookal |
| 10 | Plaintiff | "Voluntary Termination" Paperwork |
|  | Plaintiff | Declaration of Dr. Alexander Marmureanu |
| 11 | Plaintiff | Expert Report of Dr. Alexander Marmureanu |
|  | Plaintiff | Declaration of Olivia Flechsig |
| 12 | Plaintiff | Excerpts from the Transcript of Scott Levy, M.D.'s Deposition, taken on August 30, 2024 |
| 12-C | Plaintiff | August 23, 2019 E-mail from Dr. Khan to Dr. Levy |
| 12-D | Plaintiff | September 16, 2019 E-mail from Dr. Levy to Mr. Snookal |
| 12-E | Plaintiff | Expatriate Assignment History & Physical Examination Form for REM Position |
|  | Plaintiff | Declaration of Dolores Y. Leal |

| Exhibit No. | Party | Description |
|---|---|---|
| 13 | Plaintiff | Excerpts from the Transcript of Plaintiff Mark Snookal's Deposition, taken on May 10, 2024 |
| 14 | Plaintiff | Excerpts from the Transcript of Andrew Powers Deposition, taken on September 17, 2024 |
| 14-3 | Plaintiff | September 4, 2019 Email from Mark Snookal to Human Resources Manager Andrew Powers |
| 14-5 | Plaintiff | Andrew Powers Email to Mark Snookal Re: Medical Team Findings |
| 14-12 | Plaintiff | Email from Andrew Powers to medical team in Nigeria |
| 15 | Plaintiff | Excerpts from the Transcript of Dr. Eshiofe Asekomeh's Deposition, taken on October 10, 2024 |
| 15-2 | Plaintiff | Job Description for NMA EGTL Reliability Engineering Manager |
| 15-7 | Plaintiff | Dr. Asekomeh email thread with Nigerian cardiologists regarding Mark Snookal's medical report |
| 16 | Plaintiff | Excerpts from the Transcript of Thalia Tse's Deposition, taken on September 13, 2024 |
| 17 | Plaintiff | Andrew Powers' September 6, 2019 Email to Mark Snookal Re: Disability Complaint Findings |

Dated:  October 24, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Sarah Fan*
TRACEY A. KENNEDY
ROBERT E. MUSSIG
H. SARAH FAN

Attorneys for Defendant
CHEVRON U.S.A. INC.,
a Pennsylvania Corporation