# EXHIBIT A

## MSEA Location Clusters Table

| Category | Definitions | Locations list |
|---|---|---|
| A | * Health care infrastructure is well developed, and site is often used as a referral center.<br>* Has competent care in English in most or all sub-specialties, including non-clinical adjuncts such as speech therapy, developmental needs, etc.<br>* Endemic diseases are well controlled or not significant.<br>* Chevron maintains or has ready access to health care resources. | **Americas:** US onshore operations, San Ramon, Houston, Calgary, Vancouver, St. John<br>**AP:** Singapore, Australia (Perth based), Hong Kong, New Zealand<br>**EEMEA: UK** (all locations), **Belgium** (all locations), **Denmark** (all locations), **France** (all locations), **Italy** (all locations), **Netherlands** (all locations), **United Arab Emirates** (all locations), **Norway** (all locations), **Germany** (all locations), **Sweden** (all locations), **South Africa** (all locations), **Bahrain** (all locations), **Qatar** (all locations) |
| B | * Health care infrastructure is developed and site has resources for most advanced care.<br>* Some non-clinical adjunctive care may be available. English language may be limited. Endemic diseases are present but generally controlled.<br>* Chevron maintains or has ready access to good health care resources. | **Americas:** Argentina (Buenos Aires); Colombia (Bogota); Brazil (Rio de Janeiro),Trinidad (Port of Spain),<br>**AP:** Thailand (Bangkok, Rayong, Sirai Chi); South Korea (Seoul, Ulsan, Geoje), Philippines (Manila), China (Beijing, Shanghai), Japan Metropolitan; Malaysia (Kuala Lumpur); Pakistan Metropolitan<br>**EEMEA: Kuwait** (all locations), **Turkey** (all locations), **Russia** (all locations), **Poland** (all locations), **Saudi Arabia** (all locations) |
| C | * Health care infrastructure is partially developed and not always available.<br>* Advanced care is on an emergency-only basis because of concerns about access, competence, communications in English, medical culture, follow up, hygiene, etc.<br>* Few or no non-clinical adjunctive care resources are present.<br>* Endemic diseases may be present with irregular control.<br>* Chevron has limited internal health support and relies on limited external health care resources. | **Americas:** US offshore operations (Deepwater), Colombia (Riohacha); Argentina- Nuquen, Colombia –Rio Hacha, Guatemala, Panama, Mexico, Brazil Offshore, Kitimat (Canada)<br>**AP:** Australia (Barrow Island, Onslow, Dampier, Karratha, Thevenard Island & Wheatstone offshore); Bangladesh (Dhaka); China (Chengdu, Tianjin, Tanggu); Indonesia (Jakarta, Sumatra, Balikpapan); Malaysia (Lumut); Thailand (Songkla, Nakorn Srithammarat - NST, Offshore); Vietnam; India<br>**EEMEA: Angola** (Luanda); **Kazakhstan** (Atyrau, Almaty, Aktau, Astana), **Nigeria** (Lagos, Lekki, Abuja) , **Azerbaijan** (all locations), **Ghana** (Accra), **Iraq** (all locations), **Ukraine** (all locations), **Romania** (all locations), **Rep. of Congo** (Pointe Noire), **Morocco** (all locations), **Egypt** (all locations) |

CUSA000519

| | | |
|---|---|---|
| D | * Health care infrastructure is poorly developed.<br>* Care is available for basic needs and sometimes for diagnostics only.<br>* Endemic diseases may be present with poor control.<br>* Chevron has limited or no internal health support; external health care resources are unreliable. | **Americas:** Venezuela (Puerto La Cruz), El Salvador, Honduras, Venezuela (Maracaibo), Venezuela (Caracas).<br>**AP:** Bangladesh (Sylhet), China (Nanba, Zhuhai, Gaoqiao); Cambodia (Phnom Penh); Myanmar (Yangon)<br>**EEMEA: Nigeria** (Warri, Escravos) **Angola** (Ambriz, Cabinda, Lobito, Porto Amboim, Soyo), **Kazakhstan** (Tengiz, Aksai, Prorva, Bautino), **Liberia** (all locations), **Mauritania** (all locations), **Ghana** (Takotadi), **Rep of Congo** (all locations except Pointe Noire), **Sierra Leone** (all locations) |

| Version | Date | Created by | Updates |
|---|---|---|---|
| 0.1 | June 29, 2015 | Girlie Manlapaz | Created the location cluster table |
| 0.2 | October 14, 2015 | Sirisha Palla | Asia Pacific locations has been updated |
| 0.3 | July 5, 2016 | Sirisha Palla | Moved Venezuela (Caracas) & Venezuela (Maracaibo) from "C" location to "D" location. |
| 0.4 | September 13, 2016 | Sirisha Palla | EEMEA locations has been updated in all categories. |

CUSA000520