**DECLARATION OF ROBERT MUSSIG**

I, Robert Mussig, declare as follows:

1. I am an attorney licensed to practice law in California. I am a partner with the law firm Sheppard, Mullin, Richter & Hampton LLP, counsel of record for Defendant Chevron USA, Inc. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently to such facts under oath.

2. I took the deposition of Plaintiff Mark Snookal on May 10, 2024, and I am in possession of a certified copy of his deposition transcript. Attached hereto as **Exhibit E** is a true and correct copy of relevant excerpts from Plaintiff's deposition transcript. During his deposition, Plaintiff authenticated a number of documents – including documents that were marked as Exhibits 1, 3-8, 10, 12-13, and 17-19 at the deposition – that are each referenced in the concurrently filed Joint Brief re Motion for Summary Judgment and Statement of Uncontroverted Facts and Genuine Disputes. Those documents are attached hereto as **Exhibits E-1, E-3, E-4, E-5, E-6, E-7, E-8, E-10, E-12, E-13, E-17, E-18, and E-19:**

**Exhibit E-1:** Assignment Offer

**Exhibit E-3:** Medical Suitability for Expatriate Assignment History & Physical Examination

**Exhibit E-4:** July 29, 2019 doctor's note

**Exhibit E-5:** Expatriate Exam Recommendations

**Exhibit E-6:** August 29, 2019 email from S. Levy re Patient MS

**Exhibit E-7:** September 16, 2019 email from S. Levy re medical

**Exhibit E-8:** September 6, 2019 email from A. Powers re Rescinded Job Offer in Nigeria

**Exhibit E-10:** September 5, 2019 email from A. Ruppert re Positions in 2H PDC

**Exhibit E-12:** Job Description for El Segundo Operating Assistant

**Exhibit E-13:** Job Description for El Segundo Routine Maintenance General Team Lead

**Exhibit E-17:** Plaintiff's resignation letter

-1-

**Exhibit E-18:** Plaintiff's termination paperwork

**Exhibit E-19:** Plaintiff's Exit Interview

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on August 22, 2024, at Los Angeles, California.

_____
ROBERT MUSSIG