# EXHIBIT E

1              UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4

5   MARK SNOOKAL, an individual,     )
                                     )
6           Plaintiff,               )
                                     )
7       v.                           )   NO. 2:23-cv-6302-
                                     )       HDV-AJR
8   CHEVRON USA, INC., a California  )
    Corporation, and DOES 1 through  )
9   10, inclusive,                   )
                                     )
10          Defendants.              )
    _____)

11

12

13

14

15

16

17          Videotaped deposition of MARK JORDAN

18    SNOOKAL, Plaintiff, taken on behalf of Defendants

19    at 333 South Hope Street, 43rd Floor, Los Angeles,

20    California, commencing at 10:00 a.m. on Friday,

21    May 10, 2024, before John M. Taxter, Certified

22    Shorthand Reporter No. 3579 in and for the State

23    of California, a Registered Professional Reporter.

24

25

EXHIBIT E-1

```
 1    APPEARANCES OF COUNSEL:

 2

 3

 4    FOR PLAINTIFF MARK JORDAN SNOOKAL:

 5           ALLRED, MAROKO & GOLDBERG
             BY:  DOLORES Y. LEAL, Attorney at Law
 6           6300 Wilshire Boulevard, Suite 1500
             Los Angeles, California  90048-5217
 7           323.653.6530
             dleal@amglaw.com
 8

 9

10    FOR DEFENDANT CHEVRON USA, INC.:

11           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
             BY:  ROBERT E. MUSSIG, Attorney at Law
12           333 South Hope Street, 43rd Floor
             Los Angeles, California  90071-1422
13           213.620.1780
             rmussig@sheppardmullin.com
14
                     -and-
15
             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
16           BY:  LINDA Z. SHEN, Attorney at Law
             501 West Broadway, 18th Floor
17           San Diego, California  92101-3598
             619.338.6500
18           lshen@sheppardmullin.com

19

20

21    VIDEOGRAPHER:

22           GIGI FADICH

23

24

25
```

**EXHIBIT E-2**

| | | |
|---|---|---|
| 1 | that's all of them.  Oh, wait.  University of | 10:09:29 |
| 2 | North Dakota.  They were all remote courses. | 10:09:32 |
| 3 | Q    Did you ever get a college degree from | 10:09:38 |
| 4 | any of these schools? | 10:09:40 |
| 5 | A    I did not. | 10:09:41 |
| 6 | Q    Do you have a college degree today? | 10:09:41 |
| 7 | A    I do not. | 10:09:43 |
| 8 | Q    Are there any other -- do you have any | 10:09:47 |
| 9 | other certificates or specialized training or | 10:09:48 |
| 10 | education? | 10:09:52 |
| 11 | A    I have a SAFe certification which is for | 10:09:52 |
| 12 | product owner which I got on my own for a Chevron | 10:09:57 |
| 13 | project that I had. | 10:10:04 |
| 14 | Q    It's a -- a "state" certification? | 10:10:05 |
| 15 | A    No.  It's a -- like a -- a governing | 10:10:07 |
| 16 | body for Agile Computing.  It's -- it's like a | 10:10:18 |
| 17 | Microsoft certificate. | 10:10:23 |
| 18 | Q    Okay. | 10:10:24 |
| 19 | A    It's just a different organization. | 10:10:25 |
| 20 | Q    Any others? | 10:10:26 |
| 21 | A    No. | 10:10:26 |
| 22 | Q    I think you had mentioned you're | 10:10:28 |
| 23 | married. | 10:10:30 |
| 24 | Right? | 10:10:30 |
| 25 | A    I am. | 10:10:31 |

**EXHIBIT E-3**

| | | |
|---|---|---|
| 1 | Q    Anyone else? | 10:11:22 |
| 2 | A    I'm just thinking of the ones that | 10:11:28 |
| 3 | haven't retired yet.  Mario.  That's not his name. | 10:11:30 |
| 4 | Joseph Olvieros.  He goes by Mario.  That's it. | 10:11:42 |
| 5 | Q    Anyone else?  Were these all basically | 10:11:49 |
| 6 | peers of yours at -- at Chevron, or were they | 10:11:52 |
| 7 | supervisors? | 10:11:55 |
| 8 | A    They were primarily my direct reports, | 10:11:56 |
| 9 | except for Stewart Harwell. | 10:11:59 |
| 10 | Q    And what was he? | 10:12:01 |
| 11 | A    He was a peer. | 10:12:03 |
| 12 | Q    You, I think, started for -- working for | 10:12:07 |
| 13 | Chevron January 12, 2009. | 10:12:09 |
| 14 | Does that sound right? | 10:12:12 |
| 15 | A    Yeah. | 10:12:14 |
| 16 | Q    And just going back, why -- why did you | 10:12:15 |
| 17 | apply for a job at Chevron? | 10:12:18 |
| 18 | A    In 2008 I had a contracting company that | 10:12:25 |
| 19 | did process automation, and during the economic | 10:12:28 |
| 20 | downturn the contracts all dried up.  I was | 10:12:34 |
| 21 | working as a contractor at another oil facility at | 10:12:39 |
| 22 | the time, and my son was two years old, almost | 10:12:45 |
| 23 | three.  And after discussing it with my wife, we | 10:12:51 |
| 24 | decided not to go into contracting or to continue | 10:12:55 |
| 25 | contracting, and so I looked for permanent | 10:12:58 |

**EXHIBIT E-4**

| | | |
|---|---|---|
| 1 | for the job at Chevron? | 10:14:28 |
| 2 | A    I was unaware that I had a disability, | 10:14:30 |
| 3 | if I, in fact, had one at the time.  It had not | 10:14:33 |
| 4 | been diagnosed at that point. | 10:14:36 |
| 5 | Q    Okay.  And the disability we're talking | 10:14:38 |
| 6 | about is -- it's, I think, dilated aortic root; is | 10:14:39 |
| 7 | that -- | 10:14:39 |
| 8 | A    Correct. | 10:14:44 |
| 9 | Q    When was that diagnosed? | 10:14:45 |
| 10 | A    I believe it was 2014. | 10:14:47 |
| 11 | Q    And you -- you -- I'm not sure exactly | 10:14:53 |
| 12 | how you phrased it, but are you -- do you consider | 10:14:58 |
| 13 | that a disability? | 10:15:01 |
| 14 | A    I do, yeah. | 10:15:02 |
| 15 | Q    Okay. | 10:15:03 |
| 16 | A    I just meant that in 2009 I didn't -- it | 10:15:04 |
| 17 | could have been there, but I wouldn't have known | 10:15:08 |
| 18 | it. | 10:15:10 |
| 19 | How is that? | 10:15:12 |
| 20 | Q    I see.  And what job were you initially | 10:15:12 |
| 21 | hired into? | 10:15:15 |
| 22 | A    I was hired in as an analyzer engineer | 10:15:16 |
| 23 | in the "technical shared services department" I | 10:15:19 |
| 24 | believe it was called at the time. | 10:15:22 |
| 25 | Q    And what is an analyzer engineer? | 10:15:24 |

| | | |
|---|---|---|
| 1 | A    The oil refining business strives for | 10:15:30 |
| 2 | efficiency just like any other facility, and they | 10:15:39 |
| 3 | use online process analyzers which would be gas | 10:15:42 |
| 4 | "chromato" -- gas chromatographs, infrared | 10:15:45 |
| 5 | analyzers, chem luminescence; various different | 10:15:48 |
| 6 | technologies that are traditionally lab based, but | 10:15:59 |
| 7 | they're placed into the field to measure online | 10:16:02 |
| 8 | realtime data from the processes in the refinery. | 10:16:05 |
| 9 |         So an analyzer engineer would primarily | 10:16:09 |
| 10 | focus on either replacing existing systems or | 10:16:13 |
| 11 | installing new systems.  There's some amount of | 10:16:16 |
| 12 | assistance in maintaining the existing equipment | 10:16:21 |
| 13 | in that, you know, they're fairly complicated | 10:16:25 |
| 14 | systems and not always made right the first time. | 10:16:32 |
| 15 | So there's some modifications.  Also, process | 10:16:34 |
| 16 | changes can cause the systems to stop working.  So | 10:16:37 |
| 17 | it's, I would say, a typical engineering job in a | 10:16:41 |
| 18 | very specialty field -- | 10:16:46 |
| 19 | Q    Okay. | 10:16:48 |
| 20 | A    -- which is why they opened it up. | 10:16:48 |
| 21 | Q    And I think you held that position from | 10:16:50 |
| 22 | January, 2009, to March, 2011. | 10:16:53 |
| 23 |         Is that right? | 10:16:55 |
| 24 | A    That sounds right. | 10:16:56 |
| 25 | Q    And your Chevron pay salary grade was 21 | 10:16:58 |

**EXHIBIT E-6**

| | | |
|---|---|---|
| 1 | while you were in that position; correct? | 10:17:03 |
| 2 | A    Correct. | 10:17:04 |
| 3 | Q    Okay.  Can you just briefly explain | 10:17:05 |
| 4 | the -- the pay salary grade system, how that | 10:17:06 |
| 5 | works. | 10:17:10 |
| 6 | MS. LEAL:  As you understand it. | 10:17:11 |
| 7 | BY MR. MUSSIG: | 10:17:11 |
| 8 | Q    As you understand it, of course. | 10:17:12 |
| 9 | A    It isn't published, so it has to be | 10:17:14 |
| 10 | qualified with that.  Basically, the PSG is | 10:17:18 |
| 11 | defined as the grade of pay and responsibility | 10:17:22 |
| 12 | that a job entails.  They are basically pay | 10:17:29 |
| 13 | brackets.  But not every job has the same | 10:17:36 |
| 14 | responsibilities and the same pay bracket, if that | 10:17:40 |
| 15 | makes sense. | 10:17:44 |
| 16 | So an engineer might be paid the same as | 10:17:45 |
| 17 | a "mana" -- or a supervisor, even though their | 10:17:48 |
| 18 | responsibilities are very different.  Chevron | 10:17:50 |
| 19 | considers them to be in the same pay grade because | 10:17:53 |
| 20 | of the level of -- I don't know -- maybe | 10:17:55 |
| 21 | difficulty.  I'm not sure exactly how they decide | 10:18:03 |
| 22 | what -- what gets into a grade. | 10:18:07 |
| 23 | Q    Fair enough.  Is it -- is it -- so one | 10:18:09 |
| 24 | job title can have multiple PSGs; right? | 10:18:12 |
| 25 | A    Correct. | 10:18:15 |

```
 1        A    Correct.                          10:27:23

 2        Q    And your next job, I believe, was  10:27:26

 3   instrumentation, electrical, and analyzer   10:27:28

 4   reliability team lead; is that right?       10:27:31

 5        A    Yes.                              10:27:33

 6        Q    Okay.  And that's -- that's -- I've seen  10:27:33

 7   it written "IEAR team lead."                10:27:36

 8        A    Yes.                              10:27:38

 9        Q    Is that how it's referred to?     10:27:39

10        A    Yes.  Nobody wants to say that whole  10:27:40

11   thing, so --                               10:27:44

12        Q    It's a long -- it's a long job title.  10:27:45

13        A    Yeah.                             10:27:47

14        Q    And is that in the maintenance group --  10:27:48

15        A    It is --                          10:27:48

16        Q    -- or the maintenance department?  I  10:27:52

17   apologize.                                 10:27:54

18        A    It is in the maintenance department,  10:27:54

19   yeah.                                      10:27:56

20        Q    Okay.  So you moved back to the    10:27:56

21   maintenance department --                  10:27:58

22        A    Yes.                              10:27:58

23        Q    -- when you took that position?   10:27:59

24        A    Yeah.                             10:28:00

25        Q    And I think it's in the reliability  10:28:01
```

**EXHIBIT E-8**

| | | |
|---|---|---|
| 1 | subgroup. | 10:28:03 |
| 2 | Is that right? | 10:28:03 |
| 3 | A    That is correct. | 10:28:04 |
| 4 | Q    Then so at this point you had worked in | 10:28:06 |
| 5 | the maintenance department and in the engineering | 10:28:08 |
| 6 | group; is that right? | 10:28:12 |
| 7 | A    Yes. | 10:28:13 |
| 8 | Q    And you held that IEAR team lead | 10:28:16 |
| 9 | position from November of 2016 to November of | 10:28:19 |
| 10 | 2019; is that right? | 10:28:22 |
| 11 | A    Yes. | 10:28:22 |
| 12 | Q    Okay.   And did I already ask you this? | 10:28:26 |
| 13 | You were a PSG 22 in that position? | 10:28:28 |
| 14 | A    I was. | 10:28:32 |
| 15 | Q    And then I think that was around the | 10:28:34 |
| 16 | time of the Escravos which we'll get into in a | 10:28:38 |
| 17 | moment. | 10:28:43 |
| 18 | Is that right? | 10:28:43 |
| 19 | A    Yes, it was. | 10:28:43 |
| 20 | Q    Okay.   Now, you -- you were based out of | 10:28:44 |
| 21 | Chevron's El Segundo refinery throughout your time | 10:28:47 |
| 22 | with Chevron; correct? | 10:28:50 |
| 23 | A    That's correct. | 10:28:51 |
| 24 | Q    And your employer was Chevron USA, Inc.; | 10:28:53 |
| 25 | is that right? | 10:28:53 |

| | | |
|---|---|---|
| 1 | MS. LEAL:  And also at what time? | 10:32:14 |
| 2 | THE WITNESS:  Yeah.  I'd like you to be | 10:32:16 |
| 3 | more specific. | 10:32:17 |
| 4 | BY MR. MUSSIG: | 10:32:18 |
| 5 | Q    Sure.  So let -- let me come back to | 10:32:18 |
| 6 | that.  Why -- why don't we -- because I think it | 10:32:27 |
| 7 | comes up more.  I'm going to talk about Escravos | 10:32:35 |
| 8 | now because I think it makes more sense. | 10:32:40 |
| 9 | So you applied for a position in | 10:32:43 |
| 10 | Escravos, Nigeria; correct? | 10:32:49 |
| 11 | A    Correct. | 10:32:51 |
| 12 | Q    And that was in May, 2019; right? | 10:32:56 |
| 13 | A    Sounds right. | 10:33:00 |
| 14 | Q    And you were working in the position of | 10:33:01 |
| 15 | IEAR team lead at that point; right? | 10:33:04 |
| 16 | A    I was. | 10:33:06 |
| 17 | Q    And I have here that your supervisors | 10:33:06 |
| 18 | were Kit Deaver and Austin Ruppert. | 10:33:08 |
| 19 | Is that correct? | 10:33:13 |
| 20 | A    At the time that I applied it was Kit | 10:33:14 |
| 21 | Deaver.  During the entire process, they did | 10:33:15 |
| 22 | change leadership in that role to Austin Ruppert. | 10:33:19 |
| 23 | Q    And they -- and Kit Deaver endorsed you | 10:33:23 |
| 24 | for the REM position? | 10:33:27 |
| 25 | A    He did. | 10:33:29 |

**EXHIBIT E-10**

1      Q    And I -- I guess it's the reliability                    10:33:30

2    engineering manager position; right?                            10:33:32

3      A    Correct.                                                 10:33:32

4      Q    And that's abbreviated REM; right?                       10:33:35

5      A    Yes.                                                     10:33:37

6      Q    Is it REM or just REM?                                   10:33:38

7      A    I don't know how they said it in                         10:33:40

8    Nigeria, since I didn't go.                                     10:33:41

9      Q    Are you comfortable with REM or --                       10:33:44

10     A    That's fine.                                             10:33:47

11     Q    Okay.  Now -- now, at some point a                       10:33:48

12   doctor in Nigeria determined that you were                      10:33:51

13   medically unfit for the position; correct?                      10:33:54

14     A    Correct.                                                 10:33:56

15     Q    And prior to that do you think there was                 10:33:56

16   anyone at Chevron who did not want you to hold the              10:33:58

17   REM position?                                                   10:34:02

18     A    Not to my knowledge.                                     10:34:02

19     Q    And so you applied in May, and then                      10:34:05

20   around July, 2019, you were conditionally extended             10:34:07

21   a job offer for the REM position; correct?                      10:34:11

22     A    Correct.                                                 10:34:14

23          MR. MUSSIG:  And let's -- I'll mark as                   10:34:17

24   Exhibit 1 a document entitled "assignment offer."              10:34:25

25   It's Bates No. -- Bates-numbered SNOOKAL-647 to                 10:34:29

| | | |
|---|---|---|
| 1 | -650. | 10:34:33 |
| 2 | (Exhibit 1 was marked for identification | 10:34:33 |
| 3 | by the Certified Shorthand Reporter.) | 10:34:52 |
| 4 | BY MR. MUSSIG: | 10:34:52 |
| 5 | Q   Are you familiar with this document? | 10:34:53 |
| 6 | A   Yes. | 10:34:53 |
| 7 | Q   And this is the REM job offer; right? | 10:35:06 |
| 8 | A   Correct. | 10:35:10 |
| 9 | Q   Okay.  Now, so the first paragraph on | 10:35:11 |
| 10 | page 1 of this document, of this exhibit | 10:35:14 |
| 11 | SNOOKAL-647, it says: | 10:35:19 |
| 12 | "Contingent upon obtaining | 10:35:21 |
| 13 | work residence permit clearances | 10:35:22 |
| 14 | where applicable and company | 10:35:25 |
| 15 | medical suitability for assignment | 10:35:26 |
| 16 | where required by law and/or | 10:35:28 |
| 17 | related to your job and consistent | 10:35:30 |
| 18 | with business necessity, you are | 10:35:31 |
| 19 | offered the following assignment." | 10:35:33 |
| 20 | Do you see that? | 10:35:34 |
| 21 | A   Yes. | 10:35:35 |
| 22 | Q   Okay.  So the job offer was contingent | 10:35:35 |
| 23 | on passing a -- being approved medically; correct? | 10:35:38 |
| 24 | A   Correct. | 10:35:41 |
| 25 | Q   Okay.  And on page 1 do you see the -- | 10:35:42 |

| | | |
|---|---|---|
| 1 | about the middle of the page do you see there's | 10:35:47 |
| 2 | sort of different titles here? | 10:35:52 |
| 3 | It -- it has a series of -- of | 10:35:56 |
| 4 | information.  It starts with "job title," "EDTL | 10:35:58 |
| 5 | reliability engineering manager," "salaried rate: | 10:36:01 |
| 6 | 22," et cetera. | 10:36:03 |
| 7 | Do you see that? | 10:36:04 |
| 8 | A    I do. | 10:36:05 |
| 9 | Q    Okay.  And next to the field "SBU" it | 10:36:05 |
| 10 | says "Nigeria, mid Africa." | 10:36:10 |
| 11 | Do you see that? | 10:36:12 |
| 12 | A    Yes. | 10:36:12 |
| 13 | Q    So SBU is the strategic business unit at | 10:36:12 |
| 14 | issue; is that right? | 10:36:15 |
| 15 | A    Yes. | 10:36:16 |
| 16 | Q    Okay.  And your then current SBU was not | 10:36:16 |
| 17 | Nigeria, mid Africa; correct?  It was El Segundo | 10:36:21 |
| 18 | refinery? | 10:36:24 |
| 19 | A    Correct. | 10:36:25 |
| 20 | Q    And do you understand that the -- the | 10:36:25 |
| 21 | REM offer was extended by the entity Chevron | 10:36:27 |
| 22 | Nigeria, Limited? | 10:36:31 |
| 23 | A    Yes. | 10:36:31 |
| 24 | Q    And do you agree that Chevron Nigeria, | 10:36:33 |
| 25 | Limited, is a different corporate entity than the | 10:36:37 |

| | | |
|---|---|---|
| 1 | conversation when he told me that I was medically | 10:41:21 |
| 2 | unfit for duty in Nigeria. | 10:41:27 |
| 3 | Q    You spoke to a -- a supervisor in | 10:41:31 |
| 4 | Nigeria who told that to you; is that right? | 10:41:33 |
| 5 | A    That's correct. | 10:41:37 |
| 6 | Q    And you don't remember his name? | 10:41:38 |
| 7 | A    No. | 10:41:39 |
| 8 | Q    Was that -- how -- how -- we'll get to | 10:41:45 |
| 9 | that. | 10:41:48 |
| 10 | Are you aware -- and you may not be -- | 10:41:50 |
| 11 | of any Chevron USA, Inc., employee who had any | 10:41:53 |
| 12 | final determination in whether you were ultimately | 10:41:57 |
| 13 | awarded the REM position in Escravos? | 10:41:59 |
| 14 | A    I don't know how that process works. | 10:42:04 |
| 15 | MR. MUSSIG:  I'm going to mark as | 10:42:14 |
| 16 | Exhibit 2 a document that's titled "rotational | 10:42:15 |
| 17 | expatriate assignments."  It's Bates-numbered | 10:42:21 |
| 18 | SNOOKAL-1285 to -1301. | 10:42:25 |
| 19 | THE WITNESS:  Thank you. | 10:42:39 |
| 20 | THE STENOGRAPHIC REPORTER:  Sure. | 10:42:41 |
| 21 | MS. LEAL:  Thank you. | 10:42:42 |
| 22 | (Exhibit 2 was marked for identification | 10:42:43 |
| 23 | by the Certified Shorthand Reporter.) | 10:42:45 |
| 24 | BY MR. MUSSIG: | 10:42:45 |
| 25 | Q    Are you familiar with this document? | 10:42:45 |

| | | |
|---|---|---|
| 1 | A    I have seen it before.  Yeah.  Yes. | 10:42:51 |
| 2 | Q    Is this the policies regarding | 10:43:02 |
| 3 | rotational expatriate assignments? | 10:43:05 |
| 4 | A    It is. | 10:43:09 |
| 5 | Q    And do you agree that this document is | 10:43:10 |
| 6 | an accurate copy of those policies at the time you | 10:43:11 |
| 7 | were conditionally offered the REM position in | 10:43:15 |
| 8 | Nigeria? | 10:43:17 |
| 9 | A    I mean, I don't remember it word for | 10:43:19 |
| 10 | word, so I can't say it's an exact copy, no.  But | 10:43:21 |
| 11 | it says it's from 2017, so probably. | 10:43:26 |
| 12 | Q    And this is a document you produced; | 10:43:30 |
| 13 | right? | 10:43:30 |
| 14 | A    Oh.  Then, yes. | 10:43:32 |
| 15 | MS. LEAL:  It says "SNOOKAL" on the | 10:43:36 |
| 16 | bottom corner. | 10:43:40 |
| 17 | THE WITNESS:  That means I produced it? | 10:43:41 |
| 18 | MS. LEAL:  Yeah, you produced it. | 10:43:42 |
| 19 | THE WITNESS:  Okay.  I got you.  Then | 10:43:43 |
| 20 | "yes." | 10:43:45 |
| 21 | BY MR. MUSSIG: | 10:43:45 |
| 22 | Q    And on page 4 of the document, Bates | 10:43:45 |
| 23 | No. 1291, the -- the -- the section "medical | 10:43:50 |
| 24 | evaluations," do you see that? | 10:44:00 |
| 25 | A    Uh-huh. | 10:44:03 |

| | | |
|---|---|---|
| 1 | Q    In the subsection "intent" right at the | 10:44:03 |
| 2 | top of the page the first sentence states: | 10:44:06 |
| 3 | "The company requires fitness | 10:44:08 |
| 4 | for expatriate" assignments -- | 10:44:10 |
| 5 | "assignment medical evaluations. | 10:44:13 |
| 6 | This ensures that your health | 10:44:15 |
| 7 | status is appropriate for your work | 10:44:17 |
| 8 | assignment and that your overall | 10:44:18 |
| 9 | health is appropriate for working | 10:44:20 |
| 10 | in a proposed host-country | 10:44:22 |
| 11 | location." | 10:44:24 |
| 12 | Do you see that? | 10:44:24 |
| 13 | A    I do. | 10:44:25 |
| 14 | Q    Okay.  So I guess I don't think this is | 10:44:25 |
| 15 | controversial in this case, but I just want to | 10:44:29 |
| 16 | make sure. | 10:44:31 |
| 17 | You understood that you would have to be | 10:44:32 |
| 18 | medically cleared to -- to get the position, the | 10:44:35 |
| 19 | REM position in Escravos; right? | 10:44:40 |
| 20 | A    I did understand that, yes. | 10:44:42 |
| 21 | Q    And the job offer in July, 2019, was | 10:44:44 |
| 22 | contingent on you obtaining that medical | 10:44:46 |
| 23 | clearance; right? | 10:44:50 |
| 24 | A    Yes. | 10:44:51 |
| 25 | MR. MUSSIG:  I'll mark as Exhibit 3 a | 10:44:59 |

Abrams, Mah & Kahn                    45

**EXHIBIT E-16**

| | | |
|---|---|---|
| 1 | document titled "medical suitability for | 10:45:01 |
| 2 | expatriate assignment history & medical | 10:45:04 |
| 3 | examination."  It's Bates-numbered SNOOKAL-605 to | 10:45:07 |
| 4 | -610. | 10:45:10 |
| 5 | MS. LEAL:  Thanks. | 10:45:23 |
| 6 | (Exhibit 3 was marked for identification | 10:45:23 |
| 7 | by the Certified Shorthand Reporter.) | 10:45:23 |
| 8 | BY MR. MUSSIG: | 10:45:23 |
| 9 | Q    Do you recognize this document? | 10:45:24 |
| 10 | A    I do. | 10:45:27 |
| 11 | Q    Okay.  And this is just your completed | 10:45:28 |
| 12 | copy of "Chevron's standard medical suitability | 10:45:30 |
| 13 | for expatriate assignment history & physical | 10:45:34 |
| 14 | examination" form; correct? | 10:45:38 |
| 15 | A    Correct. | 10:45:38 |
| 16 | Q    And Chevron requires this form to be | 10:45:39 |
| 17 | completed for all employees who are conditionally | 10:45:40 |
| 18 | awarded expatriate assignments; is that right? | 10:45:43 |
| 19 | A    As far as I know. | 10:45:46 |
| 20 | Q    And the form is typically completed by | 10:45:49 |
| 21 | a -- by -- by you and a U.S. doctor; right? | 10:45:52 |
| 22 | A    I don't know what's typically done -- | 10:45:56 |
| 23 | Q    Oh. | 10:45:58 |
| 24 | A    -- but it was in this case. | 10:45:58 |
| 25 | Q    Well, fair enough.  If you turn to | 10:45:59 |

| # | | | Time |
|---|---|---|---|
| 1 | | page 3 of the document, SNOOKAL-607, is that your | 10:46:02 |
| 2 | | signature at the bottom? | 10:46:07 |
| 3 | A | It is. | 10:46:08 |
| 4 | Q | And it's dated July 18, 2019; is that | 10:46:08 |
| 5 | | right? | 10:46:08 |
| 6 | A | That's correct. | 10:46:13 |
| 7 | Q | And is this referred to as an MSEA form? | 10:46:16 |
| 8 | A | It is. | 10:46:19 |
| 9 | Q | And so on -- and so on the first three | 10:46:24 |
| 10 | | pages of the form up to your signature, all the | 10:46:28 |
| 11 | | boxes that are checked, you checked those; right? | 10:46:33 |
| 12 | A | That's correct. | 10:46:36 |
| 13 | Q | Okay.  And so box No. 1 is: | 10:46:36 |
| 14 | | "Do you have any medical, | 10:46:40 |
| 15 | | physical or psychological | 10:46:41 |
| 16 | | conditions under the care of a | 10:46:42 |
| 17 | | health professional?  If yes, | 10:46:44 |
| 18 | | please describe." | 10:46:46 |
| 19 | | You marked by the box "yes"; right? | 10:46:48 |
| 20 | A | Correct. | 10:46:48 |
| 21 | Q | And then you said: | 10:46:50 |
| 22 | | "I have a dilated aortic root. | 10:46:51 |
| 23 | | I am under the care of a | 10:46:54 |
| 24 | | cardiologist and see him once per | 10:46:56 |
| 25 | | year for a checkup.  I have | 10:46:58 |

**EXHIBIT E-18**

| | | | |
|---|---|---|---|
| 1 | | consulted with him on this | 10:46:59 |
| 2 | | assignment, and he sees no issues | 10:47:00 |
| 3 | | with it." | 10:47:02 |
| 4 | | You wrote that; correct? | 10:47:02 |
| 5 | A | I did. | 10:47:03 |
| 6 | Q | And you -- you had -- you had testified | 10:47:05 |
| 7 | | about this earlier.  I'm sorry for -- for -- I | 10:47:09 |
| 8 | | think you were diagnosed with the dilated aortic | 10:47:12 |
| 9 | | root in 2015. | 10:47:16 |
| 10 | | Is that wrong? | 10:47:17 |
| 11 | A | I -- I honestly can't remember if it was | 10:47:19 |
| 12 | | late 2014 or 2015. | 10:47:21 |
| 13 | Q | Okay.  But in that time frame? | 10:47:24 |
| 14 | A | In that time frame. | 10:47:26 |
| 15 | Q | And who -- who diagnosed you with that? | 10:47:27 |
| 16 | A | Dr. Khan who was my doctor through this | 10:47:30 |
| 17 | | whole event. | 10:47:34 |
| 18 | Q | Is he with Cedars? | 10:47:36 |
| 19 | A | He, I think, has multiple affiliations. | 10:47:40 |
| 20 | | I saw him at Kaiser Permanente, Los Angeles. | 10:47:44 |
| 21 | Q | And, I mean, I -- I just want to ask a | 10:47:49 |
| 22 | | couple background questions about it.  I don't | 10:47:54 |
| 23 | | want to get too far into your -- your medical | 10:47:55 |
| 24 | | history. | 10:48:00 |
| 25 | | What -- when -- when he diagnosed you | 10:48:00 |

**EXHIBIT E-19**

| | | |
|---|---|---|
| 1 | with it, what was the prognosis? | 10:48:02 |
| 2 | A    To sum it up, he said that sometimes the | 10:48:09 |
| 3 | aortic root will not expand any more than it | 10:48:15 |
| 4 | already has and it will never expand to a point | 10:48:18 |
| 5 | where they consider it to be something that they | 10:48:23 |
| 6 | should operate on, or it can expand at a rate and | 10:48:26 |
| 7 | to a size that they consider to be operable or | 10:48:36 |
| 8 | something that they should operate on.  He said | 10:48:40 |
| 9 | that there's no way to accurately predict -- | 10:48:44 |
| 10 | predict which one mine would be but that the rate | 10:48:51 |
| 11 | of growth determines how they treat it, basically. | 10:48:54 |
| 12 | Q    Okay.  And -- and I think here you say | 10:49:04 |
| 13 | that you had to see him on a yearly basis.  Was | 10:49:08 |
| 14 | that what he -- what he -- | 10:49:11 |
| 15 | A    They call it -- | 10:49:13 |
| 16 | Q    -- said at the time? | 10:49:14 |
| 17 | A    Yes.  They call it "watchful waiting" | 10:49:16 |
| 18 | which is basically taking a picture of it once a | 10:49:19 |
| 19 | year and seeing if it's grown or not and at what | 10:49:22 |
| 20 | rate from the last time. | 10:49:25 |
| 21 | Q    And so you -- you followed up on a | 10:49:26 |
| 22 | yearly basis with him, I'm assuming? | 10:49:28 |
| 23 | A    Every year. | 10:49:30 |
| 24 | Q    And how did it develop, if at all? | 10:49:31 |
| 25 | A    There were some years where it grew at a | 10:49:36 |

**EXHIBIT E-20**

1    low rate and other years where it had remained    10:49:40

2    stable.  I believe at the time that I applied it    10:49:44

3    had been stable for two or three years.    10:49:47

4        Q    And you may have already said this, but    10:49:53

5    the cardiologist that you're referring to here on    10:49:56

6    page 1 of -- of this exhibit, Exhibit 3, is    10:49:58

7    Dr. Khan; right?    10:50:02

8        A    Yes.  That's correct.    10:50:03

9        Q    What's the current state of the    10:50:08

10   condition?    10:50:10

11       A    I'm not sure how to answer that    10:50:13

12   question.    10:50:15

13       Q    Have you continued to see Dr. Khan about    10:50:17

14   the dilated aortic root?    10:50:19

15       A    Dr. Khan retired.  He retired during    10:50:22

16   COVID.  Kaiser had trouble assigning me a new    10:50:25

17   doctor, and during that time I left Chevron.    10:50:30

18   After this I went to Portland, and I continued my    10:50:37

19   care in Portland.    10:50:43

20       Q    Okay.  With a different cardiologist, I    10:50:44

21   assume?    10:50:47

22       A    With a different -- yeah.    10:50:47

23       Q    And what is his or her name?    10:50:48

24       A    I've actually -- the first two years I    10:50:49

25   was in Portland they did not assign me a    10:50:53

| | | |
|---|---|---|
| 1 | Q    So that's a separate heart issue from | 10:52:07 |
| 2 | the dilated aortic -- dilated aortic root? | 10:52:10 |
| 3 | A    Not necessarily.  The dilated aortic | 10:52:11 |
| 4 | root expands the root portion of the heart and can | 10:52:15 |
| 5 | cause other heart conditions that are related to | 10:52:18 |
| 6 | it but not necessarily caused by it. | 10:52:22 |
| 7 | Q    I see.  And so one of those conditions | 10:52:26 |
| 8 | is PVCs? | 10:52:28 |
| 9 | A    Correct. | 10:52:31 |
| 10 | Q    And so you were treated for PVCs? | 10:52:31 |
| 11 | A    I was. | 10:52:34 |
| 12 | Q    And I think you said they -- that they | 10:52:35 |
| 13 | resolved the issue? | 10:52:37 |
| 14 | A    They did. | 10:52:39 |
| 15 | Q    But you -- the dilated aortic root can't | 10:52:39 |
| 16 | be treated; is that right? | 10:52:42 |
| 17 | A    Not without open heart surgery, no. | 10:52:44 |
| 18 | Q    I'm assuming you haven't had open heart | 10:52:46 |
| 19 | surgery to treat it. | 10:52:50 |
| 20 | A    I have not. | 10:52:50 |
| 21 | Q    So you still have the dilated aortic | 10:52:51 |
| 22 | root? | 10:52:51 |
| 23 | A    I do. | 10:52:54 |
| 24 | Q    And when was the last time you spoke to | 10:52:55 |
| 25 | a doctor who I'm assuming is Dr. Schneider -- | 10:52:56 |

| | | |
|---|---|---|
| 1 | correct me if that's wrong -- about the dilated | 10:52:58 |
| 2 | aortic root? | 10:53:01 |
| 3 | A    It was early in -- it was around | 10:53:02 |
| 4 | September of 2023 when I switched jobs. | 10:53:05 |
| 5 | Q    And what, if anything, did he say about | 10:53:10 |
| 6 | the dilated aortic root? | 10:53:11 |
| 7 | A    The same thing that Dr. Khan said, | 10:53:13 |
| 8 | essentially.  "We'll just watch it until we have | 10:53:16 |
| 9 | to make a decision about its size." | 10:53:20 |
| 10 | Q    Okay.  So has it expanded at all since | 10:53:22 |
| 11 | the initial diagnosis? | 10:53:27 |
| 12 | A    It has. | 10:53:29 |
| 13 | Q    And -- but not -- not to the extent that | 10:53:32 |
| 14 | it would need to be treated with surgery; is that | 10:53:35 |
| 15 | right? | 10:53:35 |
| 16 | A    That's correct. | 10:53:38 |
| 17 | Q    Have any changes over the last few years | 10:53:46 |
| 18 | since you left Chevron impacted the risk of aortic | 10:53:50 |
| 19 | rupture, as far as you know, as far as what your | 10:53:54 |
| 20 | doctor has told you? | 10:53:57 |
| 21 | A    Not as far as I know. | 10:53:57 |
| 22 | Q    Aortic dissection? | 10:53:58 |
| 23 | A    Not as far as I know. | 10:54:01 |
| 24 | Q    Has the -- well, have -- have your heart | 10:54:05 |
| 25 | conditions impacted your ability to work? | 10:54:08 |

**EXHIBIT E-23**

| | | |
|---|---|---|
| 1 | A    Never. | 10:54:11 |
| 2 | Q    Have you seen any other doctors in | 10:54:16 |
| 3 | connection with your heart condition? | 10:54:18 |
| 4 | A    When I first came up to the Portland | 10:54:22 |
| 5 | area, I consulted with Kaiser, and they pushed me | 10:54:25 |
| 6 | around a few times until they settled on someone | 10:54:30 |
| 7 | to handle the case -- | 10:54:32 |
| 8 | Q    Okay. | 10:54:34 |
| 9 | A    -- but no one other than that. | 10:54:34 |
| 10 | Q    I thought -- I thought you said it was | 10:54:36 |
| 11 | your general practitioner.  Is that -- | 10:54:37 |
| 12 | A    It was by the time we finally settled | 10:54:39 |
| 13 | out.  But she tried to get me in with cardiology, | 10:54:42 |
| 14 | and cardiology said, "We don't need to monitor | 10:54:46 |
| 15 | this," so that's what I mean by I got pushed | 10:54:50 |
| 16 | around a little bit. | 10:54:51 |
| 17 | Q    I see.  And I don't think I got the name | 10:54:52 |
| 18 | of the -- the primary-care physician you treated | 10:54:53 |
| 19 | with in Portland. | 10:54:57 |
| 20 | Do you know that? | 10:54:57 |
| 21 | A    Kaiser was actually in Washington. | 10:54:58 |
| 22 | Sorry.  Sorry to be confusing.  It's right there | 10:55:00 |
| 23 | on the border, so people do things in both states | 10:55:02 |
| 24 | like all the time like it's nothing. | 10:55:04 |
| 25 | Q    I see.  So when you lived in Oregon, you | 10:55:06 |

| | | |
|---|---|---|
| 1 | moved to Washington; right? | 10:55:50 |
| 2 | A   Correct. | 10:55:52 |
| 3 | Q   And you still live in Washington? | 10:55:52 |
| 4 | A   I do. | 10:55:54 |
| 5 | Q   And you accepted another job that's in | 10:55:55 |
| 6 | Oregon recently, but you still live in Washington; | 10:55:56 |
| 7 | right? | 10:56:00 |
| 8 | A   Correct. | 10:56:00 |
| 9 | Q   Okay.  And when you moved to Washington, | 10:56:01 |
| 10 | you treated with Kaiser in Washington with a | 10:56:03 |
| 11 | general practitioner? | 10:56:07 |
| 12 | A   Correct. | 10:56:08 |
| 13 | Q   And do you have that GP's name? | 10:56:09 |
| 14 | A   Not off the top of my head, no. | 10:56:13 |
| 15 | Q   And -- and then at some point you were | 10:56:17 |
| 16 | referred to a heart specialist in Portland, and | 10:56:21 |
| 17 | that's Dr. Schneider? | 10:56:23 |
| 18 | A   I self-referred -- | 10:56:25 |
| 19 | Q   Oh, I see. | 10:56:26 |
| 20 | A   -- when I got the new insurance. | 10:56:27 |
| 21 | Q   Got it.  Okay.  So going back to -- to | 10:56:30 |
| 22 | Exhibit 3, so on page -- well, let -- let me ask | 10:56:38 |
| 23 | this:  So in completing this form, a Cedars doctor | 10:56:50 |
| 24 | named Irving Sobel examined you in July, 2019; is | 10:56:53 |
| 25 | that right? | 10:56:53 |

**EXHIBIT E-25**

| | | |
|---|---|---|
| 1 | A    That's correct. | 10:57:01 |
| 2 | Q    And beginning on page 4 of the document, | 10:57:02 |
| 3 | SNOOKAL-608, through the end of the document | 10:57:04 |
| 4 | that's all filled in by Dr. Sobel; right? | 10:57:09 |
| 5 | A    Yes -- | 10:57:14 |
| 6 | MS. LEAL:  As far as you understand. | 10:57:14 |
| 7 | THE WITNESS:  -- as far as I know. | 10:57:15 |
| 8 | BY MR. MUSSIG: | 10:57:16 |
| 9 | Q    So on page 5 of the document, | 10:57:21 |
| 10 | SNOOKAL-609, under part H which is near the bottom | 10:57:29 |
| 11 | of the page there's a -- a mark next to "fit for | 10:57:35 |
| 12 | duty with restrictions." | 10:57:39 |
| 13 | Do you see that? | 10:57:40 |
| 14 | A    I do. | 10:57:41 |
| 15 | Q    And then there's handwriting, and -- and | 10:57:41 |
| 16 | this isn't your handwriting -- right? -- next to | 10:57:44 |
| 17 | it where it says "no heavy lifting" over | 10:57:47 |
| 18 | 50 pounds, "needs review of recommend" -- | 10:57:50 |
| 19 | "recommend letter from cardiologist to clear him." | 10:57:52 |
| 20 | Do you see that? | 10:57:54 |
| 21 | A    I do. | 10:57:54 |
| 22 | Q    Okay.  That's not your writing; right? | 10:57:56 |
| 23 | A    It is not. | 10:57:57 |
| 24 | Q    Do you know whether that's Dr. Sobel's | 10:57:59 |
| 25 | writing? | 10:58:01 |

**EXHIBIT E-26**

1      A    I do not.                                    10:58:01

2      Q    Do you have any reason to doubt that         10:58:02

3    it's his writing?                                   10:58:04

4      A    I don't have any reason to doubt that.       10:58:05

5      Q    And Dr. Sobel wasn't a cardiologist;         10:58:07

6    right?                                              10:58:11

7      A    That is correct.                             10:58:11

8      Q    Okay.                                        10:58:12

9      A    Well, I'm sorry.  I don't actually know      10:58:13

10   what he is.  My understanding is he was not a       10:58:15

11   cardiologist, but I didn't look him up, so --       10:58:17

12     Q    Oh, I see.  Do you have any reason to        10:58:20

13   doubt that he was a -- he was -- he practices       10:58:23

14   general internal medicine?                          10:58:26

15     A    No.                                          10:58:27

16     Q    And the restrictions he listed here          10:58:28

17   under section H.2. were based on information you    10:58:30

18   provided him and general diagnostic tests; right?   10:58:34

19   He didn't do any tests specific to your heart       10:58:37

20   condition?                                          10:58:43

21     A    Not as far as I know.                        10:58:46

22     Q    And then -- so Dr. Sobel didn't write        10:58:52

23   here that a recommendation letter would guarantee   10:58:56

24   medical clearance; correct?                         10:58:59

25          MS. LEAL:  Calls for speculation.            10:59:00

| | | |
|---|---|---|
| 1 | BY MR. MUSSIG: | 10:59:00 |
| 2 | Q    Well, I -- you know, let me -- let me | 10:59:03 |
| 3 | rephrase it. | 10:59:04 |
| 4 | The document speaks for itself, but did | 10:59:05 |
| 5 | Dr. -- did Dr. Sobel tell you at any point that | 10:59:08 |
| 6 | getting the recommendation letter would guarantee | 10:59:10 |
| 7 | medical clearance? | 10:59:12 |
| 8 | A    What Dr. Sobel said when he gave this to | 10:59:14 |
| 9 | me was -- he said, "You'll just need a letter from | 10:59:16 |
| 10 | your cardiologist.  This is what it should say, | 10:59:19 |
| 11 | and then it should be fine." | 10:59:22 |
| 12 | Q    Okay.  Did he say anything about needing | 10:59:27 |
| 13 | further assessment? | 10:59:33 |
| 14 | A    He did not. | 10:59:35 |
| 15 | Q    Since this visit, have you ever seen | 10:59:40 |
| 16 | Dr. Sobel again? | 10:59:42 |
| 17 | A    No.  He's not my doctor, so -- | 10:59:42 |
| 18 | Q    I understand.  It was just this one | 10:59:47 |
| 19 | time? | 10:59:49 |
| 20 | A    Yeah. | 10:59:51 |
| 21 | MR. MUSSIG:  I'll mark as Exhibit 4. | 10:59:55 |
| 22 | It's a letter from Dr. Khan on Kaiser Permanente | 11:00:00 |
| 23 | letterhead.  It's Bates-numbered SNOOKAL-665. | 11:00:05 |
| 24 | (Exhibit 4 was marked for identification | 11:00:05 |
| 25 | by the Certified Shorthand Reporter.) | 11:00:18 |

| | | |
|---|---|---|
| 1 | BY MR. MUSSIG: | 11:00:18 |
| 2 | Q    Do you recognize this? | 11:00:19 |
| 3 | A    I do. | 11:00:19 |
| 4 | Q    And what is this? | 11:00:20 |
| 5 | A    This is the letter that Dr. Sobel asked | 11:00:22 |
| 6 | me to produce from my cardiologist.  So this is | 11:00:25 |
| 7 | the letter that my cardiologist wrote after I | 11:00:29 |
| 8 | asked him for it. | 11:00:32 |
| 9 | Q    Do you agree the letter doesn't provide | 11:00:36 |
| 10 | any information about your specific heart | 11:00:38 |
| 11 | condition? | 11:00:41 |
| 12 | A    I was not actually told to put anything | 11:00:42 |
| 13 | about my specific heart condition on there. | 11:00:44 |
| 14 | Dr. Sobel left me a voice-mail message with the | 11:00:46 |
| 15 | wording of the letter. | 11:00:49 |
| 16 | Q    Oh.  Do you have any documentation of | 11:00:51 |
| 17 | that voice-mail message? | 11:00:54 |
| 18 | A    I think we do have it, yeah. | 11:00:59 |
| 19 | MS. SHEN:  It was produced. | 11:01:04 |
| 20 | MS. LEAL:  It was produced, Counsel. | 11:01:06 |
| 21 | BY MR. MUSSIG: | 11:01:08 |
| 22 | Q    Okay.  At any point did you discuss -- | 11:01:09 |
| 23 | well, prior to this letter did you discuss with | 11:01:11 |
| 24 | Dr. Khan that you'd be working in the city of | 11:01:13 |
| 25 | Escravos? | 11:01:17 |

**EXHIBIT E-29**

| | | |
|---|---|---|
| 1 | A    No.    This letter -- there's a medical | 11:04:17 |
| 2 | liaison.    There are many liaisons during the | 11:04:20 |
| 3 | process, and so all documentation, including the | 11:04:22 |
| 4 | MSEA form -- all that stuff goes through that | 11:04:25 |
| 5 | group so that form -- this letter would have gone | 11:04:30 |
| 6 | through that group via e-mail. | 11:04:32 |
| 7 | Q    Oh.    And did you discuss this letter | 11:04:34 |
| 8 | with Dr. Levy? | 11:04:37 |
| 9 | A    I don't recall. | 11:04:42 |
| 10 | Q    Do you recall discussing this letter | 11:04:44 |
| 11 | with anybody from Chevron? | 11:04:45 |
| 12 | A    No. | 11:04:45 |
| 13 | MR. MUSSIG:    I'll mark as Exhibit 5 a | 11:05:05 |
| 14 | document titled "expatriate exam recommendations | 11:05:09 |
| 15 | GO-1769."    It's Bates-numbered SNOOKAL-1099. | 11:05:13 |
| 16 | (Exhibit 5 was marked for identification | 11:05:13 |
| 17 | by the Certified Shorthand Reporter.) | 11:05:26 |
| 18 | BY MR. MUSSIG: | 11:05:26 |
| 19 | Q    Do you recognize this document? | 11:05:27 |
| 20 | A    I do. | 11:05:27 |
| 21 | Q    And is this a completed copy -- your | 11:05:29 |
| 22 | completed copy of Chevron's standard expatriate | 11:05:32 |
| 23 | exam recommendation form? | 11:05:36 |
| 24 | A    Are you asking me if I filled it out? | 11:05:38 |
| 25 | Q    Sure.    Yeah. | 11:05:41 |

| 1 | A     I did not. | 11:05:42 |
| 2 | Q     Okay.  Do you know who filled it out? | 11:05:43 |
| 3 | A     I assume the person that signed it, but | 11:05:46 |
| 4 | I don't know. | 11:05:48 |
| 5 | Q     Okay.  And that's Dr. Asekomeh Eshiofe; | 11:05:49 |
| 6 | correct? | 11:05:49 |
| 7 | A     Correct. | 11:05:55 |

8      Q     And do you know, does Chevron require      11:05:55

9      this form to be completed for all employees who      11:05:57

10     are conditionally awarded expatriate assignments?     11:06:01

11      A     I don't know the answer to that.      11:06:04

12      Q     Okay.  Okay.  And so about halfway down      11:06:05

13     the page under "disposition" it has a box or a      11:06:13

14     checked box under -- right next to "not fit for      11:06:17

15     duty, remote location.  Can be cleared for      11:06:21

16     assignment in Lagos."      11:06:25

17          Do you see that?      11:06:26

18      A     I do.      11:06:26

19      Q     Okay.  And so for "remote location,"      11:06:27

20     that's referring to Escravos; correct?      11:06:29

21      A     I assume it is, but I can't say that for      11:06:33

22     sure.      11:06:36

23      Q     Do you know -- I guess do you -- so      11:06:37

24     Lagos is a different location in Nigeria; right?      11:06:39

25      A     Correct.      11:06:43

**EXHIBIT E-31**

| | | |
|---|---|---|
| 1 | Q    Do you have any reason to doubt that | 11:37:31 |
| 2 | Chevron believed there was a chance that you would | 11:37:33 |
| 3 | have an aortic event and the inability to get you | 11:37:40 |
| 4 | to adequate medical care in time would lead to | 11:37:44 |
| 5 | your death? | 11:37:47 |
| 6 | A    I believe Chevron did believe that, yes. | 11:37:50 |
| 7 | Q    Just I -- I -- I think I asked you this, | 11:37:56 |
| 8 | but all of your substantive conversations with | 11:37:58 |
| 9 | this topic were with Dr. Levy; correct? | 11:38:02 |
| 10 | A    Correct. | 11:38:06 |
| 11 | Q    So when did you first speak to Dr. Levy? | 11:38:07 |
| 12 | And -- and I'm not trying to trick you. | 11:38:10 |
| 13 | I think it was sometime between August 16th and | 11:38:11 |
| 14 | August 23rd. | 11:38:15 |
| 15 | A    I was going to say sometime kind of mid | 11:38:16 |
| 16 | to late August.  I don't remember exactly when the | 11:38:19 |
| 17 | conversations happened. | 11:38:22 |
| 18 | Q    Okay.  And how did that occur?  Did he | 11:38:23 |
| 19 | call you?  Did you call him? | 11:38:25 |
| 20 | A    It was a combination of -- it was a | 11:38:27 |
| 21 | combination of those two as well as I believe | 11:38:35 |
| 22 | there were some texts exchanged -- those may have | 11:38:38 |
| 23 | just been about timing -- and maybe a few e-mails, | 11:38:41 |
| 24 | as well.  Those may also have just been about | 11:38:45 |
| 25 | timing.  I don't remember. | 11:38:47 |

**EXHIBIT E-32**

| | | |
|---|---|---|
| 1 | conversations taken together went from the | 11:39:47 |
| 2 | beginning where it was clear he didn't really | 11:39:51 |
| 3 | understand what medical condition that I had to | 11:39:53 |
| 4 | the end where he was very concerned with the | 11:39:59 |
| 5 | remoteness of the facility. | 11:40:02 |
| 6 | Q    And what did he tell you in terms of the | 11:40:05 |
| 7 | remoteness of the facility? | 11:40:15 |
| 8 | A    I mean, that actually stayed consistent | 11:40:18 |
| 9 | through the whole time; just that it was a remote | 11:40:21 |
| 10 | facility with an on -- on-staff doctor with | 11:40:24 |
| 11 | limited access to "med" -- medicine and equipment. | 11:40:27 |
| 12 | Q    Were you aware that the company at least | 11:40:34 |
| 13 | talked about whether or not the position could be | 11:40:37 |
| 14 | done from Lagos? | 11:40:39 |
| 15 | A    I am aware that they -- not until this | 11:40:43 |
| 16 | document was I aware of that. | 11:40:48 |
| 17 | Q    Which document? | 11:40:49 |
| 18 | A    The -- Exhibit 5. | 11:40:50 |
| 19 | Q    Oh, I see.  Where it says "can be | 11:40:58 |
| 20 | cleared for assignment in Lagos"? | 11:40:59 |
| 21 | A    Uh-huh. | 11:41:01 |
| 22 | Q    So after you got this document did you | 11:41:02 |
| 23 | talk to Dr. Levy or anyone else at Chevron about | 11:41:03 |
| 24 | Lagos? | 11:41:07 |
| 25 | A    I know that that position can't be done | 11:41:09 |

**EXHIBIT E-33**

1    from Lagos, so --                                            11:41:11

2          Q    How did you know that?                            11:41:13

3          A    Because I know what the job duties of             11:41:16

4    the position entail which is on-site supervision             11:41:20

5    and interaction with personnel and equipment.                11:41:24

6          Q    And we might have covered this earlier,           11:41:31

7    but Dr. Levy didn't specifically discuss with you            11:41:36

8    the difficulties in -- in transport to a medical             11:41:40

9    facility in Lagos; is that right?                            11:41:47

10         A    He didn't speak anything about Lagos,             11:41:49

11   except that, if they had been able to -- if I had            11:41:52

12   been able to perform my job duties from Lagos,               11:41:57

13   then they would have located me in Lagos.                    11:42:01

14         Q    But he did tell you that they had talked          11:42:04

15   about whether or not you could do it from Lagos;             11:42:06

16   right?                                                       11:42:06

17         A    Yes.                                              11:42:10

18              MR. MUSSIG:   I have some e-mails.   I'll         11:42:20

19   mark as Exhibit 6 e-mail correspondence between             11:42:21

20   Dr. Khan and Dr. Levy.   It's Bates-numbered                11:42:26

21   SNOOKAL-89 to -90.                                           11:42:29

22              (Exhibit 6 was marked for identification          11:42:29

23              by the Certified Shorthand Reporter.)             11:42:29

24   BY MR. MUSSIG:                                               11:42:29

25         Q    Are you familiar with this document?             11:42:51

| | | |
|---|---|---|
| 1 | A    I am. | 11:42:52 |
| 2 | Q    Okay.  And you -- this is e-mail | 11:42:52 |
| 3 | correspondence between Dr. Khan and Dr. Levy; | 11:42:55 |
| 4 | right? | 11:42:55 |
| 5 | A    Correct. | 11:42:58 |
| 6 | Q    And you're copied on at least the | 11:42:58 |
| 7 | response from Dr. Levy to Dr. Khan; right? | 11:43:01 |
| 8 | A    Yes. | 11:43:04 |
| 9 | Q    Okay.  But I can't -- were you copied on | 11:43:05 |
| 10 | the original e-mail from Dr. Khan? | 11:43:08 |
| 11 | A    I don't recall. | 11:43:10 |
| 12 | Q    And -- and Dr. Levy had reached out to | 11:43:13 |
| 13 | Dr. Khan directly with your permission; right? | 11:43:16 |
| 14 | A    That's correct. | 11:43:18 |
| 15 | Q    And you may or may not know this. | 11:43:19 |
| 16 | So Dr. Levy left a voice mail for | 11:43:25 |
| 17 | Dr. Khan requesting to connect; right?  That is | 11:43:28 |
| 18 | how it started? | 11:43:31 |
| 19 | A    I believe that is correct. | 11:43:32 |
| 20 | Q    And then Dr. Khan responded by e-mail, | 11:43:33 |
| 21 | and that's this e-mail that we're looking at; | 11:43:36 |
| 22 | right? | 11:43:36 |
| 23 | A    Yes, as far as I know.  They -- I don't | 11:43:39 |
| 24 | know if they had other -- I know they had more | 11:43:43 |
| 25 | than one conversation.  I don't know the time line | 11:43:46 |

**EXHIBIT E-35**

1    for those conversations.                                    11:43:48

2         Q    How many conversations did they have             11:43:50

3    that you know of?                                           11:43:52

4         A    I don't know how many.  I -- I don't             11:43:54

5    have any way of knowing.  I only know that                  11:43:57

6    Dr. Khan told me that he spoke with him several            11:43:59

7    times.  I don't know what that means.                       11:44:01

8         Q    And in this e-mail from Dr. Khan to              11:44:10

9    Dr. Levy, if you look one, two -- three paragraphs          11:44:13

10   down, this indicates -- this is -- this is where I          11:44:17

11   got the two percent number from before; right?             11:44:24

12            This is -- this says:                              11:44:26

13               "From...published studies, the                  11:44:28

14            risk of rupture or dissection is 2%               11:44:29

15            per year for aneurysms between 4.0                 11:44:33

16            and 4.5" centimeters.                              11:44:37

17            And -- and that was the size of your --           11:44:38

18   your rupture; right?                                        11:44:39

19        A    It wasn't a rupture, but, yeah, I                11:44:42

20   think --                                                    11:44:44

21        Q    Or your -- your -- what's the -- what's          11:44:44

22   the proper term?                                            11:44:47

23        A    They -- they use "aneurysm" and                  11:44:47

24   "aortic" -- or "dilated aortic root"                        11:44:50

25   interchangeably.                                            11:44:53

| | |
|---|---|
| 1 | Q    Okay.  So what had been communicated to | 11:44:54 |
| 2 | Chevron was two percent; right? | 11:44:56 |
| 3 | A    In this e-mail. | 11:45:01 |
| 4 | Q    Do you know if another number was | 11:45:02 |
| 5 | communicated at some other time? | 11:45:06 |
| 6 | A    I don't know. | 11:45:08 |
| 7 | Q    I mean, do you agree that Dr. Levy and | 11:45:18 |
| 8 | Chevron spent a lot of time considering whether or | 11:45:21 |
| 9 | not this would work? | 11:45:26 |
| 10 | MS. LEAL:  Objection.  Calls for | 11:45:27 |
| 11 | speculation as to whether he knows how much time | 11:45:29 |
| 12 | they spent together. | 11:45:33 |
| 13 | THE WITNESS:  Yeah.  I -- I'd have no | 11:45:34 |
| 14 | idea how much time they spent. | 11:45:39 |
| 15 | BY MR. MUSSIG: | 11:45:39 |
| 16 | Q    Well, there were -- you -- you're aware | 11:45:43 |
| 17 | at least of -- of multiple conversations between | 11:45:44 |
| 18 | Dr. Levy and Dr. Khan; right? | 11:45:46 |
| 19 | MS. LEAL:  His word was "several," | 11:45:49 |
| 20 | Counsel. | 11:45:52 |
| 21 | MR. MUSSIG:  What did I say? | 11:45:53 |
| 22 | MS. LEAL:  "Numerous." | 11:45:54 |
| 23 | MR. MUSSIG:  Okay.  Several. | 11:45:55 |
| 24 | THE WITNESS:  Yeah, I am aware of that. | 11:45:56 |
| 25 | BY MR. MUSSIG: | 11:45:56 |

| | | |
|---|---|---|
| 1 | Q    Okay.    And e-mails were exchanged | 11:45:58 |
| 2 | between Dr. Levy and Dr. Khan. | 11:46:00 |
| 3 |          You're aware of that; right? | 11:46:02 |
| 4 | A    Yes. | 11:46:03 |
| 5 | Q    Do you have any knowledge about any | 11:46:03 |
| 6 | conversations between Dr. Levy and the -- the | 11:46:04 |
| 7 | doctors in Nigeria? | 11:46:08 |
| 8 | A    I do not. | 11:46:09 |
| 9 | Q    And are you aware of any conversations | 11:46:16 |
| 10 | between Dr. Levy and anyone else other than | 11:46:19 |
| 11 | Dr. Khan regarding this topic? | 11:46:21 |
| 12 | A    I am not aware of any. | 11:46:25 |
| 13 | Q    It's -- and, obviously, you spoke to | 11:46:30 |
| 14 | Dr. "Khan" a few times? | 11:46:32 |
| 15 | A    I only spoke to Dr. Khan -- | 11:46:34 |
| 16 | Q    Dr. Levy.  I'm sorry.  My -- | 11:46:36 |
| 17 | A    Yes.  Dr. Levy, yes. | 11:46:39 |
| 18 | Q    -- mistake.  And how many -- | 11:46:41 |
| 19 | approximately how many times did you have any | 11:46:44 |
| 20 | written correspondence with Dr. Levy? | 11:46:45 |
| 21 | A    I don't recall how many times we | 11:46:49 |
| 22 | exchanged e-mails. | 11:46:50 |
| 23 | Q    Do you have any estimate? | 11:46:52 |
| 24 | A    I would say a few. | 11:46:53 |
| 25 | Q    Okay.  Is that -- more than one; right? | 11:46:55 |

**EXHIBIT E-38**

```
 1          A    More than -- I -- yeah.  Somewhere              11:46:58

 2    between one and four.                                      11:47:00

 3              MR. MUSSIG:  Let's look at one.  I'll            11:47:07

 4    mark as Exhibit 7 an e-mail from Dr. Levy to              11:47:10

 5    Mr. Snookal dated September 16, 2019,                      11:47:16

 6    Bates-numbered SNOOKAL-645, -646.                          11:47:18

 7              (Exhibit 7 was marked for identification         11:47:18

 8              by the Certified Shorthand Reporter.)            11:47:18

 9    BY MR. MUSSIG:                                             11:47:18

10          Q    Do you recognize this e-mail?                   11:47:42

11          A    I do.                                           11:47:43

12          Q    Now, I think you said somewhere between         11:47:46

13    one and four.                                              11:47:48

14              Do you specifically recall any other            11:47:49

15    e-mails that you received from him?                        11:47:51

16          A    No, but I do remember exchanging either        11:47:52

17    texts or e-mails, like I said, for coordination.          11:47:56

18    So I'm just making an assumption about how many           11:48:00

19    there were.                                                11:48:03

20          Q    Oh.  Do you know if you ever responded         11:48:04

21    to this e-mail?                                            11:48:05

22          A    I did not --                                    11:48:06

23          Q    Why not?                                        11:48:07

24          A    -- to my recollection.                          11:48:08

25          Q    And why not?                                    11:48:10
```

**EXHIBIT E-39**

| | | |
|---|---|---|
| 1 | A    This e-mail was sent after I requested | 11:48:12 |
| 2 | this e-mail, so there was no response necessary. | 11:48:14 |
| 3 | Q    How did you request the e-mail? | 11:48:18 |
| 4 | A    Through Andrew Powers which was the HR | 11:48:20 |
| 5 | manager at El Segundo. | 11:48:23 |
| 6 | Q    And why did you request the e-mail? | 11:48:25 |
| 7 | A    Because I wanted them to give me written | 11:48:28 |
| 8 | documentation of why they were saying that I | 11:48:29 |
| 9 | couldn't go to Escravos and to identify other | 11:48:32 |
| 10 | locations where they would consider me to be | 11:48:35 |
| 11 | medically fit. | 11:48:38 |
| 12 | Q    Oh.  And he does that in this e-mail -- | 11:48:40 |
| 13 | right? -- at the -- at the bottom? | 11:48:42 |
| 14 | A    Correct. | 11:48:43 |
| 15 | Q    Did you ever apply to any jobs in those | 11:48:44 |
| 16 | locations? | 11:48:47 |
| 17 | A    There were no job openings in those | 11:48:48 |
| 18 | locations. | 11:48:49 |
| 19 | Q    I see.  And I -- I guess most -- are | 11:48:49 |
| 20 | these locations -- well, I -- I don't know if | 11:49:04 |
| 21 | you -- you probably don't know, but I'll ask the | 11:49:10 |
| 22 | question.  You can say "I don't know." | 11:49:13 |
| 23 | Would they have adequate medical | 11:49:14 |
| 24 | facilities in all these locations where he | 11:49:15 |
| 25 | indicates he would not foresee any issues with you | 11:49:17 |

| | | |
|---|---|---|
| 1 | A    Yeah. | 11:50:27 |
| 2 | Q    -- that you wouldn't be able to work in | 11:50:28 |
| 3 | any other locations? | 11:50:29 |
| 4 | A    I did take it that way.  Correct. | 11:50:30 |
| 5 | Q    And I think you had testified there were | 11:50:32 |
| 6 | no jobs available in the first set of countries. | 11:50:33 |
| 7 | Did you look to see if there were any | 11:50:36 |
| 8 | jobs available in the second set? | 11:50:38 |
| 9 | A    I looked in all of the countries, yeah. | 11:50:40 |
| 10 | It's through a posting site.  It's not hard to do. | 11:50:43 |
| 11 | You can have it send you an e-mail.  So, like, I | 11:50:47 |
| 12 | did look at all of these locations for the | 11:50:49 |
| 13 | remainder of my employment. | 11:50:51 |
| 14 | Q    With Chevron? | 11:50:54 |
| 15 | A    Uh-huh. | 11:50:55 |
| 16 | Q    And when you say "all of these | 11:50:55 |
| 17 | locations," you're referring to all the locations | 11:50:57 |
| 18 | specifically identified in this exhibit, | 11:50:59 |
| 19 | Exhibit 7; right? | 11:51:02 |
| 20 | A    That's correct. | 11:51:03 |
| 21 | MR. MUSSIG:  All right.  I'll mark as | 11:51:09 |
| 22 | Exhibit 8 e-mails between Mr. Snookal and Andrew | 11:51:14 |
| 23 | Powers dated September 4, 2019, and September 6, | 11:51:17 |
| 24 | 2019. | 11:51:32 |
| 25 | (Exhibit 8 was marked for identification | 11:51:32 |

**EXHIBIT E-41**

| | | |
|---|---|---|
| 1 | by the Certified Shorthand Reporter.) | 11:51:32 |
| 2 | BY MR. MUSSIG: | 11:51:32 |
| 3 | Q   Are you I familiar with this e-mail -- | 11:51:48 |
| 4 | A   I am. | 11:51:49 |
| 5 | Q   -- or, I guess, these e-mails?  Are you | 11:51:50 |
| 6 | familiar with these e-mails? | 11:51:55 |
| 7 | A   Yes, I am. | 11:51:55 |
| 8 | Q   So the first e-mail in this chain is an | 11:51:58 |
| 9 | e-mail from you to Mr. Powers on September 4, | 11:52:00 |
| 10 | 2019; right? | 11:52:04 |
| 11 | A   Yes. | 11:52:08 |
| 12 | Q   And you copied Thalia Tse and Austin | 11:52:08 |
| 13 | Ruppert; correct? | 11:52:13 |
| 14 | A   Correct. | 11:52:13 |
| 15 | Q   And so Mr. Ruppert was your supervisor | 11:52:14 |
| 16 | at that point; right? | 11:52:16 |
| 17 | A   He was. | 11:52:17 |
| 18 | Q   And Thalia Tse was in HR? | 11:52:17 |
| 19 | A   She was. | 11:52:21 |
| 20 | Q   And Mr. Powers was in HR, also? | 11:52:21 |
| 21 | A   Yes. | 11:52:23 |
| 22 | Q   Do you know, was Mr. Powers -- why -- | 11:52:23 |
| 23 | was he above Thalia Tse?  Was he -- | 11:52:28 |
| 24 | A   Yes. | 11:52:32 |
| 25 | Q   -- the HR at the time?  Okay. | 11:52:32 |

**EXHIBIT E-42**

```
 1        A    He's the HR manager for the El Segundo    11:52:34

 2   facility.                                           11:52:37

 3        Q    Okay.                                     11:52:37

 4        A    And Thalia is my HR business partner, so  11:52:37

 5   she would be --                                     11:52:40

 6        Q    More of your direct contact?              11:52:42

 7        A    -- more my direct contact.                11:52:44

 8        Q    You -- in the first paragraph of your     11:52:47

 9   e-mail here the third line, the sentence that       11:53:08

10   begins "as my condition," you say:                  11:53:15

11             "As my condition does not                 11:53:17

12             affect my ability to perform the          11:53:19

13             job duties of that position, I            11:53:21

14             require no ongoing care outside of        11:53:23

15             annual monitoring, working in a           11:53:25

16             remote -- remote location does not        11:53:27

17             affect my condition" and "a               11:53:29

18             complication from my condition            11:53:30

19             would cause no harm to others, and        11:53:31

20             I have no work restrictions from my       11:53:34

21             position this decision seems              11:53:36

22             excessively paternalistic."               11:53:39

23             Do you see that?                          11:53:41

24        A    I do.                                     11:53:42

25        Q    And so by "my condition" you're           11:53:42
```

| | | |
|---|---|---|
| 1 | referring to the heart condition, the dilated | 11:53:44 |
| 2 | aortic root -- correct? -- that we have been | 11:53:46 |
| 3 | talking about? | 11:53:46 |
| 4 |     A   Correct. | 11:53:47 |
| 5 |     Q   Did you have any other condition? | 11:53:48 |
| 6 |     A   No. | 11:53:49 |
| 7 |     Q   As you sit here today, do you still | 11:53:53 |
| 8 | believe all those statements are true? | 11:53:57 |
| 9 |     A   Yes. | 11:54:00 |
| 10 |     Q   So in your view, there was never any | 11:54:07 |
| 11 | point during your employment with Chevron that you | 11:54:10 |
| 12 | needed some sort of accommodation? | 11:54:12 |
| 13 |     A   That is correct. | 11:54:19 |
| 14 |     Q   Then on page 2 you talk about -- you | 11:54:24 |
| 15 | say: | 11:54:27 |
| 16 |         "I spoke with" my | 11:54:27 |
| 17 |         "manager" -- "with the manager I | 11:54:28 |
| 18 |         would have reported to in Nigeria | 11:54:31 |
| 19 |         this morning...they are rescinding | 11:54:33 |
| 20 |         the offer." | 11:54:34 |
| 21 |     And that's the manager we talked about | 11:54:35 |
| 22 | earlier whose name you don't remember; right? | 11:54:36 |
| 23 |     A   That's correct.  Yeah. | 11:54:38 |
| 24 |     Q   And the manager you spoke to, was he an | 11:54:43 |
| 25 | employee of Nigeria -- Chevron Nigeria, Limited? | 11:54:46 |

EXHIBIT E-44

```
1              MS. LEAL:  Calls for speculation.           11:54:49

2              MR. MUSSIG:  If you know.                    11:54:50

3              THE WITNESS:  I don't know.                  11:54:51

4     BY MR. MUSSIG:                                        11:54:52

5         Q    And so do you agree that the REM offer      11:54:52

6     was rescinded when you spoke to that manager on      11:54:56

7     the morning of September 4, 2019?                     11:54:59

8         A    Yes.                                         11:55:01

9         Q    Okay.  And that's the first time you had    11:55:01

10    heard that it had been rescinded; right?             11:55:03

11        A    Yes.                                         11:55:06

12        Q    Is this September 4 e-mail -- 2019          11:55:16

13    e-mail the first time you reached out to             11:55:18

14    Mr. Powers about the rescinded REM job offer?        11:55:20

15        A    It is.                                       11:55:22

16        Q    And so going back to the first page         11:55:34

17    of -- of this exhibit, the first paragraph of your   11:55:36

18    e-mail, you say you believe the decision "was made   11:55:40

19    based on a lack of understanding and stereotypical   11:55:44

20    assumptions and is, therefore, discriminatory in    11:55:47

21    nature."                                              11:55:51

22              Was that the first time you had reported   11:55:51

23    any sort of discrimination?                          11:55:53

24        A    It is.                                       11:55:54

25        Q    And is -- did you report any -- any sort    11:55:57
```

| | | |
|---|---|---|
| 1 | of discrimination to anyone else at Chevron? | 11:55:59 |
| 2 | A    No. | 11:56:02 |
| 3 | Q    And when you say "based on a lack of | 11:56:03 |
| 4 | understanding," what -- what do you mean by that? | 11:56:13 |
| 5 | A    In my opinion, I don't believe that the | 11:56:18 |
| 6 | people that evaluated me did their due diligence | 11:56:21 |
| 7 | in understanding the condition that I had and the | 11:56:24 |
| 8 | effects that a remote location would have.  That's | 11:56:28 |
| 9 | what I meant by that. | 11:56:30 |
| 10 | Q    Okay.  And why do you believe that? | 11:56:31 |
| 11 | A    Just based on the conversations that I | 11:56:35 |
| 12 | had with them, it was clear that they didn't | 11:56:36 |
| 13 | really know what they were looking at and the fact | 11:56:38 |
| 14 | that they took a 17-year-old study as the only | 11:56:41 |
| 15 | piece of evidence that they looked at, as far as I | 11:56:47 |
| 16 | knew. | 11:56:50 |
| 17 | Q    Wasn't the 17-year-old study referenced | 11:56:53 |
| 18 | by Dr. Khan? | 11:56:55 |
| 19 | A    It's not Dr. Khan's job to give them the | 11:56:57 |
| 20 | information that they need.  They didn't -- | 11:57:01 |
| 21 | Q    So you agree that they were -- they | 11:57:05 |
| 22 | based their decision on the information provided | 11:57:07 |
| 23 | by Dr. Khan; right? | 11:57:09 |
| 24 | MS. LEAL:  Objection.  Calls for | 11:57:10 |
| 25 | speculation. | 11:57:11 |

**EXHIBIT E-46**

| | | |
|---|---|---|
| 1 | A    The same basis that "you" -- that I | 12:10:46 |
| 2 | would say when you asked me before which is that I | 12:10:48 |
| 3 | don't think that they investigated my condition | 12:10:51 |
| 4 | and the impact that it would have on my ability to | 12:10:53 |
| 5 | work in Escravos by using the most recent medical | 12:10:55 |
| 6 | information and a thorough understanding of the | 12:11:01 |
| 7 | condition that I did have. | 12:11:05 |
| 8 | Q    Okay.   Yeah.   So before you had said you | 12:11:06 |
| 9 | felt there were other studies they should have | 12:11:11 |
| 10 | consulted; right? | 12:11:13 |
| 11 | A    Yes. | 12:11:15 |
| 12 | Q    Anything other than that? | 12:11:15 |
| 13 | A    Not that I can think of. | 12:11:17 |
| 14 | Q    Do you disagree that alternatives were | 12:11:18 |
| 15 | explored? | 12:11:27 |
| 16 | MS. LEAL:  Assumes facts not in | 12:11:28 |
| 17 | evidence.  Lacks foundation. | 12:11:30 |
| 18 | Go ahead. | 12:11:31 |
| 19 | BY MR. MUSSIG: | 12:11:31 |
| 20 | Q    Let me ask it this way:  Do you have any | 12:11:34 |
| 21 | reason to -- to dispute that alternatives were | 12:11:36 |
| 22 | explored? | 12:11:38 |
| 23 | A    No. | 12:11:38 |
| 24 | MR. MUSSIG:  Let me mark as Exhibit 10 | 12:12:07 |
| 25 | e-mails involving Mr. Snookal and Austin Ruppert | 12:12:09 |

| | | |
|---|---|---|
| 1 | dated September 5th, 2019 -- well, an e-mail from | 12:12:12 |
| 2 | Mr. Snookal but to Austin Ruppert and then from | 12:12:15 |
| 3 | Mr. Ruppert to Troy Tortorich, Thalia Tse, and | 12:12:19 |
| 4 | Andrew Powers. | 12:12:24 |
| 5 | (Exhibit 10 was marked for | 12:12:24 |
| 6 | identification by the Certified | 12:12:24 |
| 7 | Shorthand Reporter.) | 12:12:24 |
| 8 | BY MR. MUSSIG: | 12:12:24 |
| 9 | Q    Do recognize the first e-mail in this | 12:12:45 |
| 10 | chain, the one at the bottom of the page? | 12:12:47 |
| 11 | A    Yes. | 12:12:47 |
| 12 | Q    Okay.  And this is an e-mail from you to | 12:12:53 |
| 13 | Mr. Ruppert; correct? | 12:12:55 |
| 14 | A    Correct. | 12:12:56 |
| 15 | Q    And Mr. Ruppert at this point was your | 12:12:57 |
| 16 | supervisor; right? | 12:12:59 |
| 17 | A    Correct. | 12:13:00 |
| 18 | Q    And it says "position" -- the "subject" | 12:13:01 |
| 19 | line is "positions in 2H PDC." | 12:13:03 |
| 20 | What does -- what does the "2H PDC" | 12:13:06 |
| 21 | mean? | 12:13:09 |
| 22 | A    A second half PDC.  I don't know what | 12:13:10 |
| 23 | the acronym stands for.  It's just what they used | 12:13:14 |
| 24 | for the job selection process at Chevron. | 12:13:17 |
| 25 | Q    Okay.  And so why -- they look -- you're | 12:13:24 |

| | | |
|---|---|---|
| 1 | Q    And each of those jobs also has a job | 12:14:38 |
| 2 | owner; is that right? | 12:14:41 |
| 3 | A    That's my understanding.   Yes. | 12:14:43 |
| 4 | Q    Okay.   And the job owner is typically | 12:14:45 |
| 5 | the hiring supervisor for the opening; is that | 12:14:47 |
| 6 | right? | 12:14:47 |
| 7 | A    I don't know if it's typically the -- I | 12:14:50 |
| 8 | don't know if it works that way. | 12:14:52 |
| 9 | Q    Okay.   You just don't have any knowledge | 12:14:53 |
| 10 | one way or the other? | 12:14:56 |
| 11 | A    I don't. | 12:14:58 |
| 12 | Q    Do you know if the job owner is also | 12:14:58 |
| 13 | typically the supervisor who the employee would | 12:15:02 |
| 14 | report to, if they get that job? | 12:15:04 |
| 15 | A    I -- I do not know the answer to that. | 12:15:06 |
| 16 | No. | 12:15:08 |
| 17 | Q    Okay.   Do you have any knowledge about | 12:15:09 |
| 18 | the job owner's role in the decision-making | 12:15:14 |
| 19 | process as to -- as to the particular job? | 12:15:16 |
| 20 | A    Not in a generic sense.   Generally, each | 12:15:20 |
| 21 | job is defined -- they'll tell you who to talk to. | 12:15:22 |
| 22 | It's not, in my experience, always the same | 12:15:27 |
| 23 | person. | 12:15:31 |
| 24 | Q    What do you mean, "it's not"? | 12:15:31 |
| 25 | A    The -- the -- the owner of the position | 12:15:32 |

**EXHIBIT E-49**

| # | | Time |
|---|---|---|
| 1 | is not always the person that will be your | 12:15:35 |
| 2 | supervisor -- | 12:15:38 |
| 3 | Q    I see. | 12:15:39 |
| 4 | A    -- in my experience.  That doesn't mean | 12:15:39 |
| 5 | I know the process. | 12:15:43 |
| 6 | Q    Sure.  In your experience, is it usually | 12:15:44 |
| 7 | the supervisor? | 12:15:47 |
| 8 | A    No. | 12:15:47 |
| 9 | Q    So more often than not the job owner is | 12:15:54 |
| 10 | not the same as the person that would be | 12:15:56 |
| 11 | supervising the position, in your experience? | 12:15:58 |
| 12 | A    In my recollection and experience, that | 12:16:01 |
| 13 | is correct. | 12:16:03 |
| 14 | Q    In -- in your recollection and | 12:16:05 |
| 15 | experience, do you know then like how a job owner | 12:16:06 |
| 16 | would be selected or assigned? | 12:16:10 |
| 17 | A    I do not. | 12:16:18 |
| 18 | Q    Earlier you had said -- going back to | 12:16:25 |
| 19 | the exhibit, Exhibit 10, you had said they told | 12:16:27 |
| 20 | you to look through the PDC openings. | 12:16:30 |
| 21 | When you said "they" -- is that right? | 12:16:34 |
| 22 | A    Yes. | 12:16:36 |
| 23 | Q    Okay.  When you said "they," who do | 12:16:37 |
| 24 | you -- who were you referring to? | 12:16:39 |
| 25 | A    We had a meeting between Austin | 12:16:41 |

| | | |
|---|---|---|
| 1 | "Powers," Thalia Tse, and -- | 12:16:44 |
| 2 | Q    Austin Ruppert? | 12:16:49 |
| 3 | A    Sorry.  Yes.  Austin Ruppert, Andrew | 12:16:50 |
| 4 | Powers, and Thalia Tse.  I believe that was on the | 12:16:53 |
| 5 | 6th or 7th of September. | 12:17:04 |
| 6 | Q    Well, this e-mail is dated | 12:17:04 |
| 7 | September 5th -- | 12:17:07 |
| 8 | A    Okay. | 12:17:07 |
| 9 | Q    -- so it couldn't have been the 6th or | 12:17:09 |
| 10 | 7th. | 12:17:11 |
| 11 | A    So it might have been the 4th then. | 12:17:11 |
| 12 | Q    Okay.  Sometime shortly before you sent | 12:17:13 |
| 13 | this? | 12:17:15 |
| 14 | A    I don't remember the exact date, but, | 12:17:15 |
| 15 | yeah, it must be September 5th.  It would be the | 12:17:17 |
| 16 | same day that we had the meeting. | 12:17:19 |
| 17 | Q    So you had the meeting, and then you | 12:17:24 |
| 18 | immediately went to look for positions; right? | 12:17:29 |
| 19 | A    Right.  So there is a time limit; right? | 12:17:31 |
| 20 | The PDCs happen on a cycle -- that's why | 12:17:35 |
| 21 | it's called "2H" -- and there's deadlines.  I | 12:17:39 |
| 22 | believe we were -- I believe the deadline was | 12:17:43 |
| 23 | Friday, so -- | 12:17:45 |
| 24 | Q    And this was on Thursday? | 12:17:49 |
| 25 | A    Yeah, if I recall correctly. | 12:17:50 |

**EXHIBIT E-51**

| | | |
|---|---|---|
| 1 | then discontinued -- | 12:22:00 |
| 2 | Q    Okay. | 12:22:01 |
| 3 | A    -- which also led into why I didn't want | 12:22:05 |
| 4 | it. | 12:22:07 |
| 5 | Q    Okay.  So looking at Exhibit 10, you | 12:22:08 |
| 6 | identify three positions.  The first one you're -- | 12:22:12 |
| 7 | you're telling Austin that, according to | 12:22:15 |
| 8 | Dr. Levy -- I'm assuming you're saying in the | 12:22:18 |
| 9 | e-mail that we had looked at earlier -- | 12:22:21 |
| 10 | A    Uh-huh. | 12:22:23 |
| 11 | Q    -- you would not be -- you would not | 12:22:24 |
| 12 | qualify for that position? | 12:22:25 |
| 13 | A    Correct. | 12:22:26 |
| 14 | Q    Okay.  And then the third one on your | 12:22:27 |
| 15 | list, it says a degree is "required for OA | 12:22:28 |
| 16 | positions, and I do not have a degree." | 12:22:33 |
| 17 | So did you think you were qualified for | 12:22:35 |
| 18 | that position? | 12:22:36 |
| 19 | A    Yes, I do think I'm qualified for that | 12:22:37 |
| 20 | position. | 12:22:42 |
| 21 | Q    Isn't a qualification -- and by "degree" | 12:22:43 |
| 22 | I assume you mean a college degree? | 12:22:45 |
| 23 | A    College degree, correct. | 12:22:47 |
| 24 | Q    And if it says a college degree is | 12:22:48 |
| 25 | required but you don't have one, how would you be | 12:22:51 |

```
1   qualified?                                              12:22:53

2       A    The operating assistant role is posted        12:22:54

3   many times each year, and it's for the same job        12:22:57

4   responsibilities and duties.   And sometimes it has    12:23:03

5   a degree requirement, and sometimes it does not        12:23:07

6   have a degree requirement.   Austin said that I        12:23:09

7   should go talk to Tolly Graves who was the             12:23:12

8   operations manager and the owner of that position      12:23:16

9   and ask him if I could apply, and he did give me       12:23:19

10  permission to apply without a college degree.          12:23:21

11      Q    Do you think your lack of college degree      12:23:24

12  held you back at Chevron?                              12:23:26

13      A    Yes.                                          12:23:26

14      Q    Do you agree that's not discriminatory?       12:23:32

15      A    Yes.                                          12:23:34

16      Q    So going back, I -- I -- I don't think        12:23:41

17  we finished with the time line.                        12:23:43

18          So there was a meeting with you, Thalia,       12:23:46

19  Austin, and Andrew, and you said you left the          12:23:50

20  meeting saying, "Let's go see if there are other       12:23:54

21  jobs"; right?                                          12:23:57

22      A    Uh-huh.                                       12:23:57

23      Q    And so you went and you saw these three,      12:23:58

24  you sent them to Austin, and then I -- and I think     12:24:00

25  that's where we left off.                              12:24:06
```

| | | |
|---|---|---|
| 1 | A    I think it was 147,000. | 12:27:41 |
| 2 | Q    Okay.  So about another -- what? -- | 12:27:44 |
| 3 | sixteen, seventeen thousand a year? | 12:27:47 |
| 4 | A    Roughly, plus there's an increase in | 12:27:49 |
| 5 | your bonus, your annual bonus, as well. | 12:27:52 |
| 6 | Q    And what is that increase? | 12:27:54 |
| 7 | A    Between 22 and 23 I think it goes from | 12:27:56 |
| 8 | 14 to 16 percent, and 24 I believe is 18 percent. | 12:28:00 |
| 9 | Q    And how -- what would that translate to | 12:28:06 |
| 10 | in terms of dollars, again, estimates? | 12:28:08 |
| 11 | A    Two percent of my base pay.  So what is | 12:28:11 |
| 12 | that? | 12:28:14 |
| 13 | Like 5,000, $6,000 each grade. | 12:28:15 |
| 14 | Q    Okay.  So what jobs did you ultimately | 12:28:20 |
| 15 | apply to in this September, October, November time | 12:28:26 |
| 16 | frame, 2019? | 12:28:32 |
| 17 | A    I applied to the maintenance general | 12:28:33 |
| 18 | team lead, the operating assistant, and the | 12:28:35 |
| 19 | maintenance change OA. | 12:28:39 |
| 20 | Q    Okay.  Including -- so one of -- and | 12:28:41 |
| 21 | that's the OA -- the -- one of those OA positions | 12:28:49 |
| 22 | stated that it had a college degree requirement; | 12:28:54 |
| 23 | right? | 12:28:54 |
| 24 | A    Yes. | 12:28:58 |
| 25 | Q    Do you know -- and maybe you don't -- | 12:28:58 |

**EXHIBIT E-54**

| | | |
|---|---|---|
| 1 | Los Angeles, California | 12:30:52 |
| 2 | Friday, May 10, 2024 | 12:30:52 |
| 3 | 1:34 p.m. | 12:30:52 |
| 4 | | 12:30:52 |
| 5 | THE VIDEOGRAPHER:  Video deposition | 13:34:40 |
| 6 | returning to the record at 1:34 p.m., beginning of | 13:34:41 |
| 7 | media 3. | 13:34:45 |
| 8 | | 13:34:45 |
| 9 | FURTHER EXAMINATION | 13:34:45 |
| 10 | BY MR. MUSSIG: | 13:34:45 |
| 11 | Q    One question I wanted to circle back on, | 13:34:49 |
| 12 | then we'll move on to -- to these documents. | 13:34:51 |
| 13 | Would you agree the decision to rescind | 13:34:54 |
| 14 | the REM job offer in Escravos was not based on | 13:34:56 |
| 15 | your ability or inability to do the job? | 13:35:04 |
| 16 | A    Yeah.  It didn't have anything to do | 13:35:11 |
| 17 | with my ability to do the job. | 13:35:14 |
| 18 | MR. MUSSIG:  So let me mark as | 13:35:16 |
| 19 | Exhibit 11 a document that's titled "Job title: | 13:35:18 |
| 20 | Maintenance change operating assistant (OA)," | 13:35:24 |
| 21 | SNOOKAL-1131 to -1132. | 13:35:27 |
| 22 | (Exhibit 11 was marked for | 13:35:27 |
| 23 | identification by the Certified | 13:35:27 |
| 24 | Shorthand Reporter.) | 13:35:27 |
| 25 | BY MR. MUSSIG: | 13:35:27 |

**EXHIBIT E-55**

| | | |
|---|---|---|
| 1 | Q    Now, I -- I assume you're familiar with | 13:35:48 |
| 2 | this document? | 13:35:51 |
| 3 | A    Uh-huh. | 13:35:51 |
| 4 | Q    You have to say "yes" or "no." | 13:35:52 |
| 5 | A    Yes.  I'm sorry. | 13:35:54 |
| 6 | Q    So this is a -- a copy of the El Segundo | 13:35:56 |
| 7 | maintenance change operating assistant, OA, job | 13:36:00 |
| 8 | posting in the PDC database as of the time you | 13:36:03 |
| 9 | were searching for a job in or around September, | 13:36:07 |
| 10 | 2019; right? | 13:36:12 |
| 11 | A    Yes. | 13:36:13 |
| 12 | Q    One question just sort of logistical: | 13:36:13 |
| 13 | So this says -- at the top it's -- it says: | 13:36:18 |
| 14 | "Chevron is accepting online | 13:36:24 |
| 15 | applications for the position of | 13:36:26 |
| 16 | maintenance change operating | 13:36:27 |
| 17 | assistant (OA) located in | 13:36:28 |
| 18 | El Segundo, California through | 13:36:31 |
| 19 | 8/11/19." | 13:36:34 |
| 20 | Do you know -- I mean, you weren't | 13:36:36 |
| 21 | looking for a position as of 8/11/19. | 13:36:38 |
| 22 | Was -- was the job extended?  Was this | 13:36:41 |
| 23 | deadline extended? | 13:36:44 |
| 24 | A    It may have been.  I'm not sure. | 13:36:46 |
| 25 | Q    Okay.  You don't recall? | 13:36:47 |

**EXHIBIT E-56**

| | | |
|---|---|---|
| 1 | Q    And did you meet all of the preferred | 13:40:29 |
| 2 | qualifications? | 13:40:31 |
| 3 | A    No. | 13:40:31 |
| 4 | Q    And I assume one of them was you didn't | 13:40:37 |
| 5 | have a Bachelor's degree; right? | 13:40:40 |
| 6 | A    Correct. | 13:40:42 |
| 7 | Q    Were there any other preferred | 13:40:42 |
| 8 | qualifications that you didn't meet? | 13:40:44 |
| 9 | And, again, this is at the time you | 13:40:46 |
| 10 | applied for the job. | 13:40:48 |
| 11 | A    Uh-huh.  For this particular job I would | 13:40:48 |
| 12 | say that it did not align with my career | 13:41:00 |
| 13 | development plan which is one of the preferred | 13:41:03 |
| 14 | qualifications. | 13:41:08 |
| 15 | Q    I see.  Any others? | 13:41:08 |
| 16 | A    No. | 13:41:08 |
| 17 | Q    Do you know who ultimately got this job? | 13:41:12 |
| 18 | A    I can't remember their name.  I -- I -- | 13:41:21 |
| 19 | I know loosely who they are, but I don't really | 13:41:23 |
| 20 | know them. | 13:41:26 |
| 21 | Q    Okay.  Do you think that you didn't get | 13:41:26 |
| 22 | this job for any sort of discriminatory reason? | 13:41:28 |
| 23 | A    No. | 13:41:31 |
| 24 | MR. MUSSIG:  Let's mark as Exhibit 12 a | 13:41:44 |
| 25 | document titled "Job title:  DS&C - MFG - | 13:41:48 |

**EXHIBIT E-57**

| | | |
|---|---|---|
| 1 | El Segundo operating assistant (PSG 22-23, 2 | 13:41:55 |
| 2 | positions)."   It's Bates-labeled SNOOKAL-1150 to | 13:41:59 |
| 3 | -1152. | 13:42:03 |
| 4 | (Exhibit 12 was marked for | 13:42:03 |
| 5 | identification by the Certified | 13:42:03 |
| 6 | Shorthand Reporter.) | 13:42:13 |
| 7 | MS. LEAL:  Thank you. | 13:42:13 |
| 8 | BY MR. MUSSIG: | 13:42:13 |
| 9 | Q    And are you familiar with this document? | 13:42:17 |
| 10 | A    Yes. | 13:42:17 |
| 11 | Q    Is this another one of the jobs that you | 13:42:21 |
| 12 | applied to during this time period? | 13:42:22 |
| 13 | A    It is. | 13:42:24 |
| 14 | Q    And just a -- so "DS&C" is downstream | 13:42:27 |
| 15 | and chemicals; right? | 13:42:31 |
| 16 | A    Yes. | 13:42:33 |
| 17 | Q    And that's a -- a line of business | 13:42:34 |
| 18 | within Chevron; right? | 13:42:35 |
| 19 | A    Yes. | 13:42:37 |
| 20 | Q    And "MFG" is short for manufacturing? | 13:42:37 |
| 21 | A    Yes. | 13:42:37 |
| 22 | Q    And now, again, on the very bottom but | 13:42:42 |
| 23 | below the Bates number it's -- it's dated | 13:42:47 |
| 24 | 10/11/2019. | 13:42:50 |
| 25 | Is that when you printed this? | 13:42:51 |

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 13:42:51 |
| 2 | Q | And do you know -- so it says at the | 13:42:54 |
| 3 | | top: | 13:42:57 |
| 4 | | "The position is accepting | 13:42:58 |
| 5 | | applicants until September 13." | 13:42:59 |
| 6 | | Do you know why you printed it, you | 13:43:02 |
| 7 | | know, a month later? | 13:43:04 |
| 8 | A | This one I printed out for documentation | 13:43:07 |
| 9 | | purposes, not for applying. | 13:43:10 |
| 10 | Q | What do you mean by that? | 13:43:13 |
| 11 | A | Just as a reminder of what I applied to. | 13:43:15 |
| 12 | Q | And this one states that the job owner | 13:43:22 |
| 13 | | was James Z. Byrd. | 13:43:26 |
| 14 | | Do you see that? | 13:43:29 |
| 15 | A | Uh-huh. | 13:43:29 |
| 16 | Q | Do you know who that is? | 13:43:30 |
| 17 | A | I do. | 13:43:31 |
| 18 | Q | How would you describe your relationship | 13:43:34 |
| 19 | | with James Z. Byrd? | 13:43:36 |
| 20 | A | He goes by Zak, so I'm going to call him | 13:43:40 |
| 21 | | "Zak." | 13:43:44 |
| 22 | Q | Okay. | 13:43:44 |
| 23 | A | At the time of this application he was | 13:43:44 |
| 24 | | someone that I had worked with in various | 13:43:50 |
| 25 | | different -- at various different times during | 13:44:00 |

Abrams, Mah & Kahn                     133

**EXHIBIT E-59**

| | | |
|---|---|---|
| 1 | various different positions; right? | 13:44:03 |
| 2 | So he's in operations, and I was in | 13:44:06 |
| 3 | engineering and maintenance.  He was in his | 13:44:08 |
| 4 | various roles someone that I would work with on a | 13:44:11 |
| 5 | regular basis. | 13:44:13 |
| 6 | Q    Do you -- do you know whether Mr. Byrd | 13:44:20 |
| 7 | would have any reason to have knowledge about your | 13:44:22 |
| 8 | heart condition? | 13:44:26 |
| 9 | A    No. | 13:44:26 |
| 10 | Q    You don't know or, "no," he would not? | 13:44:29 |
| 11 | A    No, he would not.  Sorry. | 13:44:31 |
| 12 | Q    And, again, would he know your age, | 13:44:33 |
| 13 | other than just making a general estimate based | 13:44:37 |
| 14 | on, you know, the fact that he knew you? | 13:44:39 |
| 15 | A    No, I wouldn't think so, other than | 13:44:41 |
| 16 | that. | 13:44:44 |
| 17 | Q    Well, I mean, let me ask this:  Did you | 13:44:50 |
| 18 | get this job? | 13:44:52 |
| 19 | A    I did not. | 13:44:53 |
| 20 | Q    And do you believe that decision was | 13:44:53 |
| 21 | discriminatory in any way? | 13:44:55 |
| 22 | A    I believe it might have been, yes. | 13:44:59 |
| 23 | Q    Okay.  So let me ask a few more | 13:45:01 |
| 24 | questions. | 13:45:04 |
| 25 | Do you know who the decision maker was | 13:45:06 |

| | | |
|---|---|---|
| 1 | for this job, meaning, the person who decided or | 13:45:08 |
| 2 | persons who decided whether or not you would get | 13:45:11 |
| 3 | this job? | 13:45:14 |
| 4 | A    I do not know all of them, no. | 13:45:15 |
| 5 | Q    Do you know some of them? | 13:45:17 |
| 6 | A    Well, Zak Byrd.  Actually, he's the only | 13:45:20 |
| 7 | one that I know. | 13:45:28 |
| 8 | Q    Okay. | 13:45:29 |
| 9 | A    I'm thinking of a different job, so -- | 13:45:29 |
| 10 | Q    All right. | 13:45:31 |
| 11 | A    I do know that they do not make the | 13:45:31 |
| 12 | decision -- that one person doesn't make the | 13:45:35 |
| 13 | decision. | 13:45:40 |
| 14 | Q    Do you know how many people make the | 13:45:40 |
| 15 | decision technically? | 13:45:42 |
| 16 | A    I do not. | 13:45:43 |
| 17 | Q    Do you have any estimate?  It's -- is | 13:45:43 |
| 18 | it -- is it two or three?  Is it ten or 12? | 13:45:46 |
| 19 | A    I know that they have a meeting to talk | 13:45:49 |
| 20 | about position changes and resource moves on a | 13:45:55 |
| 21 | recurring basis at an upper-level management. | 13:45:59 |
| 22 | I don't know how many people attend that | 13:46:04 |
| 23 | meeting; right? | 13:46:06 |
| 24 | Q    Okay.  On page 2 of the document it has | 13:46:07 |
| 25 | a list of "required qualifications," and one of | 13:46:15 |

**EXHIBIT E-61**

| | | |
|---|---|---|
| 1 | them is a BS degree in engineering; right? | 13:46:18 |
| 2 | A    Correct. | 13:46:20 |
| 3 | Q    And you have didn't have a BS degree in | 13:46:21 |
| 4 | engineering; correct? | 13:46:23 |
| 5 | A    That is correct. | 13:46:24 |
| 6 | Q    And so now we -- we had talked earlier | 13:46:26 |
| 7 | about the fact that certain OA positions, | 13:46:33 |
| 8 | sometimes, when they were posted, they had a | 13:46:37 |
| 9 | college degree requirement; sometimes they didn't. | 13:46:39 |
| 10 | But if one of the required | 13:46:45 |
| 11 | qualifications is a BS degree in engineering and | 13:46:47 |
| 12 | you don't have that, why would you think you're | 13:46:50 |
| 13 | qualified for this job? | 13:46:53 |
| 14 | A    I was told that it was a job that I | 13:46:54 |
| 15 | could apply for, if I got permission to apply for | 13:46:57 |
| 16 | it from Tolly Graves who was the operations | 13:47:00 |
| 17 | manager and would have been Zak Byrd's supervisor | 13:47:07 |
| 18 | or manager at that time. | 13:47:16 |
| 19 | Q    Do you know who ultimately got this job? | 13:47:16 |
| 20 | A    There's two jobs, and I remember the | 13:47:19 |
| 21 | name of one of them.  I don't remember the name of | 13:47:23 |
| 22 | the other.  One was Danielle Rivera.  I don't | 13:47:25 |
| 23 | remember the name of the other. | 13:47:36 |
| 24 | Q    Do you know whether Danielle Rivera had | 13:47:38 |
| 25 | a college degree? | 13:47:42 |

**EXHIBIT E-62**

| | | | |
|---|---|---|---|
| 1 | A | She did. | 13:47:43 |
| 2 | Q | Was it a BS in engineering? | 13:47:44 |
| 3 | A | I don't know her specific degree, but I | 13:47:45 |
| 4 | | assume it was -- | 13:47:47 |
| 5 | Q | Okay. | 13:47:48 |
| 6 | A | -- given her prior positions. | 13:47:48 |

```
 7        Q    So other than the fact that you were      13:47:50

 8   told that you could apply for the job, if you got   13:47:52

 9   permission from Tolly Graves, is there any other    13:47:55

10   reason that you think you were qualified for the    13:47:57

11   job, even though you didn't meet all the required   13:48:01

12   qualifications?                                     13:48:04

13        A    I meet all of the other requirements,     13:48:05

14   and that -- as I said before, that job does not    13:48:07

15   always require a degree.                            13:48:18

16        Q    Anything else?                            13:48:19

17        A    No.                                       13:48:25

18        Q    If you had gotten this job, would it      13:48:29

19   have been a lateral move?                           13:48:31

20        A    It would have been a lateral move in      13:48:35

21   pay.  It would not have been a lateral move in     13:48:39

22   that the OA position is widely known in the        13:48:42

23   refinery to be a gateway position in career        13:48:46

24   development.  You can only go so far without being  13:48:51

25   an OA, so much so that they'll actually move        13:48:54
```

**EXHIBIT E-63**

| | | |
|---|---|---|
| 1 | people from other facilities into the OA position | 13:48:59 |
| 2 | for a year or two just so that they can have that | 13:49:02 |
| 3 | experience before they move them up. | 13:49:05 |
| 4 | Q    Who did that happen with? | 13:49:07 |
| 5 | A    Zak Byrd. | 13:49:11 |
| 6 | Q    Anyone else? | 13:49:13 |
| 7 | A    There are some other ones.  I can't | 13:49:16 |
| 8 | think of their names at the moment.  But it's | 13:49:19 |
| 9 | quite the conversation at the refinery about who | 13:49:23 |
| 10 | is going to pop in for a year or two. | 13:49:26 |
| 11 | Q    Oh.  So you've had discussions with | 13:49:29 |
| 12 | coworkers about people -- | 13:49:31 |
| 13 | A    Much before this, yeah.  It's -- it's a | 13:49:33 |
| 14 | well-known cycle. | 13:49:36 |
| 15 | Q    Well, do you -- do you think there's | 13:49:41 |
| 16 | anything wrong with that, or is it just sort of | 13:49:43 |
| 17 | what they do at Chevron? | 13:49:48 |
| 18 | A    No.  I wasn't -- I wasn't saying there's | 13:49:49 |
| 19 | anything wrong with it. | 13:49:51 |
| 20 | Q    Okay. | 13:49:52 |
| 21 | A    I'm just saying that it happens, and | 13:49:52 |
| 22 | people watch it happen.  That's all. | 13:49:55 |
| 23 | Q    Now, the other person that got the job | 13:49:57 |
| 24 | whose name you don't remember, do you know whether | 13:49:59 |
| 25 | they have a college degree? | 13:50:01 |

**EXHIBIT E-64**

1    A    I -- I know who they are.  I just can't    13:50:08

2    remember their name.  And they did come from the    13:50:11

3    engineering department, from mechanical    13:50:14

4    engineering, so they -- they do have a degree.    13:50:16

5    Q    So do you believe you were more    13:50:24

6    qualified for the job than Danielle Rivera and the    13:50:25

7    other person whose name you can't remember?    13:50:29

8    A    I don't know about the other person per    13:50:32

9    se.  Danielle and I actually know each other.  We    13:50:34

10    were in the black employee network together.  I    13:50:37

11    would say that Danielle and I were equally    13:50:43

12    qualified for the job.  I had more leadership    13:50:45

13    experience and more industry-wide experience than    13:50:49

14    Danielle.    13:50:52

15    Q    But you were equally qualified for the    13:50:54

16    job?    13:50:57

17    A    From this sheet.    13:50:57

18    Q    What does that mean?    13:51:01

19    A    What's -- what's on here; right?  So, if    13:51:02

20    you just look at -- you're talking about this    13:51:04

21    document; right?    13:51:08

22         You're talking about Exhibit 12.    13:51:08

23    Q    Yes.    13:51:12

24    A    So she had a degree in engineering.  She    13:51:12

25    had prior refining experience.  She had    13:51:15

**EXHIBIT E-65**

| | | |
|---|---|---|
| 1 | demonstrated experience in areas of operation, | 13:51:16 |
| 2 | process, and designs engineering.  She had | 13:51:19 |
| 3 | knowledge in HES, PSM, impact, reliability and | 13:51:23 |
| 4 | capital projects areas and demonstrated change | 13:51:27 |
| 5 | management experience, excellent verbal, written, | 13:51:31 |
| 6 | and interpersonal communication skills; all of the | 13:51:33 |
| 7 | requirements just like I did. | 13:51:39 |
| 8 | Q    But you didn't meet all the | 13:51:40 |
| 9 | requirements, though; right?  You didn't have a | 13:51:41 |
| 10 | BS? | 13:51:43 |
| 11 | A    Except for the engineering degree, | 13:51:43 |
| 12 | correct. | 13:51:46 |
| 13 | Q    And you just didn't know about the other | 13:51:47 |
| 14 | person? | 13:51:48 |
| 15 | A    No.  I didn't have a working | 13:51:49 |
| 16 | relationship with the other person.  Like I said, | 13:51:50 |
| 17 | I know who -- I know who they are, but I -- I | 13:51:52 |
| 18 | don't have any knowledge about them. | 13:51:54 |
| 19 | Q    About their -- whether or not they met | 13:51:56 |
| 20 | the required "requirement" -- the required | 13:51:58 |
| 21 | qualifications? | 13:52:00 |
| 22 | A    Right. | 13:52:01 |
| 23 | Q    Do you think Zak Byrd discriminated | 13:52:04 |
| 24 | against you in connection with this job? | 13:52:08 |
| 25 | A    I don't think I was actually evaluated | 13:52:12 |

**EXHIBIT E-66**

| | | |
|---|---|---|
| 1 | for this job. | 13:52:14 |
| 2 | Q    What do you mean by that? | 13:52:17 |
| 3 | A    So Zak Byrd told me that there are two | 13:52:18 |
| 4 | or three off-the-book lists of people that will be | 13:52:25 |
| 5 | put into OA positions, and if you're not on the | 13:52:28 |
| 6 | list, then you can't get an OA job, even if you | 13:52:33 |
| 7 | apply for it; and that he was unaware that I had | 13:52:40 |
| 8 | interest in being an OA despite the fact that it | 13:52:47 |
| 9 | had been on my career development plan since 2009. | 13:52:51 |
| 10 | Q    So he told you about an off-the-book | 13:52:59 |
| 11 | list? | 13:53:02 |
| 12 | A    Yeah.  That's also something we all know | 13:53:04 |
| 13 | exists.  There's three lists. | 13:53:06 |
| 14 | Q    What are the three lists? | 13:53:07 |
| 15 | A    The college people that they want to | 13:53:08 |
| 16 | elevate, the high-potential people that they want | 13:53:11 |
| 17 | to elevate, and the, quote, unquote, "mustangs" | 13:53:15 |
| 18 | that they want to elevate into the OA position. | 13:53:18 |
| 19 | Q    So -- | 13:53:22 |
| 20 | A    Mustangs are people without degrees. | 13:53:23 |
| 21 | Q    So all three of these lists are -- | 13:53:31 |
| 22 | relate to the OA positions? | 13:53:36 |
| 23 | A    Correct. | 13:53:37 |
| 24 | Q    So there's the people with college | 13:53:38 |
| 25 | degrees, there's people without college degrees, | 13:53:39 |

**EXHIBIT E-67**

| | | | |
|---|---|---|---|
| 1 | | and then there's high potential. | 13:53:44 |
| 2 | | Wouldn't they fall into one of the other | 13:53:46 |
| 3 | | two categories? | 13:53:49 |
| 4 | A | I don't make the lists. | 13:53:49 |
| 5 | Q | Have you ever seen these lists? | 13:53:51 |
| 6 | A | I have not. | 13:53:52 |
| 7 | Q | Do you know for a fact they exist? | 13:53:52 |
| 8 | A | They told me they did. | 13:53:55 |
| 9 | Q | Who told you? | 13:53:56 |
| 10 | A | Zak Byrd. | 13:53:58 |
| 11 | Q | Anyone else? | 13:53:59 |
| 12 | A | Larry Laye, Stewart Harwell, Austin | 13:54:00 |
| 13 | | Ruppert, probably some other people, but none that | 13:54:06 |
| 14 | | I can think of at the moment. | 13:54:19 |
| 15 | Q | So those four individuals told you that | 13:54:20 |
| 16 | | these lists exist; right? | 13:54:22 |
| 17 | A | Uh-huh. | 13:54:24 |
| 18 | Q | And did all four of them tell you that | 13:54:24 |
| 19 | | you weren't on any of those lists? | 13:54:26 |
| 20 | A | They told me that those lists existed at | 13:54:27 |
| 21 | | different times in my career. | 13:54:32 |
| 22 | Q | Were you ever on any of those lists? | 13:54:33 |
| 23 | A | No. | 13:54:35 |
| 24 | Q | Did they tell you why? | 13:54:35 |
| 25 | A | No.  Well, one person told me why. | 13:54:36 |

```
 1          A    I said that I'm a subject matter expert      13:56:31

 2     in a piece of equipment that helps them optimize       13:56:34

 3     the plant and keep them in environmental               13:56:38

 4     compliance and that I did have something to bring      13:56:41

 5     to the OA position, and, in fact, when I was given     13:56:43

 6     an opportunity to do the OA position, I brought        13:56:47

 7     that exact talent and solved a long-standing           13:56:49

 8     problem in the two weeks that I was in that            13:56:52

 9     position.                                              13:56:54

10          Q    What -- what -- like where were you?         13:56:55

11     Was this at --                                         13:56:57

12          A    This was in the office.                      13:56:58

13          Q    Okay.  And this was like a formal career     13:56:59

14     development conversation?                              13:57:02

15          A    Yeah.  I had requested time with her.        13:57:02

16          Q    And so she told you about the existence      13:57:05

17     of these lists and said you're not --                 13:57:08

18          A    I don't think -- I don't think Erin          13:57:11

19     actually told me about the lists.  She just said       13:57:12

20     that they wouldn't consider me for an OA position.     13:57:16

21     I knew the lists existed by that point, but --         13:57:20

22          Q    Okay.  But she didn't say anything about     13:57:25

23     your age; right?                                       13:57:27

24          A    Not directly.                                13:57:28

25          Q    Did she say something indirectly?           13:57:30
```

| | | |
|---|---|---|
| 1 | A    We also had a conversation about college | 13:57:32 |
| 2 | and whether or not I should go back to college, | 13:57:34 |
| 3 | and she said that it wouldn't be useful from my | 13:57:37 |
| 4 | point in -- for -- for me to go back to college at | 13:57:40 |
| 5 | the point I was at in my career. | 13:57:42 |
| 6 | Q    So she was saying even going back to | 13:57:45 |
| 7 | college wouldn't get you on one of these lists? | 13:57:47 |
| 8 | A    Yes. | 13:57:47 |
| 9 | Q    And that's all she said about your age? | 13:57:54 |
| 10 | A    Yes. | 13:57:54 |
| 11 | Q    Now, going one by one, so Zak Byrd, when | 13:58:07 |
| 12 | did you talk to him about these lists? | 13:58:12 |
| 13 | A    Zak Byrd told me about the lists after I | 13:58:13 |
| 14 | didn't get the position.  And as is typical, I | 13:58:16 |
| 15 | always follow up with the people that had the | 13:58:21 |
| 16 | posting to find out what I could do to be a more | 13:58:23 |
| 17 | successful candidate in the future, and during our | 13:58:26 |
| 18 | conversation, he told me about the lists and that | 13:58:29 |
| 19 | I wasn't on them and he didn't know that I was | 13:58:31 |
| 20 | interested in having an OA position and that he | 13:58:35 |
| 21 | would help me out in the future in that. | 13:58:40 |
| 22 | Q    Okay.  Did he do that? | 13:58:42 |
| 23 | A    He did. | 13:58:44 |
| 24 | Q    What about Larry Laye?  What did he say | 13:58:46 |
| 25 | about these lists? | 13:58:48 |

1      A    Larry Laye was a different conversation.     13:58:50

2   That was much earlier in my career.   Larry Laye     13:58:52

3   and I worked closely in the gasoline blending     13:58:55

4   area, and so we would just talk about career     13:58:59

5   development in general.   So it was just a general     13:59:00

6   conversation.   At the time he was an OA and he     13:59:02

7   knew about the lists and that he was a mustang and     13:59:06

8   how he got on there and that he came up through     13:59:10

9   operations, so --     13:59:13

10      Q    So he was advising you in terms of how     13:59:14

11   you might get on the list?     13:59:16

12      A    I wouldn't -- I wouldn't state it that     13:59:17

13   way.   This was just a conversation between two     13:59:20

14   coworkers.     13:59:23

15      Q    I see.     13:59:24

16      A    It wasn't -- I wasn't seeking any advice     13:59:25

17   from Larry Laye.     13:59:27

18      Q    What about Austin Ruppert?   What did he     13:59:29

19   say about the lists?     13:59:32

20      A    The conversation with Austin Ruppert was     13:59:33

21   the second time that I considered applying for an     13:59:37

22   operating assistant which is in 2021.   During the     13:59:40

23   reorganization, we all had to apply for four     13:59:47

24   different positions.   I told Austin who was my     13:59:51

25   supervisor at the time that I was interested in     13:59:54

| | | |
|---|---|---|
| 1 | Q    But the group with Kit Deaver was you | 14:13:23 |
| 2 | were evaluating someone's performance? | 14:13:25 |
| 3 | A    Everyone's performance.  So we -- during | 14:13:28 |
| 4 | performance evaluation time when you're deciding | 14:13:31 |
| 5 | whether they're going to get a raise or what their | 14:13:33 |
| 6 | PMP rating is which is their performance | 14:13:37 |
| 7 | evaluation, a group comes together with HR, and | 14:13:39 |
| 8 | you talk about everyone's performance as a group | 14:13:42 |
| 9 | and determine what you think a fair rating for | 14:13:45 |
| 10 | that person is.  And you also do what they call | 14:13:48 |
| 11 | the "three-by-three matrix" which is supposed to | 14:13:51 |
| 12 | factor into career development. | 14:13:55 |
| 13 | Q    Do you know Danielle Rivera's age? | 14:14:05 |
| 14 | A    Not specifically. | 14:14:09 |
| 15 | Q    Do you have an estimate? | 14:14:09 |
| 16 | A    Low 30s. | 14:14:10 |
| 17 | Q    Do you know the other person who got the | 14:14:15 |
| 18 | other OA job's age? | 14:14:17 |
| 19 | A    Low 30s. | 14:14:20 |
| 20 | MR. MUSSIG:  I'll mark as Exhibit 13 a | 14:14:44 |
| 21 | document titled "job title:  DS&C - MFG - El | 14:14:46 |
| 22 | Segundo routine maintenance general team lead (PSG | 14:14:55 |
| 23 | 23)," SNOOKAL-1122 to -1123. | 14:14:56 |
| 24 | (Exhibit 13 was marked for | 14:14:56 |
| 25 | identification by the Certified | 14:14:56 |

| | | |
|---|---|---|
| 1 | Shorthand Reporter.) | 14:15:09 |
| 2 | MS. LEAL:  Thank you. | 14:15:09 |
| 3 | BY MR. MUSSIG: | 14:15:10 |
| 4 | Q    Are you familiar with this document? | 14:15:13 |
| 5 | A    I am. | 14:15:14 |
| 6 | Q    And this is a copy of the El Segundo | 14:15:15 |
| 7 | routine maintenance general team lead job posting | 14:15:21 |
| 8 | that you applied to; right? | 14:15:24 |
| 9 | A    Yes. | 14:15:25 |
| 10 | Q    Okay.  Once again, I think I know how | 14:15:25 |
| 11 | you're going to answer this, but -- so it says: | 14:15:32 |
| 12 | "The position is accepting | 14:15:34 |
| 13 | applicants until September 13, | 14:15:36 |
| 14 | 2019." | 14:15:36 |
| 15 | Right? | 14:15:38 |
| 16 | A    Yes. | 14:15:38 |
| 17 | Q    And then at the very bottom under the | 14:15:39 |
| 18 | Bates number it's dated -- there's a -- there's an | 14:15:41 |
| 19 | October 11, 2019, date; right? | 14:15:44 |
| 20 | A    Uh-huh. | 14:15:46 |
| 21 | Q    And is that the date you printed it? | 14:15:47 |
| 22 | A    It is. | 14:15:49 |
| 23 | Q    Okay.  And why did you print it? | 14:15:49 |
| 24 | A    Just for my records. | 14:15:53 |
| 25 | Q    I presume -- yeah.  Presumably after you | 14:15:54 |

| | | |
|---|---|---|
| 1 | had already applied for the job? | 14:15:56 |
| 2 | A    I had already applied, yes. | 14:15:57 |
| 3 | Q    Okay.   And the job owner for this | 14:16:07 |
| 4 | position was -- it says "Emil C. Cswaykus." | 14:16:09 |
| 5 | Is that Cotey Cswaykus? | 14:16:14 |
| 6 | A    It is.   His first name is Emil. | 14:16:16 |
| 7 | Q    And the PDR for this position was Troy | 14:16:20 |
| 8 | Tortorich; is that right? | 14:16:23 |
| 9 | A    Yes. | 14:16:24 |
| 10 | Q    And on page 1 and 2 this job posting | 14:16:28 |
| 11 | has -- page 1 leading into page 2 it has a -- a | 14:16:33 |
| 12 | list of four critical selection criteria. | 14:16:36 |
| 13 | Do you see that? | 14:16:41 |
| 14 | A    I do. | 14:16:41 |
| 15 | Q    And was it Chevron's standard practice | 14:16:42 |
| 16 | to rate all candidate numerically based on these | 14:16:45 |
| 17 | selection criteria? | 14:16:49 |
| 18 | MS. LEAL:  Objection.  Calls for | 14:16:51 |
| 19 | speculation. | 14:16:52 |
| 20 | THE WITNESS:  I don't know. | 14:16:52 |
| 21 | BY MR. MUSSIG: | 14:16:52 |
| 22 | Q    Are you aware there was some type of | 14:16:53 |
| 23 | rating that -- that went on? | 14:16:55 |
| 24 | A    I am aware of what we're supposed to do, | 14:16:59 |
| 25 | yes, which is you're supposed to fill out a rating | 14:17:02 |

| | | |
|---|---|---|
| 1 | sheet for each position. | 14:17:04 |
| 2 |     Q    Okay.  Had you actually participated in | 14:17:07 |
| 3 | that on the other end as a -- as a hiring? | 14:17:09 |
| 4 |     A    I had. | 14:17:12 |
| 5 |     Q    And then you typically select the | 14:17:14 |
| 6 | candidate with the highest rating; right? | 14:17:18 |
| 7 |     A    Not always. | 14:17:20 |
| 8 |     Q    Why might you not? | 14:17:21 |
| 9 |     A    There can be extenuating factors.  There | 14:17:23 |
| 10 | can be a history that you're looking for. | 14:17:33 |
| 11 |     There can be things not covered by the | 14:17:35 |
| 12 | ratings; right? | 14:17:41 |
| 13 |     So they don't always have such detail in | 14:17:41 |
| 14 | the selection criteria, and so you may not be able | 14:17:46 |
| 15 | to use the selection criteria as a rating system. | 14:17:49 |
| 16 | There are other numerical fields in the form that | 14:17:52 |
| 17 | you fill out that don't show up here.  They're | 14:17:58 |
| 18 | based on past experience and previous PMP ratings | 14:18:02 |
| 19 | and such things like that.  I'm not sure that | 14:18:08 |
| 20 | everyone uses the same form.  That's just | 14:18:10 |
| 21 | generally what HR has always given me. | 14:18:13 |
| 22 |     Q    Okay.  Well, let me -- so you didn't get | 14:18:15 |
| 23 | this job; right? | 14:18:17 |
| 24 |     A    I did not. | 14:18:18 |
| 25 |     Q    And do you know who did? | 14:18:19 |

**EXHIBIT E-75**

| | | |
|---|---|---|
| 1 | trying to think of who else I heard it from. | 14:22:34 |
| 2 | That's probably it.  There may be more, but -- | 14:22:36 |
| 3 | Q    Any more that you can remember? | 14:22:39 |
| 4 | A    Not that I can think of at the moment. | 14:22:41 |
| 5 | Q    And when -- when did that occur?  When | 14:22:47 |
| 6 | did his team tell you that?  In what year? | 14:22:50 |
| 7 | A    It would probably be somewhere around | 14:23:04 |
| 8 | "2017."  No, that's not right.  Probably more like | 14:23:07 |
| 9 | 2015. | 14:23:26 |
| 10 | Q    You mentioned Troy Tortorich.  Who is | 14:23:27 |
| 11 | he? | 14:23:31 |
| 12 | A    Troy Tortorich is the maintenance | 14:23:32 |
| 13 | manager at the time of this posting. | 14:23:34 |
| 14 | Q    And he told you that the only reason you | 14:23:37 |
| 15 | didn't get this position that we're looking at in | 14:23:39 |
| 16 | Exhibit 13 is because your leadership skills were | 14:23:43 |
| 17 | slightly below Brian Getchius'? | 14:23:47 |
| 18 | A    Correct. | 14:23:51 |
| 19 | Q    Were there any other witnesses to that | 14:23:53 |
| 20 | conversation? | 14:23:54 |
| 21 | A    No.  It was a one-on-one conversation. | 14:23:55 |
| 22 | Q    Okay.  And nothing in writing? | 14:23:58 |
| 23 | A    No. | 14:23:58 |
| 24 | Q    You had mentioned earlier PMP ratings. | 14:24:04 |
| 25 | What is that? | 14:24:07 |

| | | |
|---|---|---|
| 1 | coordination and what jobs were important, what | 14:26:41 |
| 2 | jobs weren't important. I had a project | 14:26:45 |
| 3 | management background through other jobs before | 14:26:48 |
| 4 | Chevron. I had done more influential leadership | 14:26:54 |
| 5 | positions which is also necessary in GTL because | 14:26:59 |
| 6 | you're working with other departments and other | 14:27:03 |
| 7 | groups. I just had more general experience that | 14:27:05 |
| 8 | aligned with the selection criteria. | 14:27:11 |
| 9 | Q    Anything else? | 14:27:15 |
| 10 | A    No. | 14:27:15 |
| 11 | Q    What -- so, ultimately, Chevron created | 14:27:27 |
| 12 | a role for you; right? | 14:27:30 |
| 13 | A    Yes. | 14:27:33 |
| 14 | Q    And it was the reliability change | 14:27:33 |
| 15 | operating assistant; correct? | 14:27:36 |
| 16 | A    Yes. | 14:27:38 |
| 17 | Q    Okay. And so that's an OA role; right? | 14:27:38 |
| 18 | A    No. | 14:27:41 |
| 19 | Q    Why not? | 14:27:42 |
| 20 | A    All of the OA roles are in operations, | 14:27:46 |
| 21 | except for the two change OA positions which were | 14:27:48 |
| 22 | both in maintenance and were both discontinued | 14:27:52 |
| 23 | during the reorganization. They also only existed | 14:27:54 |
| 24 | for one year. OA positions has been around in the | 14:27:57 |
| 25 | organization by one title or another as far back | 14:28:02 |

**EXHIBIT E-77**

| | | |
|---|---|---|
| 1 | Q    "No"? | 14:29:27 |
| 2 | A    No.  That was Kit Deaver. | 14:29:28 |
| 3 | Q    Okay.  He was your -- he was your | 14:29:30 |
| 4 | supervisor at the time you applied for that | 14:29:33 |
| 5 | position? | 14:29:35 |
| 6 | A    That's correct. | 14:29:35 |
| 7 | Q    And what -- did Mr. Ruppert move into | 14:29:38 |
| 8 | Kit Deaver's role? | 14:29:43 |
| 9 | A    He did. | 14:29:43 |
| 10 | Q    Okay.  And so Kit Deaver had a good | 14:29:45 |
| 11 | opinion of your abilities, as well; right? | 14:29:46 |
| 12 | A    Yes. | 14:29:48 |
| 13 | Q    And the -- the reliability change | 14:29:49 |
| 14 | operating assistant paid the same as your IEAR | 14:29:53 |
| 15 | team lead role; right? | 14:29:57 |
| 16 | A    It did. | 14:29:59 |
| 17 | MR. MUSSIG:  And let's mark as | 14:30:00 |
| 18 | Exhibit 14.  It's a letter to Mr. -- well, it's a | 14:30:08 |
| 19 | letter dated November 20th, 2019, titled "job | 14:30:13 |
| 20 | offer," SNOOKAL-1136. | 14:30:17 |
| 21 | (Exhibit 14 was marked for | 14:30:17 |
| 22 | identification by the Certified | 14:30:17 |
| 23 | Shorthand Reporter.) | 14:30:17 |
| 24 | BY MR. MUSSIG: | 14:30:17 |
| 25 | Q    Are you familiar with this document? | 14:30:37 |

| | | |
|---|---|---|
| 1 | A    Yes. | 14:30:37 |
| 2 | Q    Okay.  And so you were offered the | 14:30:40 |
| 3 | reliability change operating assistant role on | 14:30:41 |
| 4 | November 19, 2019; right? | 14:30:45 |
| 5 | A    Yes. | 14:30:46 |
| 6 | Q    And had there been discussions prior to | 14:30:47 |
| 7 | that about the role?  I mean, was this a shock, or | 14:30:49 |
| 8 | had you talked to Mr. Ruppert about it or anyone | 14:30:51 |
| 9 | else? | 14:30:54 |
| 10 | A    He told me that, if I didn't get one of | 14:30:57 |
| 11 | the other positions that I applied for -- that | 14:31:02 |
| 12 | they would work on doing something else.  He | 14:31:05 |
| 13 | actually at the time mentioned that they might | 14:31:08 |
| 14 | move me back into the IEAR role, but I did know | 14:31:10 |
| 15 | that they were considering creating some kind of | 14:31:14 |
| 16 | position. | 14:31:17 |
| 17 | Q    And, I mean, would you agree he -- he | 14:31:21 |
| 18 | went out of his way to try to do right by you? | 14:31:25 |
| 19 | A    Yes. | 14:31:25 |
| 20 | Q    And so, of your discrimination claims in | 14:31:31 |
| 21 | this case, none of are them are aimed at | 14:31:33 |
| 22 | Mr. Ruppert; right? | 14:31:37 |
| 23 | A    That is correct. | 14:31:38 |
| 24 | Q    Is there anyone in particular they're | 14:31:39 |
| 25 | aimed at? | 14:31:40 |

**EXHIBIT E-79**

| | | |
|---|---|---|
| 1 | A    Not specifically, no.  Well, which | 14:31:41 |
| 2 | claims are we talking about, actually? | 14:31:48 |
| 3 | Q    The age discrimination claims. | 14:31:51 |
| 4 | A    Then, no. | 14:31:53 |
| 5 | Q    Okay.  And in terms of the disability | 14:31:55 |
| 6 | discrimination claims, who are those aimed at? | 14:31:57 |
| 7 | Dr. Levy? | 14:32:00 |
| 8 | A    Dr. Levy and the Nigerian doctor whose | 14:32:01 |
| 9 | name I can't really say, so I'm not going to -- | 14:32:07 |
| 10 | I'm not going to do it a disservice. | 14:32:09 |
| 11 | Q    I mean, we talked about him earlier. | 14:32:11 |
| 12 | A    Yeah. | 14:32:13 |
| 13 | Q    The one that -- that -- | 14:32:14 |
| 14 | A    Asekomeh, I believe, is his name. | 14:32:15 |
| 15 | Q    -- made the decision? | 14:32:19 |
| 16 | A    Yeah.  Uh-huh. | 14:32:20 |
| 17 | Q    Do you have any reason to believe that | 14:32:21 |
| 18 | Dr. Levy played a role in that decision, the | 14:32:22 |
| 19 | decision to rescind the -- the REM job offer? | 14:32:26 |
| 20 | A    Yes.  He told me that he -- the last | 14:32:30 |
| 21 | conversation that I had with him he said that he | 14:32:33 |
| 22 | is going to let Dr. Asekomeh's determination | 14:32:38 |
| 23 | stand.  He is his supervisor, essentially, so it | 14:32:47 |
| 24 | would be up to -- Dr. Levy would have that power | 14:32:52 |
| 25 | to over -- overrule that. | 14:32:55 |

| | | | |
|---|---|---|---|
| 1 | Q | How do you know that? | 14:32:58 |
| 2 | A | Well, he told me he did. | 14:32:59 |
| 3 | Q | Okay.  Do you know of any other -- | 14:33:00 |
| 4 | A | Any other reason?  No, I don't know; | 14:33:03 |
| 5 | just that he told me he did. | | | 14:33:05 |
| 6 | Q | Okay.  I believe in this case you've | 14:33:06 |
| 7 | alleged that the reliability change OA position | | | 14:33:13 |
| 8 | was not as good because you didn't have any direct | | | 14:33:21 |
| 9 | reports. | | | 14:33:23 |
| 10 | | Right? | 14:33:24 |
| 11 | A | Among other reasons; but, yes. | 14:33:25 |
| 12 | Q | Okay.  Among other reasons? | 14:33:28 |
| 13 | A | Yeah. | 14:33:30 |
| 14 | Q | But the other OA roles also -- other OA | 14:33:30 |
| 15 | roles also did not have direct reports; right? | | | 14:33:34 |
| 16 | A | That is correct. | 14:33:36 |
| 17 | Q | Okay.  And so you're saying that the -- | 14:33:36 |
| 18 | the reliability change OA was different from all | | | 14:33:38 |
| 19 | the other OA positions at the facility; right? | | | 14:33:41 |
| 20 | There was one other that was -- that fell under | | | 14:33:44 |
| 21 | the same category? | | | 14:33:46 |
| 22 | A | Correct. | 14:33:48 |
| 23 | Q | Was it the maintenance change OA? | 14:33:49 |
| 24 | A | It was. | 14:33:51 |
| 25 | Q | Okay.  So you're saying reliability | 14:33:51 |

**EXHIBIT E-81**

| | | |
|---|---|---|
| 1 | description for it because it doesn't exist. | 14:35:06 |
| 2 | Q    What were you doing on a day-to-day | 14:35:09 |
| 3 | basis? | 14:35:11 |
| 4 | A    Whatever Austin wanted me to do.  I | 14:35:12 |
| 5 | spent the first three or so months training the | 14:35:15 |
| 6 | new IEAR team lead and wrapping up some projects | 14:35:19 |
| 7 | that I was working on.  I think I also got | 14:35:26 |
| 8 | assigned to an investigation, but it was just -- | 14:35:31 |
| 9 | it's kind of like whatever -- | 14:35:34 |
| 10 | Q    Almost like special projects? | 14:35:36 |
| 11 | A    Yeah. | 14:35:38 |
| 12 | Q    Okay.  Now, less than a year later | 14:35:44 |
| 13 | around October, 2020, that's when this big reorg | 14:35:47 |
| 14 | happened -- right? -- restructuring of the | 14:35:49 |
| 15 | business? | 14:35:51 |
| 16 | A    That's -- that's when it rolled down to | 14:35:51 |
| 17 | my level, yeah.  It began much earlier than that. | 14:35:54 |
| 18 | Q    Okay.  And are you aware that ten | 14:35:57 |
| 19 | percent of the employees were laid of? | 14:35:58 |
| 20 | A    I am. | 14:36:00 |
| 21 | Q    And -- | 14:36:00 |
| 22 | A    I actually take issue with that number. | 14:36:02 |
| 23 | It's not ten percent were laid off.  Ten percent | 14:36:05 |
| 24 | of the employee -- there was a reduction of ten | 14:36:08 |
| 25 | percent of the workforce. | 14:36:10 |

| | | |
|---|---|---|
| 1 | Q    I see.  And it was during this | 14:36:13 |
| 2 | restructuring period that you applied to the IEAR | 14:36:26 |
| 3 | team lead position again; right? | 14:36:32 |
| 4 | A    I did not apply for that IEAR team lead | 14:36:34 |
| 5 | position during the restructuring. | 14:36:36 |
| 6 | Q    When was that? | 14:36:36 |
| 7 | A    I never re-applied for the IEAR team | 14:36:37 |
| 8 | lead. | 14:36:40 |
| 9 | Q    How did you get that job? | 14:36:40 |
| 10 | A    They gave it to me. | 14:36:41 |
| 11 | Q    What do you mean, they gave it to you? | 14:36:43 |
| 12 | A    They told me that, if I didn't take the | 14:36:45 |
| 13 | IEAR team lead position -- that I wouldn't have a | 14:36:49 |
| 14 | position at Chevron. | 14:36:51 |
| 15 | Q    Was that because the -- the reliability | 14:36:54 |
| 16 | change OA position was going to go away? | 14:37:00 |
| 17 | A    Yes. | 14:37:00 |
| 18 | Q    And was that because of the | 14:37:04 |
| 19 | restructuring? | 14:37:06 |
| 20 | A    Yes. | 14:37:06 |
| 21 | Q    And what happened to the person who was | 14:37:11 |
| 22 | in the "I" -- "I" -- IEAR team lead position prior | 14:37:13 |
| 23 | to that? | 14:37:17 |
| 24 | A    It was -- the restructuring was quite | 14:37:24 |
| 25 | complicated in the way they did it, so that's not | 14:37:26 |

| | | |
|---|---|---|
| 1 | an easy question to answer. | 14:37:29 |
| 2 | MS. LEAL:  Don't guess.  If you don't | 14:37:31 |
| 3 | know, you don't know. | 14:37:32 |
| 4 | THE WITNESS:  I do know.  It's just that | 14:37:34 |
| 5 | it's -- it's very -- it's very difficult, you | 14:37:35 |
| 6 | know.  There's a lot of things about it that I | 14:37:39 |
| 7 | don't know.  I can tell you that every -- | 14:37:41 |
| 8 | MS. LEAL:  He's just asking about the | 14:37:42 |
| 9 | one individual, though. | 14:37:44 |
| 10 | THE WITNESS:  Oh.  Where did he go?  I | 14:37:45 |
| 11 | don't know. | 14:37:47 |
| 12 | BY MR. MUSSIG: | 14:37:47 |
| 13 | Q   Yeah.  Yeah. | 14:37:47 |
| 14 | A   I don't know what position he went into. | 14:37:47 |
| 15 | I guess what I'm saying is it's difficult because | 14:37:49 |
| 16 | none of us had positions.  That's the way they did | 14:37:52 |
| 17 | the restructuring.  No one has a job.  Everyone | 14:37:55 |
| 18 | has to apply for four jobs.  And then they just | 14:37:57 |
| 19 | fill those jobs, and anyone left standing doesn't | 14:38:00 |
| 20 | have a job anymore.  So at the time that I applied | 14:38:03 |
| 21 | for positions, he also didn't have a position.  So | 14:38:07 |
| 22 | like -- | 14:38:10 |
| 23 | Q   I see. | 14:38:11 |
| 24 | A   -- no one had a position. | 14:38:11 |
| 25 | Q   So did you apply for four jobs at that | 14:38:12 |

| | | |
|---|---|---|
| 1 | time? | 14:38:14 |
| 2 | A    I did. | 14:38:15 |
| 3 | Q    And what four jobs? | 14:38:15 |
| 4 | A    I don't recall what they are.  Sorry. | 14:38:16 |
| 5 | There was an analyzer engineering -- analyzer | 14:38:19 |
| 6 | engineer for the central organization in Texas | 14:38:24 |
| 7 | which is one of the jobs that I would say I was | 14:38:27 |
| 8 | discriminated against on based on something.  It | 14:38:33 |
| 9 | was either retaliation or age.  But the other | 14:38:36 |
| 10 | three jobs, I don't know who got them, and, you | 14:38:42 |
| 11 | know, I don't have any issues with those. | 14:38:46 |
| 12 | Q    Okay.  So let's focus on the analyzer | 14:38:47 |
| 13 | engineer job in Houston. | 14:38:51 |
| 14 | A    Uh-huh. | 14:38:52 |
| 15 | Q    I think you had said more to the job | 14:38:53 |
| 16 | title. | 14:38:55 |
| 17 | A    I don't know the actual job title. | 14:38:55 |
| 18 | There's a central organization.  It got a new name | 14:38:59 |
| 19 | during that time, as well, but it -- it was a -- | 14:39:04 |
| 20 | it may have just been called "analyzer engineer." | 14:39:09 |
| 21 | Q    And you believe you didn't get that job | 14:39:12 |
| 22 | either because of age discrimination or because of | 14:39:18 |
| 23 | retaliation? | 14:39:20 |
| 24 | A    Yes. | 14:39:21 |
| 25 | Q    Why do you believe that? | 14:39:22 |

**EXHIBIT E-85**

| | | |
|---|---|---|
| 1 | A    I was vastly more qualified than the | 14:39:24 |
| 2 | person that they placed in that position. | 14:39:27 |
| 3 | Q    Who is the person they placed in that | 14:39:29 |
| 4 | position? | 14:39:31 |
| 5 | A    Amit Sondhi, I believe, is his name. | 14:39:32 |
| 6 | Q    How old is he? | 14:39:41 |
| 7 | A    I believe he's close to me in age, but | 14:39:43 |
| 8 | early 40s at the time. | 14:39:52 |
| 9 | Q    And how old are you at the time? | 14:39:53 |
| 10 | A    47 or 48.  48, I think. | 14:39:55 |
| 11 | Q    So less than five years apart? | 14:39:59 |
| 12 | A    Uh-huh. | 14:40:02 |
| 13 | Q    You have to say "yes" or "no." | 14:40:03 |
| 14 | A    Yes. | 14:40:04 |
| 15 | Q    And so why do you believe you were | 14:40:04 |
| 16 | vastly more qualified than him? | 14:40:13 |
| 17 | A    The position, the very brief job | 14:40:14 |
| 18 | description -- but I -- I have familiarity with | 14:40:21 |
| 19 | that position.  One of my friends, Bac Vu, had | 14:40:22 |
| 20 | just left that position during the reorganization | 14:40:27 |
| 21 | for a different position in the -- in the -- in | 14:40:30 |
| 22 | the company which is why that position was open. | 14:40:33 |
| 23 | The job is to be a subject matter expert | 14:40:41 |
| 24 | in the field of analyzers which we discussed | 14:40:45 |
| 25 | earlier.  I have been working with or in the field | 14:40:47 |

| | | |
|---|---|---|
| 1 | in, were he an SME. | 14:42:55 |
| 2 | Q    And SME is subject matter expert? | 14:42:58 |
| 3 | A    Yes. | 14:43:00 |
| 4 | Q    Okay.  And you said "FEMA."  What is | 14:43:00 |
| 5 | that? | 14:43:02 |
| 6 | A    Failure mode -- I can't remember the | 14:43:02 |
| 7 | whole acronym.  Sorry. | 14:43:10 |
| 8 | Q    Okay. | 14:43:11 |
| 9 | A    But it's -- it's a fail -- it's a -- a | 14:43:12 |
| 10 | way things fail.  It's an evaluation of ways | 14:43:15 |
| 11 | equipment fail. | 14:43:17 |
| 12 | Q    All right.  Other than what -- what Bac | 14:43:19 |
| 13 | Vu told you, do you have any reason to believe | 14:43:22 |
| 14 | that Amit Sondhi didn't have any analyzer | 14:43:23 |
| 15 | experience? | 14:43:28 |
| 16 | A    Just that they never used him as an SME | 14:43:30 |
| 17 | after that, so demonstrated no experience.  They | 14:43:32 |
| 18 | also had to redo some of his projects is my | 14:43:38 |
| 19 | understanding. | 14:43:42 |
| 20 | Q    How do you -- how did you come to that | 14:43:42 |
| 21 | understanding? | 14:43:44 |
| 22 | A    Also from Bac Vu. | 14:43:45 |
| 23 | Q    Is it fair to say Bac Vu is not a fan of | 14:43:47 |
| 24 | "Andy" -- Amit Sondhi? | 14:43:50 |
| 25 | A    I wouldn't know. | 14:43:53 |

**EXHIBIT E-87**

| | | |
|---|---|---|
| 1 | Q     Any other reason that you think that the | 14:43:58 |
| 2 | fact you didn't get that analyzer engineer | 14:44:02 |
| 3 | position in Houston was discriminatory? | 14:44:04 |
| 4 | A     No. | 14:44:04 |
| 5 | Q     And you had mentioned retaliation.  Why | 14:44:09 |
| 6 | would you think it was retaliatory that you didn't | 14:44:12 |
| 7 | get that position? | 14:44:14 |
| 8 | A     Well, they didn't give me any of the | 14:44:15 |
| 9 | positions that I applied for, and I had at this | 14:44:17 |
| 10 | point already obtained a lawyer about the | 14:44:20 |
| 11 | disability discrimination. | 14:44:26 |
| 12 | Q     Had you already filed a lawsuit? | 14:44:30 |
| 13 | A     No, but they had sent out a -- some kind | 14:44:31 |
| 14 | of letter. | 14:44:34 |
| 15 | Q     Your lawyers had sent a letter to the | 14:44:36 |
| 16 | company? | 14:44:42 |
| 17 | A     Yes. | 14:44:43 |
| 18 | Q     Do you have any reason to believe the | 14:44:43 |
| 19 | people who made the decision about that analyzer | 14:44:45 |
| 20 | position had any knowledge of the fact that your | 14:44:48 |
| 21 | lawyers had sent a letter to the company? | 14:44:51 |
| 22 | A     I don't know who made the decisions at | 14:44:53 |
| 23 | all. | 14:44:54 |
| 24 | Q     Okay.  So the answer is "no"? | 14:44:54 |
| 25 | A     "No." | 14:44:57 |

| | | |
|---|---|---|
| 1 | the future." | 15:07:48 |
| 2 | Q    Okay. | 15:07:50 |
| 3 | A    So that's, "Don't -- don't put OA | 15:07:50 |
| 4 | because you won't get it."  And then I said, "Am I | 15:07:54 |
| 5 | even on the list?" and he said, "No." | 15:08:04 |
| 6 | Q    And so -- and we had talked about the | 15:08:05 |
| 7 | four jobs you ultimately applied for. | 15:08:07 |
| 8 | One was IE -- IEAR lead; right? | 15:08:10 |
| 9 | A    I do not apply for that job. | 15:08:12 |
| 10 | Q    No.  That's right.  You had applied for | 15:08:14 |
| 11 | four jobs. | 15:08:15 |
| 12 | Three of them you say you had no issue | 15:08:16 |
| 13 | with, and the fourth was the one in Houston, the | 15:08:18 |
| 14 | analyzer position? | 15:08:21 |
| 15 | A    Right.  The other three I don't know | 15:08:22 |
| 16 | enough about to have an opinion one way or the | 15:08:24 |
| 17 | other. | 15:08:26 |
| 18 | Q    Okay.  And so then how -- were you -- | 15:08:26 |
| 19 | were you denied for all four of those jobs? | 15:08:29 |
| 20 | A    I was. | 15:08:32 |
| 21 | Q    And then they put you in the IEAR lead? | 15:08:32 |
| 22 | A    That's correct. | 15:08:35 |
| 23 | Q    And, I mean, you must have accepted it | 15:08:36 |
| 24 | at some point like; right? | 15:08:40 |
| 25 | I -- I -- I -- and I understand what | 15:08:42 |

**EXHIBIT E-89**

| | | |
|---|---|---|
| 1 | your testimony is -- is they told you, "This is | 15:08:44 |
| 2 | it. This is all we have. You can have this, or | 15:08:46 |
| 3 | there's nothing." But you accepted. You said, | 15:08:49 |
| 4 | "Okay. I'll take -- I'll take the position." | 15:08:51 |
| 5 | A    Oh. Did I accept it? Yeah, I accepted | 15:08:52 |
| 6 | it. | 15:08:56 |
| 7 | Q    Were there any more messages with | 15:08:57 |
| 8 | Mr. Ruppert on Teams? | 15:09:05 |
| 9 | It looks like there were. | 15:09:06 |
| 10 | A    There's a ton of messages with -- he was | 15:09:06 |
| 11 | my supervisor and it was COVID, so this is how we | 15:09:10 |
| 12 | communicated. | 15:09:14 |
| 13 | Q    Were there any other text messages about | 15:09:15 |
| 14 | OA lists? | 15:09:17 |
| 15 | A    Not that I recall. I'm sure that's why | 15:09:18 |
| 16 | I pulled these out. | 15:09:21 |
| 17 | Q    Okay. Sorry. I said "text messages," | 15:09:22 |
| 18 | but I meant Teams messages. | 15:09:24 |
| 19 | A    Yeah. We also had text messages | 15:09:26 |
| 20 | during -- during that period of time. | 15:09:29 |
| 21 | It was a very -- lots of means of | 15:09:30 |
| 22 | communication, not all of which were the same all | 15:09:36 |
| 23 | the time; right? | 15:09:40 |
| 24 | Sometimes it was text. Sometimes it was | 15:09:41 |
| 25 | Teams. Sometimes it was video calls. Sometimes | 15:09:43 |

**EXHIBIT E-90**

| | | |
|---|---|---|
| 1 | Q    You didn't talk about anything else in | 15:13:03 |
| 2 | 15 minutes? | 15:13:07 |
| 3 | A    Not really, no.  I'm not sure it lasted | 15:13:09 |
| 4 | 15 minutes.  I'm saying it was a 15-minute | 15:13:12 |
| 5 | meeting, so it was 15 minutes or less.  But, no, I | 15:13:15 |
| 6 | don't believe we talked about anything else. | 15:13:18 |
| 7 | Q    Okay.  On the -- do you believe your -- | 15:13:21 |
| 8 | let me ask this way:  In this case is the -- the | 15:13:27 |
| 9 | only disability that you are alleging the heart | 15:13:33 |
| 10 | condition that we talked about? | 15:13:38 |
| 11 | A    Yes. | 15:13:38 |
| 12 | Q    And other than the revocation of the REM | 15:13:40 |
| 13 | job in Escravos, do you believe your heart | 15:13:45 |
| 14 | condition had anything to do with any other | 15:13:48 |
| 15 | decision in terms of promotions or anything else | 15:13:50 |
| 16 | at Chevron? | 15:13:52 |
| 17 | A    No, only -- only that I expressed that I | 15:13:55 |
| 18 | thought it was discrimination.  So anything after | 15:14:02 |
| 19 | that, you know, could be affected by that but not | 15:14:05 |
| 20 | directly by the fact that I had the disability. | 15:14:09 |
| 21 | Q    Okay.  So you're saying it's possible | 15:14:13 |
| 22 | there was some retaliation, but you don't think | 15:14:15 |
| 23 | any other decision at Chevron was ever based in | 15:14:17 |
| 24 | any part on your disability? | 15:14:21 |
| 25 | A    That's correct. | 15:14:24 |

**EXHIBIT E-91**

1      Q    And do you have any reason to believe          15:14:25

2   there was any retaliation against you because you       15:14:27

3   had alleged that you'd suffered disability              15:14:32

4   discrimination?                                         15:14:35

5      A    Could you repeat the question?                  15:14:44

6      Q    Sure.  Do you have any reason to believe        15:14:46

7   that any decision subsequent to that allegation of     15:14:47

8   discrimination was retaliatory?                         15:14:51

9      A    Yes, I do have reason to believe.               15:15:00

10     Q    And what is that reason?                        15:15:03

11     A    The way I was handled after that event          15:15:05

12   was basically to find a place for me so that I         15:15:16

13   would remain employed, but it wasn't necessarily a     15:15:24

14   useful place.  And when it came time for them to       15:15:32

15   have to place me in something, they moved someone      15:15:35

16   out of a role that they had been in for less than      15:15:38

17   a year to put me into that role.  And I found out      15:15:40

18   after I had been put back into the IEAR role that      15:15:46

19   I was not evaluated for all of the four positions      15:15:51

20   that I applied for --                                  15:15:54

21     Q    What do you mean?                               15:16:00

22     A    -- in the reorganization.                       15:16:00

23     Q    So in the reorganization you had applied        15:16:05

24   for the -- the -- I thought that was the four          15:16:07

25   positions we talked about, three of which you have     15:16:10

**EXHIBIT E-92**

1    no issue with, and the fourth is the analyzer        15:16:12

2    position in Houston.        15:16:14

3        A    That's correct.        15:16:16

4        Q    So you just said a moment ago that you        15:16:17

5    weren't evaluated for those.        15:16:18

6        A    I applied for them, but I was never        15:16:20

7    evaluated for whether I should get them or not.  I        15:16:21

8    was placed into the IEAR role and told that I        15:16:25

9    didn't get any of the other roles.        15:16:28

10        Q    And how do you know you weren't        15:16:32

11    evaluated for the other roles?        15:16:33

12        A    Because when I filed a DFEH claim, they        15:16:35

13    had to produce the sheets, and one of the        15:16:38

14    sheets -- evaluation sheets says that my name was        15:16:41

15    withdrawn before evaluation was made.  I believe        15:16:47

16    it also says that in the paperwork that the        15:16:50

17    Chevron "loyal" filed -- lawyer filed with the        15:16:55

18    DFEH.        15:16:57

19        Q    Your name was withdrawn as to all four        15:17:01

20    roles?        15:17:05

21        A    Those four positions.  I don't know how        15:17:05

22    many.  At least one.        15:17:08

23        Q    At least one of those roles?        15:17:09

24        A    At least one.        15:17:10

25        Q    Do you have any other reason to believe        15:17:18

| | | |
|---|---|---|
| 1 | discrimination and retaliation claims that you | 15:30:02 |
| 2 | know of? | 15:30:05 |
| 3 | MS. LEAL:  "Insight." | 15:30:05 |
| 4 | THE WITNESS:  I don't know.  I mean, he | 15:30:07 |
| 5 | might.  I -- I don't know.  I don't know what he | 15:30:10 |
| 6 | thinks or knows. | 15:30:13 |
| 7 | BY MR. MUSSIG: | 15:30:13 |
| 8 | Q    Okay.  What -- who at Chevron do you | 15:30:13 |
| 9 | think discriminated against you on the basis of | 15:30:15 |
| 10 | your age? | 15:30:17 |
| 11 | A    I don't think it was any specific | 15:30:18 |
| 12 | person.  I think it's the way Chevron has | 15:30:19 |
| 13 | constructed their leadership pipeline is | 15:30:25 |
| 14 | inherently discriminatory. | 15:30:28 |
| 15 | Q    Okay.  But no specific person? | 15:30:30 |
| 16 | A    Not that I'm aware of. | 15:30:33 |
| 17 | Q    When you say here Mr. Getchius and you | 15:30:37 |
| 18 | talked about "a management sponsor," what is that? | 15:30:41 |
| 19 | A    That's -- another thing that people talk | 15:30:47 |
| 20 | about at Chevron a lot is management sponsors | 15:30:49 |
| 21 | which is basically someone in upper management who | 15:30:52 |
| 22 | assists you in moving your career forward.  I'm | 15:30:59 |
| 23 | not sure exactly what -- means -- that works as. | 15:31:04 |
| 24 | I suppose I had a management sponsor when the | 15:31:08 |
| 25 | technical manager moved me into the analyzer | 15:31:11 |

| | | |
|---|---|---|
| 1 | show that Chevron has a propensity to favor | 15:36:22 |
| 2 | college graduates without work experience, to wit, | 15:36:25 |
| 3 | younger employees. | 15:36:27 |
| 4 | Other than what we had talked about | 15:36:28 |
| 5 | earlier, did you speak with Mr. Byrd about | 15:36:30 |
| 6 | anything in regards to promotions and careers? | 15:36:32 |
| 7 | A    Zak and I spoke about this text message, | 15:36:37 |
| 8 | Exhibit 15, where the RLT had negative or mixed | 15:36:44 |
| 9 | feedback.  He wasn't able to give me any | 15:36:50 |
| 10 | information. | 15:36:55 |
| 11 | Q    Yeah.  I think you had mentioned that -- | 15:36:56 |
| 12 | A    Yeah. | 15:36:57 |
| 13 | Q    -- that you had asked him about the OA | 15:36:58 |
| 14 | list and -- and -- | 15:37:00 |
| 15 | A    No.  Yeah.  He gave me information about | 15:37:03 |
| 16 | the OA list.  He didn't give me information about | 15:37:04 |
| 17 | my mixed -- quote, unquote, "mixed reputation" | 15:37:08 |
| 18 | with the RLT. | 15:37:12 |
| 19 | Q    Right.  I think you -- you had said you | 15:37:13 |
| 20 | asked him to elaborate, and they could not? | 15:37:15 |
| 21 | A    Right. | 15:37:17 |
| 22 | Q    And what -- like what was the -- did you | 15:37:17 |
| 23 | ask just once to elaborate, and he said, "I | 15:37:23 |
| 24 | don't -- I don't -- I don't know," or -- or how | 15:37:25 |
| 25 | did that conversation go? | 15:37:27 |

**EXHIBIT E-95**

```
 1          A    Well, after the initial conversation    15:37:30
 2    that I had with Zak, you know, Zak gave me an       15:37:33
 3    opportunity as an OA to backfill for somebody       15:37:38
 4    during vacation which is part of the process of     15:37:42
 5    getting to be an OA.  And then after he left the    15:37:45
 6    facility and went to a different Chevron facility   15:37:47
 7    he continued to unofficially mentor me for career   15:37:50
 8    development, and we had several conversations with  15:37:56
 9    him giving me advice on how I could possibly        15:38:04
10    advance my career, people that I should talk to.    15:38:11
11    The last conversation that I had with him along     15:38:15
12    those lines he expressed frustration and didn't     15:38:20
13    understand why I was being as unsuccessful as I     15:38:26
14    was.                                                15:38:36
15          Q    So Zak Byrd was an ally of yours?        15:38:36
16          A    Yes.                                     15:38:36
17          Q    Okay.  And so you certainly don't think  15:38:40
18    he did anything discriminatory or retaliatory       15:38:41
19    against you?                                        15:38:45
20          A    I do not.                                15:38:46
21          Q    Skipping ahead to page 11, you mention   15:38:55
22    Bac Vu at line 4.  We talked about him earlier.     15:39:03
23          You spoke to him mostly in connection         15:39:07
24    with that analyzer role in Houston; right?          15:39:08
25          A    Bac Vu has at times given me career      15:39:15
```

| | | |
|---|---|---|
| 1 | A    No. | 15:46:49 |
| 2 | Q    Okay.  So -- so you resigned your | 15:46:51 |
| 3 | position at Chevron; right? | 15:47:01 |
| 4 | A    Yes. | 15:47:07 |
| 5 | Q    You -- you allege that you were | 15:47:08 |
| 6 | constructively discharged? | 15:47:09 |
| 7 | A    Yes. | 15:47:10 |
| 8 | Q    You resigned effective August 20, 2021; | 15:47:11 |
| 9 | correct? | 15:47:11 |
| 10 | A    Yes. | 15:47:15 |
| 11 | Q    And to announce your resignation you | 15:47:15 |
| 12 | sent Thalia Tse -- Tse -- Tse? | 15:47:19 |
| 13 | A    Now -- now I can't get it in my head. | 15:47:25 |
| 14 | Q    I thought it was Tse. | 15:47:27 |
| 15 | A    I think it's Tse. | 15:47:29 |
| 16 | Q    Tse? | 15:47:30 |
| 17 | A    But she told everyone -- she would say | 15:47:30 |
| 18 | her name when you first met her, then she would | 15:47:32 |
| 19 | say to call her "T," and so no one ever said her | 15:47:36 |
| 20 | name after that.  So I don't honestly know how to | 15:47:39 |
| 21 | say her name. | 15:47:43 |
| 22 | Q    All right.  Well, you sent a letter to | 15:47:43 |
| 23 | Thalia T-s-e? | 15:47:45 |
| 24 | A    Yes. | 15:47:45 |
| 25 | Q    A resignation letter on August 4, 2021; | 15:47:47 |

**EXHIBIT E-97**

| | | |
|---|---|---|
| 1 | correct? | 15:47:47 |
| 2 | A    Yes. | 15:47:56 |
| 3 | MR. MUSSIG:  What exhibit are we on? | 15:48:00 |
| 4 | 17? | 15:48:02 |
| 5 | THE STENOGRAPHIC REPORTER:  Yes. | 15:48:03 |
| 6 | MS. LEAL:  Yeah. | 15:48:03 |
| 7 | MR. MUSSIG:  I'll mark as Exhibit 17 a | 15:48:03 |
| 8 | letter from Mr. Snookal to Thalia Tse dated | 15:48:05 |
| 9 | August 4, 2021. | 15:48:13 |
| 10 | (Exhibit 17 was marked for | 15:48:13 |
| 11 | identification by the Certified | 15:48:13 |
| 12 | Shorthand Reporter.) | 15:48:13 |
| 13 | BY MR. MUSSIG: | 15:48:13 |
| 14 | Q    Now, I -- I assume you're familiar with | 15:48:26 |
| 15 | this letter? | 15:48:27 |
| 16 | A    I am. | 15:48:27 |
| 17 | Q    You sent it to Ms. Tse on August 4, | 15:48:28 |
| 18 | 2021? | 15:48:33 |
| 19 | A    Uh-huh. | 15:48:33 |
| 20 | Q    Did you -- how did you -- did you | 15:48:34 |
| 21 | deliver it, hand-deliver it, or e-mail it?  How | 15:48:35 |
| 22 | did you get it to her? | 15:48:37 |
| 23 | A    I believe I e-mailed it to her and to my | 15:48:39 |
| 24 | supervisor, but I -- I may have handed my | 15:48:41 |
| 25 | supervisor a copy.  I'm -- I'm honestly not sure. | 15:48:44 |

| | | |
|---|---|---|
| 1 | say anything bad about a company that you're | 15:53:33 |
| 2 | leaving, and I saw no benefit to writing it down | 15:53:36 |
| 3 | to people that really don't have anything to do -- | 15:53:40 |
| 4 | any power to affect what I was complaining about. | 15:53:43 |
| 5 | Q    Did you talk to anyone else at Chevron | 15:53:54 |
| 6 | about your resignation? | 15:53:56 |
| 7 | A    No. | 15:53:56 |
| 8 | Q    And I'm not -- again, I'm not trying to | 15:54:01 |
| 9 | surprise. | 15:54:03 |
| 10 | Did you talk to Troy Tortorich? | 15:54:04 |
| 11 | A    I don't believe I did, no. | 15:54:06 |
| 12 | MR. MUSSIG:  I'll mark as Exhibit 18 a | 15:54:19 |
| 13 | document titled "voluntarily termination - | 15:54:21 |
| 14 | GO-439-1," Bates-numbered SNOOKAL-1143. | 15:54:26 |
| 15 | (Exhibit 18 was marked for | 15:54:26 |
| 16 | identification by the Certified | 15:54:26 |
| 17 | Shorthand Reporter.) | 15:54:37 |
| 18 | MS. LEAL:  Thank you. | 15:54:37 |
| 19 | BY MR. MUSSIG: | 15:54:38 |
| 20 | Q    Are you familiar with this document? | 15:54:39 |
| 21 | A    I am. | 15:54:41 |
| 22 | Q    Is it -- is that your signature in the | 15:54:43 |
| 23 | middle of the page? | 15:54:44 |
| 24 | A    It is. | 15:54:45 |
| 25 | Q    And you signed this on August 4, 2021? | 15:54:47 |

1    A    I did.                                            15:54:49

2    Q    And this says:                                   15:54:51

3            "I wish to resign my                           15:54:52

4         employment with the Chevron                      15:54:53

5         Products Company effective                        15:54:55

6         August 20, 2021, for the following               15:54:56

7         reasons:  I am leaving for an                     15:54:59

8         opportunity with significantly                    15:55:01

9         increased responsibility."                        15:55:02

10           There's no other stated reason for your        15:55:04

11   resignation; correct?                                  15:55:07

12   A    Correct.                                          15:55:08

13   Q    Is that true?  You were leaving for an            15:55:08

14   opportunity with a significantly increased             15:55:10

15   responsibility?                                         15:55:12

16   A    It is a correct statement.  Yeah.                 15:55:13

17   Q    Did you discuss with anyone at Chevron           15:55:17

18   in this time period about anything with regard to      15:55:22

19   discrimination or retaliation?                         15:55:27

20           MS. LEAL:  Again, that he hasn't already       15:55:29

21   discussed today, I assume.                             15:55:30

22   BY MR. MUSSIG:                                          15:55:30

23   Q    During -- during this -- during the              15:55:34

24   resignation --                                         15:55:36

25           MS. LEAL:  Okay.                               15:55:37

| | | |
|---|---|---|
| 1 | BY MR. MUSSIG: | 15:55:37 |
| 2 | Q    -- in connection with the resignation? | 15:55:37 |
| 3 | A    No. | 15:55:39 |
| 4 | Q    And, again, why not? | 15:55:45 |
| 5 | A    The same answer.  There's no point in | 15:55:49 |
| 6 | putting it on this form which is just going to get | 15:55:52 |
| 7 | stuck in my file.  They probably didn't even read | 15:55:55 |
| 8 | it. | 15:55:58 |
| 9 | MR. MUSSIG:  19.  I'm going to mark as | 15:56:14 |
| 10 | Exhibit 19 a document entitled "exit interview." | 15:56:16 |
| 11 | (Exhibit 19 was marked for | 15:56:16 |
| 12 | identification by the Certified | 15:56:16 |
| 13 | Shorthand Reporter.) | 15:56:16 |
| 14 | BY MR. MUSSIG: | 15:56:16 |
| 15 | Q    And you participated in an exit | 15:56:36 |
| 16 | interview with Ms. Tse before you left Chevron; | 15:56:38 |
| 17 | correct? | 15:56:38 |
| 18 | A    I did. | 15:56:42 |
| 19 | Q    And the interview was voluntary; | 15:56:43 |
| 20 | correct? | 15:56:43 |
| 21 | A    Yes. | 15:56:45 |
| 22 | Q    Do you know -- you might not know the | 15:56:48 |
| 23 | answer to this. | 15:56:51 |
| 24 | Do you know whether Chevron only | 15:56:51 |
| 25 | requests this type of exit interview when | 15:56:52 |

**EXHIBIT E-101**

1    employees leave voluntarily?                    15:56:55

2         A    I don't know.                         15:56:57

3         Q    Are you familiar with this document,  15:57:00

4    Exhibit 19?                                     15:57:01

5         A    No.                                   15:57:01

6         Q    Do you -- if you read through it, is  15:57:07

7    this a fair summary of your exit interview?     15:57:10

8         A    You'll have to give me some time to read  15:57:13

9    through it.                                     15:57:15

10        Q    Sure.                                 15:57:16

11        A    It seems accurate.                    16:02:08

12        Q    Okay.  Let's see.  Anything in here that  16:02:09

13   you think is inaccurate?                        16:02:18

14        A    No.                                   16:02:22

15        Q    On page 3, question 14, you say that  16:02:25

16   you -- it says:                                 16:02:37

17             "Based on your overall               16:02:37

18             experience at Chevron, what did you   16:02:38

19             like the least?"                      16:02:40

20        And you answered:                          16:02:40

21             "Politics."                           16:02:41

22        You say:                                   16:02:44

23             "Example, I was told by my            16:02:45

24             previous manager that the reason I    16:02:47

25             didn't get the GTL because someone    16:02:48

```
 1         A    No.                                      16:03:27

 2         Q    "No," that's not right or, "yes," that's 16:03:29

 3    right?                                             16:03:31

 4         A    Yes, that's right.  Sorry.               16:03:32

 5         Q    And so you didn't say anything in here   16:03:33

 6    about Chevron wanting you to leave; right?         16:03:44

 7         A    I mean, I wouldn't read it that way.     16:03:54

 8         Q    What do you mean by that?                16:03:59

 9         A    I think that you can take answer 14 and  16:04:00

10    say that Chevron didn't really -- wasn't really    16:04:03

11    interested in advancing my career which I had      16:04:06

12    expressed interest in, and so that's, in effect,   16:04:08

13    telling me that they don't want me to stick        16:04:11

14    around.  I think that my supervisor not talking to 16:04:14

15    me very often or being particularly involved in my 16:04:17

16    career development or my team or my group is a     16:04:20

17    pretty good indicator that they're not            16:04:24

18    particularly interested in what I have to do.      16:04:27

19              And a very long section in question 5    16:04:30

20    where I said that my career development and        16:04:33

21    advancement was poor, when I talked about that all 16:04:36

22    of these jobs that I've applied for have always    16:04:41

23    been on my career development plan and I have      16:04:44

24    never been able to get one, so I think effectively 16:04:45

25    Chevron was telling me, "We value you -- you for   16:04:50
```

**EXHIBIT E-103**

| | | |
|---|---|---|
| 1 | specific things but not for anything that you're | 16:04:55 |
| 2 | interested in." | 16:04:58 |
| 3 | Q    Okay.  So I understand that you felt | 16:04:58 |
| 4 | that your career wasn't progressing as you would | 16:05:01 |
| 5 | like at Chevron, but no one at Chevron wanted you | 16:05:03 |
| 6 | to quit; right? | 16:05:06 |
| 7 | A    I don't know that. | 16:05:08 |
| 8 | Q    Well, that you -- or that you're aware | 16:05:09 |
| 9 | of. | 16:05:12 |
| 10 | A    Not that I'm aware of. | 16:05:12 |
| 11 | Q    And, in fact, didn't your -- didn't | 16:05:15 |
| 12 | you -- Mr. Ruppert and Mr. Curtin were very | 16:05:18 |
| 13 | supportive of you; right? | 16:05:21 |
| 14 | A    Yes. | 16:05:24 |
| 15 | MR. MUSSIG:  And so -- well, let's look | 16:05:29 |
| 16 | at a couple more documents here.  I'll mark as | 16:05:31 |
| 17 | Exhibit 20.  It's a document titled "Mark" -- | 16:05:41 |
| 18 | "Snookal, Mark Chevron year-end performance review | 16:05:47 |
| 19 | 2020." | 16:05:49 |
| 20 | (Exhibit 20 was marked for | 16:05:49 |
| 21 | identification by the Certified | 16:05:49 |
| 22 | Shorthand Reporter.) | 16:05:49 |
| 23 | BY MR. MUSSIG: | 16:05:49 |
| 24 | Q    And take whatever time you need.  This | 16:06:00 |
| 25 | is your performance review from the year 2020; | 16:06:02 |

| | | |
|---|---|---|
| 1 | influencing skills outside | 16:11:35 |
| 2 | El Segundo," et cetera? | 16:11:36 |
| 3 | A    Yes. | 16:11:36 |
| 4 | Q    Okay.  So -- and -- and I think you had | 16:11:38 |
| 5 | testified before that all of your performance | 16:11:40 |
| 6 | reviews talked about opportunities to grow. | 16:11:41 |
| 7 | A    Correct. | 16:11:44 |
| 8 | Q    And so this one does, as well; right? | 16:11:44 |
| 9 | A    Yes.  It's -- it's actually a | 16:11:49 |
| 10 | requirement of writing the performance reviews by | 16:11:50 |
| 11 | the person that writes them that they give you | 16:11:52 |
| 12 | both positive and negative feedback.  I also wrote | 16:11:54 |
| 13 | performance reviews.  So they're all going to have | 16:11:57 |
| 14 | something positive, and, really, they should have | 16:11:59 |
| 15 | some area for development.  Otherwise, they're a | 16:12:02 |
| 16 | waste of time. | 16:12:05 |
| 17 | Q    Sure.  So no one at Chevron asked you to | 16:12:06 |
| 18 | leave; right? | 16:12:09 |
| 19 | A    No. | 16:12:10 |
| 20 | Q    "No," that's not right or -- | 16:12:12 |
| 21 | A    Or no one asked me to leave. | 16:12:14 |
| 22 | Q    Okay.  And did your supervisor when you | 16:12:15 |
| 23 | spoke to him, Mr. Curtin, indicate that he would | 16:12:17 |
| 24 | prefer you stay? | 16:12:20 |
| 25 | A    He did. | 16:12:22 |

**EXHIBIT E-105**

1              DEPONENT'S DECLARATION

2

3        I, MARK JORDAN SNOOKAL, hereby declare:

4        I have read the foregoing deposition,  I

5    identify it as my own, and I have made any

6    corrections, additions or deletions that I was

7    desirous of making in order to render the within

8    transcript true and correct.

9

10   _____,_____.
              (Date)              (City and State)

11

12                       _____
                              (Signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT E-106**

```
 1    STATE OF CALIFORNIA  )
                           ) SS.
 2    COUNTY OF VENTURA    )

 3           I, John M. Taxter, a California Certified

 4    Shorthand Reporter, Certificate No. 3579, a

 5    Registered Professional Reporter, do hereby

 6    certify:

 7           That the foregoing proceedings were taken

 8    before me at the time and place therein set forth,

 9    at which time the deponent was put under oath by

10    me; that the testimony of the deponent and all

11    objections made at the time of the examination

12    were recorded stenographically by me and were

13    thereafter transcribed; that the foregoing is a

14    true and correct transcript of my shorthand notes

15    so taken.

16           I further certify that I am neither counsel

17    for nor related to any party to said action.

18           The dismantling, unsealing, or unbinding of

19    the original transcript will render the Reporter's

20    Certificate null and void.

21           Pursuant to Federal Rule 30(e), transcript

22    review was requested.

23    Dated May 22, 2024.

24                                  _____
                                    JOHN M. TAXTER
25                                  California Certified Shorthand
                                    Reporter No. 3579, RPR
```

**Abrams, Mah & Kahn**                                    320

**EXHIBIT E-107**

1

2

3

4          I, John M. Taxter , Certified Shorthand Reporter,

5     CSR No.   3579, hereby certify:

6          The foregoing is a true and correct copy of the

7     original transcript of the proceedings taken by me

8     as thereon stated.

9

10

11

12     Dated:  May 23, 2024
       _____

13

14

15

16     _____
       John Taxter, CSR No. 3579

17

18

19

20

21

22

23

24

25

**Abrams, Mah & Kahn**

**EXHIBIT E-108**