# EXHIBIT E-3



**Chevron**

# Medical Suitability for Expatriate Assignment History & Physical Examination
## GO-146-MSEA

Mark Snookal
CAI - MVZM

07/24-15

*Initial Nigeria*

JUL 2 4 2015

Note to Examinee and Examiner: In the US, the Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information for any U.S. based employees (whether within the U.S. or outside the U.S. on assignment) when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Local or Host Country legal requirements may also apply.

**Part A. Examinee: Please complete Parts A through F prior to exam.**

| F.I. | M.I | Last Name | First Name | CAI | Gender |
|---|---|---|---|---|---|
| | | Mark Snookal | | MVZM | M |

| Current Job Title | New Job Title* | Current Company/BU/OpCo | Next* Company/BU/OpCo | Current Location | Next* Location |
|---|---|---|---|---|---|
| IEA Reliability Team Lead | Reliability Engineering Manager | ESE | NMASBU | El Segundo CA USA | Escravos, Nigeria |

*If Applicable

**Part B.** Your country of assignment may or may not have full medical resources to support your health needs. Please answer the following questions as accurately as possible and check 'N' (no) or 'Y' (yes) in the column. Answers with Yes, please provide more information in the description boxes. This information is used to promote your safety and ensure your health needs can be met.

(If need, please use back page)

| # | Question | N | Y | Description |
|---|---|---|---|---|
| 1. | Do you have any medical, physical or psychological conditions under the care of a health professional? If yes, please describe. | ☐ | ☒ | I have a dilated aortic root. I am under the care of a cardiologist and see him once per year for a checkup. I have consulted with him on this assignment and he sees no issues with it. |
| 2. | (a) Are you taking any medicines that require a prescription? If yes, please list. | ☐ | ☒ | Losartan and Amlodipine |
| | (b) Are you taking any non-prescription medicines on a frequent basis? If yes, please list. | ☒ | ☐ | |
| 3. | (a) Do you have any allergies? | ☒ | ☐ | |
| | (b) Have you ever had severe allergic reactions? If yes, do you know what caused it? | ☒ | ☐ | |
| 4. | Do you exercise for at least 30 minutes 3 times a week, on average? | ☐ | ☒ | |
| 5. | (a) Do you feel unusual fatigue or sleepiness? | ☒ | ☐ | |
| | (b) Do you have any problems sleeping? | ☒ | ☐ | |
| | (c) Do you use sleeping aids, including medication? | ☒ | ☐ | |
| 6. | Have you ever experienced health problems working in extreme weather conditions? | ☒ | ☐ | |
| 7. | Have you experienced unexplained weight loss or gain? | ☒ | ☐ | |
| 8. | (a) Do you smoke? If yes, what and how much each day? | ☒ | ☐ | |
| | (b) Did you smoke regularly for more than 1 year ever in your past? | ☒ | ☐ | |
| 9. | Do you drink alcoholic beverages? If yes, what is your average weekly intake? | ☒ | ☐ | |
| 10. | Have you ever required a medical evacuation from a work location? If yes, what was the reason? | ☒ | ☐ | |

*Ex. 3 FOR ID 5/10/24 JMT*

| | | Examinee Last and First Name | Examinee CAi |
|---|---|---|---|
| | | Mark Snookal | MVZM |

| # | Question | N | Y | Description |
|---|---|---|---|---|
| 11. | Have you ever had any mental health or psychological issues requiring at least a medical prescription? If yes, please describe | ☐ | ☒ | I was treated for depression with Effexor for a few years from approximately 1994-1996 |
| 12. | Have you been in the emergency room and or hospitalized within the last six months? | ☒ | ☐ | |
| 13. | Have you undergone any surgical procedure or operations within the last six months? | ☒ | ☐ | |
| 14. | Did you have a physical (periodic, preventive) exam within the past two years? | ☐ | ☒ | |
| 15. | Would you need health/medical resources for any disabling or special condition in the country of assignment? | ☒ | ☐ | |
| 16. | Would you like to schedule a discussion with a Chevron Physician or Regional Medical Manager to discuss further a health condition or learn more about the host country medical resources? | ☒ | ☐ | |
| 17. | Does your new position require you to work or travel Offshore, In Field/Plant or Strictly Office? Please advise If you need additional certifications for your new position (e.g. HUET/BOSIET, Oil and Gas U.K.) | ☐ | ☐ | My position is strictly office |

Part C: Please answer the following questions and check 'N' (no) or 'Y' (yes) in the column. If 'Y' please describe.
Have you had any illness or condition related to the following body parts or systems? (minor conditions do not need to be mentioned):

| # | Item | N | Y | Description |
|---|---|---|---|---|
| 18. | Head and Neck | ☒ | ☐ | |
| 19. | Eyes or Visual | ☒ | ☐ | |
| 20. | Ear, Nose and Throat | ☒ | ☐ | |
| 21. | Teeth (a) When was your last exam? (b) Is there any dental work pending? Please describe | ☐ / ☒ | ☐ / ☐ | 11/2017 |
| 22. | (a) Chest such as shortness of breath, chronic cough. (b) Breasts | ☒ / ☒ | ☐ / ☐ | |
| 23. | Heart such as chest pain, palpitations or irregular beating | ☐ | ☒ | I have PVC's which have been evaluated by a cardiologist and do not require any treatment |
| 24. | Abdomen such as pain, hernias, abnormal bowel movement | ☐ | ☒ | I had my gallbladder removed in 2014 |
| 25. | Kidney, bladder or genital area | ☒ | ☐ | |
| 26. | Spine and Musculo-skeletal, movement limitations or pain | ☒ | ☐ | |
| 27. | Skin changes such as rash, spots, moles or itching | ☒ | ☐ | |
| 28. | Epileptic seizures, dizzy spells or migraine | ☒ | ☐ | |
| 29. | Diabetes or increase in blood sugar | ☒ | ☐ | |
| 30. | Anemia or other blood conditions | ☒ | ☐ | |
| 31. | Tuberculosis (TB) or positive TB test, skin or blood (e.g. TB spot, IGRA/ Quantiferon®) | ☒ | ☐ | |
| 32. | Any other health problems (Please use space below. If need, use back page) | ☒ | ☐ | |

| Examinee Last and First Name | Examinee CAI |
|---|---|
| Mark Snookal | MVZM |

### Part D. Exposure History (Employee Only)

Have you ever been exposed at work to dusts, solvents, other chemicals or any other known workplace hazards, e.g. biological agents?

☒ Yes  ☐ No

If YES, please list agents with dates and for how long:
I have worked in industrial and petrochemical locations from 1990 – present

Have you ever been exposed in the workplace to:

☒ Noise  ☐ Radiation/X-ray Equipment  ☐ Vibrating Hand Tools  ☐ Repetitive Movement  ☐ Weight Lifting  ☐ Other

If you checked one of the boxes above, please specify for how long, and whether Personal Protective Equipment (PPE) was used:
In my work in industrial and petrochemical locations from 1990 – present I have been exposed to noise but have always used PPE

### Part E. Occupational History (Employee Only)

Have you ever been part of a medical (health) surveillance program through your work due to exposure to workplace hazards? e.g. Part of a hearing conservation program due to exposure to workplace noise.

☒ Yes  ☐ No

If YES, please list with dates:
I am currently in a hearing conservation program in my employment with Chevron El Segundo

### Part F. Family History

To comply with the US Genetic Information Nondiscrimination Act of 2008, this part should NOT be completed for any US based employees (whether in the U.S. or outside the U.S. on assignment). Any information inadvertently provided for a US employee in this section should be redacted if the form is to be sent to the US for filing in the employee's medical record. Local related legislation may be also applicable.

Are there any medical conditions within your family relevant to be mentioned?

Physician Comments:

Have you ever been employed with Chevron or examined for employment by Chevron?

☐ No  ☒ Yes  If yes, when  At hiring at Chevron El Segundo in 2009

**EXAMINEE:**

I certify that the information given by me is true and I authorize the examiner to furnish the results of this examination and other related medical investigation results to either the Chevron Regional Medical Managers or the Chevron Global Health and Medical facility. I acknowledge and agree that the results of this medical evaluation are managed by Chevron in a secure and confidential data system that will store and may transmit information to countries other than where the medical examination takes place, including but not limited to the U.S.

FOR APPLICANT ONLY: I understand that any misrepresentation, false statement or omission herein may result in the company rejecting my application, withdrawing any offer of employment, or terminating my employment at any time.

Examinee Signature _[signature]_    Date (mm/dd/yyyy) 7/18/2019

| Examinee Last and First Name | Examinee CAI |
|---|---|
| Mark Snookal | MVZM |

### Part G. PHYSICAL EXAMINATION. To be completed by Health Care Provider.

**Vital Signs**

| HEIGHT ft/cm | WEIGHT lb/kg | BMI | Abdominal Circumference in/cm | B.P. (mmHg) | PULSE | Temperature (°C/°F) |
|---|---|---|---|---|---|---|
| 72" | 256 lb | 34.7 |  | 135/78 | 53 | 97.5 |

**Vision**

|  | Uncorrected | | | Corrected | | | Depth | Tonometry | Color Vision | Visual Fields |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Both | Right | Left | Both | Right | Left | | | | |
| Far | 20/ 6/ | 20/ 6/ | 20/ 6/ | 20/ 6/ 1 ↙ | 20/ 6/ 1 ↙ | 20/ 6/ 1 ↙ | | | Normal | |
| Near | J# | J# | J# | J# / ← | J# / ← | J# / ← | | | | |

| N | A |  |  | DESCRIPTION |
|---|---|---|---|---|
| ✓ | ☐ | 1. | General Appearance | |
| ✓ | ☐ | 2. | Head | |
| ✓ | ☐ | 3. | Ear, Nose Mouth and Throat | |
| ✓ | ☐ | 4. | Neck | |
| ✓ | ☐ | 5. | Eyes | |
| ✓ | ☐ | 6. | Chest | |
| ✓ | ☐ | 7. | Breasts | |
| ✓ | ☐ | 8. | Respiratory System | |
| ☐ | ☐ | 9. | Cardiovascular System | occas ectopics (PVC's) |
| ✓ | ☐ | 10. | Abdomen, Viscera/Hernias | |
| ✓ | ☐ | 11. | Genito-urinary | |
| ✓ | ☐ | 12. | Lower GI Tract | |
| ✓ | ☐ | 13. | Extremities | |
| ✓ | ☐ | 14. | Spine and Musculo-skeletal, Range of Motion. | |
| ✓ | ☐ | 15. | Skin and Lymphatic System | |
| ✓ | ☐ | 16. | Central Nervous System | |
| ✓ | ☐ | 17. | Peripheral Nervous System Reflexes | |
| ☐ | ☐ | 18. | Others, please specify | |

| | | | Examinee Last and First Name | Examinee CAI |
|---|---|---|---|---|
| | | | Mark Snookal | MVZM |

## LABORATORY AND SPECIAL TESTS

| N | A | Not Done | AS INDICATED | RESULTS. N = Normal. A = Abnormal, please describe |
|---|---|---|---|---|
| ☐ | ☐ | ☑ | Audiogram | |
| ☐ | ☐ | ☑ | Chest X Ray | |
| ☑ | ☐ | ☐ | Complete Blood Count | |
| ☐ | ☐ | ☑ | Drug Screening | |
| ☐ | ☑ | ☐ | ECG | |
| ☐ | ☐ | ☑ | Pulmonary Function | |
| ☑ | ☐ | ☐ | Serum Profile/Chemistries | |
| ☐ | ☐ | ☑ | Stress Test | |
| ☑ | ☐ | ☐ | Urinalysis | |
| ☐ | ☐ | ☐ | Others, please specify | |

REMARKS: Describe significant / abnormal findings/limitations noted above (if need, please use back page)

① PVC's - frequent asymptomatic followed by cardiology
② Dilated aortic root followed by cardiology ongoing studies yearly echo vs CT chest stable on meds

If any abnormalities were found during the examination, was examinee informed? ☑ Yes ☐ No

## Part H: MEDICAL RECOMMENDATION

H.1. Fitness for Duty Classification, ONLY FOR INTERNAL CHEVRON USE

☐ A. Fit for Duty
☑ B. Fit for Duty with Restrictions
☐ C. Not Fit for Duty
☐ D. Failed to comply with requested evaluations, due to:

H.2. Restrictions pertinent to Job Requirements (refer to GO-308)

No heavy lifting >50 lbs
needs review of
Recommend letter from
cardiologist to clear him

Examiner's Name (please print): IRVING SOBEL MD
Signature: IrvSobel MD
Date (mm/dd/yyyy): 07/24/2015
USA Chevron Provider Number: 11408

Address: 4676 ADMIRALTY WAY 4th FLOOR  MDR CA  90292

Chevron Global Health & Medical Approval (please print name)
Signature:
Date (mm/dd/yyyy):

| Examinee Last and First Name | Examinee CAI |
|---|---|
| Mark Snookal | MVZM |

PLEASE ATTACH COPIES OF IMPORTANT REPORTS OF CURRENT INTEREST.
If available, Form GO-308 (Physical Requirements and Working Conditions) must be included.