# EXHIBIT E-4


**KAISER PERMANENTE**

7/29/2019                                          MR# █████████

Re: Mark J Snookal
████████████████████

Dear Sirs,

Mr. Snookal is under my care for his heart condition. It is safe for him to work in Nigeria with his heart condition. His condition is under good control and no special treatments are needed.

If you have any questions, please feel free to contact me at the number below.

Sincerely,


Electronically signed by,

S. KHAN MD
Attending Cardiologist, Division of Cardiology, SCPMG
Clinical Associate Professor, UCLA School of Medicine
Ph: ████████
7/29/2019
10:14 AM

*[Handwritten sticky note: Ex. 4 FOR ID 5/10/24 JMT]*