# EXHIBIT E-10

**From:** Ruppert, Austin <​>
**Sent:** Thursday, September 5, 2019 1:28 PM
**To:** Tortorich, Troy; Tse, Thalia; Powers, Andrew
**Subject:** FW: Positions in 2H PDC

All,
Update from Mark on his review of the PDC as well as a previously discussed new role/group here.

**From:** Snookal, Mark <​>
**Sent:** Thursday, September 5, 2019 1:21 PM
**To:** Ruppert, Austin <​>
**Subject:** Positions in 2H PDC

Austin,

Looking through the postings I see three possible positions:

EBU - TCO - Instrument & Control Maintenance Supervisor (PSG 21-24, FL 3-6, Expat Eligible) – According to Scott Levy, Regional Medical Manager EEMEA, I would be considered "unfit" at TCO as well

DS&C - MFG - El Segundo Routine Maintenance General Team Lead (PSG 23) – This is on my career development plan, and I believe I am well qualified for this position

DS&C - MFG - El Segundo Operating Assistant (PSG 22-23, Contingent, 2 Positions) – This is also on my career development plan, but this posting is for the degree required OA positions, and I do not have a degree

While Kit Deaver and Tim Sutherland were still here, they had discussions around forming an analyzer group that incorporated Engineering, Maintenance, and Reliability under one organization similar to the way the SIS group is structured here. I would have been the leader of that organization and if that is something that Troy is aware of or interested in that would be my first choice, I have over 20 years of analyzer system design and maintenance experience.


Mark Snookal
IEA Reliability Team Lead

**Chevron Products Company**
El Segundo Refinery
324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel
Mobile

1

**EXHIBIT E-10-1**