# EXHIBIT E-12

# Job Title: DS&C - MFG - El Segundo Operating Assistant (PSG 22-23, 2 Positions)

This position is accepting applicants until September 13, 2019, 11:59 PM CST

Welcome to the Enterprise PDC postings, where you will find all open jobs managed within the Enterprise PDC process. You must obtain approval to apply to PDC jobs from both your supervisor and PDR before submitting your application(s); failure to do so may disqualify you from consideration.

As part of the application, you will be required to enter your Personnel Development Representative's (PDR) CAI; it is important that the correct PDR, representing you, is entered. When applying for each job, upload your updated GO-400-2 as your **Resume** attachment and your updated Career Development Plan (CDP) as your **Cover Letter** attachment. Updating your "Company Work Experience", "Previous Employment", etc. is not required within your 'Candidate Profile'.

For more information about the Enterprise PDC process and to locate your PDR, please visit the HR PDC site.

**Position Information:**

**Work Locations:** El Segundo, CA
**Position Type:** Placed
**Rotational?:** No
**Incumbent/Vacant/New:** Vacant
**Number of Vacancies:** 2
**Direct Reports:** No
**Pay Scale Group:** 22; 23
**Will expatriate assignments be considered for this position?:** No
**Will Relocation be considered within Chevron parameters?:** Yes
**Appointment: Method:** 2H PDC
**Functional Level:**
**SBU:** El Segundo Refinery
**Anticipated Start Date (MM/DD/YYYY):** 12/02/2019
**Duration:** 2-3 Years
**Contingent:** No

**Position Contacts:**
**Job Owner:** JAMES Z BYRD
**PDR:** TROY M TORTORICH
**Sponsor:** PAUL Jamieson


Ex. 12
FOR ID
5/10/24 8mt

The Operating Assistant will be responsible for interfacing with personnel supporting the 24/7 operation as well the various support groups (Technical, Maintenance, Capital Projects, Finance, etc) in the refinery. This position is responsible for safe, reliable, and environmentally sound operation for a given set of process plants and equipment in an operating division in the refinery as well as identifying areas of optimization opportunities. This position is a change agent working with various personnel in the Division and the Refinery.

**Responsibilities for this position may include but are not limited to:**

• Provide support and continuity to 24/7 organization, sustain asset availability through maintenance work processes, and interface with the Planning organizations to coordinate all activities which may affect the operating plans. The Operating Assistant is often the primary liaison on short to medium term issues to collaborate and coordinate with support required.
• Participates in the preparation and monitoring of all budgets including routine/control maintenance, capital, and operating expense.
• Participates in turnaround planning, work scope review, execution, and typically the single point contact for communication of schedules and timelines.
• In the process section area of responsibility, the Operating Assistant will provide input into the development and implementation of the business plan, lead the Unit Reliability Process, ensure sustained health of routine duties, establish and nurture the Critical Process Monitoring metrics, oversee changes in operating procedures, PSM and other related activities/studies/recommendations, BIN audits/assessments/gap closure plans, maintain compliance with the MOC process, and provide final Operations approval for engineering work orders.
• Ensures plant incidents are investigated in a timely manner, i.e. develops, recommends and follows up on corrective actions.
• Initiates and coordinates projects related to energy conservation including fuel, steam, electricity, water, catalysts, and chemicals.
• Initiates and coordinates the development of process or equipment design changes that improve safety, environmental compliance and profitability.
• May be assigned as the operating liaison for design and construction of new plants, alterations to existing plants, or maintenance and reliability projects.
• Analyzes a variety of complex capital or special projects and collaborates with Operating, Maintenance and Technical groups as needed.
• Works with the Refinery Shift Leader to develop the 24/7 organization, coach First Line Supervisors, Head Operators, and

Operators.
• Process area specific knowledge and operating experience will be a consideration of the selection process.

**Required Qualifications:**
- BS Degree in Engineering
- Prior refining or large scale oil and gas processing facility experience
- Demonstrated experience in the areas of Operations, Process, or Designs Engineering
- Proven knowledge in the HES, PSM, IMPACT, Reliability and Capital Projects areas
- Demonstrated Change Management experience
- Excellent verbal, written and interpersonal communication skills

**Relocation Options:**

Relocation may be considered within Chevron parameters.

**International Considerations:**
Expatriate assignments will not be considered.
Chevron regrets that it is unable to sponsor employment Visas or consider individuals on time-limited Visa status for this position.

**Position Type:** This Manufacturing position is a placed multi-level PSG 22-23 position. A PSG 21 would be promoted into the position as a PSG 22 if successful. A PSG 22 or 23 candidate, if successful, would be a lateral move.

**CRITICAL SELECTION CRITERIA:**

**1. Technical/Professional Knowledge and Skills:**

Requires a bachelor's degree in Chemical or Mechanical Engineering and a minimum of 5 years work experience.
Experience using safe work processes, maintenance/reliability processes, and engineering standards to support facility operations
Has experience and knowledge of oil/chemical processes.
Has experience with processes/engineering standards/tools used in design of equipment and relief system

**2. Leadership Behaviors/We Lead:**

Demonstrated ability to collaborate with dispersed teams including technical and functional resources to deliver high quality results.
Capable of managing strong relationships and partnerships with Refinery Personnel including Operations Committee, Section Head Operating committee, IMPACT, Reliability, Technical and Capital Projects.
Facilitates alignment with objectives, performance driven, leads by example, inspires others, accountable and hold other accountable.
Strategic and innovative thinker and adopter.

**3. People Skills/Teamwork:**

Ability to rapidly establish credibility and influence with new teams.
Ability to build and lead a team.
Demonstrated leadership/influencer, team building, and coaching skills.
Leads and drives change
Supports innovative ideas

**4. Communication:**

Strong interpersonal skills with excellent listening and negotiation skills.
Encourages open expression/discussions.
Capable of effective communication with work teams, refinery operations, refinery senior management, technical, and maintenance teams and contractors
Ability to facilitate team meetings obtaining and valuing input from all levels.
Good written and oral communication skills with the ability to communicate at all levels within the organization.
Strong presentation skills.

**Location Specific Information:**
Some countries have specific location and legal requirements (e.g. age limit, college degree, etc.) for issuing work permits/visas allowing individuals to work in the country and Chevron must abide by these location and legal requirements. For more details, please refer to the Location Specific Information Sheet.
**Living and Working:**
To get a closer look at what life is like in one of our expat communities, take some time to review our Living & Working In

website. This website will give you preliminary information to help decide if this assignment is suited for you and your family. You can also access this site outside the Chevron Internet, to view at home with your family.

EXHIBIT E-12-3

SNOOKAL-01152