# EXHIBIT E-13

# Job Title: DS&C - MFG - El Segundo Routine Maintenance General Team Lead (PSG 23)

This position is accepting applicants until September 13, 2019, 11:59 PM CST

Welcome to the Enterprise PDC postings, where you will find all open jobs managed within the Enterprise PDC process. You must obtain approval to apply to PDC jobs from both your supervisor and PDR before submitting your application(s); failure to do so may disqualify you from consideration.

As part of the application, you will be required to enter your Personnel Development Representative's (PDR) CAI; it is important that the correct PDR, representing you, is entered. When applying for each job, upload your updated GO-400-2 as your **Resume** attachment and your updated Career Development Plan (CDP) as your **Cover Letter** attachment. Updating your "Company Work Experience", "Previous Employment", etc. is not required within your 'Candidate Profile'.

For more information about the Enterprise PDC process and to locate your PDR, please visit the HR PDC site.

**Position Information:**
**Work Locations:** El Segundo, CA
**Position Type:** Placed
**Rotational?:** No
**Incumbent/Vacant/New:** Vacant
**Number of Vacancies:** 1
**Direct Reports:** Yes
**Pay Scale Group:** 23
**Will expatriate assignments be considered for this position?:** No
**Will Relocation be considered within Chevron parameters?:** Yes
**Appointment: Method:** 2H PDC
**Functional Level:**
**SBU:** El Segundo Refinery
**Anticipated Start Date (MM/DD/YYYY):** 12/01/2019
**Duration:** 3 Years
**Contingent:** No

**Position Contacts:**
**Job Owner:** EMIL C CSWAYKUS
**PDR:** TROY M TORTORICH
**Sponsor:** PAUL Jamieson


Ex. 13
FOR ID
5/10/24 JMT

**HIGH LEVEL JOB DESCRIPTION/SCOPE:**
The Routine Maintenance General Team Lead manages the routine maintenance asset care of the operating division (example DPD, Isomax, RSD, or LSFO), ensuring planning, scheduling, execution expenditures and staffing are directed at maximizing availability, while minimizing costs and consistent with long-term sustainable and reliable operations. Stewards effective application of MFG 440 for routine maintenance (RM). Accountable to lead and support the reactive maintenance, preventative maintenance and reliability programs to the agreed upon key performance indicators to ensure the refinery business plan is achieved. Accountable to partner effectively to achieve these outcomes in a sustainable way and is the face of maintenance at the Operations leadership meetings for the division. This position must provide clear work direction and coaching to ensure safe execution of maintenance work is achieved daily. Accountable to develop and grow personnel within the division to ensure broader M&R organizational demands are met and in alignment with employee's development plans. Role is a key member of the RM Leadership Team and RM Steering Team developing strategic direction and accountable to lead change initiatives.

**CRITICAL SELECTION CRITERIA:**
1. **Maintenance Experience**: Ability to plan, manage, and direct incident free execution of routine maintenance activities within an operating division. Ability to lead and support reactive maintenance, preventative maintenance, and reliability programs to deliver the business plan. Strong understanding of how excellence in planning and scheduling delivers success in maintenance execution. Knowledge or experience with Manufacturing standard 440 (Routine Work Control) is a required in order to successfully steward this process for the operating division. Strong working knowledge in IMPACT and Process Safety Management is required.

2. **People Development**: Proven ability to grow leadership capabilities of direct reports and strong knowledge of dynamic leadership and We Lead behaviors. Understanding of career paths on how a craft mechanic can develop to a first- or second-line leadership role and knowledge of cross functional development opportunities for front line personnel is preferred. Ability to coach employees to achieve their career interests is required.

3. **Leadership**: Demonstrated ability to manage, support, coach, and mentor teams with a proven ability to provide clear business priorities and expected outcomes to team members. Has a history of recognizing and celebrating success with team members. Demonstrated ability to set strategic and tactical plans/goals that align with business plan priorities and competitive performance targets. Establishes and communicates clear objectives, work activities, and metrics to monitor progress. Proven ability to simplify messages and actions to gain alignment / commitment to action across their peer group.

4. **Stakeholder Alignment and Teamwork**: Demonstrated ability to focus on key issues and achieve alignment between functions to achieve the outcomes needed for the division's success. Requires strong interpersonal and teamwork skills to collaborate with other El Segundo teams such as Operations, Reliability, Technical, HES, and SCM to achieve business plan. Building and maintaining a strong Incident and Injury Free culture is an essential core value in the position.

**Location Specific Information:**
Some countries have specific location and legal requirements (e.g. age limit, college degree, etc.) for issuing work permits/visas allowing individuals to work in the country and Chevron must abide by these location and legal requirements. For more details, please refer to the Location Specific Information Sheet.

**Living and Working:**
To get a closer look at what life is like in one of our expat communities, take some time to review our Living & Working In website. This website will give you preliminary information to help decide if this assignment is suited for you and your family. You can also access this site outside the Chevron Internet, to view at home with your family.

EXHIBIT E-13-2

SNOOKAL-01123