# EXHIBIT E-18



# Voluntary Termination – GO-439-1

I wish to resign my employment with the __Chevron Products Company__
(Employing Organization)

effective __August 20, 2021__, for the following reason(s):

I am leaving for an opportunity with significantly increased responsibility

(Continue on reverse, if needed)

_____
Full Signature

Mark Snookal
Name (print)

[redacted]
Home Address

[redacted]
City, State, Zip

[redacted]
SAP Personnel Number

August 4, 2021
Date Signed

(If this is a recent change of address, you need to update your records in SAP HR on-line.)



Distribution:  Original to Personnel File
               Employee – Retain Copy

GO-439-1 (7-05)
Word Electronic Version

SNOOKAL-01143

EXHIBIT E-18-1