# EXHIBIT E-19



# Exit Interview

**INTRODUCTION**
Thanks for your willingness to participate in this exit interview. It will take up to 30 minutes and consists of a standard set of questions we ask of employees who have decided to voluntarily leave Chevron.

We value your feedback and encourage you to be candid. Your responses will help us understand important aspects of your employment experience and, aggregated with other exit interview data, will reinforce what Chevron can do strategically to enhance attraction and retention efforts. During the interview, your verbatim comments will be captured and then shared confidentially with your HR Business Partner and appropriate level of line management.

***Do we have your permission to share your comments with HR and line management?***
Yes

***Indicate your primary reason for leaving Chevron.***
New job opportunity – paper mil in the state of Washington. Interested in management, leadership to continue career path. I didn't find the opportunity within Chevron, so I decied to look outside of Chevron.

**Topics for Rating and Comment**

Based on your experience, please **rate** the following making a choice of **Excellent, Good, Fair, Poor, or Not Applicable** from the drop down. After you give your rating, please provide any comments that describe your rating.

1. *Your current supervisor's communication with you*   Fair
   I don't talk to my direct supervisor very much and when we do talked, we didn't talk about topics that I wanted to talk about. Example – my carerr development, feedback after Sprint exercise (simplity) and CES results (How we going to address the results/low ranking on employees feel we would not take action after the result). Didn't give much advise/direction. Doesn't know much about my craft or my team so it was difficult for my supervisor to provide constructive or helpful feedback.

2. *Your current supervisor's leadership and supervisory skills*   Fair
   Need improvement – align & inspire / team engagement (build relationship) with my team/employees. At times in cross disciplines meetings, my supervisor provided incorrect answer in the meeting (instead of saying "I don't know or defer the questions) and my team has to clean-up/clarify with the other teams after.



**EXHIBIT E-19-1**

3. *Local business unit management's responsiveness to employee concerns*   Good
   They do response but quality of the answers can be improved (not always give great answer).

4. *Quality and challenge of your assignments*   Fair
   The assignment that I was assigned to is not challenging to me. I like problem solving – the assignments I felt challenged were the ones I started/initiated myself.

5. *Opportunity for career development and advancement*   Poor
   Since my first year, I completed my CDP, and talked to my supervisor (3 jobs – GTL, OA, and Reliability). Recently (2 years ago), I was finally told by a RBM post-renewal that my name is not on the "list" to backfill an OA. I was told during renweeal that I should not put in for the OA role because I would not get it. The second job (GTL), I mentored Brian G. and Javier L. for leadership skills. Then Brian and I applied to the GTL job and Brian got the job. I asked for feedback (I was told that Brian G has better leadership skills then me). I then asked for constructive feedback how I can improve/what can I do better for leadership skills but Troy/Cotey did not give me any specific other than "It's not that you are bad, Brian is just better". I then asked "Okay, what/how can I improve?" and was told "oh I don't know, no specific". I got the same response from Cotey. I have also been told I couldn't apply to jobs because of business needs or I don't bring anything to the OA role (some time ago though). In renewal, told me not to apply to GTL/OA, I applied to a technical position in Houston (I have told them I am mobile) for an analyzer position. However, I didn't get the job and picked a candidate with no analyzer experience (I spoke to the job owner and supv +1). When I called and asked why, I was told again "business needs". Feel less qualified candidates got selected for the job but I wasn't given feedback. There's no transpencey in selection process.

6. *Compensation (base salary and bonuses)*   Good
   I would say excellent but some jobs are not evaluated correctly by TR.

7. *Availability and use of programs that help balance work and personal life*   Good
   My mother was in the hospice in 2014 and I asked if I could work from home. I was told no and I went to ESE EAP (and I was told no, because you are not doing drugs / alcohol (referred me to a therapist). I was not allowed to take a personal leave. I did later learn that Ombuds is much helpful.

8. *Performance Management Process (PMP) or other performance evaluation process*   Good
   Old PMP system was flawed and if people were ranked hi-po, they always got high ranking regardless of the person's performance. Pay determination – my manager told me I couldn't use the whole budget (the amount of raises) because the raises would have been too much and that's not the right message. I weighted the role (individual vs. influencer) performance, time in role to make my

**EXHIBIT E-19-2**

salary determination recommendation (all within range) even my person got 3 EE and 1 VC. I feel like I wasn't empowered to really make the decision like I was told.

9. *Fit-for-purpose processes that produce the right results*  Fair
   Chevron tend to go overboard with their process (eg. not safety related, there's a lot of steps to make the change). Big org., not agile.

10. *Ethical behaviors at Chevron*  Excellent
    I have never witnessed anything or knew anything wasn't addressed.

**Questions for Comment**

11. *Why did you choose Chevron initially?*
    I thought I would have a lot of opporutnies and a place to contribute. I thought the oil/gas industry has the most concerns about environment and safety (reputation of Chevron in the industry).

12. *If you are taking a new job, what does your new job offer that your Chevron job did not?*
    Career advancement and Leadership – I look for opportunity in leadership position. I also feel Chevron's leadership has failed to recognize my leadership experience and my capabilities (even CES results/360 feedback were always positive).

13. *Based on your overall experience at Chevron, what did you like the most?*
    Everyone has an attitude getting to a solution (they don't tend to get bonk down by credit or knowledge) especially in an emergency situation. Good teamwork cross disciplines.

14. *Based on your overall experience at Chevron, what did you like the least?*
    Politics (el segundo) – example, I was told by my previous manager that the reason I didn't get the GTL because someone on the selection team didn't like me. I reached out to HRM Andrew and he tried to get M&R Mgr Troy to get me feedback. Troy told me, I don't know what Austin said but it wasn't true.
    I don't have enough visibility – I feel like everyone knows me, I haven't presented to RLT (I wasn't given the opportunities) but I also had presented to Mfg president Mike Coyle. Even if it's not true, but it certainly gives that perception that "it's all about who you know" (eg. DPD Section Head position). It's inconsistent between what we tell our emplooyees vs. our actions.

15. *In summary, what key message would you like to convey to management?*

**EXHIBIT E-19-3**

Chevron decided to change leadership style, but they keep promoting the same people and tried to change those behaviors/leadhership style. It would be better to promote people who already has the leadership skills/styles, look beyond of the "leader" to like if my team is excelling and successful (because that's also a reflection of the person who leads the team). This is more appearnatly in El Segundo (seems like Chevron as an org. is doing a better job but not the "middle" levels).