# DECLARATION OF H. SARAH FAN

I, Sarah Fan, declare as follows:

1. I am an attorney licensed to practice law in California. I am a partner with the law firm Sheppard, Mullin, Richter & Hampton LLP, counsel of record for Defendant Chevron USA, Inc. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently to such facts under oath.

2. My office defended the deposition of Dr. Eshiofe Asekomeh on October 10, 2024, and I am in possession of a certified copy of his deposition transcript. Attached hereto as **Exhibit F** is a true and correct copy of relevant excerpts from Dr. Asekomeh's deposition transcript.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on October 22, 2024, at Culver City, California.

_____
H. SARAH FAN