# EXHIBIT F

```
                    UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA

                      _____



MARK SNOOKAL, an individual,    )
                                )
                                )
              Plaintiff,        )
vs.                             ) Case No.
                                ) 2:23-cv-6302-HDV-AJR
                                )
CHEVRON USA, INC., a California )
Corporation, and DOES 1 through )
10, inclusive,                  )
                                )
              Defendants.       )
_____)


                    REPORTER'S TRANSCRIPT



                   VIDEOTAPED DEPOSITION OF

                    DR. ESHIOFE ASEKOMEH

                  Thursday, October 10, 2024

                  Via Zoom Video Conferencing

                          7:03 a.m.



Reported by:   Rachel N. Barkume, CSR, RMR, CRR
               Certificate No. 13657
```

```
 1                  A P P E A R A N C E S

 2

 3

 4   FOR THE PLAINTIFF:

 5           ALLRED, MAROKO & GOLDBERG
             By:  DOLORES Y. LEAL
 6           Attorney at Law
             6300 Wilshire Boulevard, Suite 1500
 7           Los Angeles, California 90048
             (323) 653-6530
 8           dleal@amglaw.com

 9   FOR THE DEFENDANT:

10           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
             By:  ROBERT E. MUSSIG
11           Attorney at Law
             333 South Hope Street, 43rd Floor
12           Los Angeles, California 90071
             (213) 620-1780
13           rmussig@sheppardmullin.com

14   THE VIDEOGRAPHER:

15           Jacob Rivera

16   ALSO PRESENT:

17           Eguono Erhun, In-House Counsel for Chevron

18

19

20

21

22

23

24

25
```

```
 1        Q.  Occupational head [sic] functions.  Okay.
 2            And at the time that you held these positions,
 3   you were in Warri, W-A-R-R-I, Nigeria?
 4        A.  Okay.  So between 2011 and 2016, I was in Port
 5   Harcourt, Nigeria.  Between 2016 and 2020, I was in
 6   Warri, Nigeria.
 7        Q.  And then after 2020, what was your next
 8   position?
 9        A.  So after 2020, I'm presently in Escravos as
10   Escravos staff physician in charge.  Escravos staff
11   physician in charge.
12        Q.  So since you've been in Escravos as the staff
13   position in charge -- physician in charge, I'm sorry,
14   Deep Drill Oil Services has paid your salary; correct?
15        A.  Correct.
16        Q.  So most of my questions are going to focus
17   during the time in 2019 when you were the attending
18   physician working for Deep Drill Oil Services.  Okay?
19        A.  Okay.
20        Q.  Unless I say otherwise.
21            Would you please describe your educational
22   background, Dr. Asekomeh?
23        A.  Okay.  So -- so I have a Bachelor's of
24   Medicine, Bachelor's of Surgery degree from the
25   University of Ibadan, Nigeria.  Graduated in 1997.  I
```

1   did residency training in internal medicine in the
2   University of Port Harcourt Teaching House, which was
3   specializing in the West African College of Physician.
4   Between 2003 and 2009, junior residency for three years
5   in general internal medicine, and then the last three
6   years subspecializing in neurology.
7           I have a Master's in pharmacology from the
8   University of Port Harcourt in Nigeria.  I have another
9   Master's in public health from the University of
10  Manchester.  And then in between, I've done a course in
11  occupational health from the University College
12  Hospital, Ibadan, Nigeria.
13      Q.  How do you spell Ibadan?
14      A.  I-B-A-D-A-N.
15      Q.  And how long have you been a physician -- a
16  licensed physician?
17      A.  1997 until date.  Last 27 years.
18      Q.  And do you have a medical specialty?
19      A.  Yes.
20      Q.  What is that?
21      A.  I'm a physician, that's equivalent to the U.S.
22  internist, and I'm also a neurologist.
23      Q.  An internist and neurologist.  Okay.
24      A.  Yes.
25      Q.  Have you ever practiced cardiology?

```
 1          CERTIFICATE OF STENOGRAPHIC REPORTER
 2
 3
 4          I, RACHEL N. BARKUME, a Certified Shorthand
 5   Reporter of the State of California, hereby certify that
 6   the witness in the foregoing deposition,
 7                DR. ESHIOFE ASEKOMEH,
 8   was by me duly sworn to tell the truth, the whole truth,
 9   and nothing but the truth in the within-entitled cause;
10   that said deposition was taken at the time and place
11   therein named; that the testimony of said witness was
12   stenographically reported by me, a disinterested person,
13   and was thereafter transcribed into typewriting.
14          Pursuant to Federal Rule 30(e), transcript
15   review was requested.
16          I further certify that I am not of counsel or
17   attorney for either or any of the parties to said
18   deposition, nor in any way interested in the outcome of
19   the cause named in said caption.
20
21                DATED:  October 13, 2024.
22
23          _____
                      [signature: Rachel N. Barkume]
24          Rachel N. Barkume, CSR No. 13657, RMR, CRR
25
```

Dr. Eshiofe Asekomeh	October 10, 2024

```
 1                    WITNESS SIGNATURE PAGE
 2          I, DR. ESHIOFE ASEKOMEH, do declare under
 3   penalty of perjury that the foregoing is my deposition
 4   under oath; are the questions asked of me and my answers
 5   thereto; that I have read the deposition and have made
 6   the necessary corrections, additions, or changes to my
 7   answers that I deem necessary.
 8
 9        _____   I have no changes to my deposition.
10        _____   Following are the changes I wish to make:
11   Page    Line    Change
12   ____    ____    _____
13   ____    ____    _____
14   ____    ____    _____
15   ____    ____    _____
16   ____    ____    _____
17   ____    ____    _____
18   ____    ____    _____
19   ____    ____    _____
20   ____    ____    _____
21   ____    ____    _____
22   ____    ____    _____
23
24   _____        _____
25   SIGNATURE                              DATE
```