# EXHIBIT 1



# Assignment Offer

**To**: Mark Snookal

Contingent upon obtaining work/residence permit clearances where applicable and Company medical suitability for assignment where required by law (and/or related to your job and consistent with business necessity), you are offered the following assignment:

**Job Title**: EGTL Reliability Engineering Manager
**Salary Grade**: 22
**Position Type:** Career Ladder
**Base Salary**: No Change
**Competitive Objective**: No Change
**Location**: Escravos, Nigeria
**Anticipated Assignment Start Date**: July 1, 2019
**Anticipated Length**: 3-4 Years
**Offer Type**: Assignment Offer
**Assignment Subtype**: Resident greater than 24 months (Intl)
**Host Organization**: Africa / Latin America
**SBU**: Nigeria Mid-Africa
**Function**: Facilities Engineering
**Sponsor**: Vang, Bao - BAVU
**Supervisor(s)**: OLUWASIJIBOMI OKEOWO
**PDR(s)**: Omomehin, Andrew-AAOM
**HRBP**: NWAMAKA ANITA AJAYI

All details regarding your new expatriate work location and expatriate benefits will be provided to you directly from the position owner, or in some cases, through authorized HR contacts. In the interim, you can access the Expatriate Resources website to learn more about expatriate assignments. If you have specific questions regarding your expatriate assignment, please contact your Global Mobility Specialist/Expatriate Counselor. You can find your Global Mobility Specialist/Expatriate Counselor by searching the Counselor Finder which is also located on the Expatriate Resources website.

The attached details cover the compensation, relocation and other policies and programs that currently apply to this position and location (where applicable).  Where applicable, it is important to complete specific pre-assignment requirements (e.g. medical, orientations, etc., see attached letter) of your assignment.  If you fail to fulfill these requirements within the identified time frame, you will be deemed to have declined the job offer.  Though the Company expects that your assignment will continue as described, special circumstances or a change in business conditions or policies and programs may result in a modification of the assignment or its duration, including elimination of the assignment (where applicable) at the sole discretion of the Company and/or Receiving Organization.  Nothing in this Offer changes the "at-will" status of your

employment.

Please advise your HRBP (for domestic assignments) of your effective transfer date. For international assignments, please advise your Expatriate Assignee Counselor of your departure date (date you board the plane to start your assignment), since that becomes your actual assignment effective date and begins your over-base allowance and premium. I accept this assignment.

Signed: _____    Date: _____
                    Employee

I do not accept this assignment. I understand that the Company might not place me in another assignment and that I may be subject to termination of employment.

Signed: _____    Date: _____
                    Employee

**The completed form should be emailed to the Sponsor Group at SPGRP@chevron.com within one week of receiving this offer.** If we do not receive an acceptance within the deadline specified on this note, you will be deemed to have declined the job offer. Note: Any hand written changes will not be honored.  Please contact your Sponsor to discuss corrections or revisions prior to signing.

**Special Instructions (if you are US-payroll, please disregard the following sections):**

**For Non US-Payroll Employees Only:**
U.S. Export Controls/Trade Sanctions Compliance: U.S. export controls and trade sanctions can restrict the Company's ability to share certain technologies with employees who are non U.S. nationals (i.e. those who are not U.S. citizens, those who are not permanent residents, and those who do not enjoy protected individual status such as refugees or asylees). If our understanding of your immigration status is incorrect, please let us know immediately.

If your employment is subject to U.S. export license and/or trade sanction authorization requirements, your employment may not commence until Chevron receives the required license and/or authorization from the U.S. government; obtains approval of your work visa; and receives Company medical suitability for assignment (where required). While Chevron has been successful in obtaining U.S. export licenses and/or trade sanctions authorizations in the past, Chevron cannot guarantee the issuance of an export license and/or trade sanction authorization request. Similarly, Chevron cannot make any guarantee as to the timing for the U.S. government's processing of the export license and/or trade authorization application. Chevron reserves the right to modify your employment location, duties and assignments, if such modification is required or necessitated by the terms of any U.S. export license and/or trade sanctions

authorization. Chevron also reserves the right to rescind this offer of employment if a required export license and/or trade sanction authorization is not granted.

**For UK-Payroll Employees Only: Mobility Clause**
The demands of the Company's business and organization make it necessary for its employees to be able to transfer from place to place.  It is therefore a condition of your employment that:

> (1) at any time during your employment with the Company you may be required, at the Company's absolute discretion, to transfer to any of the locations in the UK in which Chevron is from time to time located, either on a temporary or a permanent basis; and

> (2) at any time when you are on temporary expatriate assignment outside the UK, and regardless of the originally agreed or intended length of that particular assignment, you may be required, at the Company's absolute discretion, either to repatriate to the UK or to transfer to any of the locations in which Chevron is from time to time located (which you accept and acknowledge may be another location outside the UK).

In either instance, you will be given reasonable notice of any such requirement and where a permanent transfer within, or a repatriation to, UK is required, the Company's relocation and other applicable policies may apply, as appropriate.

**If I agree to the mobility clause, what will this mean for me in the future?**
You will continue to be considered for positions both in your home country and on a global basis in accordance with Chevron's established policies and procedures and in line with your career aspirations, skills and experience.

**Will the Company use this in future to transfer me to a hardship location?**
This is not the driver for introducing such a clause.  The business wishes to be able to place the right employees, into the right jobs, at the right time, regardless of where those jobs are located.  In operating the mobility clause, the Company will always act reasonably and will take into consideration personal preferences where possible.

**If I agree to the mobility clause, what would happen in the future if my mobility status changed and I was unwilling or unable (for example, for personal or health reasons) to move to a certain country?**
If you advise the Company that you are no longer mobile, at the end of your existing assignment you will be repatriated to the UK and suitable alternative employment will be sought.  If no suitable role is identified, you will be at risk of redundancy.  If notice of redundancy is served, redundancy terms at that time will apply.

**If I don't accept the mobility clause, what will happen to me?**
If you do not wish to accept the mobility clause, the job offer will be withdrawn and you will be repatriated to the UK.  You will enter a period of redeployment and a search for suitable alternative employment will be undertaken.  If no suitable role is identified, you will be at risk of redundancy.  If notice of redundancy is served, redundancy terms at that time will apply.

**What if I am willing to agree to the clause but I don't agree with the wording of it?  Can I make changes to the clause and still accept the offer?**
No, no changes to the clause will be agreed by the Company and you will be deemed to have declined the offer unless you agree to the mobility clause as it is presented with

your offer.