# EXHIBIT 2

# KAISER PERMANENTE

1526 EDGEMONT MEDICAL OFFICES  U
1526 N EDGEMONT ST
LOS ANGELES CA 90027-5260
SCAL HIM ROI AMB LMR

Snookal, Mark J
MRN: 000004554567, DOB: 4/13/1972, Sex: M
Visit date: 4/19/2019

---

**Lab - All Orders and Results (continued)**

**Testing Performed By (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **240 - 956** | SHERMAN WAY REGIONAL LABORATORY | Steven McLaren, DO | 11668 Sherman Way NORTH HOLLYWOOD CA 91605 | 03/28/19 2317 - Present |
| **1225 - 002** | KFH, LAMC HOSPITAL LABORATORY | Hedyeh Shafi, MD | 4867 Sunset Blvd. Los Angeles CA 90027 | 03/31/16 0248 - Present |

**Final Spectacle Rx**

Click to see and print Final Spectacle Rx

**Final CL Rx**

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

**Medications the Patient Reported Taking**

**amLODIPine (NORVASC) 10 mg Oral Tab (Taking)**

**Losartan (COZAAR) 100 mg Oral Tab (Taking/Discontinued)**

**Betamethasone Dipropionate Aug (DIPROLENE AF) 0.05 % Top Crea (Taking/Expired)**

**Medications Discontinued During This Encounter**

| | Reason for Discontinue |
|---|---|
| **FLONASE ALLERGY RELIEF 50 mcg/actuation Nasl SpSn** | |
| **amLODIPine (NORVASC) 10 mg Oral Tab** | Continue Therapy |

**Prescriptions Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 mg Oral Tab** | 100 | 1/5 | 4/19/2019 | 4/18/2021 |
| Sig: Take 1 tablet by mouth daily | | | | |
| Class: Fill Later | | | | |
| Route: Oral | | | | |

**Social Documentation as of 4/19/2019**

No social documentation on file.

## Patient Instructions

**Return for Care:** Return in about 1 year (around 4/19/2020).

**Follow-up and Disposition**

Return in about 1 year (around 4/19/2020).

**Follow-up and Disposition History**

04/19/2019 1626 - Shahid Hameed (M.D.) Khan, M.D.

| | |
|---|---|
| Dispositions: | Return in about 1 year (around 4/19/2020). |

**All Flowsheet Data (all recorded)**

**Encounter Vitals**

| Row Name | 04/19/19 1553 |
|---|---|
| Enc Vitals | |
| BP | 126/59 -TC |
| Pulse | 72 Patient has frequent PVCs which are not |

**EXHIBIT 2-1**    SNOOKAL-00801

**KAISER PERMANENTE**

1526 EDGEMONT MEDICAL OFFICES  U
1526 N EDGEMONT ST
LOS ANGELES CA 90027-5260
SCAL HIM ROI AMB LMR

Snookal, Mark J
MRN: 000004554567, DOB: 4/13/1972, Sex: M
Visit date: 4/19/2019

**All Flowsheet Data (all recorded) (continued)**

**Encounter Vitals (continued)**

| Row Name | 04/19/19 1553 |
|---|---|
| | counted by BP cuff  [1]  -SK |
| Wt (gms) | 254 lb 3.1 oz (115.3 kg) -TC |
| Height | 6' (1.829 m)  -TC |
| Pain Score | 0 (0-10)  -TC |

**Custom Formula Data**

| Row Name | 04/19/19 1553 |
|---|---|
| Vitals | |
| Pct Wt Change | 0 %  -TC |
| OTHER | |
| Birth Weight | 0  -TC |
| % Change from Birth Weight | 1153029010.25  -TC |
| Weight change from previous (gm) | 0  -TC |
| Ideal Body Weight (calculated) | 73.86  -TC |
| BSA (Last Ht) | 0  -TC |
| BSA (System Calculated) | 2.42  -TC |
| Body Mass Index | 28.24  -TC |
| Body Mass Index | 34  -TC |
| BSA (Dubois) | 2.357  -TC |
| Mean Arterial Pressure (MAP) | 81  -TC |

**Audit Information**

| Ref # | Row Name | Time Taken | Time Recorded | Value | User |
|---|---|---|---|---|---|
| 1 | Pulse | 04/19/19 1553 | 04/19/19 1634 | 72 Patient has frequent PVCs which are not counted by BP cuff | SK |
| 1 | Pulse | 04/19/19 1553 | 04/19/19 1555 | (!) 40 | TC |

**User Key**
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| TC | ████████ (M.A.), M.A. | 12/02/18 - 10/30/19 | MEDICAL ASSISTANT | — |
| SK | ████████ (M.D.), M.D. | 12/02/18 - 12/07/19 | Physician | — |

**EXHIBIT 2-2**                    SNOOKAL-00802

**KAISER PERMANENTE**

1526 EDGEMONT MEDICAL OFFICES  U
1526 N EDGEMONT ST
LOS ANGELES CA 90027-5260
SCAL HIM ROI AMB LMR

Snookal, Mark J
MRN: 000004554567, DOB: 4/13/1972, Sex: M
Visit date: 4/19/2019

---

**Encounter-Level Documents - 04/19/2019:**



**EXHIBIT 2-3**      SNOOKAL-00803

**KAISER PERMANENTE**

1526 EDGEMONT MEDICAL OFFICES  U
1526 N EDGEMONT ST
LOS ANGELES CA 90027-5260
SCAL HIM ROI AMB LMR

Snookal, Mark J
MRN: 000004554567, DOB: 4/13/1972, Sex: M
Visit date: 4/19/2019

---

**Encounter-Level Documents - 04/19/2019: (continued)**

**New Orders (continued)**

Normal Orders This Visit
**REFERRAL CARDIOLOGY [200267 Custom]**

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

**Allergies as of 4/19/2019**       Reviewed On: 4/19/2019 By: ███████████ (M.A.), M.A.
No Known Allergies

## General Information

**Protect yourself from the flu.  Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call
1-866-70-NOFLU (1-866-706-6358).

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living!

Save money and time! Get your refills for home delivery at www.kp.org/refill

Mark J. Snookal (MRN: 000004554567) • Printed at 4/19/19  4:26 PM                Page 2 of 2   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

---

**Order-Level Documents:**
   There are no order-level documents.

{\"\EpicData xml <epicdata format="IDMPainter"><DocumentsDone>1</DocumentsDone></epicdata> }

**Encounter-Level E-Signatures:**
   No documentation.

Kaiser Permanente                                                                    Page 26

**EXHIBIT 2-4**                        **SNOOKAL-00804**

**KAISER PERMANENTE**    1526 EDGEMONT MEDICAL    Snookal, Mark J
OFFICES  U                                           MRN: 000004554567, DOB: 4/13/1972, Sex: M
1526 N EDGEMONT ST                                   Visit date: 4/19/2019
LOS ANGELES CA 90027-
5260
SCAL HIM ROI AMB LMR

**Encounter-Level E-Signatures: (continued)**

**EXHIBIT 2-5**        SNOOKAL-00805

**KAISER PERMANENTE**

1526 EDGEMONT MEDICAL OFFICES  U
1526 N EDGEMONT ST
LOS ANGELES CA 90027-5260
SCAL HIM ROI AMB LMR

Snookal, Mark J
MRN: 000004554567, DOB: 4/13/1972, Sex: M
Visit date: 4/19/2019

**END OF ENCOUNTER**

**EXHIBIT 2-6**        SNOOKAL-00806