# EXHIBIT 6

| | |
|---|---|
| **From:** | Powers, Andrew <Andrew.Powers@chevron.com> |
| **Sent:** | Friday, September 6, 2019 7:57 AM |
| **To:** | Snookal, Mark |
| **Cc:** | Tse, Thalia; Ruppert, Austin |
| **Subject:** | RE: Rescinded Job Offer in Nigeria |

Mark,

Thanks for your email and I hear your concerns.

I've reached out to the Medical Department and while I'm not privy to any medical information, I understand a thorough review was conducted and alternatives were explored. We would respectfully disagree that the determination was based on stereotyping or impermissible discrimination.

In terms of next steps, we will ensure you have a position in El Segundo. However, the PDC is also exploring alternative expat and domestic assignments and we should have more information on that soon.

Regards,

***Andrew Powers***
HR Manager, El Segundo Refinery
Andrew.Powers@chevron.com

*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any information in this message is strictly prohibited. If you have received this message by error, please notify me immediately at the telephone number listed above.*

---

**From:** Snookal, Mark <Mark.Snookal@chevron.com>
**Sent:** Wednesday, September 4, 2019 7:21 AM
**To:** Powers, Andrew C <Andrew.Powers@chevron.com>
**Cc:** Tse, Thalia <thaliatse@chevron.com>; Ruppert, Austin <Austin.Ruppert@chevron.com>
**Subject:** Rescinded Job Offer in Nigeria

Andrew,

I am very disappointed in the decision by Chevron Medical to classify me as "unfit" for the Reliability Engineering Manager position at EGTL. I believe this decision was made based on a lack of understanding and stereotypical assumptions about my medical condition and is, therefore, discriminatory in nature. As my condition does not affect my ability to perform the job duties of that position, I require no ongoing care outside of annual monitoring, working in a remote location does not affect my condition, a complication from my condition would cause no harm to others, and I have no work restrictions from my physician this decision seems excessively paternalistic.

After the initial finding of "unfit," I appealed the decision, and Chevron Medical requested permission to contact the specialist who cares for me, and I agreed. That specialist sent an email to Chevron Medical, stating that my condition is stable and has been for three years and that the risk is "low." That same physician had earlier provided me with a letter stating that "it is safe for him [me] to work in Nigeria…His [my] condition is under good control, and no special treatment

1

**EXHIBIT 6-1**

is needed." Which I provided to Chevron Medical before they made their initial determination of "unfit." Additionally, I passed all aspects of the regular examination, and the issue arises purely from a question about medical history.

Aside from my complaint of medical discrimination, where does their decision leave me? I spoke with the manager I would have reported to in Nigeria this morning, and they are rescinding the offer, but my position in El Segundo has already been filled.


Mark Snookal
IEA Reliability Team Lead

**Chevron Products Company**
El Segundo Refinery
324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel 310.615.5208
Mobile 310.678.5914
Mark.Snookal@chevron.com

2

**EXHIBIT 6-2**

CUSA000543