# EXHIBIT 7

 Chevron 

## Physical Requirements and Working Conditions GO-308

This form is a requirement for all jobs. The GO-308 should be completed by a GO-308 Developer that has completed the Chevron training. Review form instructions prior to filling out this form.

☐ This is an 'interim' GO-308 that has not yet been through the complete OE-FFD GO-308 procedure.

### SPECIFIC POSITION INFORMATION

GO-308 Category:   OFFICE BASED JOBS

Reporting Unit Summary (e.g.: Chevron Upstream, Downstream & Chemicals):   Upstream

Reporting Unit Rollup (e.g.: Africa/Latin America, Manufacturing):   INTERNATNIONAL UPSTREAM

Reporting Unit Employee (e.g.: Southern Africa, Richmond Refinery):   NIGERIA MID -AFRICA UNIT

Location City:   LAGOS / ABUJA / WARRI / ESCRAVOS / ONNE   State/Province:   LAGOS / FCT / DELTA / RIVERS   Country:   NIGERIA

Safety Sensitive  ☐         Highly Safety Sensitive  ☐         Non–Safety Sensitive  ☒

GO-308 Category requires Medical Evaluation:   ☒ Yes   ☐ No
GO-308 Category requires FCE:   ☐ Yes ( attach to GO-308)   ☒ No

### PHYSICAL REQUIREMENTS (TYPICAL DAY)

Frequency:   N = Never   O = Occasionally (1-33% of the day)   F = Frequently (34-66% of the day)   C = Constantly (67-100% of the day)
Dexterity and Coordination: 1 = Extremely High Ability   2= Above Average Ability   3 =Average Ability   4 = Below Average Ability   5 =Negligible Ability

| Physical Demands | | | N | O | F | C |
|---|---|---|---|---|---|---|
| Below Waist Lifting | 12 kg | lb/kg | ☐ | ☒ | ☐ | ☐ |
| Above Waist Lifting | 0 | lb/kg | ☒ | ☐ | ☐ | ☐ |
| One-Hand Carrying | 12kg | lb/kg | ☐ | ☒ | ☐ | ☐ |
| Two-Hand Carrying | 0 | lb/kg | ☒ | ☐ | ☐ | ☐ |
| Pushing-Max Force | 0 | lb/kg | ☒ | ☐ | ☐ | ☐ |
| Pulling-Max Force | 0 | lb/kg | ☒ | ☐ | ☐ | ☐ |
| Forceful Grip | 0 | lb/kg | ☒ | ☐ | ☐ | ☐ |
| Forceful Pinch | 0 | lb/kg | ☒ | ☐ | ☐ | ☐ |
| Sit | | | ☐ | ☐ | ☒ | ☐ |
| Stand | | | ☐ | ☒ | ☐ | ☐ |
| Stoop | | | ☒ | ☐ | ☐ | ☐ |
| Kneel | | | ☒ | ☐ | ☐ | ☐ |
| Squat | | | ☒ | ☐ | ☐ | ☐ |
| Forward Bend - St | | | ☒ | ☐ | ☐ | ☐ |
| Body Twist Static | | | ☒ | ☐ | ☐ | ☐ |
| Back-Lying | | | ☒ | ☐ | ☐ | ☐ |
| Reaching High Level | | | ☒ | ☐ | ☐ | ☐ |
| Reaching Medium Level | | | ☐ | ☒ | ☐ | ☐ |
| Reaching Low Level | | | ☐ | ☒ | ☐ | ☐ |
| Walk | 300m | ft/m | ☐ | ☒ | ☐ | ☐ |
| Climbing-Ladder | | ft/m | ☒ | ☐ | ☐ | ☐ |
| Climbing-Stairs | 12 stairs | ft/m | ☐ | ☒ | ☐ | ☐ |
| Jump | | ft/m | ☒ | ☐ | ☐ | ☐ |
| Body Twist - Repetitive | | | ☒ | ☐ | ☐ | ☐ |
| Throw | | ft/m | ☒ | ☐ | ☐ | ☐ |
| Crawl | | ft/m | ☒ | ☐ | ☐ | ☐ |
| Handling | | | ☐ | ☒ | ☐ | ☐ |
| Fingering | | | ☐ | ☒ | ☐ | ☐ |

**Dexterity and Coordination**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Manual Dexterity | ☐ | ☐ | ☒ | ☐ | ☐ |
| Finger Dexterity | ☐ | ☐ | ☒ | ☐ | ☐ |
| Bi-Lateral Hand Coordination | ☐ | ☐ | ☐ | ☒ | ☐ |
| Eye-Hand-Foot Coordination | ☐ | ☐ | ☐ | ☐ | ☒ |

**Motor and Sensory**   Required/Not Required

| | R | NR |
|---|---|---|
| Balancing | ☐ | ☒ |
| Sense of Touch | ☐ | ☒ |
| Sense of Smell | ☐ | ☒ |
| Speaking Clearly | ☒ | ☐ |
| Hearing-Speech Range | ☒ | ☐ |
| Hearing-All Ranges | ☐ | ☒ |
| Seeing, Reading & Comprehension | ☒ | ☐ |
| Seeing Distant | ☒ | ☐ |
| Seeing Near | ☒ | ☐ |
| Depth Perception | ☐ | ☒ |
| Color Vision | ☐ | ☒ |
| Emergency Evacuation | ☒ | ☐ |
| Swing Rope Test | ☐ | ☒ |

Other   Physically Strenuous Training - N R

GO-308 (4/15)
Word Electronic Version

**EXHIBIT 7-1**

CUSA000208

## SECTION 5. WORKING CONDITIONS

R = Required    NR = Not Required

| | | | |
|---|---|---|---|
| Extreme Cold-Below 32° F/0° C | R ☐ NR ☒ | Problem Solving/Independent Decision Making | R ☐ NR ☐ |
| Extreme Heat Above 100° F/38° C | R ☐ NR ☒ | Multiple Tasks | R ☒ NR ☐ |
| Dryness | R ☐ NR ☒ | Travel - Domestic | R ☒ NR ☐   ☒ Check if > 8 trips/year |
| Wetness | R ☐ NR ☒ | Travel - International | R ☒ NR ☐   ☒ Check if > 8 trips/year |
| Humidity-Above 90% | R ☐ NR ☒ | Overtime | R ☐ NR ☒ |
| Confined Spaces | R ☐ NR ☒ | Schedules/Deadlines | R ☒ NR ☐ |
| Cramped Qtrs. | R ☐ NR ☒ | Shift Duration (hrs/day)   8/9 hours ☒   10/11 hours ☐   12/13 hours ☒   14 or more ☐ | |
| Elevated Heights    h/m | R ☐ NR ☒ | Shift Schedule    Day ☒    Night ☐   Day and Night ☐   Rotational (define below) ☐ | |
| Noise-Over 85 Decibels | R ☐ NR ☒ | Other (Describe)   5/2, 14/14, 28/28 | |
| Moving Equipment | R ☐ NR ☒ | Chemicals (List) | |
| Vibrating-Rotating Equipment | R ☐ NR ☒ | N/A | R ☐ NR ☒ |
| Explosives | R ☐ NR ☒ | | R ☐ NR ☒ |
| Operate Motor Vehicle | R ☐ NR ☒ | | R ☐ NR ☒ |
| Working Around People/Interacting with Others | R ☒ NR ☐ | | R ☐ NR ☒ |
| Working Alone | R ☒ NR ☐ | Airborne Contaminants (List) | |
| Operate Computer Station | R ☒ NR ☐ | | R ☐ NR ☒ |
| Operate Office Equipment | R ☐ NR ☒ | | R ☐ NR ☒ |
| Rapid Working Pace | R ☐ NR ☒ | | R ☐ NR ☒ |
| Other | | | |

## SECTION 6. PROTECTIVE EQUIPMENT REQUIRED

R = Required    NR = Not Required
Frequency

| | | | | | |
|---|---|---|---|---|---|
| Eye Protection | R ☐ NR ☒ | Torso Protection | R ☐ NR ☒ | Fall Protection | R ☐ NR ☒ |
| Hearing Protection | R ☐ NR ☒ | Arms, Hands, Fingers | R ☐ NR ☒ | Respirator-Breathing Apparatus | R ☐ NR ☒ |
| Head Protection | R ☐ NR ☒ | Legs, Feet, Toes | R ☐ NR ☒ | Personal Flotation Device (PFD) | R ☐ NR ☒ |

Other (Describe)    PHONE HEAD SET

## SECTION 7. INDIVIDUAL POSITION TITLES

| | |
|---|---|
| ADVISOR | FINANCE SUPERVISOR |
| HR BUSINESS PARTNER/SENIOR HR BUSINESS PARTNER | SENIOR FINANCE ANALYST |
| ASSOCIATE HR ANALYST/HR ANALYST /SENIOR HR ANALYST | FINANCE ANALYST |
| ASSOCIATE HR REPRESENTATIVE/HR REPRESENTATIVE/SENIOR HR REPRESENTATIVE | CASHIER |
| MANAGER | |
| SUPERVISOR | LEGAL ADVISOR |
| TEAM LEAD | ATTORNEY |
| | LEGAL ADMINISTRATOR |
| | GENERAL COUNSEL |

**EXHIBIT 7-2**

CUSA000209

Instructions - This portion should be very specific and include complete details of the physical requirements of the job. Use categories only up to the weight that applies to the specific job.

**JOB PHYSICAL REQUIREMENTS (DETAILED)**

Below Waist Lifting – To move an object, weighing more than 5 lb / 2kg, from the floor to waist level by supporting it in the air (also includes waist to waist lifting). If rated as lifting, the demand cannot also be rated as another whole body position.

| Weight | Items | Distance (V/H and f/m) | Other Comments |
|---|---|---|---|
| 5-10 lb 2-4 kg | | | |
| 11-20 lb 5-9 kg | | | |
| 21-50 lb 10-23 kg | Luggage | 3V ft | From floor to knee level |
| 51-100 lb 25-46 kg | | | |
| >100 lb > 46 kg | | | |

Additional Information:

Above Waist Lifting – To move an object weighing more than 5 lb / 2 kg, from waist level to a higher position, by supporting it in the air. If rated as lifting, the demand cannot also be rated as another whole body position.

| Weight | Items | Distance (V/H and f/m) | Other Comments |
|---|---|---|---|
| 5-10 lb 2-4 kg | | | |
| 11-20 lb 5-9 kg | | | |
| 21-50 lb 10-23 kg | | | |
| 51-100 lb 25-46 kg | | | . |
| >100 lb > 46 kg | | | |

Additional Information:

One-handed Carrying – To move or transport an object, weighing more than 5 lb / 2 kg, from one place to another while holding or supporting the object with one hand. Three consecutive steps (i.e. right, left, right) are required for the physical demand to be considered carrying. Fewer than 3 steps is considered lifting. The hand used should be designated.

| Weight | Items | Distance (V/H and f/m) | Other Comments |
|---|---|---|---|
| 5-10 lb 2-4 kg | | | |
| 11-20 lb 5-9 kg | | | |
| 21-50 lb 10-23 kg | Luggage | 200H / m | From accommodation and office to car park. Also from staff buss to airport check-in counter |
| 51-100 lb 25-46 kg | | | |
| >100 lb > 46 kg | | | |

Additional Information:

DD-652 (X-15)
Word Electronic Version

**EXHIBIT 7-3**

CUSA000210

**Two-handed Carrying** – To move or transport an object, weighing more than 5 lb / 2 kg, from one place to another while holding or supporting the object with both hands. Three consecutive steps (i.e. right, left, right) are required for the physical demand to be considered carrying. Fewer than 3 steps is considered lifting.

| Weight | Items | Distance (V/H and ft/m) | Other Comments |
|---|---|---|---|
| 5-10 lb 2-4 kg | | | |
| 11-20 lb 5-9 kg | | | |
| 21-50 lb 10-23 kg | | | |
| 51-100 lb 25-46 kg | | | |
| >100 lb > 46 kg | | | |

Additional Information _____

**Pushing** – Exerting a force upon an object so that the object moves away from the force (includes slapping, striking, and kicking away). The height of the hand position present during pushing should be rated as overhead, shoulder, mid-chest, waist, knee, or below knee.

| Push Force | Items | Distance (V/H and ft/m) | Hand Position | Other Comments |
|---|---|---|---|---|
| 5-10 lb 2-4 kg | | | | |
| 11-20 lb 5-9 kg | | | | |
| 21-50 lb 10-23 kg | | | | |
| 51 - 100 lb 25 - 46 kg | | | | |
| >100 lb > 46 kg | | | | |

**Pulling** – Exerting a force upon an object so that the object moves toward the force (includes jerking). The height of the hand position present during pushing should be rated as overhead, shoulder, mid-chest, waist, knee, or below knee.

| Pull Force | Items | Distance (V/H and ft/m) | Hand Position | Other Comments |
|---|---|---|---|---|
| 5-10 lb 2-4 kg | | | | |
| 11-20 lb 5-9 kg | | | | |
| 21-50 lb 10-23 kg | | | | |
| 51 - 100 lb 25 - 46 kg | | | | |
| >100 lb > 46 kg | | | | |

| Hand Positions |
|---|
| OH – Overhead   S – Shoulder   MC – Mid Chest   W – Waist   K – Knee   BK – Below Knee |

Additional Information _____

**Forceful Gripping** – Squeezing firmly using the entire hand, requiring greater than 10 lb / 4 kg of force.

| Hand Position | Max Continuous Duration | Force | Description | Other Comments |
|---|---|---|---|---|
| | | | | |
| | | | | |

Additional Information _____

**EXHIBIT 7-4**

CUSA000211

**Forceful Pinching – Squeezing firmly between the thumb and one or more of the opposing fingers, requiring more than 5 lb / 2 kg of force.**

| Hand Position | Max Continuous Duration | Force | Description | Other Comments |
|---|---|---|---|---|
| | | | | |

Additional Information

**Sitting – To rest the weight of the body upon the buttocks and with back upright.**

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| Ergonomic chair | 30 mins | Sitting to work on computer | Also when attending meetings |

Additional Information

**Standing – Remaining on one's feet in an upright and erect position without moving about, with weight distributed on the feet.**

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| Concrete and tiled surfaces | 5 mins | During presentations or when discussing with colleagues and clients | |

Additional Information

**Stooping – To bend forward at the waist while keeping the knees fairly straight. To qualify as stooping, the hips or waist should be bent forward from vertical at least 35 degrees with knees bent no more than 45 degrees from a fully straight position.**

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| | | | |

Additional Information

**Kneeling – Supporting the body weight through both knees, with hips relatively straight and knees bent to at least 90 degrees.**

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| | | | |

Additional Information

**Squatting / Crouching – To bend both hips and knees so as to sit on the heels with the knees bent and the weight resting on the balls of the feet, or to bend both hips and knees and rest one knee down on the floor. Knees must be bent more than 45 degrees from fully straight position.**

| Surface | Duration | Description | Other Comments |
|---|---|---|---|
| | | | |

Additional Information

**Forward Bending in Sitting – Bending the upper body forward, at least 75 degrees from vertical, while in a sitting position.**

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| | | | |

Additional Information

**Static Body Twisting – Maintaining the body in a position where the lower body remains fairly stationary and the upper body rotates to one side or the other – can occur while the worker is either sitting or standing.**

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| | | | |

Additional Information

CIO-705 (4...5)
Word (Common) Version

**EXHIBIT 7-5**

CUSA000212

**Back Lying – Lying on one's back to perform work activity. Legs can be bent or straight**

| Surface | Max Continuous Duration | Description | Other Comments |
|---------|------------------------|-------------|----------------|
|  |  |  |  |
|  |  |  |  |

Additional Information: _____

**Reaching High Level: Moving the arms in any direction away from the body, with hands above shoulder height. Upper arms must be higher than shoulder.**

| Distance (V or H) | Max Continuous Duration | Description | Other Comments |
|-------------------|------------------------|-------------|----------------|
|  |  |  |  |

Additional Information: _____

**Reaching Medium Level: Moving the arms in any direction away from the body, with hands from waist to shoulder height. Upper arm must be at least 45 degrees away from body and no higher than shoulder**

| Distance (V or H) | Max Continuous Duration | Description | Other Comments |
|-------------------|------------------------|-------------|----------------|
| 3H ft | 30 seconds | To reach telephone hand set | Pick up files, books from cabinet |

Additional Information: _____

**Reaching Low level: Moving the arms in any direction away from the body, with hands below waist. Body is usually in a forward bent/stooping position**

| Distance (V or H) | Max Continuous Duration | Description | Other Comments |
|-------------------|------------------------|-------------|----------------|
| 3V ft | 30 seconds | To pick items from locker |  |

Additional Information: _____

**Walking – Moving about on foot, placing one foot down before the other is lifted. Three consecutive steps (i.e. right, left, right) are required for the physical demand to be considered walking. Fewer than 3 steps is considered standing.**

| Surface | Distance (ft/m) | Max Continuous Duration | Other Comments |
|---------|-----------------|------------------------|----------------|
| Concrete and tiled surface | 300m | 10 mins | To discuss with colleagues, attend meetings in other departments and also walk to and from car park. Also to attend court proceedings. |

Additional Information: _____

**Climbing - Stairs – Ascending or descending stairs using feet and legs with or without use of hands and arms.**

| Type of Climb | Number of Stairs | Max Continuous Duration | Other Comments |
|---------------|------------------|------------------------|----------------|
| inclined | 12 | 1 min | To the offices and also to attend meetings in other buildings |

Additional Information: _____

**Climbing - Ladders – Ascending or descending ladder using feet and legs with or without use of hands and arms. The ladder climbed can be either a vertical or A-frame ladder.**

| Type of Climb | Number of Rungs | Max Continuous Duration | Other Comments |
|---------------|-----------------|------------------------|----------------|
|  |  |  |  |

Additional Information: _____

**EXHIBIT 7-6**

CUSA000213

**Jumping** – To move oneself from the ground, propelling the body through the air with both feet simultaneously not in contact with the ground surface.

| Surface | Distance (ft/m) | Description | Other Comments |
|---------|-----------------|-------------|----------------|
| | | | |
| | | | |

Additional Information: _____

**Repetitive Body Twisting** – Rotation of the trunk during which the lower body remains fairly stationary and the spine and torso rotate to one side or the other, over and over, for at least 3 consecutive repetitions (start right, twist left and back to the right is considered one repetition). Can occur while worker is either sitting or standing.

| Surface | No. of Repetitions | Max Continuous Duration | Description | Other Comments |
|---------|--------------------|-----------------------|-------------|----------------|
| | | | | |

Additional Information: _____

**Throwing** – To propel an object through the air by releasing from the hand while the arm is in rapid motion.

| Object | Distance (ft/m) | Weight (lbs/kgs) | Description | Other Comments |
|--------|-----------------|------------------|-------------|----------------|
| | | | | |

Additional Information: _____

**Crawling** – Moving around while on hands and knees. Minimum of 3 steps is required to be considered crawling.

| Surface | Distance (ft/m) | Max Continuous Duration | Description | Other Comments |
|---------|-----------------|-----------------------|-------------|----------------|
| | | | | |

Additional Information: _____

**Handling** – The act of closing the hand with sufficient force as to be able to grasp, hold, turn, or seize an object, requiring less than 10 lb / 4 kg of force. Hand activities that require contact of the palm of the hand with the object.

| Hand Position | Max Continuous Duration | Force | Description | Other Comments |
|---------------|-----------------------|-------|-------------|----------------|
| MC | 5 mins | 4 kgf | Handling telephone handset to make or answer calls | |

Additional Information: _____

**Fingering** – The act of picking, sorting, or working primarily with the fingers rather than with the whole hand. Hand activities that do not involve contact with the palm of the hand

| Hand Position | Max Continuous Duration | Force | Description | Other Comments |
|---------------|-----------------------|-------|-------------|----------------|
| MC | 10 mins | 1 kgf | Typing on the keyboard and writing | |

Additional Information: _____

GO-038 (4/15)
World Enterprise Advisor

**EXHIBIT 7-7**

CUSA000214

**Manual Dexterity** – Ability to work with hands rapidly and accurately in performing tasks that involve using the whole hand for grasping, holding, turning.

| Scale | Description | Other Comments |
|---|---|---|
| 3 | Holding mouse and telephone handset | Also to handle books |

Additional Information: _____

**Finger Dexterity** – Ability to move fingers and manipulate small objects rapidly and accurately.

| Scale | Description | Other Comments |
|---|---|---|
| 3 | Required to use computer keyboard | |

Additional Information: _____

**Bi Lateral Hand Coordination** – The ability to move both hands rapidly and accurately, making precise movements with speed.

| Scale | Description | Other Comments |
|---|---|---|
| 3 | Required for working on the computer | |

Additional Information: _____

**Eye-Hand-Foot Coordination** – Ability to move hands and feet in coordination with one another in accordance with visual stimulation

| Scale | Description | Other Comments |
|---|---|---|
| 5 | When ascending and descending stairs | |

Additional Information: _____

**Balancing** – The ability to maintain bodily equilibrium and stability. The ability to balance on level surfaces (i.e. Indoors), uneven surfaces (i.e. outside), ladder, or balance beam.

| Surface | Distance (ft/m) | Feet position | Description | Other Comments |
|---|---|---|---|---|
| | | | | |

Additional Information: _____

**Sense of Touch** – To put the hand or finger or some other body part on an object or individual so as to perceive size, shape, temperature, or texture.

| Description | Other Comments |
|---|---|
| | |

Additional Information: _____

**Sense of Smell** – Perceiving odors or scents by means of the organs in the nose to the extent needed to distinguish or recognize particular odors.

| Description | Other Comments |
|---|---|
| | |

Additional Information: _____

**Speaking Clearly** – To be able to communicate, using the voice, in a manner that is easily perceptible.

| Description | Other Comments |
|---|---|
| Required to communicate with colleagues and clients | |

Additional Information: _____

**EXHIBIT 7-8**

CUSA000215

**Hearing-Speech Range** – To be able to hear all sounds in the vibratory wavelength of the human voice.

| Description | Other Comments |
|---|---|
| Required for effective communication with colleagues and customers | Use of hearing aids is acceptable |

Additional Information: _____

**Hearing All Ranges** – To be able to hear all sounds in the vibratory wavelength of human hearing.

| Description | Other Comments |
|---|---|
| To hear sounds at near and distance e.g. alarms, horns etc. | |

Additional Information: _____

**Seeing, Reading & Comprehension** –To be able to visually perceive the words on a page or object so as to allow the individual to understand what is to be communicated by the printed words

| Description | Other Comments |
|---|---|
| Required to be able to read emails, policies and other documents | Use of corrective glasses are acceptable |

Additional Information: _____

**Seeing, Distant** – The ability to see objects that are 20 feet / 6 meters or more from the individual in a manner that allows the individual to make judgments about the object.

| Description | Other Comments |
|---|---|
| To be able to see other persons, objects or hazards ahead | Use of corrective glasses are acceptable |

Additional Information: _____

**Seeing Near** – The ability to see objects that are 20 inches / 51 centimeters or less from the individual in a manner that allows the individual to make judgments about the object.

| Description | Other Comments |
|---|---|
| Required to read clearly, see near objects and recognise colleagues | Use of corrective glasses are acceptable |

Additional Information: _____

**Depth Perception** – The ability to perceive and judge different distances and spatial relationships between objects.

| Description | Other Comments |
|---|---|
| | |

Additional Information: _____

**Color Vision** – The ability to distinguish and identify differences in colors

| Description | Other Comments |
|---|---|
| | |

Additional Information: _____

**Emergency Evacuation** – The ability to leave a location very quickly in an emergency situation.

| Description | Max Continuous Duration | Other Comments |
|---|---|---|
| Employee should be able to vacate facility in the event of emergency and move to muster point | 5 mins | |

**EXHIBIT 7-9**

CUSA000216

Additional Information: _____

SECTION 7 — ADDITIONAL INFORMATION

(Add other Physical Demands, Working Conditions, Personal Protective Equipment or general comments. Attach a separate sheet if necessary.)

SECTION 8 — GO-308 DOCUMENTATION

Check Box

☒ Interim Development Signature (GO-308 has not yet been through the complete GO-308 procedure)

| IWUANYANWU J. / ADEBAYO J / ENAHOLO B. | CNL / EUROFLOW | 76215 / 61172 | 08 / 01 / 2016 |
|---|---|---|---|
| Name | Company | Phone Number | Date (mm/dd/yyyy) |

☒ Onsite Functional Job Analysis Performed (Steps 4, 5 and 6 of the OE-FFD GO 308 procedure have been completed)

| IWUANYANWU J. / ADEBAYO J / ENAHOLO B. | CNCNL / EUROFLOWL | 76215 / 61172 | 08 / 10 / 2016 |
|---|---|---|---|
| Name | Company | Phone Number | Date (mm/dd/yyyy) |

☒ Final Developer Signature (Steps 4, 5 and 6 of the OE-FFD GO-308 procedure have been completed)

| IWUANYANWU J. / ADEBAYO J / ENAHOLO B. | CNL / EUROFLOW | 76215 / 61172 | / / |
|---|---|---|---|
| Name | Company | Phone Number | Date (mm/dd/yyyy) |

SECTION 9 — AUTHORIZED GO-308 SIGNEE

| MRS. OLUYOMI APOLABI | | CNL / MGR. HR ADMIN AND SERVICES | 68111 | 03 / 26 / 2013 |
|---|---|---|---|---|
| Name | Signature | Company / Job Title | Phone Number | Date (mm/dd/yyyy) |
| MRS. M. O. AKEREDOLU | | CNL / SUPV OFFICE SUPPORT SERVICES | 68191 | 03 / 26 / 2013 |
| Name | Signature | Company / Job Title | Phone Number | Date (mm/dd/yyyy) |
| DR. O. C. PITAN | | CNL / CH PHYSICIAN | 61807 | 03 / 26 / 2013 |
| Name | Signature | Company / Job Title | Phone Number | Date (mm/dd/yyyy) |
| Name | Signature | Company / Job Title | Phone Number | Date (mm/dd/yyyy) |

Rev. Occup. Health and Medical

GO-308 (X-16) Word Electronic Version

**EXHIBIT 7-10**

CUSA000217

Please make sure to complete Section 8 and 9 during the reevaluation process.

| | | Print Name | Signature | Date (mm/dd/yyyy) |
|---|---|---|---|---|
| Supervisor | AKEJU OSARETIN / OKUGO ANTHONY / NENGITE LUCKY | | _ossanonega_ | 10 / 28 / 2016 |
| Management | EFFIONG ANTHONY / ABIOLA NNAOBI / MOIJETAN NED | | | 11 / 04 / 2016 |
| GHM / Designee | DR. O. C. PHAN | | | 11 / 07 / 2016 |

Completed GO-308 and Functional Capacity Evaluation (FCE), if appropriate, sent to GO308@Chevron.com    11 / 09. 2016
Date (mm/dd/yyyy)

---

### GO-308 Physical Requirements and Working Conditions
### Form Instructions

The term Developer will be used to identify the company/person that will develop/update the GO-308. The GO-308 forms should be re-evaluated and updated at least every five years, or earlier, if the job scope or physical requirements / working conditions change.

Section 1 – Position Information

GO-308 Category: Combination of position titles with like physical requirements and working conditions.

Supervisor: Complete all areas of this section with the assistance from your HR Business Partner, Operational Excellence SBU Fitness for Duty Process Advisor, HES Specialist and Global Health and Medical (GHM) (if needed)

Reporting Units (RUs): Are distinct organizations that report a set of operational results on an ongoing basis to Chevron's Office of the Chairman. There are three RU levels.
- Summary RU: represents a broad area of Chevron, such as Downstream and Chemicals or Chevron Upstream or Gas and Midstream
- Rollup RU: represents major areas of Chevron, such as Manufacturing or North America Exploration & Production or Pipeline
- Employee RU: represents a further breakout of operational areas, such as El Segundo Refinery, LABU or MidContinent

Examples of RU Hierarchy (this is only a partial listing) are below. For some Reporting Units, Employee RU is the same as the Rollup RU

| Summary RU | RollUp RU | Employee RU |
|---|---|---|
| Corporate Staffs | Business Development | Business Development |
| | Executive Staff | Executive Staff |
| | Law, Governance & Compliance | Law |
| | | Governance |
| | | Compliance |
| Downstream & Chemicals | Lubricants | Americas Finished Lubricants |
| | Manufacturing | Richmond Refinery |
| Chevron Upstream | North America Exploration & Production | MidContinent |
| | Africa/Latin America (CA_AEP) | Southern Africa, Latin America (LABU) |

Area: Global Health and Medical

GO-308 p. [?]
Worldwide English Version

**EXHIBIT 7-11**

**CUSA000218**

| | Production | |
| | African/Latin America (CAI AEP) | Southern Africa, Latin America (LABU) |
| Gas and Midstream | Pipeline | Pipeline |
| | Shipping | Shipping |
| Technology, Projects and Services | Information Technology | Information Technology |
| | Energy Technology | Energy Technology |

Location City, State/Province, Country: Identify the actual work location information.
Safety Sensitivity: Identify if position is safety sensitive, highly safety sensitive, or non-safety sensitive.
Medical Evaluation: Check the appropriate box, GHM and/or their designee are available for consultation.
FCE: Check the appropriate box. If a FCE is required, attach the FCE protocol with the completed GO-308.

**Section 2 – Physical Requirements (Summary)**
Developer: Complete this section after completing/updating GO-308.

Frequency    N = Never    O = Occasionally (1-33% of the day)    F = Frequently (34-66% of the day)    C = Constantly (67-100% of the day)

Dexterity and Coordination 1 = Extremely High Ability    2= Above Average Ability    3 =Average Ability    4 = Below Average Ability    5 =Negligible Ability

Motor and Sensory: R = Required    NR = Not Required

**Section 3 – Working Conditions**
Developer: Complete this section after completing/updating the GO-308.

**Section 4 – Protective Equipment Required**
Developer: Complete this section after on-site analysis of the job.

**Section 5 – Individual Position Titles**
Jobs that can be combined, for 308 purposes, based upon physical demands   A GO-308 is not a requirement at this level, provided the position is covered at the GO-308 Category level.
Developer: Complete with assistance from SBU HR Business partner, HES Specialist, Operational Excellence SBU Process Advisor and GHM (if needed) after all the GO-308's have been developed for SBU.

**Section 6 – Physical Requirements (Detailed)**
Developer: Complete this section based on job analysis questionnaire, onsite analysis, and position interviews   This portion should be very specific and include complete details of the physical requirements of the job.

**Section 7 – Additional Information**
Developer: Use this section to document any items not previously documented

**Section 8: GO-308 Development Actions Taken**
Developer: Complete Quality Assurance review of the GO-308 form prior to obtaining required signatures and submitting to the GO-308 Repository for uploading
Interim Developer Signature: This GO-308 has not been through the complete GO-308 procedure. Please check the box and sign and date the form. Your signature acknowledges that this is an interim GO-308 and this GO-308 has not been through the complete GO-308 procedure for the positions listed.
Onsite Functional Job Analysis Performed: Steps 4, 5 and 6 of the OE-FFD GO-308 procedure have been completed (box checked in above section). Please check the box and sign and date the form.
Final Developer Signature: Steps 4, 5 and 6 of the OE-FFD GO-308 procedure have been completed (box checked in above section). Please review the GO-308 form for accuracy, then check the box and sign and date the form. Your signature will acknowledge that the GO-308 accurately describes the physical requirements and working conditions of the positions listed.

**Section 9 – Steering Team (recommended) or local Management Review and Approval (Original Development of GO-308)**
This section is provided to document agreements of the GO-308 steering team or local Management. The steering team may include the following types of roles: Fitness for Duty Process Advisor, Human Resources, HES, Managers, Union Stewards, and/or Global Health and Medical (GHM) and/or their designee.

Steering Team or OpCo Management   Obtain appropriate signatures and complete team member roles. Individual signatures will acknowledge that you approve the GO-308 and agree with the Medical Evaluation and FCE requirements.

Fleet Cross-Health and Medical                                                                                  GO-308 (4-15)
                                                                                                                 Word-Electronic Version

**EXHIBIT 7-12**

CUSA000219

**Section 10 – Signature Updated**
This section is provided for when the GO-308 is updated
<u>Developer</u>: Obtain appropriate signatures
<u>Supervisor</u>:   Your signature will acknowledge that the GO-308 has been revalidated and accurately describes the physical demands of the positions listed

**Section 11 – GO-308 Repository**
<u>Developer</u>: Email the completed GO-308 word document (.doc) including the PCE, if appropriate to <u>GO308@Chevron.com</u> for uploading into the GO-308 repository.
<u>GO-308 Developer</u>: Maintain all GO-308 documentation as outlined in the OE - Fitness for Duty process: Creating and updating the GO-308 Procedure
<u>Global Health & Medical (GHM)</u>: Perform administrative review of the GO-308 prior to uploading into the GO-308 repository.  Return incomplete GO-308 forms to the supervisor for completion

**EXHIBIT 7-13**

CUSA000220