# EXHIBIT 10



# Voluntary Termination – GO-439-1

I wish to resign my employment with the **Chevron Products Company**
(Employing Organization)

effective **August 20, 2021**, for the following reason(s):

**I am leaving for an opportunity with significantly increased responsibility**

(Continue on reverse, if needed)

_____
Full Signature

**Mark Snookal**
Name (print)

**2200 Maricopa Drive**
Home Address

**Los Angeles, CA, 90065**
City, State, Zip

**1000444873**
SAP Personnel Number

**August 4, 2021**
Date Signed

(If this is a recent change of address, you need to update your records in SAP HR on-line.)

Distribution:  Original to Personnel File
               Employee – Retain Copy

GO-439-1 (7-05)
Word Electronic Version

EXHIBIT 10          SNOOKAL-01143