# DECLARATION OF DR. ALEXANDER MARMUREANU

I, Dr. Alexander Marmureanu, do declare as follows:

1. I am a designated expert witness for Plaintiff Mark Snookal in the matter of Mark Snookal v. Chevron USA, Inc., a California Corporation and DOES 1 through 10. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently to such facts under oath.

2. I currently practice Thoracic and Cardiovascular Surgery in Los Angeles, California. I am Board Certified in Cardiothoracic Surgery and General Surgery and licensed to practice in the states of California and New York. I am also an Assistant Professor of Surgery and Vice Chair of the Bylaws Committee at the School of Medicine at California University of Science and Medicine.

3. I am the CEO and President of California Heart and Lung Surgery Medical Center in Los Angeles and the Director of Cardiothoracic Surgery at Centinela Hospital Medical Center as well as the Director of Cardiovascular Surgery at Southern California Hospital at Culver City. I am also the Medical Staff President-Elect and the Chairman of the Multi-Disciplinary Peer Review Committee, as well as member of the Medical Executive Committee Leadership at Hollywood Presbyterian Medical Center.

4. I was retained by Plaintiff's counsel, Allred, Maroko & Goldberg to provide my expert opinion in this matter.

5. On October 9, 2024, I created the report attached hereto as Exhibit 11. I created this report based upon my medical education, thoracic and cardiovascular surgical training, practice, and experience, as well as my review of Mr. Snookal's medical records and other documents I reviewed in connection with this case (as listed in Exhibit 11 at Pg. 2). The contents of Exhibit 11 are true and correct to the best of my knowledge.

1  I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct.
3
4  Executed on this 16 day of October, 2024 , at _____Los Angeles, CA_____.
5
6
7  _____*Alexander Marmureanu, M.D.*_____
   Alexander Marmureanu, M.D. (Oct 17, 2024 01:14 GMT+3)
8  Dr. Alexander Marmureanu