# DECLARATION OF OLIVIA FLECHSIG

I, Olivia Flechsig, declare as follows:

1. I am an attorney licensed to practice law in California. I am an associate with the law firm Allred, Maroko & Goldberg, counsel of record for Plaintiff Mark Snookal. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently to such facts under oath.

2. I took the deposition of Scott Levy, M.D. on August 30, 2024, and I am in possession of a certified copy of his deposition transcript. Attached hereto as **Exhibit 12** is a true and correct copy of relevant excerpts from Dr. Levy's deposition transcript. During his deposition, Dr. Levy authenticated a number of documents including those that were marked as Exhibits C and E, which are each referenced in the concurrently filed Joint Brief re Motion for Summary Judgment and Statement of Uncontroverted Facts and Genuine Disputes. Those documents are attached hereto as **Exhibits 12-C and 12-E:**

**Exhibit 12-C:** August 23, 2019 E-mail from Dr. Khan to Dr. Levy

**Exhibit 12-E:** Expatriate Assignment History & Physical Examination Form for REM Position

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on October 17, 2024, at Los Angeles, California.

_____
Olivia Flechsig