# EXHIBIT 13

1        UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4

5   MARK SNOOKAL, an individual,      )
                                       )
6            Plaintiff,                )
                                       )
7        v.                            )  NO. 2:23-cv-6302-
                                       )       HDV-AJR
8   CHEVRON USA, INC., a California    )
    Corporation, and DOES 1 through    )
9   10, inclusive,                     )
                                       )
10           Defendants.               )
    _____)

11

12

13

14

15

16

17          Videotaped deposition of MARK JORDAN

18    SNOOKAL, Plaintiff, taken on behalf of Defendants

19    at 333 South Hope Street, 43rd Floor, Los Angeles,

20    California, commencing at 10:00 a.m. on Friday,

21    May 10, 2024, before John M. Taxter, Certified

22    Shorthand Reporter No. 3579 in and for the State

23    of California, a Registered Professional Reporter.

24

25

**EXHIBIT 13-1**

```
1      APPEARANCES OF COUNSEL:

2


3


4      FOR PLAINTIFF MARK JORDAN SNOOKAL:

5             ALLRED, MAROKO & GOLDBERG
              BY:  DOLORES Y. LEAL, Attorney at Law
6             6300 Wilshire Boulevard, Suite 1500
              Los Angeles, California  90048-5217
7             323.653.6530
              dleal@amglaw.com
8


9


10     FOR DEFENDANT CHEVRON USA, INC.:

11            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
              BY:  ROBERT E. MUSSIG, Attorney at Law
12            333 South Hope Street, 43rd Floor
              Los Angeles, California  90071-1422
13            213.620.1780
              rmussig@sheppardmullin.com
14
                       -and-
15
              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
16            BY:  LINDA Z. SHEN, Attorney at Law
              501 West Broadway, 18th Floor
17            San Diego, California  92101-3598
              619.338.6500
18            lshen@sheppardmullin.com

19


20


21     VIDEOGRAPHER:

22            GIGI FADICH

23


24


25
```

**EXHIBIT 13-2**

| | | |
|---|---|---|
| 1 | time whose name escapes me at the moment to | 10:25:05 |
| 2 | basically put me back in analyzer engineering but | 10:25:09 |
| 3 | with a focus on analyzer reliability improvement. | 10:25:13 |
| 4 | So they kind of made that one up. | 10:25:19 |
| 5 | Q    They created a position for you because | 10:25:23 |
| 6 | they wanted you in that -- in that department? | 10:25:25 |
| 7 | A    Correct. | 10:25:27 |
| 8 | Q    And I -- I guess my question had been | 10:25:28 |
| 9 | you -- you said it wasn't a promotion. | 10:25:30 |
| 10 | Was it a lateral move?  And was it -- it | 10:25:32 |
| 11 | wasn't a demotion; right? | 10:25:34 |
| 12 | A    In my mind, it was a demotion.  It was a | 10:25:37 |
| 13 | lateral move from a career development standpoint, | 10:25:40 |
| 14 | I was told. | 10:25:48 |
| 15 | Q    And why -- | 10:25:48 |
| 16 | A    And I treated it that way, but it didn't | 10:25:49 |
| 17 | really feel like that at the time. | 10:25:53 |
| 18 | Q    Why was it a demotion, in your mind? | 10:25:54 |
| 19 | A    I went from supervising a group of 18 | 10:25:57 |
| 20 | people to supervising no one and essentially doing | 10:25:59 |
| 21 | the same job that I left before I did that | 10:26:03 |
| 22 | supervisory job. | 10:26:05 |
| 23 | Q    Were you paid the same? | 10:26:09 |
| 24 | A    I was. | 10:26:10 |
| 25 | Q    And that -- so that position is in the | 10:26:13 |

**EXHIBIT 13-3**

| | | |
|---|---|---|
| 1 | subgroup. | 10:28:03 |
| 2 | Is that right? | 10:28:03 |
| 3 | A    That is correct. | 10:28:04 |
| 4 | Q    Then so at this point you had worked in | 10:28:06 |
| 5 | the maintenance department and in the engineering | 10:28:08 |
| 6 | group; is that right? | 10:28:12 |
| 7 | A    Yes. | 10:28:13 |
| 8 | Q    And you held that IEAR team lead | 10:28:16 |
| 9 | position from November of 2016 to November of | 10:28:19 |
| 10 | 2019; is that right? | 10:28:22 |
| 11 | A    Yes. | 10:28:22 |
| 12 | Q    Okay.  And did I already ask you this? | 10:28:26 |
| 13 | You were a PSG 22 in that position? | 10:28:28 |
| 14 | A    I was. | 10:28:32 |
| 15 | Q    And then I think that was around the | 10:28:34 |
| 16 | time of the Escravos which we'll get into in a | 10:28:38 |
| 17 | moment. | 10:28:43 |
| 18 | Is that right? | 10:28:43 |
| 19 | A    Yes, it was. | 10:28:43 |
| 20 | Q    Okay.  Now, you -- you were based out of | 10:28:44 |
| 21 | Chevron's El Segundo refinery throughout your time | 10:28:47 |
| 22 | with Chevron; correct? | 10:28:50 |
| 23 | A    That's correct. | 10:28:51 |
| 24 | Q    And your employer was Chevron USA, Inc.; | 10:28:53 |
| 25 | is that right? | 10:28:53 |

EXHIBIT 13-4

| | | |
|---|---|---|
| 1 | A    They have a very complicated corporate | 10:28:59 |
| 2 | structure, so I don't actually know -- | 10:29:01 |
| 3 | Q    Okay. | 10:29:01 |
| 4 | A    -- the answer that question. | 10:29:04 |
| 5 | Q    As you sit here right now, do you have | 10:29:06 |
| 6 | any reason to dispute that your employer | 10:29:07 |
| 7 | throughout that time was Chevron USA, Inc.? | 10:29:10 |
| 8 | A    I do not. | 10:29:12 |
| 9 | Q    And how many employees total at the | 10:29:14 |
| 10 | El Segundo refinery, your best estimate? | 10:29:15 |
| 11 | A    I would say around a thousand. | 10:29:18 |
| 12 | Q    And there were -- so I -- correct me if | 10:29:21 |
| 13 | I'm wrong, but I -- as I understand it, there -- | 10:29:26 |
| 14 | and I think we talked about this a little bit. | 10:29:30 |
| 15 | There are different departments, and in | 10:29:33 |
| 16 | the maintenance department there are four | 10:29:34 |
| 17 | subgroups -- right? -- or at the time there were | 10:29:36 |
| 18 | four subgroups; routine maintenance, reliability, | 10:29:38 |
| 19 | integrity, integrity turnaround, and construction | 10:29:43 |
| 20 | services. | 10:29:46 |
| 21 | Does that sound right? | 10:29:47 |
| 22 | A    You'll have to break them up a little | 10:29:48 |
| 23 | bit more. | 10:29:50 |
| 24 | Q    Okay. | 10:29:50 |
| 25 | A    Not -- not further, just a little more | 10:29:50 |

**EXHIBIT 13-5**

| | | |
|---|---|---|
| 1 | page 3 of the document, SNOOKAL-607, is that your | 10:46:02 |
| 2 | signature at the bottom? | 10:46:07 |
| 3 | A    It is. | 10:46:08 |
| 4 | Q    And it's dated July 18, 2019; is that | 10:46:08 |
| 5 | right? | 10:46:08 |
| 6 | A    That's correct. | 10:46:13 |
| 7 | Q    And is this referred to as an MSEA form? | 10:46:16 |
| 8 | A    It is. | 10:46:19 |
| 9 | Q    And so on -- and so on the first three | 10:46:24 |
| 10 | pages of the form up to your signature, all the | 10:46:28 |
| 11 | boxes that are checked, you checked those; right? | 10:46:33 |
| 12 | A    That's correct. | 10:46:36 |
| 13 | Q    Okay.  And so box No. 1 is: | 10:46:36 |
| 14 | "Do you have any medical, | 10:46:40 |
| 15 | physical or psychological | 10:46:41 |
| 16 | conditions under the care of a | 10:46:42 |
| 17 | health professional?  If yes, | 10:46:44 |
| 18 | please describe." | 10:46:46 |
| 19 | You marked by the box "yes"; right? | 10:46:48 |
| 20 | A    Correct. | 10:46:48 |
| 21 | Q    And then you said: | 10:46:50 |
| 22 | "I have a dilated aortic root. | 10:46:51 |
| 23 | I am under the care of a | 10:46:54 |
| 24 | cardiologist and see him once per | 10:46:56 |
| 25 | year for a checkup.  I have | 10:46:58 |

**EXHIBIT 13-6**

| | | |
|---|---|---|
| 1 | consulted with him on this | 10:46:59 |
| 2 | assignment, and he sees no issues | 10:47:00 |
| 3 | with it." | 10:47:02 |
| 4 | You wrote that; correct? | 10:47:02 |
| 5 | A    I did. | 10:47:03 |
| 6 | Q    And you -- you had -- you had testified | 10:47:05 |
| 7 | about this earlier.  I'm sorry for -- for -- I | 10:47:09 |
| 8 | think you were diagnosed with the dilated aortic | 10:47:12 |
| 9 | root in 2015. | 10:47:16 |
| 10 | Is that wrong? | 10:47:17 |
| 11 | A    I -- I honestly can't remember if it was | 10:47:19 |
| 12 | late 2014 or 2015. | 10:47:21 |
| 13 | Q    Okay.  But in that time frame? | 10:47:24 |
| 14 | A    In that time frame. | 10:47:26 |
| 15 | Q    And who -- who diagnosed you with that? | 10:47:27 |
| 16 | A    Dr. Khan who was my doctor through this | 10:47:30 |
| 17 | whole event. | 10:47:34 |
| 18 | Q    Is he with Cedars? | 10:47:36 |
| 19 | A    He, I think, has multiple affiliations. | 10:47:40 |
| 20 | I saw him at Kaiser Permanente, Los Angeles. | 10:47:44 |
| 21 | Q    And, I mean, I -- I just want to ask a | 10:47:49 |
| 22 | couple background questions about it.  I don't | 10:47:54 |
| 23 | want to get too far into your -- your medical | 10:47:55 |
| 24 | history. | 10:48:00 |
| 25 | What -- when -- when he diagnosed you | 10:48:00 |

**EXHIBIT 13-7**

| | | |
|---|---|---|
| 1 | with it, what was the prognosis? | 10:48:02 |
| 2 | A    To sum it up, he said that sometimes the | 10:48:09 |
| 3 | aortic root will not expand any more than it | 10:48:15 |
| 4 | already has and it will never expand to a point | 10:48:18 |
| 5 | where they consider it to be something that they | 10:48:23 |
| 6 | should operate on, or it can expand at a rate and | 10:48:26 |
| 7 | to a size that they consider to be operable or | 10:48:36 |
| 8 | something that they should operate on.  He said | 10:48:40 |
| 9 | that there's no way to accurately predict -- | 10:48:44 |
| 10 | predict which one mine would be but that the rate | 10:48:51 |
| 11 | of growth determines how they treat it, basically. | 10:48:54 |
| 12 | Q    Okay.  And -- and I think here you say | 10:49:04 |
| 13 | that you had to see him on a yearly basis.  Was | 10:49:08 |
| 14 | that what he -- what he -- | 10:49:11 |
| 15 | A    They call it -- | 10:49:13 |
| 16 | Q    -- said at the time? | 10:49:14 |
| 17 | A    Yes.  They call it "watchful waiting" | 10:49:16 |
| 18 | which is basically taking a picture of it once a | 10:49:19 |
| 19 | year and seeing if it's grown or not and at what | 10:49:22 |
| 20 | rate from the last time. | 10:49:25 |
| 21 | Q    And so you -- you followed up on a | 10:49:26 |
| 22 | yearly basis with him, I'm assuming? | 10:49:28 |
| 23 | A    Every year. | 10:49:30 |
| 24 | Q    And how did it develop, if at all? | 10:49:31 |
| 25 | A    There were some years where it grew at a | 10:49:36 |

**EXHIBIT 13-8**

| | | |
|---|---|---|
| 1 | low rate and other years where it had remained | 10:49:40 |
| 2 | stable.  I believe at the time that I applied it | 10:49:44 |
| 3 | had been stable for two or three years. | 10:49:47 |
| 4 | Q    And you may have already said this, but | 10:49:53 |
| 5 | the cardiologist that you're referring to here on | 10:49:56 |
| 6 | page 1 of -- of this exhibit, Exhibit 3, is | 10:49:58 |
| 7 | Dr. Khan; right? | 10:50:02 |
| 8 | A    Yes.  That's correct. | 10:50:03 |
| 9 | Q    What's the current state of the | 10:50:08 |
| 10 | condition? | 10:50:10 |
| 11 | A    I'm not sure how to answer that | 10:50:13 |
| 12 | question. | 10:50:15 |
| 13 | Q    Have you continued to see Dr. Khan about | 10:50:17 |
| 14 | the dilated aortic root? | 10:50:19 |
| 15 | A    Dr. Khan retired.  He retired during | 10:50:22 |
| 16 | COVID.  Kaiser had trouble assigning me a new | 10:50:25 |
| 17 | doctor, and during that time I left Chevron. | 10:50:30 |
| 18 | After this I went to Portland, and I continued my | 10:50:37 |
| 19 | care in Portland. | 10:50:43 |
| 20 | Q    Okay.  With a different cardiologist, I | 10:50:44 |
| 21 | assume? | 10:50:47 |
| 22 | A    With a different -- yeah. | 10:50:47 |
| 23 | Q    And what is his or her name? | 10:50:48 |
| 24 | A    I've actually -- the first two years I | 10:50:49 |
| 25 | was in Portland they did not assign me a | 10:50:53 |

**EXHIBIT 13-9**

| | | |
|---|---|---|
| 1 | cardiologist.  They just managed it through my | 10:50:55 |
| 2 | primary-care physician.  I recently changed | 10:50:58 |
| 3 | employment to a different employer, and I do have | 10:51:02 |
| 4 | a cardiologist now, a Dr. Schneider.  I've only | 10:51:05 |
| 5 | seen him once. | 10:51:10 |
| 6 | Q    Okay.  And we'll get into this more | 10:51:11 |
| 7 | later, but I believe you moved to Washington? | 10:51:13 |
| 8 | A    Correct. | 10:51:14 |
| 9 | Q    And so Dr. Schneider is in Washington? | 10:51:15 |
| 10 | A    He's actually in Portland.  I live right | 10:51:17 |
| 11 | near Portland, Oregon. | 10:51:21 |
| 12 | Q    Oh, I see. | 10:51:21 |
| 13 | A    There's a heart center in Portland, | 10:51:22 |
| 14 | Oregon. | 10:51:26 |
| 15 | Q    And when was your most recent checkup | 10:51:26 |
| 16 | with Dr. Schneider? | 10:51:28 |
| 17 | A    It was actually unrelated to the aortic | 10:51:31 |
| 18 | root dilation and was in -- I don't remember the | 10:51:36 |
| 19 | exact month, but it was late 2023. | 10:51:43 |
| 20 | Q    And what was it related to? | 10:51:46 |
| 21 | A    Tangentially related to PVCs that I also | 10:51:50 |
| 22 | listed on the form.  They ablated those to end -- | 10:51:56 |
| 23 | end me having PVCs. | 10:51:59 |
| 24 | Q    What are PVCs? | 10:52:01 |
| 25 | A    Premature ventricular contractions. | 10:52:03 |

**EXHIBIT 13-10**

| | | |
|---|---|---|
| 1 | BY MR. MUSSIG: | 10:59:00 |
| 2 | Q    Well, I -- you know, let me -- let me | 10:59:03 |
| 3 | rephrase it. | 10:59:04 |
| 4 | The document speaks for itself, but did | 10:59:05 |
| 5 | Dr. -- did Dr. Sobel tell you at any point that | 10:59:08 |
| 6 | getting the recommendation letter would guarantee | 10:59:10 |
| 7 | medical clearance? | 10:59:12 |
| 8 | A    What Dr. Sobel said when he gave this to | 10:59:14 |
| 9 | me was -- he said, "You'll just need a letter from | 10:59:16 |
| 10 | your cardiologist.  This is what it should say, | 10:59:19 |
| 11 | and then it should be fine." | 10:59:22 |
| 12 | Q    Okay.  Did he say anything about needing | 10:59:27 |
| 13 | further assessment? | 10:59:33 |
| 14 | A    He did not. | 10:59:35 |
| 15 | Q    Since this visit, have you ever seen | 10:59:40 |
| 16 | Dr. Sobel again? | 10:59:42 |
| 17 | A    No.  He's not my doctor, so -- | 10:59:42 |
| 18 | Q    I understand.  It was just this one | 10:59:47 |
| 19 | time? | 10:59:49 |
| 20 | A    Yeah. | 10:59:51 |
| 21 | MR. MUSSIG:  I'll mark as Exhibit 4. | 10:59:55 |
| 22 | It's a letter from Dr. Khan on Kaiser Permanente | 11:00:00 |
| 23 | letterhead.  It's Bates-numbered SNOOKAL-665. | 11:00:05 |
| 24 | (Exhibit 4 was marked for identification | 11:00:05 |
| 25 | by the Certified Shorthand Reporter.) | 11:00:18 |

**EXHIBIT 13-11**

| | | |
|---|---|---|
| 1 | A    This e-mail was sent after I requested | 11:48:12 |
| 2 | this e-mail, so there was no response necessary. | 11:48:14 |
| 3 | Q    How did you request the e-mail? | 11:48:18 |
| 4 | A    Through Andrew Powers which was the HR | 11:48:20 |
| 5 | manager at El Segundo. | 11:48:23 |
| 6 | Q    And why did you request the e-mail? | 11:48:25 |
| 7 | A    Because I wanted them to give me written | 11:48:28 |
| 8 | documentation of why they were saying that I | 11:48:29 |
| 9 | couldn't go to Escravos and to identify other | 11:48:32 |
| 10 | locations where they would consider me to be | 11:48:35 |
| 11 | medically fit. | 11:48:38 |
| 12 | Q    Oh.  And he does that in this e-mail -- | 11:48:40 |
| 13 | right? -- at the -- at the bottom? | 11:48:42 |
| 14 | A    Correct. | 11:48:43 |
| 15 | Q    Did you ever apply to any jobs in those | 11:48:44 |
| 16 | locations? | 11:48:47 |
| 17 | A    There were no job openings in those | 11:48:48 |
| 18 | locations. | 11:48:49 |
| 19 | Q    I see.  And I -- I guess most -- are | 11:48:49 |
| 20 | these locations -- well, I -- I don't know if | 11:49:04 |
| 21 | you -- you probably don't know, but I'll ask the | 11:49:10 |
| 22 | question.  You can say "I don't know." | 11:49:13 |
| 23 | Would they have adequate medical | 11:49:14 |
| 24 | facilities in all these locations where he | 11:49:15 |
| 25 | indicates he would not foresee any issues with you | 11:49:17 |

**EXHIBIT 13-12**

| | | |
|---|---|---|
| 1 | of discrimination to anyone else at Chevron? | 11:55:59 |
| 2 | A   No. | 11:56:02 |
| 3 | Q   And when you say "based on a lack of | 11:56:03 |
| 4 | understanding," what -- what do you mean by that? | 11:56:13 |
| 5 | A   In my opinion, I don't believe that the | 11:56:18 |
| 6 | people that evaluated me did their due diligence | 11:56:21 |
| 7 | in understanding the condition that I had and the | 11:56:24 |
| 8 | effects that a remote location would have.  That's | 11:56:28 |
| 9 | what I meant by that. | 11:56:30 |
| 10 | Q   Okay.  And why do you believe that? | 11:56:31 |
| 11 | A   Just based on the conversations that I | 11:56:35 |
| 12 | had with them, it was clear that they didn't | 11:56:36 |
| 13 | really know what they were looking at and the fact | 11:56:38 |
| 14 | that they took a 17-year-old study as the only | 11:56:41 |
| 15 | piece of evidence that they looked at, as far as I | 11:56:47 |
| 16 | knew. | 11:56:50 |
| 17 | Q   Wasn't the 17-year-old study referenced | 11:56:53 |
| 18 | by Dr. Khan? | 11:56:55 |
| 19 | A   It's not Dr. Khan's job to give them the | 11:56:57 |
| 20 | information that they need.  They didn't -- | 11:57:01 |
| 21 | Q   So you agree that they were -- they | 11:57:05 |
| 22 | based their decision on the information provided | 11:57:07 |
| 23 | by Dr. Khan; right? | 11:57:09 |
| 24 | MS. LEAL:  Objection.  Calls for | 11:57:10 |
| 25 | speculation. | 11:57:11 |

**EXHIBIT 13-13**

| | | |
|---|---|---|
| 1 | dated September 5th, 2019 -- well, an e-mail from | 12:12:12 |
| 2 | Mr. Snookal but to Austin Ruppert and then from | 12:12:15 |
| 3 | Mr. Ruppert to Troy Tortorich, Thalia Tse, and | 12:12:19 |
| 4 | Andrew Powers. | 12:12:24 |
| 5 | (Exhibit 10 was marked for | 12:12:24 |
| 6 | identification by the Certified | 12:12:24 |
| 7 | Shorthand Reporter.) | 12:12:24 |
| 8 | BY MR. MUSSIG: | 12:12:24 |
| 9 | Q    Do recognize the first e-mail in this | 12:12:45 |
| 10 | chain, the one at the bottom of the page? | 12:12:47 |
| 11 | A    Yes. | 12:12:47 |
| 12 | Q    Okay.  And this is an e-mail from you to | 12:12:53 |
| 13 | Mr. Ruppert; correct? | 12:12:55 |
| 14 | A    Correct. | 12:12:56 |
| 15 | Q    And Mr. Ruppert at this point was your | 12:12:57 |
| 16 | supervisor; right? | 12:12:59 |
| 17 | A    Correct. | 12:13:00 |
| 18 | Q    And it says "position" -- the "subject" | 12:13:01 |
| 19 | line is "positions in 2H PDC." | 12:13:03 |
| 20 | What does -- what does the "2H PDC" | 12:13:06 |
| 21 | mean? | 12:13:09 |
| 22 | A    A second half PDC.  I don't know what | 12:13:10 |
| 23 | the acronym stands for.  It's just what they used | 12:13:14 |
| 24 | for the job selection process at Chevron. | 12:13:17 |
| 25 | Q    Okay.  And so why -- they look -- you're | 12:13:24 |

**EXHIBIT 13-14**

| | | |
|---|---|---|
| 1 | e-mailing Mr. Ruppert three possible positions. | 12:13:30 |
| 2 | Why were you doing that? | 12:13:33 |
| 3 | A    They asked me to search and see which | 12:13:34 |
| 4 | positions in El Segundo I felt that I would be | 12:13:36 |
| 5 | qualified for. | 12:13:40 |
| 6 | Q    And is that because this was after the | 12:13:41 |
| 7 | Escravos -- the REM position in Escravos had been | 12:13:45 |
| 8 | rescinded and your IEAR team lead position had | 12:13:50 |
| 9 | been back-filled? | 12:13:55 |
| 10 | A    That's correct. | 12:13:56 |
| 11 | Q    And I'm going to ask you a few | 12:13:57 |
| 12 | questions.  You may or may not know the answer, | 12:14:07 |
| 13 | but I just want to see if you do. | 12:14:10 |
| 14 | Any -- any job postings in the PDC | 12:14:12 |
| 15 | require a specific application process; right? | 12:14:16 |
| 16 | A    They do. | 12:14:19 |
| 17 | Q    Okay.  And each of those jobs has a -- a | 12:14:20 |
| 18 | PDR, a personal development representative, | 12:14:23 |
| 19 | assigned to the job? | 12:14:25 |
| 20 | A    That's correct. | 12:14:26 |
| 21 | Q    Okay.  And a PDR can represent 15 to 20 | 12:14:27 |
| 22 | jobs in the process; right? | 12:14:31 |
| 23 | A    I don't know the numbers, but -- | 12:14:34 |
| 24 | Q    More than one? | 12:14:36 |
| 25 | A    -- more than one. | 12:14:36 |

**EXHIBIT 13-15**

| | | |
|---|---|---|
| 1 | Q    And each of those jobs also has a job | 12:14:38 |
| 2 | owner; is that right? | 12:14:41 |
| 3 | A    That's my understanding.  Yes. | 12:14:43 |
| 4 | Q    Okay.  And the job owner is typically | 12:14:45 |
| 5 | the hiring supervisor for the opening; is that | 12:14:47 |
| 6 | right? | 12:14:47 |
| 7 | A    I don't know if it's typically the -- I | 12:14:50 |
| 8 | don't know if it works that way. | 12:14:52 |
| 9 | Q    Okay.  You just don't have any knowledge | 12:14:53 |
| 10 | one way or the other? | 12:14:56 |
| 11 | A    I don't. | 12:14:58 |
| 12 | Q    Do you know if the job owner is also | 12:14:58 |
| 13 | typically the supervisor who the employee would | 12:15:02 |
| 14 | report to, if they get that job? | 12:15:04 |
| 15 | A    I -- I do not know the answer to that. | 12:15:06 |
| 16 | No. | 12:15:08 |
| 17 | Q    Okay.  Do you have any knowledge about | 12:15:09 |
| 18 | the job owner's role in the decision-making | 12:15:14 |
| 19 | process as to -- as to the particular job? | 12:15:16 |
| 20 | A    Not in a generic sense.  Generally, each | 12:15:20 |
| 21 | job is defined -- they'll tell you who to talk to. | 12:15:22 |
| 22 | It's not, in my experience, always the same | 12:15:27 |
| 23 | person. | 12:15:31 |
| 24 | Q    What do you mean, "it's not"? | 12:15:31 |
| 25 | A    The -- the -- the owner of the position | 12:15:32 |

**EXHIBIT 13-16**

| | | |
|---|---|---|
| 1 | is not always the person that will be your | 12:15:35 |
| 2 | supervisor -- | 12:15:38 |
| 3 | Q    I see. | 12:15:39 |
| 4 | A    -- in my experience.  That doesn't mean | 12:15:39 |
| 5 | I know the process. | 12:15:43 |
| 6 | Q    Sure.  In your experience, is it usually | 12:15:44 |
| 7 | the supervisor? | 12:15:47 |
| 8 | A    No. | 12:15:47 |
| 9 | Q    So more often than not the job owner is | 12:15:54 |
| 10 | not the same as the person that would be | 12:15:56 |
| 11 | supervising the position, in your experience? | 12:15:58 |
| 12 | A    In my recollection and experience, that | 12:16:01 |
| 13 | is correct. | 12:16:03 |
| 14 | Q    In -- in your recollection and | 12:16:05 |
| 15 | experience, do you know then like how a job owner | 12:16:06 |
| 16 | would be selected or assigned? | 12:16:10 |
| 17 | A    I do not. | 12:16:18 |
| 18 | Q    Earlier you had said -- going back to | 12:16:25 |
| 19 | the exhibit, Exhibit 10, you had said they told | 12:16:27 |
| 20 | you to look through the PDC openings. | 12:16:30 |
| 21 | When you said "they" -- is that right? | 12:16:34 |
| 22 | A    Yes. | 12:16:36 |
| 23 | Q    Okay.  When you said "they," who do | 12:16:37 |
| 24 | you -- who were you referring to? | 12:16:39 |
| 25 | A    We had a meeting between Austin | 12:16:41 |

**EXHIBIT 13-17**

| | | |
|---|---|---|
| 1 | "Powers," Thalia Tse, and -- | 12:16:44 |
| 2 | Q    Austin Ruppert? | 12:16:49 |
| 3 | A    Sorry.  Yes.  Austin Ruppert, Andrew | 12:16:50 |
| 4 | Powers, and Thalia Tse.  I believe that was on the | 12:16:53 |
| 5 | 6th or 7th of September. | 12:17:04 |
| 6 | Q    Well, this e-mail is dated | 12:17:04 |
| 7 | September 5th -- | 12:17:07 |
| 8 | A    Okay. | 12:17:07 |
| 9 | Q    -- so it couldn't have been the 6th or | 12:17:09 |
| 10 | 7th. | 12:17:11 |
| 11 | A    So it might have been the 4th then. | 12:17:11 |
| 12 | Q    Okay.  Sometime shortly before you sent | 12:17:13 |
| 13 | this? | 12:17:15 |
| 14 | A    I don't remember the exact date, but, | 12:17:15 |
| 15 | yeah, it must be September 5th.  It would be the | 12:17:17 |
| 16 | same day that we had the meeting. | 12:17:19 |
| 17 | Q    So you had the meeting, and then you | 12:17:24 |
| 18 | immediately went to look for positions; right? | 12:17:29 |
| 19 | A    Right.  So there is a time limit; right? | 12:17:31 |
| 20 | The PDCs happen on a cycle -- that's why | 12:17:35 |
| 21 | it's called "2H" -- and there's deadlines.  I | 12:17:39 |
| 22 | believe we were -- I believe the deadline was | 12:17:43 |
| 23 | Friday, so -- | 12:17:45 |
| 24 | Q    And this was on Thursday? | 12:17:49 |
| 25 | A    Yeah, if I recall correctly. | 12:17:50 |

**EXHIBIT 13-18**

| | | |
|---|---|---|
| 1 | Q    Now, at -- at one point in this case | 12:18:07 |
| 2 | there is an allegation that during this meeting | 12:18:08 |
| 3 | they identified three positions that you were | 12:18:10 |
| 4 | qualified for; operating assistant, general team | 12:18:13 |
| 5 | lead, and maintenance change operating assistant. | 12:18:16 |
| 6 |         Are those the same as these positions | 12:18:18 |
| 7 | that are in this e-mail? | 12:18:25 |
| 8 | A    Two are the same; one is not. | 12:18:25 |
| 9 | Q    Okay.  And so -- so let me -- is that | 12:18:28 |
| 10 | accurate, that allegation that you -- they | 12:18:31 |
| 11 | identified three positions they thought you were | 12:18:34 |
| 12 | qualified for? | 12:18:36 |
| 13 | A    Yes. | 12:18:37 |
| 14 | Q    Okay. | 12:18:37 |
| 15 | A    That would be after this e-mail.  So | 12:18:37 |
| 16 | Austin came and talked to me with three positions. | 12:18:40 |
| 17 | Q    Oh.  Oh, okay.  So this e-mail came | 12:18:44 |
| 18 | after a meeting with Austin, not a meeting -- | 12:18:50 |
| 19 | A    No.  This -- so in the time line we met | 12:18:52 |
| 20 | to discuss the path forward with Austin, Thalia, | 12:19:00 |
| 21 | and Andrew.  During that meeting, they said they | 12:19:07 |
| 22 | would look for positions, and they also asked me | 12:19:12 |
| 23 | to look for positions.  So we both looked for | 12:19:14 |
| 24 | positions. | 12:19:17 |
| 25 |         I sent them this e-mail with the | 12:19:18 |

**EXHIBIT 13-19**

| | | |
|---|---|---|
| 1 | positions that I found.   I don't know how they | 12:19:20 |
| 2 | came up with their positions that they approached | 12:19:26 |
| 3 | me with afterwards, but the positions that Austin | 12:19:29 |
| 4 | came and talked to me about were the second ones | 12:19:34 |
| 5 | on this e-mail, the two that start with "DS&C" -- | 12:19:39 |
| 6 | Q    Okay? | 12:19:45 |
| 7 | A    -- which are positions in El Segundo. | 12:19:45 |
| 8 | And he came to me with a third position also in | 12:19:47 |
| 9 | El Segundo that isn't on this e-mail but is the | 12:19:51 |
| 10 | maintenance change OA. | 12:19:55 |
| 11 | Q    Maintenance change "AOA"? | 12:19:58 |
| 12 | A    Maintenance change OA. | 12:20:00 |
| 13 | Q    Maintenance change? | 12:20:03 |
| 14 | A    Yeah. | 12:20:04 |
| 15 | Q    And why isn't that position on this | 12:20:06 |
| 16 | e-mail? | 12:20:09 |
| 17 | A    I didn't particularly want that | 12:20:11 |
| 18 | position, so I didn't identify it. | 12:20:13 |
| 19 | Q    Why didn't you want that position? | 12:20:18 |
| 20 | A    It was a new position that had been | 12:20:25 |
| 21 | created that year, and I didn't see it having much | 12:20:27 |
| 22 | potential for career development and I saw it as a | 12:20:33 |
| 23 | possible step back in my career based on its job | 12:20:45 |
| 24 | description that I saw. | 12:20:49 |
| 25 | Q    What in the job description made you | 12:20:49 |

**EXHIBIT 13-20**

| | | |
|---|---|---|
| 1 | think that? | 12:20:53 |
| 2 | A    No direct reports, a purely influential | 12:20:53 |
| 3 | leadership position which can be a career | 12:20:58 |
| 4 | development position, but not if it doesn't have | 12:21:01 |
| 5 | an established pathway already. | 12:21:04 |
| 6 | Q    And you said that position was created | 12:21:06 |
| 7 | earlier in the year? | 12:21:09 |
| 8 | A    I -- I believe it was created for this | 12:21:10 |
| 9 | PDC.  I don't think it existed before this PDC. | 12:21:13 |
| 10 | Q    So -- so nobody had held that position | 12:21:17 |
| 11 | previously; right? | 12:21:21 |
| 12 | A    It had existed once before, but it had a | 12:21:22 |
| 13 | different reporting structure which would have | 12:21:25 |
| 14 | been beneficial to your career.  It reported | 12:21:28 |
| 15 | directly to the maintenance manager.  And the new | 12:21:31 |
| 16 | position the second time they did it reported to a | 12:21:35 |
| 17 | different manager -- | 12:21:38 |
| 18 | Q    And how long -- | 12:21:39 |
| 19 | A    -- lower in the structure. | 12:21:40 |
| 20 | Q    How long prior to this was that first | 12:21:42 |
| 21 | iteration of the position? | 12:21:46 |
| 22 | A    You mean, when did it exist or when -- | 12:21:51 |
| 23 | Q    Yes. | 12:21:53 |
| 24 | A    It, I believe, was two years earlier, | 12:21:54 |
| 25 | and it was only held by one person, I believe, and | 12:21:56 |

**EXHIBIT 13-21**

| | | |
|---|---|---|
| 1 | then discontinued -- | 12:22:00 |
| 2 | Q    Okay. | 12:22:01 |
| 3 | A    -- which also led into why I didn't want | 12:22:05 |
| 4 | it. | 12:22:07 |
| 5 | Q    Okay.  So looking at Exhibit 10, you | 12:22:08 |
| 6 | identify three positions.  The first one you're -- | 12:22:12 |
| 7 | you're telling Austin that, according to | 12:22:15 |
| 8 | Dr. Levy -- I'm assuming you're saying in the | 12:22:18 |
| 9 | e-mail that we had looked at earlier -- | 12:22:21 |
| 10 | A    Uh-huh. | 12:22:23 |
| 11 | Q    -- you would not be -- you would not | 12:22:24 |
| 12 | qualify for that position? | 12:22:25 |
| 13 | A    Correct. | 12:22:26 |
| 14 | Q    Okay.  And then the third one on your | 12:22:27 |
| 15 | list, it says a degree is "required for OA | 12:22:28 |
| 16 | positions, and I do not have a degree." | 12:22:33 |
| 17 | So did you think you were qualified for | 12:22:35 |
| 18 | that position? | 12:22:36 |
| 19 | A    Yes, I do think I'm qualified for that | 12:22:37 |
| 20 | position. | 12:22:42 |
| 21 | Q    Isn't a qualification -- and by "degree" | 12:22:43 |
| 22 | I assume you mean a college degree? | 12:22:45 |
| 23 | A    College degree, correct. | 12:22:47 |
| 24 | Q    And if it says a college degree is | 12:22:48 |
| 25 | required but you don't have one, how would you be | 12:22:51 |

**EXHIBIT 13-22**

| | | |
|---|---|---|
| 1 | qualified? | 12:22:53 |
| 2 | A    The operating assistant role is posted | 12:22:54 |
| 3 | many times each year, and it's for the same job | 12:22:57 |
| 4 | responsibilities and duties.    And sometimes it has | 12:23:03 |
| 5 | a degree requirement, and sometimes it does not | 12:23:07 |
| 6 | have a degree requirement.    Austin said that I | 12:23:09 |
| 7 | should go talk to Tolly Graves who was the | 12:23:12 |
| 8 | operations manager and the owner of that position | 12:23:16 |
| 9 | and ask him if I could apply, and he did give me | 12:23:19 |
| 10 | permission to apply without a college degree. | 12:23:21 |
| 11 | Q    Do you think your lack of college degree | 12:23:24 |
| 12 | held you back at Chevron? | 12:23:26 |
| 13 | A    Yes. | 12:23:26 |
| 14 | Q    Do you agree that's not discriminatory? | 12:23:32 |
| 15 | A    Yes. | 12:23:34 |
| 16 | Q    So going back, I -- I -- I don't think | 12:23:41 |
| 17 | we finished with the time line. | 12:23:43 |
| 18 | So there was a meeting with you, Thalia, | 12:23:46 |
| 19 | Austin, and Andrew, and you said you left the | 12:23:50 |
| 20 | meeting saying, "Let's go see if there are other | 12:23:54 |
| 21 | jobs"; right? | 12:23:57 |
| 22 | A    Uh-huh. | 12:23:57 |
| 23 | Q    And so you went and you saw these three, | 12:23:58 |
| 24 | you sent them to Austin, and then I -- and I think | 12:24:00 |
| 25 | that's where we left off. | 12:24:06 |

**EXHIBIT 13-23**

```
 1          Q    Okay.  Now, some of these jobs, looking          12:26:30

 2     at the PSG which we talked about earlier, there --         12:26:33

 3     there -- they range from PSG 21 to PSG 24; right?          12:26:36

 4          A    Yes.                                             12:26:40

 5          Q    And you were a PSG 22 at the time?               12:26:40

 6          A    I was.                                           12:26:43

 7          Q    Okay.  And so were you looking for a PSG         12:26:44

 8     22 position or a PSG 23 position?                          12:26:49

 9          A    I was looking at a position comparable           12:26:52

10     to the EGTL position which is a 23, 24 position.           12:26:55

11          Q    When you say "EGTL," that's the REM              12:27:00

12     position in Escravos?                                      12:27:04

13          A    Yes.                                             12:27:05

14          Q    Was a 23, 24 PSG?                                12:27:05

15          A    It was.                                          12:27:08

16          Q    And how much would your pay have                 12:27:08

17     increased going from PSG 22 to PSG 23?                     12:27:12

18          A    Those aren't really published                    12:27:19

19     information, so it would just be an estimate.              12:27:21

20          Q    What's your estimate?                            12:27:24

21          A    Somewhere in the neighborhood of 12,000          12:27:26

22     "dollars" a year -- I'm sorry -- 12 percent a             12:27:28

23     year.                                                     12:27:33

24          Q    And so how much were you making in the          12:27:35

25     22 position, PSG 22?                                      12:27:38
```

**EXHIBIT 13-24**

| | | |
|---|---|---|
| 1 | A    I think it was 147,000. | 12:27:41 |
| 2 | Q    Okay.  So about another -- what? -- | 12:27:44 |
| 3 | sixteen, seventeen thousand a year? | 12:27:47 |
| 4 | A    Roughly, plus there's an increase in | 12:27:49 |
| 5 | your bonus, your annual bonus, as well. | 12:27:52 |
| 6 | Q    And what is that increase? | 12:27:54 |
| 7 | A    Between 22 and 23 I think it goes from | 12:27:56 |
| 8 | 14 to 16 percent, and 24 I believe is 18 percent. | 12:28:00 |
| 9 | Q    And how -- what would that translate to | 12:28:06 |
| 10 | in terms of dollars, again, estimates? | 12:28:08 |
| 11 | A    Two percent of my base pay.  So what is | 12:28:11 |
| 12 | that? | 12:28:14 |
| 13 | Like 5,000, $6,000 each grade. | 12:28:15 |
| 14 | Q    Okay.  So what jobs did you ultimately | 12:28:20 |
| 15 | apply to in this September, October, November time | 12:28:26 |
| 16 | frame, 2019? | 12:28:32 |
| 17 | A    I applied to the maintenance general | 12:28:33 |
| 18 | team lead, the operating assistant, and the | 12:28:35 |
| 19 | maintenance change OA. | 12:28:39 |
| 20 | Q    Okay.  Including -- so one of -- and | 12:28:41 |
| 21 | that's the OA -- the -- one of those OA positions | 12:28:49 |
| 22 | stated that it had a college degree requirement; | 12:28:54 |
| 23 | right? | 12:28:54 |
| 24 | A    Yes. | 12:28:58 |
| 25 | Q    Do you know -- and maybe you don't -- | 12:28:58 |

**EXHIBIT 13-25**

```
 1   whether anyone -- when -- when a job has been        12:29:03

 2   posted saying there's a college degree               12:29:08

 3   requirement, somebody without a college degree has   12:29:10

 4   ever gotten a job at El Segundo?                      12:29:14

 5        A    I believe the answer is "yes," but I --    12:29:16

 6   yes.                                                  12:29:18

 7        Q    And who do you know that did that?         12:29:19

 8        A    I believe Larry Laye applied for a job     12:29:23

 9   as an OA when it required a college degree.           12:29:26

10        Q    How do you spell his last name?            12:29:31

11        A    L-a-y-e.                                    12:29:33

12        Q    So you believe Larry Laye got an OA job    12:29:37

13   that had been posted as a -- as requiring a           12:29:40

14   college degree, even though he didn't have a          12:29:43

15   college degree?                                       12:29:45

16        A    I believe so.                               12:29:46

17        Q    Anyone else?                                12:29:47

18        A    No.   But lots of OAs have no college      12:29:48

19   degree and are OAs.   And the OA position, like I    12:29:52

20   said, sometimes it's posted with a college degree,    12:29:56

21   sometimes posted without a college degree, and        12:30:00

22   people hold the same positions in the facility        12:30:02

23   with and without college degrees.                     12:30:06

24        Q    Well, you got the maintenance change OA    12:30:08

25   position; right?                                      12:30:10
```

**EXHIBIT 13-26**

| | | |
|---|---|---|
| 1 | A    I did not. | 12:30:11 |
| 2 | Q    Wait.  What was the position?  Oh.  Hold | 12:30:12 |
| 3 | on.  Hold on.  Well, let me back up.  Let's get | 12:30:15 |
| 4 | there. | 12:30:17 |
| 5 | Any other jobs that you applied to | 12:30:19 |
| 6 | between September and November, 2019? | 12:30:21 |
| 7 | A    Not that I recall. | 12:30:23 |
| 8 | MR. MUSSIG:  I don't know if you guys | 12:30:38 |
| 9 | want to do lunch. | 12:30:39 |
| 10 | MS. LEAL:  Well, we will need lunch. | 12:30:40 |
| 11 | MR. MUSSIG:  I -- this is probably as | 12:30:42 |
| 12 | good a time as any.  Why don't we take a break. | 12:30:44 |
| 13 | THE VIDEOGRAPHER:  Video deposition off | 12:30:46 |
| 14 | the record at 12:30 p.m., conclusion of media 2. | 12:30:48 |
| 15 | (Lunch recess:  12:30 p.m.) | 12:30:52 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

**EXHIBIT 13-27**

| | | |
|---|---|---|
| 1 | Los Angeles, California | 12:30:52 |
| 2 | Friday, May 10, 2024 | 12:30:52 |
| 3 | 1:34 p.m. | 12:30:52 |
| 4 | | 12:30:52 |
| 5 | THE VIDEOGRAPHER:  Video deposition | 13:34:40 |
| 6 | returning to the record at 1:34 p.m., beginning of | 13:34:41 |
| 7 | media 3. | 13:34:45 |
| 8 | | 13:34:45 |
| 9 | FURTHER EXAMINATION | 13:34:45 |
| 10 | BY MR. MUSSIG: | 13:34:45 |
| 11 | Q    One question I wanted to circle back on, | 13:34:49 |
| 12 | then we'll move on to -- to these documents. | 13:34:51 |
| 13 | Would you agree the decision to rescind | 13:34:54 |
| 14 | the REM job offer in Escravos was not based on | 13:34:56 |
| 15 | your ability or inability to do the job? | 13:35:04 |
| 16 | A    Yeah.  It didn't have anything to do | 13:35:11 |
| 17 | with my ability to do the job. | 13:35:14 |
| 18 | MR. MUSSIG:  So let me mark as | 13:35:16 |
| 19 | Exhibit 11 a document that's titled "Job title: | 13:35:18 |
| 20 | Maintenance change operating assistant (OA)," | 13:35:24 |
| 21 | SNOOKAL-1131 to -1132. | 13:35:27 |
| 22 | (Exhibit 11 was marked for | 13:35:27 |
| 23 | identification by the Certified | 13:35:27 |
| 24 | Shorthand Reporter.) | 13:35:27 |
| 25 | BY MR. MUSSIG: | 13:35:27 |

**EXHIBIT 13-28**

| | | |
|---|---|---|
| 1 | Q     Now, I -- I assume you're familiar with | 13:35:48 |
| 2 | this document? | 13:35:51 |
| 3 | A     Uh-huh. | 13:35:51 |
| 4 | Q     You have to say "yes" or "no." | 13:35:52 |
| 5 | A     Yes.  I'm sorry. | 13:35:54 |
| 6 | Q     So this is a -- a copy of the El Segundo | 13:35:56 |
| 7 | maintenance change operating assistant, OA, job | 13:36:00 |
| 8 | posting in the PDC database as of the time you | 13:36:03 |
| 9 | were searching for a job in or around September, | 13:36:07 |
| 10 | 2019; right? | 13:36:12 |
| 11 | A     Yes. | 13:36:13 |
| 12 | Q     One question just sort of logistical: | 13:36:13 |
| 13 | So this says -- at the top it's -- it says: | 13:36:18 |
| 14 | "Chevron is accepting online | 13:36:24 |
| 15 | applications for the position of | 13:36:26 |
| 16 | maintenance change operating | 13:36:27 |
| 17 | assistant (OA) located in | 13:36:28 |
| 18 | El Segundo, California through | 13:36:31 |
| 19 | 8/11/19." | 13:36:34 |
| 20 | Do you know -- I mean, you weren't | 13:36:36 |
| 21 | looking for a position as of 8/11/19. | 13:36:38 |
| 22 | Was -- was the job extended?  Was this | 13:36:41 |
| 23 | deadline extended? | 13:36:44 |
| 24 | A     It may have been.  I'm not sure. | 13:36:46 |
| 25 | Q     Okay.  You don't recall? | 13:36:47 |

**EXHIBIT 13-29**

```
 1    position?                                              13:38:53

 2         A    I do not know that this position had a       13:38:54

 3    PDR.                                                   13:38:57

 4         Q    Do you know whether Mr. Cswaykus had any     13:39:07

 5    knowledge regarding your heart condition?             13:39:14

 6         A    I would doubt it, but I don't know.          13:39:19

 7         Q    Do you know whether he knew your age?        13:39:23

 8         A    He did.  I've worked with Cotey before.      13:39:25

 9         Q    Okay.  And how did -- how would he know      13:39:27

10    your age?                                              13:39:30

11         A    I mean, you can make an estimation.  I       13:39:31

12    mean, I don't think he knew my age exactly, but        13:39:34

13    you can make an estimate of someone's age based on     13:39:36

14    appearance.                                            13:39:39

15         Q    I see.  So -- so you knew him, so you        13:39:40

16    assumed he had some estimate of how old you were?      13:39:43

17         A    Correct.                                     13:39:45

18         Q    On page 2 of this -- of this Exhibit 11      13:39:45

19    it has some "required qualifications" and some         13:40:03

20    "preferred qualifications."                            13:40:07

21         Do you see that?                                  13:40:08

22         A    I do.                                        13:40:09

23         Q    And did you meet all the required            13:40:09

24    qualifications at the time you applied?                13:40:12

25         A    Yes.                                         13:40:12
```

**EXHIBIT 13-30**

```
 1        Q    And did you meet all of the preferred        13:40:29

 2   qualifications?                                         13:40:31

 3        A    No.                                           13:40:31

 4        Q    And I assume one of them was you didn't       13:40:37

 5   have a Bachelor's degree; right?                        13:40:40

 6        A    Correct.                                      13:40:42

 7        Q    Were there any other preferred               13:40:42

 8   qualifications that you didn't meet?                    13:40:44

 9             And, again, this is at the time you           13:40:46

10   applied for the job.                                    13:40:48

11        A    Uh-huh.  For this particular job I would      13:40:48

12   say that it did not align with my career               13:41:00

13   development plan which is one of the preferred          13:41:03

14   qualifications.                                         13:41:08

15        Q    I see.  Any others?                           13:41:08

16        A    No.                                           13:41:08

17        Q    Do you know who ultimately got this job?      13:41:12

18        A    I can't remember their name.  I -- I --       13:41:21

19   I know loosely who they are, but I don't really         13:41:23

20   know them.                                              13:41:26

21        Q    Okay.  Do you think that you didn't get       13:41:26

22   this job for any sort of discriminatory reason?         13:41:28

23        A    No.                                           13:41:31

24             MR. MUSSIG:  Let's mark as Exhibit 12 a       13:41:44

25   document titled "Job title:  DS&C - MFG -               13:41:48
```

**EXHIBIT 13-31**

| | | |
|---|---|---|
| 1 | various different positions; right? | 13:44:03 |
| 2 | So he's in operations, and I was in | 13:44:06 |
| 3 | engineering and maintenance.  He was in his | 13:44:08 |
| 4 | various roles someone that I would work with on a | 13:44:11 |
| 5 | regular basis. | 13:44:13 |
| 6 | Q    Do you -- do you know whether Mr. Byrd | 13:44:20 |
| 7 | would have any reason to have knowledge about your | 13:44:22 |
| 8 | heart condition? | 13:44:26 |
| 9 | A    No. | 13:44:26 |
| 10 | Q    You don't know or, "no," he would not? | 13:44:29 |
| 11 | A    No, he would not.  Sorry. | 13:44:31 |
| 12 | Q    And, again, would he know your age, | 13:44:33 |
| 13 | other than just making a general estimate based | 13:44:37 |
| 14 | on, you know, the fact that he knew you? | 13:44:39 |
| 15 | A    No, I wouldn't think so, other than | 13:44:41 |
| 16 | that. | 13:44:44 |
| 17 | Q    Well, I mean, let me ask this:  Did you | 13:44:50 |
| 18 | get this job? | 13:44:52 |
| 19 | A    I did not. | 13:44:53 |
| 20 | Q    And do you believe that decision was | 13:44:53 |
| 21 | discriminatory in any way? | 13:44:55 |
| 22 | A    I believe it might have been, yes. | 13:44:59 |
| 23 | Q    Okay.  So let me ask a few more | 13:45:01 |
| 24 | questions. | 13:45:04 |
| 25 | Do you know who the decision maker was | 13:45:06 |

**EXHIBIT 13-32**

```
 1    them is a BS degree in engineering; right?              13:46:18

 2         A    Correct.                                      13:46:20

 3         Q    And you have didn't have a BS degree in       13:46:21

 4    engineering; correct?                                   13:46:23

 5         A    That is correct.                              13:46:24

 6         Q    And so now we -- we had talked earlier        13:46:26

 7    about the fact that certain OA positions,               13:46:33

 8    sometimes, when they were posted, they had a            13:46:37

 9    college degree requirement; sometimes they didn't.      13:46:39

10         But if one of the required                         13:46:45

11    qualifications is a BS degree in engineering and        13:46:47

12    you don't have that, why would you think you're         13:46:50

13    qualified for this job?                                 13:46:53

14         A    I was told that it was a job that I           13:46:54

15    could apply for, if I got permission to apply for       13:46:57

16    it from Tolly Graves who was the operations             13:47:00

17    manager and would have been Zak Byrd's supervisor       13:47:07

18    or manager at that time.                                13:47:16

19         Q    Do you know who ultimately got this job?      13:47:16

20         A    There's two jobs, and I remember the          13:47:19

21    name of one of them.  I don't remember the name of      13:47:23

22    the other.  One was Danielle Rivera.  I don't           13:47:25

23    remember the name of the other.                         13:47:36

24         Q    Do you know whether Danielle Rivera had       13:47:38

25    a college degree?                                       13:47:42
```

```
 1    these PMP ratings?                            14:25:12

 2         A    It is one of the factors.           14:25:14

 3         Q    And do you know whether your PMP rating   14:25:15

 4    was higher or lower than Brian Getchius' was?   14:25:18

 5         A    I believe it was lower for two of the   14:25:21

 6    years.                                        14:25:23

 7         Q    And so you believe you were more     14:25:32

 8    qualified than Brian Getchius for this position;   14:25:40

 9    is that right?                                14:25:40

10         A    That is correct.                    14:25:44

11         Q    And why is that?                    14:25:45

12         A    Brian Getchius at this point had only   14:25:50

13    had supervisory experience of hourly or       14:25:52

14    represented employees.  This GTL position is --   14:25:55

15    your direct reports are salaried employees, and   14:26:02

16    then they have hourly reports to them.  So it's an   14:26:05

17    indirect report relationship.  I had had both   14:26:09

18    union employee representation -- or represented   14:26:15

19    employee supervision as well as at this point I   14:26:19

20    had had salaried representation -- salaried    14:26:25

21    employees' direct reports.                    14:26:28

22         Q    Okay.  Any other reason you think you   14:26:31

23    were more qualified?                          14:26:33

24         A    I had a reliability background and a   14:26:35

25    better understanding of operations and maintenance   14:26:37
```

**EXHIBIT 13-34**

| | | |
|---|---|---|
| 1 | coordination and what jobs were important, what | 14:26:41 |
| 2 | jobs weren't important.  I had a project | 14:26:45 |
| 3 | management background through other jobs before | 14:26:48 |
| 4 | Chevron.  I had done more influential leadership | 14:26:54 |
| 5 | positions which is also necessary in GTL because | 14:26:59 |
| 6 | you're working with other departments and other | 14:27:03 |
| 7 | groups.  I just had more general experience that | 14:27:05 |
| 8 | aligned with the selection criteria. | 14:27:11 |
| 9 | Q    Anything else? | 14:27:15 |
| 10 | A    No. | 14:27:15 |
| 11 | Q    What -- so, ultimately, Chevron created | 14:27:27 |
| 12 | a role for you; right? | 14:27:30 |
| 13 | A    Yes. | 14:27:33 |
| 14 | Q    And it was the reliability change | 14:27:33 |
| 15 | operating assistant; correct? | 14:27:36 |
| 16 | A    Yes. | 14:27:38 |
| 17 | Q    Okay.  And so that's an OA role; right? | 14:27:38 |
| 18 | A    No. | 14:27:41 |
| 19 | Q    Why not? | 14:27:42 |
| 20 | A    All of the OA roles are in operations, | 14:27:46 |
| 21 | except for the two change OA positions which were | 14:27:48 |
| 22 | both in maintenance and were both discontinued | 14:27:52 |
| 23 | during the reorganization.  They also only existed | 14:27:54 |
| 24 | for one year.  OA positions has been around in the | 14:27:57 |
| 25 | organization by one title or another as far back | 14:28:02 |

EXHIBIT 13-35

| | | |
|---|---|---|
| 1 | as anyone really that still works there can | 14:28:09 |
| 2 | remember.  It's an integral position in the | 14:28:13 |
| 3 | day-to-day operation of the facility.  So the job | 14:28:18 |
| 4 | duties and responsibilities are -- are very | 14:28:22 |
| 5 | dissimilar between an OA and a reliability change | 14:28:24 |
| 6 | OA or a maintenance change OA. | 14:28:28 |
| 7 |     Q    And so you felt -- well, did you feel | 14:28:35 |
| 8 | that this was a downgrade from your IEAR team lead | 14:28:39 |
| 9 | position? | 14:28:52 |
| 10 |     A    I did feel that way, yes. | 14:28:52 |
| 11 |     Q    But you were ultimately put back into | 14:28:55 |
| 12 | the IEAR team lead position; right? | 14:28:58 |
| 13 |     A    I was, against my wishes.  But, yes, I | 14:29:01 |
| 14 | was. | 14:29:07 |
| 15 |     Q    Okay.  Well, we'll get to that.  The -- | 14:29:07 |
| 16 | the reliability change operating assistant role | 14:29:09 |
| 17 | was created at the suggestion of your supervisor, | 14:29:12 |
| 18 | Austin Ruppert; right? | 14:29:16 |
| 19 |     A    Yes. | 14:29:16 |
| 20 |     Q    Okay.  And so would you agree that | 14:29:18 |
| 21 | Mr. Ruppert had a good opinion of your abilities? | 14:29:20 |
| 22 |     A    Yes. | 14:29:20 |
| 23 |     Q    And he endorsed you for the REM job in | 14:29:22 |
| 24 | Escravos; right? | 14:29:26 |
| 25 |     A    No. | 14:29:27 |

**EXHIBIT 13-36**

| | | |
|---|---|---|
| 1 | change OA, maintenance change OA were different | 14:33:53 |
| 2 | from all the other OA roles -- roles at the | 14:33:57 |
| 3 | facility; right? | 14:33:59 |
| 4 | A    Yes. | 14:34:00 |
| 5 | Q    And how so?  As a -- as a reliability | 14:34:00 |
| 6 | change OA, weren't you also in a leadership role? | 14:34:03 |
| 7 | A    No. | 14:34:03 |
| 8 | Q    Were you guiding teams? | 14:34:12 |
| 9 | A    No. | 14:34:12 |
| 10 | Q    But the other OA positions did? | 14:34:17 |
| 11 | A    The operating assistants have day-to-day | 14:34:20 |
| 12 | say in the way the units at the refinery operate. | 14:34:23 |
| 13 | So even though they don't give direct -- even | 14:34:29 |
| 14 | though the people don't report to them, they give | 14:34:33 |
| 15 | direct instructions to operations and even | 14:34:36 |
| 16 | maintenance personnel about what should be done | 14:34:39 |
| 17 | today, what things are the priority.  They | 14:34:42 |
| 18 | effectively run a small section of the refinery. | 14:34:47 |
| 19 | Q    But you're saying the reliability change | 14:34:52 |
| 20 | OA did not do that? | 14:34:54 |
| 21 | A    That is correct. | 14:34:56 |
| 22 | Q    And why is that? | 14:34:56 |
| 23 | A    It wasn't its job. | 14:34:58 |
| 24 | Q    What was its job? | 14:35:00 |
| 25 | A    I mean, I don't really have a job | 14:35:02 |

**EXHIBIT 13-37**

| | | |
|---|---|---|
| 1 | description for it because it doesn't exist. | 14:35:06 |
| 2 |     Q   What were you doing on a day-to-day | 14:35:09 |
| 3 | basis? | 14:35:11 |
| 4 |     A   Whatever Austin wanted me to do.  I | 14:35:12 |
| 5 | spent the first three or so months training the | 14:35:15 |
| 6 | new IEAR team lead and wrapping up some projects | 14:35:19 |
| 7 | that I was working on.  I think I also got | 14:35:26 |
| 8 | assigned to an investigation, but it was just -- | 14:35:31 |
| 9 | it's kind of like whatever -- | 14:35:34 |
| 10 |     Q   Almost like special projects? | 14:35:36 |
| 11 |     A   Yeah. | 14:35:38 |
| 12 |     Q   Okay.  Now, less than a year later | 14:35:44 |
| 13 | around October, 2020, that's when this big reorg | 14:35:47 |
| 14 | happened -- right? -- restructuring of the | 14:35:49 |
| 15 | business? | 14:35:51 |
| 16 |     A   That's -- that's when it rolled down to | 14:35:51 |
| 17 | my level, yeah.  It began much earlier than that. | 14:35:54 |
| 18 |     Q   Okay.  And are you aware that ten | 14:35:57 |
| 19 | percent of the employees were laid of? | 14:35:58 |
| 20 |     A   I am. | 14:36:00 |
| 21 |     Q   And -- | 14:36:00 |
| 22 |     A   I actually take issue with that number. | 14:36:02 |
| 23 | It's not ten percent were laid off.  Ten percent | 14:36:05 |
| 24 | of the employee -- there was a reduction of ten | 14:36:08 |
| 25 | percent of the workforce. | 14:36:10 |

**EXHIBIT 13-38**

```
 1          Q    And was that Austin Ruppert at the time?      15:48:49

 2          A    It was not.  It was Greg Curtin.  Austin      15:48:52

 3    Ruppert had opted not to stay with the company           15:48:56

 4    during the reorganization.                               15:48:59

 5          Q    So you gave copies of this to Ms. Tse         15:49:01

 6    and "Ms." -- Mr. Curtin; correct?                        15:49:03

 7          A    Yes.                                           15:49:05

 8          Q    Anyone else?                                   15:49:05

 9          A    No.                                            15:49:07

10          Q    Okay.  And this is your resignation           15:49:07

11    letter; right?                                           15:49:09

12          A    Yes.                                           15:49:10

13          Q    And it states, among other things, you        15:49:11

14    appreciate all the opportunities you've been --          15:49:13

15    you've given -- that Chevron has given you during        15:49:16

16    your time at Chevron Products Company and the            15:49:19

17    support you've received from the rest of the team;       15:49:20

18    right?                                                   15:49:22

19          A    Correct.                                       15:49:22

20          Q    Okay.  And so the letter doesn't say          15:49:23

21    anything about working with conditions so                15:49:25

22    intolerable that you had no choice but to quit;          15:49:28

23    correct?                                                 15:49:28

24          A    That is correct.                              15:49:31

25          Q    And/or that you felt like you were            15:49:31
```

**EXHIBIT 13-39**

| | | |
|---|---|---|
| 1 | forced to leave Chevron; correct? | 15:49:33 |
| 2 | A    Correct. | 15:49:35 |
| 3 | Q    And did you ever express those | 15:49:35 |
| 4 | sentiments in writing to anyone at Chevron? | 15:49:36 |
| 5 | A    Not in writing. | 15:49:39 |
| 6 | Q    Did you express them verbally? | 15:49:40 |
| 7 | A    Yes. | 15:49:40 |
| 8 | Q    To who? | 15:49:43 |
| 9 | A    Greg Curtin, Austin Ruppert.  I | 15:49:45 |
| 10 | expressed to them on several occasions that I felt | 15:49:51 |
| 11 | that my treatment at the company had been very | 15:49:55 |
| 12 | unfair and that I was considering leaving and -- | 15:49:57 |
| 13 | yeah. | 15:50:10 |
| 14 | Q    Mr. Ruppert left during the | 15:50:10 |
| 15 | reorganization event; right? | 15:50:11 |
| 16 | A    Yes. | 15:50:13 |
| 17 | Q    That was not quite a year but almost a | 15:50:13 |
| 18 | year before you resigned. | 15:50:16 |
| 19 | A    Correct. | 15:50:17 |
| 20 | Q    And so did you express this to him while | 15:50:18 |
| 21 | he was your supervisor or after he left? | 15:50:20 |
| 22 | A    While he was my supervisor. | 15:50:23 |
| 23 | Q    Anyone else? | 15:50:26 |
| 24 | A    Nobody in a position that would have | 15:50:28 |
| 25 | done anything about it, no. | 15:50:31 |

**EXHIBIT 13-40**

| | | |
|---|---|---|
| 1 | regard; Mr. Curtin? | 15:51:28 |
| 2 | A    I laid out the jobs that I had applied | 15:51:30 |
| 3 | to and that, you know, certain things had been on | 15:51:34 |
| 4 | my career development path since I started at | 15:51:36 |
| 5 | Chevron and many people had made me many promises | 15:51:39 |
| 6 | and many people had said that they would do things | 15:51:42 |
| 7 | for me and help me out, if I did X or Y; and that | 15:51:45 |
| 8 | those things never came to fruition; and that I | 15:51:50 |
| 9 | see being placed back in the role that I was | 15:51:54 |
| 10 | placed in as just a continuation of that. | 15:51:56 |
| 11 | Q    Okay.  So you didn't say anything to him | 15:52:00 |
| 12 | about discrimination or retaliation? | 15:52:02 |
| 13 | A    No. | 15:52:10 |
| 14 | Q    Let me ask it a better way.  Is it -- is | 15:52:11 |
| 15 | it true that you did not say anything to him about | 15:52:14 |
| 16 | discrimination or retaliation? | 15:52:16 |
| 17 | A    That is true. | 15:52:17 |
| 18 | Q    Okay.  Did you say anything to | 15:52:18 |
| 19 | Mr. Ruppert about discrimination or retaliation? | 15:52:19 |
| 20 | A    I believe I said something about | 15:52:21 |
| 21 | discrimination to Mr. Ruppert but not about | 15:52:23 |
| 22 | retaliation. | 15:52:27 |
| 23 | Q    When did you say something about | 15:52:28 |
| 24 | discrimination to Mr. Ruppert? | 15:52:30 |
| 25 | A    It would have been at the time when I | 15:52:31 |

EXHIBIT 13-41

| | | |
|---|---|---|
| 1 | believed the discrimination occurred. | 15:52:35 |
| 2 | Q    Is that age discrimination? | 15:52:37 |
| 3 | A    No.  That would have been disability | 15:52:39 |
| 4 | discrimination. | 15:52:42 |
| 5 | Q    I see.  Oh.  So he was copied on that | 15:52:43 |
| 6 | e-mail to Mr. Powers? | 15:52:45 |
| 7 | A    We would have to refer back to the | 15:52:48 |
| 8 | document as to whether he was copied or not, but I | 15:52:50 |
| 9 | know I told him in person. | 15:52:52 |
| 10 | Q    So assuming he was copied on the e-mail, | 15:52:55 |
| 11 | you're saying you also told him in person? | 15:53:00 |
| 12 | A    That is correct. | 15:53:01 |
| 13 | Q    Okay.  And what exactly did you say to | 15:53:02 |
| 14 | him in person? | 15:53:04 |
| 15 | A    Just that I thought it was | 15:53:05 |
| 16 | discriminatory that they didn't have a good reason | 15:53:06 |
| 17 | for not letting me go to Escravos. | 15:53:09 |
| 18 | Q    Anything else? | 15:53:13 |
| 19 | A    I don't think so.  No details. | 15:53:14 |
| 20 | Q    Do you know whether he ever told anybody | 15:53:15 |
| 21 | else about that? | 15:53:17 |
| 22 | A    I have no idea. | 15:53:17 |
| 23 | Q    And so why didn't you say anything about | 15:53:19 |
| 24 | any of that in this resignation letter? | 15:53:21 |
| 25 | A    The typical resignation letter doesn't | 15:53:29 |

**EXHIBIT 13-42**

| | | |
|---|---|---|
| 1 | say anything bad about a company that you're | 15:53:33 |
| 2 | leaving, and I saw no benefit to writing it down | 15:53:36 |
| 3 | to people that really don't have anything to do -- | 15:53:40 |
| 4 | any power to affect what I was complaining about. | 15:53:43 |
| 5 |     Q   Did you talk to anyone else at Chevron | 15:53:54 |
| 6 | about your resignation? | 15:53:56 |
| 7 |     A   No. | 15:53:56 |
| 8 |     Q   And I'm not -- again, I'm not trying to | 15:54:01 |
| 9 | surprise. | 15:54:03 |
| 10 |     Did you talk to Troy Tortorich? | 15:54:04 |
| 11 |     A   I don't believe I did, no. | 15:54:06 |
| 12 |     MR. MUSSIG:  I'll mark as Exhibit 18 a | 15:54:19 |
| 13 | document titled "voluntarily termination - | 15:54:21 |
| 14 | GO-439-1," Bates-numbered SNOOKAL-1143. | 15:54:26 |
| 15 |        (Exhibit 18 was marked for | 15:54:26 |
| 16 |        identification by the Certified | 15:54:26 |
| 17 |        Shorthand Reporter.) | 15:54:37 |
| 18 |     MS. LEAL:  Thank you. | 15:54:37 |
| 19 | BY MR. MUSSIG: | 15:54:38 |
| 20 |     Q   Are you familiar with this document? | 15:54:39 |
| 21 |     A   I am. | 15:54:41 |
| 22 |     Q   Is it -- is that your signature in the | 15:54:43 |
| 23 | middle of the page? | 15:54:44 |
| 24 |     A   It is. | 15:54:45 |
| 25 |     Q   And you signed this on August 4, 2021? | 15:54:47 |

**EXHIBIT 13-43**

| | | |
|---|---|---|
| 1 | A    I did. | 15:54:49 |
| 2 | Q    And this says: | 15:54:51 |
| 3 | "I wish to resign my | 15:54:52 |
| 4 | employment with the Chevron | 15:54:53 |
| 5 | Products Company effective | 15:54:55 |
| 6 | August 20, 2021, for the following | 15:54:56 |
| 7 | reasons:  I am leaving for an | 15:54:59 |
| 8 | opportunity with significantly | 15:55:01 |
| 9 | increased responsibility." | 15:55:02 |
| 10 | There's no other stated reason for your | 15:55:04 |
| 11 | resignation; correct? | 15:55:07 |
| 12 | A    Correct. | 15:55:08 |
| 13 | Q    Is that true?  You were leaving for an | 15:55:08 |
| 14 | opportunity with a significantly increased | 15:55:10 |
| 15 | responsibility? | 15:55:12 |
| 16 | A    It is a correct statement.  Yeah. | 15:55:13 |
| 17 | Q    Did you discuss with anyone at Chevron | 15:55:17 |
| 18 | in this time period about anything with regard to | 15:55:22 |
| 19 | discrimination or retaliation? | 15:55:27 |
| 20 | MS. LEAL:  Again, that he hasn't already | 15:55:29 |
| 21 | discussed today, I assume. | 15:55:30 |
| 22 | BY MR. MUSSIG: | 15:55:30 |
| 23 | Q    During -- during this -- during the | 15:55:34 |
| 24 | resignation -- | 15:55:36 |
| 25 | MS. LEAL:  Okay. | 15:55:37 |

**EXHIBIT 13-44**

| | | |
|---|---|---|
| 1 | BY MR. MUSSIG: | 15:55:37 |
| 2 | Q    -- in connection with the resignation? | 15:55:37 |
| 3 | A    No. | 15:55:39 |
| 4 | Q    And, again, why not? | 15:55:45 |
| 5 | A    The same answer.  There's no point in | 15:55:49 |
| 6 | putting it on this form which is just going to get | 15:55:52 |
| 7 | stuck in my file.  They probably didn't even read | 15:55:55 |
| 8 | it. | 15:55:58 |
| 9 | MR. MUSSIG:  19.  I'm going to mark as | 15:56:14 |
| 10 | Exhibit 19 a document entitled "exit interview." | 15:56:16 |
| 11 | (Exhibit 19 was marked for | 15:56:16 |
| 12 | identification by the Certified | 15:56:16 |
| 13 | Shorthand Reporter.) | 15:56:16 |
| 14 | BY MR. MUSSIG: | 15:56:16 |
| 15 | Q    And you participated in an exit | 15:56:36 |
| 16 | interview with Ms. Tse before you left Chevron; | 15:56:38 |
| 17 | correct? | 15:56:38 |
| 18 | A    I did. | 15:56:42 |
| 19 | Q    And the interview was voluntary; | 15:56:43 |
| 20 | correct? | 15:56:43 |
| 21 | A    Yes. | 15:56:45 |
| 22 | Q    Do you know -- you might not know the | 15:56:48 |
| 23 | answer to this. | 15:56:51 |
| 24 | Do you know whether Chevron only | 15:56:51 |
| 25 | requests this type of exit interview when | 15:56:52 |

**EXHIBIT 13-45**

| | | |
|---|---|---|
| 1 | Q    Did you at some point say that you | 16:12:29 |
| 2 | needed to leave Chevron for your mental health? | 16:12:31 |
| 3 | A    I did not; not to anyone at Chevron, no. | 16:12:33 |
| 4 | Q    Do you feel like you did need to leave | 16:12:38 |
| 5 | Chevron for your mental health? | 16:12:40 |
| 6 | A    Yes. | 16:12:42 |
| 7 | Q    Why so? | 16:12:43 |
| 8 | A    As someone that doesn't have a degree, | 16:12:50 |
| 9 | it's very difficult to make a career above a | 16:12:53 |
| 10 | technician level; right? | 16:12:56 |
| 11 | To get into engineering, to get into | 16:12:57 |
| 12 | management and leadership, to get into a | 16:13:00 |
| 13 | multinational oil corporation, all of these things | 16:13:04 |
| 14 | are not without a lot of head wind, if you don't | 16:13:07 |
| 15 | have a Bachelor's degree and not just a Bachelor's | 16:13:10 |
| 16 | degree but in a specific field; right? | 16:13:15 |
| 17 | They want an engineering degree almost | 16:13:16 |
| 18 | exclusively. | 16:13:25 |
| 19 | I have always worked very hard to add as | 16:13:26 |
| 20 | much value in whatever role I have at whatever | 16:13:30 |
| 21 | company I'm at, and I take a lot of personal | 16:13:33 |
| 22 | responsibility for my work ethic and the | 16:13:36 |
| 23 | contributions that I make, and I have always seen | 16:13:39 |
| 24 | that rewarded in one way or another by the | 16:13:46 |
| 25 | companies I worked for. | 16:13:48 |

**EXHIBIT 13-46**

| | | |
|---|---|---|
| 1 | It was always a small struggle at | 16:13:55 |
| 2 | Chevron to make progress, and I attributed that to | 16:13:57 |
| 3 | the size of the company.  It is the largest | 16:14:00 |
| 4 | company that I had worked for. | 16:14:03 |
| 5 | But as time went on, especially after | 16:14:07 |
| 6 | the Nigeria -- or after the -- the EGTL, you know, | 16:14:09 |
| 7 | revocation, the -- the subsequent inability to be | 16:14:20 |
| 8 | placed into roles that I felt at least | 16:14:26 |
| 9 | competitive, if not overqualified in some cases, | 16:14:32 |
| 10 | certainly to the candidates that were selected -- | 16:14:35 |
| 11 | I felt like I wasn't being rewarded for my | 16:14:39 |
| 12 | contributions and that, you know, it -- it caused | 16:14:41 |
| 13 | me a lot of -- I don't know -- a lot of grief | 16:14:45 |
| 14 | and -- and -- and difficulty in -- in figuring out | 16:14:56 |
| 15 | what I was; right? | 16:15:04 |
| 16 | So it's like -- it's like -- almost like | 16:15:05 |
| 17 | it kind of twisted my identity a little bit; | 16:15:08 |
| 18 | right? | 16:15:12 |
| 19 | Like if I'm this person that works hard | 16:15:12 |
| 20 | and makes it anyway, even though I don't have all | 16:15:15 |
| 21 | the tools that I should have, I can make it work, | 16:15:17 |
| 22 | and then all of a sudden I can't make it work and | 16:15:20 |
| 23 | just it keeps happening and keeps happening and | 16:15:23 |
| 24 | keeps happening, it got to the point where, you | 16:15:26 |
| 25 | know, I started suffering from depression.  And -- | 16:15:31 |

**EXHIBIT 13-47**

| | | |
|---|---|---|
| 1 | and so I did seek a therapist and then counseling, | 16:15:34 |
| 2 | and they, you know, through -- through | 16:15:42 |
| 3 | conversations, basically, that's how we identified | 16:15:45 |
| 4 | that a lot of my personality and my self-worth is | 16:15:48 |
| 5 | tied up in my job and advancement and -- and, you | 16:15:51 |
| 6 | know, rewards that I get from that, and it was | 16:15:59 |
| 7 | really almost my whole world at that point. | 16:16:02 |
| 8 | And so, you know, she encouraged me to | 16:16:10 |
| 9 | try to separate that out some -- right? -- so | 16:16:14 |
| 10 | that's part of what my therapist and I worked on, | 16:16:17 |
| 11 | getting side hobbies and doing other things.  But, | 16:16:21 |
| 12 | you know, it never really fully separated from | 16:16:24 |
| 13 | work. | 16:16:27 |
| 14 | And then once the reorganization | 16:16:28 |
| 15 | happened and I wasn't -- I didn't get any of the | 16:16:31 |
| 16 | jobs that I put in for and they basically said, | 16:16:41 |
| 17 | "Take this old job you already had or quit," which | 16:16:44 |
| 18 | is similar to something that they did to me in | 16:16:48 |
| 19 | 2013 when I left the analyzer role and they're | 16:16:52 |
| 20 | like, "We need you in technical, so take this | 16:16:55 |
| 21 | technical job.  You're not going to be in | 16:16:58 |
| 22 | maintenance anymore."  It's just like -- it was | 16:17:01 |
| 23 | just like repeating.  And that's when my therapist | 16:17:06 |
| 24 | started suggesting that I should probably try to, | 16:17:08 |
| 25 | you know, maybe look for other work. | 16:17:10 |

| | | |
|---|---|---|
| 1 | Q    Well, let me ask:  So when did you begin | 16:17:13 |
| 2 | seeing a therapist? | 16:17:18 |
| 3 | A    I believe it was sometime in 2020. | 16:17:21 |
| 4 | Q    During COVID? | 16:17:25 |
| 5 | A    It was during COVID, yes. | 16:17:26 |
| 6 | Q    And who is the therapist? | 16:17:29 |
| 7 | A    It -- I talked to a few people before | 16:17:30 |
| 8 | finally we settled on one therapist.  It was | 16:17:34 |
| 9 | Eileen Baer, I believe her name was. | 16:17:37 |
| 10 | Q    How do spell Baer?  "B-e-a-r"? | 16:17:40 |
| 11 | A    I'm not sure how you -- no.  It's | 16:17:43 |
| 12 | like -- | 16:17:47 |
| 13 | Q    Bayer aspirin -- | 16:17:47 |
| 14 | A    Maybe, yeah. | 16:17:48 |
| 15 | Q    -- B-a-y-e-r? | 16:17:49 |
| 16 | A    I -- I think it was "B-e-a" -- or | 16:17:50 |
| 17 | B-a-e-r; something like that.  It wasn't -- it -- | 16:17:55 |
| 18 | it's in the -- | 16:17:57 |
| 19 | Q    All right. | 16:17:58 |
| 20 | A    It's in the records. | 16:17:59 |
| 21 | Q    Are you still seeing her? | 16:18:02 |
| 22 | A    No. | 16:18:03 |
| 23 | Q    When did you stop seeing her? | 16:18:05 |
| 24 | A    Shortly after I resigned from Chevron. | 16:18:07 |
| 25 | Q    Why did you stop seeing her? | 16:18:09 |

**EXHIBIT 13-49**

| | | |
|---|---|---|
| 1 | A    Most of what we were talking about | 16:18:12 |
| 2 | was -- at that point, anyway, it was Chevron | 16:18:14 |
| 3 | and -- and being -- you know, ways to cope with | 16:18:21 |
| 4 | continued disappointment that was happening at | 16:18:23 |
| 5 | Chevron.  I wasn't really discussing other issues | 16:18:26 |
| 6 | that I was having with her. | 16:18:32 |
| 7 | You know, the -- when I didn't go to | 16:18:36 |
| 8 | Escravos, it caused a lot of difficulty in my | 16:18:44 |
| 9 | family with my wife and my son, but it wasn't -- | 16:18:46 |
| 10 | it wasn't the kind of thing that I needed therapy | 16:18:55 |
| 11 | for; right? | 16:19:02 |
| 12 | My wife was upset.  My son was upset. | 16:19:03 |
| 13 | We had him in a special school for some | 16:19:06 |
| 14 | developmental disabilities that he has and for | 16:19:12 |
| 15 | some mental health disabilities that he has, and | 16:19:14 |
| 16 | we weren't going to be able to send him to that | 16:19:21 |
| 17 | school anymore without the money from Nigeria. | 16:19:24 |
| 18 | But I didn't need the therapist to help | 16:19:31 |
| 19 | me talk to my son and my wife about that; right? | 16:19:33 |
| 20 | We had communication, and we were | 16:19:37 |
| 21 | working through that on our own. | 16:19:39 |
| 22 | She was really helping me with the | 16:19:40 |
| 23 | continued negative feelings that I was having just | 16:19:47 |
| 24 | by working for Chevron; right? | 16:19:52 |
| 25 | Q    Because you weren't being promoted? | 16:19:54 |

**EXHIBIT 13-50**

| | | |
|---|---|---|
| 1 | A    Right, and watching other people be | 16:19:56 |
| 2 | promoted and essentially, in my mind, being | 16:19:58 |
| 3 | demoted and then not being particularly valued for | 16:20:01 |
| 4 | the work that I was doing even in the new position | 16:20:04 |
| 5 | that I was in.  It wasn't new.  In the position | 16:20:07 |
| 6 | that I was put back in.  They held a -- an | 16:20:13 |
| 7 | employee, you know, like survey, engagement | 16:20:22 |
| 8 | survey, and there were a lot of feedback and a lot | 16:20:25 |
| 9 | of stuff, and Chevron wasn't really going to | 16:20:27 |
| 10 | address that. | 16:20:30 |
| 11 | And I -- I felt like, you know, that | 16:20:31 |
| 12 | made it difficult for me in that, you know, my | 16:20:34 |
| 13 | group had had a hard time through COVID and they | 16:20:37 |
| 14 | had had a hard time through the reorganization, | 16:20:42 |
| 15 | and it -- it didn't seem like Chevron was going to | 16:20:45 |
| 16 | help them any more than me.  And so it just, you | 16:20:48 |
| 17 | know, was almost a daily -- daily thoughts about | 16:20:53 |
| 18 | how -- how much it wasn't that great to work there | 16:21:00 |
| 19 | anymore. | 16:21:02 |
| 20 | Q    Did you see any other mental health | 16:21:02 |
| 21 | providers or -- | 16:21:05 |
| 22 | A    I also took Cymbalta at the time, so I | 16:21:07 |
| 23 | had a psychiatrist just for prescribing. | 16:21:12 |
| 24 | Q    And who was that? | 16:21:19 |
| 25 | A    I don't re -- I don't recall her name. | 16:21:19 |

**EXHIBIT 13-51**

```
 1    STATE OF CALIFORNIA  )
                           ) SS.
 2    COUNTY OF VENTURA    )

 3              I, John M. Taxter, a California Certified

 4    Shorthand Reporter, Certificate No. 3579, a

 5    Registered Professional Reporter, do hereby

 6    certify:

 7              That the foregoing proceedings were taken

 8    before me at the time and place therein set forth,

 9    at which time the deponent was put under oath by

10    me; that the testimony of the deponent and all

11    objections made at the time of the examination

12    were recorded stenographically by me and were

13    thereafter transcribed; that the foregoing is a

14    true and correct transcript of my shorthand notes

15    so taken.

16              I further certify that I am neither counsel

17    for nor related to any party to said action.

18              The dismantling, unsealing, or unbinding of

19    the original transcript will render the Reporter's

20    Certificate null and void.

21              Pursuant to Federal Rule 30(e), transcript

22    review was requested.

23    Dated May 22, 2024.

24    _____
      JOHN M. TAXTER
25    California Certified Shorthand
      Reporter No. 3579, RPR
```

**EXHIBIT 13-52**

```
1

2

3

4          I, John M. Taxter , Certified Shorthand Reporter,

5   CSR No.   3579, hereby certify:

6          The foregoing is a true and correct copy of the

7   original transcript of the proceedings taken by me

8   as thereon stated.

9

10

11

12   Dated:  May 23, 2024

13                _____

14

15

16                _____

17                John Taxter, CSR No. 3579

18

19

20

21

22

23

24

25
```