# EXHIBIT 14 -12

**From:** Powers, Andrew C[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AFB7F7C935FE4FB4938203195698DFEA-BDQS]
**Sent:** Wed 9/4/2019 2:42:07 PM Coordinated Universal Time
**To:** Jones MD, Ayanna[Ayanna.Jones@chevron.com]
**Cc:** Tse, Thalia[thaliatse@chevron.com]; Levy, Scott[ScottLevy@chevron.com]
**Subject:** Re: Rescinded Job Offer in Nigeria

---

<div style="border:2px solid black; display:inline-block; padding:8px; text-align:center;">

09.17.24

**Andrew Powers**

# 12

</div>

Thank you Dr. Ayana.
Would be great if we can get some further justification and suggested response today.

Sent from my iPhone

On Sep 4, 2019, at 7:39 AM, Jones MD, Ayanna <Ayanna.Jones@chevron.com> wrote:

> Hello Andrew,
> The EEMEA Regional Medical Manager would be able to provide you with context on this case and appropriate response.
> Regards,
> Ayanna Jones, MD, MPH
> Manager US Occupational and
> Expatriate Health Services
> **Chevron Services Company**
> A Division of Chevron U.S.A. Inc.
> TR & HM COE
> Global Health and Medical
> 1400 Smith, #03196
> Houston, TX 77002
> Tel: (713)372-5921
> Fax: (713)372-5941
> Email: Ayanna.Jones@chevron.com
> *This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at the telephone number indicated above*
>
> **From:** Powers, Andrew C <Andrew.Powers@chevron.com>
> **Sent:** Wednesday, September 04, 2019 9:33 AM
> **To:** Jones MD, Ayanna <Ayanna.Jones@chevron.com>
> **Cc:** Tse, Thalia <thaliatse@chevron.com>
> **Subject:** Fwd: Rescinded Job Offer in Nigeria
> Dr. Ayana,
> Are you able to provide me with any context on the below and suggested response? Is this common to have conflicting views between someone's personal physician and Chevron Expat Medical?
> If there is another resource you would suggest, could I please have their name?
> Note that Mark finds this discriminatory in nature, however, this is hard to know with the limited information.
> Kind Regards,
> Andrew Powers
>
> Sent from my iPhone
> Begin forwarded message:
>
> > **From:** "Snookal, Mark" <Mark.Snookal@chevron.com>
> > **Date:** September 4, 2019 at 7:20:38 AM PDT
> > **To:** "Powers, Andrew C" <Andrew.Powers@chevron.com>
> > **Cc:** "Tse, Thalia" <thaliatse@chevron.com>, "Ruppert, Austin" <Austin.Ruppert@chevron.com>
> > **Subject: Rescinded Job Offer in Nigeria**
> >
> > Andrew,
> > I am very disappointed in the decision by Chevron Medical to classify me as "unfit" for the Reliability Engineering Manager position at EGTL. I believe this decision was made based on a lack of understanding and stereotypical assumptions about my medical condition and is, therefore, discriminatory in nature. As my condition does not affect my ability to perform the job duties of that position, I require no ongoing care outside of annual monitoring, working in a remote location does not affect my condition, a complication from my condition would cause no harm to others, and I have no work restrictions from my physician this decision seems excessively paternalistic.
> > After the initial finding of "unfit," I appealed the decision, and Chevron Medical requested permission to contact the specialist who cares for me, and I agreed. That specialist sent an email to Chevron Medical, stating that my condition is stable and has been for three years and that the risk is "low." That same physician had earlier provided me with a letter stating that "it is safe for him [me] to work in Nigeria...His [my] condition is under good control, and no special treatment is needed." Which I provided to Chevron Medical before they made their initial determination of "unfit." Additionally, I passed all aspects of the regular examination, and the issue arises purely from a question about medical history.
> > Aside from my complaint of medical discrimination, where does their decision leave me? I spoke with the manager I would have reported to in Nigeria this morning, and they are rescinding the offer, but my position in El Segundo has already been filled.
> > Mark Snookal

CUSA000650

**EXHIBIT 14-12-1**

14.1

IEA Reliability Team Lead
**Chevron Products Company**
El Segundo Refinery
324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel 310.615.5208
Mobile 310.678.5914
Mark.Snookal@chevron.com

CUSA000651

**EXHIBIT 14-12-2**

12.2