# EXHIBIT 16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

_____

MARK SNOOKAL, AN
INDIVIDUAL,

                                        Case No.
          Plaintiff,         2:23-cv-6302-HDV-AJR

  vs.

CHEVRON USA, INC., A
CALIFORNIA CORPORATION, AND
DOES 1 THROUGH 10,
INCLUSIVE,

         Defendants.
_____/


ZOOM VIDEOCONFERENCE/VIDEO-RECORDED

DEPOSITION OF THALIA TSE

HELD REMOTELY

SEPTEMBER 13, 2024




REPORTED BY CYNTHIA DENISE STIRES, CSR NO. 4472




**EXHIBIT 16-1**

Thalia Tse                                                September 13, 2024

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3
 4   _____
 5   MARK SNOOKAL, AN INDIVIDUAL,
 6
                    Plaintiff,            Case No.
 7                                        2:23-cv-6302-HDV-AJR
           vs.
 8
     CHEVRON USA, INC., A
 9   CALIFORNIA CORPORATION, AND
     DOES 1 THROUGH 10, INCLUSIVE,
10
11                  Defendants.
     _____/
12
13         ZOOM VIDEOCONFERENCE/VIDEO-RECORDED
14   DEPOSITION OF THALIA TSE, commencing at the hour of
15   9:02 A.M., Pacific Time, Friday, September 13, 2024,
16   held via Zoom Internet Conferencing Platform, before
17   Cynthia Denise Stires, Certified Shorthand Reporter in
18   and for the State of California.
19
20
21
22
23
24
25
```

**EXHIBIT 16-2**

Thalia Tse                                                          September 13, 2024

```
 1   APPEARANCES

 2   FOR THE PLAINTIFF:

 3             Allred Maroko & Goldberg
               BY:  Dolores Y. Leal, Esq.
 4                  Olivia Flechsig, Esq.
               6300 Wilshire Boulevard, Suite 1500
 5             Los Angeles, California 90048
               323.653.6530
 6             dleal@amglaw.com.
               oflechsig@amglaw.com
 7

 8   FOR THE DEFENDANT:

 9             Sheppard Mullin Richter & Hampton, LLP
               BY:  Sarah Fan, Esq.
10             333 South Hope Street, 43rd Floor
               Los Angeles, California 90071
11             213.620.1780
               sfan@sheppardmullin.com
12

13   ALSO PRESENT:

14             Michael Kelley, Video Technician

15

16

17

18

19

20

21

22

23

24

25
```

Thalia Tse                                                    September 13, 2024

```
 1   BY MS. LEAL:
 2        Q.   Do you know if there is a specific state law
 3   that prohibits discrimination on the job against
 4   persons with disabilities or perceived disabilities?
 5             MS. FAN:  Objection.  Relevance.  Calls for a
 6   legal conclusion.
 7             THE WITNESS:  No.
 8   BY MS. LEAL:
 9        Q.   No, you don't know?
10        A.   I don't.
11        Q.   Okay.  Getting back to the training that you
12   received when you were hired by Chevron, you said that
13   you didn't receive any formal training but that you
14   were instructed to learn Chevron policies; is that
15   correct?
16             MS. FAN:  Objection.  Misstates prior
17   testimony.
18             THE WITNESS:  Yes.
19   BY MS. LEAL:
20        Q.   Okay.  And do you remember which policies
21   during the time of your employment as an HR business
22   partner in El Segundo that you were responsible for
23   becoming familiar with?
24        A.   We have a website where it housed, you know,
25   policies, so it wasn't like I was told to read
```

1  everything, but it was more so get familiar, know where
2  to find policies if questions come up.
3      Q.   So you didn't have any, for example, any
4  classroom training or computerized-type training when
5  you were hired by Chevron with respect to their
6  policies then?
7           MS. FAN:  Objection.  Compound.
8           MS. LEAL:  I'll break it up.
9  BY MS. LEAL:
10     Q.   At the time of your hire as an HR business
11 partner for the El Segundo facility, did Chevron
12 provide you with any classroom-type training with
13 respect to their policies?
14     A.   No.
15     Q.   At the time of your hire, did Chevron provide
16 you with any training on computers with respect to
17 their personnel policies?
18     A.   No.
19     Q.   Did Mr. Powers provide you with any specific
20 training at the time of your hire with respect to your
21 job responsibilities as an HR business partner in
22 El Segundo?
23     A.   No.
24     Q.   I'm going to show you a document now.
25          MS. LEAL:  Olivia, if you can go to Exhibit

Thalia Tse                                               September 13, 2024

1   BY MS. LEAL:
2       Q.   Do you know, or do you not know, if
3   rotational assignment employees receive premium pay?
4       A.   I believe they do.
5       Q.   And is it your knowledge that the premiums
6   are based on the area of assignment; in other words,
7   which country they're assigned to?
8            MS. FAN:   Calls for speculation.
9            THE WITNESS:   I think so.
10  BY MS. LEAL:
11      Q.   Employees who become expats, in other words,
12  working at Chevron facilities outside the continental
13  US, do you know who pays their salary?
14           MS. FAN:  Objection.  Calls for speculation.
15  Calls for a legal conclusion.
16           THE WITNESS:  I don't know.
17  BY MS. LEAL:
18      Q.   Let's go to Exhibit 2.
19           (Deposition Exhibit 2 was marked.)
20  BY MS. LEAL:
21      Q.   And this document is a one-page document,
22  Bates No. CUSA000503.  It's a document produced by
23  Chevron and it's titled Chevron Tax Equalization
24  Policy, Human Resources Shared Services.
25           MS. FAN:  Counsel, I apologize for jumping in

Thalia Tse							September 13, 2024

```
 1   e-mail from Mr. Ruppert to you with a copy to Troy
 2   Tortorich.
 3           Have you seen this document before, Ms. Tse?
 4      A.   Yes.
 5      Q.   And this e-mail is dated November 6th, 2019.
 6           So I assume you received this e-mail from
 7   Mr. Ruppert?
 8      A.   Yes.
 9      Q.   And he's telling you that he would like to
10   manage or move Mr. Snookal into a reliability change OA
11   role starting as soon as possible.
12           Do you see that?
13      A.   Yes, I can see it.
14      Q.   Did you do anything prior to November 6th,
15   2019 to move Mr. Snookal into the reliability change OA
16   position?
17      A.   No.
18      Q.   Do you know if Mr. Powers -- do you know if
19   Mr. Powers did?
20      A.   No.  The position didn't exist.
21      Q.   So your understanding is that Mr. Ruppert was
22   the one who created this position for Mr. Snookal, this
23   position of reliability change OA role?
24      A.   Yes.
25      Q.   Did you respond to Mr. Ruppert's e-mail?
```

**EXHIBIT 16-7**

Thalia Tse September 13, 2024

| | |
|---|---|
| 1 | (Deposition Exhibit 10 was marked.) |
| 2 | MS. FLECHSIG: Give me one second. |
| 3 | BY MS. LEAL: |
| 4 | Q. And this document is Bates No. CUSA000014 |
| 5 | through 18. |
| 6 | MS. LEAL: Move up to the first page, please. |
| 7 | BY MS. LEAL: |
| 8 | Q. So this document before you, Ms. Tse, is HR |
| 9 | Policy 410 for US payroll employees, employment of |
| 10 | individuals with disabilities. |
| 11 | Do you see that? |
| 12 | A. Yes, I see it. |
| 13 | Q. Are you familiar with this policy? |
| 14 | A. I know where I can find it if I need it. |
| 15 | Q. Is it the policy that you as an HR business |
| 16 | partner is responsible for being familiar with? |
| 17 | A. Like I previously said, we -- as an HR |
| 18 | business partner, we just need to know where we need to |
| 19 | find the document or have the policy and so as needed. |
| 20 | Q. So an HR business partner only needs to know |
| 21 | where to find policies and not necessarily know |
| 22 | anything about the policy? |
| 23 | MS. FAN: Argumentative. Asked and answered. |
| 24 | BY MS. LEAL: |
| 25 | Q. Is that what you're saying? |

Thalia Tse                                                  September 13, 2024

```
 1              MS. FAN:  Compound.  Same objections.
 2              THE WITNESS:  We have access to it, so
 3   meaning that if we need to reference it, we know where
 4   to find it.
 5   BY MS. LEAL:
 6       Q.   But as an HR business partner both in
 7   El Segundo and now in Texas, are you supposed to know
 8   what these policies are about?
 9       A.   Well, we don't need to memorize everything
10   from the policy.
11       Q.   And that's not what I'm suggesting, Ms. Tse.
12   I'm suggesting, are you as an HR business partner
13   responsible for being familiar with the contents of
14   these types of personnel policies?
15              MS. FAN:  Asked and answered.
16              THE WITNESS:  Maybe.
17   BY MS. LEAL:
18       Q.   What do you mean by "maybe"?
19       A.   I know where to find the policy.  So if I
20   need to reference it, that's what I'm going to do.
21       Q.   When Mr. Snookal sent the e-mail saying he
22   thought he was being discriminated against because of
23   his disability, did you pull up this policy,
24   Policy 410, employment of individuals with
25   disabilities?
```

Thalia Tse  September 13, 2024

1  A. No.
2  Q. Why not?
3  A. I don't know.
4  Q. Did you think it wasn't important to pull up
5  the policy involving individuals with disabilities when
6  an employee was complaining about disability
7  discrimination?
8  MS. FAN: Objection. Argumentative.
9  THE WITNESS: No. But I was fairly new at
10  the time.
11  BY MS. LEAL:
12  Q. Did Mr. Powers ask you to pull up Chevron's
13  policies with respect to employment of individuals with
14  disabilities after Mr. Snookal made the complaint of
15  disability discrimination?
16  A. I don't remember.
17  Q. So he may have; he may not have. You just
18  don't remember one way or the other?
19  MS. FAN: Asked and answered.
20  BY MS. LEAL:
21  Q. Is that correct?
22  A. Yes.
23  Q. So let's stay on the exhibit, please. So
24  under general it looks like something is hyper linked,
25  Corporate Policy 200, employment.

Thalia Tse                                                  September 13, 2024

```
 1  did you say in that conversation, the exit interview
 2  conversation?
 3       A.   I think there were questions
 4  about -- actually, I think there is a document on the
 5  exit interview.
 6       Q.   What do you remember being discussed during
 7  this exit interview?
 8       A.   Questions that was on the interview template.
 9  I think there are questions about management, benefits
10  that Chevron offers.
11       Q.   So it's a form or template that you use when
12  you conduct an exit interview?
13       A.   At that time, yes.
14       Q.   During that exit interview with Mr. Snookal,
15  did you think to ask him if he was resigning because of
16  the fact that Chevron had retracted the Nigeria
17  position?
18       A.   No, I didn't ask him that question.
19            MS. LEAL:  I'm going to suggest a five-minute
20  break or so, Counsel, so I can look at my notes.  We
21  might be almost finished.
22            MS. FAN:  Okay.
23            MS. LEAL:  We'll take a break.
24            MS. FAN:  Sounds good.
25            VIDEO TECHNICIAN:  This is the end of Media
```

**EXHIBIT 16-11**

Thalia Tse							September 13, 2024

```
 1
 2                    REPORTER CERTIFICATE
 3          I, Cynthia Denise Stires, Certified Shorthand
 4  Reporter, Certificate No. 4472, for the State of
 5  California, hereby certify that Thalia Tse was by me
 6  duly sworn/affirmed to testify to the truth, the whole
 7  truth and nothing but the truth in the within-entitled
 8  cause; that said deposition was taken at the time and
 9  place herein named; that the deposition is a true
10  record of the witness's testimony as reported to the
11  best of my ability by me, a duly certified shorthand
12  reporter and a disinterested person, and was thereafter
13  transcribed under my direction into print by computer.
14          That request [XX] was   [   ] was not made to
15  read and correct said deposition.
16          I further certify that I am not interested in
17  the outcome of said action, nor connected with nor
18  related to any of the parties in said action, nor to
19  their respective counsel.
20          IN WITNESS WHEREOF, I have hereunto set my
21  hand this 27th day of September, 2024.
22
23
24  _____
            Cynthia Denise Stires
25          CSR No. 4472
```