# EXHIBIT 2

DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

**Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual, | CASE NO.: 2:23-cv-6302-HDV-AJR |
| | |
| Plaintiff, | **PLAINTIFF MARK SNOOKAL'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CHEVRON USA. INC., SET ONE** |
| vs. | |
| | |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | |
| | |
| Defendants. | |

**REQUEST FOR PRODUCTION NO. 10:**

All documents about or concerning **YOUR** decision to deem Plaintiff "not fit for duty" for the Reliability Engineering Manager position in Escravos, Nigeria.

**REQUEST FOR PRODUCTION NO. 11:**

All documents reflecting any communications between **YOU** and any of Plaintiff's medical providers, from January 1, 2019 to January 1, 2022.

**REQUEST FOR PRODUCTION NO. 12:**

All documents reflecting complaints made by Plaintiff to **YOU**, including without limitation, disability discrimination complaints to the Chevron Ombudsman and Chevron's Human Resources, from January 1, 2019 to January 1, 2022.

**REQUEST FOR PRODUCTION NO. 13:**

Any and all communications about or concerning Plaintiff's complaints to **YOU**, from January 1, 2019 to January 1, 2022. Plaintiff's complaints to **YOU** include without limitation, disability discrimination complaints to the Chevron Ombudsman and Chevron's Human Resources.

**REQUEST FOR PRODUCTION NO. 14:**

Any and all documents reflecting **YOUR** alleged efforts to investigate any of Plaintiff's complaints of discrimination and/or failure to accommodate a disability, including any of YOUR investigative files relating to same.

**REQUEST FOR PRODUCTION NO. 15:**

Any and all documents **YOU** relied upon in making hiring decisions for the job positions identified in Paragraph 29 of the Complaint.

**REQUEST FOR PRODUCTION NO. 16:**

Any and all communications regarding hiring decisions for the job positions described in Paragraph 29 of the Complaint.

**REQUEST FOR PRODUCTION NO. 17:**

Any and all documents evincing the job duties, pay grade, organizational

**EXHIBIT 2/2**

1  structure, promotional opportunities for the Reliability Change Operating Assistant
2  as identified in Paragraph 31 of the Complaint.

3  **REQUEST FOR PRODUCTION NO. 18:**

4      Any and all communications about or concerning the creation of the
5  Reliability Change Operating Assistant position for Plaintiff.

6  **REQUEST FOR PRODUCTION NO. 19:**

7      Any and all communications by Dr. Eshiole Asekomeh about or concerning
8  Plaintiff.

9  **REQUEST FOR PRODUCTION NO. 20:**

10     Any and all communications by Dr. Scott Levy about or concerning
11 Plaintiff.

12 **REQUEST FOR PRODUCTION NO. 21:**

13     Any and all communications by anyone in Chevron's Human Resources
14 Department about or concerning Plaintiff from January 1, 2019 to January 1, 2022.

15 **REQUEST FOR PRODUCTION NO. 22:**

16     Any and all documents reflecting Chevron's Medical Suitability for Expat
17 Assignment ("MSEA") policies in effect in California in 2019.

18
19
20 DATED:  May 7, 2024                    ALLRED, MAROKO & GOLDBERG

21
22                                       By: _____
23                                           DOLORES Y. LEAL
24                                           OLIVIA FLECHSIG
                                             Attorneys for Plaintiff,
25                                           **MARK SNOOKAL**
26
27
28

PLAINTIFF MARK SNOOKAL'S REQUEST FOR PRODUCTION OF DOCUMENTS
TO DEFENDANT CHEVRON USA. INC., SET ONE

**EXHIBIT 2/3**

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  6300 Wilshire Boulevard, Suite 1500, Los Angeles, California 90048.

     On **May 7, 2024** I served the foregoing document described as **PLAINTIFF MARK SNOOKAL'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CHEVRON USA, INC., SET ONE** on interested parties in this action:

Attorneys for Defendant Chevron USA, Inc.

Tracey A. Kennedy, Esq.
Robert E. Mussig, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, CA  90071-1422
(213) 620-1780
e-mail: tkennedy@sheppardmullin.com
e-mail: rmussig@sheppardmullin.com

Linda Z. Shen, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
501 W. Broadway, 18th Floor
San Diego, CA  92101-3598
(619) 338-6500
e-mail: lshen@sheppardmullin.com

**[X]**   **BY ELECTRONIC SERVICE:**  Pursuant to the Parties' agreement to accept service electronically, I caused such document to be electronically served via email to the email addresses of the addressee(s).

Executed on **May 7, 2024** at Los Angeles, California.

**[X]**   **Federal**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
ANGIE O. PAZ

9

**EXHIBIT 2/4**