# EXHIBIT 4

| | |
|---|---|
| 1 | DOLORES Y. LEAL (134176) |
| 2 | OLIVIA FLECHSIG (334880) |
|   | ALLRED, MAROKO & GOLDBERG |
| 3 | 6300 Wilshire Blvd. Suite 1500 |
| 4 | Los Angeles, CA 90048-5217 |
|   | (323) 653-6530 |
| 5 | dleal@amglaw.com |
| 6 | oflechsig@amglaw.com |

**Attorneys for Plaintiff MARK SNOOKAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual, | ) CASE NO.: 2:23-cv-6302-HDV-AJR |
| | ) |
| Plaintiff, | ) **PLAINTIFF MARK SNOOKAL'S** |
| | ) **NOTICE OF TAKING ORAL AND** |
| | ) **VIDEOTAPED DEPOSITION OF** |
| vs. | ) **DR. ESHIOFE ASEKOMEH** |
| | ) |
| CHEVRON USA, INC., a California | ) Date: July 30, 2024 |
| Corporation, and DOES 1 through | ) Time: 9:30 a.m. |
| 10, inclusive, | ) Location: Remote Video Conference |
| | ) |
| Defendants. | ) |

1
PLAINTIFF MARK SNOOKAL'S NOTICE OF TAKING
ORAL AND VIDEOTAPED DEPOSITION OF DR. ESHIOFE ASEKOMEH

**EXHIBIT 4/1**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Mark Snookal, by and through his attorneys, will take the oral and videotaped deposition of **DR. ESHIOFE ASEKOMEH**. The deposition will take place remotely via video conference on **July 30, 2024**, beginning at **9:30 a.m. Pacific Time.** The court reporter will send videoconference information prior to the deposition. The deposition shall be conducted before an officer or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure. If not completed on the date specified, the deposition will continue from day to day until completed, Saturdays, Sundays and holidays excluded. The deposition will be recorded stenographically and may be videotaped and recorded through the instant visual display of testimony.

DATED: July 11, 2024

ALLRED, MAROKO & GOLDBERG

By: _/s/ Olivia Flechsig_
DOLORES Y. LEAL
OLIVIA FLECHSIG
Attorneys for Plaintiff,
**MARK SNOOKAL**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 6300 Wilshire Boulevard, Suite 1500, Los Angeles, California 90048.

On **July 11, 2024** I served the foregoing document described as **PLAINTIFF MARK SNOOKAL'S NOTICE OF TAKING ORAL AND VIDEOTAPED DEPOSITION OF DR. ESHIOFE ASEKOMEH** on interested parties in this action:

**Attorneys for Defendant, Chevron USA, Inc.**

Tracey A. Kennedy, Esq.
Robert E. Mussig, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
(213) 620-1780

Linda E. Shen, Esq.
501 W. Broadway, 18th Floor
San Diego, CA 92101-3598
(619) 338-6500
e-mails: tkennedy@sheppardmullin.com; rmussig@sheppardmullin.com
lshen@sheppardmullin.com

[X]   **BY ELECTRONIC SERVICE:** Pursuant to the Parties' agreement to accept service electronically, I caused such document to be electronically served via email to the email addresses of the addressee(s).

Executed on **July 11, 2024** at Los Angeles, California.

[X]   **Federal**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
ANGIE O. PAZ