# EXHIBIT 8

```
             UNITED STATES DISTRICT COURT

         FOR THE CENTRAL DISTRICT OF CALIFORNIA

                  _____



MARK SNOOKAL, an individual,    )
                                )
                                )
                                )
                   Plaintiff,   )
vs.                             ) Case No.
                                ) 2:23-cv-6302-HDV-AJR
                                )
CHEVRON USA, INC., a California )
Corporation, and DOES 1 through )
10, inclusive,                  )
                                )
                   Defendants.  )
_____)



                 REPORTER'S TRANSCRIPT



               VIDEOTAPED DEPOSITION OF

                DR. ESHIOFE ASEKOMEH

             Thursday, October 10, 2024

             Via Zoom Video Conferencing

                      7:03 a.m.




  Reported by:   Rachel N. Barkume, CSR, RMR, CRR
                 Certificate No. 13657
```

**EXHIBIT 8/1**

Dr. Eshiofe Asekomeh     October 10, 2024

```
 1                    A P P E A R A N C E S
 2
 3
 4   FOR THE PLAINTIFF:
 5          ALLRED, MAROKO & GOLDBERG
            By:  DOLORES Y. LEAL
 6          Attorney at Law
            6300 Wilshire Boulevard, Suite 1500
 7          Los Angeles, California 90048
            (323) 653-6530
 8          dleal@amglaw.com

 9   FOR THE DEFENDANT:
10          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
            By:  ROBERT E. MUSSIG
11          Attorney at Law
            333 South Hope Street, 43rd Floor
12          Los Angeles, California 90071
            (213) 620-1780
13          rmussig@sheppardmullin.com

14   THE VIDEOGRAPHER:

15          Jacob Rivera

16   ALSO PRESENT:

17          Eguono Erhun, In-House Counsel for Chevron

18
19
20
21
22
23
24
25
```

**EXHIBIT 8/2**

```
 1        Q.  Okay.  So for clarity and for the court
 2   reporter, would you please spell the first name of the
 3   first doctor you mentioned?
 4        A.  So the first doctor is Victor Adeyeye,
 5   V-I-C-T-O-R, first name.  Surname, Adeyeye,
 6   A-D-E-Y-E-Y-E.
 7        Q.  Okay.  And the second doctor?
 8        A.  The second doctor, first name, Ujomoti,
 9   U-J-O-M-O-T-I.
10        Q.  And the last name?
11        A.  Akintunde, A-K-I-N-T-U-N-D-E.
12        Q.  And the third doctor you identified?
13        A.  Okay.  So the third doctor, first name, Henry,
14   H-E-N-R-Y.  Surname, Aiwuyo, A-I-W-U-Y-O.
15        Q.  And you said you reviewed correspondence with
16   these three doctors?
17        A.  Yes.
18        Q.  And what do you mean by correspondence?
19            Were they letters?  E-mails?  Text messages?
20        A.  E-mails.  E-mails.
21            MS. LEAL:  Counsel, I do not believe those
22   e-mails that Dr. Asekomeh just referred to were
23   produced, so I would request --
24            MR. MUSSIG:  They were -- they were -- we
25   produced them this morning.  Dr. Asekomeh can testify to
```

1   this.  He -- during our prep session, he referenced
2   them, and they took a little time to pull them, but we
3   got them and produced them this morning.
4           MS. LEAL:  I have not had a chance to even open
5   up my e-mail, so if you sent them to me, I don't have
6   them.
7           MR. MUSSIG:  Okay.
8           MS. LEAL:  Perhaps I'll review them during a
9   break.  And so we'll continue right now.
10  BY MS. LEAL:
11      Q.  Okay.  Dr. Asekomeh, what is your date of
12  birth?
13      A.  16 November, 1971.  16 November, 1971.
14      Q.  So you're, what, 43 years old?
15      A.  I'm 52 years old.
16      Q.  Oh, 52.  That's why I'm a lawyer.  I'm horrible
17  at math.
18          Who is your employer, Dr. Asekomeh?
19      A.  Okay.  So my current employer is Deep Drill Oil
20  Services, Deep Drill Oil -- D-E --
21          (Simultaneous crosstalk.)
22  BY MS. LEAL:
23      Q.  D-E-E-P?
24      A.  D-E-E-P, Drill, D-R-I-L-L, Oil Services.
25      Q.  Deep Drill Oil Services.

```
 1        A.   So I can't exactly recollect now, but our
 2   practice is such that you do phone calls and you do
 3   e-mails and sometimes face to face conversations.  So as
 4   of that time, I was in Warri, and Dr. Victor's office
 5   was only few doors away from mine, so we would have had
 6   face-to-face discussion.
 7        Q.   With who?
 8        A.   Dr. Adeyeye.
 9        Q.   Victor.
10        A.   Yes.
11        Q.   So he was in the same location you were, so you
12   may have had face-to-face discussions with him?
13        A.   Yes.
14        Q.   The other two doctors were not at the same
15   location as you in Warri?
16        A.   So Dr. Aiwuyo was in EGTL in Escravos here, and
17   Dr. Akintunde is based in Lagos.
18        Q.   Okay.  Now, looking at this document --
19             MS. LEAL:  And I'll ask Jacob to scroll it.
20   BY MS. LEAL:
21        Q.   And my question simply is:  Are there any other
22   e-mails that you can recall having exchanged with any of
23   these three other doctors pertaining to Mr. Snookal?
24        A.   As I said earlier, I was just able to open my
25   e-mails yesterday while the team in the U.S. -- Rob and
```

Dr. Eshiofe Asekomeh										October 10, 2024

```
 1   his group were able to get this to -- from the back end.
 2   So I will have to check again.  Because I -- we -- there
 3   was some change in the system that made it difficult to
 4   access all the e-mails.  I got the capacity to open them
 5   up yesterday.
 6        Q.   So there may be additional e-mails that you may
 7   find where you were corresponding with these three other
 8   doctors regarding Mr. Snookal?
 9        A.   I will have to look at the sequence of these
10   ones.  You are moving too fast.  So this correspondence
11   is amongst four doctors.  There's also -- Dr. Pitan was
12   being communicated, and that's my supervisor.  Can you
13   scroll it from the beginning?
14             MR. MUSSIG:  Do you mean from the bottom?
15             THE WITNESS:  No, no, it's okay.  It's okay.
16             MR. MUSSIG:  Okay.
17             THE WITNESS:  Yeah, it was a case summary I did
18   to Dr. Pitan at the end of all of this.  I don't know if
19   that is included.
20   BY MS. LEAL:
21        Q.   I have that as a separate exhibit that I'll
22   show you next.  These are just e-mails.
23        A.   Okay.  I would have to go through my e-mails
24   again.
25        Q.   Okay.  So I would ask that you do check to see
```

```
 1        CERTIFICATE OF STENOGRAPHIC REPORTER
 2
 3
 4        I, RACHEL N. BARKUME, a Certified Shorthand
 5   Reporter of the State of California, hereby certify that
 6   the witness in the foregoing deposition,
 7              DR. ESHIOFE ASEKOMEH,
 8   was by me duly sworn to tell the truth, the whole truth,
 9   and nothing but the truth in the within-entitled cause;
10   that said deposition was taken at the time and place
11   therein named; that the testimony of said witness was
12   stenographically reported by me, a disinterested person,
13   and was thereafter transcribed into typewriting.
14            Pursuant to Federal Rule 30(e), transcript
15   review was requested.
16            I further certify that I am not of counsel or
17   attorney for either or any of the parties to said
18   deposition, nor in any way interested in the outcome of
19   the cause named in said caption.
20
21              DATED:  October 13, 2024.
22
23   _____
24       Rachel N. Barkume, CSR No. 13657, RMR, CRR
25
```