# EXHIBIT 11

Case 2:23-cv-06302-HDV-AJR    Document 35-12    Filed 11/20/24    Page 1 of 5   Page ID #:1142

      



### Stephen Frangos, MD, MPH, FACOEM (He/Him)

Physician Expert in Occupational Health, Environmental Health and Public Health

 Baker Hughes

Santa Barbara, California, United States · Contact info

500+ connections

**Connect**   **Message**   **More**

---

**Activity**
1,331 followers

**Stephen Frangos, MD, MPH, FACOEM** commented on a post • 3d

Dear Rhonda, your post and your words struck a definite cord with me. I appreciate how easily you are able to share your feelings and impart your wisdom to friends and colleagues. I wish you a very best of things and good health to enjoy them. Dr. Steve

**Stephen Frangos, MD, MPH, FACOEM** commented on a post • 4d

Hi Robin. Wishing you the very best in your upcoming retirement and transition to what lies in front for you and your family.

**Stephen Frangos, MD, MPH, FACOEM** commented on a post • 6d

Congrats Chase! Go get 'em!

**Show all comments →**

---

Enhance your own profile by adding a work experience. **Add experience**   

### Experience

 **Global Medical Director**
Baker Hughes · Full-time
Dec 2022 - Present · 2 yrs
Santa Barbara, California, United States · Remote

I am pleased to announce that I have been hired by Baker Hughes to serve their employees and business operations as their Global Medical Director. This is an exciting opportunity and I look forward to continuing my friendship and affiliation with colleagues in the oil and gas industries.

 **Chevron**
30 yrs 11 mos

**Regional Medical Manager for North and South America Operations**
Aug 1999 - Jun 2022 · 22 yrs 11 mos

**EXHIBIT 11/1**

Physician expert in Occupational Health, Environmental Health and Public Health. Responsible for the development and implementation of Occupational Health services for business operations with more than 25,000 employees, including oversight of ten occupational health clinics and 6,000 employees enrolled in medical surveillance programs.

**Staff Physician**
Aug 1991 - Aug 1999 · 8 yrs 1 mo

**Cruise Ship Physician**
Norwegian Cruise Line Holdings Ltd · Part-time
Aug 1989 - Jun 1991 · 1 yr 11 mos

Delivering high quality urgent care and emergency medical care to cruise ship passengers and crew members on multiple vessels in the Caribbean...



**Aerospace Medicine Physician**
United States Air Force · Full-time
Jun 1984 - Jul 1988 · 4 yrs 2 mos
Zaragoza, Aragon, Spain and RAF Lakenheath, England UK

Provided mission-essential Aerospace Medicine and Flight Surgeon medical support front-line fight squadrons and supporting tanker operat  ...see more

## Skills

**Industrial Hygiene**

 Endorsed by 15 colleagues at Chevron

Endorsed by 1 person in the last 6 months

37 endorsements

**Offshore Drilling**

 Endorsed by 4 colleagues at Chevron

Endorsed by 1 person in the last 6 months

9 endorsements

Show all 47 skills →

## Recommendations

**Received**    Given

**Wade Goldston**
Purchasing Manager - Orbital Gas Systems
April 4, 2013, Wade worked with Stephen but they were at different companies

Steve is a rock solid depenable asset to whatever he makes an effort at. He genuinely cares about his work and always puts forth his best effort.

## Interests

**Top Voices**    Companies    Groups    Newsletters



**Lorenzo Simonelli** in
Chairman & CEO at Baker Hughes
194,080 followers

＋ Follow

EXHIBIT 11/2



