UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-6302-HDV-AJR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MARK SNOOKAL'S *EX PARTE* APPLICATION FOR LEAVE TO SUPPLEMENT OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, LEAVE FOR PLAINTIFF TO TAKE FURTHER DISCOVERY, AND LEAVE TO FILE MOTION SEEKING DISCOVERY SANCTIONS AGAINST DEFENDANTS AND ITS COUNSEL**<br><br>District Judge: Hon. Hernan D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br>Action Filed: August 3, 2023<br>Trial Date: February 4, 2025 |

1

[PROPOSED] ORDER GRANTING PLAINTIFF MARK SNOOKAL'S *EX PARTE* APPLICATION FOR LEAVE TO SUPPLEMENT OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, LEAVE FOR PLAINTIFF TO TAKE FURTHER DISCOVERY, AND LEAVE TO FILE MOTION SEEKING DISCOVERY SANCTIONS AGAINST DEFENDANT AND ITS COUNSEL

The Court has duly considered Plaintiff's *Ex Parte* Application for Leave to Supplement Opposition to Defendant's Motion for Summary Judgment, Leave for Plaintiff to Take Further Discovery, and Leave to File Motion Seeking Discovery Sanctions Against Defendants and Its Counsel; the Declaration and Exhibits submitted in support thereof; as well as Defendant's Opposition to Plaintiff's *Ex Parte* Application and the Declaration and Exhibits submitted in support thereof. The Court finds that there is good cause for Plaintiff's application for *ex parte* relief given Defendant's inexcusable delay in producing probative documents long after the close of discovery deadline, and after the briefing on Defendant's Motion for Summary Judgment was due. The Court hereby grants Plaintiff's *Ex Parte* Application in whole.

**IT IS SO ORDERED.**

DATED:_____        _____

Honorable Hernan D. Vera
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF MARK SNOOKAL'S *EX PARTE* APPLICATION FOR LEAVE TO SUPPLEMENT OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, LEAVE FOR PLAINTIFF TO TAKE FURTHER DISCOVERY, AND LEAVE TO FILE MOTION SEEKING DISCOVERY SANCTIONS AGAINST DEFENDANT AND ITS COUNSEL

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 6300 Wilshire Boulevard, Suite 1500, Los Angeles, California 90048.

On **November 20, 2024** I served the foregoing document described as **[PROPOSED] ORDER GRANTING PLAINTIFF MARK SNOOKAL'S EX PARTE APPLICATION FOR LEAVE TO SUPPLEMENT OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, LEAVE FOR PLAINTIFF TO TAKE FURTHER DISCOVERY, AND LEAVE TO FILE MOTION SEEKING DISCOVERY SANCTIONS AGAINST DEFENDANTS AND ITS COUNSEL** on interested parties in this action:

**Attorneys for Defendant Chevron USA, Inc.**
Tracey A. Kennedy, Esq.
Robert E. Mussig, Esq.
H. Sarah Fan, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
(213) 620-1780
e-mail: tkennedy@sheppardmullin.com
e-mail: rmussig@sheppardmullin.com
email: sfan@sheppardmullin.com

[X]    **BY ELECTRONIC SERVICE:** Pursuant to the Parties' agreement to accept service electronically, I caused such document to be electronically served via email to the email addresses of the addressee(s).

Executed on **November 20, 2024** at Los Angeles, California.

[X]    **Federal**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
JOSIE PEÑA