# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT

 2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3

 4

 5   MARK SNOOKAL, an individual,    )
                                     )
 6            Plaintiff,             )
                                     )
 7         v.                        )  NO. 2:23-cv-6302-
                                     )      HDV-AJR
 8   CHEVRON USA, INC., a California )
     Corporation, and DOES 1 through )
 9   10, inclusive,                  )
                                     )
10            Defendants.            )
     _____)
11

12

13

14

15

16

17           Videotaped deposition of MARK JORDAN

18     SNOOKAL, Plaintiff, taken on behalf of Defendants

19     at 333 South Hope Street, 43rd Floor, Los Angeles,

20     California, commencing at 10:00 a.m. on Friday,

21     May 10, 2024, before John M. Taxter, Certified

22     Shorthand Reporter No. 3579 in and for the State

23     of California, a Registered Professional Reporter.

24

25
```

```
 1    APPEARANCES OF COUNSEL:

 2

 3

 4    FOR PLAINTIFF MARK JORDAN SNOOKAL:

 5         ALLRED, MAROKO & GOLDBERG
           BY:  DOLORES Y. LEAL, Attorney at Law
 6         6300 Wilshire Boulevard, Suite 1500
           Los Angeles, California  90048-5217
 7         323.653.6530
           dleal@amglaw.com
 8

 9

10    FOR DEFENDANT CHEVRON USA, INC.:

11         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
           BY:  ROBERT E. MUSSIG, Attorney at Law
12         333 South Hope Street, 43rd Floor
           Los Angeles, California  90071-1422
13         213.620.1780
           rmussig@sheppardmullin.com
14
                    -and-
15
           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
16         BY:  LINDA Z. SHEN, Attorney at Law
           501 West Broadway, 18th Floor
17         San Diego, California  92101-3598
           619.338.6500
18         lshen@sheppardmullin.com

19

20

21    VIDEOGRAPHER:

22         GIGI FADICH

23

24

25
```

| | | |
|---|---|---|
| 1 | A    That is correct. | 11:10:18 |
| 2 | Q    Okay.  And did you have any | 11:10:18 |
| 3 | conversations with anybody else from Chevron about | 11:10:20 |
| 4 | this topic? | 11:10:22 |
| 5 | And I'm not referring to, you know, | 11:10:24 |
| 6 | later with Mr. Powers.  I -- I mean about the | 11:10:27 |
| 7 | topic of what it would -- what would happen with | 11:10:29 |
| 8 | this -- this job in Escravos and why you weren't | 11:10:31 |
| 9 | going to get it. | 11:10:35 |
| 10 | A    I talked -- so when I first received | 11:10:37 |
| 11 | information that I had been deemed not fit for | 11:10:43 |
| 12 | duty, I reached out to my coordination team.  I | 11:10:46 |
| 13 | don't remember the person that had been assigned | 11:10:51 |
| 14 | to me, but I just -- I wrote an e-mail and asked | 11:10:53 |
| 15 | if there was any way to contest the decision. | 11:10:55 |
| 16 | They weren't aware of any. | 11:11:01 |
| 17 | So I reached out to the Chevron omsbud | 11:11:02 |
| 18 | to ask the same question.  I don't believe I went | 11:11:06 |
| 19 | into any level of detail with either one.  The | 11:11:10 |
| 20 | omsbud is the one that got me in contact with, I | 11:11:13 |
| 21 | believe it was, Dr. Frangos who is the equivalent | 11:11:18 |
| 22 | of Dr. Levy in the U.S., covers the North America | 11:11:22 |
| 23 | business units, and Dr. Frangos got me in touch | 11:11:27 |
| 24 | with Dr. Levy.  So other than that, I haven't had | 11:11:32 |
| 25 | any conversations. | 11:11:35 |

| | | |
|---|---|---|
| 1 | determination that you were not fit for duty in | 11:22:17 |
| 2 | Escravos? | 11:22:20 |
| 3 |     A   If I recall correctly, it was when I | 11:22:21 |
| 4 | received this form via e-mail which was on -- I | 11:22:22 |
| 5 | believe that it was on the date that it's signed | 11:22:29 |
| 6 | there, August 15th. | 11:22:30 |
| 7 |     Q   Okay.  And you testified that you | 11:22:31 |
| 8 | reached out to the omsbud -- right? -- after | 11:22:36 |
| 9 | your -- | 11:22:41 |
| 10 |     A   Not -- no.  That wasn't the first step. | 11:22:42 |
| 11 | The first step was to reach out to the medical | 11:22:45 |
| 12 | liaison to ask them if there was a -- a way to ask | 11:22:48 |
| 13 | for a second -- | 11:22:51 |
| 14 |     Q   You -- | 11:22:51 |
| 15 |     A   -- or a review. | 11:22:53 |
| 16 |     Q   You had said that, and the medical | 11:22:54 |
| 17 | liaison said they weren't aware of any? | 11:22:56 |
| 18 |     A   Correct.  So then I reached out to the | 11:22:58 |
| 19 | omsbud. | 11:22:59 |
| 20 | ==Q   The omsbud.  That's who put you in touch== | 11:23:01 |
| 21 | ==with Dr. Frangos who put you in touch with== | 11:23:02 |
| 22 | ==Dr. Levy?== | 11:23:05 |
| 23 | ==A   Correct.== | 11:23:06 |
| 24 | ==Q   Did you have any subsequent discussions== | 11:23:06 |
| 25 | ==with the omsbud about any of this, the== | 11:23:08 |

| | | |
|---|---|---|
| 1 | determination or anything else? | 11:23:12 |
| 2 | A    Even if I did, they're confidential. | 11:23:13 |
| 3 | Q    Well, I meant essentially was the omsbud | 11:23:16 |
| 4 | putting you in touch with the people you should | 11:23:19 |
| 5 | talk to? | 11:23:20 |
| 6 | A    Yes. | 11:23:20 |
| 7 | Q    Okay.  And Dr. Frangos, same thing?  He | 11:23:21 |
| 8 | just put you in touch with Dr. Levy? | 11:23:23 |
| 9 | A    Correct. | 11:23:25 |
| 10 | MS. LEAL:  Is this a good time for a | 11:23:32 |
| 11 | break? | 11:23:34 |
| 12 | MR. MUSSIG:  Sure.  Yeah. | 11:23:34 |
| 13 | THE VIDEOGRAPHER:  Before we go off the | 11:23:35 |
| 14 | record, Counsel, would you like to waive the | 11:23:37 |
| 15 | federal rule that requires the opening read-on to | 11:23:40 |
| 16 | be read at the beginning of each new media? | 11:23:44 |
| 17 | MR. MUSSIG:  Defendant will, yes. | 11:23:46 |
| 18 | MS. LEAL:  Plaintiff will, as well. | 11:23:48 |
| 19 | THE VIDEOGRAPHER:  Video deposition off | 11:23:50 |
| 20 | the record at 11:23 a.m., conclusion of media 1. | 11:23:51 |
| 21 | (Recess.) | 11:23:56 |
| 22 | THE VIDEOGRAPHER:  Video deposition | 11:37:22 |
| 23 | returning to the record at 11:37 a.m., beginning | 11:37:24 |
| 24 | of media 2. | 11:37:28 |
| 25 | BY MR. MUSSIG: | 11:37:29 |

**Abrams, Mah & Kahn**                                                                 80

```
 1    STATE OF CALIFORNIA   )
                            ) SS.
 2    COUNTY OF VENTURA     )

 3          I, John M. Taxter, a California Certified

 4    Shorthand Reporter, Certificate No. 3579, a

 5    Registered Professional Reporter, do hereby

 6    certify:

 7          That the foregoing proceedings were taken

 8    before me at the time and place therein set forth,

 9    at which time the deponent was put under oath by

10    me; that the testimony of the deponent and all

11    objections made at the time of the examination

12    were recorded stenographically by me and were

13    thereafter transcribed; that the foregoing is a

14    true and correct transcript of my shorthand notes

15    so taken.

16          I further certify that I am neither counsel

17    for nor related to any party to said action.

18          The dismantling, unsealing, or unbinding of

19    the original transcript will render the Reporter's

20    Certificate null and void.

21          Pursuant to Federal Rule 30(e), transcript

22    review was requested.

23    Dated May 22, 2024.

24                          _____
                            JOHN M. TAXTER
25                          California Certified Shorthand
                            Reporter No. 3579, RPR
```

**Abrams, Mah & Kahn**                                    **320**

```
 1
 2
 3
 4        I, John M. Taxter, Certified Shorthand Reporter,
 5    CSR No. 3579, hereby certify:
 6        The foregoing is a true and correct copy of the
 7    original transcript of the proceedings taken by me
 8    as thereon stated.
 9
10
11
12    Dated: May 23, 2024
13
14
15
16                              _____
17                                  John Taxter, CSR No. 3579
18
19
20
21
22
23
24
25
```

**Abrams, Mah & Kahn**