# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

_____

```
MARK SNOOKAL, an individual,   )
                               )
                               )
            Plaintiff,         )
vs.                            ) Case No.
                               ) 2:23-cv-6302-HDV-AJR
                               )
CHEVRON USA, INC., a California)
Corporation, and DOES 1 through)
10, inclusive,                 )
                               )
            Defendants.        )
_____)
```

REPORTER'S TRANSCRIPT


VIDEOTAPED DEPOSITION OF

DR. ESHIOFE ASEKOMEH

Thursday, October 10, 2024

Via Zoom Video Conferencing

7:03 a.m.



Reported by:   Rachel N. Barkume, CSR, RMR, CRR
               Certificate No. 13657

```
 1                A P P E A R A N C E S

 2

 3

 4    FOR THE PLAINTIFF:

 5           ALLRED, MAROKO & GOLDBERG
             By:  DOLORES Y. LEAL
 6           Attorney at Law
             6300 Wilshire Boulevard, Suite 1500
 7           Los Angeles, California 90048
             (323) 653-6530
 8           dleal@amglaw.com

 9    FOR THE DEFENDANT:

10           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
             By:  ROBERT E. MUSSIG
11           Attorney at Law
             333 South Hope Street, 43rd Floor
12           Los Angeles, California 90071
             (213) 620-1780
13           rmussig@sheppardmullin.com

14    THE VIDEOGRAPHER:

15           Jacob Rivera

16    ALSO PRESENT:

17           Eguono Erhun, In-House Counsel for Chevron

18

19

20

21

22

23

24

25
```

Dr. Eshiofe Asekomeh                                          October 10, 2024

1   foundation.  Let me just -- Doctor, when I object,
2   unless I instruct you not to answer, you should still
3   answer the question.  I'm just making objections for the
4   record.  So unless I'm instructing you not to answer, go
5   ahead and answer her questions.
6           THE WITNESS:  Okay.  So by the nature of this
7   contract, Deep Drill is providing medical services to
8   Chevron by supplying manpower, doctors and nurses.
9   BY MS. LEAL:
10      Q.  Do you know if Deep Drill Oil Services provides
11  medical services to any other companies other than
12  Chevron, or is Chevron the only client?
13      A.  I don't know.
14          MR. MUSSIG:  Calls for speculation.
15  BY MS. LEAL:
16      Q.  So prior to 2020, who was your employer?
17      A.  So prior to 2020, my employer was Delog Nigeria
18  Limited, D-E-L-O-G, Delog Nigeria Limited.
19      Q.  So prior to 2020, your employer was Delog
20  Nigeria Limited?
21      A.  Yes.  That's D-E-L-O-G.
22      Q.  So what business was Delog Nigeria Limited in
23  at the time?
24          MR. MUSSIG:  Calls for speculation.  Lacks
25  foundation.

```
 1              THE WITNESS:  Okay.  So -- so for my group, it
 2   was, again, provision of manpower, doctors and nurses,
 3   to Chevron in this instance.
 4   BY MS. LEAL:
 5       Q.  Okay.  Do you know if Delog Nigeria Limited
 6   provided doctors and nurses to other companies other
 7   than Chevron at the time?
 8              MR. MUSSIG:  Calls for speculation.
 9              THE WITNESS:  I don't know.
10   BY MS. LEAL:
11       Q.  Okay.  Has Chevron directly ever paid your
12   salary?
13       A.  No.
14       Q.  So the work that you did for Chevron was paid
15   either by Delog Nigeria Limited or by Deep Drill Oil
16   Services in conjunction with the contract that those
17   companies had with Chevron; is that correct then?
18       A.  Can you rephrase that question?
19       Q.  Yes.  I want to make sure I understand.
20              Prior to 2020, and since then, all of the work
21   that you have performed for Delog Nigeria Limited and
22   Deep Drill Oil Services was work that you did in
23   connection with services for Chevron.
24       A.  Yes.
25       Q.  Other than Chevron, did you have any other
```

1        So it's a back-and-forth process that we are --
2   until is complete.  Now, outside that checklist, if any
3   of the results has an abnormality -- even before it
4   starts to you, it's a doctor-to-doctor thing.  So you
5   send me a result that is borderline, and you know ahead
6   I'm going to ask why the result is borderline.
7        If you need to do a further evaluation, that
8   evaluation is already done.  But if it is not, then ask
9   them back and say, this person has borderline or this
10  result is abnormal, you want to run for that check to
11  strengthen or to confirm what is really going on until
12  you have everything that you can make your determination
13  with.
14       Q.   So in this case, you conducted an MSEA for Mark
15  Snookal in 2019 who at the time was employed in
16  California.
17            Do you recall that?
18       A.   Yes.
19       Q.   And you do recall that Mark Snookal had an
20  aortic dissection or an aortic aneurysm?
21       A.   Okay.  So we need to differentiation between
22  aortic dissection and aneurysm.  So the condition is
23  aortic aneurysm or aortic dilatation.  When it gets
24  complicated, it starts dissecting or it ruptures.  So a
25  dissection is pathway to rupturing.

Dr. Eshiofe Asekomeh                                           October 10, 2024

1       The doctor also commented that he had annual
2   echocardiogram and annual chest CT scans as a way of
3   monitoring that aortic aneurysm.  So those results were
4   also attached, and those results are not normal part of
5   an MSEA from the MEP program.  So that already makes the
6   case different from the normal case.
7       So at that point, I looked at those records and
8   then involved the cardiologists to do a review.  The
9   three cardiologists did a review and looked at the
10  records, the results of investigations, because I wanted
11  them to, as cardiologists, look at the results and
12  confirm, determine risk and possible complications.
13     Q.  So after all of that, a determination was made
14  that Mr. Snookal was unfit for duty; correct?
15         MR. MUSSIG:  Vague and ambiguous.
16         THE WITNESS:  Okay.  So --
17  BY MS. LEAL:
18     Q.  My question -- my question is very simple,
19  Dr. Asekomeh.
20         Was Mark Snookal determined to be unfit for
21  duty for a position in Escravos, Nigeria?  Yes or no?
22     A.  So a determination was made that he wasn't fit
23  for duty in Escravos but fit to work in Lagos.
24     Q.  I understand that.  My question simply was
25  about Escravos.

ERRATA SHEET

DEPOSITION OF DR. ESHIOFE ASEKOMEH

TAKEN OCTOBER 10, 2024

<u>MARK SNOOKAL V. CHEVRON U.S.A., INC.</u>

CASE NO.  2:23-cv-06302-HDV-AJR

| CITATION | CHANGE | REASON |
|---|---|---|
| 2:17 | Replace "In-House Counsel for **Chevron**" with "In-House Counsel for **Chevron Nigeria, Limited**" | Reporter error. |
| 4:6 | Replace "**ASEKOMEHE**" with "**ASEKOMEH**" | Reporter error. |
| 84:12 | Replace "what **it taught**" with "what **he thought**" | Reporter error. |
| 108:3 | Replace "**Except their criteria is international criteria**" with "**Except there are criteria, international criteria**" | Reporter error. |
| 110:18 | Replace "**several**" with "**cerebral**" | Reporter error. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Dated: 11/11/2024

*DocuSigned by:* ESHIOFE ASEKOMEH
FC2DBA2DC50A4CA...

Deponent: DR. ESHIOFE ASEKOMEH

SMRH:4871-0404-6583.1

-1-

0NAS-378181

```
 1         CERTIFICATE OF STENOGRAPHIC REPORTER
 2
 3
 4         I, RACHEL N. BARKUME, a Certified Shorthand
 5   Reporter of the State of California, hereby certify that
 6   the witness in the foregoing deposition,
 7                  DR. ESHIOFE ASEKOMEH,
 8   was by me duly sworn to tell the truth, the whole truth,
 9   and nothing but the truth in the within-entitled cause;
10   that said deposition was taken at the time and place
11   therein named; that the testimony of said witness was
12   stenographically reported by me, a disinterested person,
13   and was thereafter transcribed into typewriting.
14         Pursuant to Federal Rule 30(e), transcript
15   review was requested.
16         I further certify that I am not of counsel or
17   attorney for either or any of the parties to said
18   deposition, nor in any way interested in the outcome of
19   the cause named in said caption.
20
21              DATED:  October 13, 2024.
22
23         _____
24         Rachel N. Barkume, CSR No. 13657, RMR, CRR
25
```