# EXHIBIT 13

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARK SNOOKAL, an individual,

      Plaintiff,            Case No.

      vs.                  2:23-cv-6302-HDV-AJR

CHEVRON USA, INC., a California
Corporation, and DOES 1 through 10,
inclusive,

      Defendants.

_____

DEPOSITION OF DR. UJOMOTI AKINTUNDE

OCTOBER 31, 2024

CONDUCTED VIA ZOOM VIDEOCONFERENCE

REPORTED BY LAUREN RAMSEYER, CSR NO. 14004

**EXHIBIT 13-1**

Dr. Ujomoti Akintunde                                    October 31, 2024

```
 1                  UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4   MARK SNOOKAL, an individual,

 5              Plaintiff,              Case No.

 6         vs.                         2:23-cv-6302-HDV-AJR

 7   CHEVRON USA, INC., a California
     Corporation, and DOES 1 through 10,
 8   inclusive,

 9              Defendants.
     _____
10

11

12

13

14

15         DEPOSITION OF DR. UJOMOTI AKINTUNDE,

16   commencing on Thursday, October 31, 2024, at 8:00 a.m.,

17   Pacific Time, held via Zoom videoconference, all

18   participants appearing remotely before Lauren Ramseyer,

19   Certified Shorthand Reporter, CSR No. 14004.

20

21

22

23

24

25
```

**EXHIBIT 13-2**

Dr. Ujomoti Akintunde                                    October 31, 2024

```
 1                        I N D E X

 2   WITNESS:

 3   DR. UJOMOTI AKINTUNDE

 4

 5   EXAMINATION:                                  PAGE

 6   BY MS. FLECHSIG                              5, 85

 7   BY MS. FAN                                      56

 8

 9

10   DEPOSITION EXHIBITS:                          PAGE

11   Exhibit 1        Email (CUSA000771-775)         21

12   Exhibit 2        Article Entitled "Yearly Rupture   71
                      or Dissection Rates for Thoracic
13                    Aortic Aneurysms, Simple
                      Prediction Based on Size" (CUSA
14                    776-787)

15   Exhibit 3        Article Entitled "Risk of        73
                      Rupture or Dissection in
16                    Descending Thoracic Aortic
                      Aneurysm" (CUSA778-797)
17

18

19

20

21

22

23

24

25
```

**EXHIBIT 13-3**

```
 1                        APPEARANCES:

 2    FOR THE PLAINTIFF:

 3         ALLRED, MAROKO & GOLDBERG

 4         BY: OLIVIA FLECHSIG, ESQ.

 5         6300 Wilshire Boulevard, Suite 1500

 6         Los Angeles, California 90048

 7         (323)653-6530

 8         oflechsig@amglaw.com

 9

10    FOR THE DEFENDANTS:

11         SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

12         BY: SARAH FAN, ESQ.

13         333 South Hope Street, 43rd Floor

14         Los Angeles, California 90071

15         (213)620-1780

16         sfan@sheppardmullin.com

17

18    ALSO PRESENT:  EGUONO ERHUN

19

20

21

22

23

24

25
```

**EXHIBIT 13-4**

Dr. Ujomoti Akintunde                                    October 31, 2024

```
 1        Q.   Okay.  In your practice as a cardiologist,
 2   have you ever treated an aortic aneurysm that ruptured?
 3        A.   No.
 4        Q.   In your practice as a cardiologist, have you
 5   ever treated an aortic aneurysm that dissected?
 6        A.   No.
 7        Q.   Do you have a current curriculum vitae or
 8   resume?
 9        A.   I would have to update it.  I have not applied
10   for any job since I started working at Chevron.
11        Q.   Okay.  So the most recent version would be
12   from around 2018?
13        A.   Approximately.  There have been some updates
14   along the line of -- definitely it's not -- it's not
15   recent.  I do not have it current.
16        Q.   In your work as a cardiologist, have you ever
17   treated someone with a dilated aortic root?
18        A.   Yes.
19        Q.   How many people do you think that you've
20   treated with a dilated aortic root?
21        A.   I cannot remember.  I didn't do counts.
22        Q.   I understand.  What's your best estimate?  Is
23   it between five and ten, ten and 20, over a hundred?
24   You know, what sort of would be your best estimate of
25   the range of the number?
```

**EXHIBIT 13-5**

Dr. Ujomoti Akintunde                                    October 31, 2024

```
1              MS. FAN:  Objection.  Vague and ambiguous.
2              THE WITNESS:  I can't remember.  I'm not so
3    sure how many, but I have managed them in the past.
4    They're not as common in this part of the world.
5    BY MS. FLECHSIG:
6         Q.   In the last year, how many patients with a
7    dilated aortic root have you -- have you treated?
8         A.   A couple.  I'm not sure exactly.
9         Q.   Since joining Chevron in 2018, how many people
10   with a dilated aortic root have you -- have you seen?
11             MS. FAN:  Vague and ambiguous as to "Chevron."
12             THE WITNESS:  I'm not certain of the exact
13   number, but I've seen a few.
14   BY MS. FLECHSIG:
15        Q.   So I want to turn now to Mark Snookal, the
16   plaintiff in this case.  Have you ever spoken with
17   Mr. Snookal?
18        A.   No.
19        Q.   Have you ever reviewed a job description for
20   the position that Mr. Snookal was seeking in Escravos?
21        A.   No.
22        Q.   Did you have any work history, for
23   Mr. Snookal, to review?
24        A.   No.  That's not within my purview as a
25   cardiologist.  That's managed by the occupational health
```

**EXHIBIT 13-6**

Dr. Ujomoti Akintunde                                    October 31, 2024

```
 1    physician.
 2         Q.   Okay.  I think I want to just go ahead and
 3    turn towards the email that I believe you were referring
 4    to earlier.  I'm going to put the document in the chat
 5    so that you can scroll through it at your leisure, just
 6    give me one moment to give you the file.
 7              (Exhibit 1 was marked for identification.)
 8    BY MS. FLECHSIG:
 9         Q.   So I'm marking as Exhibit 1 what's been
10    provided as CUSA000771 through 000775.
11              Dr. Akintunde, please go ahead and open the
12    document, and you're welcome to take a moment to look
13    through it.  And then you can let me know when you're
14    done.
15         A.   I've looked through it.
16         Q.   Okay.  Is this the email that you were
17    referring to earlier in terms of the document you
18    reviewed to prepare for your deposition today?
19         A.   Yes.
20         Q.   Is this the entire email thread that you had
21    with Dr. Asekomeh relating to Mr. Snookal?
22         A.   Yes.
23         Q.   Okay.  Other than this email, did you discuss
24    Mr. Snookal with Dr. Asekomeh at any other time?
25         A.   I don't recall at all.  That was five years
```

**EXHIBIT 13-7**

Dr. Ujomoti Akintunde                                    October 31, 2024

```
 1         A.    Two imaging reports.

 2         Q.    Okay.

 3         A.    The CT and the echo.

 4         Q.    Okay.  So this email thread, it looks like

 5   Dr. Asekomeh sent the first email to you on, let's

 6   see -- on August 6th, 2019; is that correct, he

 7   forwarded you the thread?

 8         A.    I think it was August 7th.

 9         Q.    So I'm looking at --

10         A.    Oh, maybe it was the 6th.  I can't remember.

11   It's possible.

12         Q.    That's okay.  I'm not trying to trick you.

13   I'm just trying to get a good sense of the timeline in

14   terms of what the document says.

15               So on the first page of the document,

16   CUSA000771, it looks like there's an email from

17   Dr. Asekomeh.  It says sent Tuesday, August 6, 2019,

18   12:35 to Akintunde, and then it looks like your Chevron

19   email.  Is that -- are you seeing what I'm reading out?

20         A.    Yes.

21         Q.    Okay.  So that was what you received from

22   Dr. Asekomeh relating to Mr. Snookal, correct?

23         A.    Yes, that's correct.

24         Q.    Okay.  And so when you received that email,

25   you did not also receive the medical summary that's on
```

**EXHIBIT 13-8**

Dr. Ujomoti Akintunde                                          October 31, 2024

```
 1   the last page of this thread?
 2        A.   No.
 3        Q.   Okay.  So I understand you received just -- I
 4   think you said two imaging reports, right?
 5        A.   Yes.  Yes.
 6        Q.   Apologies if I already asked this.  What were
 7   the imaging reports of?
 8        A.   Echo, cardiology, and CT scan.
 9        Q.   Okay.  And so I see in your response email, if
10   you scroll up so we're still on 771, the first page of
11   the document, in this -- this is the email response that
12   you wrote to Dr. Asekomeh, correct?
13        A.   Yes.
14        Q.   Okay.  So just going down the -- going down in
15   order of what you wrote, you said, "I concur with my
16   colleagues."  That was in reference to the remainder of
17   the email thread, right?
18        A.   Yes.
19        Q.   And then you say he is, quote, low risk, but
20   not low risk, correct?
21             MS. FAN:  Objection.  Misstates the document.
22             THE WITNESS:  Correct.
23             MS. FAN:  Counsel, I think you might have
24   flipped those terms.
25
```

**EXHIBIT 13-9**

Dr. Ujomoti Akintunde                                October 31, 2024

1   Lagos.  So I would say it was more general cardiology.

2         Q.    For people that you were treating with

3   hypertension, what were you doing for them?

4         A.    Clinical exams, review of their medications,

5   EKGs, when required.

6         Q.    Okay.  And that was on location at Escravos,

7   correct?

8         A.    Correct.

9         Q.    I think you said that you didn't have all of

10  your cardiology equipment available at Escravos.  What

11  equipment was not available while you were in Escravos?

12        A.    There's no intensive care unit at Escravos, no

13  echo machines.  It's just a basic clinic.

14        Q.    Okay.  While you were in Escravos, did you

15  have any medical emergencies that required emergency

16  evacuation?

17        A.    Yes.

18        Q.    How many?

19        A.    I don't think I'm allowed to give that kind of

20  data.

21        Q.    Well, the attorneys haven't objected.  I

22  don't -- I personally think it's fine.  It's not

23  something that is specific.  So just to clarify the

24  scope, you don't need to identify the person or anything

25  like that.  I'm just wondering how many emergency

**EXHIBIT 13-10**

Dr. Ujomoti Akintunde                                    October 31, 2024

 1  medical evacuations took place while you were there.

 2      A.   In a week, maybe two.  Maybe one or two.

 3  Sometimes less; sometimes more.

 4      Q.   So one to two per week would be your best

 5  estimate of the average emergency medical evacuations?

 6      A.   Yeah.  It would just -- it should be an

 7  estimate.

 8      Q.   Do you know what would happen during those

 9  medical evacuations, like do you know how they were

10  evacuated?

11          MS. FAN:  Objection.

12          THE REPORTER:  I'm sorry, what was the

13  objection?

14          MS. FAN:  It was vague and ambiguous.

15  BY MS. FLECHSIG:

16      Q.   You can go ahead, Dr. Akintunde, or I can -- I

17  can say the question again.

18      A.   Can you please say the question again?

19      Q.   Yeah.  When someone needed to be medically

20  evacuated on an emergency basis, do you know how the

21  evacuation took place, like how were they evacuated?

22      A.   By chopper.

23      Q.   Okay.  Is that true for all of the medical

24  evacuations that took place while you were in Escravos?

25      A.   Most of them.

**EXHIBIT 13-11**

Dr. Ujomoti Akintunde                                    October 31, 2024

1      Q.   Okay.  For the ones that were not evacuated by
2   chopper, how were they evacuated?
3      A.   So if they needed referrals, but not really
4   those kind of emergencies, we would put them on a
5   regular flight.
6      Q.   Okay.  When you say a "regular flight," are
7   those -- those are, like, fixed wing airplanes that are
8   coming and going from Escravos?
9      A.   I'm not sure I know what fixed wing is, but
10  regular airplanes that are coming in and out of
11  Escravos.
12     Q.   How often are regular airplanes coming and
13  going from Escravos?
14     A.   At least three times a week.
15     Q.   Okay.  For the people that needed to be
16  emergency evacuated by chopper, do you know how quickly
17  they were able to get onto the helicopter for
18  evacuation?
19          MS. FAN:  Objection.  Vague and ambiguous.
20          I apologize, Dr. Akintunde.  You can go ahead.
21          THE WITNESS:  That varied a lot.  Back then it
22  was a company in Escravos, so sometimes evacuations were
23  delayed.  Sometimes a chopper wasn't regularly
24  available, you had to wait for one to come back, so that
25  varied a lot.  There's no one size fits all.

**EXHIBIT 13-12**

Dr. Ujomoti Akintunde                                    October 31, 2024

1        MS. FLECHSIG:  Yeah, absolutely.  I think I

2   just have a couple more questions on this point, and

3   then we can do a little break.

4        MS. FAN:  Great.

5   BY MS. FLECHSIG:

6    Q.  I know you mentioned it could vary a lot in

7   terms of the time it took to get, you know, a chopper to

8   the site.  What was the average time you think that it

9   took to get someone on to the helicopter for evacuation?

10       MS. FAN:  Objection.  Vague and ambiguous.

11  Calls for speculation.

12       THE WITNESS:  How much time?  Maybe an hour

13  and a half.  I think about that.  That's just an

14  approximation.

15       MS. FLECHSIG:  Okay.  All right.  Do we want

16  to take a five-minute break, a ten-minute break?

17       MS. FAN:  I think five minutes should work.

18       MS. FLECHSIG:  Is that okay with everyone?

19       THE WITNESS:  That's fine.

20       THE REPORTER:  That's fine with me.

21       MS. FLECHSIG:  Okay.  Thank you so much.

22       MS. FAN:  Great.  We can go off the record.

23       THE REPORTER:  We're off the record.

24       (Recess.)

25

**EXHIBIT 13-13**

Dr. Ujomoti Akintunde                                        October 31, 2024

```
 1   identifying details.
 2        A.   Yes, I did see a hand injury, trauma, you
 3   know, yes, a hand injury.  Yeah, very few, but I did
 4   see, yes, a hand injury.
 5        Q.   What -- were there any other traumas that you
 6   treated while you were in Escravos?
 7             MS. FAN:  Objection.  Vague and ambiguous.
 8             THE WITNESS:  I can't remember, but I guess --
 9   I think -- I think somebody while playing sports on the
10   field, I can't remember what -- we did see some mild
11   trauma, maybe muscle, you know, twisting the muscle or
12   something, yeah.  There were some, definitely.
13   BY MS. FLECHSIG:
14        Q.   Okay.  During the time you were in Escravos,
15   was anyone injured because of a medical evacuation, in
16   other words, was anyone injured due to the process of an
17   emergency medical evacuation?
18        A.   No.
19        Q.   Does a dilated aortic root pose a physical
20   danger to anyone other than the person who has the
21   dilated aortic root?
22             MS. FAN:  Objection.  Vague and ambiguous.
23   Incomplete hypothetical.  Calls for a legal conclusion.
24             THE WITNESS:  No.
25
```

**EXHIBIT 13-14**

Dr. Ujomoti Akintunde                                    October 31, 2024

```
 1              MS. FAN:  Objection.  Argumentative.
 2              THE WITNESS:  Well, size is important, so the
 3    risk is lower that it would dissect or rupture, but it
 4    may also -- that may also occur, even at the current
 5    size; that is why there is a risk category to it.  So
 6    you really want to make sure, like I said, as a
 7    physician, my priority one is the health and wellbeing
 8    of every patient, so I also want to make sure all the
 9    factors that may potentially increase the risk of this
10    person are doing well, are put into perspective and
11    addressed.
12    BY MS. FLECHSIG:
13        Q.   In your email did you intend to express any
14    opinion about whether it was safe for Mr. Snookal to
15    work in Escravos?
16        A.   That's not within my sphere of work.  My
17    communication was strictly cardiology, about the signs,
18    and its possible issues that may arise.  Nothing within
19    my sphere of work allows me to determine suitability for
20    work or otherwise.
21        Q.   For someone with an aortic root of
22    4.2 centimeters, is that a situation where you would
23    recommend surgical intervention?
24        A.   I would not recommend surgical intervention at
25    that size except he didn't have symptoms.
```

**EXHIBIT 13-15**

Dr. Ujomoti Akintunde                                    October 31, 2024

1        Q.    What are --

2        A.    If he has no symptoms, then I would say no to

3   surgery at that time.

4        Q.    What are symptoms of a dilated aortic root?

5        A.    Tearing chest pain, blood pressure will drop,

6   amongst others.

7        Q.    Okay.  What are the others, if you know?

8        A.    There are so many, like, I won't go into all

9   of that right now, but they are listed in the email

10  trail there, so...

11       Q.    Okay.  I think I see in -- I think I see what

12  you're referring to in the email trail from Dr. Aiwuyo,

13  he says, "Watch out for alarm symptoms like pain in the

14  chest, throbbing, tearing, aching or sharp pain, often

15  sudden; pain in the back, nausea, vomiting, fainting and

16  systemic shock."

17            Is that -- are those the symptoms that you're

18  referring to?

19       A.    Yes.

20       Q.    Just to clarify, those symptoms, does that

21  indicate a dissection or rupture, or is that just what a

22  symptomatic aortic root is?

23       A.    It can indicate either one of them, and all of

24  that refers to symptomatic pieces.

25       Q.    And, honestly, I'm just asking because I'm not

**EXHIBIT 13-16**

Dr. Ujomoti Akintunde                                    October 31, 2024

1   review -- strike that.

2          I want to ask about -- I actually want to ask

3   about the CT scan and the echocardiogram that you said

4   were attached to Dr. Asekomeh's email.  Do you know what

5   I'm referring to?

6      A.   Yes.

7      Q.   The CT scan, was it just one CT scan, or were

8   there multiple CT scans?

9      A.   So I remember correctly it was one CT.

10     Q.   Okay.  For the echocardiogram, was that

11  attachment -- or were there attachments that were

12  multiple echocardiogram or just one echocardiogram?

13     A.   I recall one echocardiogram.

14     Q.   Okay.  So based off of the information that

15  you had available to you, did you consider whether

16  Mr. Snookal's aortic root dilation was stable in size?

17     A.   I cannot make a determination about if it was

18  stable in size from only one imaging report.  I would

19  have to see a series, a sequence, a series of them to

20  determine the rate of increase over the years.

21     Q.   Okay.  So in other words, no one provided you

22  with any information about any changes in size?

23     A.   I was given only one set of imaging reports.

24     Q.   Okay.  In this email thread at the bottom of

25  page 774, so CUSA000774, I want to -- I want to give you

**EXHIBIT 13-17**

Dr. Ujomoti Akintunde                                    October 31, 2024

```
1   The engineers who work there can probably give more
2   information about that.
3        Q.   In Exhibit 1, there is a link from Dr. Aiwuyo
4   on the second page of the document, so it's CUSA000772.
5   Do you see what I'm referring to?
6        A.   I'm going there.  Yes, I see the link.
7        Q.   Did you -- did you review the contents of the
8   link?
9        A.   I cannot remember.
10       Q.   Is there -- your conclusion was that
11  Mr. Snookal, given the size of his aortic root dilation,
12  would be considered low risk, right?
13       A.   Yes.
14       Q.   Do you know at what -- is there a certain size
15  where someone becomes high risk?
16       A.   So those risk measurements are based on a
17  population level.  So higher risk is determined by the
18  level, the size at which you're referred for surgery.
19  And referring for surgery is what determines high risk,
20  so that's where the division comes in, except the person
21  has smaller sizes and has become symptomatic, then that
22  changes their risk categories.  So it's -- it's -- those
23  are the variables.  It's not one definition.  Most of
24  the time higher risk refers to the size.
25       Q.   At what size does someone become high risk, if
```

**EXHIBIT 13-18**

Dr. Ujomoti Akintunde                                    October 31, 2024

1                    REPORTER'S CERTIFICATE

2

3           I, Lauren Ramseyer, Certified Shorthand

4    Reporter licensed in the State of California, License

5    No. 14004, hereby certify that the deponent was by me

6    first duly sworn and the foregoing testimony was

7    reported by me and was thereafter transcribed with

8    Computer-Aided Transcription; that the foregoing is a

9    full, complete, and true record of said proceedings.

10          I further certify that I am not of counsel or

11   attorney for either or any of the parties in the

12   foregoing proceeding and caption named or in any way

13   interested in the outcome of the cause in said caption.

14          The dismantling, unsealing, or unbinding of

15   the original transcript will render the reporter's

16   certificate null and void.

17          In witness whereof, I have hereunto set my

18   hand this day: November 19, 2024.

19

20

21          Lauren Ramseyer, CSR No. 14004

22

23

24

25

EXHIBIT 13-19

# EXHIBIT 14

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

---oOo---

MARK SNOOKAL, an individual,      )
                                  )
            Plaintiff,            )
                                  )
vs.                               )   Case No.
                                  )   2:23-cv-6302-HDV-AJR
CHEVRON USA, INC., a California   )
Corporation, and DOES 1 through   )
10, inclusive,                    )
                                  )
            Defendants.           )
_____ )

DEPOSITION OF

DR. VICTOR ADEYEYE

Volume 1, Pages 1 - 34

Taken Remotely Via Videoconference

Friday, November 15, 2024

Stenographically reported by:
Renee M. Bencich, CSR No. 11946, RPR

STENO
concierge@steno.com
888.707.8366
Job Number 117195

**EXHIBIT 14-1**

Dr. Victor Adeyeye                                    November 15, 2024

```
 1                        APPEARANCES

 2

 3    For Plaintiff, Mark Snookal:

 4         ALLRED, MAROKO & GOLDBERG
           By: OLIVIA FLECHSIG, Attorney at Law
 5         6300 Wilshire Boulevard, Suite 1500
           Los Angeles, California 90048
 6         323.653.6530
           oflechsig@amglaw.com
 7

 8

 9    For Defendant Chevron USA, Inc.:

10         SHEPPARD MULLIN
           By: SARAH FAN, Attorney at Law
11         333 South Hope Street, 43rd Floor
           Los Angeles, California 90071
12         213.620.1780
           sfan@sheppardmullin.com
13

14

15    Also Present:

16         Dolores Y. Leal, Attorney at Law
           Allred, Maroko & Goldberg
17
           Paris Stephen, Attorney at Law
18         Allred, Maroko & Goldberg

19         Eguono Erhun, Attorney at Law
           Chevron Nigeria Limited
20

21

22

23

24

25
```

**EXHIBIT 14-2**

Dr. Victor Adeyeye                                    November 15, 2024

```
 1                    INDEX OF EXAMINATION

 2

 3    Examination by:                              Page

 4    Ms. Flechsig                                  6

 5

 6

 7

 8

 9                      ---o0o---

10

11       QUESTIONS INSTRUCTED NOT TO ANSWER

12                      (None.)

13

14              QUESTIONS MARKED

15                      (None.)

16

17            CONFIDENTIAL PORTIONS

18                      (None.)

19

20                      ---o0o---

21

22

23

24

25
```

**EXHIBIT 14-3**

Dr. Victor Adeyeye                                        November 15, 2024

```
 1                        INDEX OF EXHIBITS

 2

 3    Plaintiff's Exhibits:

 4    Exhibit No.    Description                    Page

 5                        (No exhibits marked.)

 6

 7

 8

 9

10    Defendant's Exhibits:

11    Exhibit No.    Description                    Page

12                        (No exhibits marked.)

13

14

15                        ---o0o---

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 14-4**

Dr. Victor Adeyeye                                      November 15, 2024

1    College of Surgeon, ATLS, Advanced Trauma Life Supports.

2           I also have American College of Physician,

3    Advanced Cardiovascular Life Supports.

4           Also, Basic Life Supports for America.

5           Then, luckily, too, I have Health Management

6    Certification of Nigerian Postgraduate Medical College,

7    and a Physician of Emergency Medicine, Nigeria, where I

8    also have a certification.

9           Thank you.

10     Q.    Have you ever treated any patients with a

11   thoracic aortic aneurysm?

12     A.    In the course of my treating, I've had one case

13   of such.

14     Q.    Okay.  When was that?

15     A.    That was between 2010 to 2012.

16     Q.    Okay.  Do you know whether that patient had a

17   descending aortic aneurysm or an ascending aortic

18   aneurysm?

19     A.    Aortic roots aneurysm.  That was the patient's

20   type.

21     Q.    Okay.  Is -- since I'm a layperson, is that --

22   does that mean it's an ascending or --

23     A.    Yes --

24     Q.    -- descending?

25     A.    -- yes, yes.  Ascending.  Ascending.

**EXHIBIT 14-5**

Dr. Victor Adeyeye                                    November 15, 2024

```
 1              a follow-up patient.  Nothing could be done.
 2              Ruptured, and that was the --)
 3              THE COURT REPORTER:  There was more.
 4              THE WITNESS:  Mortality.  Death.  Death.
 5              THE COURT REPORTER:  Thank you.
 6   BY MS. FLECHSIG:
 7       Q.  So was the patient alive when they first came
 8   to you?
 9       A.  Yes.
10       Q.  Understood.
11              Were you able to administer any treatments to
12   the patient before they passed away?
13       A.  The treatment could not be given.  Not
14   available.
15       Q.  Understood.
16              Do you have a current curriculum vitae or a
17   resume?
18       A.  Have but not updated.
19       Q.  Okay.  Do you know when you would have last
20   updated it?
21       A.  Over a year ago.
22       Q.  Have you published any medical research during
23   the last 10 years?
24       A.  Two contributions to textbooks of medicine with
25   over 20 publications in local and international
```

**EXHIBIT 14-6**

Dr. Victor Adeyeye                                    November 15, 2024

1   figure to that.  Not only consultation, even medevac

2   cases that require expats' management as a supporting

3   facility to offshore -- location.  Thank you.

4           THE COURT REPORTER:  To offshore?  Doctor, to

5   offshore what location?

6           THE WITNESS:  Offshore location.  Offshore.

7   Offshore.  Escravos.  Offshore Escravos.  Escravos.

8   Escravos.  Escravos location.  Offshore Escravos

9   location.

10          Thank you.

11  BY MS. FLECHSIG:

12      Q.    Okay.  You have never spoken to Mark Snookal,

13  the plaintiff in this case, correct?

14      A.    Never spoken with him.

15      Q.    Okay.  Have you ever reviewed Mr. Snookal's

16  employment history?

17      A.    Employment history?

18      Q.    Yes.

19      A.    Or medical history?

20      Q.    No, have you ever reviewed his employment

21  history?

22      A.    Oh, that's not within my scope.

23      Q.    Okay.  So, no, you have not reviewed his

24  employment history, correct?

25      A.    Yes.

**EXHIBIT 14-7**

Dr. Victor Adeyeye                                          November 15, 2024

```
 1              MS. FAN:  Asked and answered.
 2   BY MS. FLECHSIG:
 3       Q.   That's a -- you said yes?
 4       A.   I've never reviewed his employment history.
 5       Q.   Thank you.
 6            You mentioned also giving treatment in response
 7   to medical evacuations.
 8       A.   Yes.
 9       Q.   Do you -- do you treat people who have been
10   medevaced from Escravos, Nigeria?
11       A.   Yes.
12       Q.   How often do you treat people who have been
13   medevaced on an emergency basis from Escravos, Nigeria?
14       A.   Putting specific number is difficult because
15   not all cases are medevaced.  Many cases are, based
16   on --
17              THE COURT REPORTER:  Based --
18              THE WITNESS:  Expats advised.  Based on expat
19   advised.
20   BY MS. FLECHSIG:
21       Q.   Okay.  Can you give me your best estimate of
22   how often on average you treat someone who has been
23   evacuated from Escravos on an emergency basis?  Just
24   approximately.
25       A.   That varies.  In a year -- it's -- it's quite
```

**EXHIBIT 14-8**

Dr. Victor Adeyeye                                      November 15, 2024

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3                      ---o0o---

 4   MARK SNOOKAL, an individual,   )
                  Plaintiff,        )
 5   vs.                            )  Case No.
                                    )  2:23-cv-6302-HDV-AJR
 6   CHEVRON USA, INC., a California )
     Corporation, and DOES 1 through )
 7   10, inclusive,                 )
                  Defendants.       )
 8   _____)

 9                REPORTER'S CERTIFICATION
                    ORAL DEPOSITION OF
10                   DR. VICTOR ADEYEYE
                   Volume 1, Pages 1 - 34
11               Friday, November 15, 2024

12           I, RENÉE M. BENCICH, Certified Shorthand
     Reporter in and for the State of California, hereby
13   certify to the following:
             That the witness, DR. VICTOR ADEYEYE, was duly
14   sworn by the officer and that the transcript of the oral
     deposition is a true record of the testimony given by
15   the witness;
             I further certify that pursuant to FRCP Rule
16   30(e)(1) that the signature of the deponent:
             (XX) was requested by the deponent or a party
17   before the completion of the deposition and returned
     within 30 days from date of receipt of the transcript.
18   If returned, the attached Changes and Signature Page
     contains any changes and the reasons therefor;
19           (  ) was not requested by the deponent or a
     party before the completion of the deposition.
20           I further certify that I am neither attorney
     nor counsel for, related to, nor employed by any of the
21   parties to the action in which this testimony was taken.
             Further, I am not a relative or employee of any
22   attorney of record in this cause, nor do I have a
     financial interest in the action.
23           Subscribed and sworn to on this the 1st day of
     December, 2024.
24                          _____
                            RENÉE M. BENCICH, CSR, RPR
25                          California License No. 11946
```

**EXHIBIT 14-9**

# EXHIBIT 15

1              UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4   MARK SNOOKAL, an individual,     )
                                     )
5                                    )
                Plaintiff,           )
6                                    )
                                     )
7         vs.                        )  CASE No.
                                     )  2:23-cv-6302
8                                    )  HDV-AJR
    CHEVRON USA, INC., a California  )
9   Corporation and DOES 1 through   )
    10, inclusive,                   )
10                                   )
                                     )
11              Defendants.          )
    _____)

12

13

14

15      Videotaped Remote Deposition via Zoom videoconference

16   of SHAHID HAMEED KHAN, M.D., taken on behalf of Defendant

17   Chevron USA, Inc., at Culver City, California, commencing

18   at 2:06 p.m., Monday, February 10, 2025, before Marivon H.

19   Christine, CSR No. 3735.

20

21

22

23

24

25

**EXHIBIT 15-1**

```
 1    APPEARANCES OF COUNSEL:

 2

 3       For the Plaintiff:

 4           ALLRED, MAROKO & GOLDBERG
             BY:  OLIVIA FLECHSIG, ESQ.
 5           6300 Wilshire Boulevard
             Suite 1500
 6           Los Angeles, California  90048
             (323) 653-6530
 7           oflechsig@amglaw.com

 8
         For the Defendant:
 9
             SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
10           BY:  TRACEY A. KENNEDY, ESQ.
             350 South Grand Avenue
11           40th Floor
             Los Angeles, California  90071
12           (213) 620-1780
             tkennedy@sheppardmullin.com
13

14
      ALSO PRESENT:
15

16           Blake Jones, Videographer

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 15-2**

```
 1                      I N D E X

 2

 3    DEPONENT                 EXAMINED BY              PAGE

 4    SHAHID HAMEED KHAN, M.D.    MS. KENNEDY            5

 5                                                       42

 6                             MS. FLECHSIG             25

 7

 8

 9    EXHIBITS FOR IDENTIFICATION:

10    1     Kaiser Medical Records, Mark Snookal,        12
            April 19, 2019, Bates No. Snookal 641 - 643
11
      2     Note, dated July 29, 2019, Bates            18
12          No. Snookal 665

13    3     E-mail between Steven H. Khan and Scott     20
            Levy, dated August 23, 2019, Bates
14          No. Snookal 644

15    4     Kaiser Medical Records, Bates               34
            No. Snookal 779 - 788
16
      5     Kaiser Medical Records, Bates               37
17          No. Snookal 789 - 806

18    6     E-mail Communication re Rotational Work     40
            in Nigeria, Bates No. Snookal 01284
19

20

21

22

23

24

25
```

**EXHIBIT 15-3**

1   risk than average.  Does that make sense?

2       Q    Yes.  Thank you, Dr. Khan.

3            Quick question.  You write that "has not shown

4   any growth for three years."  Is there a reason you

5   selected three years as opposed to four or five or even          02:32

6   one year?

7       A    That's just based on the years of CT scans, which

8   are between 2016 and 2019, so I just subtracted those and

9   came up with three.

10      Q    In the second or third to last line of the e-mail          02:33

11  you write, "In summary, Mr. MS's risk of serious

12  complications related to his thoracic aortic aneurysm is

13  low and likely less than 2 percent per year."

14           In layman's terms, what does that mean?

15      A    Well, again, he's demonstrated that the aneurysm          02:33

16  is not growing over a three-year period, and so his risk

17  of it starting to expand suddenly seems very low and less

18  than average because he's demonstrated a less-than-average

19  rate of growth over the last three years we've done CTs on

20  him.          02:33

21      Q    In your experience if someone like Mr. Snookal

22  had -- I guess, not had much growth or no growth at all in

23  his thoracic aortic aneurysm, again, from a medical

24  perspective does that ever change over time?

25      A    Yes, it certainly can.  So he would need once a          02:34

**EXHIBIT 15-4**

 1   year to come back and have a CT scan done, a CAT scan of

 2   his aorta.  So we would continue to follow with an annual

 3   CAT scan.

 4       Q    And why is it that individuals like Mr. Snookal,

 5   why do they need an annual CAT scan?                        02:34

 6       A    Again, just to check to see if it's getting any

 7   bigger.

 8       Q    What are some of the causes that could cause an

 9   aortic -- strike that.

10            What are some of the causes that would increase a  02:34

11   thoracic aortic aneurysm?  What causes it to grow, so to

12   speak?

13       A    Well, one of the factors would be high blood

14   pressure.  If his blood pressure was significantly

15   elevated, then that would be a concern.  You want to make   02:35

16   sure his blood pressure is well-controlled.

17       Q    Any other causes that you can think of?

18       A    I think that would be the main one, yeah.

19       Q    All right.  Thank you.

20            Dr. Khan, do you have any recollection as to when  02:35

21   the last time you had any interaction was with

22   Mr. Snookal?

23       A    I do not, no.

24            MS. KENNEDY:  I think I'm just about done.  Let

25   me see if I can track down the other document.  Let's go    02:35

**EXHIBIT 15-5**

1    Q    During the 35 years of general cardiology

2  practice, as well as the transplant cardiology that you

3  also spent time on, how many people with dilated aortic

4  root did you treat?

5    A    I don't know.  But the early part of my career at    02:51

6  Cedars, I think for seven-ish years, maybe, I worked in

7  the cardiac surgery intensive care unit, so we had a fair

8  number of people with aortic aneurysms, you know, before

9  and after surgery.  We took care of them there.

10   Q    Let me ask it in a more answerable way.    02:52

11        Do you know on average how many people you saw

12  per year with a dilated aortic root, if you just had to

13  give me your best estimate?

14   A    I mean, I would just be making a random wild

15  guess.  I don't know.    02:52

16   Q    Do you know if it was less than 10 per year on

17  average, more than 10 per year on average?

18   A    I would guess it was probably 15 -- between 10

19  and 20, but again, kind of a random guess there.

20   Q    Okay.  The patients with dilated aortic root you    02:52

21  saw; correct?

22   A    Yeah.  Yeah.

23   Q    I want to follow up on some of the questions that

24  Ms. Kennedy was asking.  So you said that one of the

25  reasons why a thoracic aortic aneurysm would increase in    02:53

**EXHIBIT 15-6**

```
 1   size is high blood pressure; right?

 2       A    Yeah.  I mean, if it was uncontrolled.  So that's

 3   why I said you'd have to follow it closely to make sure it

 4   was controlled recently.

 5       Q    How do you control blood pressure?  How does that      02:53

 6   work?

 7       A    Yeah.  Primarily through medicines, some

 8   lifestyle things, low-salt diet, you know.  Primarily

 9   through medicines.

10       Q    Okay.  Any other lifestyle things other than          02:54

11   low-salt diet?

12       A    Well, they shouldn't do strenuous isometric

13   exertion, like, lifting weights.  That could be

14   contraindicated to lift heavy weights.  You know, general

15   cardio kind of exercise is okay to keep -- walking on a        02:54

16   treadmill, as I recall.  So cardio exercise in general is

17   okay, but isometric kind of exercise generally is frowned

18   on, especially very heavy lifting.

19       Q    How heavy is heavy usually, just so I have a

20   sense of, you know, sort of what that means?                   02:54

21       A    I mean, I don't think there is a number that we

22   think about.  I think it's something that would be a

23   strenuous amount to lift, and that's going to be different

24   for different people.  You know, for some people that

25   might be 30 pounds.  For some it might be 50 pounds.  But       02:55
```

**EXHIBIT 15-7**

1    it depends on the person.

2        Q    Okay.  Understood.  And in terms of medication

3    used to control high blood pressure, would Mr. Snookal be

4    on one or more of those medications?

5        A    Yes.  He was on two:  amlodipine and losartan.          02:55

6        Q    Understood.  So no other medications would have

7    been needed to control Mr. Snookal's blood pressure?

8        A    His blood pressure looked okay there from what I

9    saw, but, yeah, he's apparently doing well.  There were, I

10   think, two medicines that were blacked out so I don't         02:55

11   know, but from what I saw there were two medicines he was

12   on for blood pressure.

13       Q    Okay.  For a patient such as Mr. Snookal where

14   the recommendation is to get a CT, an echocardiogram once

15   per year, why is it that he only needs to have the testing    02:56

16   done once per year and not more frequently?

17       A    It depends on the size of the aneurysm and the

18   rate of growth that you're seeing.  So his had been stable

19   over the three years that we had checked him.

20            So once a year was adequate for him, and that's       02:56

21   something he could have done anywhere.  And it would be

22   ideal for him to come back to the United States and have

23   it done at the same place, but he could have it done

24   anywhere.

25       Q    Okay.  I want to quickly direct you back to          02:57

**EXHIBIT 15-8**

1    that's the question.

2        Q    Yeah.  I guess, does it make you think that you

3    at least must have known that it was in a rural or remote

4    area of Nigeria?

5            MS. KENNEDY:  I'll object to the form of the            02:59

6    question.

7            THE WITNESS:  I mean, it does look like I

8    understood that this was a rural or remote location.

9    BY MS. FLECHSIG:

10       Q    Okay.  I wanted to ask, I guess to follow up on    02:59

11   that, why was it in your opinion that he could perform a

12   job in a rural or remote area of Nigeria?

13       A    Well, a couple of things.  One is that his

14   aneurysm appeared stable.  Second, his blood pressure

15   appeared under reasonably good control; and third, the      03:00

16   follow-up for this kind of disease is very intermittent,

17   very periodic.

18           Once a year come back and have a CT scan done.

19   It's not an elaborate follow-up, and it's not complex or

20   difficult to follow.  I mean, it's a very quick, simple     03:01

21   visit.  You just have him come in.  Check the results of

22   the CT, check the blood pressure, chat a little bit, and

23   it's not a complicated disease process.

24           If it was to get bigger, then the follow-up would

25   be more intense, but at the level he's at it's not          03:01

**EXHIBIT 15-9**

```
 1    particularly intense.  It's a straightforward type of

 2    follow-up.

 3        Q    Yeah.  In terms of detecting whether the size has

 4    changed, that's the purpose of the CT, the annual CT scan?

 5        A    Yeah.                                                    03:01

 6        Q    I wanted to ask you -- you and Ms. Kennedy

 7    discussed a little bit a citation that I've highlighted on

 8    the screen here.  I think it's Annals of Thoracic Surgery,

 9    2002, and there's a volume and page number.

10        A    Um-hum.                                                  03:02

11        Q    You said you recall actually looking that study

12    up in order to, you know, draft this e-mail; is that

13    correct?

14        A    Yeah.

15        Q    Okay.  What did you do to locate that study?          03:02

16        A    Typically what I do is do a search on MedMine or

17    PubMed, which is kind of a federal database for searching

18    for medical questions.  And then you get a list of papers

19    that are relevant, and then I look through them and find a

20    table that listed thoracic aneurysm size and the risks       03:02

21    based on that.

22            It could also come from the guidelines because --

23    I'm not actually sure if there were guidelines at this

24    point for aortic aneurysm management, but I know there

25    currently are guidelines for follow-up, but this is a         03:03
```

**EXHIBIT 15-10**

1    while ago, yeah.

2        Q    Okay.  Just to sort of put a point on this, you

3    put in this highlighted line here, "In summary, Mr. MS's

4    risk of serious complications related to his thoracic

5    aortic aneurysm is low and likely less than 2 percent per          03:03

6    year."

7            Why did you conclude less than 2 percent or the

8    risk of serious complication was likely less than 2

9    percent per year?

10       A    Yeah.  Basically, what I mentioned before, that          03:04

11   we had been following the aneurysm over the last three

12   years, and the aneurysm had not grown or enlarged at all.

13   The average person, as I mentioned, would grow about 0.1

14   centimeters per year, but the fact that his had not grown

15   meant or implied that the risk of enlarging in any given          03:04

16   year was lower than that 0.1 percent, so the risk of a

17   problem with the aneurysm would likely be less than that

18   reported in literature.

19       Q    Okay.  Okay.  Thank you for going through that.

20           So do you have any recollection speaking in          03:04

21   realtime with anyone from Chevron about Mr. Snookal?

22       A    No, I don't.  I don't remember if I spoke to

23   someone.

24       Q    Okay.  Do you remember whether you would have

25   been willing to speak to someone had you connected in          03:05

**EXHIBIT 15-11**

```
 1   realtime over the phone or the internet?

 2       A    Yes, sure.

 3       Q    Would you have been willing to provide additional

 4   follow-up information had they asked for it after this

 5   e-mail?                                                        03:05

 6       A    Yeah.  Certainly.

 7            MS. FLECHSIG:  I'm going to go through an

 8   additional exhibit.  I'm going to mark as Exhibit 4 what's

 9   been produced as Snookal 00779 through Snookal 00788.

10            (The document referenced was marked                  03:07

11            as Exhibit 4 for identification and is

12            attached hereto.)

13            MS. KENNEDY:  You said 779 through 788?

14            MS. FLECHSIG:  788, yeah, I think that's right.

15            MS. KENNEDY:  I'm sorry.  799 through 788?           03:07

16            MS. FLECHSIG:  Excuse me, 779.

17            MS. KENNEDY:  Okay.

18            MS. FLECHSIG:  779, apologies, through -- yeah,

19   actually, okay.  Hold on.  I think I found the better

20   redacted version.  Let's start with 779 through --           03:07

21            MS. KENNEDY:  That's dated April 9, 2019.

22   BY MS. FLECHSIG:

23       Q    I think that's the same, but with fewer

24   redactions.  I apologize, but I want to show you this, as

25   well, Dr. Khan.                                               03:08
```

**EXHIBIT 15-12**

```
 1   Snookal 01284.

 2          (The document referenced was marked

 3          as Exhibit 6 for identification and is

 4          attached hereto.)

 5   BY MS. FLECHSIG:

 6      Q    And it's just one-page, Dr. Khan.  I'm going to

 7   give you a second to read through it.

 8      A    Um-hum.  Yes.

 9      Q    Have you seen this document before?

10      A    I'm sure I did.  I mean, I responded to it.      03:20

11      Q    It looks like these are messages that you

12   exchanged with Mr. Snookal via the Kaiser Permanente

13   communication platform; is that correct?

14      A    Right.  I mean, Kaiser patients can e-mail their

15   doctor directly and we can respond back directly.         03:20

16      Q    Okay.  So in this e-mail that Mark Snookal sent

17   you 7-24-2019, does this look like a true and correct copy

18   that you received?

19      A    Yeah.

20      Q    Okay.  In it you'll see he says, "I was a         03:21

21   successful candidate for a position working in Nigeria on

22   a 28-day rotational assignment (28 days on in Nigeria and

23   28 days off in the US)."

24          With this rotational assignment where he's

25   working 28 days in Nigeria and 28 days off in the United   03:21
```

**EXHIBIT 15-13**

```
 1    States, the fact that he's working 28 days on at a time,

 2    would that impact your analysis of Mr. Snookal's ability

 3    to complete the job duties for 28 days at a time?

 4         MS. KENNEDY:  Objection.  Lacks foundation as

 5    phrased, but you can respond, Dr. Khan.                        03:22

 6         THE WITNESS:  I don't think that would be

 7    contraindicated based on his medical condition.

 8    BY MS. FLECHSIG:

 9         Q    And why not?

10         A    I mean, he basically just needs to get a CT once   03:22

11    a year and then have his blood pressure checked, but I

12    mean, his blood pressure is under control.  And most

13    people with high blood pressure, you know, they're checked

14    a couple times a year, but, you know, this is well within

15    acceptable parameters for checking somebody's aortic        03:22

16    aneurysm and blood pressure when he's back here roughly

17    once a month.

18         Q    Can people also check their blood pressure

19    themselves at home?

20         A    Yeah, absolutely.  Yeah, we encourage that now.    03:22

21    That's -- we encourage people to get home blood pressure

22    cuffs, and Kaiser hands them out or sells them to patients

23    for the patients to do that too.

24         MS. FLECHSIG:  Okay.  I think that's all I have

25    for you, Dr. Khan.  I think that's it.  Thank you so much    03:23
```

**EXHIBIT 15-14**

```
1                        CERTIFICATE

2                            OF

3              CERTIFIED SHORTHAND REPORTER

4

5              The undersigned Certified Shorthand Reporter

6    of the State of California does hereby certify:

7              That the foregoing proceeding was taken

8    remotely before me at the time and place therein set

9    forth, at which time the witness was duly sworn by me;

10             That the testimony of the witness and all

11   objections made at the time of the examination were

12   recorded stenographically by me and were thereafter

13   transcribed, said transcript being a true and correct

14   copy of my shorthand notes thereof;

15             I hereby certify that I am not interested in

16   the event of the action.

17             IN WITNESS WHEREOF, I have subscribed my name

18   this date: February 17, 2025.

19

20

21   MARIVON H. CHRISTINE, CSR
     Certificate No. 3735

22

23

24

25
```

**EXHIBIT 15-15**

1

2

3

4      Marivon H. Christine , Certified Shorthand Reporter,

5  CSR No.  3735, hereby certify:

6      The foregoing is a true and correct copy of the

7  original transcript of the proceedings taken by me

8  as thereon stated.

9

10

11

12  Dated:  _____February 24, 2025_____

13

14

15

16           _____

17

18

19

20

21

22

23

24

25

**EXHIBIT 15-16**

# EXHIBIT 16

**EXHIBIT 16-1**

1              UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4

5   MARK SNOOKAL, an individual,       )
                                        )
6           Plaintiff,                  )
                                        )
7       v.                              )   NO. 2:23-cv-6302-
                                        )       HDV-AJR
8   CHEVRON USA, INC., a California     )
    Corporation, and DOES 1 through     )
9   10, inclusive,                      )
                                        )
10          Defendants.                 )
    _____)

11

12

13

14

15

16

17          Videotaped deposition of MARK JORDAN

18      SNOOKAL, Plaintiff, taken on behalf of Defendants

19      at 333 South Hope Street, 43rd Floor, Los Angeles,

20      California, commencing at 10:00 a.m. on Friday,

21      May 10, 2024, before John M. Taxter, Certified

22      Shorthand Reporter No. 3579 in and for the State

23      of California, a Registered Professional Reporter.

24

25

**EXHIBIT 16-2**

```
1     APPEARANCES OF COUNSEL:

2

3

4     FOR PLAINTIFF MARK JORDAN SNOOKAL:

5            ALLRED, MAROKO & GOLDBERG
             BY:  DOLORES Y. LEAL, Attorney at Law
6            6300 Wilshire Boulevard, Suite 1500
             Los Angeles, California  90048-5217
7            323.653.6530
             dleal@amglaw.com
8

9

10    FOR DEFENDANT CHEVRON USA, INC.:

11           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
             BY:  ROBERT E. MUSSIG, Attorney at Law
12           333 South Hope Street, 43rd Floor
             Los Angeles, California  90071-1422
13           213.620.1780
             rmussig@sheppardmullin.com
14
                      -and-
15
             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
16           BY:  LINDA Z. SHEN, Attorney at Law
             501 West Broadway, 18th Floor
17           San Diego, California  92101-3598
             619.338.6500
18           lshen@sheppardmullin.com

19

20

21    VIDEOGRAPHER:

22           GIGI FADICH

23

24

25
```

**EXHIBIT 16-3**

| | | |
|---|---|---|
| 1 | time whose name escapes me at the moment to | 10:25:05 |
| 2 | basically put me back in analyzer engineering but | 10:25:09 |
| 3 | with a focus on analyzer reliability improvement. | 10:25:13 |
| 4 | So they kind of made that one up. | 10:25:19 |
| 5 | Q    They created a position for you because | 10:25:23 |
| 6 | they wanted you in that -- in that department? | 10:25:25 |
| 7 | A    Correct. | 10:25:27 |
| 8 | Q    And I -- I guess my question had been | 10:25:28 |
| 9 | you -- you said it wasn't a promotion. | 10:25:30 |
| 10 | Was it a lateral move?  And was it -- it | 10:25:32 |
| 11 | wasn't a demotion; right? | 10:25:34 |
| 12 | A    In my mind, it was a demotion.  It was a | 10:25:37 |
| 13 | lateral move from a career development standpoint, | 10:25:40 |
| 14 | I was told. | 10:25:48 |
| 15 | Q    And why -- | 10:25:48 |
| 16 | A    And I treated it that way, but it didn't | 10:25:49 |
| 17 | really feel like that at the time. | 10:25:53 |
| 18 | Q    Why was it a demotion, in your mind? | 10:25:54 |
| 19 | A    I went from supervising a group of 18 | 10:25:57 |
| 20 | people to supervising no one and essentially doing | 10:25:59 |
| 21 | the same job that I left before I did that | 10:26:03 |
| 22 | supervisory job. | 10:26:05 |
| 23 | Q    Were you paid the same? | 10:26:09 |
| 24 | A    I was. | 10:26:10 |
| 25 | Q    And that -- so that position is in the | 10:26:13 |

**EXHIBIT 16-4**

| | | |
|---|---|---|
| 1 | subgroup. | 10:28:03 |
| 2 | Is that right? | 10:28:03 |
| 3 | A    That is correct. | 10:28:04 |
| 4 | Q    Then so at this point you had worked in | 10:28:06 |
| 5 | the maintenance department and in the engineering | 10:28:08 |
| 6 | group; is that right? | 10:28:12 |
| 7 | A    Yes. | 10:28:13 |
| 8 | Q    And you held that IEAR team lead | 10:28:16 |
| 9 | position from November of 2016 to November of | 10:28:19 |
| 10 | 2019; is that right? | 10:28:22 |
| 11 | A    Yes. | 10:28:22 |
| 12 | Q    Okay.  And did I already ask you this? | 10:28:26 |
| 13 | You were a PSG 22 in that position? | 10:28:28 |
| 14 | A    I was. | 10:28:32 |
| 15 | Q    And then I think that was around the | 10:28:34 |
| 16 | time of the Escravos which we'll get into in a | 10:28:38 |
| 17 | moment. | 10:28:43 |
| 18 | Is that right? | 10:28:43 |
| 19 | A    Yes, it was. | 10:28:43 |
| 20 | Q    Okay.  Now, you -- you were based out of | 10:28:44 |
| 21 | Chevron's El Segundo refinery throughout your time | 10:28:47 |
| 22 | with Chevron; correct? | 10:28:50 |
| 23 | A    That's correct. | 10:28:51 |
| 24 | Q    And your employer was Chevron USA, Inc.; | 10:28:53 |
| 25 | is that right? | 10:28:53 |

**EXHIBIT 16-5**

| | | |
|---|---|---|
| 1 | A    They have a very complicated corporate | 10:28:59 |
| 2 | structure, so I don't actually know -- | 10:29:01 |
| 3 | Q    Okay. | 10:29:01 |
| 4 | A    -- the answer that question. | 10:29:04 |
| 5 | Q    As you sit here right now, do you have | 10:29:06 |
| 6 | any reason to dispute that your employer | 10:29:07 |
| 7 | throughout that time was Chevron USA, Inc.? | 10:29:10 |
| 8 | A    I do not. | 10:29:12 |
| 9 | Q    And how many employees total at the | 10:29:14 |
| 10 | El Segundo refinery, your best estimate? | 10:29:15 |
| 11 | A    I would say around a thousand. | 10:29:18 |
| 12 | Q    And there were -- so I -- correct me if | 10:29:21 |
| 13 | I'm wrong, but I -- as I understand it, there -- | 10:29:26 |
| 14 | and I think we talked about this a little bit. | 10:29:30 |
| 15 | There are different departments, and in | 10:29:33 |
| 16 | the maintenance department there are four | 10:29:34 |
| 17 | subgroups -- right? -- or at the time there were | 10:29:36 |
| 18 | four subgroups; routine maintenance, reliability, | 10:29:38 |
| 19 | integrity, integrity turnaround, and construction | 10:29:43 |
| 20 | services. | 10:29:46 |
| 21 | Does that sound right? | 10:29:47 |
| 22 | A    You'll have to break them up a little | 10:29:48 |
| 23 | bit more. | 10:29:50 |
| 24 | Q    Okay. | 10:29:50 |
| 25 | A    Not -- not further, just a little more | 10:29:50 |

**EXHIBIT 16-6**

| | | |
|---|---|---|
| 1 | page 3 of the document, SNOOKAL-607, is that your | 10:46:02 |
| 2 | signature at the bottom? | 10:46:07 |
| 3 |     A   It is. | 10:46:08 |
| 4 |     Q   And it's dated July 18, 2019; is that | 10:46:08 |
| 5 | right? | 10:46:08 |
| 6 |     A   That's correct. | 10:46:13 |
| 7 |     Q   And is this referred to as an MSEA form? | 10:46:16 |
| 8 |     A   It is. | 10:46:19 |
| 9 |     Q   And so on -- and so on the first three | 10:46:24 |
| 10 | pages of the form up to your signature, all the | 10:46:28 |
| 11 | boxes that are checked, you checked those; right? | 10:46:33 |
| 12 |     A   That's correct. | 10:46:36 |
| 13 |     Q   Okay.  And so box No. 1 is: | 10:46:36 |
| 14 |         "Do you have any medical, | 10:46:40 |
| 15 |         physical or psychological | 10:46:41 |
| 16 |         conditions under the care of a | 10:46:42 |
| 17 |         health professional?  If yes, | 10:46:44 |
| 18 |         please describe." | 10:46:46 |
| 19 |         You marked by the box "yes"; right? | 10:46:48 |
| 20 |     A   Correct. | 10:46:48 |
| 21 |     Q   And then you said: | 10:46:50 |
| 22 |         "I have a dilated aortic root. | 10:46:51 |
| 23 |         I am under the care of a | 10:46:54 |
| 24 |         cardiologist and see him once per | 10:46:56 |
| 25 |         year for a checkup.  I have | 10:46:58 |

**EXHIBIT 16-7**

| | | |
|---|---|---|
| 1 | consulted with him on this | 10:46:59 |
| 2 | assignment, and he sees no issues | 10:47:00 |
| 3 | with it." | 10:47:02 |
| 4 | You wrote that; correct? | 10:47:02 |
| 5 | A    I did. | 10:47:03 |
| 6 | Q    And you -- you had -- you had testified | 10:47:05 |
| 7 | about this earlier.  I'm sorry for -- for -- I | 10:47:09 |
| 8 | think you were diagnosed with the dilated aortic | 10:47:12 |
| 9 | root in 2015. | 10:47:16 |
| 10 | Is that wrong? | 10:47:17 |
| 11 | A    I -- I honestly can't remember if it was | 10:47:19 |
| 12 | late 2014 or 2015. | 10:47:21 |
| 13 | Q    Okay.  But in that time frame? | 10:47:24 |
| 14 | A    In that time frame. | 10:47:26 |
| 15 | Q    And who -- who diagnosed you with that? | 10:47:27 |
| 16 | A    Dr. Khan who was my doctor through this | 10:47:30 |
| 17 | whole event. | 10:47:34 |
| 18 | Q    Is he with Cedars? | 10:47:36 |
| 19 | A    He, I think, has multiple affiliations. | 10:47:40 |
| 20 | I saw him at Kaiser Permanente, Los Angeles. | 10:47:44 |
| 21 | Q    And, I mean, I -- I just want to ask a | 10:47:49 |
| 22 | couple background questions about it.  I don't | 10:47:54 |
| 23 | want to get too far into your -- your medical | 10:47:55 |
| 24 | history. | 10:48:00 |
| 25 | What -- when -- when he diagnosed you | 10:48:00 |

**EXHIBIT 16-8**

| | | |
|---|---|---|
| 1 | with it, what was the prognosis? | 10:48:02 |
| 2 | A    To sum it up, he said that sometimes the | 10:48:09 |
| 3 | aortic root will not expand any more than it | 10:48:15 |
| 4 | already has and it will never expand to a point | 10:48:18 |
| 5 | where they consider it to be something that they | 10:48:23 |
| 6 | should operate on, or it can expand at a rate and | 10:48:26 |
| 7 | to a size that they consider to be operable or | 10:48:36 |
| 8 | something that they should operate on.  He said | 10:48:40 |
| 9 | that there's no way to accurately predict -- | 10:48:44 |
| 10 | predict which one mine would be but that the rate | 10:48:51 |
| 11 | of growth determines how they treat it, basically. | 10:48:54 |
| 12 | Q    Okay.  And -- and I think here you say | 10:49:04 |
| 13 | that you had to see him on a yearly basis.  Was | 10:49:08 |
| 14 | that what he -- what he -- | 10:49:11 |
| 15 | A    They call it -- | 10:49:13 |
| 16 | Q    -- said at the time? | 10:49:14 |
| 17 | A    Yes.  They call it "watchful waiting" | 10:49:16 |
| 18 | which is basically taking a picture of it once a | 10:49:19 |
| 19 | year and seeing if it's grown or not and at what | 10:49:22 |
| 20 | rate from the last time. | 10:49:25 |
| 21 | Q    And so you -- you followed up on a | 10:49:26 |
| 22 | yearly basis with him, I'm assuming? | 10:49:28 |
| 23 | A    Every year. | 10:49:30 |
| 24 | Q    And how did it develop, if at all? | 10:49:31 |
| 25 | A    There were some years where it grew at a | 10:49:36 |

**EXHIBIT 16-9**

| | | |
|---|---|---|
| 1 | low rate and other years where it had remained | 10:49:40 |
| 2 | stable.  I believe at the time that I applied it | 10:49:44 |
| 3 | had been stable for two or three years. | 10:49:47 |
| 4 | Q    And you may have already said this, but | 10:49:53 |
| 5 | the cardiologist that you're referring to here on | 10:49:56 |
| 6 | page 1 of -- of this exhibit, Exhibit 3, is | 10:49:58 |
| 7 | Dr. Khan; right? | 10:50:02 |
| 8 | A    Yes.  That's correct. | 10:50:03 |
| 9 | Q    What's the current state of the | 10:50:08 |
| 10 | condition? | 10:50:10 |
| 11 | A    I'm not sure how to answer that | 10:50:13 |
| 12 | question. | 10:50:15 |
| 13 | Q    Have you continued to see Dr. Khan about | 10:50:17 |
| 14 | the dilated aortic root? | 10:50:19 |
| 15 | A    Dr. Khan retired.  He retired during | 10:50:22 |
| 16 | COVID.  Kaiser had trouble assigning me a new | 10:50:25 |
| 17 | doctor, and during that time I left Chevron. | 10:50:30 |
| 18 | After this I went to Portland, and I continued my | 10:50:37 |
| 19 | care in Portland. | 10:50:43 |
| 20 | Q    Okay.  With a different cardiologist, I | 10:50:44 |
| 21 | assume? | 10:50:47 |
| 22 | A    With a different -- yeah. | 10:50:47 |
| 23 | Q    And what is his or her name? | 10:50:48 |
| 24 | A    I've actually -- the first two years I | 10:50:49 |
| 25 | was in Portland they did not assign me a | 10:50:53 |

**EXHIBIT 16-10**

| | | |
|---|---|---|
| 1 | cardiologist.  They just managed it through my | 10:50:55 |
| 2 | primary-care physician.  I recently changed | 10:50:58 |
| 3 | employment to a different employer, and I do have | 10:51:02 |
| 4 | a cardiologist now, a Dr. Schneider.  I've only | 10:51:05 |
| 5 | seen him once. | 10:51:10 |
| 6 | Q    Okay.  And we'll get into this more | 10:51:11 |
| 7 | later, but I believe you moved to Washington? | 10:51:13 |
| 8 | A    Correct. | 10:51:14 |
| 9 | Q    And so Dr. Schneider is in Washington? | 10:51:15 |
| 10 | A    He's actually in Portland.  I live right | 10:51:17 |
| 11 | near Portland, Oregon. | 10:51:21 |
| 12 | Q    Oh, I see. | 10:51:21 |
| 13 | A    There's a heart center in Portland, | 10:51:22 |
| 14 | Oregon. | 10:51:26 |
| 15 | Q    And when was your most recent checkup | 10:51:26 |
| 16 | with Dr. Schneider? | 10:51:28 |
| 17 | A    It was actually unrelated to the aortic | 10:51:31 |
| 18 | root dilation and was in -- I don't remember the | 10:51:36 |
| 19 | exact month, but it was late 2023. | 10:51:43 |
| 20 | Q    And what was it related to? | 10:51:46 |
| 21 | A    Tangentially related to PVCs that I also | 10:51:50 |
| 22 | listed on the form.  They ablated those to end -- | 10:51:56 |
| 23 | end me having PVCs. | 10:51:59 |
| 24 | Q    What are PVCs? | 10:52:01 |
| 25 | A    Premature ventricular contractions. | 10:52:03 |

**EXHIBIT 16-11**

```
 1    BY MR. MUSSIG:                                      10:59:00

 2        Q    Well, I -- you know, let me -- let me      10:59:03

 3    rephrase it.                                        10:59:04

 4             The document speaks for itself, but did    10:59:05

 5    Dr. -- did Dr. Sobel tell you at any point that     10:59:08

 6    getting the recommendation letter would guarantee   10:59:10

 7    medical clearance?                                  10:59:12

 8        A    What Dr. Sobel said when he gave this to   10:59:14

 9    me was -- he said, "You'll just need a letter from  10:59:16

10    your cardiologist.  This is what it should say,     10:59:19

11    and then it should be fine."                        10:59:22

12        Q    Okay.  Did he say anything about needing   10:59:27

13    further assessment?                                 10:59:33

14        A    He did not.                                10:59:35

15        Q    Since this visit, have you ever seen       10:59:40

16    Dr. Sobel again?                                    10:59:42

17        A    No.  He's not my doctor, so --             10:59:42

18        Q    I understand.  It was just this one        10:59:47

19    time?                                               10:59:49

20        A    Yeah.                                      10:59:51

21             MR. MUSSIG:  I'll mark as Exhibit 4.       10:59:55

22    It's a letter from Dr. Khan on Kaiser Permanente    11:00:00

23    letterhead.  It's Bates-numbered SNOOKAL-665.       11:00:05

24             (Exhibit 4 was marked for identification   11:00:05

25             by the Certified Shorthand Reporter.)      11:00:18
```

**EXHIBIT 16-12**

| | | |
|---|---|---|
| 1 | A    This e-mail was sent after I requested | 11:48:12 |
| 2 | this e-mail, so there was no response necessary. | 11:48:14 |
| 3 | Q    How did you request the e-mail? | 11:48:18 |
| 4 | A    Through Andrew Powers which was the HR | 11:48:20 |
| 5 | manager at El Segundo. | 11:48:23 |
| 6 | Q    And why did you request the e-mail? | 11:48:25 |
| 7 | A    Because I wanted them to give me written | 11:48:28 |
| 8 | documentation of why they were saying that I | 11:48:29 |
| 9 | couldn't go to Escravos and to identify other | 11:48:32 |
| 10 | locations where they would consider me to be | 11:48:35 |
| 11 | medically fit. | 11:48:38 |
| 12 | Q    Oh.  And he does that in this e-mail -- | 11:48:40 |
| 13 | right? -- at the -- at the bottom? | 11:48:42 |
| 14 | A    Correct. | 11:48:43 |
| 15 | Q    Did you ever apply to any jobs in those | 11:48:44 |
| 16 | locations? | 11:48:47 |
| 17 | A    There were no job openings in those | 11:48:48 |
| 18 | locations. | 11:48:49 |
| 19 | Q    I see.  And I -- I guess most -- are | 11:48:49 |
| 20 | these locations -- well, I -- I don't know if | 11:49:04 |
| 21 | you -- you probably don't know, but I'll ask the | 11:49:10 |
| 22 | question.  You can say "I don't know." | 11:49:13 |
| 23 | Would they have adequate medical | 11:49:14 |
| 24 | facilities in all these locations where he | 11:49:15 |
| 25 | indicates he would not foresee any issues with you | 11:49:17 |

**EXHIBIT 16-13**

| | | |
|---|---|---|
| 1 | of discrimination to anyone else at Chevron? | 11:55:59 |
| 2 | A    No. | 11:56:02 |
| 3 | Q    And when you say "based on a lack of | 11:56:03 |
| 4 | understanding," what -- what do you mean by that? | 11:56:13 |
| 5 | A    In my opinion, I don't believe that the | 11:56:18 |
| 6 | people that evaluated me did their due diligence | 11:56:21 |
| 7 | in understanding the condition that I had and the | 11:56:24 |
| 8 | effects that a remote location would have.  That's | 11:56:28 |
| 9 | what I meant by that. | 11:56:30 |
| 10 | Q    Okay.  And why do you believe that? | 11:56:31 |
| 11 | A    Just based on the conversations that I | 11:56:35 |
| 12 | had with them, it was clear that they didn't | 11:56:36 |
| 13 | really know what they were looking at and the fact | 11:56:38 |
| 14 | that they took a 17-year-old study as the only | 11:56:41 |
| 15 | piece of evidence that they looked at, as far as I | 11:56:47 |
| 16 | knew. | 11:56:50 |
| 17 | Q    Wasn't the 17-year-old study referenced | 11:56:53 |
| 18 | by Dr. Khan? | 11:56:55 |
| 19 | A    It's not Dr. Khan's job to give them the | 11:56:57 |
| 20 | information that they need.  They didn't -- | 11:57:01 |
| 21 | Q    So you agree that they were -- they | 11:57:05 |
| 22 | based their decision on the information provided | 11:57:07 |
| 23 | by Dr. Khan; right? | 11:57:09 |
| 24 | MS. LEAL:  Objection.  Calls for | 11:57:10 |
| 25 | speculation. | 11:57:11 |

**EXHIBIT 16-14**

| | | |
|---|---|---|
| 1 | dated September 5th, 2019 -- well, an e-mail from | 12:12:12 |
| 2 | Mr. Snookal but to Austin Ruppert and then from | 12:12:15 |
| 3 | Mr. Ruppert to Troy Tortorich, Thalia Tse, and | 12:12:19 |
| 4 | Andrew Powers. | 12:12:24 |
| 5 | (Exhibit 10 was marked for | 12:12:24 |
| 6 | identification by the Certified | 12:12:24 |
| 7 | Shorthand Reporter.) | 12:12:24 |
| 8 | BY MR. MUSSIG: | 12:12:24 |
| 9 | Q    Do recognize the first e-mail in this | 12:12:45 |
| 10 | chain, the one at the bottom of the page? | 12:12:47 |
| 11 | A    Yes. | 12:12:47 |
| 12 | Q    Okay.  And this is an e-mail from you to | 12:12:53 |
| 13 | Mr. Ruppert; correct? | 12:12:55 |
| 14 | A    Correct. | 12:12:56 |
| 15 | Q    And Mr. Ruppert at this point was your | 12:12:57 |
| 16 | supervisor; right? | 12:12:59 |
| 17 | A    Correct. | 12:13:00 |
| 18 | Q    And it says "position" -- the "subject" | 12:13:01 |
| 19 | line is "positions in 2H PDC." | 12:13:03 |
| 20 | What does -- what does the "2H PDC" | 12:13:06 |
| 21 | mean? | 12:13:09 |
| 22 | A    A second half PDC.  I don't know what | 12:13:10 |
| 23 | the acronym stands for.  It's just what they used | 12:13:14 |
| 24 | for the job selection process at Chevron. | 12:13:17 |
| 25 | Q    Okay.  And so why -- they look -- you're | 12:13:24 |

**EXHIBIT 16-15**

| | | |
|---|---|---|
| 1 | e-mailing Mr. Ruppert three possible positions. | 12:13:30 |
| 2 | Why were you doing that? | 12:13:33 |
| 3 | A    They asked me to search and see which | 12:13:34 |
| 4 | positions in El Segundo I felt that I would be | 12:13:36 |
| 5 | qualified for. | 12:13:40 |
| 6 | Q    And is that because this was after the | 12:13:41 |
| 7 | Escravos -- the REM position in Escravos had been | 12:13:45 |
| 8 | rescinded and your IEAR team lead position had | 12:13:50 |
| 9 | been back-filled? | 12:13:55 |
| 10 | A    That's correct. | 12:13:56 |
| 11 | Q    And I'm going to ask you a few | 12:13:57 |
| 12 | questions.  You may or may not know the answer, | 12:14:07 |
| 13 | but I just want to see if you do. | 12:14:10 |
| 14 | Any -- any job postings in the PDC | 12:14:12 |
| 15 | require a specific application process; right? | 12:14:16 |
| 16 | A    They do. | 12:14:19 |
| 17 | Q    Okay.  And each of those jobs has a -- a | 12:14:20 |
| 18 | PDR, a personal development representative, | 12:14:23 |
| 19 | assigned to the job? | 12:14:25 |
| 20 | A    That's correct. | 12:14:26 |
| 21 | Q    Okay.  And a PDR can represent 15 to 20 | 12:14:27 |
| 22 | jobs in the process; right? | 12:14:31 |
| 23 | A    I don't know the numbers, but -- | 12:14:34 |
| 24 | Q    More than one? | 12:14:36 |
| 25 | A    -- more than one. | 12:14:36 |

**EXHIBIT 16-16**

```
 1          Q     And each of those jobs also has a job          12:14:38

 2    owner; is that right?                                      12:14:41

 3          A     That's my understanding.  Yes.                 12:14:43

 4          Q     Okay.  And the job owner is typically          12:14:45

 5    the hiring supervisor for the opening; is that             12:14:47

 6    right?                                                     12:14:47

 7          A     I don't know if it's typically the -- I        12:14:50

 8    don't know if it works that way.                           12:14:52

 9          Q     Okay.  You just don't have any knowledge       12:14:53

10    one way or the other?                                      12:14:56

11          A     I don't.                                       12:14:58

12          Q     Do you know if the job owner is also           12:14:58

13    typically the supervisor who the employee would            12:15:02

14    report to, if they get that job?                           12:15:04

15          A     I -- I do not know the answer to that.         12:15:06

16    No.                                                        12:15:08

17          Q     Okay.  Do you have any knowledge about         12:15:09

18    the job owner's role in the decision-making                12:15:14

19    process as to -- as to the particular job?                 12:15:16

20          A     Not in a generic sense.  Generally, each       12:15:20

21    job is defined -- they'll tell you who to talk to.         12:15:22

22    It's not, in my experience, always the same                12:15:27

23    person.                                                    12:15:31

24          Q     What do you mean, "it's not"?                  12:15:31

25          A     The -- the -- the owner of the position        12:15:32
```

**EXHIBIT 16-17**

| | | |
|---|---|---|
| 1 | is not always the person that will be your | 12:15:35 |
| 2 | supervisor -- | 12:15:38 |
| 3 |     Q   I see. | 12:15:39 |
| 4 |     A   -- in my experience.  That doesn't mean | 12:15:39 |
| 5 | I know the process. | 12:15:43 |
| 6 |     Q   Sure.  In your experience, is it usually | 12:15:44 |
| 7 | the supervisor? | 12:15:47 |
| 8 |     A   No. | 12:15:47 |
| 9 |     Q   So more often than not the job owner is | 12:15:54 |
| 10 | not the same as the person that would be | 12:15:56 |
| 11 | supervising the position, in your experience? | 12:15:58 |
| 12 |     A   In my recollection and experience, that | 12:16:01 |
| 13 | is correct. | 12:16:03 |
| 14 |     Q   In -- in your recollection and | 12:16:05 |
| 15 | experience, do you know then like how a job owner | 12:16:06 |
| 16 | would be selected or assigned? | 12:16:10 |
| 17 |     A   I do not. | 12:16:18 |
| 18 |     Q   Earlier you had said -- going back to | 12:16:25 |
| 19 | the exhibit, Exhibit 10, you had said they told | 12:16:27 |
| 20 | you to look through the PDC openings. | 12:16:30 |
| 21 | When you said "they" -- is that right? | 12:16:34 |
| 22 |     A   Yes. | 12:16:36 |
| 23 |     Q   Okay.  When you said "they," who do | 12:16:37 |
| 24 | you -- who were you referring to? | 12:16:39 |
| 25 |     A   We had a meeting between Austin | 12:16:41 |

**EXHIBIT 16-18**

| | | |
|---|---|---|
| 1 | "Powers," Thalia Tse, and -- | 12:16:44 |
| 2 | Q    Austin Ruppert? | 12:16:49 |
| 3 | A    Sorry.  Yes.  Austin Ruppert, Andrew | 12:16:50 |
| 4 | Powers, and Thalia Tse.  I believe that was on the | 12:16:53 |
| 5 | 6th or 7th of September. | 12:17:04 |
| 6 | Q    Well, this e-mail is dated | 12:17:04 |
| 7 | September 5th -- | 12:17:07 |
| 8 | A    Okay. | 12:17:07 |
| 9 | Q    -- so it couldn't have been the 6th or | 12:17:09 |
| 10 | 7th. | 12:17:11 |
| 11 | A    So it might have been the 4th then. | 12:17:11 |
| 12 | Q    Okay.  Sometime shortly before you sent | 12:17:13 |
| 13 | this? | 12:17:15 |
| 14 | A    I don't remember the exact date, but, | 12:17:15 |
| 15 | yeah, it must be September 5th.  It would be the | 12:17:17 |
| 16 | same day that we had the meeting. | 12:17:19 |
| 17 | Q    So you had the meeting, and then you | 12:17:24 |
| 18 | immediately went to look for positions; right? | 12:17:29 |
| 19 | A    Right.  So there is a time limit; right? | 12:17:31 |
| 20 | The PDCs happen on a cycle -- that's why | 12:17:35 |
| 21 | it's called "2H" -- and there's deadlines.  I | 12:17:39 |
| 22 | believe we were -- I believe the deadline was | 12:17:43 |
| 23 | Friday, so -- | 12:17:45 |
| 24 | Q    And this was on Thursday? | 12:17:49 |
| 25 | A    Yeah, if I recall correctly. | 12:17:50 |

**EXHIBIT 16-19**

```
 1         Q    Now, at -- at one point in this case          12:18:07

 2    there is an allegation that during this meeting         12:18:08

 3    they identified three positions that you were           12:18:10

 4    qualified for; operating assistant, general team        12:18:13

 5    lead, and maintenance change operating assistant.       12:18:16

 6              Are those the same as these positions         12:18:18

 7    that are in this e-mail?                                12:18:25

 8         A    Two are the same; one is not.                 12:18:25

 9         Q    Okay.  And so -- so let me -- is that         12:18:28

10    accurate, that allegation that you -- they              12:18:31

11    identified three positions they thought you were        12:18:34

12    qualified for?                                          12:18:36

13         A    Yes.                                          12:18:37

14         Q    Okay.                                         12:18:37

15         A    That would be after this e-mail.  So          12:18:37

16    Austin came and talked to me with three positions.      12:18:40

17         Q    Oh.  Oh, okay.  So this e-mail came           12:18:44

18    after a meeting with Austin, not a meeting --           12:18:50

19         A    No.  This -- so in the time line we met       12:18:52

20    to discuss the path forward with Austin, Thalia,        12:19:00

21    and Andrew.  During that meeting, they said they        12:19:07

22    would look for positions, and they also asked me        12:19:12

23    to look for positions.  So we both looked for           12:19:14

24    positions.                                              12:19:17

25              I sent them this e-mail with the              12:19:18
```

**EXHIBIT 16-20**

| | | |
|---|---|---|
| 1 | positions that I found.  I don't know how they | 12:19:20 |
| 2 | came up with their positions that they approached | 12:19:26 |
| 3 | me with afterwards, but the positions that Austin | 12:19:29 |
| 4 | came and talked to me about were the second ones | 12:19:34 |
| 5 | on this e-mail, the two that start with "DS&C" -- | 12:19:39 |
| 6 | Q    Okay? | 12:19:45 |
| 7 | A    -- which are positions in El Segundo. | 12:19:45 |
| 8 | And he came to me with a third position also in | 12:19:47 |
| 9 | El Segundo that isn't on this e-mail but is the | 12:19:51 |
| 10 | maintenance change OA. | 12:19:55 |
| 11 | Q    Maintenance change "AOA"? | 12:19:58 |
| 12 | A    Maintenance change OA. | 12:20:00 |
| 13 | Q    Maintenance change? | 12:20:03 |
| 14 | A    Yeah. | 12:20:04 |
| 15 | Q    And why isn't that position on this | 12:20:06 |
| 16 | e-mail? | 12:20:09 |
| 17 | A    I didn't particularly want that | 12:20:11 |
| 18 | position, so I didn't identify it. | 12:20:13 |
| 19 | Q    Why didn't you want that position? | 12:20:18 |
| 20 | A    It was a new position that had been | 12:20:25 |
| 21 | created that year, and I didn't see it having much | 12:20:27 |
| 22 | potential for career development and I saw it as a | 12:20:33 |
| 23 | possible step back in my career based on its job | 12:20:45 |
| 24 | description that I saw. | 12:20:49 |
| 25 | Q    What in the job description made you | 12:20:49 |

**EXHIBIT 16-21**

| | | |
|---|---|---|
| 1 | think that? | 12:20:53 |
| 2 | A    No direct reports, a purely influential | 12:20:53 |
| 3 | leadership position which can be a career | 12:20:58 |
| 4 | development position, but not if it doesn't have | 12:21:01 |
| 5 | an established pathway already. | 12:21:04 |
| 6 | Q    And you said that position was created | 12:21:06 |
| 7 | earlier in the year? | 12:21:09 |
| 8 | A    I -- I believe it was created for this | 12:21:10 |
| 9 | PDC.  I don't think it existed before this PDC. | 12:21:13 |
| 10 | Q    So -- so nobody had held that position | 12:21:17 |
| 11 | previously; right? | 12:21:21 |
| 12 | A    It had existed once before, but it had a | 12:21:22 |
| 13 | different reporting structure which would have | 12:21:25 |
| 14 | been beneficial to your career.  It reported | 12:21:28 |
| 15 | directly to the maintenance manager.  And the new | 12:21:31 |
| 16 | position the second time they did it reported to a | 12:21:35 |
| 17 | different manager -- | 12:21:38 |
| 18 | Q    And how long -- | 12:21:39 |
| 19 | A    -- lower in the structure. | 12:21:40 |
| 20 | Q    How long prior to this was that first | 12:21:42 |
| 21 | iteration of the position? | 12:21:46 |
| 22 | A    You mean, when did it exist or when -- | 12:21:51 |
| 23 | Q    Yes. | 12:21:53 |
| 24 | A    It, I believe, was two years earlier, | 12:21:54 |
| 25 | and it was only held by one person, I believe, and | 12:21:56 |

**EXHIBIT 16-22**

| | | |
|---|---|---|
| 1 | then discontinued -- | 12:22:00 |
| 2 | Q    Okay. | 12:22:01 |
| 3 | A    -- which also led into why I didn't want | 12:22:05 |
| 4 | it. | 12:22:07 |
| 5 | Q    Okay.  So looking at Exhibit 10, you | 12:22:08 |
| 6 | identify three positions.  The first one you're -- | 12:22:12 |
| 7 | you're telling Austin that, according to | 12:22:15 |
| 8 | Dr. Levy -- I'm assuming you're saying in the | 12:22:18 |
| 9 | e-mail that we had looked at earlier -- | 12:22:21 |
| 10 | A    Uh-huh. | 12:22:23 |
| 11 | Q    -- you would not be -- you would not | 12:22:24 |
| 12 | qualify for that position? | 12:22:25 |
| 13 | A    Correct. | 12:22:26 |
| 14 | Q    Okay.  And then the third one on your | 12:22:27 |
| 15 | list, it says a degree is "required for OA | 12:22:28 |
| 16 | positions, and I do not have a degree." | 12:22:33 |
| 17 | So did you think you were qualified for | 12:22:35 |
| 18 | that position? | 12:22:36 |
| 19 | A    Yes, I do think I'm qualified for that | 12:22:37 |
| 20 | position. | 12:22:42 |
| 21 | Q    Isn't a qualification -- and by "degree" | 12:22:43 |
| 22 | I assume you mean a college degree? | 12:22:45 |
| 23 | A    College degree, correct. | 12:22:47 |
| 24 | Q    And if it says a college degree is | 12:22:48 |
| 25 | required but you don't have one, how would you be | 12:22:51 |

**EXHIBIT 16-23**

| | | |
|---|---|---|
| 1 | qualified? | 12:22:53 |
| 2 | A    The operating assistant role is posted | 12:22:54 |
| 3 | many times each year, and it's for the same job | 12:22:57 |
| 4 | responsibilities and duties.  And sometimes it has | 12:23:03 |
| 5 | a degree requirement, and sometimes it does not | 12:23:07 |
| 6 | have a degree requirement.  Austin said that I | 12:23:09 |
| 7 | should go talk to Tolly Graves who was the | 12:23:12 |
| 8 | operations manager and the owner of that position | 12:23:16 |
| 9 | and ask him if I could apply, and he did give me | 12:23:19 |
| 10 | permission to apply without a college degree. | 12:23:21 |
| 11 | Q    Do you think your lack of college degree | 12:23:24 |
| 12 | held you back at Chevron? | 12:23:26 |
| 13 | A    Yes. | 12:23:26 |
| 14 | Q    Do you agree that's not discriminatory? | 12:23:32 |
| 15 | A    Yes. | 12:23:34 |
| 16 | Q    So going back, I -- I -- I don't think | 12:23:41 |
| 17 | we finished with the time line. | 12:23:43 |
| 18 | So there was a meeting with you, Thalia, | 12:23:46 |
| 19 | Austin, and Andrew, and you said you left the | 12:23:50 |
| 20 | meeting saying, "Let's go see if there are other | 12:23:54 |
| 21 | jobs"; right? | 12:23:57 |
| 22 | A    Uh-huh. | 12:23:57 |
| 23 | Q    And so you went and you saw these three, | 12:23:58 |
| 24 | you sent them to Austin, and then I -- and I think | 12:24:00 |
| 25 | that's where we left off. | 12:24:06 |

**EXHIBIT 16-24**

```
 1        Q    Okay.  Now, some of these jobs, looking        12:26:30

 2    at the PSG which we talked about earlier, there --      12:26:33

 3    there -- they range from PSG 21 to PSG 24; right?       12:26:36

 4        A    Yes.                                           12:26:40

 5        Q    And you were a PSG 22 at the time?             12:26:40

 6        A    I was.                                         12:26:43

 7        Q    Okay.  And so were you looking for a PSG       12:26:44

 8    22 position or a PSG 23 position?                       12:26:49

 9        A    I was looking at a position comparable         12:26:52

10    to the EGTL position which is a 23, 24 position.        12:26:55

11        Q    When you say "EGTL," that's the REM            12:27:00

12    position in Escravos?                                   12:27:04

13        A    Yes.                                           12:27:05

14        Q    Was a 23, 24 PSG?                              12:27:05

15        A    It was.                                        12:27:08

16        Q    And how much would your pay have               12:27:08

17    increased going from PSG 22 to PSG 23?                  12:27:12

18        A    Those aren't really published                 12:27:19

19    information, so it would just be an estimate.           12:27:21

20        Q    What's your estimate?                          12:27:24

21        A    Somewhere in the neighborhood of 12,000        12:27:26

22    "dollars" a year -- I'm sorry -- 12 percent a           12:27:28

23    year.                                                  12:27:33

24        Q    And so how much were you making in the         12:27:35

25    22 position, PSG 22?                                    12:27:38
```

**EXHIBIT 16-25**

| | | |
|---|---|---|
| 1 | A    I think it was 147,000. | 12:27:41 |
| 2 | Q    Okay.  So about another -- what? -- | 12:27:44 |
| 3 | sixteen, seventeen thousand a year? | 12:27:47 |
| 4 | A    Roughly, plus there's an increase in | 12:27:49 |
| 5 | your bonus, your annual bonus, as well. | 12:27:52 |
| 6 | Q    And what is that increase? | 12:27:54 |
| 7 | A    Between 22 and 23 I think it goes from | 12:27:56 |
| 8 | 14 to 16 percent, and 24 I believe is 18 percent. | 12:28:00 |
| 9 | Q    And how -- what would that translate to | 12:28:06 |
| 10 | in terms of dollars, again, estimates? | 12:28:08 |
| 11 | A    Two percent of my base pay.  So what is | 12:28:11 |
| 12 | that? | 12:28:14 |
| 13 | Like 5,000, $6,000 each grade. | 12:28:15 |
| 14 | Q    Okay.  So what jobs did you ultimately | 12:28:20 |
| 15 | apply to in this September, October, November time | 12:28:26 |
| 16 | frame, 2019? | 12:28:32 |
| 17 | A    I applied to the maintenance general | 12:28:33 |
| 18 | team lead, the operating assistant, and the | 12:28:35 |
| 19 | maintenance change OA. | 12:28:39 |
| 20 | Q    Okay.  Including -- so one of -- and | 12:28:41 |
| 21 | that's the OA -- the -- one of those OA positions | 12:28:49 |
| 22 | stated that it had a college degree requirement; | 12:28:54 |
| 23 | right? | 12:28:54 |
| 24 | A    Yes. | 12:28:58 |
| 25 | Q    Do you know -- and maybe you don't -- | 12:28:58 |

**EXHIBIT 16-26**

| | | |
|---|---|---|
| 1 | whether anyone -- when -- when a job has been | 12:29:03 |
| 2 | posted saying there's a college degree | 12:29:08 |
| 3 | requirement, somebody without a college degree has | 12:29:10 |
| 4 | ever gotten a job at El Segundo? | 12:29:14 |
| 5 | A    I believe the answer is "yes," but I -- | 12:29:16 |
| 6 | yes. | 12:29:18 |
| 7 | Q    And who do you know that did that? | 12:29:19 |
| 8 | A    I believe Larry Laye applied for a job | 12:29:23 |
| 9 | as an OA when it required a college degree. | 12:29:26 |
| 10 | Q    How do you spell his last name? | 12:29:31 |
| 11 | A    L-a-y-e. | 12:29:33 |
| 12 | Q    So you believe Larry Laye got an OA job | 12:29:37 |
| 13 | that had been posted as a -- as requiring a | 12:29:40 |
| 14 | college degree, even though he didn't have a | 12:29:43 |
| 15 | college degree? | 12:29:45 |
| 16 | A    I believe so. | 12:29:46 |
| 17 | Q    Anyone else? | 12:29:47 |
| 18 | A    No.  But lots of OAs have no college | 12:29:48 |
| 19 | degree and are OAs.  And the OA position, like I | 12:29:52 |
| 20 | said, sometimes it's posted with a college degree, | 12:29:56 |
| 21 | sometimes posted without a college degree, and | 12:30:00 |
| 22 | people hold the same positions in the facility | 12:30:02 |
| 23 | with and without college degrees. | 12:30:06 |
| 24 | Q    Well, you got the maintenance change OA | 12:30:08 |
| 25 | position; right? | 12:30:10 |

**EXHIBIT 16-27**

| | | |
|---|---|---|
| 1 | A    I did not. | 12:30:11 |
| 2 | Q    Wait.  What was the position?  Oh.  Hold | 12:30:12 |
| 3 | on.  Hold on.  Well, let me back up.  Let's get | 12:30:15 |
| 4 | there. | 12:30:17 |
| 5 | Any other jobs that you applied to | 12:30:19 |
| 6 | between September and November, 2019? | 12:30:21 |
| 7 | A    Not that I recall. | 12:30:23 |
| 8 | MR. MUSSIG:  I don't know if you guys | 12:30:38 |
| 9 | want to do lunch. | 12:30:39 |
| 10 | MS. LEAL:  Well, we will need lunch. | 12:30:40 |
| 11 | MR. MUSSIG:  I -- this is probably as | 12:30:42 |
| 12 | good a time as any.  Why don't we take a break. | 12:30:44 |
| 13 | THE VIDEOGRAPHER:  Video deposition off | 12:30:46 |
| 14 | the record at 12:30 p.m., conclusion of media 2. | 12:30:48 |
| 15 | (Lunch recess:  12:30 p.m.) | 12:30:52 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

**EXHIBIT 16-28**

| | | |
|---|---|---|
| 1 | Los Angeles, California | 12:30:52 |
| 2 | Friday, May 10, 2024 | 12:30:52 |
| 3 | 1:34 p.m. | 12:30:52 |
| 4 | | 12:30:52 |
| 5 | THE VIDEOGRAPHER:  Video deposition | 13:34:40 |
| 6 | returning to the record at 1:34 p.m., beginning of | 13:34:41 |
| 7 | media 3. | 13:34:45 |
| 8 | | 13:34:45 |
| 9 | FURTHER EXAMINATION | 13:34:45 |
| 10 | BY MR. MUSSIG: | 13:34:45 |
| 11 | Q    One question I wanted to circle back on, | 13:34:49 |
| 12 | then we'll move on to -- to these documents. | 13:34:51 |
| 13 | Would you agree the decision to rescind | 13:34:54 |
| 14 | the REM job offer in Escravos was not based on | 13:34:56 |
| 15 | your ability or inability to do the job? | 13:35:04 |
| 16 | A    Yeah.  It didn't have anything to do | 13:35:11 |
| 17 | with my ability to do the job. | 13:35:14 |
| 18 | MR. MUSSIG:  So let me mark as | 13:35:16 |
| 19 | Exhibit 11 a document that's titled "Job title: | 13:35:18 |
| 20 | Maintenance change operating assistant (OA)," | 13:35:24 |
| 21 | SNOOKAL-1131 to -1132. | 13:35:27 |
| 22 | (Exhibit 11 was marked for | 13:35:27 |
| 23 | identification by the Certified | 13:35:27 |
| 24 | Shorthand Reporter.) | 13:35:27 |
| 25 | BY MR. MUSSIG: | 13:35:27 |

**EXHIBIT 16-29**

```
 1          Q    Now, I -- I assume you're familiar with        13:35:48

 2    this document?                                            13:35:51

 3          A    Uh-huh.                                        13:35:51

 4          Q    You have to say "yes" or "no."                 13:35:52

 5          A    Yes.  I'm sorry.                               13:35:54

 6          Q    So this is a -- a copy of the El Segundo       13:35:56

 7    maintenance change operating assistant, OA, job          13:36:00

 8    posting in the PDC database as of the time you           13:36:03

 9    were searching for a job in or around September,         13:36:07

10    2019; right?                                             13:36:12

11          A    Yes.                                           13:36:13

12          Q    One question just sort of logistical:         13:36:13

13    So this says -- at the top it's -- it says:              13:36:18

14               "Chevron is accepting online                  13:36:24

15          applications for the position of                   13:36:26

16          maintenance change operating                       13:36:27

17          assistant (OA) located in                          13:36:28

18          El Segundo, California through                     13:36:31

19          8/11/19."                                          13:36:34

20               Do you know -- I mean, you weren't            13:36:36

21    looking for a position as of 8/11/19.                    13:36:38

22               Was -- was the job extended?  Was this        13:36:41

23    deadline extended?                                       13:36:44

24          A    It may have been.  I'm not sure.              13:36:46

25          Q    Okay.  You don't recall?                      13:36:47
```

**EXHIBIT 16-30**

```
 1    position?                                          13:38:53

 2         A    I do not know that this position had a   13:38:54

 3    PDR.                                               13:38:57

 4         Q    Do you know whether Mr. Cswaykus had any 13:39:07

 5    knowledge regarding your heart condition?          13:39:14

 6         A    I would doubt it, but I don't know.       13:39:19

 7         Q    Do you know whether he knew your age?     13:39:23

 8         A    He did.  I've worked with Cotey before.  13:39:25

 9         Q    Okay.  And how did -- how would he know  13:39:27

10    your age?                                          13:39:30

11         A    I mean, you can make an estimation.  I   13:39:31

12    mean, I don't think he knew my age exactly, but    13:39:34

13    you can make an estimate of someone's age based on 13:39:36

14    appearance.                                        13:39:39

15         Q    I see.  So -- so you knew him, so you    13:39:40

16    assumed he had some estimate of how old you were?  13:39:43

17         A    Correct.                                 13:39:45

18         Q    On page 2 of this -- of this Exhibit 11  13:39:45

19    it has some "required qualifications" and some     13:40:03

20    "preferred qualifications."                        13:40:07

21         Do you see that?                              13:40:08

22         A    I do.                                    13:40:09

23         Q    And did you meet all the required        13:40:09

24    qualifications at the time you applied?            13:40:12

25         A    Yes.                                     13:40:12
```

**EXHIBIT 16-31**

| | | |
|---|---|---|
| 1 | Q    And did you meet all of the preferred | 13:40:29 |
| 2 | qualifications? | 13:40:31 |
| 3 | A    No. | 13:40:31 |
| 4 | Q    And I assume one of them was you didn't | 13:40:37 |
| 5 | have a Bachelor's degree; right? | 13:40:40 |
| 6 | A    Correct. | 13:40:42 |
| 7 | Q    Were there any other preferred | 13:40:42 |
| 8 | qualifications that you didn't meet? | 13:40:44 |
| 9 | And, again, this is at the time you | 13:40:46 |
| 10 | applied for the job. | 13:40:48 |
| 11 | A    Uh-huh.  For this particular job I would | 13:40:48 |
| 12 | say that it did not align with my career | 13:41:00 |
| 13 | development plan which is one of the preferred | 13:41:03 |
| 14 | qualifications. | 13:41:08 |
| 15 | Q    I see.  Any others? | 13:41:08 |
| 16 | A    No. | 13:41:08 |
| 17 | Q    Do you know who ultimately got this job? | 13:41:12 |
| 18 | A    I can't remember their name.  I -- I -- | 13:41:21 |
| 19 | I know loosely who they are, but I don't really | 13:41:23 |
| 20 | know them. | 13:41:26 |
| 21 | Q    Okay.  Do you think that you didn't get | 13:41:26 |
| 22 | this job for any sort of discriminatory reason? | 13:41:28 |
| 23 | A    No. | 13:41:31 |
| 24 | MR. MUSSIG:  Let's mark as Exhibit 12 a | 13:41:44 |
| 25 | document titled "Job title:  DS&C - MFG - | 13:41:48 |

**EXHIBIT 16-32**

| | | |
|---|---|---|
| 1 | various different positions; right? | 13:44:03 |
| 2 | So he's in operations, and I was in | 13:44:06 |
| 3 | engineering and maintenance.  He was in his | 13:44:08 |
| 4 | various roles someone that I would work with on a | 13:44:11 |
| 5 | regular basis. | 13:44:13 |
| 6 | Q    Do you -- do you know whether Mr. Byrd | 13:44:20 |
| 7 | would have any reason to have knowledge about your | 13:44:22 |
| 8 | heart condition? | 13:44:26 |
| 9 | A    No. | 13:44:26 |
| 10 | Q    You don't know or, "no," he would not? | 13:44:29 |
| 11 | A    No, he would not.  Sorry. | 13:44:31 |
| 12 | Q    And, again, would he know your age, | 13:44:33 |
| 13 | other than just making a general estimate based | 13:44:37 |
| 14 | on, you know, the fact that he knew you? | 13:44:39 |
| 15 | A    No, I wouldn't think so, other than | 13:44:41 |
| 16 | that. | 13:44:44 |
| 17 | Q    Well, I mean, let me ask this:  Did you | 13:44:50 |
| 18 | get this job? | 13:44:52 |
| 19 | A    I did not. | 13:44:53 |
| 20 | Q    And do you believe that decision was | 13:44:53 |
| 21 | discriminatory in any way? | 13:44:55 |
| 22 | A    I believe it might have been, yes. | 13:44:59 |
| 23 | Q    Okay.  So let me ask a few more | 13:45:01 |
| 24 | questions. | 13:45:04 |
| 25 | Do you know who the decision maker was | 13:45:06 |

**EXHIBIT 16-33**

| | | |
|---|---|---|
| 1 | them is a BS degree in engineering; right? | 13:46:18 |
| 2 | A    Correct. | 13:46:20 |
| 3 | Q    And you have didn't have a BS degree in | 13:46:21 |
| 4 | engineering; correct? | 13:46:23 |
| 5 | A    That is correct. | 13:46:24 |
| 6 | Q    And so now we -- we had talked earlier | 13:46:26 |
| 7 | about the fact that certain OA positions, | 13:46:33 |
| 8 | sometimes, when they were posted, they had a | 13:46:37 |
| 9 | college degree requirement; sometimes they didn't. | 13:46:39 |
| 10 | But if one of the required | 13:46:45 |
| 11 | qualifications is a BS degree in engineering and | 13:46:47 |
| 12 | you don't have that, why would you think you're | 13:46:50 |
| 13 | qualified for this job? | 13:46:53 |
| 14 | A    I was told that it was a job that I | 13:46:54 |
| 15 | could apply for, if I got permission to apply for | 13:46:57 |
| 16 | it from Tolly Graves who was the operations | 13:47:00 |
| 17 | manager and would have been Zak Byrd's supervisor | 13:47:07 |
| 18 | or manager at that time. | 13:47:16 |
| 19 | Q    Do you know who ultimately got this job? | 13:47:16 |
| 20 | A    There's two jobs, and I remember the | 13:47:19 |
| 21 | name of one of them.  I don't remember the name of | 13:47:23 |
| 22 | the other.  One was Danielle Rivera.  I don't | 13:47:25 |
| 23 | remember the name of the other. | 13:47:36 |
| 24 | Q    Do you know whether Danielle Rivera had | 13:47:38 |
| 25 | a college degree? | 13:47:42 |

**EXHIBIT 16-34**

| | | |
|---|---|---|
| 1 | these PMP ratings? | 14:25:12 |
| 2 | A    It is one of the factors. | 14:25:14 |
| 3 | Q    And do you know whether your PMP rating | 14:25:15 |
| 4 | was higher or lower than Brian Getchius' was? | 14:25:18 |
| 5 | A    I believe it was lower for two of the | 14:25:21 |
| 6 | years. | 14:25:23 |
| 7 | Q    And so you believe you were more | 14:25:32 |
| 8 | qualified than Brian Getchius for this position; | 14:25:40 |
| 9 | is that right? | 14:25:40 |
| 10 | A    That is correct. | 14:25:44 |
| 11 | Q    And why is that? | 14:25:45 |
| 12 | A    Brian Getchius at this point had only | 14:25:50 |
| 13 | had supervisory experience of hourly or | 14:25:52 |
| 14 | represented employees.  This GTL position is -- | 14:25:55 |
| 15 | your direct reports are salaried employees, and | 14:26:02 |
| 16 | then they have hourly reports to them.  So it's an | 14:26:05 |
| 17 | indirect report relationship.  I had had both | 14:26:09 |
| 18 | union employee representation -- or represented | 14:26:15 |
| 19 | employee supervision as well as at this point I | 14:26:19 |
| 20 | had had salaried representation -- salaried | 14:26:25 |
| 21 | employees' direct reports. | 14:26:28 |
| 22 | Q    Okay.  Any other reason you think you | 14:26:31 |
| 23 | were more qualified? | 14:26:33 |
| 24 | A    I had a reliability background and a | 14:26:35 |
| 25 | better understanding of operations and maintenance | 14:26:37 |

**EXHIBIT 16-35**

| | | |
|---|---|---|
| 1 | coordination and what jobs were important, what | 14:26:41 |
| 2 | jobs weren't important.  I had a project | 14:26:45 |
| 3 | management background through other jobs before | 14:26:48 |
| 4 | Chevron.  I had done more influential leadership | 14:26:54 |
| 5 | positions which is also necessary in GTL because | 14:26:59 |
| 6 | you're working with other departments and other | 14:27:03 |
| 7 | groups.  I just had more general experience that | 14:27:05 |
| 8 | aligned with the selection criteria. | 14:27:11 |
| 9 | Q    Anything else? | 14:27:15 |
| 10 | A    No. | 14:27:15 |
| 11 | Q    What -- so, ultimately, Chevron created | 14:27:27 |
| 12 | a role for you; right? | 14:27:30 |
| 13 | A    Yes. | 14:27:33 |
| 14 | Q    And it was the reliability change | 14:27:33 |
| 15 | operating assistant; correct? | 14:27:36 |
| 16 | A    Yes. | 14:27:38 |
| 17 | Q    Okay.  And so that's an OA role; right? | 14:27:38 |
| 18 | A    No. | 14:27:41 |
| 19 | Q    Why not? | 14:27:42 |
| 20 | A    All of the OA roles are in operations, | 14:27:46 |
| 21 | except for the two change OA positions which were | 14:27:48 |
| 22 | both in maintenance and were both discontinued | 14:27:52 |
| 23 | during the reorganization.  They also only existed | 14:27:54 |
| 24 | for one year.  OA positions has been around in the | 14:27:57 |
| 25 | organization by one title or another as far back | 14:28:02 |

**EXHIBIT 16-36**

| | | |
|---|---|---|
| 1 | as anyone really that still works there can | 14:28:09 |
| 2 | remember.  It's an integral position in the | 14:28:13 |
| 3 | day-to-day operation of the facility.  So the job | 14:28:18 |
| 4 | duties and responsibilities are -- are very | 14:28:22 |
| 5 | dissimilar between an OA and a reliability change | 14:28:24 |
| 6 | OA or a maintenance change OA. | 14:28:28 |
| 7 | Q    And so you felt -- well, did you feel | 14:28:35 |
| 8 | that this was a downgrade from your IEAR team lead | 14:28:39 |
| 9 | position? | 14:28:52 |
| 10 | A    I did feel that way, yes. | 14:28:52 |
| 11 | Q    But you were ultimately put back into | 14:28:55 |
| 12 | the IEAR team lead position; right? | 14:28:58 |
| 13 | A    I was, against my wishes.  But, yes, I | 14:29:01 |
| 14 | was. | 14:29:07 |
| 15 | Q    Okay.  Well, we'll get to that.  The -- | 14:29:07 |
| 16 | the reliability change operating assistant role | 14:29:09 |
| 17 | was created at the suggestion of your supervisor, | 14:29:12 |
| 18 | Austin Ruppert; right? | 14:29:16 |
| 19 | A    Yes. | 14:29:16 |
| 20 | Q    Okay.  And so would you agree that | 14:29:18 |
| 21 | Mr. Ruppert had a good opinion of your abilities? | 14:29:20 |
| 22 | A    Yes. | 14:29:20 |
| 23 | Q    And he endorsed you for the REM job in | 14:29:22 |
| 24 | Escravos; right? | 14:29:26 |
| 25 | A    No. | 14:29:27 |

**EXHIBIT 16-37**

| | | |
|---|---|---|
| 1 | change OA, maintenance change OA were different | 14:33:53 |
| 2 | from all the other OA roles -- roles at the | 14:33:57 |
| 3 | facility; right? | 14:33:59 |
| 4 | A    Yes. | 14:34:00 |
| 5 | Q    And how so?  As a -- as a reliability | 14:34:00 |
| 6 | change OA, weren't you also in a leadership role? | 14:34:03 |
| 7 | A    No. | 14:34:03 |
| 8 | Q    Were you guiding teams? | 14:34:12 |
| 9 | A    No. | 14:34:12 |
| 10 | Q    But the other OA positions did? | 14:34:17 |
| 11 | A    The operating assistants have day-to-day | 14:34:20 |
| 12 | say in the way the units at the refinery operate. | 14:34:23 |
| 13 | So even though they don't give direct -- even | 14:34:29 |
| 14 | though the people don't report to them, they give | 14:34:33 |
| 15 | direct instructions to operations and even | 14:34:36 |
| 16 | maintenance personnel about what should be done | 14:34:39 |
| 17 | today, what things are the priority.  They | 14:34:42 |
| 18 | effectively run a small section of the refinery. | 14:34:47 |
| 19 | Q    But you're saying the reliability change | 14:34:52 |
| 20 | OA did not do that? | 14:34:54 |
| 21 | A    That is correct. | 14:34:56 |
| 22 | Q    And why is that? | 14:34:56 |
| 23 | A    It wasn't its job. | 14:34:58 |
| 24 | Q    What was its job? | 14:35:00 |
| 25 | A    I mean, I don't really have a job | 14:35:02 |

**EXHIBIT 16-38**

| | | |
|---|---|---|
| 1 | description for it because it doesn't exist. | 14:35:06 |
| 2 | Q    What were you doing on a day-to-day | 14:35:09 |
| 3 | basis? | 14:35:11 |
| 4 | A    Whatever Austin wanted me to do.  I | 14:35:12 |
| 5 | spent the first three or so months training the | 14:35:15 |
| 6 | new IEAR team lead and wrapping up some projects | 14:35:19 |
| 7 | that I was working on.  I think I also got | 14:35:26 |
| 8 | assigned to an investigation, but it was just -- | 14:35:31 |
| 9 | it's kind of like whatever -- | 14:35:34 |
| 10 | Q    Almost like special projects? | 14:35:36 |
| 11 | A    Yeah. | 14:35:38 |
| 12 | Q    Okay.  Now, less than a year later | 14:35:44 |
| 13 | around October, 2020, that's when this big reorg | 14:35:47 |
| 14 | happened -- right? -- restructuring of the | 14:35:49 |
| 15 | business? | 14:35:51 |
| 16 | A    That's -- that's when it rolled down to | 14:35:51 |
| 17 | my level, yeah.  It began much earlier than that. | 14:35:54 |
| 18 | Q    Okay.  And are you aware that ten | 14:35:57 |
| 19 | percent of the employees were laid of? | 14:35:58 |
| 20 | A    I am. | 14:36:00 |
| 21 | Q    And -- | 14:36:00 |
| 22 | A    I actually take issue with that number. | 14:36:02 |
| 23 | It's not ten percent were laid off.  Ten percent | 14:36:05 |
| 24 | of the employee -- there was a reduction of ten | 14:36:08 |
| 25 | percent of the workforce. | 14:36:10 |

**EXHIBIT 16-39**

| | | |
|---|---|---|
| 1 | Q    And was that Austin Ruppert at the time? | 15:48:49 |
| 2 | A    It was not.  It was Greg Curtin.  Austin | 15:48:52 |
| 3 | Ruppert had opted not to stay with the company | 15:48:56 |
| 4 | during the reorganization. | 15:48:59 |
| 5 | Q    So you gave copies of this to Ms. Tse | 15:49:01 |
| 6 | and "Ms." -- Mr. Curtin; correct? | 15:49:03 |
| 7 | A    Yes. | 15:49:05 |
| 8 | Q    Anyone else? | 15:49:05 |
| 9 | A    No. | 15:49:07 |
| 10 | Q    Okay.  And this is your resignation | 15:49:07 |
| 11 | letter; right? | 15:49:09 |
| 12 | A    Yes. | 15:49:10 |
| 13 | Q    And it states, among other things, you | 15:49:11 |
| 14 | appreciate all the opportunities you've been -- | 15:49:13 |
| 15 | you've given -- that Chevron has given you during | 15:49:16 |
| 16 | your time at Chevron Products Company and the | 15:49:19 |
| 17 | support you've received from the rest of the team; | 15:49:20 |
| 18 | right? | 15:49:22 |
| 19 | A    Correct. | 15:49:22 |
| 20 | Q    Okay.  And so the letter doesn't say | 15:49:23 |
| 21 | anything about working with conditions so | 15:49:25 |
| 22 | intolerable that you had no choice but to quit; | 15:49:28 |
| 23 | correct? | 15:49:28 |
| 24 | A    That is correct. | 15:49:31 |
| 25 | Q    And/or that you felt like you were | 15:49:31 |

**EXHIBIT 16-40**

| | | |
|---|---|---|
| 1 | forced to leave Chevron; correct? | 15:49:33 |
| 2 | A    Correct. | 15:49:35 |
| 3 | Q    And did you ever express those | 15:49:35 |
| 4 | sentiments in writing to anyone at Chevron? | 15:49:36 |
| 5 | A    Not in writing. | 15:49:39 |
| 6 | Q    Did you express them verbally? | 15:49:40 |
| 7 | A    Yes. | 15:49:40 |
| 8 | Q    To who? | 15:49:43 |
| 9 | A    Greg Curtin, Austin Ruppert.  I | 15:49:45 |
| 10 | expressed to them on several occasions that I felt | 15:49:51 |
| 11 | that my treatment at the company had been very | 15:49:55 |
| 12 | unfair and that I was considering leaving and -- | 15:49:57 |
| 13 | yeah. | 15:50:10 |
| 14 | Q    Mr. Ruppert left during the | 15:50:10 |
| 15 | reorganization event; right? | 15:50:11 |
| 16 | A    Yes. | 15:50:13 |
| 17 | Q    That was not quite a year but almost a | 15:50:13 |
| 18 | year before you resigned. | 15:50:16 |
| 19 | A    Correct. | 15:50:17 |
| 20 | Q    And so did you express this to him while | 15:50:18 |
| 21 | he was your supervisor or after he left? | 15:50:20 |
| 22 | A    While he was my supervisor. | 15:50:23 |
| 23 | Q    Anyone else? | 15:50:26 |
| 24 | A    Nobody in a position that would have | 15:50:28 |
| 25 | done anything about it, no. | 15:50:31 |

EXHIBIT 16-41

| | | |
|---|---|---|
| 1 | regard; Mr. Curtin? | 15:51:28 |
| 2 | A    I laid out the jobs that I had applied | 15:51:30 |
| 3 | to and that, you know, certain things had been on | 15:51:34 |
| 4 | my career development path since I started at | 15:51:36 |
| 5 | Chevron and many people had made me many promises | 15:51:39 |
| 6 | and many people had said that they would do things | 15:51:42 |
| 7 | for me and help me out, if I did X or Y; and that | 15:51:45 |
| 8 | those things never came to fruition; and that I | 15:51:50 |
| 9 | see being placed back in the role that I was | 15:51:54 |
| 10 | placed in as just a continuation of that. | 15:51:56 |
| 11 | Q    Okay.  So you didn't say anything to him | 15:52:00 |
| 12 | about discrimination or retaliation? | 15:52:02 |
| 13 | A    No. | 15:52:10 |
| 14 | Q    Let me ask it a better way.  Is it -- is | 15:52:11 |
| 15 | it true that you did not say anything to him about | 15:52:14 |
| 16 | discrimination or retaliation? | 15:52:16 |
| 17 | A    That is true. | 15:52:17 |
| 18 | Q    Okay.  Did you say anything to | 15:52:18 |
| 19 | Mr. Ruppert about discrimination or retaliation? | 15:52:19 |
| 20 | A    I believe I said something about | 15:52:21 |
| 21 | discrimination to Mr. Ruppert but not about | 15:52:23 |
| 22 | retaliation. | 15:52:27 |
| 23 | Q    When did you say something about | 15:52:28 |
| 24 | discrimination to Mr. Ruppert? | 15:52:30 |
| 25 | A    It would have been at the time when I | 15:52:31 |

**EXHIBIT 16-42**

| | | |
|---|---|---|
| 1 | believed the discrimination occurred. | 15:52:35 |
| 2 | Q    Is that age discrimination? | 15:52:37 |
| 3 | A    No.  That would have been disability | 15:52:39 |
| 4 | discrimination. | 15:52:42 |
| 5 | Q    I see.  Oh.  So he was copied on that | 15:52:43 |
| 6 | e-mail to Mr. Powers? | 15:52:45 |
| 7 | A    We would have to refer back to the | 15:52:48 |
| 8 | document as to whether he was copied or not, but I | 15:52:50 |
| 9 | know I told him in person. | 15:52:52 |
| 10 | Q    So assuming he was copied on the e-mail, | 15:52:55 |
| 11 | you're saying you also told him in person? | 15:53:00 |
| 12 | A    That is correct. | 15:53:01 |
| 13 | Q    Okay.  And what exactly did you say to | 15:53:02 |
| 14 | him in person? | 15:53:04 |
| 15 | A    Just that I thought it was | 15:53:05 |
| 16 | discriminatory that they didn't have a good reason | 15:53:06 |
| 17 | for not letting me go to Escravos. | 15:53:09 |
| 18 | Q    Anything else? | 15:53:13 |
| 19 | A    I don't think so.  No details. | 15:53:14 |
| 20 | Q    Do you know whether he ever told anybody | 15:53:15 |
| 21 | else about that? | 15:53:17 |
| 22 | A    I have no idea. | 15:53:17 |
| 23 | Q    And so why didn't you say anything about | 15:53:19 |
| 24 | any of that in this resignation letter? | 15:53:21 |
| 25 | A    The typical resignation letter doesn't | 15:53:29 |

**EXHIBIT 16-43**

| | | |
|---|---|---|
| 1 | say anything bad about a company that you're | 15:53:33 |
| 2 | leaving, and I saw no benefit to writing it down | 15:53:36 |
| 3 | to people that really don't have anything to do -- | 15:53:40 |
| 4 | any power to affect what I was complaining about. | 15:53:43 |
| 5 | Q    Did you talk to anyone else at Chevron | 15:53:54 |
| 6 | about your resignation? | 15:53:56 |
| 7 | A    No. | 15:53:56 |
| 8 | Q    And I'm not -- again, I'm not trying to | 15:54:01 |
| 9 | surprise. | 15:54:03 |
| 10 | Did you talk to Troy Tortorich? | 15:54:04 |
| 11 | A    I don't believe I did, no. | 15:54:06 |
| 12 | MR. MUSSIG:  I'll mark as Exhibit 18 a | 15:54:19 |
| 13 | document titled "voluntarily termination - | 15:54:21 |
| 14 | GO-439-1," Bates-numbered SNOOKAL-1143. | 15:54:26 |
| 15 | (Exhibit 18 was marked for | 15:54:26 |
| 16 | identification by the Certified | 15:54:26 |
| 17 | Shorthand Reporter.) | 15:54:37 |
| 18 | MS. LEAL:  Thank you. | 15:54:37 |
| 19 | BY MR. MUSSIG: | 15:54:38 |
| 20 | Q    Are you familiar with this document? | 15:54:39 |
| 21 | A    I am. | 15:54:41 |
| 22 | Q    Is it -- is that your signature in the | 15:54:43 |
| 23 | middle of the page? | 15:54:44 |
| 24 | A    It is. | 15:54:45 |
| 25 | Q    And you signed this on August 4, 2021? | 15:54:47 |

**EXHIBIT 16-44**

| | | |
|---|---|---|
| 1 | A   I did. | 15:54:49 |
| 2 | Q   And this says: | 15:54:51 |
| 3 | "I wish to resign my | 15:54:52 |
| 4 | employment with the Chevron | 15:54:53 |
| 5 | Products Company effective | 15:54:55 |
| 6 | August 20, 2021, for the following | 15:54:56 |
| 7 | reasons:  I am leaving for an | 15:54:59 |
| 8 | opportunity with significantly | 15:55:01 |
| 9 | increased responsibility." | 15:55:02 |
| 10 | There's no other stated reason for your | 15:55:04 |
| 11 | resignation; correct? | 15:55:07 |
| 12 | A   Correct. | 15:55:08 |
| 13 | Q   Is that true?  You were leaving for an | 15:55:08 |
| 14 | opportunity with a significantly increased | 15:55:10 |
| 15 | responsibility? | 15:55:12 |
| 16 | A   It is a correct statement.  Yeah. | 15:55:13 |
| 17 | Q   Did you discuss with anyone at Chevron | 15:55:17 |
| 18 | in this time period about anything with regard to | 15:55:22 |
| 19 | discrimination or retaliation? | 15:55:27 |
| 20 | MS. LEAL:  Again, that he hasn't already | 15:55:29 |
| 21 | discussed today, I assume. | 15:55:30 |
| 22 | BY MR. MUSSIG: | 15:55:30 |
| 23 | Q   During -- during this -- during the | 15:55:34 |
| 24 | resignation -- | 15:55:36 |
| 25 | MS. LEAL:  Okay. | 15:55:37 |

**EXHIBIT 16-45**

| | | |
|---|---|---|
| 1 | BY MR. MUSSIG: | 15:55:37 |
| 2 | Q    -- in connection with the resignation? | 15:55:37 |
| 3 | A    No. | 15:55:39 |
| 4 | Q    And, again, why not? | 15:55:45 |
| 5 | A    The same answer.  There's no point in | 15:55:49 |
| 6 | putting it on this form which is just going to get | 15:55:52 |
| 7 | stuck in my file.  They probably didn't even read | 15:55:55 |
| 8 | it. | 15:55:58 |
| 9 | MR. MUSSIG:  19.  I'm going to mark as | 15:56:14 |
| 10 | Exhibit 19 a document entitled "exit interview." | 15:56:16 |
| 11 | (Exhibit 19 was marked for | 15:56:16 |
| 12 | identification by the Certified | 15:56:16 |
| 13 | Shorthand Reporter.) | 15:56:16 |
| 14 | BY MR. MUSSIG: | 15:56:16 |
| 15 | Q    And you participated in an exit | 15:56:36 |
| 16 | interview with Ms. Tse before you left Chevron; | 15:56:38 |
| 17 | correct? | 15:56:38 |
| 18 | A    I did. | 15:56:42 |
| 19 | Q    And the interview was voluntary; | 15:56:43 |
| 20 | correct? | 15:56:43 |
| 21 | A    Yes. | 15:56:45 |
| 22 | Q    Do you know -- you might not know the | 15:56:48 |
| 23 | answer to this. | 15:56:51 |
| 24 | Do you know whether Chevron only | 15:56:51 |
| 25 | requests this type of exit interview when | 15:56:52 |

**EXHIBIT 16-46**

| | | |
|---|---|---|
| 1 | Q    Did you at some point say that you | 16:12:29 |
| 2 | needed to leave Chevron for your mental health? | 16:12:31 |
| 3 | A    I did not; not to anyone at Chevron, no. | 16:12:33 |
| 4 | Q    Do you feel like you did need to leave | 16:12:38 |
| 5 | Chevron for your mental health? | 16:12:40 |
| 6 | A    Yes. | 16:12:42 |
| 7 | Q    Why so? | 16:12:43 |
| 8 | A    As someone that doesn't have a degree, | 16:12:50 |
| 9 | it's very difficult to make a career above a | 16:12:53 |
| 10 | technician level; right? | 16:12:56 |
| 11 | To get into engineering, to get into | 16:12:57 |
| 12 | management and leadership, to get into a | 16:13:00 |
| 13 | multinational oil corporation, all of these things | 16:13:04 |
| 14 | are not without a lot of head wind, if you don't | 16:13:07 |
| 15 | have a Bachelor's degree and not just a Bachelor's | 16:13:10 |
| 16 | degree but in a specific field; right? | 16:13:15 |
| 17 | They want an engineering degree almost | 16:13:16 |
| 18 | exclusively. | 16:13:25 |
| 19 | I have always worked very hard to add as | 16:13:26 |
| 20 | much value in whatever role I have at whatever | 16:13:30 |
| 21 | company I'm at, and I take a lot of personal | 16:13:33 |
| 22 | responsibility for my work ethic and the | 16:13:36 |
| 23 | contributions that I make, and I have always seen | 16:13:39 |
| 24 | that rewarded in one way or another by the | 16:13:46 |
| 25 | companies I worked for. | 16:13:48 |

**EXHIBIT 16-47**

| | | |
|---|---|---|
| 1 | It was always a small struggle at | 16:13:55 |
| 2 | Chevron to make progress, and I attributed that to | 16:13:57 |
| 3 | the size of the company.  It is the largest | 16:14:00 |
| 4 | company that I had worked for. | 16:14:03 |
| 5 | But as time went on, especially after | 16:14:07 |
| 6 | the Nigeria -- or after the -- the EGTL, you know, | 16:14:09 |
| 7 | revocation, the -- the subsequent inability to be | 16:14:20 |
| 8 | placed into roles that I felt at least | 16:14:26 |
| 9 | competitive, if not overqualified in some cases, | 16:14:32 |
| 10 | certainly to the candidates that were selected -- | 16:14:35 |
| 11 | I felt like I wasn't being rewarded for my | 16:14:39 |
| 12 | contributions and that, you know, it -- it caused | 16:14:41 |
| 13 | me a lot of -- I don't know -- a lot of grief | 16:14:45 |
| 14 | and -- and -- and difficulty in -- in figuring out | 16:14:56 |
| 15 | what I was; right? | 16:15:04 |
| 16 | So it's like -- it's like -- almost like | 16:15:05 |
| 17 | it kind of twisted my identity a little bit; | 16:15:08 |
| 18 | right? | 16:15:12 |
| 19 | Like if I'm this person that works hard | 16:15:12 |
| 20 | and makes it anyway, even though I don't have all | 16:15:15 |
| 21 | the tools that I should have, I can make it work, | 16:15:17 |
| 22 | and then all of a sudden I can't make it work and | 16:15:20 |
| 23 | just it keeps happening and keeps happening and | 16:15:23 |
| 24 | keeps happening, it got to the point where, you | 16:15:26 |
| 25 | know, I started suffering from depression.  And -- | 16:15:31 |

| | | |
|---|---|---|
| 1 | and so I did seek a therapist and then counseling, | 16:15:34 |
| 2 | and they, you know, through -- through | 16:15:42 |
| 3 | conversations, basically, that's how we identified | 16:15:45 |
| 4 | that a lot of my personality and my self-worth is | 16:15:48 |
| 5 | tied up in my job and advancement and -- and, you | 16:15:51 |
| 6 | know, rewards that I get from that, and it was | 16:15:59 |
| 7 | really almost my whole world at that point. | 16:16:02 |
| 8 | And so, you know, she encouraged me to | 16:16:10 |
| 9 | try to separate that out some -- right? -- so | 16:16:14 |
| 10 | that's part of what my therapist and I worked on, | 16:16:17 |
| 11 | getting side hobbies and doing other things.  But, | 16:16:21 |
| 12 | you know, it never really fully separated from | 16:16:24 |
| 13 | work. | 16:16:27 |
| 14 | And then once the reorganization | 16:16:28 |
| 15 | happened and I wasn't -- I didn't get any of the | 16:16:31 |
| 16 | jobs that I put in for and they basically said, | 16:16:41 |
| 17 | "Take this old job you already had or quit," which | 16:16:44 |
| 18 | is similar to something that they did to me in | 16:16:48 |
| 19 | 2013 when I left the analyzer role and they're | 16:16:52 |
| 20 | like, "We need you in technical, so take this | 16:16:55 |
| 21 | technical job.  You're not going to be in | 16:16:58 |
| 22 | maintenance anymore."  It's just like -- it was | 16:17:01 |
| 23 | just like repeating.  And that's when my therapist | 16:17:06 |
| 24 | started suggesting that I should probably try to, | 16:17:08 |
| 25 | you know, maybe look for other work. | 16:17:10 |

**EXHIBIT 16-49**

| | | |
|---|---|---|
| 1 | Q    Well, let me ask:  So when did you begin | 16:17:13 |
| 2 | seeing a therapist? | 16:17:18 |
| 3 | A    I believe it was sometime in 2020. | 16:17:21 |
| 4 | Q    During COVID? | 16:17:25 |
| 5 | A    It was during COVID, yes. | 16:17:26 |
| 6 | Q    And who is the therapist? | 16:17:29 |
| 7 | A    It -- I talked to a few people before | 16:17:30 |
| 8 | finally we settled on one therapist.  It was | 16:17:34 |
| 9 | Eileen Baer, I believe her name was. | 16:17:37 |
| 10 | Q    How do spell Baer?  "B-e-a-r"? | 16:17:40 |
| 11 | A    I'm not sure how you -- no.  It's | 16:17:43 |
| 12 | like -- | 16:17:47 |
| 13 | Q    Bayer aspirin -- | 16:17:47 |
| 14 | A    Maybe, yeah. | 16:17:48 |
| 15 | Q    -- B-a-y-e-r? | 16:17:49 |
| 16 | A    I -- I think it was "B-e-a" -- or | 16:17:50 |
| 17 | B-a-e-r; something like that.  It wasn't -- it -- | 16:17:55 |
| 18 | it's in the -- | 16:17:57 |
| 19 | Q    All right. | 16:17:58 |
| 20 | A    It's in the records. | 16:17:59 |
| 21 | Q    Are you still seeing her? | 16:18:02 |
| 22 | A    No. | 16:18:03 |
| 23 | Q    When did you stop seeing her? | 16:18:05 |
| 24 | A    Shortly after I resigned from Chevron. | 16:18:07 |
| 25 | Q    Why did you stop seeing her? | 16:18:09 |

**EXHIBIT 16-50**

```
 1        A    Most of what we were talking about        16:18:12

 2    was -- at that point, anyway, it was Chevron        16:18:14

 3    and -- and being -- you know, ways to cope with     16:18:21

 4    continued disappointment that was happening at      16:18:23

 5    Chevron.  I wasn't really discussing other issues   16:18:26

 6    that I was having with her.                         16:18:32

 7              You know, the -- when I didn't go to      16:18:36

 8    Escravos, it caused a lot of difficulty in my       16:18:44

 9    family with my wife and my son, but it wasn't --    16:18:46

10    it wasn't the kind of thing that I needed therapy   16:18:55

11    for; right?                                         16:19:02

12              My wife was upset.  My son was upset.     16:19:03

13    We had him in a special school for some             16:19:06

14    developmental disabilities that he has and for      16:19:12

15    some mental health disabilities that he has, and    16:19:14

16    we weren't going to be able to send him to that     16:19:21

17    school anymore without the money from Nigeria.      16:19:24

18              But I didn't need the therapist to help   16:19:31

19    me talk to my son and my wife about that; right?    16:19:33

20              We had communication, and we were         16:19:37

21    working through that on our own.                    16:19:39

22              She was really helping me with the        16:19:40

23    continued negative feelings that I was having just  16:19:47

24    by working for Chevron; right?                      16:19:52

25        Q    Because you weren't being promoted?        16:19:54
```

**EXHIBIT 16-51**

| | | |
|---|---|---|
| 1 | A    Right, and watching other people be | 16:19:56 |
| 2 | promoted and essentially, in my mind, being | 16:19:58 |
| 3 | demoted and then not being particularly valued for | 16:20:01 |
| 4 | the work that I was doing even in the new position | 16:20:04 |
| 5 | that I was in.  It wasn't new.  In the position | 16:20:07 |
| 6 | that I was put back in.  They held a -- an | 16:20:13 |
| 7 | employee, you know, like survey, engagement | 16:20:22 |
| 8 | survey, and there were a lot of feedback and a lot | 16:20:25 |
| 9 | of stuff, and Chevron wasn't really going to | 16:20:27 |
| 10 | address that. | 16:20:30 |
| 11 | And I -- I felt like, you know, that | 16:20:31 |
| 12 | made it difficult for me in that, you know, my | 16:20:34 |
| 13 | group had had a hard time through COVID and they | 16:20:37 |
| 14 | had had a hard time through the reorganization, | 16:20:42 |
| 15 | and it -- it didn't seem like Chevron was going to | 16:20:45 |
| 16 | help them any more than me.  And so it just, you | 16:20:48 |
| 17 | know, was almost a daily -- daily thoughts about | 16:20:53 |
| 18 | how -- how much it wasn't that great to work there | 16:21:00 |
| 19 | anymore. | 16:21:02 |
| 20 | Q    Did you see any other mental health | 16:21:02 |
| 21 | providers or -- | 16:21:05 |
| 22 | A    I also took Cymbalta at the time, so I | 16:21:07 |
| 23 | had a psychiatrist just for prescribing. | 16:21:12 |
| 24 | Q    And who was that? | 16:21:19 |
| 25 | A    I don't re -- I don't recall her name. | 16:21:19 |

**EXHIBIT 16-52**

1    STATE OF CALIFORNIA   )
                           ) SS.
2    COUNTY OF VENTURA     )

3         I, John M. Taxter, a California Certified

4    Shorthand Reporter, Certificate No. 3579, a

5    Registered Professional Reporter, do hereby

6    certify:

7         That the foregoing proceedings were taken

8    before me at the time and place therein set forth,

9    at which time the deponent was put under oath by

10   me; that the testimony of the deponent and all

11   objections made at the time of the examination

12   were recorded stenographically by me and were

13   thereafter transcribed; that the foregoing is a

14   true and correct transcript of my shorthand notes

15   so taken.

16        I further certify that I am neither counsel

17   for nor related to any party to said action.

18        The dismantling, unsealing, or unbinding of

19   the original transcript will render the Reporter's

20   Certificate null and void.

21        Pursuant to Federal Rule 30(e), transcript

22   review was requested.

23   Dated May 22, 2024.

24   _____
     JOHN M. TAXTER
25   California Certified Shorthand
     Reporter No. 3579, RPR

Abrams, Mah & Kahn                    320

**EXHIBIT 16-53**

1

2

3

4          I, John M. Taxter , Certified Shorthand Reporter,

5     CSR No.   3579, hereby certify:

6          The foregoing is a true and correct copy of the

7     original transcript of the proceedings taken by me

8     as thereon stated.

9

10

11

12    Dated:   May 23, 2024

13

14

15

16    _____

17          John Taxter, CSR No. 3579

18

19

20

21

22

23

24

25