# EXHIBIT 20

**From:** Powers, Andrew C[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AFB7F7C935FE4FB4938203195698DFEA-BDQS]
**Sent:** Mon 9/9/2019 3:53:49 PM Coordinated Universal Time
**To:** Tortorich, Troy (TRMT)[TRMT@chevron.com]
**Subject:** FW: Rescinded Job Offer in Nigeria

FYI.

**From:** Powers, Andrew C
**Sent:** Friday, September 6, 2019 7:57 AM
**To:** Snookal, Mark <Mark.Snookal@chevron.com>
**Cc:** Tse, Thalia <thaliatse@chevron.com>; Ruppert, Austin <Austin.Ruppert@chevron.com>
**Subject:** RE: Rescinded Job Offer in Nigeria

Mark,

Thanks for your email and I hear your concerns.

I've reached out to the Medical Department and while I'm not privy to any medical information, I understand a thorough review was conducted and alternatives were explored. We would respectfully disagree that the determination was based on stereotyping or impermissible discrimination.

In terms of next steps, we will ensure you have a position in El Segundo. However, the PDC is also exploring alternative expat and domestic assignments and we should have more information on that soon.

Regards,

*Andrew Powers*
HR Manager, El Segundo Refinery
Andrew.Powers@chevron.com

*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any information in this message is strictly prohibited. If you have received this message by error, please notify me immediately at the telephone number listed above.*

**From:** Snookal, Mark <Mark.Snookal@chevron.com>
**Sent:** Wednesday, September 4, 2019 7:21 AM
**To:** Powers, Andrew C <Andrew.Powers@chevron.com>
**Cc:** Tse, Thalia <thaliatse@chevron.com>; Ruppert, Austin <Austin.Ruppert@chevron.com>
**Subject:** Rescinded Job Offer in Nigeria

Andrew,

I am very disappointed in the decision by Chevron Medical to classify me as "unfit" for the Reliability Engineering Manager position at EGTL. I believe this decision was made based on a lack of understanding and stereotypical assumptions about my medical condition and is, therefore, discriminatory in nature. As my condition does not affect my ability to perform the job duties of that position, I require no ongoing care outside of annual monitoring, working in a remote location does not affect my condition, a complication from my condition would cause no harm to others, and I have no work restrictions from my physician this decision seems excessively paternalistic.

After the initial finding of "unfit", I appealed the decision, and Chevron Medical requested permission to contact the specialist who cares for me, and I agreed. That specialist sent an email to Chevron Medical, stating that my condition is stable and has been for three years and that the risk is "low." That same physician had earlier provided me with a letter stating that "it is safe for him [me] to work in Nigeria...His [my] condition is under good control, and no special treatment is needed." Which I provided to Chevron Medical before they made their initial determination of "unfit." Additionally, I passed all aspects of the regular examination, and the issue arises purely from a question about medical history.

Aside from my complaint of medical discrimination, where does their decision leave me? I spoke with the manager I would have reported to in Nigeria this morning, and they are rescinding the offer, but my position in El Segundo has already been filled.

Mark Snookal
IEA Reliability Team Lead
**Chevron Products Company**
El Segundo Refinery
324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel 310.615.5208
Mobile 310.678.5914
Mark.Snookal@chevron.com

**EXHIBIT 20**

# EXHIBIT 21

| | |
|---|---|
| **From:** | Powers, Andrew <Andrew.Powers@chevron.com> |
| **Sent:** | Wednesday, September 4, 2019 12:49 PM |
| **To:** | Tortorich, Troy; Ruppert, Austin |
| **Cc:** | Tse, Thalia |
| **Subject:** | RE: Rescinded Job Offer in Nigeria |

All – Not for forwarding, but I wanted to give you a quick update. Apologies for the lengthy e-mail as I am traveling.

First, I heard back from medical. They were not able to provide any specific medical information but could state that having a medical condition by itself does not disqualify an individual if the risk can be managed effectively at the host location. In this situation, the host medical team reviewed the case and given the inherent risk and inability to mitigate/eliminate this risk in Escravos, led to the decision of unfit for expat assignment in this case. They did look into whether the position could be moved to Lagos, where there are hospitals and better medical resources but that was not feasible. It is common for the treating physician's decision to be overridden, this happens when the treating provider does not understand the local medical resources at the host location, the difficulty medically evacuating a person from the location, and the risk tolerance of the host, in short disagreements do happen. The use of the term "low risk" is a little misleading here as there is a specific risk of his underlying condition becoming problematic and although the treating doctor reported this individuals risk to be lower than what is written in the medical literature, it's still significant and higher than the business was willing to accept.

Second, I have asked medical how we have responded to these in the past. Mark is not the first person to be deemed unfit for expat assignment. I'd like to get proper and effective language before responding to Mark and let him know who his resources are to further discuss medical details (it is not appropriate if he discusses his condition with you, me or anyone besides medical).

Third, I think you will be best prepared by thinking about what role Mark can do within El Segundo. Do you have an existing vacancy? Do we have any roles that he could be good for in the near future? He mentions a backfill was identified, is that already finalized? I know it would not be ideal, but would you want to consider rescinding that person's offer since Mark's offer fell through? Main intent here is that we need to give Mark the assurance (if possible) that he should not worry about NOT having a job (we will figure something out). It is clear he is frustrated about not getting the expat role, but now is concerned what his employment looks like in general.

I will report back once I hear back from medical on how they have responded to these in the past. In the meantime, if you have any questions that need immediate attention, please feel free to call Thalia or myself.

Kind Regards,

**Andrew Powers**
HR Manager, El Segundo Refinery
Andrew.Powers@chevron.com

*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any information in this message is strictly prohibited. If you have received this message by error, please notify me immediately at the telephone number listed above.*

---

**From:** Powers, Andrew C
**Sent:** Wednesday, September 4, 2019 7:41 AM

**EXHIBIT 21-1**

CUSA000538

**To:** Tortorich, Troy (TRMT) <TRMT@chevron.com>; Ruppert, Austin <Austin.Ruppert@chevron.com>
**Cc:** Tse, Thalia <thaliatse@chevron.com>
**Subject:** Fwd: Rescinded Job Offer in Nigeria

Austin/Troy,
Please be thinking about what role Mark could do if this falls through. Thalia and I will investigate and see what medical can share/set us up with an appropriate response.

Note he finds this discriminatory, however, that is hard to know without further context from medical. I am sure there is a very good reason why this was rescinded.

Andrew

Sent from my iPhone

Begin forwarded message:

> **From:** "Powers, Andrew C" <Andrew.Powers@chevron.com>
> **Date:** September 4, 2019 at 7:35:44 AM PDT
> **To:** "Snookal, Mark" <Mark.Snookal@chevron.com>
> **Cc:** "Tse, Thalia" <thaliatse@chevron.com>, "Ruppert, Austin" <Austin.Ruppert@chevron.com>
> **Subject: Re: Rescinded Job Offer in Nigeria**
>
> Mark,
> Thank you for bringing this to our attention. This is the first I am hearing of this. Therefore, please let me look into this and see if I can get a better understanding of why. We will get back to you ASAP.
>
> Andrew
>
> Sent from my iPhone
>
> On Sep 4, 2019, at 7:21 AM, Snookal, Mark <Mark.Snookal@chevron.com> wrote:
>
>> Andrew,
>>
>> I am very disappointed in the decision by Chevron Medical to classify me as "unfit" for the Reliability Engineering Manager position at EGTL. I believe this decision was made based on a lack of understanding and stereotypical assumptions about my medical condition and is, therefore, discriminatory in nature. As my condition does not affect my ability to perform the job duties of that position, I require no ongoing care outside of annual monitoring, working in a remote location does not affect my condition, a complication from my condition would cause no harm to others, and I have no work restrictions from my physician this decision seems excessively paternalistic.
>>
>> After the initial finding of "unfit," I appealed the decision, and Chevron Medical requested permission to contact the specialist who cares for me, and I agreed. That specialist sent an email to Chevron Medical, stating that my condition is stable and has been for three years and that the risk is "low." That same physician had earlier provided me with a letter stating that "it is safe for him [me] to work in Nigeria…His [my] condition is under good control, and no special treatment is needed." Which I provided to Chevron Medical before they made their initial determination of "unfit." Additionally, I passed all aspects of the regular examination, and the issue arises purely from a question about medical history.

2

**EXHIBIT 21-2**

CUSA000539

Aside from my complaint of medical discrimination, where does their decision leave me? I spoke with the manager I would have reported to in Nigeria this morning, and they are rescinding the offer, but my position in El Segundo has already been filled.


Mark Snookal
IEA Reliability Team Lead

**Chevron Products Company**
El Segundo Refinery
324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel 310.615.5208
Mobile 310.678.5914
Mark.Snookal@chevron.com

3

**EXHIBIT 21-3**

CUSA000540

# EXHIBIT 22

| | |
|---|---|
| **From:** | Powers, Andrew <Andrew.Powers@chevron.com> |
| **Sent:** | Friday, September 6, 2019 7:57 AM |
| **To:** | Snookal, Mark |
| **Cc:** | Tse, Thalia; Ruppert, Austin |
| **Subject:** | RE: Rescinded Job Offer in Nigeria |

Mark,

Thanks for your email and I hear your concerns.

I've reached out to the Medical Department and while I'm not privy to any medical information, I understand a thorough review was conducted and alternatives were explored. We would respectfully disagree that the determination was based on stereotyping or impermissible discrimination.

In terms of next steps, we will ensure you have a position in El Segundo. However, the PDC is also exploring alternative expat and domestic assignments and we should have more information on that soon.

Regards,

**Andrew Powers**
HR Manager, El Segundo Refinery
Andrew.Powers@chevron.com

*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any information in this message is strictly prohibited. If you have received this message by error, please notify me immediately at the telephone number listed above.*

---

**From:** Snookal, Mark <Mark.Snookal@chevron.com>
**Sent:** Wednesday, September 4, 2019 7:21 AM
**To:** Powers, Andrew C <Andrew.Powers@chevron.com>
**Cc:** Tse, Thalia <thaliatse@chevron.com>; Ruppert, Austin <Austin.Ruppert@chevron.com>
**Subject:** Rescinded Job Offer in Nigeria

Andrew,

I am very disappointed in the decision by Chevron Medical to classify me as "unfit" for the Reliability Engineering Manager position at EGTL. I believe this decision was made based on a lack of understanding and stereotypical assumptions about my medical condition and is, therefore, discriminatory in nature. As my condition does not affect my ability to perform the job duties of that position, I require no ongoing care outside of annual monitoring, working in a remote location does not affect my condition, a complication from my condition would cause no harm to others, and I have no work restrictions from my physician this decision seems excessively paternalistic.

After the initial finding of "unfit," I appealed the decision, and Chevron Medical requested permission to contact the specialist who cares for me, and I agreed. That specialist sent an email to Chevron Medical, stating that my condition is stable and has been for three years and that the risk is "low." That same physician had earlier provided me with a letter stating that "it is safe for him [me] to work in Nigeria…His [my] condition is under good control, and no special treatment

**EXHIBIT 22-1**

CUSA000542

is needed." Which I provided to Chevron Medical before they made their initial determination of "unfit." Additionally, I passed all aspects of the regular examination, and the issue arises purely from a question about medical history.

Aside from my complaint of medical discrimination, where does their decision leave me? I spoke with the manager I would have reported to in Nigeria this morning, and they are rescinding the offer, but my position in El Segundo has already been filled.


Mark Snookal
IEA Reliability Team Lead

**Chevron Products Company**
El Segundo Refinery
324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel 310.615.5208
Mobile 310.678.5914
Mark.Snookal@chevron.com

**EXHIBIT 22-2**

CUSA000543

# EXHIBIT 23

**From:** Powers, Andrew C[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AFB7F7C935FE4FB4938203195698DFEA-BDQS]
**Sent:** Wed 9/4/2019 2:42:07 PM Coordinated Universal Time
**To:** Jones MD, Ayanna[Ayanna.Jones@chevron.com]
**Cc:** Tse, Thalia[thaliatse@chevron.com]; Levy, Scott[ScottLevy@chevron.com]
**Subject:** Re: Rescinded Job Offer in Nigeria

Thank you Dr. Ayana.
Would be great if we can get some further justification and suggested response today.

Sent from my iPhone

On Sep 4, 2019, at 7:39 AM, Jones MD, Ayanna <Ayanna.Jones@chevron.com> wrote:

Hello Andrew,
The EEMEA Regional Medical Manager would be able to provide you with context on this case and appropriate response.
Regards,
Ayanna Jones, MD, MPH
Manager US Occupational and
Expatriate Health Services
**Chevron Services Company**
A Division of Chevron U.S.A. Inc.
TR & HM COE
Global Health and Medical
1400 Smith, #03196
Houston, TX 77002
Tel: (713)372-5921
Fax: (713)372-5941
Email: Ayanna.Jones@chevron.com
*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at the telephone number indicated above*

**From:** Powers, Andrew C <Andrew.Powers@chevron.com>
**Sent:** Wednesday, September 04, 2019 9:33 AM
**To:** Jones MD, Ayanna <Ayanna.Jones@chevron.com>
**Cc:** Tse, Thalia <thaliatse@chevron.com>
**Subject:** Fwd: Rescinded Job Offer in Nigeria
Dr. Ayana,
Are you able to provide me with any context on the below and suggested response? Is this common to have conflicting views between someone's personal physician and Chevron Expat Medical?
If there is another resource you would suggest, could I please have their name?
Note that Mark finds this discriminatory in nature, however, this is hard to know with the limited information.
Kind Regards,
Andrew Powers

Sent from my iPhone
Begin forwarded message:

> **From:** "Snookal, Mark" <Mark.Snookal@chevron.com>
> **Date:** September 4, 2019 at 7:20:38 AM PDT
> **To:** "Powers, Andrew C" <Andrew.Powers@chevron.com>
> **Cc:** "Tse, Thalia" <thaliatse@chevron.com>, "Ruppert, Austin" <Austin.Ruppert@chevron.com>
> **Subject: Rescinded Job Offer in Nigeria**
>
> Andrew,
> I am very disappointed in the decision by Chevron Medical to classify me as "unfit" for the Reliability Engineering Manager position at EGTL. I believe this decision was made based on a lack of understanding and stereotypical assumptions about my medical condition and is, therefore, discriminatory in nature. As my condition does not affect my ability to perform the job duties of that position, I require no ongoing care outside of annual monitoring, working in a remote location does not affect my condition, a complication from my condition would cause no harm to others, and I have no work restrictions from my physician this decision seems excessively paternalistic.
> After the initial finding of "unfit," I appealed the decision, and Chevron Medical requested permission to contact the specialist who cares for me, and I agreed. That specialist sent an email to Chevron Medical, stating that my condition is stable and has been for three years and that the risk is "low." That same physician had earlier provided me with a letter stating that "it is safe for him [me] to work in Nigeria...His [my] condition is under good control, and no special treatment is needed." Which I provided to Chevron Medical before they made their initial determination of "unfit." Additionally, I passed all aspects of the regular examination, and the issue arises purely from a question about medical history.
> Aside from my complaint of medical discrimination, where does their decision leave me? I spoke with the manager I would have reported to in Nigeria this morning, and they are rescinding the offer, but my position in El Segundo has already been filled.
> Mark Snookal

**EXHIBIT 23-1**

IEA Reliability Team Lead
**Chevron Products Company**
El Segundo Refinery
324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel 310.615.5208
Mobile 310.678.5914
Mark.Snookal@chevron.com

**EXHIBIT 23-2**

# EXHIBIT 24

1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2   Including Professional Corporations
    TRACEY A. KENNEDY, Cal Bar No. 150782
3   ROBERT E. MUSSIG, Cal. Bar No. 240369
    333 South Hope Street, 43rd Floor
4   Los Angeles, CA 90071-1422
    Telephone:  213.620.1780
5   Facsimile:  213.620.1398
    E-mail:     tkennedy@sheppardmullin.com
6               rmussig@sheppardmullin.com
    Attorneys for Defendant
7   CHEVRON U.S.A. INC.

8

9                    UNITED STATES DISTRICT COURT

10       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11

12  MARK SNOOKAL, an individual,          Case No. 2:23-cv-6302-HDV-AJR

13              Plaintiff,                **DEFENDANT CHEVRON USA, INC.'S RESPONSES TO PLAINTIFF MARK**
                                          **SNOOKAL'S SPECIAL**
14       vs.                             **INTERROGATORIES (SET 2)**

15  CHEVRON USA, INC., a California       Action Filed: August 3, 2023
    Corporation, and DOES 1 through 10,   Trial Date: February 4, 2025
16  inclusive,

17              Defendants.

18

19

20  PROPOUNDING PARTY:  PLAINTIFF, MARK SNOOKAL

21  RESPONDING PARTY:   DEFENDANT, CHEVRON USA, INC.

22  SET NO.:            TWO

23  NUMBERS:            18-25

24

25

26

27

28

-1-

**EXHIBIT 24-1**

1  and the PDR was Troy Tortorich.  With respect to the position of El Segundo

2  Maintenance Change Operating Assistant posted in or around late 2019, the individual

3  overseeing job applications was Emil ("Cotey") Cswaykus.  For each of these

4  individuals, they were involved in reviewing the applications for these positions,

5  interviewing, and assessing the qualifications of each for each position.

6  **SPECIAL INTERROGATORY NO. 20:**

7       IDENTIFY any and all persons who died while on a Chevron Rotational

8  Assignment between January 1, 2017 and January 1, 2022.

9  **RESPONSE TO SPECIAL INTERROGATORY NO. 20:**

10       Defendant hereby incorporates by reference the general objections set forth above.

11  Defendant objects to this Interrogatory to the extent that it seeks information protected

12  from disclosure by the attorney-client privilege and/or the attorney work product

13  doctrine.  Defendant objects to this Interrogatory to the extent that it seeks confidential

14  and/or proprietary business information.  Defendant objects to this Interrogatory to the

15  extent that it seeks confidential and/or private personnel information of third parties.

16  **SPECIAL INTERROGATORY NO. 21:**

17       For each person IDENTIFIED in YOUR response to Plaintiff's Interrogatory No.

18  20 above, state the date, cause, location of their death, whether the death occurred on

19  your premises, and whether any wrongful death action was filed.

20  **RESPONSE TO SPECIAL INTERROGATORY NO. 21:**

21       Defendant hereby incorporates by reference the general objections set forth above.

22  Defendant objects to this Interrogatory to the extent that it seeks information protected

23  from disclosure by the attorney-client privilege and/or the attorney work product

24  doctrine.  Defendant objects to this Interrogatory to the extent that it seeks confidential

25  and/or proprietary business information.  Defendant objects to this Interrogatory to the

26  extent that it seeks confidential and/or private personnel information of third parties.

27

28

SMRH:4864-2622-5619.1

DEFENDANT CHEVRON USA, INC.'S RESPONSES TO PLAINTIFF MARK SNOOKAL'S SPECIAL INTERROGATORIES (SET 2)

**EXHIBIT 24-2**

1  **SPECIAL INTERROGATORY NO. 22:**

2      IDENTIFY any and all persons who had to undergo an emergency medical

3  evacuation from a Chevron Rotational Assignment location from January 1, 2017 through

4  January 1, 2022 inclusive.

5  **RESPONSE TO SPECIAL INTERROGATORY NO. 22:**

6      Defendant hereby incorporates by reference the general objections set forth above.

7  Defendant objects to this Interrogatory to the extent that it seeks information protected

8  from disclosure by the attorney-client privilege and/or the attorney work product

9  doctrine.  Defendant objects to this Interrogatory to the extent that it seeks confidential

10 and/or proprietary business information.  Defendant objects to this Interrogatory to the

11 extent that it seeks confidential and/or private personnel and medical information of third

12 parties.

13 **SPECIAL INTERROGATORY NO. 23:**

14     For each person IDENTIFIED in YOUR response to Plaintiff's Interrogatory No.

15 22 above, state the date, cause, and location of their emergency medical evacuation.

16 **RESPONSE TO SPECIAL INTERROGATORY NO. 23:**

17     Defendant hereby incorporates by reference the general objections set forth above.

18 Defendant objects to this Interrogatory to the extent that it seeks information protected

19 from disclosure by the attorney-client privilege and/or the attorney work product

20 doctrine.  Defendant objects to this Interrogatory to the extent that it seeks confidential

21 and/or proprietary business information.  Defendant objects to this Interrogatory to the

22 extent that it seeks confidential and/or private personnel and medical information of third

23 parties.

24 **SPECIAL INTERROGATORY NO. 24:**

25     Describe in detail any and all times when anyone, including rescue personnel, was

26 injured or killed because of an emergency medical evacuation from a Chevron Rotational

27 Assignment between January 1, 2017 and January 1, 2022.

28

-11-

**EXHIBIT 24-3**

**RESPONSE TO SPECIAL INTERROGATORY NO. 24:**

Defendant hereby incorporates by reference the general objections set forth above. Defendant objects to this Interrogatory to the extent that it seeks information protected from disclosure by the attorney-client privilege and/or the attorney work product doctrine. Defendant objects to this Interrogatory to the extent that it seeks confidential and/or proprietary business information. Defendant objects to this Interrogatory to the extent that it seeks confidential and/or private personnel and medical information of third parties.

**SPECIAL INTERROGATORY NO. 25:**

IDENTIFY every person who has held a Reliability Engineering Manager position in Escravos, Nigeria from January 1, 2019 to the present, and provide the dates during which they held the position.

**RESPONSE TO SPECIAL INTERROGATORY NO. 25:**

Defendant hereby incorporates by reference the general objections set forth above. Defendant objects to this Interrogatory to the extent that it seeks information protected from disclosure by the attorney-client privilege and/or the attorney work product doctrine. Defendant objects to this Interrogatory to the extent that it seeks confidential and/or proprietary business information. Defendant objects to this Interrogatory to the extent that it seeks confidential and/or private personnel information of third parties.

Subject to and without waiving the foregoing objections, Defendant responds for the time period of Plaintiff's employment, Amir Zaheer and Cesar Malpica. They may be contacted through counsel.

DEFENDANT CHEVRON USA, INC.'S RESPONSES TO PLAINTIFF MARK SNOOKAL'S SPECIAL INTERROGATORIES (SET 2)

**EXHIBIT 24-4**

1   Dated:  August 13, 2024

2                           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                           By _____
                                          /s/Tracey A. Kennedy
5                                     TRACEY A. KENNEDY
6                                     ROBERT E. MUSSIG
                                      Attorneys for Defendant
7                                     CHEVRON U.S.A. INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4864-2622-5619.1        DEFENDANT CHEVRON USA, INC.'S RESPONSES TO PLAINTIFF MARK SNOOKAL'S
                             SPECIAL INTERROGATORIES (SET 2)

**EXHIBIT 24-5**

Docusign Envelope ID: DB306134-955A-4D01-996A-09C95D2AD5BB

1

**VERIFICATION**

2    I, _Harpreet K. Tiwana_ declare and state:

3    I am _Assistant Secretary_ of Chevron U.S.A. Inc. ("Chevron"), , a defendant in the action

4    *Mark Snookal v. Chevron U.S.A. Inc*. Case No. 2:23-cv-6302-HDV-AJR filed in the United

5    States District Court for the Central District of California.

6    I am authorized to sign this verification on behalf of **Chevron**, and I make this

7    verification for that reason.

8    I have reviewed the foregoing document titled **DEFENDANTS CHEVRON USA.**

9    **INC.'S RESPONSES TO PLAINTIFF MARK SNOOKAL'S SPECIAL**

10    **INTERROGATORIES, SET TWO.**

11    I am informed and believe that the matters stated therein are true and, on that ground

12    verify such matters are true. I do not believe that any one person at **Chevron** knows all of the

13    matters stated therein, and therefore these responses were prepared with the assistance and

14    advice of employees of, and counsel for, **Chevron,** upon whose assistance and advice I have

15    relied. These responses are limited by the records and information still in existence, presently

16    recollected, and thus far discovered in the course of preparation of these responses. **Chevron**

17    reserves the right to change, or supplement said responses, or to apply for relief to permit

    insertion of unintentionally omitted matter.

18    I declare under penalty of perjury of the State of California and the United States of

19    America  that the foregoing is true and correct.

20    Executed at _San Ramon_, California, on August _15_, 2024.

21

22    Name: _Harpreet K. Tiwana_    _Harpreet K. Tiwana_
                                      5093F566A32543B...

23    Title: _Assistant Secretary_

24

25

26

27

28

-14-

**EXHIBIT 24-6**

1

## PROOF OF SERVICE

2

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3          At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South

4    Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

5          On August 13, 2024, I served true copies of the following document(s) described as **DEFENDANT CHEVRON USA, INC.'S RESPONSES TO PLAINTIFF MARK**

6    **SNOOKAL'S SPECIAL INTERROGATORIES (SET 2)** on the interested parties in this action as follows:

7

8    Dolores Y. Leal                          Attorneys for Plaintiff,
     Olivia Flechsig                          MARK SNOOKAL
     ALLRED, MAROKO & GOLDBERG

9    6300 Wilshire Blvd. Suite 1500
     Los Angeles, CA 90048-5217

10   dleal@amglaw.com;
     oflechsig@amglaw.com

11

12

13         **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address bdelacruz@sheppardmullin.com to the persons at

14   the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was

15   unsuccessful.

16         I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

17

18         Executed on August 13, 2024, at Los Angeles, California.

19

20                                            _____
                                              Beannette De La Cruz
21

22

23

24

25

26

27

28

SMRH:4864-2622-5619.1          DEFENDANT CHEVRON USA, INC.'S RESPONSES TO PLAINTIFF MARK SNOOKAL'S
                               SPECIAL INTERROGATORIES (SET 2)

**EXHIBIT 24-7**

# EXHIBIT 25

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAN FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone:  213.620.1780
Facsimile:  213.620.1398
E-mail:     tkennedy@sheppardmullin.com
            rmussig@sheppardmullin.com
            sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC., a Pennsylvania corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-6302-HDV-AJR<br><br>**DEFENDANTS CHEVRON U.S.A. INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF MARK SNOOKAL'S INTERROGATORIES, SET THREE**<br><br>Action Filed: August 3, 2023<br>Trial Date: August 19, 2025 |

PROPOUNDING PARTY:      PLAINTIFF MARK SNOOKAL

RESPONDING PARTY:       DEFENDANT CHEVRON U.S.A. INC.

SET NO.:                THREE

NUMBERS:                26-33

DEFENDANT'S OBJECTIONS AND RESPONSES TO
PLAINTIFF'S INTERROGATORIES, SET THREE

**EXHIBIT 25-1**

2.     Defendant objects to each and every Interrogatory to the extent it seeks information that is confidential, proprietary, or a business or trade secret.

3.     Defendant objects to each and every Interrogatory to the extent it seeks information pertaining to a non-party that is protected from disclosure by, among other things, the California Constitution's right of privacy and other privacy privileges.

4.     In responding to the following Interrogatories, Defendant does not concede the relevance or materiality of any such area of inquiry to the subject matter of this litigation.

5.     Inadvertent disclosure of privileged information by Defendant shall not constitute a waiver of any applicable privilege or doctrine, including but not limited to objections on the basis of competency, confidentiality, relevancy, materiality, privilege and/or admissibility of evidence as such objections may apply at trial or otherwise in this action.

6.     Defendant objects to each and every Interrogatory to the extent it is overbroad and unduly burdensome, and seeks information that is neither relevant, proportional to the needs of the case, nor reasonably calculated to lead to the discovery of admissible evidence, including, without limitation, on the grounds that an Interrogatory lacks reasonable date or time parameters.

7.     Defendant objects to each and every Interrogatory to the extent it is vague, ambiguous, and/or unintelligible.

8.     Defendant objects to each and every Interrogatory to the extent the requested information is available from other sources and/or from other means.

Each of the foregoing general objections is hereby incorporated by reference into each specific objection to each Interrogatory as if separately stated therein.

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 26:

Describe in detail the business relationship between YOU and Chevron Nigeria Ltd. during the 2018 to 2020 time period.

-4-

**EXHIBIT 25-2**

**RESPONSE TO INTERROGATORY NO. 26:**

Defendant hereby incorporates by reference the general objections set forth above. Defendant objects to this Interrogatory on the grounds that it calls for a legal conclusion. Defendant objects to this Interrogatory to the extent that it seeks confidential and/or proprietary business information. Defendant objects to this Interrogatory to the extent that it seeks confidential and/or private personnel information of third parties.

Subject to and without waiving the foregoing objections, and limiting its response to the time period relevant to Plaintiff's Complaint, Defendant responds as follows: Defendant and Chevron Nigeria Limited are independent legal entities and affiliates under Chevron Corporation, a Delaware corporation.

**INTERROGATORY NO. 27:**

Describe in detail the business relationship between Chevron Nigeria Ltd. and Chevron Hospital in Warri, Nigeria during the 2018 to 2020 time period.

**RESPONSE TO INTERROGATORY NO. 27:**

Defendant hereby incorporates by reference the general objections set forth above. Defendant objects to this Interrogatory on the grounds that it seeks information that is not relevant to any party's claim or defense nor proportional to the needs of the case. Defendant objects to this Interrogatory on the grounds that it calls for a legal conclusion. Defendant objects to this Interrogatory to the extent that it seeks confidential and/or proprietary business information. Defendant objects to this Interrogatory to the extent that it seeks confidential and/or private personnel information of third parties.

**INTERROGATORY NO. 28:**

Describe in detail the business relationship between Chevron Nigeria Ltd. and the Escravos Joint Venture Clinic in Escravos, Nigeria during the 2018 to 2020 time period.

**RESPONSE TO INTERROGATORY NO. 28:**

Defendant hereby incorporates by reference the general objections set forth above. Defendant objects to this Interrogatory on the grounds that it seeks information that is not relevant to any party's claim or defense nor proportional to the needs of the case.

-5-

**EXHIBIT 25-3**

**INTERROGATORY NO. 33:**

IDENTIFY the business entity or entities which compensate employees while on rotational expatriate assignment in Nigeria.

**RESPONSE TO INTERROGATORY NO. 33:**

Defendant hereby incorporates by reference the general objections set forth above. Defendant objects to this Interrogatory on the grounds that it is vague and ambiguous, including as to time and scope and as to the term "compensate." Defendant objects to this Interrogatory on the grounds that it calls for a legal conclusion. Defendant objects to this Interrogatory to the extent that it seeks confidential and/or proprietary business information. Defendant objects to this Interrogatory to the extent that it seeks confidential and/or private personnel information of third parties.

Subject to and without waiving the foregoing objections, based upon its understanding of this Interrogatory, and limiting its response to the time period and allegations relevant to Plaintiff's Complaint, Defendant responds as follows: In July 2019, Defendant provided payroll services for its employees who assumed the REM expatriate rotational assignment with Chevron Nigeria Limited in Escravos, Nigeria, and the employee's compensation was charged by Defendant to Chevron Nigeria Limited, who was the employer of the REM position.

Dated:  February 25, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____*/s/ Sarah Fan*_____
TRACEY A. KENNEDY
ROBERT E. MUSSIG
SARAH FAN

Attorneys for Defendant
CHEVRON U.S.A. INC. a Pennsylvania corporation

SMRH:4905-3302-0432.4

DEFENDANT'S OBJECTIONS AND RESPONSES TO
PLAINTIFF'S INTERROGATORIES, SET THREE

**EXHIBIT 25-4**

1

**VERIFICATION**

2    I, Harpreet K. Tiwana declare and state:

3    I am an Assistant Secretary of Chevron U.S.A. Inc. ("Chevron"), a defendant in the

4    action *Mark Snookal v. Chevron U.S.A. Inc*. Case No. 2:23-cv-6302-HDV-AJR filed in

5    the United States District Court for the Central District of California.

6    I am authorized to sign this verification on behalf of **Chevron**, and I make this

7    verification for that reason.

8    I have reviewed the foregoing document titled **DEFENDANTS CHEVRON**

9    **U.S.A. INC.'S RESPONSES TO PLAINTIFF MARK SNOOKAL'S**

10   **INTERROGATORIES (SET THREE).**

11   I am informed and believe that the matters stated therein are true and, on that

12   ground verify such matters are true. I do not believe that any one person at **Chevron**

13   knows all of the matters stated therein, and therefore these responses were prepared with

14   the assistance and advice of employees of, and counsel for, **Chevron,** upon whose

15   assistance and advice I have relied. These responses are limited by the records and

16   information still in existence, presently recollected, and thus far discovered in the course

17   of preparation of these responses. **Chevron** reserves the right to change, or supplement

18   said responses, or to apply for relief to permit insertion of unintentionally omitted matter.

19   I declare under penalty of perjury of the State of California and the United States

20   of America that the foregoing is true and correct.

21   Executed at San Ramon, California, on February 25, 2025.

22

23   DocuSigned by:

     *Harpreet K. Tiwana*
     ⎯⎯⎯⎯⎯⎯5093F566A32543B⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

24   Name: Harpreet K. Tiwana

25   Title: Assistant Secretary

26

27

28

SMRH:4905-3302-0432.4

**EXHIBIT 25-5**

DEFENDANT'S RESPONSES TO
PLAINTIFF'S INTERROGATORIES, SET THREE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of San Diego, State of California.  My business address is 350 South Grand Avenue, 40th Floor, Los Angeles, CA 90071-3460.

On February 25, 2025, I served true copies of the following document(s) described as **DEFENDANTS CHEVRON USA. INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF MARK SNOOKAL'S INTERROGATORIES (SET THREE)** on the interested parties in this action as follows:

| | |
|---|---|
| Dolores Y. Leal<br>Olivia Flechsig<br>ALLRED, MAROKO & GOLDBERG<br>6300 Wilshire Blvd. Suite 1500<br>Los Angeles, CA 90048-5217<br>dleal@amglaw.com<br>oflechsig@amglaw.com<br>jpena@amglaw.com<br>apaz@amglaw.com | Attorneys for Plaintiff<br>MARK SNOOKAL |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address sfan@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 25, 2025, at Culver City, California.

/s/ Sarah Fan
_____
Sarah Fan

-10-

DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET THREE

**EXHIBIT 25-6**

# EXHIBIT 26

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   TRACEY A. KENNEDY, Cal Bar No. 150782
3  ROBERT E. MUSSIG, Cal. Bar No. 240369
   H. SARAN FAN, Cal. Bar No. 328282
4  350 South Grand Avenue, 40th Floor
   Los Angeles, CA 90071-3460
5  Telephone:  213.620.1780
   Facsimile:  213.620.1398
6  E-mail:     tkennedy@sheppardmullin.com
               rmussig@sheppardmullin.com
7              sfan@sheppardmullin.com

8  Attorneys for Defendant.
   CHEVRON U.S.A. INC., a Pennsylvania corporation
9

10

11             UNITED STATES DISTRICT COURT

12     CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

13

14  MARK SNOOKAL, an individual,          | Case No. 2:23-cv-6302-HDV-AJR

15              Plaintiff,                 | **DEFENDANTS CHEVRON U.S.A. INC.'S OBJECTIONS AND**
16      vs.                                | **RESPONSES TO PLAINTIFF MARK SNOOKAL'S INTERROGATORIES,**
17  CHEVRON USA, INC., a California        | **SET THREE**
    Corporation, and DOES 1 through 10,
18  inclusive,                             |
                                           | Action Filed: August 3, 2023
19              Defendants.                | Trial Date: August 19, 2025

20

21  PROPOUNDING PARTY:      PLAINTIFF MARK SNOOKAL

22  RESPONDING PARTY:       DEFENDANT CHEVRON U.S.A. INC.

23  SET NO.:                THREE

24  NUMBERS:                26-33

25

26

27

28

-1-

DEFENDANT'S OBJECTIONS AND RESPONSES TO
PLAINTIFF'S INTERROGATORIES, SET THREE

**EXHIBIT 26-1**

**INTERROGATORY NO. 33:**

IDENTIFY the business entity or entities which compensate employees while on rotational expatriate assignment in Nigeria.

**RESPONSE TO INTERROGATORY NO. 33:**

Defendant hereby incorporates by reference the general objections set forth above. Defendant objects to this Interrogatory on the grounds that it is vague and ambiguous, including as to time and scope and as to the term "compensate." Defendant objects to this Interrogatory on the grounds that it calls for a legal conclusion. Defendant objects to this Interrogatory to the extent that it seeks confidential and/or proprietary business information. Defendant objects to this Interrogatory to the extent that it seeks confidential and/or private personnel information of third parties.

Subject to and without waiving the foregoing objections, based upon its understanding of this Interrogatory, and limiting its response to the time period and allegations relevant to Plaintiff's Complaint, Defendant responds as follows: In July 2019, Defendant provided payroll services for its employees who assumed the REM expatriate rotational assignment with Chevron Nigeria Limited in Escravos, Nigeria, and the employee's compensation was charged by Defendant to Chevron Nigeria Limited, who was the employer of the REM position.

Dated: February 25, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
*/s/ Sarah Fan*
TRACEY A. KENNEDY
ROBERT E. MUSSIG
SARAH FAN

Attorneys for Defendant
CHEVRON U.S.A. INC. a Pennsylvania corporation

-8-

DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET THREE

**EXHIBIT 26-2**

1    **VERIFICATION**

2    I, Harpreet K. Tiwana declare and state:

3    I am an Assistant Secretary of Chevron U.S.A. Inc. ("Chevron"), a defendant in the

4    action *Mark Snookal v. Chevron U.S.A. Inc*. Case No. 2:23-cv-6302-HDV-AJR filed in

5    the United States District Court for the Central District of California.

6    I am authorized to sign this verification on behalf of **Chevron**, and I make this

7    verification for that reason.

8    I have reviewed the foregoing document titled **DEFENDANTS CHEVRON**

9    **U.S.A. INC.'S RESPONSES TO PLAINTIFF MARK SNOOKAL'S**

10    **INTERROGATORIES (SET THREE).**

11    I am informed and believe that the matters stated therein are true and, on that

12    ground verify such matters are true. I do not believe that any one person at **Chevron**

13    knows all of the matters stated therein, and therefore these responses were prepared with

14    the assistance and advice of employees of, and counsel for, **Chevron,** upon whose

15    assistance and advice I have relied. These responses are limited by the records and

16    information still in existence, presently recollected, and thus far discovered in the course

17    of preparation of these responses. **Chevron** reserves the right to change, or supplement

18    said responses, or to apply for relief to permit insertion of unintentionally omitted matter.

19    I declare under penalty of perjury of the State of California and the United States

20    of America that the foregoing is true and correct.

21    Executed at San Ramon, California, on February 25, 2025.

22
DocuSigned by:
23    *Harpreet K. Tiwana*
5093F566A32543B
24    Name: Harpreet K. Tiwana

25    Title: Assistant Secretary

26

27

28

DEFENDANT'S RESPONSES TO
                                        PLAINTIFF'S INTERROGATORIES, SET THREE

**EXHIBIT 26-3**

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 350 South Grand Avenue, 40th Floor, Los Angeles, CA 90071-3460.

On February 25, 2025, I served true copies of the following document(s) described as **DEFENDANTS CHEVRON USA. INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF MARK SNOOKAL'S INTERROGATORIES (SET THREE)** on the interested parties in this action as follows:

| | |
|---|---|
| Dolores Y. Leal<br>Olivia Flechsig<br>ALLRED, MAROKO & GOLDBERG<br>6300 Wilshire Blvd. Suite 1500<br>Los Angeles, CA 90048-5217<br>dleal@amglaw.com<br>oflechsig@amglaw.com<br>jpena@amglaw.com<br>apaz@amglaw.com | Attorneys for Plaintiff<br>MARK SNOOKAL |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address sfan@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 25, 2025, at Culver City, California.

/s/ Sarah Fan
_____
Sarah Fan

SMRH:4905-3302-0432.4

DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET THREE

**EXHIBIT 26-4**

# EXHIBIT 27

**From:** Asekomeh, Eshiofe [DELOG][/O=CHEVRON/OU=AG02/CN=RECIPIENTS/CN=EAEV]
**Sent:** Thur 8/15/2019 10:13:10 AM Coordinated Universal Time
**To:** Pitan, Olorunfemi (femi.pitan)[femi.pitan@chevron.com]
**Subject:** RE: MSEA Case - Snookal, Mark

Good morning Ma,

Thanks for the feedback. I complete the clearance today.


Warm regards,

Eshiofe Asekomeh

---

**From:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Sent:** Thursday, August 15, 2019 9:24 AM
**To:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Cc:** Arenyeka, Paul O. (PaulArenyeka) <PaulArenyeka@chevron.com>
**Subject:** FW: MSEA Case - Snookal, Mark


Dear Dr Asekomeh,

Thanks for the excellent work you put into this case. Please view e mail.

- Kindly decline a job transfer to Escravos.
- You can indicate that he will be cleared for an assignment in Lagos if that is the direction the U.S. decides to pursue.



Best regards,
Femi Pitan

**Dr O.C. Pitan**
OH Physician/ Head, Occupational Health
Nigeria Mid Africa Strategic Business Unit
✉ femi.pitan@Chevron.com
☎ CTN 2772222 ext 61807
☎ International                ▓▓▓▓▓▓▓▓
*NMA HR: Focus, Process Excellence, Expertise*
*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at the telephone number indicated above*

---

**From:** Frangos MD, Steve (SAFR) <SAFR@chevron.com>
**Sent:** Thursday, August 8, 2019 10:07 PM
**To:** Arenyeka, Paul O. (PaulArenyeka) <PaulArenyeka@chevron.com>; Levy, Scott <ScottLevy@chevron.com>; Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** FW: MSEA Case - Snookal, Mark

CUSA000824

Hi Paul. Thanks for the opportunity to review this case.

In the case of medical transfers to Escravos, my view is that NMA Occupational Health and NMA Cardiologists get 9/10 of the opinions.

As is pointed out, the patient is low risk for a major adverse CV event. Yet in Escravos, there are only limited resources for initial stabilization and transfer of a major adverse CV event. There is health risk in an Escravos assignment.

This individual would likely be fit for expatriate assignment in Lagos.

Happy to discuss further if needed.

**Stephen Frangos, MD, MPH, FACOEM**
Regional Manager, Health and Medical – Americas
TR & HM COE
safr@chevron.com
**Chevron Services Company**
A Division of Chevron U.S.A. Inc.
Global Health and Medical
1400 Smith, Room 03016
Houston, Texas 77002
Tel +1 713 372 5922
Fax +1 713 372 5941
Mobile ▮▮▮▮▮▮▮▮

Chevron Malaria Hotline for any questions about symptoms or treatment- +1 866 276 5118
This message may contain confidential information and is intended only for the use of parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at (713) 372-5922 or by reply e-mail.

**From:** Arenyeka, Paul O. (PaulArenyeka) <PaulArenyeka@chevron.com>
**Sent:** Thursday, August 08, 2019 12:43 PM
**To:** Frangos MD, Steve (SAFR) <SAFR@chevron.com>; Levy, Scott <ScottLevy@chevron.com>
**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** FW: MSEA Case - Snookal, Mark


Hello Steve and Scott

Top of the day to you

Kindly find attached and below the details of an expatriate employee Mark Snookal, who is being evaluated for a transfer from El Segundo, USA to Escravos, Nigeria.

My concerns are on the safety of such an employee with a potential cardiac abnormality though of low risk being transferred to remote location in the field where access to expert cardiac management and equipment may not be readily available or subject to logistic challenge.

I would greatly value your kind opinions and thoughts on this.


Best Regards

CUSA000825

**Paul Arenyeka MD**

Medical Director
Nigeria Mid Africa SBU
✉ poar@chevron.com
☎ CTN 2772222 ext 67046
☎ International ████████████

*NMA HR: Focus, Process Excellence, Expertise*
*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at the telephone number indicated above*

---

**From:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Sent:** Thursday, August 8, 2019 2:08 PM
**To:** Arenyeka, Paul O. (PaulArenyeka) <PaulArenyeka@chevron.com>
**Subject:** MSEA Case - Snookal, Mark


Good day sir,

As discussed, please find attached the following documents pertaining to Mark Snookal, who is being evaluated for a transfer from El Segundo, USA to Escravos, Nigeria.
The position is Reliability Engineering Manager.

Documents attached:
- Cardiology clearance (of July 29, 2019). Cleared to work in Nigeria but not Escravos specifically
- Report of Cardiac CTA (computed tomography angiogram) and Echo
- Medical Summary by Dr Asekomeh
- Summary of opinions from NMA Cardiologists – **for your own perusal**.



Kind regards,
Femi Pitan

**Dr O.C. Pitan**
OH Physician/ Head, Occupational Health
Nigeria Mid Africa Strategic Business Unit
✉ femi.pitan@Chevron.com
☎ CTN 2772222 ext 61807
☎ International ████████████
*NMA HR: Focus, Process Excellence, Expertise*
*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at the telephone number indicated above*

---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Wednesday, August 7, 2019 1:31 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** Medical summary - Snookal, Mark

CUSA000826

Good day Ma,

Please find attached, medical summary for above named employee as requested.
Also attached, are the recent Cardiologist clearance and the CTA/ Echo reports from April.


Warm regards,

Eshiofe Asekomeh

**Dr. Asekomeh E.G**
**Chevron Hospital**
**Warri, Nigeria**

**EXHIBIT 27-4**

CUSA000827

# EXHIBIT 28

## Escravos Medevac Records for 2017 - 2022

### 2017

| S/N | Date of incident | Diagnosis | Remarks |
|-----|-----------------|-----------|---------|
| 1 | 1/2/2017 | Acute coronary syndrome | Sudden onset chest pain with palpitations. Elevated cardiac abnormalities. |
| 2 | 1/7/2017 | Spondylotic radiculopathy | Acute sciatica resulting in severe pain and inability to sit |
| 3 | 1/9/2017 | Bleeding Haemorrhoid | |
| 4 | 1/10/2017 | Hypertensive Encephalopathy | Sudden collapse and confusion with highly elevated blood p |
| 5 | 1/15/2017 | Seizure disorder | Alteration in level of consciousness and tonic features |
| 6 | 1/29/2017 | Appendicitis | |
| 7 | 1/30/2017 | severe sciatica (?slipped disc) | Severe back pain, unable to walk |
| 8 | 2/19/2017 | Seizure disorder | Was admitted for post seizure confusion and had more seizu |
| 9 | 4/4/2017 | Uncontrol Hypertension and Diabetes | |
| 10 | 5/1/2017 | severe migraine headache | |
| 11 | 7/5/2017 | Cerebrovascular accident (CVA) | |
| 12 | 7/7/2017 | Traumatic Injury (Rt. Foot)- Fracture | |
| 13 | 7/17/2017 | Cerbrovascular disease | |
| 14 | 7/22/2017 | Hand and foot  injury- burns | Burn injury from diesel fire |
| 15 | 7/22/2017 | Hand and foot  injury- burns | Hand and leg burns from diesel fire |
| 16 | 8/1/2017 | Severe burns | Fire |
| 17 | 8/1/2017 | Severe burns | Fire |
| 18 | 8/14/2017 | Traumatic amputation of left middle finger | |
| 19 | 9/19/2017 | Traumatic contusional injury of left ankle and deep lacerations | Other IOC personnel |
| 20 | 9/19/2017 | Severe injury | Other IOC personnel |
| 21 | 10/2/2017 | Fire Injury/ burns | Boat fire |
| Total | | 21 | |

### 2018

| S/N | Date of incident | Diagnosis | Remarks |
|-----|-----------------|-----------|---------|
| 1 | 3/3/2018 | Cerebrovascular accident (CVA) | Right hemiparesis and associated dysphasia |
| 2 | 3/14/2018 | Acute urinary retention | |
| 3 | 3/29/2018 | Acute coronary syndrome | |
| 4 | 4/21/2018 | Cerebrovascular accident | Right hemispheric ischeamic CVA, medevac from a vessel |
| 5 | 5/9/2018 | Severe Burns | From steam |
| 6 | 5/11/2018 | Congestive cardiac failure | |
| 7 | 6/21/2018 | Cerebrovascular accident (CVA) | Found unconscious in his room |
| 8 | 7/23/2018 | Seizure disorder | |
| 9 | 8/10/2018 | Acute coronary syndrome | |

**EXHIBIT 28-1**

| | | 10 | 8/14/2018 | Non-STEMI Acute coronary syndrome | |
|---|---|---|---|---|---|
| | | 11 | 9/18/2018 | Hand Injury | Amputated index finger of the right hand |
| | | 12 | 8/19/2018 | Acute Appendicitis | |
| | | 13 | 8/19/2018 | Acute urinary retention | |
| | | 14 | 8/19/2018 | Multiple organ failure (Heart/renal) | |
| | | 15 | 8/24/2018 | Cerebrovascular accident (CVA) | Slurred speech and left limb weakness |
| | | 16 | 10/4/2018 | Severe Sepsis | Fever with chills and chest infection |
| | | 17 | 11/16/2018 | Acute pulmonary oedema | |
| | | 18 | 12/3/2018 | Acute Upper GI bleeding | Hypotension and hypoglyceamia and upper GI bleeding |
| | | 19 | 12/4/2018 | Acute Appendicitis | |
| | | 20 | 12/8/2018 | Seizure disorder | History of recent fall with head trauma while at home |
| | | | | | |
| | Total | | | 20 | |
| | | | | | |
| | **2019** | | | | |
| | S/N | | | Diagnosis | Remarks |
| | | 1 | 1/5/2019 | Transient ischeamic attack (TIA) | Transient inability to walk and slurred speech. Also had supravent |
| | | 2 | 1/11/2019 | Cerebrovascular accident | |
| | | 3 | 1/14/2019 | Injury from motor vehicular accident (MVA) | |
| | | 4 | 2/11/2019 | Near drowning | |
| | | 5 | 2/23/2019 | Severe hypertension in RVD patient | |
| | | 6 | 3/11/2019 | Acute Hyperglyceamic crisis in DM | |
| | | 7 | 3/26/2019 | Cerebrovascular accident | Slurred speech with right limb weakness |
| | | 8 | 3/28/2019 | Severe Bleeding Haemorrhoid | |
| | | 9 | 3/31/2019 | Cerebrovascular accident | |
| | | 10 | 4/22/2019 | Severe Burns | |
| | | 11 | 5/9/2019 | Burns | |
| | | 12 | 5/9/2019 | Cerebrovascular accident | |
| | | 13 | 5/21/2019 | Traumatic brain injury with Irrational behaviour | Developed symptoms hours after he fell into the sea. |
| | | 14 | 6/6/2019 | Head trauma | Resulted in headache and dizziness |
| | | 15 | 6/7/2019 | Acute Febrile Illness | |
| | | 16 | 6/28/2019 | Severe Sciatica | |
| | | 17 | 7/30/2019 | Hypertensive encephalopathy | |
| | | 18 | 8/11/2019 | Pulmonary embolism | |
| | | 19 | 8/12/2019 | Pulmonary oedema | |
| | | 20 | 8/19/2019 | Cerebrovascular accident | Heamorrhagic stroke with altered consciousness |
| | | 21 | 8/21/2019 | Panic attack | |
| | | 22 | 9/10/2019 | Appendicitis | |
| | | 23 | 9/10/2019 | Appendicitis | |
| | | 24 | 9/17/2019 | Traumatic Chest Injury | Chest trauma with fracture of the left 8th rib |
| | | 25 | 10/4/2019 | Psychosis | Irrational behavious and hallucination |
| | | 26 | 10/22/2019 | Renal stone | Severe flank pain/ known hypertensive |
| | | 27 | 10/7/2019 | Cerebrovascular accident | |
| | | 28 | 10/8/2019 | Cycling accident – traumatic leg injury | |

**EXHIBIT 28-2**

| | | S/N | | Diagnosis | Remarks |
|---|---|---|---|---|---|
| | | 29 | 10/19/2019 | Severe lumbargo | |
| | | 30 | 11/20/2019 | Acute Appendicitis | |
| | | 31 | 12/3/2019 | Hypertensive encephalopathy | |
| | | **Total** | | | 31 |
| | | | | | |
| | | **2020** | | | |
| | | **S/N** | | Diagnosis | Remarks |
| | | 1 | 1/26/2020 | Hypertensive Encephalopathy | Sudden collapse and severely elevated blood pressure |
| | | 2 | 1/27/2020 | Myocardial infarction | Acute Chest pain in a known hypertensive |
| | | 3 | 2/24/2020 | Wax burn | |
| | | 4 | 2/28/2020 | Cerebrovascular accident | Collapse with weakness of limbs and inability to move |
| | | 5 | 3/14/2020 | Burns from explosion | |
| | | 6 | 3/17/2020 | Upper Gastrointestinal bleeding | |
| | | 7 | 3/23/2020 | Abnormal behaviour/ Mood disorder | |
| | | 8 | 4/17/2020 | Acute urinary retention | |
| | | 9 | 4/21/2020 | Cerebrovascular accident | Left limb weakness |
| | | 10 | 5/11/2020 | Cerebrovascular accident | Collapse with limb weakness |
| | | 11 | 5/13/2020 | Severe hypertension | |
| | | 12 | 5/12/2020 | Seizure disorder | |
| | | 13 | 5/13/2020 | Hypertensive crisis | |
| | | 14 | 11/8/2020 | Traumatic injury from accident | Traumatic left ring finger tip amputation and crush injury of other f |
| | | 15 | 11/8/2020 | Traumatic brain injury | Boat collision with platform boat landing |
| | | 16 | 11/23/2020 | Acute appendicitis | |
| | | 17 | 6/10/2020 | Severe Sepsis | |
| | | **Total** | | | 17 |
| | | **2021** | | | |
| | | **S/N** | | Diagnosis | Remarks |
| | | 1 | 2/26/2021 | Hypovolemic Shock from Gastroenteritis | |
| | | 2 | 3/19/2021 | Intestinal Obstruction | |
| | | 3 | 3/30/2021 | Ischemic Heart Disease | ECG showed atrial flutter and evidence of old ischeamic heart cha |
| | | 4 | 5/14/2021 | Traumatic Knee Dislocation | |
| | | 5 | 5/20/2021 | Cholecystitis | |
| | | 6 | 5/5/2021 | Appendicitis | |
| | | 7 | 6/6/2021 | Acute Coronary Syndrome | Sudden onset chest pain and breathlessness |
| | | 8 | 5/26/2021 | Severe Malaria | |
| | | 9 | 6/13/2021 | Sepsis | |
| | | 10 | 6/26/2021 | Rt Forearm Fracture | |
| | | 11 | 7/17/2021 | Seizure disoder | Generalised new onset tonic-clonic seizure |
| | | 12 | 8/5/2021 | Seizure disorder | Epileptic. Disorientation after seizures |

**EXHIBIT 28-3**

| | | 13 | 8/26/2021 | Hypotension In Cyesis | |
| | | 14 | 9/27/2021 | Acute Appendicitis | |
| | | 15 | 11/1/2021 | Near Drowning | |
| | | 16 | 9/28/2021 | Acute Confusional State | |
| | | 17 | 9/29/2021 | Peri Anal abscess | |
| | | 18 | 10/14/2021 | Septic Shock | |
| | | 19 | 12/26/2021 | Traumatic Injury -Accident | |
| | | | | | |
| | | Total | | 19 | |
| | | **2022** | | | |
| | | S/N | | Diagnosis | Remarks |
| | | 1 | 2/21/2022 | Acute appendicitis | |
| | | 2 | 2/21/2022 | Acute appendicitis | |
| | | 3 | 3/28/2022 | Acute coronary syndrome | |
| | | 4 | 3/30/2022 | Acute appendicitis | |
| | | 5 | 4/4/2022 | Appendicitis | |
| | | 6 | 4/5/2022 | Urolithiasis | |
| | | 7 | 5/14/2022 | Deep Vein Thrombosis (DVT) | |
| | | 8 | 5/15/2022 | Burns | Fire |
| | | 9 | 5/19/2022 | Deep Vein Thrombosis and pulmonary embolism | |
| | | 10 | 5/24/2022 | Traumatic head injury with Mutiple lacerations | |
| | | 11 | 6/10/2022 | Severe multiple injuries | Legs trapped between boat and platform boat landing |
| | | 12 | 7/27/2022 | Severe Malaria and sepsis | |
| | | 13 | 8/25/2022 | Severe  injuries | |
| | | 14 | 9/30/2022 | Diabetes & Hypotension | |
| | | 15 | 10/28/2022 | Major head trauma | From sea pirate attack |
| | | 16 | 10/28/2022 | Facial trauma | From sea pirate attack |
| | | 17 | 10/28/2022 | Partial intestinal obstruction | |
| | | 18 | 11/3/2022 | Vaso-oclusive Crisis In A Known HBSS genotype | |
| | | 19 | 11/18/2022 | Major burns | 27% burns from hot engine oil in tanker vessel pipe rupture |
| | | 20 | 11/18/2022 | Abnormal behaviour/ Delusions (Schizophrenia) | |
| | | | | | |
| | | Total | | 20 | |

**EXHIBIT 28-4**

Escravos Fatalities 2017-2022

| Year | # of Incidents | Date | Incident Details |
|------|------|------|------|
| 2017 | 1 | January 17, 2017 | Contractor personnel was found unresponsive in his accommodation. The site n commenced Cardiopulmonary Resuscitation ("CPR"). The CPR was unsuccess |
| 2018 | 4 | January 07, 2018 | Medical team was called to the case of a contractor personnel who slumped alo accommodation block in Escravos. He was moved to the clinic. CPR was unsuc |
| | | October 17, 2018 | Employee collapsed while walking back to his office from lunch. CPR was com continued until Escravos medical personnel arrived the scene and transported hi made at resuscitation were not successful. |
| | | July 22, 2018 | Contractor personnel was observed conscious but unresponsive while in bed at taken to the clinic where he was stabilized until the following morning when fli medevac. He was medevaced to his company arranged clinic in Warri. He later 23, 2018. |
| | | August 10, 2018 | At approximately 1300hrs, a contractor personnel was observed to be unwell in transferred to the on-site clinic. Her condition deteriorated during the evening a successful. |
| 2019 | 4 | April 8, 2019 | At approximately 1600 hours, a Captain slumped on the accommodation deck o was on standby at a CNL facility. He was immediately transferred to the nearby performed without success. |
| | | May 22, 2019 | At approximately 0500 hrs, a contractor personnel was found unconscious and l roommates in his Escravos accommodation. The Medical Response team was n commenced. He was later medevaced to Warri at 0755 hours and transferred to where he died at approximately 1215 hrs |
| | | August 11, 2019 | At approximately 1300hrs, a contractor personnel on a Self Elevating Work Ov in the toilet and momentarily lost consciousness. He was medevaced to the Escr stabilised and later transferred to his company clinic. He died on August 14, 20 |
| | | October 16, 2019 | At about 3:20pm, a contractor personnel slumped at a on a Well Platform. All e unsuccessful. |

**EXHIBIT 28-5**

Escravos Fatalities 2017-2022

| 2020 | 2 | December 18, 2020 | At about 23:15hrs, a security personnel was discovered unresponsive on an Oil found no sign of life and he was confirmed dead. |
| | | October 12, 2020 | A Contractor personnel discovered he had a highly elevated blood pressure on s became unresponsive while being assessed by the facility Nurse. Resuscitation |
| 2021 | 3 | May 13, 2021 | A Contractor personnel reported at the medical post at about 23:30 hours with a commenced, however the condition deteriorated rapidly and efforts at resuscitat 2021. |
| | | July 27, 2021 | An employee was medevaced from Escravos to Chevron Hospital Warri with a He subsequently tested positive for Coronavirus Disease (COVID-19) and was pneumonia. However, his condition continued to deteriorate until he passed on |
| | | November 9, 2021 | A contractor personnell was brought into the Escravos Clinic at 0530hrs from h chest tightness and breathlessness. He was unresponsive on arrival at the Escrav were unsuccessful. |
| 2022 | 7 | January 17, 2022, | At about 0610 hours, contractor personnel was found unconscious by his roomm attached to a Well Platform. He was immediately moved to the nearest medical him and commenced CPR which was unsuccessful. |
| | | August 17, 2022 | At about 0850 hours, a contractor personnel l slumped while at the mess hall on were unsuccessful. |
| | | September 11, 2022 | At about 1030hrs, a contractor personnel had seizures while off-duty ar making a phone call. He became unconscious and resuscitation efforts v |

**EXHIBIT 28-6**

Escravos Fatalities 2017-2022

| | | September 10, 2022 | At about 1020 hrs, a contractor personnel developed breathing difficulties on a nearby medical post for further medical attention. He subsequently had a cardio and resuscitation was not successful. |
| | | September 2, 2022 | At about 1800 hours, a contractor personnel on a Self Elevating Workover Plat consciousness while mustering with other crew members Resuscitation efforts w |
| | | September 5, 2022, | At about 2250 hours, a contractor personnel was retrived from his room followi saw him grunting in the bathroom. He subsequently had a cardiac arrest. CPR w |
| | | December 24, 2022 | At about 08:10hrs, a contractor personnel was found unrousable in his room by assessment by the medical team noted that rigor mortis had set in and no need f confirmed dead. |

**EXHIBIT 28-7**

# EXHIBIT 29

| From: | Levy, Scott[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EF6C6DC5AA0B407FA6A60ED694E3A3D1-LTMV] |
|---|---|
| Sent: | Wed 9/4/2019 5:42:22 PM (UTC) |
| To: | Jones MD, Ayanna[Ayanna.Jones@chevron.com] |
| Subject: | Re: Rescinded Job Offer in Nigeria |

Thanks. I got this.

Sent from my iPad

On Sep 4, 2019, at 3:39 PM, Jones MD, Ayanna <Ayanna.Jones@chevron.com> wrote:

Hello Andrew,

The EEMEA Regional Medical Manager would be able to provide you with context on this case and appropriate response.

Regards,

Ayanna Jones, MD, MPH
Manager US Occupational and
Expatriate Health Services

**Chevron Services Company**
A Division of Chevron U.S.A. Inc.
TR & HM COE
Global Health and Medical
1400 Smith, #03196
Houston, TX 77002
Tel: (713)372-5921
Fax: (713)372-5941
Email: Ayanna.Jones@chevron.com

*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at the telephone number indicated above*

**From:** Powers, Andrew C <Andrew.Powers@chevron.com>
**Sent:** Wednesday, September 04, 2019 9:33 AM
**To:** Jones MD, Ayanna <Ayanna.Jones@chevron.com>
**Cc:** Tse, Thalia <thaliatse@chevron.com>
**Subject:** Fwd: Rescinded Job Offer in Nigeria

**EXHIBIT 29-1**

Dr. Ayana,

Are you able to provide me with any context on the below and suggested response? Is this common to have conflicting views between someone's personal physician and Chevron Expat Medical?

If there is another resource you would suggest, could I please have their name?

Note that Mark finds this discriminatory in nature, however, this is hard to know with the limited information.

Kind Regards,
Andrew Powers

Sent from my iPhone
Begin forwarded message:

> **From:** "Snookal, Mark" <Mark.Snookal@chevron.com>
> **Date:** September 4, 2019 at 7:20:38 AM PDT
> **To:** "Powers, Andrew C" <Andrew.Powers@chevron.com>
> **Cc:** "Tse, Thalia" <thaliatse@chevron.com>, "Ruppert, Austin" <Austin.Ruppert@chevron.com>
> **Subject: Rescinded Job Offer in Nigeria**
>
> Andrew,
>
> I am very disappointed in the decision by Chevron Medical to classify me as "unfit" for the Reliability Engineering Manager position at EGTL. I believe this decision was made based on a lack of understanding and stereotypical assumptions about my medical condition and is, therefore, discriminatory in nature. As my condition does not affect my ability to perform the job duties of that position, I require no ongoing care outside of annual monitoring, working in a remote location does not affect my condition, a complication from my condition would cause no harm to others, and I have no work restrictions from my physician this decision seems excessively paternalistic.
>
> After the initial finding of "unfit," I appealed the decision, and Chevron Medical requested permission to contact the specialist who cares for me, and I agreed. That specialist sent an email to Chevron Medical, stating that my condition is stable and has been for three years and that the risk is "low." That same physician had earlier provided me with a letter stating that "it is safe for him [me] to work in Nigeria…His [my] condition is under good control, and no special treatment is needed." Which I provided to Chevron Medical before they made their initial determination of "unfit." Additionally, I passed all aspects of the regular examination, and the issue arises purely from a question about medical history.
>
> Aside from my complaint of medical discrimination, where does their decision leave me? I spoke with the manager I would have reported to in Nigeria this morning, and they are rescinding the offer, but my position in El Segundo has already been filled.
>
>
> Mark Snookal
> IEA Reliability Team Lead
>
> **Chevron Products Company**
> El Segundo Refinery

**EXHIBIT 29-2**

324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel  310.615.5208
Mobile 310.678.5914
Mark.Snookal@chevron.com

**EXHIBIT 29-3**

# EXHIBIT 30

| | |
|---|---|
| **From:** | Plazuela, Ira Danica [Chevron][/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d4d6da04fec44afa8a58f3cbab16c23b-irau] |
| **Sent:** | Fri 4/24/2020 5:16:58 AM (UTC) |
| **To:** | EMPortal_DO_NOT_REPLY@chevron.com[EMPortal_DO_NOT_REPLY@chevron.com]; NMA - Expat Admin.[L9LEK168@chevron.com]; Isiocha, Chinyere (ChinyereIsiocha)[ChinyereIsiocha@chevron.com]; Okorodudu, Idongesit A. (IAIA)[IAIA@chevron.com]; Health & Medical Services - North and South America Expatriate Ex[EXAMAMER@chevron.com]; Health & Medical Services - Europe, Afr, Mid East, Eurasia Expat[EXAMEAME@chevron.com]; Immigration Group[immigr@chevron.com]; Mirabueno, Bijo Velante[JosephineMirabueno@chevron.com]; Jueves, Therese Nicole[ThereseNicole.Jueves@chevron.com]; Jueves, Therese Nicole[ThereseNicole.Jueves@chevron.com] |
| **Subject:** | RE: Snookal,Mark - Escravos, Nigeria - Domestic to International  Notification |

Hi, All.
Please be advised that metadata below is cancelled due to assignment cancellation. Thank you.
**Ira Plazuela** ●●
Processing Representative - Global Mobility
iradanicaplazuela@chevron.com
CTN 793-7642

**From:** EMPortal_DO_NOT_REPLY@chevron.com <EMPortal_DO_NOT_REPLY@chevron.com>
**Sent:** Tuesday, July 9, 2019 3:51 PM
**To:** NMA - Expat Admin. <L9LEK168@chevron.com>; Isiocha, Chinyere (ChinyereIsiocha) <ChinyereIsiocha@chevron.com>; Okorodudu, Idongesit A. (IAIA) <IAIA@chevron.com>; Health & Medical Services - North and South America Expatriate Ex <EXAMAMER@chevron.com>; Health & Medical Services - Europe, Afr, Mid East, Eurasia Expat <EXAMEAME@chevron.com>; Immigration Group <immigr@chevron.com>; Mirabueno, Bijo Velante <JosephineMirabueno@chevron.com>; Jueves, Therese Nicole <ThereseNicole.Jueves@chevron.com>; Jueves, Therese Nicole <ThereseNicole.Jueves@chevron.com>
**Subject:** Snookal,Mark - Escravos, Nigeria - Domestic to International Notification

To Whom It May Concern,

This e-mail message is sent to you by Chevron Global Expatriate Administration Group. We would like to notify you about the new assignment acceptance with information in the table below.

| ASSIGNEE INFORMATION | |
|---|---|
| Assignee Name (Last Name, First Name) | Snookal,Mark |
| Chevron-issued 4-Letter CAI | MVZM |
| Email | Mark.Snookal@chevron.com |
| Payroll | United States |
| Marital Status | Single |
| Host Family Size | 1 |
| Phone Number to Contact | +1 310-615-5208 |
| Home Country | United States |
| Point of Origin | El Segundo, California |
| New Assignment Job Title | EGTL Reliability Engineering |

**EXHIBIT 30-1**

Manager

| | |
|---|---|
| Home Personnel Number | 70017136 |
| New Hire | No |

## NEW ASSIGNMENT INFORMATION

| | |
|---|---|
| New Assignment | Rotational |
| New Assignment Country | Nigeria |
| New Assignment City/Work Location | Escravos |
| New Assignment Company | 0811 - Chevron Upstream & Gas |
| New Assignment Cost Center | XCPR225000 |
| New Assignment Supervisor Name | Okeowo, Siji |
| New Assignment Supervisor Email | siji.okeowo@chevron.com |
| Move Type: | Domestic to International |
| Anticipated Start Date | 1 Jul 2019 |
| Assignment Duration | 3-4 years |
| Career Couple | No |
| Spouse's Name (Last Name, First Name) | |

## CURRENT ASSIGNMENT INFORMATION

| | |
|---|---|
| Current Assignment | Domestic |
| Current Host City/Work Location | El Segundo, United States |
| Current Assignment Company | 0061 - Chevron Products Company |
| Current Assignment Cost Center | DCRES00758 |

## OTHER CONTACTS

| | |
|---|---|
| HR Assignee Counselor Name (Last Name, First Name) | Mirabueno, Bijo |
| HR Assignee Counselor Email | JosephineMirabueno@chevron.com |
| Home-Country HR Contact Name | Andrews, Kelly |
| Home-Country HR Contact | KellyAndrews@chevron.com |

**EXHIBIT 30-2**

| | |
|---|---|
| Email | |
| Home-Country HR Contact Phone | +1 310-615-5468 |
| New Assignment HR Contact Name | Ajayi, Nwamaka |
| New Assignment HR Contact Email | NwamakaAjayi@chevron.com |
| New Assignment HR Contact Phone | +234 3660000X68122 |

DISCLAIMER: This message contains confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is STRICTLY PROHIBITED. If you have received this message in error, please notify Chevron by contacting:

*********

Email: expatjob@chevron.com

**EXHIBIT 30-3**

# EXHIBIT 31

| | |
|---|---|
| **From:** | Levy, Scott[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EF6C6DC5AA0B407FA6A60ED694E3A3D1-LTMV] |
| **Sent:** | Mon 8/26/2019 2:54:39 PM (UTC) |
| **To:** | Arenyeka, Paul O.  (PaulArenyeka)[PaulArenyeka@chevron.com] |
| **Cc:** | Frangos MD, Steve (SAFR)[SAFR@chevron.com] |
| **Subject:** | Re: [**EXTERNAL**] Patient MS |

I support your decision and appreciate the rereview.
Scott

Sent from my iPhone

On 26 Aug 2019, at 15:51, Arenyeka, Paul O. (PaulArenyeka) <PaulArenyeka@chevron.com> wrote:

> Dear Scott
>
> Thank you for making the effort to engage the specialist in this case and I understand his opinion and recommendations.
>
> However I believe we should still be very cautious. Based on recent developments around increasing medical evacuation from the field there is heightened focus on FFD in field locations by management. The risk of an incident no matter how low is a major factor in Escravos medical care. The logistics of getting an emergency out of Escravos especially when there is weather challenge compounds the risk of an adverse outcome.
>
> I would be cautious about this and maintain our current decision. I discussed this case in view of its impending appeal with the HR & Medical leadership team this morning and the general feeling is that we should maintain the restriction based on the issues already outlined.
>
> I will appreciate your guidance
>
> Best Regards
>
> **Paul Arenyeka MD**
>
> Medical Director
> Nigeria Mid Africa SBU
> ✉ poar@chevron.com
> ☎ CTN 2772222 ext 67046
> ☎ International + (234) -1-3667046

*NMA HR: Focus, Process Excellence, Expertise*
*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited.  If you have received this message in error, please notify me immediately at the telephone number indicated above*

**From:** Levy, Scott <ScottLevy@chevron.com>
**Sent:** Saturday, August 24, 2019 8:00 AM
**To:** Arenyeka, Paul O. (PaulArenyeka) <PaulArenyeka@chevron.com>
**Cc:** Frangos MD, Steve (SAFR) <SAFR@chevron.com>
**Subject:** Fwd: [**EXTERNAL**] Patient MS

**EXHIBIT 31-1**

Paul,

I had a conversation with Mark Snookals nephrologist and the info is below. Although not without some risk, I don't think we're dealing with high risk. We can mandate yearly clearance and report from nephrologist on yearly basis. Risk is even lower when we consider that he'll be a rotator.

Scott

Sent from my iPhone
Begin forwarded message:

> **From:** "Steven H. Khan" <Steven.S.Khan@kp.org>
> **Date:** 23 August 2019 at 22:35:33 BST
> **To:** "scottlevy@chevron.com" <scottlevy@chevron.com>
> **Cc:** "mark@maygus.com" <mark@maygus.com>
> **Subject:** [**EXTERNAL**] Patient MS
>
> Hi Dr. Levy,
> I received your voicemail about Mr. MS who is a Chevron employee and my patient here at Kaiser.
> I understand he is applying for a job in a rural or remote area of Nigeria and I understand the concern about his aortic aneurysm.
>
> I just spoke to Mr. MS and received his permission to email you back. I am also copying him on this email.
>
> Mr. MS's aneurysm is relatively small and considered low risk. His Thoracic aortic aneurysm size is 4.1-4.2 cm on his most recent CT scan.
> From the published studies, the risk of rupture or dissection is 2% per year for aneurysms between 4.0 and 4.5 cm (Ann Thor Surg 2002 Vol 73, pg 17-28, figure 3).
>
> Further, the average rate of growth of thoracic aortic aneurysms is 0.1%/year and Mr. MS's aneurysm has not changed between his CTs in May 2016, May 2017, and April 2019.
> Since Mr. Snookal's aneurysm has not shown any growth for 3 years, his risk may be lower than the published 2% number above which would be based on "average" growth rates.
>
> Finally, the studies of risk of rupture are fairly old (2002) and treatment has improved as has our understanding of aortic aneurysms.
> For example, animal studies have shown a significant benefit from use of Angiotensin Receptor Blockers (ARB) in preventing or even reversing aortic aneurysm growth and Mr MS
> Is on an ARB.
>
> In summary, Mr. MS's risk of serious complications related to his thoracic aortic aneurysm is low and likely less than 2% per year.
> The risk is primarily related to further enlargement of the aneurysm which can be tracked with an annual CT scan.
>
> If you have any further questions, please feel free to email me or call me.

**EXHIBIT 31-2**

Best regards,

S. Khan, MD
Clinical Associate Professor, UCLA School of Medicine
Heart Failure and Transplant Cardiology, Kaiser Permanente

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.

**EXHIBIT 31-3**

# EXHIBIT 32

| From: | Levy, Scott[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EF6C6DC5AA0B407FA6A60ED694E3A3D1-LTMV] |
|---|---|
| Sent: | Tue 8/20/2019 4:05:53 PM (UTC) |
| To: | Frangos MD, Steve (SAFR)[SAFR@chevron.com] |
| Cc: | Arenyeka, Paul O.  (PaulArenyeka)[PaulArenyeka@chevron.com] |
| Subject: | Re: Nigeria Medical Determination |

Got it. Thanks.

Sent from my iPhone

On 20 Aug 2019, at 17:31, Frangos MD, Steve (SAFR) <SAFR@chevron.com> wrote:

> Scott / Paul:  the employee reached me Friday evening, through guidance from another employee.  I shared with him what Paul and I had determined in our review of the case:  that he was deemed not fit for assignment in Escravos because of the location; but would have been fit if assignment was to Lagos.
>
> He said he planned to appeal the medical clearance decision.
> **Stephen Frangos, MD, MPH, FACOEM**
> Regional Manager, Health and Medical – Americas
> TR & HM COE
> safr@chevron.com
> **Chevron Services Company**
> A Division of Chevron U.S.A. Inc.
> Global Health and Medical
> 1400 Smith, Room 03016
> Houston, Texas 77002
> Tel +1 713 372 5922
> Fax +1 713 372 5941
> Mobile ███████████

> Chevron Malaria Hotline for any questions about symptoms or treatment- +1 866 276 5118
> *This message may contain confidential information and is intended only for the use of parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at (713) 372-5922 or by reply e-mail.*

---

**From:** Levy, Scott <ScottLevy@chevron.com>
**Sent:** Tuesday, August 20, 2019 8:44 AM
**To:** Arenyeka, Paul O. (PaulArenyeka) <PaulArenyeka@chevron.com>
**Cc:** Frangos MD, Steve (SAFR) <SAFR@chevron.com>
**Subject:** RE: Nigeria Medical Determination

Understood. Does he know this?

**Scott Levy**
Regional Medical Manager, Europe, Eurasia, Middle East & Africa
Chevron Products UK Limited
1 Westferry Circus
Canary Wharf

**EXHIBIT 32-1**

London E14 4HA
Office-  +44 (0) 207 719 3390 (Also serves 24/7 medical emergency support)
Fax-    +44 (0) 207 719 5188
Mobile- ███████████████
CTN- (8) 584 3390
ScottLevy@chevron.com

This message may contain confidential information and is intended only for the use of the parties to
whom it is addressed. If you are not an intended recipient, you are hereby notified that any
disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you
have received this message in error, please notify me immediately at the telephone number indicated
above

**Important Message from the Global Privacy Team**

Remember that when it comes to sharing personal data, **less is more**. Do not share more information
than is being requested from you. Share information securely and follow company policy
by **encrypting**emails and attachments that contain **sensitive personal data**.  Before clicking "send" on
an email,**double-check** that the email is addressed to the people you actually want it to go to!  Do not
forward emails containing detailed information about a patient's health or wellbeing when a
summary would suffice. Wherever possible, anonymize personal data by removing patient names and
other individual identifiers.  Finally, don't hesitate to contact the Global Privacy Team if you have any
questions:privacy@chevron.com

---

**From:** Arenyeka, Paul O. (PaulArenyeka)
**Sent:** 20 August 2019 11:58
**To:** Levy, Scott <ScottLevy@chevron.com>
**Cc:** Frangos MD, Steve (SAFR) <SAFR@chevron.com>
**Subject:** RE: Nigeria Medical Determination


Good morning Scott

He was deemed not fit for assignment in Escravos because of the location. He would have been fit if
assignment was to Lagos. it is left for his team to consider re-assignment to Lagos if that is their
decision

Best Regards

**Paul Arenyeka MD**

Medical Director
Nigeria Mid Africa SBU
✉ poar@chevron.com
☎ CTN 2772222 ext 67046
☎ International ███████████████

*NMA HR: Focus, Process Excellence, Expertise*
*This message may contain confidential information and is intended only for the use of the parties to whom it is*
*addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution*
*or use of any information in this message is strictly prohibited.  If you have received this message in error, please*
*notify me immediately at the telephone number indicated above*

---

**From:** Levy, Scott <ScottLevy@chevron.com>
**Sent:** Tuesday, August 20, 2019 8:27 AM
**To:** Frangos MD, Steve (SAFR) <SAFR@chevron.com>; Arenyeka, Paul O. (PaulArenyeka)

**EXHIBIT 32-2**

<[PaulArenyeka@chevron.com](mailto:PaulArenyeka@chevron.com)>
**Subject:** FW: Nigeria Medical Determination

Just trying to find where we left this.  Has anyone reviewed if assignment could be Lagos?

**Scott Levy**
Regional Medical Manager, Europe, Eurasia, Middle East & Africa
Chevron Products UK Limited
1 Westferry Circus
Canary Wharf
London E14 4HA
Office-  +44 (0) 207 719 3390 (Also serves 24/7 medical emergency support)
Fax-     +44 (0) 207 719 5188
Mobile- ███████████
CTN- (8) 584 3390
[ScottLevy@chevron.com](mailto:ScottLevy@chevron.com)

This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at the telephone number indicated above

**Important Message from the Global Privacy Team**
Remember that when it comes to sharing personal data, **less is more**. Do not share more information than is being requested from you. Share information securely and follow company policy by **encrypting** emails and attachments that contain **sensitive personal data**.  Before clicking "send" on an email, **double-check** that the email is addressed to the people you actually want it to go to!  Do not forward emails containing detailed information about a patient's health or wellbeing when a summary would suffice. Wherever possible, anonymize personal data by removing patient names and other individual identifiers.  Finally, don't hesitate to contact the Global Privacy Team if you have any questions: [privacy@chevron.com](mailto:privacy@chevron.com)

**From:** Cortina, Yvette
**Sent:** 19 August 2019 23:13
**To:** Levy, Scott <[ScottLevy@chevron.com](mailto:ScottLevy@chevron.com)>
**Cc:** Snookal, Mark <[Mark.Snookal@chevron.com](mailto:Mark.Snookal@chevron.com)>
**Subject:** FW: Nigeria Medical Determination

Hello Dr. Levy,

Mr. Mark Snookal (MVZM) reached out to me last week in regards to his Expatriate Assignment Recommendation.  He was recently deemed "Not Fit" for assignment and would like to appeal this decision.  Initial Assignment offer is Rotational to Escravos, Nigeria.

He has not received his medical results.

Thank you!
Regards,

**EXHIBIT 32-3**

Yvette Cortina | Administrative Assistant, Expatriate Health Services | 713-372-5926 |
yvette.cortina@chevron.com

**From:** Snookal, Mark <Mark.Snookal@chevron.com>
**Sent:** Monday, August 19, 2019 9:30 AM
**To:** Cortina, Yvette <Yvette.Cortina@chevron.com>
**Subject:** Nigeria Medical Determination


Good morning Yvette,

I never heard from anyone from your group on Friday and am hoping to get in touch with someone soon. In the meantime, I would like to request the records used to make the "not fit" determination as is my right.

Thanks,

Mark Snookal
IEA Reliability Team Lead

**Chevron Products Company**
El Segundo Refinery
324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel  310.615.5208
Mobile 310.678.5914
Mark.Snookal@chevron.com

**EXHIBIT 32-4**

# EXHIBIT 33

| | |
|---|---|
| **From:** | Levy, Scott[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EF6C6DC5AA0B407FA6A60ED694E3A3D1-LTMV] |
| **Sent:** | Tue 8/27/2019 10:13:58 AM (UTC) |
| **To:** | Seca Torres, Eldyleida[eldyleidasecatorres@chevron.com] |
| **Subject:** | Re: Msea |

Disregard.

Sent from my iPhone

> On 27 Aug 2019, at 11:02, Seca Torres, Eldyleida <eldyleidasecatorres@chevron.com> wrote:
>
> Should I request that the clearance given be placed on hold?
>
>
> -----Original Message-----
> From: Levy, Scott <ScottLevy@chevron.com>
> Sent: Friday, August 23, 2019 5:14 PM
> To: Seca Torres, Eldyleida <eldyleidasecatorres@chevron.com>
> Subject: Msea
>
>
> I don't know who the msea advisor is for Mark Snookal but can you inform them that we're reviewing his msea eval for escravos. This was previous sent as not ffd but I'm performing a second review.
>
> Thanks,
>
> Scott
> Sent from my iPhone

**EXHIBIT 33**

# EXHIBIT 34

| | |
|---|---|
| **From:** | Levy, Scott[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EF6C6DC5AA0B407FA6A60ED694E3A3D1-LTMV] |
| **Sent:** | Mon 8/26/2019 7:51:00 AM (UTC) |
| **To:** | Steven H. Khan[Steven.S.Khan@kp.org] |
| **Cc:** | Mark Snookal[Mark@maygus.com] |
| **Subject:** | Re: [**EXTERNAL**] Patient MS |

Dr. Khan,
Thank you for the very quick response. I'm working with my team in Nigeria right now to discuss.

Scott

Sent from my iPad

On Aug 23, 2019, at 10:35 PM, Steven H. Khan <Steven.S.Khan@kp.org> wrote:

Hi Dr. Levy,
I received your voicemail about Mr. MS who is a Chevron employee and my patient here at Kaiser.
I understand he is applying for a job in a rural or remote area of Nigeria and I understand the concern about his aortic aneurysm.

I just spoke to Mr. MS  and received his permission to email you back. I am also copying him on this email.

Mr. MS's aneurysm is relatively small and considered low risk. His Thoracic aortic aneurysm size is 4.1-4.2 cm on his most recent CT scan.
From the published studies, the risk of rupture or dissection is 2% per year for aneurysms between 4.0 and 4.5 cm (Ann Thor Surg 2002 Vol 73, pg 17-28, figure 3).

Further, the average rate of growth of thoracic aortic aneurysms is 0.1%/year and Mr. MS's aneurysm has not changed between his CTs in May 2016, May 2017, and April 2019.
Since Mr. Snookal's aneurysm has not shown any growth for 3 years, his risk may be lower than the published 2% number above which would be based on "average" growth rates.

Finally, the studies of risk of rupture are fairly old (2002) and treatment has improved as has our understanding of aortic aneurysms.
For example, animal studies have shown a significant benefit from use of Angiotensin Receptor Blockers (ARB) in preventing or even reversing aortic aneurysm growth and Mr MS
Is on an ARB.

In summary,  Mr. MS's risk of serious complications related to his thoracic aortic aneurysm is low and likely less than 2% per year.
The risk is primarily related to further enlargement of the aneurysm which can be tracked with an annual CT scan.

If you have any further questions, please feel free to email me or call me.

Best regards,

S. Khan, MD

**EXHIBIT 34-1**

Clinical Associate Professor, UCLA School of Medicine

Heart Failure and Transplant Cardiology, Kaiser Permanente

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.

**EXHIBIT 34-2**

# EXHIBIT 35

| **From:** | Snookal, Mark[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=055D9094D3E242128BEF80F5C6B3DAD9-MVZM] |
|---|---|
| **Sent:** | Thur 9/5/2019 11:56:01 PM (UTC) |
| **To:** | Cortina, Yvette[Yvette.Cortina@chevron.com] |
| **Subject:** | RE: Nigeria Medical Determination |

Yvette,

I have spoken to Dr. Levy about the determination, but I would still like to have a copy of the paperwork and results used to make the determination.

Thank You

Mark Snookal
IEA Reliability Team Lead

**Chevron Products Company**
El Segundo Refinery
Tel  310.615.5208
Mobile 310.678.5914

---

**From:** Cortina, Yvette <Yvette.Cortina@chevron.com>
**Sent:** Monday, August 19, 2019 3:13 PM
**To:** Levy, Scott <ScottLevy@chevron.com>
**Cc:** Snookal, Mark <Mark.Snookal@chevron.com>
**Subject:** FW: Nigeria Medical Determination

Hello Dr. Levy,

Mr. Mark Snookal (MVZM) reached out to me last week in regards to his Expatriate Assignment Recommendation.  He was recently deemed "Not Fit" for assignment and would like to appeal this decision.  Initial Assignment offer is Rotational to Escravos, Nigeria.

He has not received his medical results.

Thank you!
Regards,
Yvette Cortina | Administrative Assistant, Expatriate Health Services | 713-372-5926 |
yvette.cortina@chevron.com
**From:** Snookal, Mark <Mark.Snookal@chevron.com>
**Sent:** Monday, August 19, 2019 9:30 AM
**To:** Cortina, Yvette <Yvette.Cortina@chevron.com>
**Subject:** Nigeria Medical Determination

Good morning Yvette,

I never heard from anyone from your group on Friday and am hoping to get in touch with someone soon. In the meantime, I would like to request the records used to make the "not fit" determination as is my right.

**EXHIBIT 35**

# EXHIBIT 36

| From: | Vang, Bao[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E5F73CF2E13A487F8014CA4E33650E84-BAVU] |
|---|---|
| Sent: | Fri 6/7/2019 12:49:40 PM (UTC) |
| To: | Omomehin, Andrew A. (AAOM)[aaom@chevron.com] |
| Cc: | Ajayi, Nwamaka[NwamakaAjayi@chevron.com]; NIGEC EGTL Technical - Manager (L9ESC1596-smb)[L9esc1596@chevron.com]; FE - Sponsor Group[fespogrp@chevron.com] |
| Subject: | RE: EGTL RE Manager Posting - Global PDC |

Hi Andrew,

The candidate summary table is not fully filled out. Please complete rankings in the following areas for all shortlisted candidates as they are currently blank and also note the selected candidate in the file in the last column. This is required for record purposes and as it appears at least one of the categories below is a differentiating factor, I'd like to ensure we clearly communicate this to the candidate's PDRs when seeking concurrence.

| CSOC Focus | Demonstrated Chevron Way Behavior | Development Fit | Operational Excellence | Selected Candidate |
|---|---|---|---|---|
| | | | | |

Thanks.
Bao

**From:** Omomehin, Andrew A. (AAOM)
**Sent:** Thursday, June 6, 2019 11:28 AM
**To:** FE - Sponsor Group <fespogrp@chevron.com>
**Cc:** Vang, Bao <BaoVang@chevron.com>; Ajayi, Nwamaka <NwamakaAjayi@chevron.com>; NIGEC EGTL Technical - Manager (L9ESC1596-smb) <L9esc1596@chevron.com>
**Subject:** FW: EGTL RE Manager Posting - Global PDC

Please See attached ranking of the candidates for the NMA EGTL Reliability Engineering Manager position for your use. We are recommending Mark Snookal for the position.

Regards,
Andrew

**From:** NIGEC EGTL Technical - Manager (L9ESC1596-smb)
**Sent:** Tuesday, June 4, 2019 10:36 AM
**To:** Omomehin, Andrew A. (AAOM) <aaom@chevron.com>; Ajayi, Nwamaka <NwamakaAjayi@chevron.com>
**Subject:** EGTL RE Manager Posting - Global PDC

Amaka, Andrew:

We finished the ranking of the candidates this morning. Here is a summary of the results...

| | 20% | 30% | 30% | 20% | Total |
|---|---|---|---|---|---|
| | | | | | |
| Amir Zaheer | 4 | 4 | 3 | 3 | 3.5 |

**EXHIBIT 36-1**

Mark Snookal      4      3      3      4      3.4

We saw Amir and Mark essentially tied based on the criteria and weighting.  We think the development fit was much better for Mark Snookal and used that criteria as the tie breaker.  The VGM (Greg Gabel / Mike Charlton) and the existing Reliability Manager (Chander Sanbhi) participated on the scoring and ranking of the candidates.

Thanks,


Kent DeBoer – Technical Manager
(B2B – Siji Okeowo)
Escravos Gas to Liquids (EGTL)
Chevron Nigeria Limited
Office:  +234 (0) 1 367 6877
Office U.S. Tie-Line:  (925) 842 1111 option 4 x6877
Office CTN:  367 6877
Nigeria Mobile:  █████████
kdeboer@chevron.com
l9esc1596@chevron.com (shared email with B2B)



**From:** FE - Sponsor Group
**Sent:** Tuesday, May 21, 2019 10:07 AM
**To:** Omomehin, Andrew A. (AAOM) <aaom@chevron.com>
**Cc:** Vang, Bao <BaoVang@chevron.com>
**Subject:** NMA Job Closed 5/20

Hi Andrew,

The following job for **NMA** closed on 05/20, **401333**. You will find the candidate summary table in SharePoint- 2H2019 Off-Cycle under **Job Slates.**

Regards,

**Marion Gerard**
Sponsor Support Specialist
mariongerard@chevron.com

**Chevron Services Company**
HR Shared Services
1400 Smith Street, 09040
Houston, TX 77002
+1 713 372 8070


**EXHIBIT 36-2**

| From: | Omomehin, Andrew A. (AAOM)[aaom@chevron.com] |
|---|---|
| Sent: | Thur 6/6/2019 4:27:35 PM (UTC) |
| To: | FE - Sponsor Group[fespogrp@chevron.com] |
| Cc: | Vang, Bao[BaoVang@chevron.com]; Ajayi, Nwamaka[NwamakaAjayi@chevron.com]; NIGEC EGTL Technical - Manager  (L9ESC1596-smb)[L9esc1596@chevron.com] |
| Subject: | FW: EGTL RE Manager Posting - Global PDC |
| Attachment: | 401333_Candidate Summary NMA EGTL Reliability Engrg Mgr.xlsx |
| Attachment: | EGTL Reliability Engineering Manager_v- OJ1.xlsx |

Please See attached ranking of the candidates for the NMA EGTL Reliability Engineering Manager position for your use. We are recommending Mark Snookal for the position.

Regards,
Andrew

**From:** NIGEC EGTL Technical - Manager (L9ESC1596-smb)
**Sent:** Tuesday, June 4, 2019 10:36 AM
**To:** Omomehin, Andrew A. (AAOM) <aaom@chevron.com>; Ajayi, Nwamaka <NwamakaAjayi@chevron.com>
**Subject:** EGTL RE Manager Posting - Global PDC

Amaka, Andrew:

We finished the ranking of the candidates this morning.  Here is a summary of the results…

| | 20% | 30% | 30% | 20% | Total |
|---|---|---|---|---|---|
| ███████ | ██████████████████████████████████ | | | | |
| Amir Zaheer | 4 | 4 | 3 | 3 | 3.5 |
| Mark Snookal | 4 | 3 | 3 | 4 | 3.4 |

We saw Amir and Mark essentially tied based on the criteria and weighting.  We think the development fit was much better for Mark Snookal and used that criteria as the tie breaker.  The VGM (Greg Gabel / Mike Charlton) and the existing Reliability Manager (Chander Sanbhi) participated on the scoring and ranking of the candidates.

Thanks,


Kent DeBoer – Technical Manager
(B2B – Siji Okeowo)
Escravos Gas to Liquids (EGTL)
Chevron Nigeria Limited
Office: +234 (0) 1 367 6877
Office U.S. Tie-Line:  (925) 842 1111 option 4 x6877
Office CTN:  367 6877

**EXHIBIT 36-3**

Nigeria Mobile: ███████████

kdeboer@chevron.com
l9esc1596@chevron.com (shared email with B2B)

**From:** FE - Sponsor Group
**Sent:** Tuesday, May 21, 2019 10:07 AM
**To:** Omomehin, Andrew A. (AAOM) <aaom@chevron.com>
**Cc:** Vang, Bao <BaoVang@chevron.com>
**Subject:** NMA Job Closed 5/20

Hi Andrew,

The following job for **NMA** closed on 05/20, **401333**. You will find the candidate summary table in SharePoint-2H2019 Off-Cycle under **Job Slates.**

Regards,

**Marion Gerard**
Sponsor Support Specialist
mariongerard@chevron.com

**Chevron Services Company**
HR Shared Services
1400 Smith Street, 09040
Houston, TX 77002
+1 ███████████

**EXHIBIT 36-4**

# EXHIBIT 37

## Summary of Cardiology Opinions – NMA Cardiologists

**Request**

Kindly help evaluated medical documents and attached Cardiologist report for above named EE who is coming to Escravos from the USA. His job description is- Reliability Engineering Manager.
Kindly review around the following key points:

1. Potential complications and the likelihood of progression
2. Management of these complications even if only initial intervention vis-à-vis available care level in Escravos
3. Possible instructions to communicate to employee as per preventing complications.

**Responses**

**Dr Aiwuyo** (EGTL)

Good day,

With regards to this expert, 47years old employee with CT and ultrasound evidence of Thoracic aortic aneurysm,

It was documented in the report that he has aortic dilatation of 4.4cm on ECHCARDIOGRAPHY,

however CT aortography which is a more accurate imaging modality revealed a maximum value of 4.2cm max at the aortic root and 4.1cm max at the descending thoracic aorta.

From the Canadian guidelines these values appear low risk for a major adverse CV event. Some have used values of <4.5cm as partition value for low risk situations., link below refers.

[ HYPERLINK "https://www.ucalgary.ca/FTWguidelines/content/aortic-aneurysm" ]

it is expected that every aneurysm must be subjected to 6months- 1year assessment to ascertain the rate of progression (>1cm is an indication for repair). I feel there should be a concrete plan by his home cardiologist for this evaluation.

Below are my response to the questions put forward:

1. Complications associated with aneurysms include

   a. Rupture/dissection (sudden and catastrophic) and its attendant sequala
   b. Thromboembolic phenomenon
   c. Pressure symptoms on other vital organs
   d. Sudden death

2. In Escravos unfortunately we are only limited to initial stabilization and transfer of such high risk CV complications if any occurs. In the unlikely event of any of the aforementioned complications, we may not be able to support such an individual due to our peculiarities.

**EXHIBIT 37-1**

3. Instructions for the patient

-avoid lifting heavy objects
-quit smoking (if he is a smoker)
-manage hypertension strictly, there is need to aim for lower targets <120mmhg systolic (DOC beta blockers)
-watch out for alarm symptoms like pain in the chest (throbbing, tearing, aching or sharp pain, often sudden), pain in the back, nausea, vomiting, fainting, and systemic shock
-avoid moderate to high intensity exercises as much as possible

I made effort to search the MEP if there are clear cut field guidelines for patient with aortic aneurysm, unfortunately I found none.  What is established is that a patient with symptomatic aneurysm should not be allowed to work in an offshore location.

I am still open to further discussions on this.

**Dr Adeyeye**
I agree with Dr Aiwuyo submissions on above employee, especially the precautionary measures highlighted which we need to further reiterate to our client.

I have a little concern about his choice of anti-hypertensives (Losartan and Amlodipine).  Guideline-directed management recommends Beta-blockers like Carvedilol, Bisoprolol as part of his blood pressure control meds with a systolic BP target of less than 120mmHg (Thoracic aortic aneurysm and documented runs of premature ventricular complexes).
It will be nice if this is brought to the attention of his physician.

**Dr Akintunde**

I concur with my colleagues. With an aortic root of 4.2cm, he is 'low risk' but not 'no risk'.
I would however be more comfortable if he were on a beta-blocker as one of his meds or in addition to current meds. The fact that he does not smoke cigarettes is beneficial. There could be a reason his cardiologist did not put him on a beta-blocker. Could he have a contraindication such as asthma, COPD or allergy?
Is there a medical report from his cardiologist? I only see imaging reports.

**Dr Asekomeh's response to Dr Akintunde**
Below is response from Dr. Akintunde. I have given her update on the Cardiologist report. I also engaged her on the pulse rate and we agreed on the fact that this could signify either the employee is already on a beta blocker and did not mention it on his form GO-146 or this is the reason why he is not on the beta blocker.

**EXHIBIT 37-2**

| | |
|---|---|
| **From:** | Pitan, Olorunfemi (femi.pitan)[femi.pitan@chevron.com] |
| **Sent:** | Thur 8/15/2019 8:15:07 AM (UTC) |
| **To:** | ADEYEYE, VICTOR [DELOG MEDICAL SERVICES][DNOY@chevron.com]; Aiwuyo, Henry [SERVITICO][henryaiwuyo@chevron.com]; Asekomeh, Eshiofe [DELOG][EAEV@chevron.com] |
| **Cc:** | NIGEC Staff Physicians (I9esc300)[L9ESC300@chevron.com] |
| **Subject:** | RE: Snookal, Mark- Medical report |

Good day sirs,

Thanks for your very valuable and comprehensive input into this case. Your opinions were communicated to the Physicians in the U.S.
It has been decided that Mark Snookal is not a suitable candidate to work in Escravos. He will be considered for an assignment in Lagos.

Kind regards,
Femi Pitan

Dr O.C. Pitan
OH Physician/ Head, Occupational Health
Nigeria Mid Africa Strategic Business Unit
✉ femi.pitan@Chevron.com
☎ CTN 2772222 ext 61807
☎ International ██████████████
*NMA HR: Focus, Process Excellence, Expertise*
*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited.  If you have received this message in error, please notify me immediately at the telephone number indicated above*

---

**From:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Sent:** Monday, August 5, 2019 5:55 PM
**To:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report

Sir/Ma,

I agree with Dr Aiwuyo submissions on above employee, especially the precautionary measures highlighted which we need to further reiterate to our client.

I have a little concern about his choice of anti-hypertensives (Losartan and Amlodipine).  Guideline-directed management recommends Beta-blockers like Carvedilol, Bisoprolol as part of his blood pressure control meds with a systolic BP target of less than 120mmHg (Thoracic aortic aneurysm and documented runs of premature ventricular complexes).
It will be nice if this is brought to the attention of his physician.

Kind regards,

Victor.

**EXHIBIT 37-3**

**From:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>
**Sent:** Monday, August 5, 2019 2:26 PM
**To:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>; ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report

Good day,

With regards to this expert, 47years old employee with CT and ultrasound evidence of Thoracic aortic aneurysm,

It was documented in the report that he has aortic dilatation of 4.4cm on ECHCARDIOGRAPHY,

however CT aortography which is a more accurate imaging modality revealed a maximum value of 4.2cm max at the aortic root and 4.1cm max at the descending thoracic aorta.

From the Canadian guidelines these values appear low risk for a major adverse CV event. Some have used values of <4.5cm as partition value for low risk situations., link below refers.

https://www.ucalgary.ca/FTWguidelines/content/aortic-aneurysm

it is expected that every aneurysm must be subjected to 6months- 1year assessment to ascertain the rate of progression (>1cm is an indication for repair). I feel there should be a concrete plan by his home cardiologist for this

evaluation.

Below are my response to the questions put forward:

1. Complications associated with aneurysms include

    a. Rupture/dissection ( sudden and catastrophic) and its attendant sequala
    b. Thromboembolic phenomenon
    c. Pressure symptoms on other vital organs
    d. Sudden death

2. In Escravos unfortunately we are only limited to initial stabilization and transfer of such high risk CV complications if any occurs. In the unlikely event of any of the aforementioned complications, we may not be able to support

   such an individual due to our peculiarities.

3. Instructions for the patient

    -avoid lifting heavy objects
    -quit smoking (if he is a smoker)
    -manage hypertension strictly, there is need to aim for lower targets <120mmhg systolic (DOC beta blockers)

**EXHIBIT 37-4**

-watch out for alarm symptoms like pain in the chest (throbbing, tearing, aching or sharp pain, often sudden), pain in the back, nausea, vomiting, fainting, and systemic shock
-avoid moderate to high intensity exercises as much as possible

I made effort to search the MEP if there are clear cut field guidelines for patient with aortic aneurysm, unfortunately I found none.  What is established is that a patient with symptomatic aneurysm should not be allowed to work in an offshore location.

I am still open to further discussions on this sir.

Warm regards.

*DR. AIWUYO, HENRY*

*OH Physician/Cardiologist*
*EGTL clinic*
*EXT-77943*
*B2B dr oyebowale olaniyi*
*"as to diseases, make a habit of two things- to help, or at least, to do no harm"*
*hippocrates*

---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Monday, August 5, 2019 11:43 AM
**To:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Cc:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** FW: Snookal, Mark- Medical report


Good day,

Below mail trail refers. Kindly help evaluated medical documents and attached Cardiologist report for above named EE who is coming to Escravos from the USA. His job description is- Reliability Engineering Manager.
Kindly review around the following key points:
1. Potential complications and the likelihood of progression
2. Management of these complications even if only initial intervention vis-à-vis available care level in Escravos
3. Possible instructions to communicate to employee as per preventing complications.

Thanks for your usual help.


Warm regards,

Eshiofe Asekomeh


**EXHIBIT 37-5**

**From:** Asekomeh, Eshiofe [DELOG]
**Sent:** Tuesday, July 30, 2019 7:44 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Cc:** NIGEC Staff Physicians (l9esc300) <L9ESC300@chevron.com>
**Subject:** Snookal, Mark- Medical report


Good day Ma,

I will like to discuss Mark Snookal (Manager, Reliability Engineering) with you tomorrow. He is on transfer from El Segundo, USA to Escravos, Nigeria on international assignment.
He has aortic root dilatation and was reviewed by a Cardiologist April this year. The examining Physician in the US had declared him fit with limitation (not to lift weight above 50 pounds)
Attached are the medical reports and the Cardiologist report from April, 2019.



Warm regards,

Eshiofe Asekomeh

**Dr. Asekomeh E.G**
**Chevron Hospital**
**Warri, Nigeria**


**EXHIBIT 37-6**

# EXHIBIT 38

| | |
|---|---|
| **From:** | Pitan, Olorunfemi (femi.pitan)[femi.pitan@chevron.com] |
| **Sent:** | Wed 8/7/2019 3:20:05 PM (UTC) |
| **To:** | Asekomeh, Eshiofe [DELOG][EAEV@chevron.com] |
| **Subject:** | RE: Medical summary - Snookal, Mark |

Thanks for the follow-up and updates.

---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Wednesday, August 7, 2019 3:17 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Medical summary - Snookal, Mark


Good day Ma,

Unfortunately Dr. Aiwuyo is unable to get any other  literature on risk stratification aside from  the one he already referenced (Canadian).
Literature on risk of complications post- surgery exist but is not relevant here. I hinted Dr. Akintunde on the urgency of the review and she promised to review the case possibly today.
I have not been able to catch her on phone today. I am still hopeful she will revert back before the end of the day. I will keep trying to reach her.



Warm regards,

Eshiofe Asekomeh



---

**From:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Sent:** Wednesday, August 7, 2019 1:41 PM
**To:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Subject:** RE: Medical summary - Snookal, Mark


Excellent summary! Thanks a million.

- Is Dr Aiwuyo  (or Dr Oyebowale) able to do a further risk stratification, based on percentage likelihood of occurrence of each complication in this client?
- When should I expect Dr Akintunde's review?



I totally appreciate all your help.

Kind regards,
Femi Pitan

Dr O.C. Pitan
OH Physician/ Head, Occupational Health
Nigeria Mid Africa Strategic Business Unit
✉ femi.pitan@Chevron.com
☎ CTN 2772222 ext 61807


**EXHIBIT 38-1**

☎ International ████████████████

*NMA HR: Focus, Process Excellence, Expertise*

*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at the telephone number indicated above*

---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Wednesday, August 7, 2019 1:31 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** Medical summary - Snookal, Mark

Good day Ma,

Please find attached, medical summary for above named employee as requested.
Also attached, are the recent Cardiologist clearance and the CTA/ Echo reports from April.

Warm regards,

Eshiofe Asekomeh

**Dr. Asekomeh E.G
Chevron Hospital
Warri, Nigeria**

**EXHIBIT 38-2**

# EXHIBIT 39

       

Home · My Network · Jobs · Messaging · Notifications · Me ▾ · For Business ▾ · Try Premium t



## Stephen Frangos, MD, MPH, FACOEM (He/Him)

Physician Expert in Occupational Health, Environmental Health and Public Health

 Baker Hughes

Santa Barbara, California, United States · Contact info

500+ connections

Connect   Message   More

---

## Activity
1,331 followers

Stephen Frangos, MD, MPH, FACOEM commented on a post • 3d

Dear Rhonda, your post and your words struck a definite cord with me. I appreciate how easily you are able to share your feelings and impart your wisdom to friends and colleagues. I wish you a very best of things and good health to enjoy them. Dr. Steve

Stephen Frangos, MD, MPH, FACOEM commented on a post • 4d

Hi Robin. Wishing you the very best in your upcoming retirement and transition to what lies in front for you and your family.

Stephen Frangos, MD, MPH, FACOEM commented on a post • 6d

Congrats Chase! Go get 'em!

Show all comments →

---

Enhance your own profile by adding a work experience. Add experience   ✕

## Experience

 **Global Medical Director**
Baker Hughes · Full-time
Dec 2022 - Present · 2 yrs
Santa Barbara, California, United States · Remote

I am pleased to announce that I have been hired by Baker Hughes to serve their employees and business operations as their Global Medical Director. This is an exciting opportunity and I look forward to continuing my friendship and affiliation with colleagues in the oil and gas industries.

 **Chevron**
30 yrs 11 mos

**Regional Medical Manager for North and South America Operations**
Aug 1999 - Jun 2022 · 22 yrs 11 mos

**EXHIBIT 39-1**

Physician expert in Occupational Health, Environmental Health and Public Health. Responsible for the development and implementation of Occupational Health services for business operations with more than 25,000 employees, including oversight of ten occupational health clinics and 6,000 employees enrolled in medical surveillance programs.

**Staff Physician**
Aug 1991 - Aug 1999 · 8 yrs 1 mo

---

**Cruise Ship Physician**
Norwegian Cruise Line Holdings Ltd · Part-time
Aug 1989 - Jun 1991 · 1 yr 11 mos

Delivering high quality urgent care and emergency medical care to cruise ship passengers and crew members on multiple vessels in the Caribbean...

---

 **Aerospace Medicine Physician**
United States Air Force · Full-time
Jun 1984 - Jul 1988 · 4 yrs 2 mos
Zaragoza, Aragon, Spain and RAF Lakenheath, England UK

Provided mission-essential Aerospace Medicine and Flight Surgeon medical support front-line fight squadrons and supporting tanker operat  ...see more

## Skills

**Industrial Hygiene**

 Endorsed by 15 colleagues at Chevron

 Endorsed by 1 person in the last 6 months

👥 37 endorsements

---

**Offshore Drilling**

Endorsed by 4 colleagues at Chevron

Endorsed by 1 person in the last 6 months

👥 9 endorsements

Show all 47 skills →

## Recommendations

**Received**    Given

 **Wade Goldston**
Purchasing Manager - Orbital Gas Systems
April 4, 2013, Wade worked with Stephen but they were at different companies

Steve is a rock solid dependable asset to whatever he makes an effort at. He genuinely cares about his work and always puts forth his best effort.

## Interests

**Top Voices**    Companies    Groups    Newsletters

 **Lorenzo Simonelli** 💼
Chairman & CEO at Baker Hughes
194,080 followers

+ Follow

**EXHIBIT 39-2**



**EXHIBIT 39-3**



**EXHIBIT 39-4**