SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
E-mail:       tkennedy@sheppardmullin.com
              rmussig@sheppardmullin.com
              sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-6302-HDV-AJR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHEVRON U.S.A., INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Joint Brief re Defendant's Motion for Summary Judgment; Defendant's Statement of Uncontroverted Facts and Genuine Disputes; Joint Appendix of Declarations and Written Evidence; [Proposed] Judgment granting Defendant's Motion for Summary Judgment*]<br><br>Hearing:  May 8, 2025<br>Time:     10:00 a.m.<br>Place:    Courtroom 5B – 5th Floor<br>Judge:    Hon. Hernán D. Vera<br><br>Action Filed: August 3, 2023<br>Trial Date: August 19, 2025 |

On May 8, 2025 at 10:00 a.m. in Courtroom 5B of the above-entitled Court, located at 350 W. First Street, Los Angeles, CA 90012, Defendant Chevron U.S.A.. Inc. ("Defendant"), Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion") came on regularly for hearing. All Parties were represented by their respective counsel.

Defendant moved for entry of summary judgment, or partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the grounds that there are no genuine triable issues of material fact related to Plaintiff Mark Snookal's claims for disability discrimination, failure to accommodate, and wrongful constructive termination and his claim for punitive damages.

After consideration of the papers and oral argument, the Court finds **GOOD CAUSE AND GRANTS SUMMARY JUDGMENT IN FAVOR OF DEFENDANT**. The Court finds that there is no genuine issue of material fact as follows:

There is no genuine issue of material fact as to the claim for disability discrimination.

There is no genuine issue of material fact as to the claim for failure to accommodate a disability

There is no genuine issue of material fact as to the claim for wrongful constructive termination.

There is no genuine issue of material fact as to Plaintiff's claim for punitive damages.

**IT IS SO ORDERED.**

DATED: _____, 2025

HON. HERNAN D. VERA
UNITED STATES DISTRICT COURT

SMRH:4854-1184-7666.1               [PROPOSED ORDER GRANTING] DEFENDANT'S MSJ