# EXHIBIT 1

1  DOLORES Y. LEAL (134176)
2  OLIVIA FLECHSIG (334880)
   ALLRED, MAROKO & GOLDBERG
3  6300 Wilshire Blvd. Suite 1500
4  Los Angeles, CA 90048-5217
   (323) 653-6530
5  dleal@amglaw.com
6  oflechsig@amglaw.com
7
8  **Attorneys for Plaintiff MARK SNOOKAL**
9

10                UNITED STATES DISTRICT COURT
11              FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| MARK SNOOKAL, an individual, | CASE NO.: 2:23-cv-6302-HDV-AJR |
| Plaintiff, | **PLAINTIFF MARK SNOOKAL'S FIRST SET OF WRITTEN INTERROGATORIES TO DEFENDANT CHEVRON USA. INC.** |
| vs. | |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | **[FRCP RULE 33]** |
| Defendants. | |

1
PLAINTIFF MARK SNOOKAL'S FIRST SET OF
WRITTEN INTERROGATORIES TO DEFENDANT CHEVRON USA. INC.

**EXHIBIT 1/1**

# INTERROGATORIES

**INTERROGATORY NO. 1:**

**IDENTIFY** all individuals involved in the decision to declare Plaintiff "not fit for duty" for the Reliability Engineering Manager position in Escravos, Nigeria.

**INTERROGATORY NO. 2:**

**IDENTIFY** any and all persons who were involved in the hiring decisions for any of the job positions described in Paragraph 29 of the Complaint.

**INTERROGATORY NO. 3:**

For each person **YOU IDENTIFY** in response to Interrogatory No. 2 above, state their date of birth.

**INTERROGATORY NO. 4:**

For each job position to which Plaintiff applied (as identified in Paragraph 29 of the Complaint), describe in detail all of the hiring criteria **YOU** used to select each applicant for each position.

**INTERROGATORY NO. 5:**

For each job position to which Plaintiff applied (as described in Paragraph 29 of the Complaint) **IDENTIFY** each person **YOU** selected for that position.

**INTERROGATORY NO. 6:**

For each person **YOU IDENTIFY** in response to Interrogatory No. 5 above, state their date of birth.

**INTERROGATORY NO. 7:**

For each person identified in **YOUR** response to Interrogatory No. 5, describe in detail in what way(s) the person **YOU** selected was allegedly more qualified than Plaintiff.

**INTERROGATORY NO. 8:**

Describe in detail the reason **YOU** deemed Plaintiff "not fit for duty" for the Reliability Engineering Manager position in Escravos, Nigeria.

/ / /

4
PLAINTIFF MARK SNOOKAL'S FIRST SET OF
WRITTEN INTERROGATORIES TO DEFENDANT CHEVRON USA. INC.

EXHIBIT 1/2

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 6300 Wilshire Boulevard, Suite 1500, Los Angeles, California 90048.

    On **May 7, 2024** I served the foregoing document described as **PLAINTIFF MARK SNOOKAL'S FIRST SET OF WRITTEN INTERROGATORIES TO DEFENDANT CHEVRON USA, INC** on interested parties in this action:

Tracey A. Kennedy, Esq.
Robert E. Mussig, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Tel: (213) 620-1780
e-mail: tkennedy@sheppardmullin.com
e-mail: rmussig@sheppardmullin.com

Linda Z. Shen, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
501 W. Broadway, 18th Floor
San Diego, CA 92101-3598
Tel: (619) 338-6500
e-mail: lshen@sheppardmullin.com

[X]    **BY ELECTRONIC SERVICE:** Pursuant to the Parties' agreement to accept service electronically, I caused such document to be electronically served via email to the email addresses of the addressee(s).

Executed on **May 7, 2024** at Los Angeles, California.

[X]    **Federal**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
ANGIE O. PAZ

7
PLAINTIFF MARK SNOOKAL'S FIRST SET OF
WRITTEN INTERROGATORIES TO DEFENDANT CHEVRON USA, INC.

**EXHIBIT 1/3**