# EXHIBIT 2

1  DOLORES Y. LEAL (134176)
2  OLIVIA FLECHSIG (334880)
   ALLRED, MAROKO & GOLDBERG
3  6300 Wilshire Blvd. Suite 1500
4  Los Angeles, CA 90048-5217
   (323) 653-6530
5  dleal@amglaw.com
6  oflechsig@amglaw.com

7

8  **Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

9

10              UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13 | MARK SNOOKAL, an individual, | ) CASE NO.: 2:23-cv-6302-HDV-AJR
14 |                              | )
15 |        Plaintiff,            | ) **PLAINTIFF MARK SNOOKAL'S**
16 |                              | ) **REQUEST FOR PRODUCTION OF**
17 |    vs.                       | ) **DOCUMENTS TO DEFENDANT**
                                    ) **CHEVRON USA. INC., SET ONE**
18 |                              | )
19 | CHEVRON USA, INC., a California | )
20 | Corporation, and DOES 1 through | )
21 | 10, inclusive,               | )
22 |                              | )
23 |                              | )
24 |        Defendants.           | )
25 |                              | )

---

1
PLAINTIFF MARK SNOOKAL'S REQUEST FOR PRODUCTION OF DOCUMENTS
TO DEFENDANT CHEVRON USA. INC., SET ONE

**EXHIBIT 2/1**

**REQUEST FOR PRODUCTION NO. 10:**

All documents about or concerning **YOU** decision to deem Plaintiff "not fit for duty" for the Reliability Engineering Manager position in Escravos, Nigeria.

**REQUEST FOR PRODUCTION NO. 11:**

All documents reflecting any communications between **YOU** and any of Plaintiff's medical providers, from January 1, 2019 to January 1, 2022.

**REQUEST FOR PRODUCTION NO. 12:**

All documents reflecting complaints made by Plaintiff to **YOU**, including without limitation, disability discrimination complaints to the Chevron Ombudsman and Chevron's Human Resources, from January 1, 2019 to January 1, 2022.

**REQUEST FOR PRODUCTION NO. 13:**

Any and all communications about or concerning Plaintiff's complaints to **YOU**, from January 1, 2019 to January 1, 2022. Plaintiff's complaints to **YOU** include without limitation, disability discrimination complaints to the Chevron Ombudsman and Chevron's Human Resources.

**REQUEST FOR PRODUCTION NO. 14:**

Any and all documents reflecting **YOUR** alleged efforts to investigate any of Plaintiff's complaints of discrimination and/or failure to accommodate a disability, including any of YOUR investigative files relating to same.

**REQUEST FOR PRODUCTION NO. 15:**

Any and all documents **YOU** relied upon in making hiring decisions for the job positions identified in Paragraph 29 of the Complaint.

**REQUEST FOR PRODUCTION NO. 16:**

Any and all communications regarding hiring decisions for the job positions described in Paragraph 29 of the Complaint.

**REQUEST FOR PRODUCTION NO. 17:**

Any and all documents evincing the job duties, pay grade, organizational

1 | structure, promotional opportunities for the Reliability Change Operating Assistant
2 | as identified in Paragraph 31 of the Complaint.
3 | **REQUEST FOR PRODUCTION NO. 18:**
4 | Any and all communications about or concerning the creation of the
5 | Reliability Change Operating Assistant position for Plaintiff.
6 | **REQUEST FOR PRODUCTION NO. 19:**
7 | Any and all communications by Dr. Eshiole Asekomeh about or concerning
8 | Plaintiff.
9 | **REQUEST FOR PRODUCTION NO. 20:**
10 | Any and all communications by Dr. Scott Levy about or concerning
11 | Plaintiff.
12 | **REQUEST FOR PRODUCTION NO. 21:**
13 | Any and all communications by anyone in Chevron's Human Resources
14 | Department about or concerning Plaintiff from January 1, 2019 to January 1, 2022.
15 | **REQUEST FOR PRODUCTION NO. 22:**
16 | Any and all documents reflecting Chevron's Medical Suitability for Expat
17 | Assignment ("MSEA") policies in effect in California in 2019.

DATED: May 7, 2024         ALLRED, MAROKO & GOLDBERG

                           By: /s/ Olivia Flechsig
                               DOLORES Y. LEAL
                               OLIVIA FLECHSIG
                               Attorneys for Plaintiff,
                               **MARK SNOOKAL**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 6300 Wilshire Boulevard, Suite 1500, Los Angeles, California 90048.

On **May 7, 2024** I served the foregoing document described as **PLAINTIFF MARK SNOOKAL'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CHEVRON USA, INC., SET ONE** on interested parties in this action:

Attorneys for Defendant Chevron USA, Inc.

Tracey A. Kennedy, Esq.
Robert E. Mussig, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, CA  90071-1422
(213) 620-1780
e-mail: tkennedy@sheppardmullin.com
e-mail: rmussig@sheppardmullin.com

Linda Z. Shen, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
501 W. Broadway, 18th Floor
San Diego, CA  92101-3598
(619) 338-6500
e-mail: lshen@sheppardmullin.com

[X]   **BY ELECTRONIC SERVICE:**  Pursuant to the Parties' agreement to accept service electronically, I caused such document to be electronically served via email to the email addresses of the addressee(s).

Executed on **May 7, 2024** at Los Angeles, California.

[X]   **Federal**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
ANGIE O. PAZ