# EXHIBIT 3

DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

**Attorneys for Plaintiff MARK SNOOKAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual, | CASE NO.: 2:23-cv-6302-HDV-AJR |
| Plaintiff, | **PLAINTIFF MARK SNOOKAL'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CHEVRON USA INC., SET TWO** |
| vs. | |
| | **[FRCP RULE 34]** |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

**REQUEST FOR PRODUCTION NO. 29:**

For each person identified in YOUR response to Plaintiff's Interrogatory No. 1, produce all documents reflecting the "discussions" and/or "information" provided "in connection with the decision to declare Plaintiff Mark Snookal 'not fit'" for duty for the Reliability Engineering Manager position in Escravos, Nigeria.

**REQUEST FOR PRODUCTION NO. 30:**

For each person identified in YOUR response to Plaintiff's Interrogatory No. 1, produce their current Curriculum Vitae ("CV") and resume.

**REQUEST FOR PRODUCTION NO. 31:**

Produce all documents reflecting communications which refer or relate to Plaintiff Mark Snookal, made by any one of the persons identified in YOUR response to Plaintiff's Interrogatory No. 2.

**REQUEST FOR PRODUCTION NO. 32:**

Any and all documents reflecting Plaintiff Mark Snookal's job applications to any job with YOU from January 1, 2019 to the present.

**REQUEST FOR PRODUCTION NO. 33:**

Any and all documents reflecting Chevron's policies, procedures, and/or best practices for investigating complaints of discrimination in California from January 1, 2019 through January 1, 2022.

**REQUEST FOR PRODUCTION NO. 34:**

Any and all documents reflecting Chevron's policies, procedures, and/or best practices for providing disability accommodations in California from January 1, 2019 through January 1, 2022.

**REQUEST FOR PRODUCTION NO. 35:**

For each person identified in YOUR response to Plaintiff's Interrogatory No. 12, produce their current Curriculum Vitae ("CV") and resume.

/ / /

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 6300 Wilshire Boulevard, Suite 1500, Los Angeles, California 90048.

    On **July 12, 2024** I served the foregoing document described as **PLAINTIFF MARK SNOOKAL'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CHEVRON USA, INC. SET TWO** on interested parties in this action:

Attorneys for Defendant Chevron USA, Inc.

Tracey A. Kennedy, Esq.
Robert E. Mussig, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, CA  90071-1422
(213) 620-1780
e-mail: tkennedy@sheppardmullin.com
e-mail: rmussig@sheppardmullin.com

Linda Z. Shen, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
501 W. Broadway, 18th Floor
San Diego, CA  92101-3598
(619) 338-6500
e-mail: lshen@sheppardmullin.com

[X]  **BY ELECTRONIC SERVICE:** Pursuant to the Parties' agreement to accept service electronically, I caused such document to be electronically served via email to the email addresses of the addressee(s).

Executed on **July 12, 2024** at Los Angeles, California.

[X]  **Federal**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
ANGIE O. PAZ

---

7
PLAINTIFF MARK SNOOKAL'S REQUEST FOR PRODUCTION OF DOCUMENTS
TO DEFENDANT CHEVRON USA INC., SET TWO

**EXHIBIT 3/3**