# EXHIBIT 7

 Outlook

---

**Snookal, Mark v. Chevron USA, Inc.**

---

**From**  Sarah Fan <SFan@sheppardmullin.com>

**Date**  Thu 10/10/2024 6:52 AM

**To**    Dolores Leal <dleal@amglaw.com>; Olivia Flechsig <oflechsig@amglaw.com>; Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>

**Cc**    Tracey Kennedy <TKennedy@sheppardmullin.com>; Robert Mussig <RMussig@sheppardmullin.com>

📎 2 attachments (893 KB)

CUSA000768-775.pdf; [Snookal v. CUSA] 24-10-10 POS re CUSA768-775.pdf;

Counsel:

Please see the attached for service.

**Sarah Fan** | Associate

+1 213-617-5549 | direct

SFan@sheppardmullin.com | Bio

## Sheppard**Mullin**

333 South Hope Street, 43rd Floor

Los Angeles,  CA 90071-1422

+1 213-620-1780 | main

www.sheppardmullin.com | LinkedIn

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. _____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you. _____

**EXHIBIT 7**