# EXHIBIT 12

| | |
|---|---|
| **From:** | Sarah Fan |
| **To:** | Olivia Flechsig; Tracey Kennedy; Robert Mussig |
| **Cc:** | Dolores Leal; Angie Paz; Josie Pena |
| **Subject:** | RE: Snookal v. Chevron - Meet and Confer Letter Re: Document Discovery |
| **Date:** | Thursday, January 23, 2025 11:20:14 PM |

Hello Olivia:

We are in receipt of your January 16th meet and confer letter. Given the number of Requests covered, we will need additional time evaluate whether supplemental responses and production can be made and in order to provide a considered response. We will plan to provide respond to your meet and confer letter on or before January 31st.

Please let me know if you would like to discuss in the meantime.

Thanks,
-Sarah

**Sarah Fan** | Associate
**Sheppard**Mullin | Los Angeles
+1 213-617-5549 | ext. 15549

**From:** Olivia Flechsig <oflechsig@amglaw.com>
**Sent:** Thursday, January 16, 2025 6:29 PM
**To:** Tracey Kennedy <TKennedy@sheppardmullin.com>; Sarah Fan <SFan@sheppardmullin.com>; Robert Mussig <RMussig@sheppardmullin.com>
**Cc:** Dolores Leal <dleal@amglaw.com>; Angie Paz <apaz@amglaw.com>; Josie Pena <jpena@amglaw.com>
**Subject:** Snookal v. Chevron - Meet and Confer Letter Re: Document Discovery

Dear Counsel,

Please see my attached meet and confer letter concerning Chevron's deficient responses to Plaintiff Mark Snookal's Requests for Production of Documents.

Best,
Olivia


Olivia Flechsig, Esq.

ALLRED, MAROKO & GOLDBERG

6300 Wilshire Boulevard, Suite 1500

Los Angeles, CA  90048

EXHIBIT 12/1

(323) 653-6530

(323) 653-1660, Facsimile


New York Office

305 Broadway, Suite 607
New York, NY 10007

*www.amglaw.com*

*oflechsig@amglaw.com*


_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you.

_____

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you.

_____

EXHIBIT 12/2