# EXHIBIT 18

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   TRACEY A. KENNEDY, Cal Bar No. 150782
3  ROBERT E. MUSSIG, Cal. Bar No. 240369
   H. SARAH FAN, Cal. Bar No. 328282
4  350 South Grand Avenue, 40th Floor
   Los Angeles, CA 90071-3460
5  Telephone:  213.620.1780
   Facsimile:  213.620.1398
6  E-mail:      tkennedy@sheppardmullin.com
                rmussig@sheppardmullin.com
7               sfan@sheppardmullin.com

8  Attorneys for Defendant.
   CHEVRON U.S.A. INC.,
9  a Pennsylvania corporation

10

11              UNITED STATES DISTRICT COURT

12    CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

13

14  MARK SNOOKAL, an individual,        | Case No. 2:23-cv-6302-HDV-AJR

15            Plaintiff,                 | **PROOF OF SERVICE**

16       vs.                            
                                         | Action Filed: August 3, 2023
17  CHEVRON USA, INC., a California      | Trial Date: August 19, 2025
    Corporation, and DOES 1 through 10,
18  inclusive,

19            Defendants.

20

21

22

23

24

25

26

27

28

                                    -1-
PROOF OF SERVICE

EXHIBIT 18/1

1

## **PROOF OF SERVICE**

2      At the time of service, I was over 18 years of age and **not a party to this action**.
3  My business address is 350 South Grand Avenue, 40th Floor, Los Angeles, CA 90071-3460.

4      On March 11, 2025, I served the following document(s): **DEFENDANT**
**CHEVRON U.S.A. INC.'S DOCUMENT PRODUCTION, BATES NOS.**
5  **CUSA000949-1562.**

6      Service was made on the following person(s):

7  Dolores Y. Leal                          Attorneys for Plaintiff,
  Olivia Flechsig                          MARK SNOOKAL
8  ALLRED, MAROKO & GOLDBERG
  6300 Wilshire Blvd. Suite 1500
9  Los Angeles, CA 90048-5217
  dleal@amglaw.com
10  oflechsig@amglaw.com
  apaz@amglaw.com
11  ipena@amglaw.com

12  ☐  **BY U.S. MAIL.** I enclosed a copy of the document(s) in a sealed envelope or
    package addressed to the above-listed person(s) and placed the envelope for
13    collection and mailing following the Firm's ordinary business practices. I am
    readily familiar with the Firm's practice for collecting and processing
14    correspondence for mailing. On the same day that correspondence is placed for
    collection and mailing, it is deposited in the ordinary course of business with the
15    U.S. Postal Service in a sealed envelope with postage fully prepaid.

16  ☐  **BY OVERNIGHT DELIVERY.** I enclosed a copy of the document(s) in an
    envelope provided by an overnight delivery carrier and addressed to the above-
17    listed person(s) and placed the envelope or package for collection and overnight
    delivery at an office or a regularly utilized drop box of the overnight delivery
18    carrier.

19  ☒  **BY ELECTRONIC SERVICE.** Based on an agreement of the parties to accept
    electronic service, I emailed a copy of the document(s) to the above-listed
20    person(s) at the email address(es) listed in the service list. A record of the
    transmission is available upon request.

21

22  I declare under penalty of perjury under the laws of the United States of America and the
  State of California that the foregoing is true and correct.
23
  Executed on March 11, 2025, in Los Angeles, California.
24

25  _____H. Sarah Fan_____          _____/s/ Sarah Fan_____
        Type or Print Name                    Signature
26

27

28

                                    -2-                        EXHIBIT 18/2

SMRH:4932-5311-6199.1                                          PROOF OF SERVICE