# EXHIBIT 21

1  DOLORES Y. LEAL (134176)
2  OLIVIA FLECHSIG (334880)
   ALLRED, MAROKO & GOLDBERG
3  6300 Wilshire Blvd. Suite 1500
4  Los Angeles, CA 90048-5217
   (323) 653-6530
5  dleal@amglaw.com
6  oflechsig@amglaw.com

7

8  **Attorneys for Plaintiff MARK SNOOKAL**

9

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

| 13 | MARK SNOOKAL, an individual, | ) | CASE NO.: 2:23-cv-6302-HDV-AJR |
| --- | --- | --- | --- |
| 14 | | ) | |
| 15 | Plaintiff, | ) | **PLAINTIFF MARK SNOOKAL'S** |
| 16 | | ) | **NOTICE OF TAKING ORAL AND** |
| 17 | vs. | ) | **VIDEOTAPED DEPOSITION OF** |
|    |     | ) | **DR. VICTOR ADEYEYE** |
| 18 | | ) | |
| 19 | CHEVRON USA, INC., a California | ) | Date: October 25, 2024 |
| 20 | Corporation, and DOES 1 through | ) | Time: 8:00 a.m. |
| 21 | 10, inclusive, | ) | Location: Remote Video Conference |
| 22 | | ) | |
| 23 | | ) | |
| 24 | Defendants. | ) | |
| 25 | | ) | |

26
27
28

EXHIBIT 21/1

1
PLAINTIFF MARK SNOOKAL'S NOTICE OF TAKING
ORAL AND VIDEOTAPED DEPOSITION OF DR. VICTOR ADEYEYE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Mark Snookal, by and through his attorneys, will take the oral and videotaped deposition of **DR. VICTOR ADEYEYE**. The deposition will take place remotely via video conference on **October 25, 2024**, beginning at **8:00 a.m. Pacific Time.** The court reporter will send videoconference information prior to the deposition. The deposition shall be conducted before an officer or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure.  If not completed on the date specified, the deposition will continue from day to day until completed, Saturdays, Sundays and holidays excluded.  The deposition will be recorded stenographically and may be videotaped and recorded through the instant visual display of testimony.

DATED:  September 16, 2024    ALLRED, MAROKO & GOLDBERG

By: _____
DOLORES Y. LEAL
OLIVIA FLECHSIG
Attorneys for Plaintiff,
**MARK SNOOKAL**

EXHIBIT 21/2

2

PLAINTIFF MARK SNOOKAL'S NOTICE OF TAKING
ORAL AND VIDEOTAPED DEPOSITION OF DR. VICTOR ADEYEYE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 6300 Wilshire Boulevard, Suite 1500, Los Angeles, California 90048.

On **September 16, 2024** I served the foregoing document described as **PLAINTIFF MARK SNOOKAL'S NOTICE OF TAKING ORAL AND VIDEOTAPED DEPOSITION OF DR. VICTOR ADEYEYE** on interested parties in this action:

**Attorneys for Defendant, Chevron USA, Inc.**

Tracey A. Kennedy, Esq.
Robert E. Mussig, Esq.
Sarah Fan, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, CA  90071-1422
(213) 620-1780

e-mails: tkennedy@sheppardmullin.com; rmussig@sheppardmullin.com
sfan@sheppardmullin.com

[X]  **BY ELECTRONIC SERVICE:** Pursuant to the Parties' agreement to accept service electronically, I caused such document to be electronically served via email to the email addresses of the addressee(s).

Executed on **September 16, 2024** at Los Angeles, California.

[X]  **Federal**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
ANGIE O. PAZ

EXHIBIT 21/3

PLAINTIFF MARK SNOOKAL'S NOTICE OF TAKING
ORAL AND VIDEOTAPED DEPOSITION OF DR. VICTOR ADEYEYE

DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

**Attorneys for Plaintiff MARK SNOOKAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual, | CASE NO.: 2:23-cv-6302-HDV-AJR |
| Plaintiff, | **PLAINTIFF MARK SNOOKAL'S AMENDED NOTICE OF TAKING ORAL AND VIDEOTAPED DEPOSITION OF DR. VICTOR ADEYEYE** |
| vs. | |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | Date: November 15, 2024<br>Time: 8:00 a.m.<br>Location: Remote Video Conference |
| Defendants. | |

EXHIBIT 21/4

1

PLAINTIFF MARK SNOOKAL'S AMENDED NOTICE OF TAKING
ORAL AND VIDEOTAPED DEPOSITION OF DR. VICTOR ADEYEYE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Mark Snookal, by and through his attorneys, will take the oral and videotaped deposition of **DR. VICTOR ADEYEYE**. The deposition will take place remotely via video conference on **November 15, 2024**, beginning at **8:00 a.m. Pacific Time.** The court reporter will send videoconference information prior to the deposition. The deposition shall be conducted before an officer or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure. If not completed on the date specified, the deposition will continue from day to day until completed, Saturdays, Sundays and holidays excluded. The deposition will be recorded stenographically and may be videotaped and recorded through the instant visual display of testimony.

DATED: October 25, 2024

ALLRED, MAROKO & GOLDBERG

By: /s/ Olivia Flechsig
DOLORES Y. LEAL
OLIVIA FLECHSIG
Attorneys for Plaintiff,
**MARK SNOOKAL**

EXHIBIT 21/5

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 6300 Wilshire Boulevard, Suite 1500, Los Angeles, California 90048.

On **October 25, 2024** I served the foregoing document described as **PLAINTIFF MARK SNOOKAL'S AMENDED NOTICE OF TAKING ORAL AND VIDEOTAPED DEPOSITION OF DR. VICTOR ADEYEYE** on interested parties in this action:

**Attorneys for Defendant, Chevron USA, Inc.**

Tracey A. Kennedy, Esq.
Robert E. Mussig, Esq.
Sarah Fan, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
(213) 620-1780

e-mails: tkennedy@sheppardmullin.com; rmussig@sheppardmullin.com
sfan@sheppardmullin.com

[X]   **BY ELECTRONIC SERVICE:** Pursuant to the Parties' agreement to accept service electronically, I caused such document to be electronically served via email to the email addresses of the addressee(s).

Executed on **October 25, 2024** at Los Angeles, California.

[X]   **Federal**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
ANGIE O. PAZ

EXHIBIT 21/6

3

PLAINTIFF MARK SNOOKAL'S AMENDED NOTICE OF TAKING
ORAL AND VIDEOTAPED DEPOSITION OF DR. VICTOR ADEYEYE