# EXHIBIT 22

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

---o0o---

MARK SNOOKAL, an individual,  )
                              )
            Plaintiff,        )
                              )
vs.                           )  Case No.
                              )  2:23-cv-6302-HDV-AJR
CHEVRON USA, INC., a California )
Corporation, and DOES 1 through )
10, inclusive,                )
                              )
            Defendants.       )
_____)


DEPOSITION OF

DR. VICTOR ADEYEYE

Volume 1, Pages 1 - 34

Taken Remotely Via Videoconference

Friday, November 15, 2024


Stenographically reported by:
Renee M. Bencich, CSR No. 11946, RPR

STENO
concierge@steno.com
888.707.8366
Job Number 117195

EXHIBIT 22/1

Dr. Victor Adeyeye											November 15, 2024

|   |   |
|---|---|
| 1 | APPEARANCES |
| 2 |  |
| 3 | For Plaintiff, Mark Snookal: |
| 4 |     ALLRED, MAROKO & GOLDBERG<br>    By: OLIVIA FLECHSIG, Attorney at Law |
| 5 |     6300 Wilshire Boulevard, Suite 1500<br>    Los Angeles, California 90048 |
| 6 |     323.653.6530<br>    oflechsig@amglaw.com |
| 7 |  |
| 8 |  |
| 9 | For Defendant Chevron USA, Inc.: |
| 10 |     SHEPPARD MULLIN<br>    By: SARAH FAN, Attorney at Law |
| 11 |     333 South Hope Street, 43rd Floor<br>    Los Angeles, California 90071 |
| 12 |     213.620.1780<br>    sfan@sheppardmullin.com |
| 13 |  |
| 14 |  |
| 15 | Also Present: |
| 16 |     Dolores Y. Leal, Attorney at Law<br>    Allred, Maroko & Goldberg |
| 17 |  |
|  |     Paris Stephen, Attorney at Law |
| 18 |     Allred, Maroko & Goldberg |
| 19 |     Eguono Erhun, Attorney at Law<br>    Chevron Nigeria Limited |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |

Dr. Victor Adeyeye                                                       November 15, 2024

```
 1            THE WITNESS:  Stroke.  Stroke.  Stroke.
 2   Stroke.
 3            THE COURT REPORTER:  You said something after
 4   that.
 5            Counsel, we need to go off the record.
 6            (Off the record.)
 7            MS. FLECHSIG:  Let's go back on the record, and
 8   we can wrap things up.  Okay?
 9            THE COURT REPORTER:  Yeah, we're back.
10            MS. FLECHSIG:  Okay.  Thank you.
11            So while we were off the record, our court
12   reporter explained that due to the challenges of taking
13   a verbatim record with -- with Dr. Victor Adeyeye's
14   accent, is having issues with understanding many of the
15   words and so is unable to continue for the rest of the
16   duration of the deposition.
17            She is going to produce a certified transcript
18   for the testimony that's taken place so far today with
19   the caveat that she'll need clarifications about some
20   additional information that was discussed today, for
21   example, the doctor's institutions where he did medical
22   training.  And she has marked the transcript to get
23   those clarifications at the conclusion of the deposition
24   today.  However, she's not able to continue for the rest
25   of the planned duration and does not feel comfortable
```

Dr. Victor Adeyeye                                                November 15, 2024

1   putting her name and her license on the line in terms of
2   certifying a verbatim transcript after -- after this.
3          So we're going to go off the record after this,
4   conclude for the day, and I will see about finding a
5   court reporter who will be comfortable with
6   understanding the accents and all of that.
7          Does that -- any -- would anyone like to add
8   anything?
9          Ms. Fan?
10         MS. FAN:  Yes, I would like to.  Thank you,
11  Counsel.
12         From my understanding of our discussion off the
13  record, the court reporter has indicated that due to her
14  difficulty with understanding Dr. Adeyeye's accent there
15  are portions of the testimony that have been taken thus
16  far that have required interruptions on the record to
17  clarify the words that were said, and there may be other
18  words that were said previously for which the court
19  reporter did not make interruptions for clarification
20  and may require -- may still require further
21  clarification.
22         Dr. Adeyeye came to the deposition today
23  prepared to proceed and remains prepared to proceed, but
24  we understand that we are terminating the record at this
25  point due to the -- due to the court reporter expressing

Dr. Victor Adeyeye											November 15, 2024

```
 1   that she is unable to take down a verbatim transcript of
 2   the record.
 3           MS. FLECHSIG:  One -- one thing I would like to
 4   state for the record is, obviously, we did not get to
 5   finish our questions for today, so we will ask that
 6   Dr. Adeyeye return for another day that we can agree
 7   upon for his schedule.
 8           MS. FAN:  And that -- yes, so we can discuss
 9   that further off the record.  It's our hope, you know,
10   because Dr. Adeyeye did need to take time out of his
11   clinical schedule in order to attend today that in the
12   future when arrangements are made that we are able to
13   make arrangements such that the deposition can proceed
14   and be completed at that time.
15           MS. FLECHSIG:  Yes, I -- I under -- I -- I'm
16   totally fine with that, and I think we've, you know,
17   done everything we can to work with everyone's schedule.
18   And, you know, we've only gone for an hour today,
19   actually less because we started a little bit late, so,
20   you know, obviously, we'll still need to get additional
21   testimony.  But we are happy to, you know, work with --
22   work with the scheduling challenges of his clinical
23   duties as well.  So whatever -- whenever that is.
24           But after we conclude today, maybe we can
25   discuss when would be a good time to reschedule, and
```

Dr. Victor Adeyeye                                          November 15, 2024

```
 1   I'll make myself as available as I can to work with --
 2   work with you all.
 3           MS. FAN:  Okay.  Thank you.  Appreciate that.
 4           THE COURT REPORTER:  Ms. Fan, do you need a
 5   transcript?
 6           MS. FAN:  Yes, we would like a transcript.
 7           THE COURT REPORTER:  Thank you.
 8           MS. FLECHSIG:  Okay.
 9           MS. FAN:  And we'd also like for Dr. Adeyeye to
10   have 30 days to review any testimony that was recorded
11   today.
12           THE COURT REPORTER:  Of course.  And would you
13   like that to be facilitated through your office?
14           MS. FAN:  Yes, please.  You can go ahead and
15   send it to me.
16           THE COURT REPORTER:  Okay.  Thank you.
17           Are we off the record?
18           MS. FLECHSIG:  Yeah, we can go off the record.
19           MS. FAN:  We can go off the record.
20           MS. FLECHSIG:  Thank you so much for your time
21   today, Doctor.
22           (The deposition adjourned at 7:01 a.m.)
23                          ---o0o---
24
25
```