UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:23-cv-6302-HDV-AJR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MARK SNOOKAL'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A MOTION TO COMPEL FURTHER DISCOVERY AND TO FILE A MOTION FOR SANCTIONS AGAINST DEFENDANT AND ITS COUNSEL**<br><br>District Judge: Hon. Hernan D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br>Action Filed: August 3, 2023<br>Trial Date: August 19, 2025 |

Before the Court is Plaintiff's *Ex Parte* Application for Leave to File a Motion to Compel Further Discovery and to File a Motion for Sanctions against Defendant and Its Counsel. Plaintiff argues in the main that good cause exists for *ex parte* relief given Defendant's discovery abuse, including but not limited to Defendant's repeated, inexcusable delay in producing probative documents; Defendant's repeated, inexcusable delay in providing its availability for an informal discovery conference; its failure to produce supplemental discovery responses despite its promises to do so; and its failure to make its witness, Dr. Victor Adeyeye, available to finish his deposition despite its promises to do so.

The Court agrees. Based upon the Declaration of Olivia Flechsig and Exhibits thereto submitted in support of Plaintiff's *Ex Parte* Application, it is evident that Defendant and its counsel did engage in the discovery misconduct described herein, and otherwise intentionally delayed. This prejudiced Plaintiff's ability to move the Court to compel further discovery and to move for sanctions against Defendant and its counsel, despite Plaintiff's attempts to timely obtain discovery and meet and confer with Defendant regarding same.

The Court hereby grants Plaintiff's *Ex Parte* Application in whole, and Plaintiff may file a Motion to Compel Further Discovery and Motion for Discovery Sanctions by [DATE]. The deadlines set by the Court's existing scheduling order (Dkt 38) otherwise stand.

**IT IS SO ORDERED.**

DATED:_____        _____

                                                    Honorable Hernan D. Vera
                                                    United States District Court Judge