# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Snookal,<br><br>v.<br>Plaintiff(s)<br><br>Chevron USA, Inc. et al.,<br>Defendant(s) | CASE NUMBER:<br>2:23-cv-06302-HDV-AJR<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge A. Joel Richlin. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge   A. Joel Richlin

Date/Time   4/09/2025 at 10:00 am

Courtroom:   by Zoom

Dated:   April 4, 2025          By:   /s/ Claudia Garcia-Marquez
                                                Deputy Clerk