UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-06302-HDV-AJR | Date | April 9, 2025 |
|---|---|---|---|
| Title | Mark Snookal v. Chevron USA, Inc., et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|
| Claudia Garcia-Marquez | CS 4/09/2025 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| Dolores Y. Leal<br>Olivia Joy Flechsig | Robert E. Mussig, Jr. |

**Proceedings:**   MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE

On April 9, 2025, the Court held an informal discovery conference by video to discuss certain discovery disputes raised by Plaintiff in his *Ex Parte* Application. (Dkt. 47.) Based on the discussion with the parties, the Court Ordered as follows:

- **Supplemental Discovery Responses:** Defendant shall provide supplemental responses to Requests for Production No. 1, 10, 13-19, 21, 28, 39-40, 43, 56, and 58, as well as a privilege log. Defendant shall also provide a supplemental response to Interrogatory No. 32. All of this shall be provided by **April 25, 2025**. The Court advises Defendant that it expects discovery responses and a privilege log that comply with the Federal Rules of Civil Procedure. The Court has guidance on its website for how to prepare a compliant privilege log.

- **Continued Deposition of Dr. Adeyeye:** Defendant shall produce Dr. Adeyeye for the completion of his deposition no later than **April 25, 2025**. The parties shall meet and confer on a date for the deposition and shall report to the Court by email by **April 16, 2025**, as to the date agreed to.

- **Documents Allegedly Not Produced:** Plaintiff's counsel shall send a letter to defense counsel no later than end of day on **April 10, 2025** identifying any remaining allegedly not produced documents that Plaintiff alleges Defendant is obligated to produce. Defense counsel shall respond to the latter no later than end of day on **April 14, 2025** stating whether it will agree to produce the documents identified by Plaintiff's counsel. Any documents agreed to be produced must be produced by Defendant no later than **April 25, 2025**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-06302-HDV-AJR | Date | April 9, 2025 |
|---|---|---|---|
| Title | Mark Snookal v. Chevron USA, Inc., et al. | | |

    The Court directs the parties to copy the Court by email (AJR_Chambers@cacd.uscourts.gov) when providing the supplemental discovery responses, privilege log, and letters related to documents allegedly not produced. The Court will set further informal discovery conferences as needed based on the responses/reports of the parties. The Court will permit Plaintiff to raise their request for authorization to file a motion to compel seeking sanctions after April 25, 2025.

    IT IS SO ORDERED.

00:27