# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-06302-HDV-AJR | Date | May 20, 2025 |
|---|---|---|---|
| Title | Mark Snookal v. Chevron USA, Inc., et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Claudia Garcia-Marquez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** ORDER DIRECTING PARTIES TO FILE A STATUS REPORT RE DISCOVERY DISPUTES

On May 5, 2025, the Court issued an Order Regarding Discovery Disputes. (Dkt. 55.) The Order required Defendant to produce certain documents and provide certain supplemental discovery responses. It appears that Defendant has completed its production of said documents and discovery responses. Therefore, the Court directs the parties to file a status report advising the Court on their position as to whether all of the Court's orders have been complied with and whether the parties have any outstanding discovery disputes that need to be addressed. The parties can file a joint report or separate reports, whatever they prefer. The status report(s) shall be filed by **May 27, 2025.** The Court will schedule a further hearing or set further deadlines based on the status report(s).

IT IS SO ORDERED.