SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398
E-mail:    tkennedy@sheppardmullin.com
           rmussig@sheppardmullin.com
           sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-6302-HDV-AJR<br><br>**DEFENDANT CHEVRON U.S.A., INC.'S STATUS REPORT REGARDING DISCOVERY DISPUTES**<br><br>District Judge: Hon. Hernán De. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br><br>Action Filed: August 3, 2023<br>Trial Date: August 19, 2025 |

Pursuant to the Court's Order Directing Parties to File a Status Report re Discovery Disputes (Dkt. 57), Defendant Chevron U.S.A., Inc., a Pennsylvania corporation ("Chevron U.S.A."), respectfully submits the following status report:

Chevron U.S.A. has complied with the Court's orders regarding the parties' discovery disputes and further supplemented its written discovery responses pursuant to the parties' subsequent meet and confer discussions.  Chevron U.S.A. has not received any further communication from Plaintiff regarding any alleged deficiencies in its discovery responses or document production since it last served further supplemental responses on May 19, 2025.  Plaintiff declined Chevron U.S.A.'s offer to submit a joint status report.

The parties are presently awaiting the Court's ruling on Chevron U.S.A.'s motion for summary judgment.  (Dkt. 56.) At oral argument on May 8, 2025, the Court indicated that it was inclined to grant summary judgment, in whole or in part, which may impact any further discussions regarding discovery.

Dated:  May 27, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Robert Mussig*
TRACEY A. KENNEDY
ROBERT E. MUSSIG
H. SARAH FAN
Attorneys for Defendant
CHEVRON U.S.A. INC.,
a Pennsylvania Corporation