## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-06302-HDV-AJR | Date | May 29, 2025 |
|---|---|---|---|
| Title | Mark Snookal v. Chevron USA, Inc., et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|
| Claudia Garcia-Marquez | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| N/A | N/A |

**Proceedings (In Chambers):**   ORDER SCHEDULING INFORMAL DISCOVERY CONFERENCE

On May 27, 2025, the parties filed Status Reports regarding discovery disputes. (Dkts. 58, 59.)  Based on the status reports, it appears the parties have nearly resolved all disputes.  The Court directs the parties to meet and confer in an attempt to resolve the remaining issue(s).  The Court schedules an informal discovery conference for June 6, 2025 at 10:30 a.m.[1]  If the parties resolve the remaining issue(s) and want the Court to cancel the informal discovery conference, they can jointly email chambers and ask (AJR_Chambers@cacd.uscourts.gov).

IT IS SO ORDERED.

---

[1] If the parties prefer a different day and time, they can meet and confer and agree on a few different options and propose them to the Court by email (AJR_Chambers@cacd.uscourts.gov).