# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-06302-HDV-AJR | Date | June 9, 2025 |
|---|---|---|---|
| Title | Mark Snookal v. Chevron USA, Inc., et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Claudia Garcia-Marquez | CS 6/9/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| Olivia Joy Flechsig | Sarah Fan |

**Proceedings:**      MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE


On June 9, 2025, the Court held an informal discovery conference to discuss the parties' recent status reports and any remaining discovery dispute. During the hearing, defense counsel acknowledged an error in Defendant's privilege log and advised that this would be corrected later today so that Plaintiff's counsel could evaluate whether it still disputed the privilege assertion of any document on the privilege log. Therefore, the Court ordered defense counsel to correct the privilege log and make any supplemental production that is required by the end of the day, today. Plaintiff's counsel can then evaluate the production and privilege log to determine if there is any remaining dispute. If Plaintiff's counsel still believes the privilege log is insufficient, she can file a short letter brief to that effect and the Court will order a response from Defendant as well as the submission of the disputed email *in camera*. The Court will then resolve this final dispute, but advises that it is likely to award reasonable expenses to the prevailing party. If Plaintiff's counsel is satisfied with the privilege log correction and supplemental production, she can notify the Court with an email copying defense counsel and the Court will consider this matter resolved.

IT IS SO ORDERED.

<u>00:13</u>