1 DOLORES Y. LEAL (134176)
  OLIVIA FLECHSIG (334880)
2 **ALLRED, MAROKO & GOLDBERG**
3 6300 Wilshire Blvd. Suite 1500
  Los Angeles, CA 90048-5217
4 (323) 653-6530
  dleal@amglaw.com
5 oflechsig@amglaw.com

6 Attorneys for Plaintiff Mark Snookal

7
  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8 A Limited Liability Partnership
  Including Professional Corporations
9 TRACEY A. KENNEDY, Cal Bar No. 150782
  ROBERT E. MUSSIG, Cal. Bar No. 240369
10 H. SARAH FAN, Cal. Bar No. 328282
   350 South Grand Avenue, 40th Floor
11 Los Angeles, CA 90071-3460
   Telephone:    213.620.1780
12 Facsimile:    213.620.1398
   E-mail:       tkennedy@sheppardmullin.com
13                rmussig@sheppardmullin.com
                  sfan@sheppardmullin.com
14
   Attorneys for Defendant.
15 CHEVRON U.S.A. INC.,
   a Pennsylvania corporation
16
                        UNITED STATES DISTRICT COURT
17
             CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
18

| | |
|---|---|
| 19  MARK SNOOKAL, an individual, | Case No. 2:23-cv-6302-HDV-AJR |
| 20         Plaintiff, | **JOINT STATEMENT OF THE CASE PER CIVIL TRIAL ORDER SECTION II.A.** |
| 21      vs. | Place:  Courtroom 5B – 5th Floor |
| 22  CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | Judge:  Hon. Hernán D. Vera |
| 23         Defendants. | Action Filed: August 3, 2023<br>Pre-Trial Conf.: July 29, 2025<br>Trial Date: August 19, 2025 |

**JOINT STATEMENT OF THE CASE**

This is the case by Mark Snookal against Chevron U.S.A. Inc. Mr. Snookal is asserting a claim for disability discrimination against Chevron U.S.A. Inc. Mr. Snookal is seeking economic and non-economic damages.

Chevron U.S.A. Inc. denies the allegations and denies that it caused Mr. Snookal any harm.

Mark Snookal is represented by Dolores Leal and Olivia Flechsig of Allred, Maroko & Goldberg.  Chevron U.S.A. is Tracey Kennedy and Robert Mussig of Sheppard, Mullin, Richter & Hampton.

Dated: June 18, 2025

ALLRED, MAROKO & GOLDBERG

By   /s/ Dolores Y. Leal
DOLORES Y. LEAL
OLIVIA FLECHSIG

Attorneys for Plaintiff
MARK SNOOKAL

Dated: June 18, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ Tracey A. Kennedy
TRACEY A. KENNEDY
ROBERT E. MUSSIG
H. SARAH FAN

Attorneys for Defendant
CHEVRON U.S.A. INC.,
a Pennsylvania Corporation