| | |
|---|---|
| 1 | DOLORES Y. LEAL (134176) |
| 2 | OLIVIA FLECHSIG (334880) |
|   | **ALLRED, MAROKO & GOLDBERG** |
| 3 | 6300 Wilshire Blvd. Suite 1500 |
|   | Los Angeles, CA 90048-5217 |
| 4 | (323) 653-6530 |
|   | dleal@amglaw.com |
| 5 | oflechsig@amglaw.com |
| 6 | Attorneys for Plaintiff Mark Snookal |
| 7 | |
| 8 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | A Limited Liability Partnership |
|   | Including Professional Corporations |
| 9 | TRACEY A. KENNEDY, Cal Bar No. 150782 |
|   | ROBERT E. MUSSIG, Cal. Bar No. 240369 |
| 10 | H. SARAH FAN, Cal. Bar No. 328282 |
|    | 350 South Grand Avenue, 40th Floor |
| 11 | Los Angeles, CA 90071-3460 |
|    | Telephone:    213.620.1780 |
| 12 | Facsimile:    213.620.1398 |
|    | E-mail:       tkennedy@sheppardmullin.com |
| 13 |               rmussig@sheppardmullin.com |
|    |               sfan@sheppardmullin.com |
| 14 | |
| 15 | Attorneys for Defendant. |
|    | CHEVRON U.S.A. INC., |
|    | a Pennsylvania corporation |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual, | Case No. 2:23-cv-6302-HDV-AJR |
| Plaintiff, | **JOINT STATEMENT RE SETTLEMENT PER CIVIL TRIAL ORDER** |
| vs. | Place:   Courtroom 5B – 5th Floor |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | Judge:   Hon. Hernán D. Vera |
| Defendants. | Action Filed: August 3, 2023 |
|  | Pre-Trial Conf.: July 29, 2025 |
|  | Trial Date: August 19, 2025 |

# JOINT STATEMENT REGARDING SETTLEMENT
# PER CIVIL TRIAL ORDER SECTION II.A.

The parties mediated this matter with a private mediator, Angela Reddock-Wright, with Signature Resolution on June 25, 2024. Since that time, the parties have continued to have settlement talks, and have been in communication with Ms. Reddock. To date the parties have not resolve this matter.

Dated: June 18, 2025

ALLRED, MAROKO & GOLDBERG

By   */s/ Dolores Y. Leal*
DOLORES Y. LEAL
OLIVIA FLECHSIG

Attorneys for Plaintiff
MARK SNOOKAL

Dated: June 18, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Tracey A. Kennedy*
TRACEY A. KENNEDY
ROBERT E. MUSSIG
H. SARAH FAN

Attorneys for Defendant
CHEVRON U.S.A. INC.,
a Pennsylvania Corporation