SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone:  213.620.1780
Facsimile:  213.620.1398
E-mail:      tkennedy@sheppardmullin.com
             rmussig@sheppardmullin.com
             sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-6302-HDV-AJR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHEVRON U.S.A., INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OR TESTIMONY OF ANY SUBJECTIVE OPINION OR BELIEF BY PLAINTIFF REGARDING HIS PAST OR FUTURE ECONOMIC DAMAGES**<br><br>Date:    July 29, 2025<br>Time:    10:00 a.m.<br>Place:  Courtroom 5B – Fifth Floor<br><br>District Judge: Hon. Hernán De. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br><br>Action Filed: August 3, 2023<br>Trial Date: August 19, 2025 |

On July 29, 2025 at 10:00 a.m. in Courtroom 5B of the above-entitled Court, located at 350 W. First Street, Los Angeles, CA 90012, Defendant Chevron U.S.A. Inc.'s ("Defendant") Motion in Limine No. 1 to exclude evidence or testimony of any subjective opinion or belief by Plaintiff regarding his past or future economic damages came on regularly for hearing.  All Parties were represented by their counsel.

After consideration of the papers and oral argument, the Court finds good cause and **GRANTS** Defendant's Motion in Limine No. 1.  Plaintiff, his counsel, and his witnesses are precluded from presenting testimony or evidence of Plaintiff's alleged past economic damages relating to an speculative promotion to Pay Salary Grade 23, and alleged future economic damages after January 2021 based on compensation of the REM position

**IT IS SO ORDERED.**

DATE: _____          _____

Honorable Hernán D. Vera
United States District Court Judge