1 | DOLORES Y. LEAL (134176)
2 | OLIVIA FLECHSIG (334880)
  | ALLRED, MAROKO & GOLDBERG
3 | 6300 Wilshire Blvd. Suite 1500
  | Los Angeles, CA 90048-5217
4 | (323) 653-6530
  | dleal@amglaw.com
5 | oflechsig@amglaw.com
6 |
7 | **Attorneys for <u>Plaintiff MARK SNOOKAL</u>**
8 |
9 |             UNITED STATES DISTRICT COURT
10 |
11 |          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | MARK SNOOKAL, an individual,           )  CASE NO.: 2:23-cv-6302-HDV-AJR
13 |                                         )
14 |              Plaintiff,                 )  **PLAINTIFF MARK SNOOKAL'S**
   |                                         )  **WITNESS LIST**
15 |                                         )
   |        vs.                              )
16 |                                         )
17 | CHEVRON USA, INC., a California         )  District Judge: Hon. Hernan D. Vera
   | Corporation, and DOES 1 through 10,     )  Magistrate Judge: Hon. A. Joel Richlin
18 | inclusive,                              )  Action Filed: August 3, 2023
   |                                         )  Pre-Trial Conference:  July 29, 2025
19 |                                         )  Trial Date: August 19, 2025
20 |                                         )
   |              Defendants.                )
21 |                                         )
22 |                                         )
23 |                                         )
24
25
26
27
28

1
PLAINTIFF MARK SNOOKAL'S WITNESS LIST

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Dr. Victor Adeyeye | At the relevant time, Dr. Adeyeye was a cardiologist for Chevron Nigeria who provided an opinion on Plaintiff's cardiac condition. | 1 hr. | | |
| Dr. Ujomoti Akintunde | At the relevant time, Dr. Akintunde was a Cardiologist in Nigeria who was consulted regarding Plaintiff's medical suitability for expatriate assignment. He assessed Plaintiff's medical condition and made a recommendation for Mr. Snookal's condition. | 1 hr. | | |
| Dr. Eshiofe Asekomeh | Dr. Asekomeh conducted the Medical Suitability for Expatriate Assignment (MSEA) evaluation for Plaintiff. He determined that Plaintiff was not fit for duty based on his medical condition and available medical support. | 1.5 hrs. | | |
| Scott M. Banks | Mr. Banks is an Assistant Secretary of Chevron U.S.A. Inc. and verified various Interrogatory responses on behalf of Chevron U.S.A. Inc. Mr. Banks is expected to testify regarding the information contained in said Interrogatories and factual matters related thereto. | .5 hr. | | |
| Dr. Charles Baum | Dr. Baum is a professor of economics and finance at Middle Tennessee State University. He has will testify regarding Plaintiff's lost earnings and lost employment benefits due to the rescission of the Expatriate position in Nigeria. | 3 hrs. | | |

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Linda Engel | At the relevant time, Ms. Engel was a Licensed Clinical Social Worker employed by Kaiser Permanente who provided therapy to Plaintiff. She will authenticate her records and testify regarding the therapy and her diagnosis of Plaintiff. | .5 hr. | | |
| Dr. Shahid Hameed Khan | At the relevant time, Dr. Khan was Plaintiff's treating cardiologist who determined that Plaintiff was fit for duty for an expatriate position.<br><br>After Chevron rescinded the offer of Expatriate assignment, Dr. Khan also communicated with Chevron's Dr. Levy regarding Plaintiff's medical condition and risk of cardiac event. Dr. Khan communicated that Plaintiff's risk of a cardiac event was about 2% per year. | 1 hr. | | |
| Dr. Scott Levy | At the relevant time, Dr. Levy was employed by Chevron as a Regional Medical Manager for the Europe, Eurasia, Middle East and Africa Region. He will testify regarding the fitness-for-duty medical evaluations for expatriate assignments. After Plaintiff complained about discrimination and challenged the decision to deem him unfit for duty, Dr. Levy reviewed Plaintiff's case for a second opinion. | 2 hrs. | | |
| Cesar Malpica | Mr. Malpica replaced Mr. Zaheer in Escravos, Nigeria for 4 years. | .5 hr. | | |

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Dr. Alexander Marmureanu | Dr. Marmureanu practices Thoracic and Cardiovascular Surgery. He is Board Certified in Cardiothoracic Surgery and General Surgery.<br><br>Dr. Marmureanu will testify that the clinical data consistently indicates that Mr. Snookal's ascending aortic aneurysm and aortic root have remained stable at 4.2 cm, with no significant progression over several years of monitoring. At this size, in his opinion, the annual risk of rupture or dissection is less than 1%, especially considering the stability of his condition and aortic measurements.<br><br>Dr. Marmureanu will testify given that Plaintiff's work would be desk-based and not physically demanding, there is no evidence to suggest that his condition would affect his job performance or pose an immediate risk or "direct threat." | 3 hrs. | | |
| Andrew Powers | At the relevant time, Mr. Powers was a Senior Human Resources Manager at Chevron's El Segundo refinery.<br><br>Plaintiff filed a complaint of disability discrimination with Mr. Powers. Mr. Powers has also had several expatriate assignments to other countries and Chevron USA consistently paid his salary throughout. | 1 hr. | | |

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Dr. Anthony Reading | Dr. Reading is an expert forensic psychologist who evaluated Mr. Snookal. | 3 hrs. | | |
| Constance Snookal | Ms. Snookal is Plaintiff's wife. She will testify regarding her husband's damages as a result of Chevron's rescission of the Reliability Engineering Manager position. | 2 hrs. | | |
| Mark Snookal | Plaintiff Mark Snookal will testify regarding his employment at Chevron USA; his application to be a Reliability Engineering Manager, an Expatriate assignment in Escravos, Nigeria; the application process; the two doctors (Dr. Khan and Dr. Sobel) who examined him who concurred that he was fit for duty; the offer of employment; Chevron's rescission of the expatriate assignment; Mr. Snookal's appeal of the recission decision to Dr. Frangos and Dr. Levy; his complaint to Human Resources; and economic, emotional/ psychological damages suffered by him. | 8 hrs. | | |
| Dr. Irving Sobel | Dr. Sobel was retained by Chevron as an independent doctor to conduct a fitness for duty examination for the Expatriate assignment in Nigeria. | .75 hr. | | |
| Harpreet K. Tiwana | Harpreet Tiwana is an Assistant Secretary of Chevron U.S.A. Inc. and verified various Interrogatory responses on behalf of Chevron U.S.A. Inc. Harpreet Tiwana is expected to testify regarding the information contained in said | .5 hr. | | |

5
PLAINTIFF MARK SNOOKAL'S WITNESS LIST

| | | | | |
|---|---|---|---|---|
| | Interrogatories and factual matters related thereto. | | | |
| Thalia Tse | At the relevant time, Ms. Tse was Chevron's Human Resources Business Partner at the El Segundo refinery. She reported to Andrew Powers. Ms. Tse was tasked with being familiar with Chevron policies prohibiting discrimination and pay for expatriate/rotational assignments. | .5 hr. | | |
| Amir Zaheer | Mr. Zaheer replaced Mr. Snookal in Escravos, Nigeria after Defendant rescinded the job offer. | .5 hr. | | |

Dated: July 1, 2025                    ALLRED, MAROKO & GOLDBERG

By: /s/ Dolores Leal
       DOLORES Y. LEAL
       OLIVIA FLECHSIG
       Attorneys for Plaintiff,
       **MARK SNOOKAL**