EXHIBIT 2

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

_____

MARK SNOOKAL, an individual,      )
                                  )
                                  )
                Plaintiff,        )
vs.                               ) Case No.
                                  ) 2:23-cv-6302-HDV-AJR
                                  )
CHEVRON USA, INC., a California   )
Corporation, and DOES 1 through   )
10, inclusive,                    )
                                  )
                Defendants.       )
_____)

REPORTER'S TRANSCRIPT

VIDEOTAPED DEPOSITION OF

DR. VICTOR ADEYEYE

VOLUME 2

Tuesday, April 22, 2025

Via Zoom Video Conferencing

6:00 a.m.

Reported by:  Rachel N. Barkume, CSR, RMR, CRR
              Certificate No. 13657

**EXHIBIT 2/1**

Dr. Victor Adeyeye                                                        April 22, 2025

```
 1                      A P P E A R A N C E S

 2

 3

 4   FOR THE DEFENDANT:

 5           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
             By:  SARAH FAN
 6               ROBERT MUSSIG
             Attorney at Law
 7           333 South Hope Street, 43rd Floor
             Los Angeles, California 90071
 8           (213) 620-1780
             sfan@sheppardmullin.com
 9           rmussig@sheppardmullin.com

10   FOR THE PLAINTIFF:

11           ALLRED, MAROKO & GOLDBERG
             By:  OLIVIA FLECHSIG
12               DOLORES LEAL
             Attorney at Law
13           6300 Wilshire Boulevard, Suite 1500
             Los Angeles, California 90048
14           (323) 653-6530
             oflechsig@amglaw.com
15           dleal@amglaw.com

16   THE VIDEOGRAPHER:

17           Cliff Gonshery

18   ALSO PRESENT:

19           Eguono Erhun, Chevron Nigeria Limited

20

21

22

23

24

25
```

EXHIBIT 2/2

Dr. Victor Adeyeye                                          April 22, 2025

1  why maybe, maybe not.  Alleviating the symptoms

2  medically does not equate to addressing the dissection,

3  the tearing.  That's what I mean by that.

4  BY MS. FLECHSIG:

5      Q.  What can you do to alleviate the symptoms of

6  the dissection?

7      A.  Give some peripheral beta blockers.

8      Q.  And what does that do for someone?

9      A.  What's that?

10     Q.  Yeah.  What does that do for someone who's had

11 a dissection?

12     A.  That would reduce the symptoms of pain,

13 excruciating pain, that individual would be having.

14     Q.  Okay.  Does it -- does it slow their risk of

15 death from occurring while they await surgery?

16         Or does it have any other benefits?

17     A.  No.  No.  It confers no benefit of survival on

18 such individual.

19     Q.  Understood.  Okay.

20         Have you ever treated a patient whose dilated

21 aortic root has dissected?

22     A.  None of note.

23     Q.  Okay.  Sorry, you said "none of note."

24         There's -- there's none that you have

25 treated?

**EXHIBIT 2/3**

Dr. Victor Adeyeye                                      April 22, 2025

1     A.  No.  No.  None.

2          Q.  Okay.  Have you ever treated someone with a

3     dilated aortic root that ruptured?

4          A.  No.

5          Q.  Okay.  Okay.  I want to ask about Mark Snookal,

6     the plaintiff in this lawsuit.

7               Have you reviewed the complaint in this

8     lawsuit?

9          A.  How?

10         Q.  Just -- yeah, have you reviewed the actual

11    complaint of the lawsuit, so at any time --

12         A.  I'm not -- I'm not privy to that document.

13         Q.  Okay.  When did you first hear the name Mark

14    Snookal?

15         A.  2019.

16         Q.  Okay.  And how did you -- how did you hear

17    about him?

18         A.  Via e-mail communication between myself and the

19    occupational health unit; Dr. Femi Pitan, you mentioned,

20    Dr. Asekomeh, Dr. Henry Aiwuyo.

21         Q.  I'm sorry.  Who was the third one that you

22    said?

23         A.  Via e-mail communication --

24         Q.  Oh --

25         A.  -- with myself and the occupational health

**EXHIBIT 2/4**

Dr. Victor Adeyeye                                                        April 22, 2025

1        So if I'm to rephrase it, "How often do they

2   ask me for cardiac-related issue," depends on what they

3   have.  I can't put a number or a frequency to how often

4   they confer me for cardiac-related issue.

5        Please note, the patient medevac, one patient I

6   mentioned to you, came from their site of the company

7   from the field to the onshore Warri Hospital.  Thank

8   you.

9   BY MS. FLECHSIG:

10       Q.  Okay.  What's your best estimate of how often

11  you consult with them on a cardiac medical issue?

12       A.  I would say two per month when there are gray

13  areas around there during their screening processes.

14       Q.  Okay.  So, in other words, when they're

15  screening someone for fitness for duty for a location

16  near you in -- in Warri or around there?

17       A.  Thank you.  Yeah.

18       Q.  Okay.  Have you ever spoken with Mark Snookal?

19       A.  No.  Mark Snookal is not my patient.  I had no

20  medical consultation with Mark Snookal.  All I had, Mark

21  Snookal, was an advisory role stemming from the

22  occupational health.  Not my patient.  Medical

23  consultation is different from advisory role.

24       Q.  Okay.  Have you ever spoken with anyone who was

25  a treating physician for Mark Snookal?

**EXHIBIT 2/5**

Dr. Victor Adeyeye                                        April 22, 2025

1        A.   No.   The occupational health unit is not a

2   treating physician for Mark Snookal.

3        Q.   Okay.   Have you ever reviewed Mark Snookal's

4   employment history with Chevron or otherwise?

5             MS. FAN:   Objection.   Vague and ambiguous.

6             THE WITNESS:   It's -- I have only the

7   cardiovascular portion of his investigation, not

8   history.   Medical consultation either physical or

9   virtual is divided broadly into three major aspects:

10  History taking, physical or clinical examination, and

11  investigation.

12             Now, for me, it is that investigation aspect; I

13  only saw just the cardiac one.   So I cannot claim to

14  know medical history or employment history of Mark

15  Snookal.   I don't know if I'm clear.

16  BY MS. FLECHSIG:

17       Q.   Yeah.   I understand.   Thank you.   Thank you,

18  Doctor.   Okay.   I'm going to pull up a document.   I'll

19  mark this as Exhibit A.

20             (Exhibit A marked for

21             identification.)

22  BY MS. FLECHSIG:

23       Q.   It's been produced as CUSA000768 through 770.

24  And, Dr. Adeyeye, I'm going to share my screen so you

25  can see it and have an opportunity to review it.

Dr. Victor Adeyeye                                    April 22, 2025

```
 1              Are you able to see Exhibit A, Dr. Adeyeye?
 2      A.  Yes, I can see.
 3      Q.  Okay.  I'm going to scroll to the bottom.
 4         MS. FAN:  And, Dr. Adeyeye, if you need to take
 5   some time to review the document, I'm sure counsel would
 6   be willing to scroll up and down as you need.
 7   BY MS. FLECHSIG:
 8      Q.  Absolutely.  So I'm here at the bottom of the
 9   document, CUSA000770.  So here, it looks like there's a
10   July 30th, 2019, e-mail from Dr. Asekomeh to Dr. Pitan
11   with a CC to NIGEC Staff Physicians.  I'm going to
12   scroll up.  So looks like on August 5th, 2019,
13   Dr. Asekomeh e-mailed to you, Dr. Adeyeye, with a CC to
14   Dr. Aiwuyo and Dr. Pitan.
15              Are you seeing this e-mail, Dr. Adeyeye?
16      A.  Yes, I can see the e-mail.
17      Q.  Okay.
18      A.  I am -- I'm aware of this, but I was not aware
19   of that first one, the one from Asekomeh to Pitan.
20      Q.  Okay.  So this -- this e-mail you received from
21   Dr. Asekomeh here --
22      A.  Yes.
23      Q.  -- at the top of 770?
24      A.  Yes.  Yes.
25      Q.  Okay.  Okay.  And it looks like Dr. Asekomeh's
```

**EXHIBIT 2/7**

Dr. Victor Adeyeye                                                April 22, 2025

1    asking you to weigh in on a few things, potential

2    complications and the likelihood of progression --

3         A.   Yes.

4         Q.   -- management of these complications, possible

5    instructions to communicate to employee as per

6    preventing complications.

7         A.   Yes.

8         Q.   So this looks like a true and correct copy of

9    an e-mail you received back on August 5th, 2019?

10        A.   Yes.

11            MS. FAN:   Objection.   Leading.   Vague and

12   ambiguous.

13   BY MS. FLECHSIG:

14        Q.   Is -- sorry, is that a "yes"?

15        A.   That's an e-mail to me by -- from Dr. Asekomeh.

16        Q.   Right.   And it looks -- it looks correct; you

17   recall this e-mail?

18        A.   I recall that e-mail from Dr. Asekomeh to me,

19   Dr. Adeyeye, asking me to make comments on those three

20   points.

21        Q.   Okay.   I'm going to continue scrolling up to

22   769 here and to 768.

23            So Dr. Aiwuyo sends this e-mail to you and

24   Dr. Asekomeh with a CC --

25        A.   Yes.

**EXHIBIT 2/8**

Dr. Victor Adeyeye                                              April 22, 2025

1       Q.   -- to Dr. Pitan?

2       A.   Yes.

3       Q.   And it looks like Dr. Aiwuyo makes some

4    impressions on Mark Snookal's case.

5       A.   Yes.

6       Q.   I understand you said Dr. Aiwuyo is a part of

7    the occupational health department; correct?

8       A.   Yes.

9       Q.   Do you know -- is he also a cardiologist?

10      A.   Yes.

11      Q.   Okay.  Does Dr. Aiwuyo still work in the

12   occupational health division, to your knowledge?

13      A.   No.  No.

14      Q.   He no longer works there?

15      A.   He's no longer working there.

16      Q.   Okay.  Do you know whether he still works --

17   like, does work for Chevron Nigeria?

18      A.   Not at all.

19           MS. FAN:  Objection.

20   BY MS. FLECHSIG:

21      Q.   Okay.  And I just want to give you an

22   opportunity to read through this e-mail from Dr. Aiwuyo.

23           Have you had a chance to read through the

24   e-mail?

25      A.   Yes.  Go on.

**EXHIBIT 2/9**

Dr. Victor Adeyeye                                          April 22, 2025

1        Q.   Okay.  It looks like Dr. Aiwuyo linked this

2    article here.

3             Is -- are you familiar with what the article

4    says?

5             MS. FAN:  Objection.  Vague and ambiguous.

6             THE WITNESS:  Mrs. Olivia, be more specific,

7    please, in your questioning, please.

8    BY MS. FLECHSIG:

9        Q.   Sure.

10       A.   Yes.

11       Q.   Sure.  No problem.  I guess -- I guess -- you

12   know, did you read -- when you received this e-mail from

13   Dr. Aiwuyo, did you read the article that he linked?

14       A.   Yes.  I click on the link, and I read the

15   article from which he extracted the information.  Thank

16   you.

17       Q.   Okay.  Understood.  Did you do anything to

18   search for any other articles that might have been

19   applicable to Mark Snookal's cardiology condition --

20   cardiac condition?

21       A.   You mean do I do my own literature search?

22       Q.   Correct.  Yeah.

23            Did you look for other articles --

24       A.   Sure, yes.

25       Q.   -- in response to --

**EXHIBIT 2/10**

Dr. Victor Adeyeye                                      April 22, 2025

1           A.   Yes.

2           Q.   -- Mark Snookal --

3           A.   Yes.

4           Q.   Okay.

5           A.   Yes.

6           Q.   Okay.  What did you do to look for those

7     articles?

8           A.   Hello?  Excuse me?

9           Q.   Oh, sorry.  We must have cut out for a moment.

10          What did you do to look for those articles or

11    the medical research that could pertain to Mark

12    Snookal's cardiac condition?

13          A.   All I did was to look at the current update as

14    of 2019, what literature says on aortic dilatation

15    management so I can give an informed opinion, which was

16    captured in my e-mail as response to this.  I'm sure

17    you'll see --

18          (Reporter clarification.)

19          THE WITNESS:  I read those documents.  I make

20    my own search for me to have an informed opinion based

21    on medical literature.  And that was captured in my

22    e-mail response, which is -- yes.

23    BY MS. FLECHSIG:

24          Q.   Okay.  Let's go there next.

25          A.   Yes.

**EXHIBIT 2/11**

Dr. Victor Adeyeye                                      April 22, 2025

1          Q.   So we're at the top of Exhibit A now.
2          A.   Yes, that's my response.  That's the summary of
3    my own search.
4          Q.   Okay.  So there's this August 5th, 2019,
5    e-mail, and this is your summary of your research;
6    correct?
7          A.   Yeah.  Yeah.  Yes.
8          Q.   Okay.  There's -- is there anything that you
9    know today that would change your opinion of what you
10   expressed in that August 5th, 2019, e-mail?
11         A.   I don't get your question, please.  Again,
12   please.  Repeat again, please.
13         Q.   Oh, I'm sorry.  I think my internet --
14   apologies.  Yeah.
15              I just was asking is the opinion you expressed
16   in this August 5th, 2019, e-mail -- is that consistent
17   still with your opinion today of Mark Snookal's cardiac
18   condition?
19         A.   Very consistent.  Very consistent.
20         Q.   Okay.  So you said that you undertook some
21   research to inform this opinion.
22              What did you do to find -- what did you do to
23   research?
24         A.   First of all, I search for such cases in
25   Nigeria, and that brought me to a publication I was part

**EXHIBIT 2/12**

Dr. Victor Adeyeye                                              April 22, 2025

1    of the author; 2,501 echocardiographic studies for

2    individuals with heart conditions.  I mean 2,501 cardiac

3    patients, what did we find out is their cardiac

4    condition.  Why is that so?  That is so, for me, to have

5    an idea how many of such cases do we see in real life.

6            And I found out that it's quite very rare.

7    This publication, which I'm part of the author, is

8    available -- can be made available to you.  Out of

9    2,501, no such case, and that tells you the reality of

10   the condition, the limited cases of such condition to

11   warrant physicians' experience.

12           Then I also found out that most of those cases

13   were from autopsy, not in real life.  I look at

14   literature and I saw that, oh, even for those cases

15   being found, they were found at autopsy.  Those are

16   local cases.  And I also look at a U.S. study between

17   1999 and 2016, then; the epidemiology of fatal ruptured

18   aortic aneurysms in the United States.  Epidemiology of

19   fatal ruptured aortic aneurysms in the United States,

20   1999 to 2016.

21           This also gives me an idea how much of

22   mortality is still with this condition.  So putting all

23   these things together, I was able to have my own

24   opinion; which, looking at literature from 2019 to now,

25   they say the same; and I am able to advise, as put in

**EXHIBIT 2/13**

Dr. Victor Adeyeye                                                    April 22, 2025

1    this, my write-up, on such cases.  Thank you.

2        Q.  Okay.  Thank you for that.  I just wanted to

3    clarify.

4            How many -- how many studies did you review?

5    It sounds like there were two.  Or am I missing some?

6        A.  Okay.  Two local studies.  I can remember one

7    now.  And one foreign study.  The foreign study is the

8    one in United States, 1999 to 2016, epidemiology of

9    fatal ruptured aortic aneurysms in United States, 1999

10   to 2016.  The local one I remember vividly was an

11   article I also am part of the co-authors, the 2,501

12   cases echocardiographic studies done in the Southwestern

13   Nigeria.  This can be made available to you if you are

14   so interested, or you can go online and search there.

15   Thank you.

16       Q.  Okay.  So the local study using 2,051

17   echocardiographic studies --

18       A.  2,501.  '501.

19       Q.  2,501?

20       A.  '01.  '501, yes.

21       Q.  Sorry.  Okay.  2,501 local studies.

22           You said it's reviewing that number of

23   echocardiographic studies; correct?

24       A.  Yes.

25       Q.  But it's not specifically on people with

EXHIBIT 2/14

Dr. Victor Adeyeye                                                April 22, 2025

1    dilated aortic roots; it's just echocardiographic

2    studies generally; correct?

3        A.   Yes.   That's a sample study showing us that

4    that condition is rare.   If you do echo on 2,501

5    individual and cannot have one case, that tells you it's

6    quite rare.   And the available local studies of such

7    cases are at postmortem, autopsy, and that gives a lot

8    of clinical information.   Thank you.

9        Q.   Understood.

10            (Reporter clarification.)

11   BY MS. FLECHSIG:

12       Q.   The postmortem studies, is -- strike that.

13            So you said of the 2,501 echocardiographic

14   studies done locally, none of those showed patients with

15   a dilated aortic root; correct?

16       A.   Correct.   Correct.

17       Q.   Okay.   Is it fair to say that dilated aortic

18   roots are more rare in Nigeria than in the United

19   States?

20       A.   You cannot say that because we've not actually

21   compare region to region.   What we can say is most cases

22   are found at autopsy.

23       Q.   Understood.

24       A.   Because patients don't often live to warrant

25   such evaluation for treatment and what have you.   I

Dr. Victor Adeyeye                                                    April 22, 2025

1   don't know if I'm getting my point.  So it takes high

2   index of suspicion and a standard screening methods for

3   you to dictate.  But any country where autopsy is top

4   notch, you can see more of such.

5        Q.  Understood.  Did any of the studies you

6   referred to refer to a patient's risk of mortality when

7   they do have a dilated aortic root?

8        A.  Mortality is over 90 percent.

9        Q.  So -- okay.  So let me clarify.

10          You referred to -- the studies referred to

11  someone with a dilated aortic root having a 90 percent

12  risk of mortality?

13       A.  Over 90 percent risk of mortality.

14       Q.  Is that a risk of mortality once they have

15  suffered a dissection or rupture?

16       A.  That is once they have suffered a dissection or

17  rupture.

18       Q.  Okay.

19       A.  The mortality --

20       Q.  I am so sorry.  Go ahead.

21       A.  In other words, when they suffer a dissection

22  or rupture; the chance, the likelihood of that is over

23  90 percent.

24       Q.  Understood.  Which of the studies that you

25  cited referred to that statistic?

**EXHIBIT 2/16**

Dr. Victor Adeyeye                                                    April 22, 2025

1        A.   Some of the local studies revealed before my
2    submission.
3        Q.   Okay.   Did any of the studies you referred to
4    discuss the overall risk of a rupture or dissection
5    occurring when someone has a dilated aortic root?
6        A.   The risk of rupture or dissection is done based
7    on those centers, those regions that were able to pool
8    patient with aortic dilatation, and they were able to
9    put some theory to measure the risk.   Like I told you,
10   in our setting, it is not a common occurrence.
11           If I are to do 2,501 echocardiography, and I
12   cannot find one, so how many will I do to have a sizable
13   number to apportion risk?   I don't know if I'm clear on
14   that.
15       Q.   Yeah, I think so.   What I'm trying to
16   understand is, I guess, did you refer to anything that
17   gave you a sense of how often someone with a dilated
18   aortic root has a rupture or a dissection?
19       A.   Yes.   Yes.   Some of them in that e-mail link,
20   if you click on them and read, you will see the Western
21   literatures studying the risk of dissection, the risk of
22   rupture, and the attendant mortality related.
23       Q.   In the -- you're referring to the University of
24   Calgary article that Dr. Aiwuyo linked to?
25       A.   Those links.

EXHIBIT 2/17

Dr. Victor Adeyeye                                                    April 22, 2025

1   did he have symptoms?"  I hope I've been able to clear

2   that.  Thank you.

3        Q.  Okay.  So is it fair to say, then, given the

4   knowledge you had at the time, you did not know whether

5   or not Mr. Snookal was having symptoms of an aneurysm?

6        A.  Excellent.

7        Q.  Okay.  What are symptoms of an aortic aneurysm,

8   if you know?

9        A.  Generally speaking, symptoms of aortic aneurysm

10  includes chest pain, difficulty with breathing,

11  occasionally some fainting spell.  Other additional

12  symptoms, if it's progressive, include, like, nausea,

13  vomiting, and signs or symptoms of systemic shock when

14  the ruptures occur.  These are things that are

15  time-bound from the patient.

16       Q.  Understood.  When you reviewed the literature

17  to evaluate Mr. Snookal's risk of a dissection or

18  rupture occurring, did you refer to any studies that

19  discuss the relative -- the risk relative to the size of

20  the dilation?

21       A.  Yes.

22       Q.  And that's the University of Calgary study that

23  Dr. Aiwuyo cited?

24       A.  Yes.

25       Q.  Okay.  Any other studies that you were able to

**EXHIBIT 2/18**

Dr. Victor Adeyeye                                           April 22, 2025

1    find that would evaluate that specific risk of a serious

2    cardiac event occurring?

3        A.   Fortunately or unfortunately, such rare

4    conditions fall into what we'll call guideline-directed

5    therapy or management, in which case we have a unified

6    guideline for such cases.  And these guidelines are

7    pulled out of multiple experiences, multiple cases have

8    been seen, and they be able to come up with one

9    guideline.  I mean the whole Canada, the whole U.S.

10   could have one guideline made by the expats for such

11   cases.  So that becomes applicable.

12           In Nigeria where I practice, of course, we are

13   limited by such cases -- such cases, so I cannot say,

14   oh, I will look at that guideline of the risk associated

15   with such dimension of ease.  Thank you.

16       Q.   Understood.  Thank you, Doctor.  Okay.  I want

17   to show you Exhibit B.  So in Exhibit A, it -- you know,

18   Dr. Asekomeh, it sounds like, attaches a medical report

19   and a cardiologist report from April 2019.  Exhibit B --

20   here, let me share my screen first.

21           (Exhibit B marked for

22           identification.)

23   BY MS. FLECHSIG:

24       Q.   Exhibit B has been produced as CUSA000775.

25           Are you able to see my screen, Mr. -- excuse

**EXHIBIT 2/19**

Dr. Victor Adeyeye                                              April 22, 2025

1    me, Dr. Adeyeye?

2          A.  I can see your screen.  I can see it.

3          Q.  Okay.  Is this the medical report that -- that

4    Dr. Asekomeh sent you attached to the e-mail we reviewed

5    earlier today?

6          A.  No, no, no, no.  This is a classified

7    information for only the occupational health team, not

8    for any cardiologist for their opinion.  What

9    cardiologist only look for is the ECG, echocardiogram,

10   plus or minus computed tomographic angiography, not all

11   these details of liver function, kidney functions,

12   QuantiFERON, and all that.  We are not privy to all

13   this.

14            This is their own field.  It is a submission of

15   what they get from specialists that inform them writing

16   this.  And that's why I answer you earlier, I'm not

17   privy to his full history.  And I've given you the three

18   buckets of medical consultation.  Thank you.

19         Q.  Understood.  So you did not have an

20   opportunity --

21         A.  Huh-uh, huh-uh.

22         Q.  -- to review this before making an evaluation

23   of Mr. Snookal's cardiac condition.

24         A.  At all.  At all.  At all.

25            MS. FAN:  Objection.  Argumentative.

EXHIBIT 2/20

Dr. Victor Adeyeye                                    April 22, 2025

1            THE WITNESS:  I do not need the full story, as

2    written here, to offer cardiologist opinion.  I do not

3    need patient history, I do not need patient liver

4    function or renal function, as captured in that report,

5    to offer my cardiologist opinion.  Because if you look

6    at the guideline, the guideline are so specific, and

7    they are made based on the case at hand, not based on

8    the exposure to tuberculosis, full blood count,

9    genotype, urine result, no.

10            They are made based on an individual with an

11    ECG like this, an individual with an echo report like

12    this, and a individual with a CTA like this, as a

13    cardiologist, what is our opinion, what is our stand,

14    and we give it as such.  Regardless of all that, of a

15    previous cholecystectomy, of a previous tooth

16    extraction, of a previous ear piercing, those are not

17    issues for us to make our own informed decision.  And

18    that is the practice in cardiology.

19    BY MS. FLECHSIG:

20        Q.  Understood.  Thank you, Doctor.  So let me show

21    you what I'm marking as Exhibit C.

22            (Exhibit C marked for

23            identification.)

24    BY MS. FLECHSIG:

25        Q.  This has been produced as CUSA000818 through

**EXHIBIT 2/21**

Dr. Victor Adeyeye                                                    April 22, 2025

1   822.

2          Dr. Adeyeye, I believe this is -- this is a

3   cardiology report on Mark Snookal; correct?

4          MS. FAN:  Objection.  Calls for speculation.

5          THE WITNESS:  How do I know the qualification

6   of the person?  How do I know the person and the

7   qualification?  What I just see -- oh, attending

8   cardiology, S Khan, M.D.  That's the name.

9   BY MS. FLECHSIG:

10     Q.  Yeah.  I understand.  I guess what I'm asking

11  is just -- is this the cardiology report on Mark Snookal

12  that you reviewed back in 2019?

13     A.  No.  No.  No.  No.  A cardiologist opinion is a

14  blinded opinion.  Please note, a cardiologist opinion is

15  a blinded opinion, meaning that you're not privy to what

16  A is saying, you're not privy to what B is saying,

17  you're not privy to what C is saying, you are to make

18  your own opinion.

19          And for these two, three opinion, an informed

20  decision could be made.  I'm not supposed and I don't

21  look at or they don't give this to make an opinion.  So

22  for me, I wasn't privy to this document as of that time.

23  What I only made my opinion based on is ECG, like I said

24  before, echocardiograph, like I said before, and a CTA,

25  computer tomographic angiography.

EXHIBIT 2/22

Dr. Victor Adeyeye                                                April 22, 2025

1          Those are the things I needed to make an

2    informed opinion, not all these report by somebody else

3    who made his own opinion, probably after medical

4    consultation.  You can only write like this after

5    medical consultation, not when you are seeking your

6    advisory role.  I hope that is clear.

7          Q.  Understood.  So you did not feel it was

8    relevant to review Mr. Snookal's treating cardiologist's

9    impressions of his cardiac conditions?

10          MS. FAN:  Objection.  Argumentative.  Vague and

11   ambiguous.

12          THE WITNESS:  I don't need to know what

13   Mr. Snookal's attending cardiologist write before I make

14   my own opinion.  Same way any other cardiologist in any

15   part of the world tells me that a patient has congenital

16   cardiac failure with ejection fraction of 30 to 40

17   percent, Dr. Adeyeye, what is the chance of this person

18   dying within one year -- six months to one year?  I can

19   give you my value without even knowing the name or the

20   gender of that person.

21          That is the way cardiologists go about work.

22   It is data, evidence-based, not all of this, what was

23   the height, what was the weight, what's the BMI, does he

24   smoke, does he take alcohol -- no.  These are facts that

25   I've been saying.  Patient with heart failure, ejection

**EXHIBIT 2/23**

Dr. Victor Adeyeye                                         April 22, 2025

1    fraction 40 percent, are likely to die --

2                (Reporter clarification.)

3                THE WITNESS:   -- 50 percent of them --

4                (Reporter clarification.)

5                THE WITNESS:   -- within six months to one

6    year.

7                (Reporter admonishment.)

8    BY MS. FLECHSIG:

9         Q.   Okay.   The -- I understand you said you

10   reviewed three scans of Mr. Snookal's hearts -- of his

11   heart.   Excuse me.

12               Of those scans, were they all from 2019.

13        A.   Yes.   That's why this comes -- he presented to

14   them for screening or what have you -- for

15   pre-employment screening.   It's ECG, echo, and CTA.

16        Q.   Okay.   Understood.   And you were not able to

17   view whether the results of those scans changed or were

18   stable over time for Mr. Snookal?

19        A.   I said it over and over.   Medical consultation

20   is different -- totally different from medical advisory

21   role.   Looking at those things, whether they've changed,

22   whether they were there or not, requires medical

23   consultation of me with Mr. Snookal, not somebody asking

24   me for advisory role on Mr. Snookal.   Those are two

25   different things.

Dr. Victor Adeyeye                                          April 22, 2025

1           Please, let's tease this out so that this

2    question can be more specific and the answer to be more

3    specific.  We are bringing in too many things on the

4    table now.  Please.

5           Q.  Yeah.  I think I understand, Doctor.  I guess,

6    just, what I'm asking is:  You only viewed one set of

7    his scans from one point in time; correct?

8           A.  I was given his cardiac investigation results

9    and to make an advisory statement on that cardiac

10   investigation results.  Thank you.

11          Q.  And the cardiac investigation results were not

12   based off of scans over time of Mark Snookal; correct?

13          A.  They were based on what he presented to them at

14   the occupational health unit.

15          Q.  Okay.  So did the occupational health unit

16   share with you Mark Snookal's scans over time?

17          A.  No.  I was only privy to what he presented to

18   them that they seek my opinion on.  That's all.

19          Q.  Understood.  Okay.  Did you -- so other than

20   the e-mail that we reviewed together, did you discuss

21   Mr. Snookal's cardiac condition in any other

22   communications, whether that's orally, in real time,

23   over the phone, anything like that?

24          A.  All we did was exchange of e-mail, so from me

25   to the team in occupational health, and the e-mail train

**EXHIBIT 2/25**

Dr. Victor Adeyeye                                                    April 22, 2025

```
 1              CERTIFICATE OF STENOGRAPHIC REPORTER

 2

 3

 4          I, RACHEL N. BARKUME, a Certified Shorthand

 5    Reporter of the State of California, hereby certify that

 6    the witness in the foregoing deposition,

 7                    DR. VICTOR ADEYEYE,

 8    was by me duly sworn to tell the truth, the whole truth,

 9    and nothing but the truth in the within-entitled cause;

10    that said deposition was taken at the time and place

11    therein named; that the testimony of said witness was

12    stenographically reported by me, a disinterested person,

13    and was thereafter transcribed into typewriting.

14          Pursuant to Federal Rule 30(e), transcript

15    review was requested.

16          I further certify that I am not of counsel or

17    attorney for either or any of the parties to said

18    deposition, nor in any way interested in the outcome of

19    the cause named in said caption.

20

21                    DATED:  May 6, 2025.

22

23    _____

24          Rachel N. Barkume, CSR No. 13657, RMR, CRR

25
```

**EXHIBIT 2/26**

EXHIBIT
A
Victor Adeyeye, M.D.
4/22/2025
Rachel N. Barkume, CSR, RMR, CRR

**From:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Sent:** Monday, 5 August 2019 17:55
**To:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report

Sir/Ma,

I agree with Dr Aiwuyo submissions on above employee, especially the precautionary measures highlighted which we need to further reiterate to our client.

I have a little concern about his choice of anti-hypertensives (Losartan and Amlodipine). Guideline-directed management recommends Beta-blockers like Carvedilol, Bisoprolol as part of his blood pressure control meds with a systolic BP target of less than 120mmHg (Thoracic aortic aneurysm and documented runs of premature ventricular complexes).
It will be nice if this is brought to the attention of his physician.

Kind regards,

Victor.

---

**From:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>
**Sent:** Monday, August 5, 2019 2:26 PM
**To:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>; ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report

Good day,

With regards to this expert, 47years old employee with CT and ultrasound evidence of Thoracic aortic aneurysm,

It was documented in the report that he has aortic dilatation of 4.4cm on ECHCARDIOGRAPHY,

however CT aortography which is a more accurate imaging modality revealed a maximum value of 4.2cm max at the aortic root and 4.1cm max at the descending thoracic aorta.

From the Canadian guidelines these values appear low risk for a major adverse CV event. Some have used values of <4.5cm as partition value for low risk situations., link below refers.

https://www.ucalgary.ca/FTWguidelines/content/aortic-aneurysm

it is expected that every aneurysm must be subjected to 6months- 1year assessment to ascertain the rate of progression (>1cm is an indication for repair). I feel there should be a concrete plan by his home cardiologist for this

evaluation.

Below are my response to the questions put forward:

1. Complications associated with aneurysms include

    a. Rupture/dissection ( sudden and catastrophic) and its attendant sequala
    b. Thromboembolic phenomenon
    c. Pressure symptoms on other vital organs
    d. Sudden death

2. In Escravos unfortunately we are only limited to initial stabilization and transfer of such high risk CV complications if any occurs. In the unlikely event of any of the aforementioned complications, we may not be able to support

    such an individual due to our peculiarities.

3. Instructions for the patient

    -avoid lifting heavy objects
    -quit smoking (if he is a smoker)
    -manage hypertension strictly, there is need to aim for lower targets <120mmhg systolic (DOC beta blockers)
    -watch out for alarm symptoms like pain in the chest (throbbing, tearing, aching or sharp pain, often sudden), pain in the back, nausea, vomiting, fainting, and systemic shock
        -avoid moderate to high intensity exercises as much as possible

I made effort to search the MEP if there are clear cut field guidelines for patient with aortic aneurysm, unfortunately I found none.  What is established is that a patient with symptomatic aneurysm should not be allowed to work in an offshore location.

I am still open to further discussions on this sir.

Warm regards.


DR. AIWUYO, HENRY
OH Physician/Cardiologist
EGTL clinic
EXT-77943
B2B dr oyebowale olaniyi
"as to diseases, make a habit of two things- to help, or at least, to do no harm"
hippocrates

CUSA000769

A.2

**EXHIBIT 2/28**

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Monday, August 5, 2019 11:43 AM
**To:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Cc:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** FW: Snookal, Mark- Medical report

Good day,

Below mail trail refers. Kindly help evaluated medical documents and attached Cardiologist report for above named EE who is coming to Escravos from the USA. His job description is- Reliability Engineering Manager.
Kindly review around the following key points:
1. Potential complications and the likelihood of progression
2. Management of these complications even if only initial intervention vis-à-vis available care level in Escravos
3. Possible instructions to communicate to employee as per preventing complications.
Thanks for your usual help.


Warm regards,

Eshiofe Asekomeh


**From:** Asekomeh, Eshiofe [DELOG]
**Sent:** Tuesday, July 30, 2019 7:44 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Cc:** NIGEC Staff Physicians (l9esc300) <L9ESC300@chevron.com>
**Subject:** Snookal, Mark- Medical report

Good day Ma,

I will like to discuss Mark Snookal (Manager, Reliability Engineering) with you tomorrow. He is on transfer from El Segundo, USA to Escravos, Nigeria on international assignment.
He has aortic root dilatation and was reviewed by a Cardiologist April this year. The examining Physician in the US had declared him fit with limitation (not to lift weight above 50 pounds)
Attached are the medical reports and the Cardiologist report from April, 2019.


Warm regards,

Eshiofe Asekomeh

**Dr. Asekomeh E.G**
**Chevron Hospital**
**Warri, Nigeria**

**MEDICAL SUMMARY**

**RE: SNOOKAL MARK   DOB-**████████

Above named 47-year old employee is on international transfer from El Segundo, USA to Escravos, Nigeria for international assignment as a Reliability Engineering Manager. He had his medical Suitability for Expatriate Assignment (MSEA) evaluation on the 24th of July 2019.

Significant/ relevant medical history gleaned from his GO-146 include;

-History of being hypertensive and presently on Lorsatan and amlodipine- date of diagnosis/ date of commencement and dosages not stated.

- He exercises regularly for at least thirty minutes at three times a week on average

- He is a non-smoker

- A past medical history of treatment for depression between 1994 and 1996

- He had a cholecystectomy in 2014

- A significant history of diagnosis of asymptomatic dilated aortic root and premature ventricular complexes on ECG for which the Cardiologist recommended no additional treatment.

Main findings on examination was a bradycardia with pulse rate of 53/min and blood pressure of 135/78mmHg.

Review of recent investigations revealed:

1. ECG: Heart rate of 47/min, sinus rhythm with PVC, left atrial deviation and slight intraventricular delay
2. Slightly borderline elevated triglyceride and LDL cholesterol and reduced HDL cholesterol
3. Normal E/U/Cr, LFT, CBC and urine analysis
4. Negative Quantiferon TB test

Transthoracic echocardiography done on 9th of April 2019 revealed aortic root diameter of 4.4 cm with normal aortic arch size.

CT Angiography done on the 10th of April 2019 also reported a stable aortic arch (Compared to an earlier CT angiography done on 10th of May 2017) with a diameter of 4.2cm and a maximum size of the ascending aorta of 4.1cm.

Dr. Asekomeh E.G

7/08/2019



**EXHIBIT B**

Victor Adeyeye, M.D.
4/22/2025
Rachel N. Barkume, CSR, RMR, CSR

CAI - MVZM    **Name: Snookal, Mark Sex: M**    07-30-2019 07:31pm
GUID - 1000444873    **DOB: 04-13-1972 Age: 47**
US - MVZM
MANUFACTURING - MVZM

| Doc ID: 4913728 Revision # 0 D.O.S: 04-03-2019 | Continued... |
|---|---|
| Author: 0000    Location: | |
| Revised by: White, Ghada S    Create Date: 07-29-2019 03:56pm | |
| Type: Progress Note | |
| Subject: Cardiology Report | |

**KAISER PERMANENTE**    RECEIVED    JUL 29 2019

LOS ANGELES MEDICAL CNTR L
4867 W. SUNSET BLVD.
LOS ANGELES CA 90027-5969

Snookal, Mark J
MRN: 000004554567, DOB: 4/13/1972, Sex: M
Visit date: 4/3/2019

Order Providers

| Authorizing | Encounter | Billing |
|---|---|---|
| Khan, Shahid Hameed (M.D.) | Khan, Shahid Hameed (M.D.) | Khan, Shahid Hameed (M.D.) |

Order Information

| Date | Department | Ordering/Authorizing |
|---|---|---|
| 4/3/2019 | CARDIOLOGY | Khan, Shahid Hameed (M.D.), M.D. |

Associated Diagnoses

AORTIC ANEURYSM
AORTIC VALVE REGURGITATION

Result Information

Status: Final result (Collected:     Provider Status: Reviewed
4/10/2019 08:57)

Result Notes for CTA CARDIAC W CONTRAST, WO QUANTITATIVE CALCIUM

**Notes recorded by Khan, Shahid Hameed (M.D.), M.D. on 4/11/2019 at 11:35 AM PDT**
Call Center Nurses: Please let patient know that his Aorta looks stable on his recent CT scan. No change in aortic size.

CTA Aorta 4/10/2019:
Aortic root is stable at 4.2 cm. Maximal size of ascending thoracic aorta is 4.1 cm. Compared to 5/16/17 there has been no significant Change

Electronically signed by,

S. KHAN MD
Attending Cardiologist, Division of Cardiology, SCPMG
Clinical Associate Professor, UCLA School of Medicine
Ph: 323-783-4585
4/11/2019
11:35 AM

4/10/2019 10:28 AM - Interface, Scal_Radiology

Narrative
CT1/4 â€" PREFER MON/WED PROTOCOL: GATED AORTA.

Lab and Collection
CTA CARDIAC W CONTRAST, WO QUANTITATIVE CALCIUM - 4/3/2019

Result History
CTA CARDIAC W CONTRAST, WO QUANTITATIVE CALCIUM on 4/10/2019

Transcription

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Diagnostic imaging | 86769685 | 4/10/2019 10:28 AM | Hsu, Joe Yo (M.D.), M.D. |
| Signed by Hsu, Joe Yo (M.D.), MEDICAL DOCTOR on 04/10/19 at 1028 | | | |

CARDIAC CTA: 4/10/19

Kaiser Permanente    Page 1



EXHIBIT
C
Victor Adeyeye, M.D.
4/22/2025
Rachel N. Barkume, CSR, RMR, CRR

CUSA000818

CAI - MVZM
GUID - 1000444873
US - MVZM
MANUFACTURING - MVZM

Name: Snookal, Mark Sex: M
DOB: 04-13-1972 Age: 47

07-30-2019 07:31pm

| | |
|---|---|
| Doc ID: 4913728 Revision # 0 D.O.S: 04-03-2019 | ...Continued... |
| Author: 0000    Location: | |
| Revised by: White, Ghada S  Create Date: 07-29-2019 03:56pm | |
| Type: Progress Note | |
| Subject: Cardiology Report | |

**KAISER PERMANENTE**

LOS ANGELES MEDICAL
CNTR L
4867 W. SUNSET BLVD.
LOS ANGELES CA 90027-
5969

Snookal, Mark J
MRN: 000004554567, DOB: 4/13/1972, Sex: M
Visit date: 4/3/2019

HISTORY: 46-year-old male with aortic  regurgitation and aortic root
enlargement.

TECHNIQUE: Cardiac  CTA is performed following administration of 130
ml of IV contrast  material.

As required by California law, the CTDIvol and DLP  radiation doses
associated with this CT study are listed below. This  represents the
estimated dose to a standard lucite phantom resulting  from the
technique used for this study, but is not the dose to this  specific
patient.

Type / CTDIvol / DLP / Phantom
Chest / 5.55 / 136.04 / B
Chest / 16.46 / 8.23 / B
Chest / 17.39 / 365.11 / B
Total Exam DLP: 509.38
CTDIvol = mGy        DLP  = mGy-cm
Phantom: B=Body32, H=Head16

QUALITY: Fair,  arrhythmia with PVCs

COMPARISONS: CTA 5/126/17, 5/26/16,  4/21/15

FINDINGS:

AORTA: Left arch with normal  branching of great vessels. Normal
ductus bump.

AORTIC VALVE:  3 cusps without calcification.

Aortic measurements are as  follows:

AORTIC ANNULUS: 2.1 x 3.5 cm
AORTIC ROOT: 4.2 cm  {average of 3 measurements from convexity to
commissure)
SINO-TUBULAR JUNCTION: 3.7 x 3.8 cm
ASCENDING AORTA  AT LEVEL OF RIGHT PULMONARY ARTERY: 3.9 x 4.1 cm
AORTIC ARCH: 2.7 x  3.0 cm (proximal to origin of left subclavian
artery)
DESCENDING  AORTA AT LEVEL OF RIGHT PULMONARY ARTERY: 2.7 x 2.9 cm
ABDOMINAL  AORTA AT HIATUS: 2.5 x 2.6 cm

OTHER FINDINGS: Lungs are clear.  No acute airspace disease. No

Kaiser Permanente                                            Page 2

**CAI - MVZM**      **Name: Snookal, Mark Sex: M**      07-30-2019 07:31pm
**GUID - 1000444873**      **DOB: 04-13-1972 Age: 47**
**US - MVZM**
**MANUFACTURING - MVZM**

| | |
|---|---|
| **Doc ID: 4913728 Revision # 0 D.O.S: 04-03-2019** | **...Continued...** |
| **Author: 0000**    **Location:** | |
| **Revised by: White, Ghada S**    **Create Date: 07-29-2019 03:56pm** | |
| **Type: Progress Note** | |
| **Subject: Cardiology Report** | |

**KAISER PERMANENTE**
    LOS ANGELES MEDICAL CNTR L
    4867 W. SUNSET BLVD.
    LOS ANGELES CA 90027-5969

Snookal, Mark J
MRN: 000004554567, DOB: 4/13/1972, Sex: M
Visit date: 4/3/2019

effusion or consolidation seen. No mediastinal or hilar lymphadenopathy. Visualized upper abdomen show cholecystectomy.

IMPRESSION:

Aortic root is stable at 4.2 cm. Maximal size of ascending thoracic aorta is 4.1 cm.

Compared to 5/16/17 there has been no significant change.

This report electronically signed by Joe Hsu, MD on 4/10/2019 10:23 A

Display only: Transcription (86769685) on 4/10/2019 10:28 AM by Hsu, Joe Yo (M.D.), M.D.

Order Providers

| Authorizing | Encounter | Billing |
|---|---|---|
| Khan, Shahid Hameed (M.D.) | Lockerbie, Colin S | SCAL PROVIDER |

Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 4/9/2019 | CARDIOLOGY | Lockerbie, Colin S | Khan, Shahid Hameed (M.D.), M.D. |

Original Order

| Ordered On | Ordered By |
|---|---|
| 4/9/2019 3:25 PM | Lockerbie, Colin S |

Associated Diagnoses
**AORTIC VALVE REGURGITATION**

Result Information

| Status: Final result (Collected: 4/9/2019 15:32) | Provider Status: Reviewed |
|---|---|

4/16/2019 2:02 PM - Interface, Scal_Results_A

    Component
    REPORT

CUSA000820

**EXHIBIT 2/33** C-3

CAI - MVZM          Name: Snookal, Mark Sex: M          07-30-2019 07:31pm
GUID - 1000444873          DOB: 04-13-1972 Age: 47
US - MVZM
MANUFACTURING - MVZM

| Doc ID: 4913728 Revision # 0 D.O.S: 04-03-2019 | ...Continued... |
|---|---|

Author: 0000          Location:
Revised by: White, Ghada S  Create Date: 07-29-2019 03:56pm
Type: Progress Note
Subject: Cardiology Report

---

**KAISER PERMANENTE**   LOS ANGELES MEDICAL          Snookal, Mark J
                        CNTR L                        MRN: 000004554567, DOB: 4/13/1972, Sex: M
                        4867 W. SUNSET BLVD.          Visit date: 4/9/2019
                        LOS ANGELES CA 90027-
                        5969

4/16/2019 2:02 PM - Interface, Scal_Results_A (continued)

Conclusions

Summary
Technically very difficult study.
NSR with frequent PVCs.

Normal left ventricular wall thickness. Mildly increased left ventricular
size and normal systolic function with an estimated ejection fraction of
55-60%. Indeterminate diastolic function.
Upper normal left atrial size. Mild right atrial enlargement.
Upper normal right ventricular size and systolic function.

Structurally normal mitral valve without stenosis. Trace mitral
regurgitation.
Structurally normal trileaflet aortic valve. Mild to moderate eccentric
aortic regurgitation. No aortic stenosis. Aortic regurgitant pressure
half-time is 524 ms.
Aortic root measures 4.4 cm. Normal aortic arch size.

Findings
Mitral Valve
Structurally normal mitral valve without stenosis. Trace mitral
regurgitation.
Aortic Valve
Structurally normal trileaflet aortic valve. Mild to moderate eccentric
aortic regurgitation. No aortic stenosis. Aortic regurgitant pressure
half-time is 524 ms.
Tricuspid Valve
Cannot reliably estimate right ventricular systolic pressure (RVSP).
Pulmonic Valve
The pulmonic valve leaflets are thin and pliable; valve motion is normal.
Mild pulmonic regurgitation is present.
Left Atrium
Upper normal left atrial size.
Left Ventricle
Normal left ventricular wall thickness. Mildly increased left ventricular
size and normal systolic function with an estimated ejection fraction of
55-60%. Indeterminate diastolic function.
Right Atrium
Mild right atrial enlargement.
Right Ventricle
Upper normal right ventricular size and systolic function.
Pericardial Effusion
No pericardial effusion.

Aorta
Aortic root measures 4.4 cm. Normal aortic arch size.
Miscellaneous
IVC diameter is = 2.1 cm with a > 50% inspiratory collapse, suggestive of a
right atrial pressure of 0-5 mmHg.

Signature
--------------------------------------------------------------------
Electronically signed by LEBOWITZ, STEPHEN HOWARD MD(Interpreting
physician) on 04/16/2019 02:01 PM
--------------------------------------------------------------------

** Note: For images and the full report use the "PACS Images" link below **

Kaiser Permanente                                                          Page 4

CUSA000821

EXHIBIT 2/34

**CAI - MVZM** **Name: Snookal, Mark Sex: M** 07-30-2019 07:31pm
**GUID - 1000444873** **DOB: 04-13-1972 Age: 47**
**US - MVZM**
**MANUFACTURING - MVZM**

| | |
|---|---|
| **Doc ID: 4913728 Revision # 0 D.O.S: 04-03-2019** | **...Continued** |
| **Author: 0000** | **Location:** |
| **Revised by: White, Ghada S  Create Date: 07-29-2019 03:56pm** | |
| **Type: Progress Note** | |
| **Subject: Cardiology Report** | |

**KAISER PERMANENTE**

LOS ANGELES MEDICAL
CNTR L
4867 W. SUNSET BLVD.
LOS ANGELES CA 90027-
5969

Snookal, Mark J
MRN: 000004554567, DOB: 4/13/1972, Sex: M
Visit date: 4/9/2019

4/16/2019 2:02 PM - Interface, Scal_Results_A (continued)

Linked Documents
View Image

Lab and Collection
TRANSTHORACIC ECHO REAL TIME W 2D IMAGE, SPECTRAL AND COLOR FLOW DOPPLER COMPLETE -
4/9/2019

Result History
TRANSTHORACIC ECHO REAL TIME W 2D IMAGE, SPECTRAL AND COLOR FLOW DOPPLER
COMPLETE on 4/16/2019

---

**END OF REPORT**

---

Kaiser Permanente

Page 5

CUSA000822

C-5
**EXHIBIT 2/35**