DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

**Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone:    213.620.1780
E-mail:    tkennedy@sheppardmullin.com
           rmussig@sheppardmullin.com
           sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual, | CASE NO.: 2:23-cv-6302-HDV-AJR |
| Plaintiff, | **JOINT EXHIBIT LIST** |
| vs. | |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | District Judge: Hon. Hernan D. Vera |
| | Magistrate Judge: Hon. A. Joel Richlin |
| | Action Filed: August 3, 2023 |
| Defendants. | Pre-Trial Conference: July 29, 2025 |
| | Trial Date: August 19, 2025 |

JOINT EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Agreements signed by Mark Snookal: Employee Propriety info Agreement – Cheron USA – 10/29/08 (CUSA000452-457) | Snookal | | | |
| 2 | Wellness Programs – 1/1/14 (CUSA0002224-2295) | Snookal | | | |
| 3 | Position Summary for Regional Health and Medical Manager – 5/8/15 (CUSA0001573-1575 | Dr. Levy | | | |
| 4 | Risk of Rupture or Dissection in Descending Thoracic Aortic Aneurysm - 9/2/15 (CUSA000619-638) Dr. Levy's Depo Exh. B | Dr. Levy | | | |
| 5 | Physical requirements and working conditions form for REM position 11/9/16 (CUSA000208-220) | Banks | | | |
| 6 | Chevron Medical Examination Program Guidelines – July 2017 (CUSA000837-944) | Dr. Levy | | | |
| 7 | Escravos Medevac Records for 2017-2022 (CUSA000830-833) | Dr. Adeyeye | | | |
| 8 | Escravos Fatalities 2017 – 2022 (CUSA000834-836) | Dr. Adeyeye | | | |
| 9 | Snookal's Benefits Elections – 2019 (CUSA0001879-1882) | Snookal | | | |
| 10 | Dental PPO Plan – 1/1/19 (CUSA0001891-1892) | Snookal | | | |
| 11 | Vision Plus Program – 1/1/19 | Snookal | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | (CUSA0002067-2129) |  |  |  |  |
| 12 | HR Policy 410 Employment of Individuals with Disabilities – 4/1/19 (CUSA00013-18) | Powers |  |  |  |
| 13 | Snookal CT and echo result from Kaiser Permanente – 4/16/19 (CUSA000223-227 CUSA000818-822) | Dr. Khan |  |  |  |
| 14 | Affirmative Action Program for Individuals with Disabilities & Protected Veterans – 4/1/19 – 3/31/20 (CUSA0001682-1705) | Powers |  |  |  |
| 15 | Mark Snookal's Kaiser Medical Records – 4/19/19 (Snookal-00641-643) Exh. 1 to Dr. Khan's Depo | Snookal |  |  |  |
| 16 | Job Description: NMA EGTL Reliability Engineering Manager – 5/7/19 (Snookal-01157-58) | Snookal |  |  |  |
| 17 | Snookal email to Michelle Johansen re: "Discuss EGTL Reliability Engineering Manager PDC Posting" – 5/13/19 (CUSA0001081) | Snookal |  |  |  |
| 18 | Email recommending Mark Snookal for the Reliability Engineering Manager position – 6/6/19 (CUSA0001435-1436) | Banks |  |  |  |
| 19 | Email to Mark Snookal re Acceptance of NMA EGTL Reliability | Snookal |  |  |  |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Engineering Manager (PSG 23-24, FL 4-6) position in Escravos, Nigeria, - 6/20/19 (CUSA0001147-1148) |  |  |  |  |
| 20 | Assignment Offer Letter – 7/1/19 Snookal-00647-650 | Snookal |  |  |  |
| 21 | Email re: Mark Snookal has accepted the NMA EGTL Reliability Engineering Manager position in Escravos, Nigeria – 7/5/19 (CUSA0001748-1750) | Snookal Banks |  |  |  |
| 22 | Email from Chevron to Mark Snookal re: New Assignment – 7/9/19 (CUSA0000986- 988) | Snookal |  |  |  |
| 23 | Chevron Admin Expatriate Admin Email re Snookal Acceptance of Escravos assignment – 7/9/19 (CUSA000612-613) | Banks |  |  |  |
| 24 | Email thread re New Assignment to Nigeria – 7/11/19 (CUSA0001238-1241) | Snookal |  |  |  |
| 25 | Mental Health Questionnaire – completed by Snookal – 7/18/19 (CUSA000188) | Snookal |  |  |  |
| 26 | Authorization for Disclosure of Health Information, signed – 7/18/19 (CUSA000577-578) | Snookal |  |  |  |
| 27 | Mark Snookal Medical Report – 7/19/19 (CUSA000570) | Snookal Dr. Asekomeh |  |  |  |
| 28 | Results from Health Evaluation performed | Snookal |  |  |  |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | on 7/19/19 (Snookal-000941) |  |  |  |  |
| 29 | MSEA exam of Mr. Snookal completed by Dr. Sobel – 7/24/19 (Snookal-00605-610) | Dr. Sobel |  |  |  |
| 30 | Dr. Irving Sobel's voicemail message to Mark Snookal (Snookal-001925) | Snookal Dr. Sobel |  |  |  |
| 31 | Emails between Snookal and Dr. Khan re: Rotational Work in Nigeria – 7/24/19 (Snookal-01284) | Snookal Dr. Khan |  |  |  |
| 32 | Chevron Medical Suitability for Expatriate Assignment History & Physical Examination for Snookal – 7/24/19 (CUSA000025-30) | Snookal Dr. Sobel |  |  |  |
| 33 | Dr. Khan's letter – 7/29/19 re Snookal condition (Snookal-00665) | Snookal Dr. Khan |  |  |  |
| 34 | Kaiser Permanente Medical Record for Snookal – visit date: 4/3/19; "Received 7/29/19) (CUSA00223-227) | Dr. Khan |  |  |  |
| 35 | Dr. Victor Adeyeye's Position Summary – Job Description – 2019 (CUSA0002774) | Dr. Adeyeye |  |  |  |
| 36 | Dr. Ujomoti Akintunde's Position Summary – Job Description – 2019 (CUSA0002775) | Dr. Akintunde |  |  |  |
| 37 | Dr. Asekomeh Eshiofe's Position Summary – Job | Dr. Asekomeh |  |  |  |

4
JOINT EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Description – 2019 (CUSA0002778) | | | | |
| 38 | Email from Dr. Asekomeh to Dr. Pitan re: Snookal medical report – 7/30/19 (CUSA0001525) | Dr. Asekomeh | | | |
| 39 | Email thread between Olorunfemi Pitan, Victor Adeyeye, Eshiofe Asekomeh and Henry Aiwuyo re Mark Snookal Medical Report – 7/30/19 – 8/15/19 (CUSA0001426-1429; 1486-1507; 1522-1525; 1528-1532) | Dr. Pitan Dr. Adeyeye Dr. Asekomeh Dr. Aiwuyo | | | |
| 40 | Immunization info – by Chevron USA employee facilitating – 8/2/19 (CUSA0001163-1168) | Snookal | | | |
| 41 | Email re: International Transition and Cultural Orientation invite to Snookal from US Chevron Services Company employee – 8/2/19 (CUSA0001194-1196) | Snookal | | | |
| 42 | Email chain re: Mark Snookal's Medical Report – 8/5/19 (CUSA000768-770) | Dr. Adeyeye Dr. Asekomeh | | | |
| 43 | Email thread with Asekomeh, Akintunde re: Akintunde's opinion (follow-up to Aiwuyo opinion) – 8/5/19 (CUSA000771-774) | Dr. Asekomeh Dr. Akintunde | | | |
| 44 | Escravos Cultural Orientation Session Invite by Chevron Corp Employee – 8/5/19 | Snookal | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (CUSA0001157-1159) | | | | |
| 45 | Asekomeh email to Pitan re: cardiology summary and Dr. Aiwuyo – 8/7/19 (CUSA0001526-1527) | Dr. Asekomeh | | | |
| 46 | Dr. Asekomeh email to Dr. Olorunfemi Pitan re: Snookal medical summary – 8/7/19 (CUSA000816-823) | Dr. Asekomeh | | | |
| 47 | Email thread re Mark Snookal Medical Clearance "and just checking in" – 7/29/19; 8/2/19; 8/8/19 (CUSA0001009-1012; 1181-1182; 1190-1193) | Dr. Asekomeh | | | |
| 48 | Maintenance Change Operating Assistant (OA) Job Description – 8/11/19 (CUSA000550-551) | Snookal | | | |
| 49 | Expat Supervisors Engagement session email – 8/13/19 (CUSA0001162) | Snookal | | | |
| 50 | Email to Mark and Constance Snookal re: cultural orientation w/feedback form attachment – 8/13/19 (CUSA0001169-1171) | Snookal | | | |
| 51 | Meeting invite re Virtual International Transition and Cultural Orientation Escravos, Nigeria – 8/13/19 (CUSA0001077-1078; 1226-1227) | Snookal | | | |
| 52 | Email thread with Dr. Asekomeh to Dr. Pitan et al re: decision to "decline a job transfer | Dr. Asekomeh | | | |

6
JOINT EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | to Escravos – 8/15/19 (CUSA000824-827) | | | | |
| 53 | "Expatriate Exam Recommendations" – 8/15/19 (Snookal-01099) | Dr. Asekomeh | | | |
| 54 | Email from Dr. Pitan to Dr. Asekomeh – 8/15/19 (CUSA000824-827) | Dr. Asekomeh | | | |
| 55 | Email from Asekomeh to Bijo Velante Mirabueno – 8/15/19 (CUSA000828) | Dr. Asekomeh | | | |
| 56 | Sandra Spellman Nigerian Visa facilitation email – 8/14/19 - 8/15/19 (CUSA0001207-1210) | Snookal | | | |
| 57 | MSEA Satisfaction survey from Chevron Corp. – 8/15/19 (CUSA0001156) | Snookal | | | |
| 58 | Email thread re: Snookal medical report - 8/15/19 (CUSA0001520-1521; 1522-1523) | Dr. Adeyeye | | | |
| 59 | Email from Mark Snookal re Erin McGregor Referral – 8/15/19 (CUSA0001002) | Snookal | | | |
| 60 | Email thread between Dr. Frangos, Pitan, Asekomeh and Levy re MSEA Case – 8/15/19 (CUSA000824-827) | Dr. Pitan Dr. Levy | | | |
| 61 | Email thread Dr. Frangos to Dr. Levy and Dr. Arenyeka re: Nigeria Medical Determination – 8/20/19 | Dr. Levy | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (CUSA0001003-1006) | | | | |
| 62 | Dr. Levy email thread with Dr. Arenyeka - 8/20/19 re Snookal (CUSA0001539-1542) | Dr. Levy | | | |
| 63 | Emails between Dr. Levy and Snookal re: medical – 8/23/19 (CUSA000639-641) Levy's Depo Ex. A | Snookal | | | |
| 64 | Email from Dr. Levy to Eldyleida Seca Torres re: MSEA - 8/23/19 (CUSA0001041) | Dr. Levy | | | |
| 65 | Email from Dr. Khan to Dr. Levy – 8/23/19 (Snookal-01091) Dr. Levy's Depo Exh. C | Dr. Khan | | | |
| 66 | Email from Dr. Levy to Dr. Kahn – 8/26/19 re risk of rupture – (CUSA000557-558) | Dr. Levy | | | |
| 67 | Email thread btwn Dr. Levy and Dr. Arenyeka re: Patient MS 8/26/19 (CUSA000995-997) | Dr. Arenyeka Dr. Levy | | | |
| 68 | Levy email thread – 8/29/19 (CUSA0001050-1052) | Dr. Levy | | | |
| 69 | Emails re Mark Snookal Remsheet Report – 8/29/19 (CUSA0001381-1385) | Snookal | | | |
| 70 | Emails between Sandra Spellman to Mark Snookal re: Visa Documents – 8/14/19; 8/29/19 (CUSA0001141-1146; 1149-1155; 1198-1199; 1201-1202; 1207-1210; 1225; 1242-1254) | Snookal | | | |
| 71 | Summary of Cardiology Opinions – NMA | Dr. Aiwauyo Dr. Adeyeye | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Cardiologists (CUSA0001520-1521) | Dr. Akintunde |  |  |  |
| 72 | Email thread re Mark Snookal not medically cleared – 8/30/19 (CUSA1430-1434; 1447-1450) | Dr. Levy |  |  |  |
| 73 | Email to Amir Zaheer re candidate for NMA EGTL Reliability Engineering – 9/3/19 (CUSA0001358) | Zaheer |  |  |  |
| 74 | Email from Andrew Powers re: the Rescinded Job Offer in Nigeria – 9/4/19 (CUSA000538-540) | Powers |  |  |  |
| 75 | Emails from Andrew Powers to Dr. Ayanna Jones – 9/4/19 (CUSA000650-651) | Powers |  |  |  |
| 76 | Dr. Scott Levy email "Thanks. I got this" - 9/4/19 (CUSA000983-985) | Dr. Levy |  |  |  |
| 77 | Email thread between Dr. Jones Ayanna and Andrew Powers re: Rescinded Job Offer in Nigeria – 9/4/19 (CUSA000993-994) | Powers |  |  |  |
| 78 | Emails re Rescinded Job Offer in Nigeria - 9/4/19 (CUSA000983-985) | Dr. Levy Powers |  |  |  |
| 79 | International Journal of General Medicine Article (CUSA0002830-2834) | Dr. Adeyeye |  |  |  |
| 80 | Email thread regarding Mark Snookal's disability discrimination complaint – 9/4/19 – 9/6/19 | Powers Snookal |  |  |  |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | (CUSA000542-543) |  |  |  |  |
| 81 | Email thread re: Positions in 2H PDC - 9/5/19 (CUSA000541) | Snookal |  |  |  |
| 82 | Emails Re: Nigeria Medical Determination – 9/5/19 (CUSA0001236-1237) | Snookal |  |  |  |
| 83 | Email from Andrew Powers to Snookal – 9/8/19 (Snookal 00637-639) | Snookal |  |  |  |
| 84 | Email thread with Powers and others – 9/4/19; 9/9/19 (CUSA000645-646) | Powers |  |  |  |
| 85 | El Segundo Operating Assistant DS&C – MFG- (2 positions PSG 22-23) – 9/13/19 (CUSA000552-554) | Snookal |  |  |  |
| 86 | Email from Dr. Levy to Snookal re: medical – 9/16/19 (Snookal-00645-646) (CUSA000559-650) | Dr. Levy Snookal |  |  |  |
| 87 | Snookal Email re: Positions he applied – 9/24/19 (CUSA0001645-1653) | Snookal |  |  |  |
| 88 | Email from Tse to Snookal re: Maintenance Change Operating Assistant – 9/25/19 (CUSA000653-655) | Snookal |  |  |  |
| 89 | Email from Powers to Tse re: M & R change – 9/25/19 (CUSA000683) | Snookal |  |  |  |
| 90 | Job Description for Maintenance Change Operating Assistant – 9/25/19 | Snookal |  |  |  |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (Snookal-01131-32) | | | | |
| 91 | Job Description: DS&C – MFG – El Segundo Operating Assistant – 10/11/19 (Snookal-01150-52) | Snookal | | | |
| 92 | Job Description: DS&G – MFG – El Segundo Routine Maintenance General Team Lead – 10/11/19 (Snookal-01122-23) | Snookal | | | |
| 93 | Emails thread Austin Ruppert, Thalia Tse, and Powers re: Mark Snookal New Position – 11/6/19 (CUSA000642-643) | Tse Powers | | | |
| 94 | Position Summary – Reliability Change Operating Assistant – 11/6/19 (CUSA000498-500) | Banks | | | |
| 95 | Job Offer for Reliability Change Operating Assistant – 11/19/19 (Snookal-01136) | Snookal | | | |
| 96 | Email thread re: offer letter position for Mark Snookal in Workday – 11/20/19 (CUSA000679-682) | Tse Snookal | | | |
| 97 | Snookal's Benefits Elections – 2020 (CUSA0001883-1886) | Snookal | | | |
| 98 | HR Policy 1020 – Performance Management Program Effective January 2020 (CUSA000351-354) | Powers | | | |
| 99 | Dental PPO Plan – 1/1/20 (CUSA0001967-2066) | Snookal | | | |
| 100 | Wellness Program – | Snookal | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | 1/1/20 (CUSA0002130-2223) |  |  |  |  |
| 101 | Affirmative Action Program for Individuals with Disabilities & Protected Veterans – 4/1/20 – 3/21 (CUSA0001654-1677) | Powers |  |  |  |
| 102 | Personal Experience Record GO-400-21N – 9/19/20 (CUSA000493-497; 1115-1119; Snookal 1106-1115) | Snookal |  |  |  |
| 103 | Snookal's Benefits Elections – 2021 (CUSA0001887-1890) | Snookal |  |  |  |
| 104 | HR Policy 225 – Protected Rates of Pay, Effective February 2021 (CUSA000355-358) | Powers |  |  |  |
| 105 | Nippon Dynawave Packaging Co. Offer of Employment to Mark Snookal and signed by him – 8/3/21 (NDP-SDT 1-2; Snookal, Ex. 22) | Snookal |  |  |  |
| 106 | Nippon Dynawave Packaging Benefits Guide (Snookal-01444-01477) | Snookal |  |  |  |
| 107 | Email and Letter of Resignation from Mark Snookal to Thalia Tse – 8/4/21 (CUSA000656-658) | Snookal |  |  |  |
| 108 | Team message from Thalia Tse to Andrew Powers – FYI Mark Snookal just submitted his resignation – 8/4/21 (CUSA000652) | Tse Powers |  |  |  |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 109 | Position Statement Letter from Chevron to DFEH re Snookal's complaint of discrimination – 4/5/22 (CUSA000001-35) | Scott M. Banks | | | |
| 110 | Letter from Chevron to DFEH – 4/5/22 (CUSA000036-41) | Scott M. Banks | | | |
| 111 | Chevron Response to DFEH – 12/7/22 (CUSA000238-239) | Scott M. Banks | | | |
| 112 | Georgia-Pacific 2023 Benefits Guide (Snookal-01478-1507) | Snookal | | | |
| 113 | Records Produced by Georgia-Pacific LLA re Snookal's employment post Chevron | Snookal | | | |
| 114 | Offer letter to Mark Snookal from Chris Lundquist at Koch Industries – 7/7/23 (Snookal 1526-1527) | Snookal | | | |
| 115 | Letter to Mike Savageaux from Mark Snookal resigning from Nippon Dynawave - 8/14/23 (NDP-SDT 3; Snookal, Ex. 23) | Snookal | | | |
| 116 | Plaintiff Mark Snookal's Objections and Responses to Deft Chevron USA, Inc.'s Interrogatories, Set One – 3/28/24 | Snookal | | | |
| 117 | Deft Chevron's Responses to Plaintiff Snookal's Request for Production of Documents, Set One – 6/5/24 | Scott M. Banks | | | |

13
JOINT EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 118 | Plaintiff Mark Snookal's Rebuttal Expert Disclosures (FRCP Rule 26(a)(2) – 9/3/24 (Marmureanu M.D., Exh. 1) | Dr. Marmureanu | | | |
| 119 | Dr. Alexander Marmureanu's CV | Dr. Marmureanu | | | |
| 120 | Expert Report of Dr. Alexander Marmureanu – 10/9/24 | Dr. Marmureanu | | | |
| 121 | Deft Chevron's Supplemental Responses to Plaintiff Snookal's Special Interrogatories Nos. 20-24, Set Two – 1/13/25 | Harpreet K. Tiwana | | | |
| 122 | Deft Chevron's Objections and Responses to Plaintiff Snookal's Request for Production of Documents, Set Four (Nos. 47-66) – 2/25/25 | Tiwana | | | |
| 123 | Deft Chevron's Response to Plaintiff's Interrogatory No. 26 - 33 - 2/25/25 | Tiwana | | | |
| 124 | Chevron's Objections and Supplemental Responses to Plaintiff Snookal's Interrogatories, Set Three – 4/25/25 | Tiwana | | | |
| 125 | Location Premiums by Area of Assignment (CUSA000501-502) | Snookal | | | |
| 126 | Cover page to the Chevron Tax Equalization Policy, Human Resources Shared Services | Powers | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (CUSA000503 – Powers, Exh. 2) | | | | |
| 127 | Chevron Tax Equalization Policy (CUSA000503) | Powers | | | |
| 128 | HR Policy 400 for U.S. Payroll Employees (CUSA000348-350) | Powers | | | |
| 129 | HR Policy 410 for U.S. Payroll Employees (CUSA000014-18) | Powers | | | |
| 130 | Rotational Expatriate Assignments (Snookal-01285-1301) | Snookal | | | |
| 131 | Snookal Personal Experience Record (CUSA000261-265) | Snookal | | | |
| 132 | Chevron Employee Handbook – El Segundo Refinery (CUSA000298-342) | Powers | | | |
| 133 | General Team Leader/Area Maintenance Lead PSG 23 Position Summary (CUSA000548-549) | Banks | | | |
| 134 | DS&C – MFG - El Segundo Routine Maintenance General Team Lead (PSG 23) (CUSA000555-556) | Banks | | | |
| 135 | Scott Levy's CV (CUSA0001565-1572) | Dr. Levy | | | |
| 136 | Victor Adeyeye's CV (CUSA0001737-1741) | Dr. Adeyeye | | | |
| 137 | Anthony Edward Reading's CV and documents relied upon by Dr. Reading | Dr. Reading | | | |
| 138 | Anthony E. Reading PhD Rule 26 Log (Snookal-02056-2064) | Dr. Reading | | | |
| 139 | Dr. Asekomeh Eshiofe CV | Dr. Asekomeh | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (CUSA0002776-2777) | | | | |
| 140 | Corporate Governance Policies (CUSA0001730-1735) | Powers | | | |
| 141 | Chevron Retirement Plan for Employees hired on or after January 1, 2008 (CUSA0001759-1802) | Powers Banks | | | |
| 142 | Employee Savings Investment Plan eff. January 1, 2020 (CUSA0001803-1878) | Banks | | | |
| 143 | Chevron Medical HMO Plan – Kaiser So. CA (CUSA0001893-1966) | Banks | | | |
| 144 | Dr. Charles Baum CV | Dr. Baum | | | |
| 145 | Dr. Charles Baum Report and Documents relied upon | Dr. Baum | | | |
| 146 | Andrew Powers's Chevron Profile (CUSA000945-946) | Powers | | | |
| 147 | Thalia L. Tse's Chevron's Profile (CUSA000947-948) | Tse | | | |
| 148 | Snookal's Chevron Exit Interview (CUSA000544-547) | Snookal | | | |
| 149 | Incidence of Aortic Rupture and Aortic Dissection in a 4.2. cm Ascending Aortic Aneurysm (Marmureanu M.D., Ex. 3) | Dr. Marmureanu | | | |
| 150 | Mark Snookal Chevron Pay Statements (CUSA0001053-1074; 1082-1113; 1120-1140; 1214-1222; 1351-1354) | Banks | | | |
| 151 | Expert Report and CV of Chen Song, Ph.D. | Dr. Song | | | |

| | | |
|---|---|---|
| 1 | DATED: July 1, 2025 | ALLRED, MAROKO & GOLDBERG |
| 2 | | |
| 3 | | By: _____/s/ Dolores Y. Leal_____ |
| | | DOLORES Y. LEAL |
| 4 | | OLIVIA FLECHSIG |
| | | Attorneys for Plaintiff, |
| 5 | | MARK SNOOKAL |
| 6 | | |
| 7 | | |
| 8 | DATED: July 1, 2025 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLC |
| 9 | | |
| 10 | | By: _____/s/ Tracey A. Kennedy_____ |
| | | TRACEY A. KENNEDY |
| 11 | | ROBERT E. MUSSIC |
| | | H. SRAH FAN |
| 12 | | |
| 13 | | Attorneys for Defendant |
| | | CHEVRON U.S.A. INC., |
| 14 | | a Pennsylvania Corporation |

17
JOINT EXHIBIT LIST