1  DOLORES Y. LEAL (134176)
   OLIVIA FLECHSIG (334880)
2  ALLRED, MAROKO & GOLDBERG
   6300 Wilshire Blvd. Suite 1500
3  Los Angeles, CA 90048-5217
4  (323) 653-6530
   dleal@amglaw.com
5  oflechsig@amglaw.com

6

7  **Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

8
                     UNITED STATES DISTRICT COURT
9
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MARK SNOOKAL, an individual, | CASE NO.: 2:23-cv-6302-HDV-AJR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF MARK SNOOKAL'S MOTION IN LIMINE NO. 1 – DAUBERT MOTION TO EXCLUDE THE PURPORTED EXPERT OPINION TESTIMONY OF DR. VICTOR ADEYEYE** |
| vs. | |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | [*Filed concurrently with Plaintiff's Notice of Motion and Motion in Limine No. 1 – Daubert Motion to Exclude the Purported Expert Opinion Testimony of Dr. Victor Adeyeye; and Declaration of Olivia Flechsig in Support Thereof*] |
| Defendants. | District Judge: Hon. Hernan D. Vera |
| | Magistrate Judge: Hon. A. Joel Richlin |
| | Action Filed: August 3, 2023 |
| | Trial Date: August 19, 2025 |
| | Hearing Date: July 24, 2025 |
| | Hearing Time: 10:00 a.m. |
| | Courtroom: 5B |

1
[PROPOSED] ORDER GRANTING PLAINTIFF MARK SNOOKAL'S MOTION IN LIMINE NO. 1 –
DAUBERT MOTION TO EXCLUDE THE PURPORTED EXPERT OPINION TESTIMONY
OF DR. VICTOR ADEYEYE

On July 24, 2025 at 10:00 a.m. in Courtroom 5B of the above-entitled Court, located at 350 W. First Street, Los Angeles, CA 90012, Plaintiff Mark Snookal's ("Plaintiff's") Motion in Limine No. 1 – Daubert Motion to Exclude the Purported Expert Opinion Testimony of Dr. Victor Adeyeye, came on regularly for hearing. All Parties were represented by their counsel.

After consideration of the papers and oral argument, the Court finds good cause therefore and GRANTS Plaintiff's Motion in Limine No. 1.

Pursuant to Fed. R. Evid. 702, Defendant, its counsel, and its witnesses are precluded from referring to, directly or indirectly, any expert opinion testimony of Dr. Victor Adeyeye.

IT IS SO ORDERED.

DATE: _____

_____
Honorable Hernán D. Vera
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF MARK SNOOKAL'S MOTION IN LIMINE NO. 1 – DAUBERT MOTION TO EXCLUDE THE PURPORTED EXPERT OPINION TESTIMONY OF DR. VICTOR ADEYEYE