# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT

 2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3

 4

 5   MARK SNOOKAL, an individual,    )
                                     )
 6          Plaintiff,               )
                                     )
 7       v.                          )  NO. 2:23-cv-6302-
                                     )      HDV-AJR
 8   CHEVRON USA, INC., a California )
     Corporation, and DOES 1 through )
 9   10, inclusive,                  )
                                     )
10          Defendants.              )
     _____)
11

12

13

14

15

16

17          Videotaped deposition of MARK JORDAN

18   SNOOKAL, Plaintiff, taken on behalf of Defendants

19   at 333 South Hope Street, 43rd Floor, Los Angeles,

20   California, commencing at 10:00 a.m. on Friday,

21   May 10, 2024, before John M. Taxter, Certified

22   Shorthand Reporter No. 3579 in and for the State

23   of California, a Registered Professional Reporter.

24

25
```

```
 1    APPEARANCES OF COUNSEL:

 2

 3

 4    FOR PLAINTIFF MARK JORDAN SNOOKAL:

 5          ALLRED, MAROKO & GOLDBERG
            BY:  DOLORES Y. LEAL, Attorney at Law
 6          6300 Wilshire Boulevard, Suite 1500
            Los Angeles, California   90048-5217
 7          323.653.6530
            dleal@amglaw.com
 8

 9

10    FOR DEFENDANT CHEVRON USA, INC.:

11          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
            BY:  ROBERT E. MUSSIG, Attorney at Law
12          333 South Hope Street, 43rd Floor
            Los Angeles, California   90071-1422
13          213.620.1780
            rmussig@sheppardmullin.com
14
                   -and-
15
            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
16          BY:  LINDA Z. SHEN, Attorney at Law
            501 West Broadway, 18th Floor
17          San Diego, California   92101-3598
            619.338.6500
18          lshen@sheppardmullin.com

19

20

21    VIDEOGRAPHER:

22          GIGI FADICH

23

24

25
```

**EXHIBIT 1/2**

```
 1      Q    Well, let me ask:  So when did you begin          16:17:13
 2   seeing a therapist?                                        16:17:18
 3      A    I believe it was sometime in 2020.                 16:17:21
 4      Q    During COVID?                                      16:17:25
 5      A    It was during COVID, yes.                          16:17:26
 6      Q    And who is the therapist?                          16:17:29
 7      A    It -- I talked to a few people before              16:17:30
 8   finally we settled on one therapist.  It was               16:17:34
 9   Eileen Baer, I believe her name was.                       16:17:37
10      Q    How do spell Baer?  "B-e-a-r"?                     16:17:40
11      A    I'm not sure how you -- no.  It's                  16:17:43
12   like --                                                    16:17:47
13      Q    Bayer aspirin --                                   16:17:47
14      A    Maybe, yeah.                                       16:17:48
15      Q    -- B-a-y-e-r?                                      16:17:49
16      A    I -- I think it was "B-e-a" -- or                  16:17:50
17   B-a-e-r; something like that.  It wasn't -- it --          16:17:55
18   it's in the --                                             16:17:57
19      Q    All right.                                         16:17:58
20      A    It's in the records.                               16:17:59
21      Q    Are you still seeing her?                          16:18:02
22      A    No.                                                16:18:03
23      Q    When did you stop seeing her?                      16:18:05
24      A    Shortly after I resigned from Chevron.             16:18:07
25      Q    Why did you stop seeing her?                       16:18:09
```

```
 1         A    Most of what we were talking about        16:18:12
 2    was -- at that point, anyway, it was Chevron        16:18:14
 3    and -- and being -- you know, ways to cope with     16:18:21
 4    continued disappointment that was happening at      16:18:23
 5    Chevron.  I wasn't really discussing other issues   16:18:26
 6    that I was having with her.                         16:18:32
 7              You know, the -- when I didn't go to      16:18:36
 8    Escravos, it caused a lot of difficulty in my       16:18:44
 9    family with my wife and my son, but it wasn't --    16:18:46
10    it wasn't the kind of thing that I needed therapy   16:18:55
11    for; right?                                         16:19:02
12              My wife was upset.  My son was upset.     16:19:03
13    We had him in a special school for some             16:19:06
14    developmental disabilities that he has and for      16:19:12
15    some mental health disabilities that he has, and    16:19:14
16    we weren't going to be able to send him to that     16:19:21
17    school anymore without the money from Nigeria.      16:19:24
18              But I didn't need the therapist to help   16:19:31
19    me talk to my son and my wife about that; right?    16:19:33
20              We had communication, and we were         16:19:37
21    working through that on our own.                    16:19:39
22              She was really helping me with the        16:19:40
23    continued negative feelings that I was having just  16:19:47
24    by working for Chevron; right?                      16:19:52
25         Q    Because you weren't being promoted?       16:19:54
```

| | | |
|---|---|---|
| 1 | A    Right, and watching other people be | 16:19:56 |
| 2 | promoted and essentially, in my mind, being | 16:19:58 |
| 3 | demoted and then not being particularly valued for | 16:20:01 |
| 4 | the work that I was doing even in the new position | 16:20:04 |
| 5 | that I was in.  It wasn't new.  In the position | 16:20:07 |
| 6 | that I was put back in.  They held a -- an | 16:20:13 |
| 7 | employee, you know, like survey, engagement | 16:20:22 |
| 8 | survey, and there were a lot of feedback and a lot | 16:20:25 |
| 9 | of stuff, and Chevron wasn't really going to | 16:20:27 |
| 10 | address that. | 16:20:30 |
| 11 | And I -- I felt like, you know, that | 16:20:31 |
| 12 | made it difficult for me in that, you know, my | 16:20:34 |
| 13 | group had had a hard time through COVID and they | 16:20:37 |
| 14 | had had a hard time through the reorganization, | 16:20:42 |
| 15 | and it -- it didn't seem like Chevron was going to | 16:20:45 |
| 16 | help them any more than me.  And so it just, you | 16:20:48 |
| 17 | know, was almost a daily -- daily thoughts about | 16:20:53 |
| 18 | how -- how much it wasn't that great to work there | 16:21:00 |
| 19 | anymore. | 16:21:02 |
| 20 | Q    ==Did you see any other mental health== | 16:21:02 |
| 21 | ==providers or --== | 16:21:05 |
| 22 | A    ==I also took Cymbalta at the time, so I== | 16:21:07 |
| 23 | ==had a psychiatrist just for prescribing.== | 16:21:12 |
| 24 | Q    ==And who was that?== | 16:21:19 |
| 25 | A    ==I don't re -- I don't recall her name.== | 16:21:19 |

| | | | |
|---|---|---|---|
| 1 | Q | And what was the Cymbalta prescribed for? | 16:21:24 |
| 2 | | | 16:21:26 |
| 3 | A | Depression, which is the same thing that I was diagnosed with in therapy. | 16:21:27 |
| 4 | | | 16:21:30 |
| 5 | Q | Your therapist, Eileen Baer -- | 16:21:33 |
| 6 | A | Uh-huh. | 16:21:36 |
| 7 | Q | -- diagnosed you with depression? | 16:21:36 |
| 8 | A | Uh-huh. | 16:21:39 |
| 9 | Q | And so she sent you to a "psychologist" -- psychiatrist to get a prescription? | 16:21:39 |
| 10 | | | 16:21:43 |
| 11 | | | 16:21:44 |
| 12 | A | Yes. That's the way it works at Kaiser. You don't -- you don't really -- | 16:21:44 |
| 13 | | | 16:21:47 |
| 14 | Q | How long it were you on Cymbalta? | 16:21:48 |
| 15 | A | I'm still on it. | 16:21:50 |
| 16 | Q | To this day? | 16:21:51 |
| 17 | A | Yes. | 16:21:52 |
| 18 | Q | And had you suffered depression earlier in your career at Chevron? | 16:21:52 |
| 19 | | | 16:21:55 |
| 20 | A | No. | 16:21:57 |
| 21 | Q | Do you think you're still depressed because of what happened at Chevron? | 16:22:01 |
| 22 | | | 16:22:03 |
| 23 | A | I am, yeah. | 16:22:05 |
| 24 | Q | Did you tell anyone at Chevron that your job was affecting your mental health? | 16:22:16 |
| 25 | | | 16:22:18 |

| | | |
|---|---|---|
| 1 | Q    And why was that? | 17:17:19 |
| 2 | A    I left because Georgia-Pacific has more | 17:17:21 |
| 3 | opportunities.  It's a much larger company. | 17:17:25 |
| 4 | Nippon has one facility in the United States. | 17:17:27 |
| 5 | Georgia-Pacific has something like 140 or 150 | 17:17:30 |
| 6 | facilities across the United States.  They also | 17:17:35 |
| 7 | offered me a significant increase in pay, and I | 17:17:37 |
| 8 | would be overseeing a larger crew by about | 17:17:43 |
| 9 | 50 percent.  So more responsibility, better pay, | 17:17:48 |
| 10 | more future opportunity. | 17:17:51 |
| 11 | Q    Well, let me ask this:  Did -- taking | 17:17:52 |
| 12 | the job at Nippon, moving up to Washington, did | 17:17:55 |
| 13 | that help with your emotional -- with your -- your | 17:17:59 |
| 14 | depression? | 17:18:03 |
| 15 | A    It helped some in that that I no longer | 17:18:03 |
| 16 | thought about Chevron like constantly because I | 17:18:07 |
| 17 | was there, but then I had the -- the added stress | 17:18:10 |
| 18 | of the fact that my son did not want to move | 17:18:14 |
| 19 | outside of Los Angeles; that I had to take him out | 17:18:17 |
| 20 | of that private school and put him in public | 17:18:20 |
| 21 | school where he has not done very well. | 17:18:22 |
| 22 | Q    Why hasn't he done well?  Well, let me | 17:18:26 |
| 23 | ask this:  What do you mean he hasn't done well? | 17:18:29 |
| 24 | A    He struggles academically because of his | 17:18:33 |
| 25 | mental condition and learning disabilities which | 17:18:38 |

**Abrams, Mah & Kahn**                                          **286**

**EXHIBIT 1/7**

| | | |
|---|---|---|
| 1 | is why I had him in a private school in | 17:18:45 |
| 2 | Los Angeles that catered to those particular | 17:18:47 |
| 3 | disabilities. | 17:18:52 |
| 4 |     Q   What was the private school? | 17:18:54 |
| 5 |     A   Bridges Academy. | 17:18:56 |
| 6 |     Q   Where is that located? | 17:18:57 |
| 7 |     A   It's -- I forget the exact city, but | 17:18:58 |
| 8 | it's in the Valley. | 17:19:02 |
| 9 |     MR. MUSSIG:  Okay.  Let's mark as | 17:19:10 |
| 10 | Exhibit 23 a letter from Mr. Snookal dated | 17:19:15 |
| 11 | August 14, 2023, to Mike "Savage" -- Savageaux -- | 17:19:30 |
| 12 |     THE WITNESS:  Savageaux. | 17:19:35 |
| 13 |     MR. MUSSIG:  -- at Nippon. | 17:19:36 |
| 14 |     THE WITNESS:  Like cup of Joe.  That's | 17:19:38 |
| 15 | what he always used to say. | 17:19:40 |
| 16 |     MR. MUSSIG:  It's Bates-numbered | 17:19:42 |
| 17 | NDP-SDT_3. | 17:19:43 |
| 18 |     THE WITNESS:  Thank you. | 17:19:56 |
| 19 |     THE STENOGRAPHIC REPORTER:  Sure. | 17:19:58 |
| 20 |     (Exhibit 23 was marked for | 17:19:58 |
| 21 |     identification by the Certified | 17:19:58 |
| 22 |     Shorthand Reporter.) | 17:19:58 |
| 23 | BY MR. MUSSIG: | 17:19:58 |
| 24 |     Q   This -- I -- this is your resignation | 17:19:59 |
| 25 | notice? | 17:20:01 |

```
 1    STATE OF CALIFORNIA    )
                             ) SS.
 2    COUNTY OF VENTURA      )

 3         I, John M. Taxter, a California Certified

 4    Shorthand Reporter, Certificate No. 3579, a

 5    Registered Professional Reporter, do hereby

 6    certify:

 7         That the foregoing proceedings were taken

 8    before me at the time and place therein set forth,

 9    at which time the deponent was put under oath by

10    me; that the testimony of the deponent and all

11    objections made at the time of the examination

12    were recorded stenographically by me and were

13    thereafter transcribed; that the foregoing is a

14    true and correct transcript of my shorthand notes

15    so taken.

16         I further certify that I am neither counsel

17    for nor related to any party to said action.

18         The dismantling, unsealing, or unbinding of

19    the original transcript will render the Reporter's

20    Certificate null and void.

21         Pursuant to Federal Rule 30(e), transcript

22    review was requested.

23    Dated May 22, 2024.    _____
24                           JOHN M. TAXTER
25                           California Certified Shorthand
                             Reporter No. 3579, RPR
```

```
 1
 2
 3
 4         I, John M. Taxter, Certified Shorthand Reporter,
 5    CSR No. 3579, hereby certify:
 6         The foregoing is a true and correct copy of the
 7    original transcript of the proceedings taken by me
 8    as thereon stated.
 9
10
11
12    Dated:  May 23, 2024
              _____
13
14
15
16                         _____
17                         John Taxter, CSR No. 3579
18
19
20
21
22
23
24
25
```

**Abrams, Mah & Kahn**

**EXHIBIT 1/10**