1  DOLORES Y. LEAL (134176)
   OLIVIA FLECHSIG (334880)
2  ALLRED, MAROKO & GOLDBERG
   6300 Wilshire Blvd. Suite 1500
3  Los Angeles, CA 90048-5217
4  (323) 653-6530
   dleal@amglaw.com
5  oflechsig@amglaw.com

7  **Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual, | CASE NO.: 2:23-cv-6302-HDV-AJR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF MARK SNOOKAL'S MOTION IN LIMINE NO. 3 – TO EXCLUDE REFERENCES TO THIRD-PARTY MEDICAL INFORMATION** |
| vs. | |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | [*Filed concurrently with Plaintiff's Notice of Motion and Motion in Limine No. 3 – to Exclude References to Third-Party Medical Information; and Declaration of Olivia Flechsig in Support Thereof*] |
| Defendants. | District Judge: Hon. Hernan D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br>Action Filed: August 3, 2023<br>Trial Date: August 19, 2025<br><br>Hearing Date: July 24, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: 5B |

1

On July 24, 2025 at 10:00 a.m. in Courtroom 5B of the above-entitled Court, located at 350 W. First Street, Los Angeles, CA 90012, Plaintiff Mark Snookal's ("Plaintiff's") Motion in Limine No. 3 – to Exclude References to Third-Party Medical Information, came on regularly for hearing. All Parties were represented by their counsel.

After consideration of the papers and oral argument, the Court finds good cause therefore and GRANTS Plaintiff's Motion in Limine No. 3 because it does not meet the minimal relevance requirements of Federal Rule of Evidence 401.

Defendant, its counsel, and its witnesses are precluded from attempting to introduce, asking questions about, or referring to, directly or indirectly, any third-party medical information, except as to that of Plaintiff's son insofar as it directly relates to Plaintiff's emotional distress damages.

IT IS SO ORDERED.

DATE: _____        _____
                                Honorable Hernán D. Vera
                                United States District Court Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFF MARK SNOOKAL'S MOTION IN LIMINE NO. 3 - TO EXCLUDE REFERENCES TO THIRD-PARTY MEDICAL INFORMATION