# EXHIBIT 1

1           UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4

5   MARK SNOOKAL, an individual,      )
                                       )
6            Plaintiff,               )
                                       )
7        v.                           )   NO. 2:23-cv-6302-
                                       )       HDV-AJR
8   CHEVRON USA, INC., a California    )
    Corporation, and DOES 1 through    )
9   10, inclusive,                     )
                                       )
10           Defendants.              )
    _____)

11

12

13

14

15

16

17          Videotaped deposition of MARK JORDAN

18    SNOOKAL, Plaintiff, taken on behalf of Defendants

19    at 333 South Hope Street, 43rd Floor, Los Angeles,

20    California, commencing at 10:00 a.m. on Friday,

21    May 10, 2024, before John M. Taxter, Certified

22    Shorthand Reporter No. 3579 in and for the State

23    of California, a Registered Professional Reporter.

24

25

                  **Abrams, Mah & Kahn**                    1

**EXHIBIT 1/1**

```
 1      APPEARANCES OF COUNSEL:

 2

 3

 4      FOR PLAINTIFF MARK JORDAN SNOOKAL:

 5              ALLRED, MAROKO & GOLDBERG
                BY:  DOLORES Y. LEAL, Attorney at Law
 6              6300 Wilshire Boulevard, Suite 1500
                Los Angeles, California  90048-5217
 7              323.653.6530
                dleal@amglaw.com
 8

 9

10      FOR DEFENDANT CHEVRON USA, INC.:

11              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                BY:  ROBERT E. MUSSIG, Attorney at Law
12              333 South Hope Street, 43rd Floor
                Los Angeles, California  90071-1422
13              213.620.1780
                rmussig@sheppardmullin.com
14
                       -and-
15
                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
16              BY:  LINDA Z. SHEN, Attorney at Law
                501 West Broadway, 18th Floor
17              San Diego, California  92101-3598
                619.338.6500
18              lshen@sheppardmullin.com

19

20

21      VIDEOGRAPHER:

22              GIGI FADICH

23

24

25
```

**Abrams, Mah & Kahn**                                          2

**EXHIBIT 1/2**

| # | | |
|---|---|---|
| 1 | cardiologist.  They just managed it through my | 10:50:55 |
| 2 | primary-care physician.  I recently changed | 10:50:58 |
| 3 | employment to a different employer, and I do have | 10:51:02 |
| 4 | a cardiologist now, a Dr. Schneider.  I've only | 10:51:05 |
| 5 | seen him once. | 10:51:10 |
| 6 |     Q    Okay.  And we'll get into this more | 10:51:11 |
| 7 | later, but I believe you moved to Washington? | 10:51:13 |
| 8 |     A    Correct. | 10:51:14 |
| 9 |     Q    And so Dr. Schneider is in Washington? | 10:51:15 |
| 10 |     A    He's actually in Portland.  I live right | 10:51:17 |
| 11 | near Portland, Oregon. | 10:51:21 |
| 12 |     Q    Oh, I see. | 10:51:21 |
| 13 |     A    There's a heart center in Portland, | 10:51:22 |
| 14 | Oregon. | 10:51:26 |
| 15 |     Q    And when was your most recent checkup | 10:51:26 |
| 16 | with Dr. Schneider? | 10:51:28 |
| 17 |     A    It was actually unrelated to the aortic | 10:51:31 |
| 18 | root dilation and was in -- I don't remember the | 10:51:36 |
| 19 | exact month, but it was late 2023. | 10:51:43 |
| 20 |     Q    And what was it related to? | 10:51:46 |
| 21 |     A    Tangentially related to PVCs that I also | 10:51:50 |
| 22 | listed on the form.  They ablated those to end -- | 10:51:56 |
| 23 | end me having PVCs. | 10:51:59 |
| 24 |     Q    What are PVCs? | 10:52:01 |
| 25 |     A    Premature ventricular contractions. | 10:52:03 |

**EXHIBIT 1/3**

| | | |
|---|---|---|
| 1 | Q    So that's a separate heart issue from | 10:52:07 |
| 2 | the dilated aortic -- dilated aortic root? | 10:52:10 |
| 3 | A    Not necessarily.  The dilated aortic | 10:52:11 |
| 4 | root expands the root portion of the heart and can | 10:52:15 |
| 5 | cause other heart conditions that are related to | 10:52:18 |
| 6 | it but not necessarily caused by it. | 10:52:22 |
| 7 | Q    I see.  And so one of those conditions | 10:52:26 |
| 8 | is PVCs? | 10:52:28 |
| 9 | A    Correct. | 10:52:31 |
| 10 | Q    And so you were treated for PVCs? | 10:52:31 |
| 11 | A    I was. | 10:52:34 |
| 12 | Q    And I think you said they -- that they | 10:52:35 |
| 13 | resolved the issue? | 10:52:37 |
| 14 | A    They did. | 10:52:39 |
| 15 | Q    But you -- the dilated aortic root can't | 10:52:39 |
| 16 | be treated; is that right? | 10:52:42 |
| 17 | A    Not without open heart surgery, no. | 10:52:44 |
| 18 | Q    I'm assuming you haven't had open heart | 10:52:46 |
| 19 | surgery to treat it. | 10:52:50 |
| 20 | A    I have not. | 10:52:50 |
| 21 | Q    So you still have the dilated aortic | 10:52:51 |
| 22 | root? | 10:52:51 |
| 23 | A    I do. | 10:52:54 |
| 24 | Q    And when was the last time you spoke to | 10:52:55 |
| 25 | a doctor who I'm assuming is Dr. Schneider -- | 10:52:56 |

**Abrams, Mah & Kahn**                    **52**

**EXHIBIT 1/4**

| # | | |
|---|---|---|
| 1 | correct me if that's wrong -- about the dilated | 10:52:58 |
| 2 | aortic root? | 10:53:01 |
| 3 | A     It was early in -- it was around | 10:53:02 |
| 4 | September of 2023 when I switched jobs. | 10:53:05 |
| 5 | Q     And what, if anything, did he say about | 10:53:10 |
| 6 | the dilated aortic root? | 10:53:11 |
| 7 | A     The same thing that Dr. Khan said, | 10:53:13 |
| 8 | essentially.   "We'll just watch it until we have | 10:53:16 |
| 9 | to make a decision about its size." | 10:53:20 |
| 10 | Q     Okay.   So has it expanded at all since | 10:53:22 |
| 11 | the initial diagnosis? | 10:53:27 |
| 12 | A     It has. | 10:53:29 |
| 13 | Q     And -- but not -- not to the extent that | 10:53:32 |
| 14 | it would need to be treated with surgery; is that | 10:53:35 |
| 15 | right? | 10:53:35 |
| 16 | A     That's correct. | 10:53:38 |
| 17 | Q     Have any changes over the last few years | 10:53:46 |
| 18 | since you left Chevron impacted the risk of aortic | 10:53:50 |
| 19 | rupture, as far as you know, as far as what your | 10:53:54 |
| 20 | doctor has told you? | 10:53:57 |
| 21 | A     Not as far as I know. | 10:53:57 |
| 22 | Q     Aortic dissection? | 10:53:58 |
| 23 | A     Not as far as I know. | 10:54:01 |
| 24 | Q     Has the -- well, have -- have your heart | 10:54:05 |
| 25 | conditions impacted your ability to work? | 10:54:08 |

**EXHIBIT 1/5**

| | | |
|---|---|---|
| 1 | A     Never. | 10:54:11 |
| 2 | Q     Have you seen any other doctors in | 10:54:16 |
| 3 | connection with your heart condition? | 10:54:18 |
| 4 | A     When I first came up to the Portland | 10:54:22 |
| 5 | area, I consulted with Kaiser, and they pushed me | 10:54:25 |
| 6 | around a few times until they settled on someone | 10:54:30 |
| 7 | to handle the case -- | 10:54:32 |
| 8 | Q     Okay. | 10:54:34 |
| 9 | A     -- but no one other than that. | 10:54:34 |
| 10 | Q     I thought -- I thought you said it was | 10:54:36 |
| 11 | your general practitioner.  Is that -- | 10:54:37 |
| 12 | A     It was by the time we finally settled | 10:54:39 |
| 13 | out.  But she tried to get me in with cardiology, | 10:54:42 |
| 14 | and cardiology said, "We don't need to monitor | 10:54:46 |
| 15 | this," so that's what I mean by I got pushed | 10:54:50 |
| 16 | around a little bit. | 10:54:51 |
| 17 | Q     I see.  And I don't think I got the name | 10:54:52 |
| 18 | of the -- the primary-care physician you treated | 10:54:53 |
| 19 | with in Portland. | 10:54:57 |
| 20 | Do you know that? | 10:54:57 |
| 21 | A     Kaiser was actually in Washington. | 10:54:58 |
| 22 | Sorry.  Sorry to be confusing.  It's right there | 10:55:00 |
| 23 | on the border, so people do things in both states | 10:55:02 |
| 24 | like all the time like it's nothing. | 10:55:04 |
| 25 | Q     I see.  So when you lived in Oregon, you | 10:55:06 |

**EXHIBIT 1/6**

```
 1    STATE OF CALIFORNIA   )
                            ) SS.
 2    COUNTY OF VENTURA     )

 3         I, John M. Taxter, a California Certified

 4    Shorthand Reporter, Certificate No. 3579, a

 5    Registered Professional Reporter, do hereby

 6    certify:

 7         That the foregoing proceedings were taken

 8    before me at the time and place therein set forth,

 9    at which time the deponent was put under oath by

10    me; that the testimony of the deponent and all

11    objections made at the time of the examination

12    were recorded stenographically by me and were

13    thereafter transcribed; that the foregoing is a

14    true and correct transcript of my shorthand notes

15    so taken.

16         I further certify that I am neither counsel

17    for nor related to any party to said action.

18         The dismantling, unsealing, or unbinding of

19    the original transcript will render the Reporter's

20    Certificate null and void.

21         Pursuant to Federal Rule 30(e), transcript

22    review was requested.

23    Dated May 22, 2024.

24    _____
                        JOHN M. TAXTER
25                      California Certified Shorthand
                        Reporter No. 3579, RPR
```

**Abrams, Mah & Kahn**                                    320

**EXHIBIT 1/7**

1

2

3

4           I, John M. Taxter , Certified Shorthand Reporter,

5      CSR No.    3579, hereby certify:

6         The foregoing is a true and correct copy of the

7    original transcript of the proceedings taken by me

8    as thereon stated.

9

10

11

12    Dated:    May 23, 2024

13

14

15

16    _____

17                John Taxter, CSR No. 3579

18

19

20

21

22

23

24

25

**Abrams, Mah & Kahn**

**EXHIBIT 1/8**