| | |
|---|---|
| 1 | DOLORES Y. LEAL (134176) |
| 2 | OLIVIA FLECHSIG (334880) |
|   | ALLRED, MAROKO & GOLDBERG |
| 3 | 6300 Wilshire Blvd. Suite 1500 |
|   | Los Angeles, CA 90048-5217 |
| 4 | (323) 653-6530 |
|   | dleal@amglaw.com |
| 5 | oflechsig@amglaw.com |

**Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK SNOOKAL, an individual, | ) | CASE NO.: 2:23-cv-6302-HDV-AJR |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING PLAINTIFF MARK SNOOKAL'S MOTION IN LIMINE NO. 4 TO EXCLUDE REFERENCE TO PLAINTIFF'S CARDIAC MEDICAL HISTORY AFTER SEPTEMBER 2019** |
| vs. | ) | |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | ) | [*Filed concurrently with Plaintiff's Notice of Motion and Motion in Limine No. 4 to Exclude Reference to Plaintiff's Cardiac Medical History after September 2019; and Declaration of Olivia Flechsig in Support Thereof*] |
| Defendants. | ) | District Judge: Hon. Hernan D. Vera |
| | ) | Magistrate Judge: Hon. A. Joel Richlin |
| | ) | Action Filed: August 3, 2023 |
| | ) | Trial Date: August 19, 2025 |
| | ) | |
| | ) | Hearing Date: July 24, 2025 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Courtroom: 5B |

1

[PROPOSED] ORDER GRANTING PLAINTIFF MARK SNOOKAL'S MOTION IN LIMINE NO. 4 TO EXCLUDE REFERENCE TO PLAINTIFF'S CARDIAC MEDICAL HISTORY AFTER SEPTEMBER 2019

1  On July 24, 2025 at 10:00 a.m. in Courtroom 5B of the above-entitled Court, located at 350
2  W. First Street, Los Angeles, CA 90012, Plaintiff Mark Snookal's ("Plaintiff's") Motion in Limine
3  No. 4 to Exclude Reference to Plaintiff's Cardiac Medical History after September 2019, came on
4  regularly for hearing. All Parties were represented by their counsel.
5  After consideration of the papers and oral argument, the Court finds good cause therefore
6  and GRANTS Plaintiff's Motion in Limine No. 4 because the evidence in question does not pass
7  the minimal relevance threshold required by Federal Rule of Evidence 401.
8  Defendant, its counsel, and its witnesses are precluded from asking questions about,
9  attempting to introduce evidence of, and/or referring to Plaintiff's Cardiac Medical History after
10 September 2019.

12 IT IS SO ORDERED.

15 DATE: _____    _____
16                              Honorable Hernán D. Vera
                                 United States District Court Judge