1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   TRACEY A. KENNEDY, Cal Bar No. 150782
3  ROBERT E. MUSSIG, Cal. Bar No. 240369
   H. SARAH FAN, Cal. Bar No. 328282
4  350 South Grand Avenue, 40th Floor
   Los Angeles, CA 90071-3460
5  Telephone:  213.620.1780
   Facsimile:  213.620.1398
6  E-mail:      tkennedy@sheppardmullin.com
                rmussig@sheppardmullin.com
7               sfan@sheppardmullin.com

8  Attorneys for Defendant.
   CHEVRON U.S.A. INC.,
9  a Pennsylvania corporation

10

11                  UNITED STATES DISTRICT COURT

12       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

13  MARK SNOOKAL, an individual,           Case No. 2:23-cv-6302-HDV-AJR

14            Plaintiff,                   **DEFENDANT CHEVRON U.S.A.,
                                           INC.'S NOTICE OF MOTION AND
15       vs.                               MOTION IN LIMINE NO. 1 TO
                                           EXCLUDE EVIDENCE OR
16  CHEVRON USA, INC., a California        TESTIMONY OF ANY SUBJECTIVE
    Corporation, and DOES 1 through 10,    OPINION OR BELIEF BY PLAINTIFF
17  inclusive,                             REGARDING HIS PAST OR FUTURE
                                           ECONOMIC DAMAGES**
18            Defendants.

19                                         Date:    July 24, 2025
                                           Time:    10:00 a.m.
20                                         Place:  Courtroom 5B – Fifth Floor

21                                         District Judge: Hon. Hernán De. Vera
                                           Magistrate Judge: Hon. A. Joel Richlin
22
                                           Action Filed: August 3, 2023
23                                         Trial Date: August 19, 2025

24

25

26

27

28

                                        -1-                  Case No. 2:23-cv-6302-HDV-AJR

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Tuesday, July 24, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Hernán D. Vera, located in the First Street U.S. Courthouse, Courtroom 5B, 350 West 1st Street, Los Angeles, California 90012, Defendant Chevron U.S.A. Inc., a Pennsylvania corporation ("Chevron U.S.A.") will move and hereby does move for an order barring Plaintiff Mark Snookal ("Plaintiff") from introducing the subjective opinions and beliefs of Plaintiff and his witnesses regarding Plaintiff's past and future economic damages pursuant to Federal Rules of Evidence 402, 403, 701 and 702.

This motion is made following the conference of counsel pursuant to C.D. Cal. Local Rule 7-3, which took place on June 17, 2025, and in writing on June 19, 2025.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Robert Mussig, all pleadings, papers and other documentary materials in the Court's file for this action, those matters of which this Court may or must take judicial notice, and such other matters as this Court may consider in connection with the hearing on this matter.


Dated:  July 8, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By _____ */s/ Tracey A. Kennedy*
TRACEY A. KENNEDY
ROBERT E. MUSSIG
H. SARAH FAN
Attorneys for Defendant
CHEVRON U.S.A. INC.,
a Pennsylvania Corporation

SMRH:4928-1183-2659.1

Case No. 2:23-cv-6302-HDV-AJR
DEFENDANT'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1