# EXHIBIT A

1                    UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4

5    MARK SNOOKAL, an individual,      )
                                       )
6              Plaintiff,              )
                                       )
7         v.                           )   NO. 2:23-cv-6302-
                                       )        HDV-AJR
8    CHEVRON USA, INC., a California   )
     Corporation, and DOES 1 through   )
9    10, inclusive,                    )
                                       )
10             Defendants.             )
     _____)

11

12

13

14

15

16

17              Videotaped deposition of MARK JORDAN

18      SNOOKAL, Plaintiff, taken on behalf of Defendants

19      at 333 South Hope Street, 43rd Floor, Los Angeles,

20      California, commencing at 10:00 a.m. on Friday,

21      May 10, 2024, before John M. Taxter, Certified

22      Shorthand Reporter No. 3579 in and for the State

23      of California, a Registered Professional Reporter.

24

25

```
 1      APPEARANCES OF COUNSEL:

 2

 3

 4      FOR PLAINTIFF MARK JORDAN SNOOKAL:

 5              ALLRED, MAROKO & GOLDBERG
                BY:  DOLORES Y. LEAL, Attorney at Law
 6              6300 Wilshire Boulevard, Suite 1500
                Los Angeles, California  90048-5217
 7              323.653.6530
                dleal@amglaw.com
 8

 9

10      FOR DEFENDANT CHEVRON USA, INC.:

11              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                BY:  ROBERT E. MUSSIG, Attorney at Law
12              333 South Hope Street, 43rd Floor
                Los Angeles, California  90071-1422
13              213.620.1780
                rmussig@sheppardmullin.com
14
                        -and-
15
                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
16              BY:  LINDA Z. SHEN, Attorney at Law
                501 West Broadway, 18th Floor
17              San Diego, California  92101-3598
                619.338.6500
18              lshen@sheppardmullin.com

19

20

21      VIDEOGRAPHER:

22              GIGI FADICH

23

24

25
```

Exhibit A
p. 3

| | | |
|---|---|---|
| 1 | Q    Okay.  And so this 55 percent is the big | 16:52:10 |
| 2 | difference; right? | 16:52:14 |
| 3 | A    Yes. | 16:52:15 |
| 4 | Q    And that's tax-free? | 16:52:15 |
| 5 | A    It is. | 16:52:17 |
| 6 | Q    And then what do you mean by you "only | 16:52:19 |
| 7 | work six months"? | 16:52:21 |
| 8 | A    It's a rotational assignment, so you go | 16:52:22 |
| 9 | for 28 days, and you come home for 28 days, then | 16:52:24 |
| 10 | you go back for 28 days -- | 16:52:28 |
| 11 | Q    Okay. | 16:52:30 |
| 12 | A    -- and so -- | 16:52:32 |
| 13 | Q    That ends up working six months out of | 16:52:32 |
| 14 | the year? | 16:52:35 |
| 15 | A    It's about six months. | 16:52:35 |
| 16 | Q    Okay.  Anything else that would have | 16:52:37 |
| 17 | changed? | 16:52:38 |
| 18 | A    The Escravos position was a PSG 23, 24, | 16:52:39 |
| 19 | and Chevron has policies against keeping people | 16:52:45 |
| 20 | outside of the job's pay scale for, you know, six | 16:52:49 |
| 21 | months, six to 12 months.  So usually after six | 16:52:54 |
| 22 | months, if you're moved into a job that has a | 16:52:57 |
| 23 | higher pay scale, they'll re-evaluate you, and | 16:53:00 |
| 24 | generally speaking they'll move you up to that | 16:53:04 |
| 25 | lower pay grade. | 16:53:06 |

| | | | |
|---|---|---|---|
| 1 | Q | So -- and you were a PSG 22 at the time? | 16:53:07 |
| 2 | A | That's correct. | 16:53:10 |
| 3 | Q | And so after six months in Escravos you | 16:53:11 |
| 4 | | might have been moved up to a PSG 23? | 16:53:13 |
| 5 | A | Correct. | 16:53:16 |
| 6 | Q | And do you know what the difference in | 16:53:16 |
| 7 | | salary would have been? | 16:53:17 |
| 8 | A | No. | 16:53:17 |
| 9 | Q | Now, what was the assignment in terms of | 16:53:26 |
| 10 | | term?  Was it a one-year assignment? a three-year | 16:53:32 |
| 11 | | assignment? a six-month assignment? | 16:53:34 |
| 12 | A | A three- to four-"month" -- or three- to | 16:53:38 |
| 13 | | four-year assignment. | 16:53:41 |
| 14 | Q | And are you aware that the person who | 16:53:43 |
| 15 | | eventually got that job was let go as part of the | 16:53:46 |
| 16 | | reorganization? | 16:53:49 |
| 17 | A | That wasn't what I was told. | 16:53:50 |
| 18 | Q | Okay.  What were you told? | 16:53:52 |
| 19 | A | He quit. | 16:53:54 |
| 20 | Q | What's his name? | 16:53:58 |
| 21 | A | I don't know his name.  They just told | 16:54:00 |
| 22 | | me he quit. | 16:54:01 |
| 23 | Q | Who told you he quit? | 16:54:03 |
| 24 | A | Actually, I'm not sure I'm supposed to | 16:54:07 |
| 25 | | say it.  So we had mediation with the DFEH. | 16:54:10 |

| | | |
|---|---|---|
| 1 | I suppose your PSG might have gone up, | 17:00:09 |
| 2 | but you would have gone back to essentially the | 17:00:12 |
| 3 | same salary with a slight bump? | 17:00:16 |
| 4 | MS. LEAL:  Calls for speculation. | 17:00:17 |
| 5 | THE WITNESS:  If I had come back to the | 17:00:18 |
| 6 | U.S. | 17:00:20 |
| 7 | BY MR. MUSSIG: | 17:00:20 |
| 8 | Q    Did you have plans to stay in Escravos | 17:00:22 |
| 9 | indefinitely? | 17:00:24 |
| 10 | A    I had plans to stay in an overseas | 17:00:25 |
| 11 | position for 11 years. | 17:00:29 |
| 12 | Q    And why 11 years? | 17:00:32 |
| 13 | A    My son was in private school that I | 17:00:33 |
| 14 | wanted to pay for through high school, so two | 17:00:38 |
| 15 | years of junior high, four years of high school, | 17:00:40 |
| 16 | and saving money for college.  And that's three | 17:00:43 |
| 17 | rotations with an average of three and a half | 17:00:53 |
| 18 | years-ish. | 17:00:56 |
| 19 | Q    But no guarantee you would have gotten | 17:01:01 |
| 20 | the -- the assignment again; right? | 17:01:04 |
| 21 | A    No. | 17:01:06 |
| 22 | Q    "No," that's not right, or, "yes," | 17:01:08 |
| 23 | that's right? | 17:01:09 |
| 24 | A    No, there's no guarantee. | 17:01:09 |
| 25 | Q    Did you remain a PSG 22 for the rest of | 17:01:12 |

| | | |
|---|---|---|
| 1 | your time at Chevron? | 17:01:26 |
| 2 | A    I did. | 17:01:26 |
| 3 | Q    Do you know what percentage of Chevron | 17:01:30 |
| 4 | employees are promoted to PSG 23?  Do you have any | 17:01:32 |
| 5 | estimate? | 17:01:35 |
| 6 | A    I do not. | 17:01:36 |
| 7 | Q    Are you aware -- maybe you're not -- | 17:01:38 |
| 8 | that promotions become harder as you advance up | 17:01:41 |
| 9 | the PS -- pay salary grade scale? | 17:01:44 |
| 10 | A    I am aware of that. | 17:01:47 |
| 11 | Q    And would you agree that just because an | 17:01:51 |
| 12 | employee at PSG 22 receives performance ratings of | 17:01:54 |
| 13 | meets expectations doesn't mean he'll eventually | 17:01:58 |
| 14 | receive a promotion to PSG 23? | 17:02:02 |
| 15 | MS. LEAL:  Calls for speculation. | 17:02:04 |
| 16 | THE WITNESS:  It is my understanding | 17:02:06 |
| 17 | that that's true, but I don't know that that's | 17:02:06 |
| 18 | always true. | 17:02:09 |
| 19 | BY MR. MUSSIG: | 17:02:10 |
| 20 | Q    Did anyone tell you that you were going | 17:02:11 |
| 21 | to advance to PSG "3" in the REM position in | 17:02:12 |
| 22 | Escravos? | 17:02:16 |
| 23 | A    I don't recall. | 17:02:17 |
| 24 | Q    Would you agree that, as a result of the | 17:02:41 |
| 25 | COVID-19 pandemic, advancement opportunities at | 17:02:45 |



1               DEPONENT'S DECLARATION

2

3          I, MARK JORDAN SNOOKAL, hereby declare:

4          I have read the foregoing deposition,  I

5     identify it as my own, and I have made any

6     corrections, additions or deletions that I was

7     desirous of making in order to render the within

8     transcript true and correct.

9

10    _____,_____.
                  (Date)                    (City and State)

11

12                              _____
                                      (Signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit A
p. 8

```
 1    STATE OF CALIFORNIA  )
                           ) SS.
 2    COUNTY OF VENTURA    )

 3         I, John M. Taxter, a California Certified

 4    Shorthand Reporter, Certificate No. 3579, a

 5    Registered Professional Reporter, do hereby

 6    certify:

 7         That the foregoing proceedings were taken

 8    before me at the time and place therein set forth,

 9    at which time the deponent was put under oath by

10    me; that the testimony of the deponent and all

11    objections made at the time of the examination

12    were recorded stenographically by me and were

13    thereafter transcribed; that the foregoing is a

14    true and correct transcript of my shorthand notes

15    so taken.

16         I further certify that I am neither counsel

17    for nor related to any party to said action.

18         The dismantling, unsealing, or unbinding of

19    the original transcript will render the Reporter's

20    Certificate null and void.

21         Pursuant to Federal Rule 30(e), transcript

22    review was requested.

23    Dated May 22, 2024.

24                          _____
                            JOHN M. TAXTER
25                          California Certified Shorthand
                            Reporter No. 3579, RPR
```

1

2

3

4          I, John M. Taxter , Certified Shorthand Reporter,

5     CSR No.   3579, hereby certify:

6          The foregoing is a true and correct copy of the

7     original transcript of the proceedings taken by me

8     as thereon stated.

9

10

11

12     Dated:   May 23, 2024

13

14

15

16     _____

17              John Taxter, CSR No. 3579

18

19

20

21

22

23

24

25

**Abrams, Mah & Kahn**

# EXHIBIT B

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4   MARK SNOOKAL, an individual,   )
                                   )
5                                  )
                 Plaintiff,        )
6                                  )
                                   )
7        vs.                       )   CASE No.
                                   )   2:23-cv-6302
8                                  )   HDV-AJR
    CHEVRON USA, INC., a California )
9   Corporation and DOES 1 through )
    10, inclusive,                 )
10                                 )
                                   )
11               Defendants.       )
    _____)

12

13

14

15      Videotaped Remote Deposition via Zoom videoconference

16   of CHARLES L. BAUM, Ph.D., taken on behalf of Defendant

17   Chevron USA, Inc., at Nashville, Tennessee, commencing at

18   9:31 a.m., Monday, February 10, 2025, before Marivon H.

19   Christine, CSR No. 3735.

20

21

22

23

24

25

```
 1   APPEARANCES OF COUNSEL:

 2

 3       For the Plaintiff:

 4           ALLRED, MAROKO & GOLDBERG
             BY:  DOLORES LEAL, ESQ.
 5           6300 Wilshire Boulevard
             Suite 1500
 6           Los Angeles, California  90048
             (323) 653-6530
 7           dleal@amglaw.com

 8

 9       For the Defendant:

10           SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
             BY:  TRACEY A. KENNEDY, ESQ.
11           350 South Grand Avenue
             40th Floor
12           Los Angeles, California  90071
             (213) 620-1780
13           tkennedy@sheppardmullin.com

14

15   ALSO PRESENT:

16           Blake Jones, Videographer

17

18

19

20

21

22

23

24

25
```

1                              I N D E X

2

3     DEPONENT                  EXAMINED BY                PAGE

4     CHARLES L. BAUM, Ph.D.      MS. KENNEDY               5

5

6     EXHIBITS FOR IDENTIFICATION

7     1    Expert Report of Charles L. Baum, Ph.D.       7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    opinion that under Scenario No. 1 that Mr. Snookal's

2    economic loss is $2,714,283?

3        A    Yes.  This is the difference in the projected

4    compensation stream for Mr. Snookal if he had remained at

5    Chevron with the promotion to the position in Nigeria and        09:57

6    Mr. Snookal's projected and actual earnings from

7    replacement employment.

8        Q    So for the promotion in Nigeria how long -- or

9    strike that.

10           For the promotion in Nigeria how long did you        09:57

11   assume or use as part of your calculation that he would be

12   in Nigeria in that position?

13       A    My economic loss calculations remain to the end

14   of his worklife expectancy, although I do adjust them in

15   future years for the likelihood he would have remained        09:57

16   employed for Chevron.

17           So I'm not assuming that he would have remained

18   employed for Chevron until retirement with 100 percent

19   certainty.  I recognize that there's a chance in the

20   future that he would have gone to work for somebody else,        09:58

21   but I considered economic losses to the end of his

22   worklife expectancy.

23           Now, I realize that the position in Nigeria had a

24   time limit, but in my calculations I assumed that at the

25   end of that time limit one of several things would have        09:58

1    occurred.

2          He would have been renewed in this position in

3    Nigeria or he would have gone to a position in another

4    country or he would have maintained some position at

5    Chevron where his compensation would have been at that          09:58

6    level.

7          Maybe that involves him staying in the position

8    in Nigeria, but it also could involve him moving to

9    another position with comparable compensation.

10    Q    Were you provided any information as to how long          09:58

11    this person who actually got the job in Nigeria actually

12    held on to that job or stayed in that position?

13    A    I was not provided any information on that at the

14    time I wrote my report, no.

15    Q    Did you take into account in looking at the               09:59

16    economic -- past economic losses take into account COVID

17    as a mitigating factor in economic damages, in losses,

18    longevity, and his position in Nigeria?

19    A    No.

20    Q    In looking at your report, looking at the tables,        09:59

21    where would I find sort of the cumulative economic -- past

22    economic losses for Mr. Snookal?

23    A    Sure.  If you go in my report to the tables, and

24    let's go to Table No. 1, which corresponds to Scenario

25    No. 1, I provide a running cumulative total through each     09:59

1                DECLARATION UNDER PENALTY OF PERJURY

2

3          I hereby declare under penalty of perjury that

4    the foregoing is my deposition under oath including the

5    questions asked of me and my answers thereto; that I

6    have read same and have made the necessary corrections,

7    additions, or changes to my answers that I deem

8    necessary.

9          In witness thereof, I hereby subscribe my name

10   this _____day of _____, _____.

11

12

13

14                              _____

15                              CHARLES BAUM, Ph.D.

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

OF

CERTIFIED SHORTHAND REPORTER


        The undersigned Certified Shorthand Reporter

of the State of California does hereby certify:

        That the foregoing proceeding was taken

remotely before me at the time and place therein set

forth, at which time the witness was duly sworn by me;

        That the testimony of the witness and all

objections made at the time of the examination were

recorded stenographically by me and were thereafter

transcribed, said transcript being a true and correct

copy of my shorthand notes thereof;

        I hereby certify that I am not interested in

the event of the action.

        IN WITNESS WHEREOF, I have subscribed my name


this date: February 17, 2025.



_____

MARIVON H. CHRISTINE, CSR
Certificate No. 3735

1

2

3

4      Marivon H. Christine, Certified Shorthand Reporter,

5   CSR No.   3735, hereby certify:

6      The foregoing is a true and correct copy of the

7   original transcript of the proceedings taken by me

8   as thereon stated.

9

10

11

12   Dated:   February 24, 2025
                _____

13

14

15

16                    MARIVON H. CHRISTINE, CSR, RPR

17                    Certificate No. 3735

18

19

20

21

22

23

24

25

# EXHIBIT C

Exhibit C
p. 20

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARK SNOOKAL, an individual,

     Plaintiff,

v.

CHEVRON USA, INC., a California
Corporation, and DOES 1 through
10, inclusive,

     Defendants.

CASE NO.: 2-23-cv-6302

EXPERT REPORT OF CHARLES L. BAUM, PH.D.

August 16, 2024

ECONOMIC LOSS APPRAISAL IN THE CASE OF MARK SNOOKAL

1.     I am Charles L. Baum II, Ph.D., a professor of economics and finance at Middle Tennessee State University. I have a Ph.D. in economics from the University of North Carolina at Chapel Hill and a B.A. in political science and a B.A. in economics from Wake Forest University. My full curriculum vita is provided as Exhibit A. Neither I nor my opinions represent Middle Tennessee State University, the University of North Carolina at Chapel Hill, or Wake Forest University in this matter. I generate this report on behalf of Baum Economics LLC.



M. Christine, #3735
Baum, Ph.D.
2/10/2025

Exhibit C
p. 21

2.    I have been asked to provide an analysis of the lost earnings and lost employment benefits for Mark Snookal (Mr. Snookal) due to the rescission of a position in Nigeria by Chevron USA, Inc. (Chevron) in or around August 2019 and a subsequent employment termination from Chevron in or around September 2021.

3.    In return for this report, I am compensated at a rate of $275 per hour by the plaintiff.

4.    I am not asked to provide, nor do I plan to provide, an expert opinion on liability, legal issues, or the law.  I attempt to follow guidance provided by case law in my calculations.

5.    It is my understanding Mr. Snookal was born April 13, 1972, is a high school graduate, and lived in Los Angeles (Los Angeles County), California, with his wife, Constance (born July 24, 1972), and son, Benjamin (born September 5, 2006).

6.    It is my understanding Mr. Snookal was hired by Chevron on January 12, 2009 as an analyzer designs engineer in the technical services department at the El Segundo refinery (designing and engineering functions for the installation of analyzer systems) and was promoted in 2011 to maintenance supervisor in the analyzer and digital group (creating and implementing three-year plans for needed changes and to improve performance), in 2013 to analyzer reliability improvement champion in the technical services department (developing and implementing the analyzer reliability program for the entire El Segundo facility), and in 2016 to instrumentation, electrical, and analyzer reliability team lead in the reliability department (leading a team responsible for inspecting, testing, and maintaining instrumentation and electrical and analyzer assets).

7.    It is my understanding Mr. Snookal in 2019 applied for the position of reliability engineer manager (REM) in Nigeria, which would have had a grade-22 salary with a promotion to a grade-23 salary after no more than 6 months, and Chevron offered Mr. Snookal this position, to begin August 1, 2019.

8.    It is my understanding Mr. Snookal, as part of the process of being transferred to Nigeria, was required to undergo a medical screening, and after this screening, Chevron deemed Mr. Snookal unfit for duty (due at least partly to cardiology issues) and rescinded the job offer without attempting to make reasonable accommodations.

9.    It is my understanding Mr. Snookal later applied for three additional job openings at Chevron (i.e., operating assistant, general team lead, and maintenance change

Exhibit C
p. 22

operating assistant) that would have constituted promotions, but these positions were offered to younger workers.

10.    It is my understanding Mr. Snookal was demoted by Chevron (to reliability change operating assistant, a non-supervisory position), which resulted in depression, and he was essentially forced to resign (i.e., was constructively discharged) in September 2021.

11.    It is my understanding Mr. Snookal believes his employment termination from Chevron constitutes a failure to accommodate a disability and is discriminatory, wrongful, and in violation of California statutes and public policy.

12.    It is my understanding Mr. Snookal just prior to leaving Chevron diligently searched for replacement employment in good faith and found another job working for Nippon Dynawave Packaging Co. as a maintenance superintendent from September 2021 to September 2023 and for Georgia Pacific beginning September 2023, where he remains currently employed.

13.    According to documents I have reviewed, Mr. Snookal had taxable income of $179,475 in 2021, $143,145 in 2022, and $179,623 in 2023.

14.    According to documents I have reviewed, Mr. Snookal earned from Chevron in 2018 base pay equal to $136,100 plus $22,800 in company, unit, and individual performance incentives (or bonuses) (for a total of $158,900 in wage and salary income, with performance incentives equal to 16.75 percent of base pay) with employee medical insurance contributions of $4,560, employee dental insurance contributions of $180 and $120, employee vision insurance contributions of $337, employer pension contributions of $20,629, and employer ESIP benefits of $12,612.

15.    According to documents I have reviewed, Mr. Snookal with an assignment to Nigeria would have received a base salary of $141,100 per year with company, unit, and individual performance incentives (or bonuses), additional pay for unused vacation days, a location premium (a base-pay adjustment factor of 55 percent), tax equalization payments on the location premium, and a travel allowance (with employment benefits calculated on base salary, not including the location premium or travel allowance).  Mr. Snookal would have received the pay increase to $141,100 per year with company, unit, and individual performance incentives in 2019 with or without the assignment to Nigeria.

16.    According to documents I have reviewed, Mr. Snookal had earnings from Chevron of $161,243.36 in 2019 and $155,628.57 in 2020 with health insurance

Exhibit C
p. 23

benefits, pension benefits, and employer ESIP contributions equal to up to 8 percent of earnings.

17. According to documents I have reviewed, Mr. Snookal's pension benefits through Chevron would have equaled 11 percent of highest average-five earnings multiplied by years of service up to age 60 plus 14 percent of highest average-five earnings multiplied by years of service beyond age 60 as a lump sum with retirement between the ages of 60 and 65.

18. According to documents I have reviewed, Mr. Snookal received a base salary of $150,000 per year from Nippon Dynawave Packaging Company (in year-2021 dollars), with the ability to earn a bonus targeted to be 20 percent of earnings, health insurance benefits, and retirement benefits equal to 3 to 4 percent of earnings.

19. It is my understanding Mr. Snookal receives a base salary of $180,000 per year from Georgia Pacific (in year-2024 dollars), with the ability to earn a bonus targeted to be 2 to 3 percent of earnings, health insurance benefits, and retirement benefits equal to up to 8.5 to 10.5 percent of earnings.

20. In this analysis, based on the assumption that paragraphs 5-19 are true, I calculate the economic losses to Mr. Snookal in the form of lost earnings and lost employment benefits due to the recission of a position in Nigeria by Chevron and an employment termination from Chevron.

21. **The present value of the economic losses to Mr. Snookal is calculated to range from $2,714,283 (from the employment termination and the position recission but no promotion to a grade-23 salary) to $3,477,885 (from the employment termination and the recission of the position in Nigeria with the promotion to a grade-23 salary).**

22. The case-related documents used to prepare this analysis are listed in Exhibit B and other references are listed in Exhibit C.

23. Federal courts in Ninth Circuit employment cases allow recovery for lost earnings as part of the process of making the injured party whole (*Albemarle Paper Co. v. Moody,* 422 U.S. 405, 418, 95 S.Ct. 2362, 2372, 45 L.Ed.2d 280 (1975)). Lost pay from the time of the discrimination to the trial (back pay) and after the trial (front pay) are both recoverable (*Thorne v. City of El Segundo,* 802 F.2d 1131, 1136 (9th Cir.1986); *Cassino v. Reichhold Chemicals, Inc.,* 817 F.2d 1338, 1346 (9th Cir.1987); Baum, 2021).

Exhibit C
p. 24

24.    Lost employment benefits, such as insurance and retirement benefits, are recoverable in Ninth Circuit employment cases (*Cassino v. Reichhold Chemicals, Inc.,* 817 F.2d 1338, 1348 (9th Cir.1987); *Kelly v. Am. Standard, Inc.,* 640 F.2d 974, 985 (9th Cir.1981)).  The pecuniary value for employee benefits is typically measured by the actual cost to employers (*Galindo v. Stoody,* 793 F.2d 1502, 1517 (9th Cir.1986)).  Health and life insurance in the Ninth Circuit are valued differently—as out-of-pocket replacement costs incurred by the terminated plaintiff, rather than the cost of the premiums to the terminating employer (*E.E.O.C. v. Farmer Bros. Co.,* 31 F.3d 891, 902 (9th Cir.1994)).  If the terminated worker did not replace the lost health insurance, then the medical costs while uninsured that would have been paid by the defendant's insurance plan may be awarded as damages as well.

25.    The economic loss is the present value of the difference in Mr. Snookal's projected earnings and employment benefits at Chevron absent Chevron's recission of the position in Nigeria and his employment termination minus his actual and projected earnings and employment benefits from Chevron and replacement employment.

26.    A projected trial date of February 4, 2025 date of is used to develop a calculation of the economic losses.

27.    The first part of the calculation is the loss from the pre-trial period, which is August 1, 2019 (the date of Chevron's recission of the position in Nigeria) through February 4, 2025.  The second part is the loss from the post-trial period from February 5, 2025 through February 23, 2035, which is the period represented by Mr. Snookal's remaining worklife expectancy (13.47 years) from the time of his employment termination (Skoog, Ciecka, and Krueger, 2019).  Worklife expectancies are derived from Markov increment-decrement models, which are based on survival probabilities calculated using the U.S. Life Tables and employment transition probabilities calculated with Current Population Survey (CPS) data.

28.    In a first scenario, shown in Table 1, I assume Mr. Snookal absent his employment termination is transferred to a position in Nigeria with a location premium of 55 percent by August 1, 2019 (but that he is not then promoted to a grade-23 salary position).  I project Mr. Snookal absent his employment termination from Chevron would have continued earning $161,243.36 per year (in year-2019 dollars), which equals Mr. Snookal's earnings from Chevron in 2019, the last full calendar year before his employment termination.  Mr. Snookal's base pay of $141,100 with company, unit, and individual performance incentives equal

Exhibit C
p. 25

to 16.75 percent of base pay is $164,734 per year.

29.    Mr. Snookal's future earnings are assumed to grow over time with price inflation and productivity (Becker, 1975; Ben-Porath, 1967; Gilbert, 1997).  Wages tend to increase over time with prices to maintain purchasing power, and wages tend to increase over time as workers become more productive with the newest and latest technologies. Workers also become more productive over their careers as they acquire work experience and learn new skills on the job.

30.    I project future wage inflation using a rate of 3.33 percent per year.  Over the past 10 years, the average annual growth rate in weekly earnings for production and nonsupervisory employees in the private sector in the Current Employment Statistics (CES), in the wages and salaries of all civilian workers in the Employment Cost Index (ECI), and in wages for covered workers reported by the Social Security Administration (SSA) has been 3.63 percent, and over the past 20 years, the average rate of annual wage growth in CES, ECI, and SSA data has been 3.13 percent (Bureau of Labor Statistics, 2024a, 2024b).  The Congressional Budget Office forecasts wage growth for civilian workers of 3.00 percent per year in 10 years, and the Social Security Advisory Board predicts long-term wage growth for covered workers of 3.56 percent annually (Congressional Budget Office, 2024; Social Security Trustees Report, 2024).

31.    I include the value of lost employment benefits in the economic loss calculations.

32.    I include the value of supplemental pay for 25 unused vacation days (multiplied by a factor of 1.4, as per Chevron policy) and the value of tax equalization benefits on the location premium (valued at 13.53 percent of the location premium or 7.44 percent of base pay, according to Chevron's remuneration report for Mr. Snookal).

33.    I project Mr. Snookal absent his employment termination would have continued receiving employer ESIP contributions equal to 8 percent of earnings.

34.    I project Mr. Snookal, absent his employment termination, would have continued receiving government-mandated employment benefits.  Government-mandated employment benefits equal the employer-paid portion of the payroll tax (OASDI), which is 6.2 percent of earnings up to the Social Security wage base, which is $137,700 for 2020, $142,800 for 2021, $147,000 for 2022, $160,200 for 2023, and $168,600 for 2024 for the Social Security's Old-Age, Survivors, and Disability Insurance program (Social Security Administration, 2024a).  The 1.45 percent payroll tax for Medicare is not included in the economic losses.  Future Social Security wages bases are assumed to increase at the rate of price inflation.

Exhibit C
p. 26

35.    Future price inflation is projected to be 2.50 percent per year.  Over the past 10 years, the average rate of annual price inflation, as measured by the Consumer Price Index, has been 2.74 percent, and over the past 20 years, it has been 2.57 percent per year (Bureau of Labor Statistics, 2024c).  The Congressional Budget Office forecasts price inflation of 2.30 percent annually in 10 years, and the Social Security Advisory Board predicts long-term price inflation of 2.40 percent per year (Congressional Budget Office, 2024; Social Security Trustees Report, 2024).

36.    I deduct from the economic losses Mr. Snookal's actual and projected earnings and the value of employment benefits from Chevron (without a transfer to a position in Nigeria) and replacement employment.  This equals $161,243.36 in 2019, $155,628.57 in 2020, $179,475 in 2021, $143,145 in 2022, and $179,623 in 2023, with Chevron ESIP benefits equal to 8 percent of earnings from Chevron, employer-matching retirement contributions equal to 4 percent of earnings from Nippon Dynawave Packaging Co., and employer-matching retirement contributions equal to 9.5 percent of earnings from Georgia Pacific and with employer Social Security contributions from all employers equal to 6.2 percent of earnings up to the Social Security wage base, described above.  Thereafter, I project Mr. Snookal earns $180,000 per year (in year-2023 dollars) from Georgia Pacific with a 3 percent bonus.  As before, I project Mr. Snookal's earnings to increase at the rate of wage growth, described above.

37.    Throughout the analysis, losses are adjusted for the annual probability Mr. Snookal would have remained employed by Chevron in each future year of the analysis (see estimation procedures in Baum, 2013).  These annual probabilities are calculated using regression model parameters estimated with data collected by the Bureau of Labor Statistics through the National Longitudinal Survey of Youth.  These estimates are adjusted for and are specific to Mr. Snookal's gender, age, education level, wage rate, occupation, and tenure with the defendants and are adjusted for economic conditions.  Shown in the Tables is the yearly survival probability for the period from 2025 throughout the analysis with Chevron.  The survival probability is derived from annual hazard rates.  The hazard rate is the conditional probability Mr. Snookal's employment for the defendant would have ended in a particular year.  The survivor rate is the cumulative of the hazard rates and is the probability Mr. Snookal would have remained employed for the defendant for a particular duration given his tenure.

38.    I project Mr. Snookal absent his employment termination would have received a lump sum pension benefit from Chevron upon retirement at the end of his worklife expectancy equal to $764,191, based on a high average-five earnings of

Exhibit C
p. 27

$263,002 and 25.74 years of service.

39.    I deduct from the economic losses the lump-sum pension benefit from Chevron Mr. Snookal will receive with his employment termination at the end of his worklife expectancy, which equals $210,227, based on a high average-five earnings of $151,251 and 12.64 years of service.

40.    I assume Mr. Snookal receives comparable medical, dental, and vision insurance benefits from Chevron and replacement employment.

41.    Future economic losses should be discounted to present cash value in federal employment cases (*Jones & Laughlin Steel Corp. v. Pfeifer,* 462 U.S. 523, 533 (1983)).  This is because an amount of money paid today if invested can grow over time with interest. The present value of a future loss is the amount today needed to equal that future sum with growth from investment interest. The U.S. Supreme Court has determined the rate of interest used for present-value discounting should be that on "the best and safest investments."  The Ninth Circuit does not specify a rate for present-value discounting, and several approaches may be used (*Gauthier v. Eastern Oregon Correctional Institution,* 2006 WL 2728957, at *4 (D.Ore.2006)).

42.    Future dollar values are discounted to present value using a rate of 3.41 percent. Over the past 10 years, the average interest rate on 1-year treasury bills, 10-year treasury notes, and 20-year treasury bonds has been 2.17 percent, and over the past 20 years, the average interest rate on 1-year treasury bills, 10-year treasury notes, and 20-year treasury bonds has been 2.66 percent (Board of Governors of the Federal Reserve System, 2024).  The Congressional Budget Office forecasts interest rates on 10-year treasury notes to be 4.10 percent in 10 years, and the Social Security Advisory Board predicts long-term interest rates on a mix of treasury securities to be 4.70 percent (Congressional Budget Office, 2024; Social Security Trustees Report, 2024).

43.    Just as a lump sum paid today can grow when invested with interest to a larger amount in the future—which motivates present value discounting of future losses—past losses could have grown to a larger amount today if invested with interest. The economic theory of the time value of money suggests past losses should be increased due to the ability to earn interest (just as future losses should be reduced to present value due to the ability to earn interest, discussed below). Pre-judgment interest makes wronged plaintiffs whole by reimbursing for the lost use of funds.

*44.*    Courts in the Ninth Circuit have the discretion to include pre-judgment interest in

Exhibit C
p. 28

the economic losses (*Domingo v. New England Fish Co.,* 727 F.2d 1429, 1446 (9th Cir.1984)).  The court in the Ninth Circuit also retains discretion over the rate to use for pre-judgment interest (*W. Pac. Fisheries, Inv. v. SS President Grant,* 730 F.2d 1280, 1288 (9th Cir.1984)). Although different interest rates have been used (including state statutory rates and the IRS rates in 26 U.S.C. § 6621), the federal post-judgement rate specified in 28 U.S.C. § 1961—the rate on 52-week treasury bills—is preferred for pre-judgment interest in the Ninth Circuit (*Blankenship v. Liberty Life Assur. Co. of Boston,* 486 F.3d 620, 628 (9th Cir.2007)).

45.     Presented in Table 1, the present value of the economic losses from lost earnings and lost employment benefits for Mr. Snookal is calculated to be $2,714,283.

46.     In a second scenario, shown in Table 2, I assume Mr. Snookal absent his employment termination is transferred to a position in Nigeria with a location premium of 55 percent by August 1, 2019, and he is then promoted to a grade-23 salary position by January 1, 2020, with Mr. Snookal receiving 85 percent of a 16 percent increase in grade pay.  Employment and pension benefits are adjusted accordingly.  As before, in this scenario, I include the value of supplemental pay for 25 unused vacation days (multiplied by a factor of 1.4, as per Chevron policy) and the value of tax equalization benefits on the location premium (valued at 13.53 percent of the location premium or 7.44 percent of base pay, according to Chevron's remuneration report for Mr. Snookal).  Otherwise, I use the same methodology and make the same assumptions as in my first scenario.  In this second scenario, the present value of the economic losses from lost earnings and employment benefits for Mr. Snookal is calculated to be $3,477,885.

47.     Given the documents and information provided by Mr. Snookal and his attorneys and given the applicable economic information available for the analysis, I believe these calculations and this analysis to be reasonable and reflective of the economic circumstances of this case.

**Exhibit C**
p. 29

48.    I reserve the right to revise this report if or when additional information becomes available.

*Charles L. Baum*

_____
Charles L. Baum, Ph.D.
Baum Economics LLC, Member
cbaum@baumeconomics.com
(615) 556-9287

Exhibit C
p. 30

Table 1: Economic Losses from Lost Earnings and Lost Employment Benefits for Mr. Snookal

| 1 Year | 2 Wage Growth Rate | 3 Chevron Earnings and Performance Pay | 4 Chevron Supplemental Vacation Pay | 5 Chevron Location Premium | 6 Chevron Tax Equalization Benefit on Location Premium | 7 Chevron ESIP Contribution | 8 Chevron Employer Social Security Contribution | 9 Actual Earnings, Performance Pay, and Bonuses | 10 Actual Retirement Benefits (or ESIP Contributions) | 11 Actual Employer Social Security Contribution | 12 Loss | 13 Tenure Prob. | 14 Chevron Pension Benefits | 15 Actual Chevron Pension Benefits | 16 Adjusted Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Past** | | | | | | | | | | | | | | | |
| 2019 | 3.22 | 161,243 | 6,442 | 36,952 | 4,999 | 12,899 | 8,240 | 161,243 | 12,899 | 8,240 | 48,393 | 1.000 | 0 | 0 | 48,393 |
| 2020 | 3.82 | 155,629 | 14,923 | 85,596 | 11,579 | 12,450 | 8,537 | 155,629 | 12,450 | 8,537 | 112,099 | 1.000 | 0 | 0 | 112,099 |
| 2021 | 6.20 | 177,781 | 17,047 | 97,779 | 13,227 | 14,222 | 8,854 | 179,475 | 11,965 | 8,854 | 128,617 | 1.000 | 0 | 0 | 128,617 |
| 2022 | 5.47 | 187,509 | 17,980 | 103,130 | 13,951 | 15,001 | 9,114 | 143,145 | 5,726 | 8,875 | 188,940 | 1.000 | 0 | 0 | 188,940 |
| 2023 | 4.34 | 195,639 | 18,760 | 107,601 | 14,556 | 15,651 | 9,932 | 179,623 | 10,478 | 9,932 | 162,105 | 1.000 | 0 | 0 | 162,105 |
| 2024 | 3.33 | 202,153 | 19,385 | 111,184 | 15,040 | 16,172 | 10,453 | 185,400 | 17,613 | 10,453 | 160,922 | 1.000 | 0 | 0 | 160,922 |
| 2025 | 3.33 | 20,030 | 1,921 | 11,017 | 1,490 | 1,602 | 1,027 | 18,370 | 1,745 | 1,027 | 15,945 | 1.000 | 0 | 0 | 15,945 |
| **Future** | | | | | | | | | | | | | | | |
| 2025 | 3.33 | 188,855 | 18,109 | 103,870 | 14,051 | 15,108 | 9,687 | 173,204 | 16,454 | 9,687 | 150,336 | 0.973 | 0 | 0 | 146,261 |
| 2026 | 3.33 | 215,841 | 20,697 | 118,713 | 16,059 | 17,267 | 10,982 | 197,953 | 18,806 | 10,982 | 171,818 | 0.953 | 0 | 0 | 163,820 |
| 2027 | 3.33 | 223,029 | 21,386 | 122,666 | 16,593 | 17,842 | 11,257 | 204,545 | 19,432 | 11,257 | 177,539 | 0.932 | 0 | 0 | 165,389 |
| 2028 | 3.33 | 230,455 | 22,098 | 126,750 | 17,146 | 18,436 | 11,538 | 211,356 | 20,079 | 11,538 | 183,451 | 0.917 | 0 | 0 | 168,344 |
| 2029 | 3.33 | 238,130 | 22,834 | 130,971 | 17,717 | 19,050 | 11,827 | 218,395 | 20,747 | 11,827 | 189,560 | 0.897 | 0 | 0 | 169,959 |
| 2030 | 3.33 | 246,059 | 23,595 | 135,333 | 18,307 | 19,685 | 12,123 | 225,667 | 21,438 | 12,123 | 195,873 | 0.877 | 0 | 0 | 171,869 |
| 2031 | 3.33 | 254,253 | 24,380 | 139,839 | 18,916 | 20,340 | 12,426 | 233,182 | 22,152 | 12,426 | 202,395 | 0.858 | 0 | 0 | 173,733 |
| 2032 | 3.33 | 262,720 | 25,192 | 144,496 | 19,546 | 21,018 | 12,736 | 240,947 | 22,890 | 12,736 | 209,135 | 0.840 | 0 | 0 | 175,631 |
| 2033 | 3.33 | 271,468 | 26,031 | 149,308 | 20,197 | 21,717 | 13,055 | 248,970 | 23,652 | 13,055 | 216,099 | 0.822 | 0 | 0 | 177,550 |
| 2034 | 3.33 | 280,508 | 26,898 | 154,279 | 20,870 | 22,441 | 13,381 | 257,261 | 24,440 | 13,381 | 223,295 | 0.804 | 0 | 0 | 179,490 |
| 2035 | 3.33 | 42,882 | 4,112 | 23,585 | 3,190 | 3,431 | 2,659 | 39,328 | 3,736 | 2,438 | 34,356 | 0.801 | 764,191 | 210,227 | 581,492 |

Exhibit C
p. 31

| 1 Year | 16 Adjusted Loss | 17 Interest | 18 Total Loss | 19 Discount Period | 20 Discount Rate | 21 Discount Factor | 22 Present Value | 23 Cumulative Value |
|---|---|---|---|---|---|---|---|---|
| **Past** | | | | | | | | |
| 2019 | 48,393 | 0 | 48,393 | N/A | 2.05 | N/A | 48,393 | 48,393 |
| 2020 | 112,099 | 184 | 112,282 | N/A | 0.38 | N/A | 112,282 | 160,675 |
| 2021 | 128,617 | 167 | 128,784 | N/A | 0.10 | N/A | 128,784 | 289,459 |
| 2022 | 188,940 | 8,190 | 197,129 | N/A | 2.79 | N/A | 197,129 | 486,588 |
| 2023 | 162,105 | 24,916 | 187,022 | N/A | 5.08 | N/A | 187,022 | 673,610 |
| 2024 | 160,922 | 33,366 | 194,287 | N/A | 5.08 | N/A | 194,287 | 867,897 |
| 2025 | 15,945 | 3,912 | 19,857 | N/A | 5.08 | N/A | 19,857 | 887,754 |
| **Future** | | | | | | | | |
| 2025 | 146,261 | 0 | 146,261 | 0.90 | 3.41 | 0.97 | 141,894 | 1,029,648 |
| 2026 | 163,820 | 0 | 163,820 | 1.00 | 3.41 | 0.94 | 153,687 | 1,183,335 |
| 2027 | 165,393 | 0 | 165,393 | 1.00 | 3.41 | 0.91 | 150,046 | 1,333,381 |
| 2028 | 168,161 | 0 | 168,161 | 1.00 | 3.41 | 0.88 | 147,527 | 1,480,908 |
| 2029 | 169,998 | 0 | 169,998 | 1.00 | 3.41 | 0.85 | 144,221 | 1,625,129 |
| 2030 | 171,855 | 0 | 171,855 | 1.00 | 3.41 | 0.82 | 140,989 | 1,766,117 |
| 2031 | 173,733 | 0 | 173,733 | 1.00 | 3.41 | 0.79 | 137,829 | 1,903,946 |
| 2032 | 175,631 | 0 | 175,631 | 1.00 | 3.41 | 0.77 | 134,740 | 2,038,686 |
| 2033 | 177,550 | 0 | 177,550 | 1.00 | 3.41 | 0.74 | 131,721 | 2,170,407 |
| 2034 | 179,490 | 0 | 179,490 | 1.00 | 3.41 | 0.72 | 128,769 | 2,299,176 |
| 2035 | 581,492 | 0 | 581,492 | 0.15 | 3.41 | 0.71 | 415,107 | 2,714,283 |

Exhibit C
p. 33

13

Table 2: Economic Losses from Lost Earnings and Lost Employment Benefits for Mr. Snookal

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Wage Growth Rate | Chevron Earnings and Performance Pay | Chevron Supplemental Vacation Pay | Chevron Location Premium \$ | Chevron Tax Equalization Benefit on Location Premium | Chevron ESIP Contribution \$ | Chevron Employer Social Security Contribution \$ | Actual Earnings, Performance Pay, and Bonuses | Actual Retirement Benefits [or ESIP Contributions] | Actual Employer Social Security Contribution \$ | Loss | Tenure Prob. | Chevron Pension Benefits | Actual Chevron Pension Benefits | Adjusted Loss |
| **Past** | | | | | | | | | | | | | | | |
| 2019 | 3.22 | 161,243 | 6,442 | 36,952 | 4,999 | 12,899 | 8,240 | 161,243 | 12,899 | 8,240 | 48,393 | 1.000 | 0 | 0 | 48,393 |
| 2020 | 3.82 | 176,795 | 16,953 | 97,237 | 13,154 | 14,144 | 8,537 | 155,629 | 12,450 | 8,537 | 150,203 | 1.000 | 0 | 0 | 150,203 |
| 2021 | 6.20 | 201,959 | 19,366 | 111,077 | 15,026 | 16,157 | 8,854 | 179,475 | 11,965 | 8,854 | 172,144 | 1.000 | 0 | 0 | 172,144 |
| 2022 | 5.47 | 213,011 | 20,426 | 117,156 | 15,848 | 17,041 | 9,114 | 143,145 | 5,726 | 9,114 | 234,849 | 1.000 | 0 | 0 | 234,849 |
| 2023 | 4.34 | 222,246 | 21,311 | 122,235 | 16,535 | 17,780 | 9,932 | 179,623 | 10,478 | 9,932 | 210,005 | 1.000 | 0 | 0 | 210,005 |
| 2024 | 3.33 | 229,646 | 22,021 | 126,305 | 17,086 | 18,372 | 10,453 | 185,400 | 17,613 | 10,453 | 210,417 | 1.000 | 0 | 0 | 210,417 |
| 2025 | 3.33 | 22,754 | 2,182 | 12,515 | 1,693 | 1,820 | 1,027 | 18,370 | 1,745 | 1,027 | 20,849 | 1.000 | 0 | 0 | 20,849 |
| **Future** | | | | | | | | | | | | | | | |
| 2025 | 3.33 | 214,539 | 20,572 | 117,997 | 15,962 | 17,163 | 9,687 | 173,204 | 16,454 | 9,687 | 196,575 | 0.973 | 0 | 0 | 191,247 |
| 2026 | 3.33 | 245,195 | 23,512 | 134,857 | 18,243 | 19,616 | 10,982 | 197,953 | 18,806 | 10,982 | 224,664 | 0.953 | 0 | 0 | 214,206 |
| 2027 | 3.33 | 253,360 | 24,295 | 139,348 | 18,850 | 20,269 | 11,257 | 204,545 | 19,432 | 11,257 | 232,145 | 0.932 | 0 | 0 | 216,262 |
| 2028 | 3.33 | 261,797 | 25,104 | 143,989 | 19,478 | 20,944 | 11,538 | 211,356 | 20,079 | 11,538 | 239,876 | 0.917 | 0 | 0 | 219,842 |
| 2029 | 3.33 | 270,515 | 25,940 | 148,783 | 20,126 | 21,641 | 11,827 | 218,395 | 20,747 | 11,827 | 247,864 | 0.897 | 0 | 0 | 222,507 |
| 2030 | 3.33 | 279,523 | 26,804 | 153,738 | 20,797 | 22,362 | 12,123 | 225,667 | 21,438 | 12,123 | 256,118 | 0.877 | 0 | 0 | 224,712 |
| 2031 | 3.33 | 288,831 | 27,696 | 158,857 | 21,489 | 23,107 | 12,426 | 233,182 | 22,152 | 12,426 | 264,646 | 0.858 | 0 | 0 | 227,168 |
| 2032 | 3.33 | 298,450 | 28,618 | 164,147 | 22,205 | 23,876 | 12,736 | 240,947 | 22,890 | 12,736 | 273,459 | 0.840 | 0 | 0 | 229,650 |
| 2033 | 3.33 | 308,388 | 29,571 | 169,613 | 22,944 | 24,671 | 13,055 | 248,970 | 23,652 | 13,055 | 282,565 | 0.822 | 0 | 0 | 232,159 |
| 2034 | 3.33 | 318,657 | 30,556 | 175,261 | 23,708 | 25,493 | 13,381 | 257,261 | 24,440 | 13,381 | 291,975 | 0.804 | 0 | 0 | 234,696 |
| 2035 | 3.33 | 48,714 | 4,671 | 26,793 | 3,624 | 3,897 | 3,020 | 39,328 | 3,736 | 2,438 | 45,217 | 0.801 | 868,121 | 210,227 | 694,124 |

14

Exhibit C
p. 34

| <u>1</u> | <u>16</u> | <u>17</u> | <u>18</u> | <u>19</u> | <u>20</u> | <u>21</u> | <u>22</u> | <u>23</u> |
|---|---|---|---|---|---|---|---|---|
| *Year* | *Adjusted Loss* | *Interest* | *Total Loss* | *Discount Period* | *Discount Rate* | *Discount Factor* | *Present Value* | *Cumulative Value* |
| **Past** | | | | | | | | |
| 2019 | 48,393 | 0 | 48,393 | N/A | 2.05 | N/A | 48,393 | 48,393 |
| 2020 | 150,203 | 184 | 150,387 | N/A | 0.38 | N/A | 150,387 | 198,779 |
| 2021 | 172,144 | 207 | 172,351 | N/A | 0.10 | N/A | 172,351 | 371,130 |
| 2022 | 234,849 | 10,502 | 245,351 | N/A | 2.79 | N/A | 245,351 | 616,482 |
| 2023 | 210,005 | 31,564 | 241,570 | N/A | 5.08 | N/A | 241,570 | 858,051 |
| 2024 | 210,417 | 42,510 | 252,927 | N/A | 5.08 | N/A | 252,927 | 1,110,978 |
| 2025 | 20,849 | 5,011 | 25,860 | N/A | 5.08 | N/A | 25,860 | 1,136,838 |
| **Future** | | | | | | | | |
| 2025 | 191,247 | 0 | 191,247 | 0.90 | 3.41 | 0.97 | 185,536 | 1,322,374 |
| 2026 | 214,206 | 0 | 214,206 | 1.00 | 3.41 | 0.94 | 200,957 | 1,523,331 |
| 2027 | 216,263 | 0 | 216,263 | 1.00 | 3.41 | 0.91 | 196,196 | 1,719,527 |
| 2028 | 219,882 | 0 | 219,882 | 1.00 | 3.41 | 0.88 | 192,902 | 1,912,429 |
| 2029 | 222,285 | 0 | 222,285 | 1.00 | 3.41 | 0.85 | 188,579 | 2,101,008 |
| 2030 | 224,713 | 0 | 224,713 | 1.00 | 3.41 | 0.82 | 184,353 | 2,285,361 |
| 2031 | 227,168 | 0 | 227,168 | 1.00 | 3.41 | 0.79 | 180,221 | 2,465,582 |
| 2032 | 229,650 | 0 | 229,650 | 1.00 | 3.41 | 0.77 | 176,183 | 2,641,765 |
| 2033 | 232,159 | 0 | 232,159 | 1.00 | 3.41 | 0.74 | 172,234 | 2,813,999 |
| 2034 | 234,696 | 0 | 234,696 | 1.00 | 3.41 | 0.72 | 168,374 | 2,982,373 |
| 2035 | 694,124 | 0 | 694,124 | 0.15 | 3.41 | 0.71 | 495,511 | 3,477,885 |

15

Notes to the Tables

1.    Year.  The projected trial date is February 4, 2025.

2.    Wage growth rate.

3.    Chevron earnings and performance pay (without wrongdoing).

4.    Chevron supplemental vacation pay (without wrongdoing).

5.    Chevron location premium (without wrongdoing).

6.    Chevron tax equalization benefit on location premium (without wrongdoing)

7.    Chevron employer ESIP contributions (without wrongdoing).

8.    Chevron employer Social Security contributions (without wrongdoing).

9.    Actual Chevron and replacement earnings, performance pay, and bonuses.

10.    Actual Chevron and replacement employer retirement contributions (or ESIP contributions).

11.    Actual Chevron and replacement employer Social Security contributions.

12.    Loss equals projected Chevron earnings and employment benefits absent termination minus actual and projected replacement earnings and employment benefits.

13.    Tenure is the probability of continued employment with Chevron.

14.    Chevron pension benefits (without wrongdoing).

15.    Actual Chevron pension benefits.

16.    Adjusted loss is loss adjusted for the probability of continued employment with Chevron plus the difference in Chevron pension benefits.

17.    Pre-judgment interest.

18.    Total loss is adjusted loss plus pre-judgment interest.

19.    Discount period.

20.    Discount rate.

21.    Discount factor.

22.    Present value of economic losses.

23.    Cumulative present value of economic losses.

Exhibit C
p. 35

Exhibit A: Charles Baum's Resume

Exhibit C
p. 36

# CHARLES L. BAUM II, Ph.D.

2930 Cherry Blossom Lane
Murfreesboro, Tennessee 37129
cbaum@baumeconomics.com
W: 615-556-9287

EMPLOYMENT

Middle Tennessee State University

> Professor of Economics (2010-present)

> Chair, Department of Economics and Finance (2008-2014)

> Associate Professor of Economics (2004-2010)

> Director of the Economics Graduate Programs (2004-2008)

> Assistant Professor of Economics (1999-2004)

Baum Economics LLC

> Member (2015-present)

EDUCATION

Ph.D., Economics, University of North Carolina at Chapel Hill (1999)

B.A., Economics, Wake Forest University (1995)

B.A., Political Science, Wake Forest University (1995)

RESEARCH INTERESTS / SPECIALTIES:  Labor Economics, Employment, Wages, Earnings, Employment Benefits, Unemployment, Retirement Decisions, Worklife Expectancies, Social Security Income and Benefits, Business Valuations, Profits, Business Income, Antitrust Economics, Price-Fixing, and Predatory Pricing

TESTIMONY (DEPOSITION AND TRIAL)**

**Last five years (2018-2024), in reverse order; pre-2018 testimony available upon request.

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT IN AND FOR SAINT LUCIE COUNTY, FLORIDA, JOSEPH ROM, and ERIN ROM, as

**Exhibit C**
p. 37

husband and wife, Plaintiff, v. AAA TRIPLE "S" SERVICES, INC., d/b/a STANLEY STEEMER, a for profit Corporation and JOHN DOE, an unknown employee, Defendants. Case No.:  May 31, 2024.  (Deposition).

IN COUNTY COURT AT LAW NUMBER THREE OF EL PASO COUNTY, TEXAS, MAURICIO CHONG, Plaintiff, v. SUNRISE RESTAURANTS, LLC, d/b/a DENNY'S, Defendant. CAUSE NO.: 2021-DCV-3302.  May 29, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR HAMILTON COUNTY, TENNESSEE, THOMAS P. WILSON, Ph.D., individually and as surviving spouse of the Deceased, PENNI JO WILSON, Plaintiff, v. CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY d/b/a ERLANGER HEALTHSYSTEM d/b/a ERLANGER NORTH HOSPITAL and LARRY D. STONE, M.D., Defendants.  Case No.: 20-C-206.  May 28, 2024.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, NORTHERN DIVISION, KNOXVILLE UNITED STATES OF AMERICA ex. rel. PATRICK GRIFFIS, and PATRICK GRIFFIS, INDIVIDUALLY, Plaintiff, v. EOD TECHNOLOGY, INC. (n/k/a JANUS GLOBAL OPERATIONS LLC), Defendant. Civil Action No.: 3:10-cv-204.  May 28, 2024.  (Deposition).

IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, KENNETH FIELDS, Plaintiff, v. SOUTHRN ELECTRIC & CONTROLS, LLC, and John Doe, Defendants.  Case No. CT-004124-16, Div. III.  May 21, 2024.  (Deposition).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE, CARLTON SPEER, MALENA DENNIS, and ZACHARIAH DUNCAN, on their own behalf and on behalf of all others similarly situated, Plaintiffs, v. UCOR LLC, Defendant. Case No.: 3:22-CV-000426-TRM-JEM.  May 21, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR RUTHERFORD COUNTY, TENNESSEE AT MURFREESBORO, ELVIS J. MINIS, Plaintiff, v. THOMAS BUTERA and KATHERINE DAVENPORT, Defendants.  Case No.: 2019-cv-75781.  May 9, 2024. (Trial).

IN THE STATE COURT OF MUSCOGEE COUNTY, STATE OF GEORGIA, TOSHA WOMBLE and TEDDY WOMBLE, Individually, and as Parents and Next Friends of GREYSEN WOMBLE, a disabled, minor, Plaintiffs, v. PIEDMONT HEALTHCARE, INC.; PIEDMONT COLUMBUS REGIONAL MIDTOWN; TIMOTHY PAUL VILLEGAS, M.D.; CHARLES BABERE, M.D.; and

Exhibit C
p. 38

JOHN/JANE DOE(S) 1-5; Defendants.  CIVIL ACTION File No.: SC-2021-cv-001526.  May 7, 2024.  (Deposition).

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE, WANDA CATHERINE ELDAHAN, Plaintiff, v. LINCOLN MEMORIAL UNIVERSITY, Defendant. Case:  3:21-cv-00263-TAV-HBG.  EEOC: 494-2022-02000.  April 29, 2024.  (Deposition).

IN THE CIRCUIT COURT OF WILLIAMSON COUNTY, TENNESSEE, PAULA RICHARDSON, as surviving spouse on behalf of her deceased husband, DAWSON RICHARDSON, JR., and individually, Plaintiff, v. KRISTINA BETHEL, D.O. and EMERGI-TRUST, P.C., Defendants. Case No.: 22-cv-189.  April 26, 2024.  (Deposition).

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, VERNON M. CARRIGAN, as surviving kin of DAVID CARRIGAN, Plaintiff, v. AMERICAN FAMILY CARE TENNESSEE, LLC and, ANDREA BELL WILLIS, M.D., Defendants. No. CC-15-CV-1610.  April 19, 2024.  (Trial).

AMERICAN ARBITRATION ASSOCIATION, ALLIED FEDERAL BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES, DIVISION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS and JOHNATHON CANTY, Plaintiffs, v. CONNEX RAILROAD LLC and TRANSDEV NORTH AMERICA, INC., Defendants, Case No.: 6628127.  April 12, 2024.  (Arbitration).

IN THE FIRST CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, TWENTIETH JUDICIAL DISTRICT AT NASHVILLE, SHARON SHEILA RAMIREZ, et al., Plaintiffs, v. STOVER & SONS CONTRACTORS, INC., et al., Defendants. Civil Action No.: 20-c-2114.  April 1, 2024.  (Deposition).

COMMONWEALTH OF KENTUCKY, CALLOWAY CIRCUIT COURT, ROBERT DANIEL LEWIS and UNITED COMMUNITY BANK OF WEST KENTUCKY, Plaintiffs, v. CHRISTOPHER L. POOR, M.D., et al., Defendants, Civil Action No.: 21-CI-00065.  March 28, 2024.  (Deposition).

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE, DAVID SULLIVAN, DARLENE ROBERTSON, and CHARLES CUMMINS, Individually and on behalf of others similarly situated, Plaintiffs, v. METRO KNOXVILLE HMA, LLC, d/b/a TENNOVA HEALTHCARE, Defendant. Case No.: 3:22-CV-000392-DCLC-JEM.  March 25, 2024.  (Deposition).

Exhibit C
p. 39

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA, MANUEL SUARDI, Plaintiff, v.
CHARLEY'S STEAKHOUSE INC., d/b/a CHARLEY'S STEAKHOUSE,
Defendant.  March 20, 2024.  (Trial).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION, BRANDON VAN BLAIR, Plaintiff, v. TERRY
DRAKE, RUSH COUNTY SHERIFF'S OFFICE, ALLAN RICE, RUSH COUNTY,
INDIANA, INDIANA STATE POLICE, and JOHN DOE, Defendants. Case No.:
1:22-cv-01215-RLU-MPB.  March 15, 2024.  (Deposition).

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA, MANUEL SUARDI, Plaintiff, v.
CHARLEY'S STEAKHOUSE INC., d/b/a CHARLEY'S STEAKHOUSE,
Defendant.  January 26, 2024.  (Deposition).

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, PEORIA
COUNTY, ILLINOIS, NICHOLAS MCDANIEL, Plaintiff, v. MATTHEW
MARXEN and STANDARD FORWARDING, Defendants.  Civil Action File No.:
21-L-00055.  January 15, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR RUTHERFORD COUNTY, TENNESSEE, STEVE
and NATALIE DEFORD, Plaintiffs, v. MITCHELL STANLICK, D.C., LLC, d/b/a
STANLICK CHIROPRACTIC, and JEREMY BILLS, D.C., Defendants. Case No.:
78000.  December 11, 2023.  (Deposition).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE,
YOLONDA RIGGS, Plaintiff, v. UCOR LLC, Defendant. Case No.: 3-22-cv-00144.
November 29, 2023.  (Deposition).

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE,
CARL R. HARRIS, Plaintiff, v. JTEKT AUTOMOTIVE TENNESSEE
MORRISTOWN, INC., Defendant. Case No. 3:21-cv-332.  November 20, 2023.
(Deposition).

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA, LAVENDER
HEALTH CARE, LLC, a Florida limited liability company, Plaintiff, v. AFC
FRANCHISING, LLC, an Alabama limited liability company, Defendant.  November
16, 2023.  (Trial).

IN THE CHANCERY COURT FOR THE STATE OF TENNESSEE, TWENTY-FIFTH
JUDICIAL DISTRICT, HARDEMAN COUNTY, JOHN DOOLEN, in his Official

Exhibit C
p. 40

Capacity as Sheriff of Hardeman County, Tennessee, Plaintiff, v. ROY B. HERRON, NANCY C. MILLER-HERRON, HERRON LAW OFFICES, PETER J. ALLIMAN, III, and WHITE, CARSON & ALLIMAN ATTORNEYS AT LAW, P.C., Defendants. Case No.: 19502.  November 14, 2023.  (Mediation).

IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE, TERESA L. FERGUSON, Plaintiff, v. KNOX COUNTY, TENNESSEE, Defendant. No.: 197927-1.  November 2, 2023.  (Deposition).

BEFORE THE AMERICAN ARBITRATION ASSOCIATION, MURFREESBORO IMAGING PARTNERS LLC, directly and derivatively on behalf of MIDDLE TENNESSEE IMAGING, LLC, Claimant, v. SAINT THOMAS HEALTH f/k/a SAINT THOMAS HEALTH SERVICES and NOL, LLC, Respondents. Case No.: 01-22-0004-6371.  October 24, 2023.  (Mediation).

IN THE CIRCUIT COURT OF DAVIDSON COUNTY, TWENTIETH JUDICIAL DISTRICT, NASHVILLE, TENNESSEE, MARK FRANCIS MACDUFF SPENCE, SR. and LAURIE JEAN SPENCE, Individually and as surviving parents of MARK FRANCIS MACDUFF SPENCE, JR. deceased, Plaintiffs, v. DEXCOM, INC., *et al.*, Defendants. Docket No.: 18-c-565.  September 28, 2023.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, BRIAN MOAT, Plaintiff, v. THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, Defendant.  Case No. 3:21-cv-00807.  September 13, 2023.  (Trial).

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, TENNESSEE, ANTHONY BAKER, Plaintiff, BRIDGEFIELD CASUALTY INSURANCE COMPANY, INC., Plaintiff/Intervenor, v. NYRSTAR CLARKSVILLE, INC., and OUTOTEC (USA), INC., Defendants.  Docket No.: CC-20-CV-768.  July 31, 2023.  (Deposition).

IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, AT NASHVILLE, ALEXIS TURNER and BREANA DYE, as Children and Next of Kin of Decedent CHARLES DYE, Plaintiffs, v. CHADWICK GARRISON and JARED GASTON, Defendants, Case No.: 20-c-1095; 19-c-2106.  June 20, 2023.  (Deposition).

IN THE CIRCUIT COURT OF KNOX COUNTY, TENNESSEE, CHARLES PATRICK MITCHELL, Plaintiff, v. NORFOLK SOUTHERN RAILWAY COMPANY, Defendant. Case No.: 3-134-21.  June 8, 2023.  (Deposition).

**Exhibit C**
p. 41

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, ROBERT JUSTIN BING, Plaintiff, v. DARRELL LAMONT HUNT, M.D., ROGER JAMES NAGEY, M.D., DAVID ERIC BENTLEY, M.D., EMCARE, INC., KRISTIN ALEXANDRIA GAFFNEY, D.O., GASTROENTEROLOGY AND HEPATOLOGY ASSOCIATES PLLC, and HTI MEMORIAL HOSPITAL CORPORATION, d/b/a TRISTAR SKYLINE MEDCAL CENTER, Defendants, Case No. 17-c-1812. May 31, 2023. (Evidentiary Deposition Trial).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE, MARINA DEBITY, Plaintiff, v. MONROE COUNTY BOARD OF EDUCATION, Defendant. May 24, 2023. (Trial).

SUPERIOR COURT FOR THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES UNLIMITED JURISDICTION, RYAN CORNATEANU, individually, and on behalf of other members of the general public similarly situated, Plaintiff, v. STONELEDGE FURNITURE LLC, Defendant. May 12, 2023. (Deposition).

IN THE CHANCERY COURT FOR RUTHERFORD COUNTY, TENNESSEE AT MURFREESBORO, MELISSA KILPATRICK, Plaintiff, v. RUTHERFORD COUNTY, TENNESSEE, Defendant. CIVIL ACTION NO.: 19-CV-1732. May 8, 2023. (Deposition).

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA, BIRMINGHAM DIVISION, KENNETH AUSTIN, Plaintiff, v. UAB HOSPITAL MANAGEMENT, LLC; GEORGIA M. WHITT, R.N.; and Fictitious Party Defendants, Defendants. April 28, 2023. (Deposition).

IN THE IOWA DISTRICT COURT FOR MARION COUNTY, JOSHUA RICHARDSON, Plaintiff, v. VERMEER MANUFACTURING COMPANY, Defendant. April 26, 2023. (Trial).

STATE OF MINNESOTA, COUNTY OF HENNEPIN, IN DISTRICT COURT, FOURTH JUDICIAL DISTRICT, JEFFREY BJUR, Plaintiff, v. GOLD'N PLUMP POULTRY, INC., RICE COMPANIES, Defendants. April 11, 2023. (Evidentiary Deposition for Trial).

IN THE JUDICIAL COURT OF HARRIS COUNTY, TEXAS, 270TH DISTRICT COURT, MEMORIAL PARK MEDICAL CENTER, INC., and WILLIAM W. RUTH, Plaintiffs, v. STEWART TITLE GUARANTY COMPANY, THE BROWN COUNTY ABSTRACT COMPANY, INC., BERT V. MASSEY II, and E. RAY WEST III, Defendants. CAUSE NO. 2020-47658. April 7, 2023. (Deposition).

Exhibit C
p. 42

AMERICAN ARBITRATION ASSOCIATION, GEOFF JOHNSON, Claimant, v.
DILLARD'S, INC., Respondent. Case: 01-22-0001-2709.  March 9, 2023.
(Arbitration).

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE, NASHVILLE DIVISION, BRAD AMOS, Plaintiff, v. THE LAMPO
GROUP, LLC, d/b/a RAMSEY SOLUTIONS; and DAVE RAMSEY, Defendant.
Case No: 3:21-cv-00923.  January 18, 2023.  (Deposition).

IN THE STATE COURT OF RICHMOND COUNTY, STATE OF GEORGIA,
KIARAH CALHOUN and BRYSON CALHOUN, Individually and as Parents and
Next Friends of BRAYDEN CALHOUN, a disabled minor, Plaintiffs, v. DOCTORS
HOSPITAL OF AUGUSTA, LLC a.k.a. DOCTORS HOSPITAL, AUGUSTA
WOMEN'S HEALTH & WELLNESS CENTER, DONNA ADAMS-PICKETT, MD,
BROOKELYN PARTRIDGE, RN, ANGELA BRAGG, RN, and JOHNS/JANE
DOE(S) 1-3, Defendants. Case No.: 2020-RCSC-00382.  January 6, 2023.
(Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE, CHRISTOPHER ANDERSON and JAMES "J.J." HATMAKER,
Plaintiffs, v. CITY OF JELLICO, TENNESSEE, Defendant.  Case No. 3:19-CV-096.
January 5, 2023.  (Deposition).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION, MARK AROUZA-PAI, a citizen and resident of Canada,
Plaintiff, v. CARNIVAL CORPORATION, a Panamanian Corporation d/b/a
CARNIVAL CRUISE LINES, Defendant. Case No.: 1:21-CV-23511-KMW.
December 29, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
ALABAMA, SOUTHERN DIVISION, FARIBA MOEINPOUR, Plaintiff, v.
BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA, KELLY
MAYER, in her individual capacity, and MARY JO CAGLE, in her individual
capacity, Defendants.  December 27, 2022.  (Deposition).

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE AT KNOXVILLE, TENNESSEE, SCOTT E. GAMMONS, Plaintiff,
v. ADROIT MEDICAL SYSTEMS, INC., GRAZYNA H. GAMMONS, KELLEY
PATTEN, and GENE GAMMONS, Defendants.  December 19, 2022.  (Deposition).

**Exhibit C**
p. 43

AMERICAN ARBITRATION ASSOCIATION, GEOFF JOHNSON, Claimant, v. DILLARD'S, INC., Respondent. Case: 01-22-0001-2709. December 12, 2022. (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, NATALIE NICHOLE MOODY and SHERENIA MOODY, individually and as next-of-kin to the Deceased, EUGENE MOODY, Plaintiffs, v. CLARENCE EARL FOSTER III, M.D., Defendant. December 7, 2022. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JERRY LYNETTE CLARK as Personal Representative of the Estate of JALEN MAYS, on behalf of the Estate and its lawful survivors, to wit: J.L.M., surviving son, L.M., as surviving son, K.S., surviving daughter, and C.M., surviving daughter, Plaintiff, v. THE CITY OF JACKSONVILLE, FLORIDA, a political subdivision of the State of Florida, THE JACKSONVILLE SHERIFF'S OFFICE, an Agency of the Consolidated City of Jacksonville, MIKE WILLIAMS, in his official capacity as Sheriff of the Jacksonville Sheriff's Office, OFFICER MATTHEW REDDISH, OFFICER STUART MADDOX, and OFFICER KATHRYN YOUNGBLOOD, Defendants. November 18, 2022. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, CAROL BARTON, Plaintiff, v. THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, Defendant. Case No. 3:20-CV-00118. November 9, 2022. (Trial).

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE, EUGENIA JARQUIN and ANTERO JARQUIN, Parents and Next of Kin of RIGOBERTO JARQUIN, Deceased, Plaintiffs, v. RSD DELAWARE, LLC, a Delaware Limited Liability Company; and LANDMARK PROPERTY MANAGEMENT, LLC, a Delaware Limited Liability Company, Defendants. DOCKET NO. 20-C-597, DIVISION I. November 4, 2022. (Deposition).

ARBITRATION PROCEEDINGS, COMMUNICATIONS PROCESSING SYSTEMS, INC., a Florida corporation, Plaintiff, v. THE PALMS OF DESTIN RESORT and CONFERENCE CENTER CONDOMINIUM ASSOCIATION, INC., a Florida corporation, and THE PALMS OF DESTIN CLUB, LLC, a Florida limited liability company, Defendants. October 21, 2022. (Arbitration).

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN, MADISON DIVISION, DEISY GABRIELA VAQUEDANO MEJIA, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN MAYLIN

Exhibit C
p. 44

SARAHI ANDINO VAQUEDANO, AND ANDREA NICOLE ANDINO VAQUEDANO, Plaintiffs, v. THOMAS JOSEPH STEFFES, MICHELS CORPORATION, AND THE ABC INSURANCE COMPANY, Defendants.  August 30, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS, PATRICIA EDWARDS, as Administrator of the Estate of WILLIE EDWARDS, deceased, Plaintiff, v. E.T. SIMONDS CONSTRUCTION COMPANY, an Illinois Corporation, Defendant. Court No.: 21-cv-00386.  July 27, 2022. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION, SABINE AUGUSTE, and individually and on behalf of all others similarly situated, Plaintiff, v. ABP CORPORATION, Defendant. May 23, 2022.  (Mediation).

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, VERNON M. CARRIGAN, as surviving kin of DAVID CARRIGAN, Plaintiff, v. AMERICAN FAMILY CARE TENNESSEE, LLC and, ANDREA BELL WILLIS, M.D., Defendants. No. CC-15-CV-1610.  April 22, 2022. (Deposition).

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA, LAVENDER HEALTH CARE, LLC, a Florida limited liability company, Plaintiff, v. AFC FRANCHISING, LLC, an Alabama limited liability company, Defendant.  April 20, 2022.  (Deposition).

IN THE CIRCUIT COURT FOR KNOX COUNTY TENNESSEE, PRISCILLA GREENE MILLS, individually and as mother of JONATHAN DEAN MILLS, Deceased, Plaintiff, v. RURAL/METRO OF TENNESSEE, LP; RURAL/METRO CORPORATION OF TENNESSEE; RURAL/METRO MID-SOUTH, LP; AMERICAN MEDICAL RESPONSE OF TENNESSEE, INC.; MARK KEITH MORRISON; and DAWN OGLE, Defendants, No. 2-426-17.  March 11, 2022. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE, CURTIS L. ROPER, Plaintiff, v. KNOXVILLE ASSISTED LIVING RETIREMENT COMMUNITY, LLC d/b/a MANORHOUSE AT KNOXVILLE, and MANORHOUSE MANAGEMENT, INC., Defendants.  No.: 3:20-cv-00439.  March 4, 2022.  (Deposition).

Exhibit C
p. 45

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, TERESA LARGE, etc., Plaintiff, v. DR. DAVID BLAZER, Defendant, Civil Action No. 3:20-CV-1012.  February 25, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, MEMPHIS DIVISION, COURTNEY L. ALLEN, Plaintiff, v. ADAMS KEEGAN, INC., Defendant.  February 7, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE, PATRICK IRELAND and EMILY TOUCHSTONE, Plaintiffs, v. WILLIAMSON COUNTY HOSPITAL DISTRICT d/b/a WILLIAMSON MEDICAL CENTER, PAUL FLESER, M.D., and ANDREW HUNTER AVERY, M.D., Defendants.  February 4, 2022.  (Deposition).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, JOSEPH HENRY, Plaintiff, v. CELEBRITY CRUISES, INC., Defendant. CASE NO. 21-cv-20148-DLG.  February 2, 2022.  (Trial).

IN THE CIRCUIT COURT FOR PUTNAM COUNTY, TENNESSEE, DYLAN WELCH, Plaintiff, v. HIGHLANDS RESIDENTIAL SERVICES and MITCHELL L. KNIGHT, Defendants.  January 10, 2022.  (Deposition).

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA, CIVIL DIVISION, WHITE'S PLACE, LLC d/b/a THE GOLD CLUB, Plaintiff, v. EMERGENCY SYSTEMS, INC., Defendant. December 29, 2021.  (Deposition).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, EIGHTEENTH JUDICIAL DISTRICT, SUMNER COUNTY, JAMES R. GILLESPIE, Plaintiff, v. HENDERSONVILLE HOSPITAL CORPORATION d/b/a TRISTAR HENDERSONVILLE MEDICAL CENTER, MARSHALL R. JOHNSON JR., M.D., HENDERSONVILLE HOSPITALIST SERVICES, INC., HELION W. CRUZ, M.D., CHRISTOPHER BACHUSS, DNP-DCC, AND SKYLINE NEUROSCIENCE ASSOCIATES, LLC, Defendants.  December 10, 2021.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT WINCHESTER, ASHLEY DAVIS/SARAH HARWELL, Plaintiff, v. TULLAHOMA CITY SCHOOLS, Defendants. Case No.: 4:20-cv-00022. December 3, 2021.  (Deposition).

Exhibit C
p. 46

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE, DANIEL A. PELTIER, Plaintiff, v. JOHN DEERE COMPANY, Defendant. Case No.: 3:20-cv-00435-TRM-HBG.  November 23, 2021.  (Deposition).

IN CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE, NELLEE QUINN NIX, a minor, by and through her parents and next of kin, JUSTIN NIX and KRISTSA NIX, Plaintiffs, v. SAINT THOMAS MIDTOWN HOSPITAL, TENNESSEE WOMEN'S CARE, P.C., ROSEANN MAIKIS, M.D., and ELIZABETH BEAVERS, R.N., Defendants.  November 1, 2021.  (Trial).

IN THE IOWA DISTRICT COURT FOR POLK COUNTY, N. KIM GAMBLE and DARRELL GAMBLE, Plaintiffs, v. TADD KENNEDY, GEORGIA MONAHAN (DRIVER), RANDY MONAHAN (OWNER), and AUTO-OWNERS INSURANCE COMPANY (UIM), Defendants. LAW NO. LACL144149.  October 28, 2021. (Trial).

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION, TERRELL MCELRATH, Plaintiff, v. FCA US LLC and DOE DEFENDANTS #1-5, Defendants.  October 25, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, RANDY and KAREN O'BURKE, Plaintiffs, v. HENDERSONVILLE HOSPITAL CORPORATION d/b/a TRISTAR HENDERSONVILLE MEDICAL CENTER, MICHAEL JAMES NOTO, M.D., JAYESH A. PATEL, M.D., CLYDE O. SOUTHWELL, M.D., and MARSHALL R. JOHNSON, JR., M.D., Defendants. No. 3:19-cv-01167.  October 8, 2021. (Deposition).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION, CHRISTOPHER CONNOR, Plaintiff, v. LOVEYBUG, LLC, *et al.* and AMY GENOVA, Defendants.  Case #1:20-cv-425.  October 7, 2021. (Deposition).

IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA, CHARLES LIATYS, Plaintiff, v. SOUTHWIRE COMPANY, LLC, WESTBAY TECHNOLOGIES, LTD., and HOME DEPOT U.S.A., INC., Defendants. Civil Action File No.: 19-EV-00385.  September 24, 2021.  (Deposition).

IN CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE, NELLEE QUINN NIX, a minor, by and through her parents and next of kin, JUSTIN NIX and KRISTSA NIX, Plaintiffs, v. SAINT THOMAS MIDTOWN HOSPITAL,

Exhibit C
p. 47

TENNESSEE WOMEN'S CARE, P.C., ROSEANN MAIKIS, M.D., and ELIZABETH BEAVERS, R.N., Defendants.  September 20, 2021.  (Deposition).

IN THE CIRCUIT COURT FOR COFFEE COUNTY, TENNESSEE, SUSAN WALTON, individually and as surviving spouse and next of kin of JAMES WALTON, deceased, Plaintiff, v. TULLAHOMA HMA, LLC d/b/a HARTON REGIONAL MEDICAL CENTER, Defendant, No. 40937.  September 14, 2021. (Trial).

SUPERIOR COURT OF NEW JERSEY, SOMERSET COUNTY, CHEE NG, Plaintiff, v. FAIRLEIGH DICKINSON UNIVERSITY, Defendant.  LAW DIVISION DOCKET NO.: SOM-L-1216-19.  August 31, 2021.  (Deposition).

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, PEORIA COUNTY, ILLINOIS, CALEB DERESTIL, Individually, and as Independent Administrator of the Estate of FASTINA DERESTIL, Deceased, Plaintiffs, v. OSF HEALTHCARE SYSTEM d/b/a OSF-SAINT FRANCIS MEDICAL CENTER; MATTHEW E. SMETANA, D.O., Individually and as an Agent of OSF HEALTHCARE SYSTEM d/b/a OSF-SAINT FRANCIS MEDICAL CENTER; TODD R. MITCHELL, M.D., Individually and as an Agent of OSF HEALTHCARE SYSTEM d/b/a OSF-SAINT FRANCIS MEDICAL CENTER, Defendants. Case No.: 16-L-183.  August 26, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, COLUMBIA DIVISION, JEFFERY LOWE, Plaintiff, v. CALSONICKANSEI NORTH AMERICA, INC., Defendant. Case No. 1:18-CV-00027.  August 25, 2021.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT, DANILO PURUGGANAN, Plaintiff, v. AFC FRANCHISING, LLC, Defendant.  CIVIL ACTION NO. 3:20-cv-00360. July 28, 2021.  (Deposition).

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, JAMES W. HUBBARD, Plaintiff, v. CVG NATIONAL SEATING COMPANY, LLC, d/b/a COMMERCIAL VEHICLE GROUP, Defendant.  No.: 3:20-cv-00229-PLR-DCP.  July 13, 2021.  (Deposition).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, JEANNETTE DICK, Plaintiff, v. UNITED STATES OF AMERICAN and UNITED STATES POSTAL SERVICE, Defendants.  Case No.: 19-CV-8952 (PGG).  July 7, 2021.  (Deposition).

**Exhibit C**
**p. 48**

IN THE SUPERIOR COURT OF BARTOW COUNTY, STATE OF GEORGIA,
MELISSA JOHNSON as surviving spouse of CAMERON JOHNSON, Deceased,
Plaintiff, v. THOMAS SELF, M.D., HARBIN CLINIC, LLC, HANS CHANG, M.D.,
and SUMMIT RADIOLOGY SERVICES, P.C., Defendants, Civil Action File No.
SUCV2020000684.  June 15, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, OXFORD DIVISION, KURT RADEMACHER, as Executor of the
Estates of Michael McConnell Perry and Kimberly Westerfield Perry; and ROBERT
ANDREW PERRY, as Next Friend and Guardian of S.M.P., J.W.P., and A.R.P., the
Minor Natural Children and Wrongful Death Beneficiaries of Michael McConnell
Perry and Kimberly Westerfield Perry, Plaintiffs, v. UNITED STATES OF
AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION;
FEDERAL AVIATION ADMINISTRATION; JOHN DOES 1-5, Defendants. CIVIL
ACTION NO.: 3:19-cv-157-MPM-RP.  June 8, 2021.  (Deposition).

IN THE DISTRICT COURT, 219TH JUDICIAL DISTRICT, COLLIN COUNTY,
TEXAS, SANTOS CORTEZ & AZALIA CORTEZ, Plaintiffs, v. POLLOCK
INVESTMENTS INCORPORATED and FTW TRANSPORT, LLC, AND GERIN
CARRIERS, LLC, Defendants.  CAUSE NO.: 219-04337-2016.  April 20, 2021.
(Trial).

IN THE SUPERIOR COURT OF WHITFIELD COUNTY, GEORGIA, CAROLYN
REUSSWIG, Plaintiff, v. GILFORD JOHN WHITTLE, VELMA WHITTLE, RED'S
CARPET AND APPLIANCES, LLC, ROBERT BODENBENDER, FEDEX
CORPORATION, and FEDEX GROUND PACKAGE SYSTEM,
INCORPORATED, Defendants.  April 19, 2021.  (Deposition).

IN THE CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE FOR THE 20TH
JUDICIAL DISTRICT AT NASHVILLE, JOSEPH WESSON and TONYA
WILLIAMS, INDIVIDUALLY and as NOK of their infant Son KAI MAXIM
WESSON, deceased, Plaintiffs, v. HCA HEALTH SERVICES OF TENNESSEE,
INC., d/b/a TRISTART STONECREST MEDICAL CENTER, PEDIATRIX
MEDICAL GROUP OF TENNESSEE, P.C., and ELIZABETH M. BROGDON,
NNP, Defendants. Case No. 17c2379.  April 2, 2021.  (Deposition).

FIRST JUDICIAL DISTRICT COURT, PARISH OF CADDO, STATE OF
LOUISIANA, ELWYN CHISHOLM v. CITY OF SHREVEPORT, NUMBER
615,158.  March 31, 2021.  (Trial).

IN THE STATE COURT OF MUSCOGEE COUNTY, STATE OF GEORGIA,
ROBERT WISOR, Individually, and as Husband of JODI WISOR; and JODI

Exhibit C
p. 49

WISOR, Individually, and as Wife of ROBERT WISOR, Plaintiffs, v. PYROTECNICO FIREWORKS, INC.; JAMES W. WOODWORTH; and PATRICIA DAWN WOODWORTH, Defendant. Civil Action File No.: SC-19-CV-689. March 12, 2021. (Deposition).

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA, DEAN N. WILLIAMS, an Individual, Plaintiff, v. KAISER FOUNDATION HOSPITALS, a California corporation; KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; Dr. Hon Lee, an Individual; and DOES 1 through 50 inclusive, Defendants. Case No. HG 19003608. February 15, 2021. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, LISA ROACH, Plaintiff, v. MONTGOMERY COUNTY GOVERNMENT, Defendant. January 8, 2021. (Deposition).

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA, CHANCELLOR LEONARDO WILLIAMS, a Minor, by and through his Parents and Next Friends, BREDIA NEWBOLT-WILLIAMS and ANTHONY WILLIAMS, Plaintiffs, vs. THE CHILDREN'S HOSPITAL OF ALABAMA; et al., Defendants. Case No. 03-cv-2018-901209. December 28, 2020. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE, COMPREHENSIVE SECURITY, INC., ASSOCIATED PROTECTIVE SERVICE, INC., and ONTRAC SECURITY, LLC, Plaintiffs, v. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, Defendant. November 13, 2020. (Trial).

26TH JUDICIAL DISTRICT COURT, BOSSIER PARISH, LOUISIANA, SUSAN RUSH, ET AL. v. RICHARD DOYLE, ET AL. NUMBER 145,041, SECTION F. November 1, 2020. (Deposition).

IN THE 2ND CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, BRETTON KEEFER, as surviving adult Son and next-of-kin of his deceased Mother, CHESTA SHOEMAKER, Plaintiffs, v. VANDERBILT UNIVERSITY MEDICAL CENTER, Defendant. NO. 19C358. October 29, 2020. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE, THEODORE PERTILLER, Plaintiff, v. CITY OF MURFREESBORO, TN, Defendant. October 13, 2020. (Deposition).

Exhibit C
p. 50

IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA, SALLY A. QUISENBERRY, Individually and as Administratrix of the Estate of MICHAEL J. QUISENBERRY, Deceased, Plaintiff, v. VIKRAM KHETPAL, M.D., and HEART AND VASCULAR CARE, INC., Defendants, Civil Action No. 19-ev-001559. October 6, 2020.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, FOR THE TWENTIETH JUDICIAL DISTRICT AT NASHVILLE, FELICIA LUCKETT, individually, as next of kin for AL STAR, deceased, Plaintiff, v. NASHVILLE READY MIX, INC., and EVANS BRIDGES, Defendants. NO. 19-C-2010. September 10, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, AMY PHILLIPS, Plaintiff, v. EXXONMOBIL CORPORATION, Defendant. Case No. 17-cv-7703.  September 3, 2020. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHEASTERN DIVISION, BRANDI HANDLEY, as the Personal Representative of the Estate of Edward Wayne Handley, BRANDI HANDLEY, as the Mother and Next Friend of Jaxsyn Lewis Handley, a minor child, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. Case No.: 5:17-CV-01278-HNJ. August 28, 2020.  (Trial).

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WISCONSIN, JASEN BRUZEK, HOPE KOPLIN, NEIL MILLER, and CHRISTOPHER PETERSON, individually and on behalf of all others similarly situated, Plaintiffs, v. HUSKY OIL OPERATIONS, LTD., and SUPERIOR REFINING COMPANY LLC, Defendants.  Case No. 18-cv-697.  August 14, 2020.   (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, JENNIFER YOUNG, as the Administratix and personal representative of the estate of JERMAINE McBEAN, Plaintiff, v. PETER PERAZA, BRAD OSTROFF, RICHARD LACERRA, GREGORY TONY, in his official capacity as Sheriff of Broward County, FL, Defendants, CASE NO. 15-60968-CIV-COHN/SELTZER.  June 8, 2020.  (Deposition).

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA, DISHANNA GARMON, as Personal Representative of the Estate of ALEXANDER ARMSTRONG, deceased, on behalf of the Estate and its lawful survivor, to wit: A.A., as surviving daughter, Plaintiff, v. SP LINCOLN FIELDS, LP, a Florida Limited Partnership, KCD INVESTMENTS, INC., a Florida

Exhibit C
p. 51

Corporation, and MASTER SECURITY COMPANY, LLC, d/b/a MSC SECURITY,
LLC, a Foreign Limited Liability Company, Defendants. GENERAL
JURISDICTION DIVISION, CASE NO.: 2015-22639 CA 01.  March 6, 2020.
(Deposition).

FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA, SECTION A,
JAMIE CLUTE, ZACHARY CLUTE AND GARRETT CLUTE, Plaintiffs, v.
CURTIS L. BRACY, SHREVEPORT TRANSIT MANAGEMENT, INC. d/b/a
SPORTRAN, AND AMERICAN ALTERNATIVE INSURANCE CORPORATION,
Defendants. NUMBER: 607.956.  March 2, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE AT NASHVILLE, MERRILL BEENE, Plaintiff, v. MATTHEW
WHITAKER, ACTING UNITED STATES ATTORNEY GENERAL, Defendant.
Case No. 3:18-cv-00693.  February 6, 2020.  (Deposition).

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA,
NORTHWESTERN DIVISION, JAMES LESTER MATTHEWS, II, Plaintiff, v.
UNITED STATES OF AMERICA, Defendant, Case No.: 3:18-cv-01280-HNJ.
January 15, 2020.  (Deposition).

IN THE CIRCUIT COURT OF SULLIVAN COUNTY, TENNESSEE AT
KINGSPORT, TRACY MICHAEL, Plaintiff, v. WELLMONT WEXFORD HOUSE
f/k/a RHA/SULLIVAN, INC. and WELLMONT HEALTH SYSTEM, d/b/a THE
WEXFORD HOUSE, Defendants. No.: C40837(M).  December 20, 2019.
(Deposition).

IN THE SUPERIOR COURT OF ROCKDALE COUNTY, STATE OF GEORGIA,
SAWYER A. STOKES, a Minor, by and through STEPHANIE M. STOKES and
LINDEN D. STOKES, Conservators of the Property, and STEPHANIE M. STOKES
and LINDEN D. STOKES, individually, Plaintiffs, vs. ROCKDALE HOSPITAL,
LLC d/b/a ROCKDALE MEDICAL CENTER, GREYSTONE OB/GYN, LLC,
RICHARD M. ROBINSON, and ALECIA T. CASH, Defendants. Civil Action.  File
Number: 2018-CV-2166.  November 26, 2019.  (Deposition).

STATE OF MINNESOTA, DISTRICT COURT, COUNTY OF DAKOTA, FIRST
JUDICIAL DISTRICT, ROBIN NELSON, Plaintiff, v. SCOTT JOHNSON and
JOHNSON DIVERSIFIED PRODUCTS, INC., Defendants.  November 1, 2019.
(Trial).

Exhibit C
p. 52

IN ARBITRATION, KATHERIN CASEY v. CONCORDE CAREER COLLEGE, AMERICAN ARBITRATION ASSOCIATION CASE NUMBER: 01-18-0002-8695. October 30, 2019.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, DOUGLAS BUTTS, Plaintiff, v. T-MOBILE USA, INC., Defendant.  October 24, 2019.  (Deposition).

IN ARBITRATION, KATHERIN CASEY v. CONCORDE CAREER COLLEGE, AMERICAN ARBITRATION ASSOCIATION CASE NUMBER: 01-18-0002-8695. October 17, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE, MARTY FITZGERALD and MELISSA FITZGERALD, individually, as husband and wife, and on behalf of their deceased child, MEGAN FITZGERALD, Plaintiff, v. JAMES WOODROW OSBORN and OSBORN ENTERPRISES, INC., II, and OSBORN ENTERPRISES, INC., III, Defendant, NO. 2018-311. August 9, 2019.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE FOR THE MIDDLE DISTRICT NASHVILLE DIVISION, DR. VANESSA GARCIA, Plaintiff, v. THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, Defendant.  June 18, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, STEAD VESTEY, as next of kin of and on behalf of KOREN VESTEY, Deceased, Plaintiff, v. THOMAS BRENLIN TAYLOR, JR., M.D., SKYLINE SURGERY ASSOCIATES, PLC, TRISTAR SKYLINE MEDICAL CENTER, ASSUMED NAME FOR THE HTI MEMORIAL HOSPITAL CORPORATION, KRISTIN ALEXANDRIA GAFFNEY, D.O., AND GASTROENTEROLOGY AND HEPATOLOGY ASSOCIATES, PLLC, Defendants, Case No. 17C963.  May 20, 2019.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, MISTY D. MCGRADY, Plaintiff, v. JIM MATTIS, Secretary of Defense, in his official capacity; ROBERT M. SPEER, Acting Secretary of the Army, in his official capacity; JOSEPH L. LENGYEL, Chief, National Guard Bureau, in his official capacity; VICTORIA A. LIPNIC, Acting Chair, EQUAL EMPLOYMENT OPPPORTUNITY COMMISSION, in her official capacity; TERRY M HASTON, Adjutant General of the State of Tennessee, in his official capacity, and the UNITED STATES OF AMERICA, Defendants. NO. 3:17-cv-00390.  April 23, 2019.  (Deposition).

Exhibit C
p. 53

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, TWENTY-FIRST
JUDICIAL DISTRICT, WILLIAMSON COUNTY, SUMMERS PAUL LYLE III
and PATRICIA LYLE, Plaintiffs, v. WILLIAM R. MCDANIEL, M.D., Defendant.
Case No.: 2017-62.  April 2, 2019.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE KNOXVILLE DIVISION, JOHN EDWARD ANDERSON III,
Plaintiff, v. OAK RIDGE SCHOOLS BOARD OF EDUCATION a/k/a OAK RIDGE
CITY BOARD OF EDUCATION and OAK RIDGE SCHOOLS, DR. BRUCE
BORCHERS, officially and individually, and DR. CHRIS MARCZAK, officially and
individually, Defendants.  Case No. 3:16-cv-235.  March 13, 2019.  (Trial).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, FORT
LAUDERDALE DIVISION, KAREN EVICH and ROBERT EVICH, both
individuals, Plaintiff, v. TARGET CORPORATION, a foreign corporation,
Defendant.  Case No.: 0-18-cv-61062.  February 14, 2019.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE, WESTERN DIVISION, BENJAMIN MILLER and KRISTI ROSE,
Plaintiffs, v. TIGER STYLE CORPORATION d/b/a SPEED 1 TRANSPORT,
HARMAN DEEP SINGH BRAR & COX TRANSPORTATION SERVICES, INC.,
Defendants. Docket No. 2:18-cv-02275-SHL.  February 1, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, TWENTY-THIRD
JUDICIAL DISTRICT, DICKSON COUNTY, ROBIN LYNN JACKSON, Plaintiff,
v. DICKSON EAR, NOSE & THROAT, PLC d/b/a ENT SINUS & ALLERGY
CLINIC, and JAMES M. ROTH, M.D., Defendants. No. 22cc-2017-cv-89.  January
4, 2019.  (Deposition).

UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE,
NASHVILLE DIVISION, EPAC TECHNOLOGIES, INC., Plaintiff, v. THOMAS
NELSON INC., Defendant.  Case No: 3-13-cv-384-WMC.  September 14, 2018.
(Deposition).

DISTRICT COURT, JEFFERSON COUNTY, COLORADO, JANET TORMA-
KRAJEWSKI, Plaintiff, v. COLORADO SCHOOL OF MINES; RAMONA M.
GRAVES; PRISCILLA NELSON; JURGEN BRUNE; and TERRY PARKER,
Defendants.  Case Number: 2016-CV-31341.  August 14, 2018.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE, NASHVILLE DIVISION, JAMES GARRETT, Plaintiff, v. CSX

Exhibit C
p. 54

TRANSPORTATION, INC., Defendant.  Case No.: 3:17-cv-497.  August 3, 2018.
(Deposition).

IN THE CHANCERY COURT FOR RUTHERFORD COUNTY, TENNESSEE AT
MURFREESBORO, GEORGE L. ECKLES, JR., Petitioner, v. MARY ANN
ECKLES, Respondent.  July 19, 2018.  (Trial).

FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA, MARK
MCLAUGHLIN, Plaintiff, v. JODY HOLLIS AND STATE FARM MUTUAL
AUTOMOBILE INURANCE COMPANY, Defendants, PERMANENT
ASSIGNMENT SECTION C, NUMBER: 581,417.  June 28, 2018.  (Trial).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, TWENTY-FIRST
JUDICIAL DISTRICT, WILLIAMSON COUNTY, SUMMERS PAUL LYLE III
and PATRICIA LYLE, Plaintiffs, v. WILLIAM R. MCDANIEL, M.D., Defendant.
Case No.: 2017-62.  June 21, 2018.  (Deposition).

FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA, MARK
MCLAUGHLIN, Plaintiff, v. JODY HOLLIS AND STATE FARM MUTUAL
AUTOMOBILE INURANCE COMPANY, Defendants, PERMANENT
ASSIGNMENT SECTION C, NUMBER: 581,417.  May 30, 2018.  (Deposition).

IN THE SULLIVAN COUNTY LAW COURT AT KINGSPORT, TENNESSEE,
CHRIS YOKLEY and DIANA YOKLEY, HUSBAND and WIFE, Plaintiffs, v.
MOUNTAIN EMPIRE OIL COMPANY, Defendant, CASE NUMBER: C40558.
May 9, 2018.  (Deposition).

IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, AT
NASHVILLE, TRACY PIZZILLO VON TAGEN, Plaintiff, v. CONTINENTAL
PROPERTIES COMPANY, INC., SPRINGS AT MOUNTAIN VIEW, CIVIL
CONSTRUCTORS, INC., MCSHANE CONSTRUCTION COMPANY,
TERRACON, CIVIL SITE DESIGN GROUP, and QORE PROPERTY SCIENCES,
Defendants.  DOCKET NO. 11C-2589.  March 27, 2018.  (Deposition).

PUBLICATIONS

Baum, Charles L.  (2022).  "Seven Careers in a Lifetime? An Analysis of Employee
Tenure."  *Economic Inquiry*, 60 (2): 543-567.

Baum, Charles L.  (2022).  "How Economists Calculate Losses from Lost Earnings in
10th Circuit Employment Termination Cases."  *Oklahoma Bar Journal*, 93 (2): 18-21.

Baum, Charles L.  (2021).  "Calculating Economic Damages in Ninth Circuit
Employment Cases."  *Arizona Attorney*, 57 (5): 54-58.

**Exhibit C**
p. 55

Baum, Charles L.  (2021).  "Calculating Economic Losses in 11th Circuit Employment Termination Cases."  *Florida Bar Journal*, 95 (1): 46-50.

Baum, Charles L.  (2020).  "Guidance for Calculating Economics Losses in 8th Circuit Employment Cases."  *Journal of the Missouri Bar,* 76 (5): 204-207.

Baum, Charles L.  (2020).  "The Effects of Medical Malpractice Tort Reform on Physician Supply: An Analysis of Legislative Changes from 2009 to 2016."  *Southern Economic Journal,* 87 (2): 540-575.

Baum, Charles L.  (2020).  "Employment Termination: Computing Economic Losses."  *Wisconsin Lawyer*, 93 (8): 34-38.

Baum, Charles L.  (2020).  "Calculating Economic Losses in Tenth Circuit Employment Termination Cases."  *Colorado Lawyer*, 49 (8): 30-33.

Owens, Mark F., Adam D. Rennhoff, and Charles L. Baum.  (2018).  "Consumer Demand for Charitable Purchases: Evidence from a Field Experiment on Girl Scout Cookie Sales."  *Journal of Economic Behavior and Organization,* 152 (1): 47-63.

Baum, Charles L.  (2018).  "The Implications of Medical Malpractice Tort Reform in Missouri on Physician Labor Supply."  *Journal of the Missouri Bar,* 74 (5): 246-249.

Baum, Charles L. (2018). "Calculating Commercial Compensatory Damages in Tennessee." *Tennessee Bar Journal,* 54 (5): 19-26.

Baum, Charles L., and James D. Rodgers. (2018). "Maternal Household Services and Children." *Journal of Forensic Economics*, 27 (1): 1-15.

Baum, Charles L. (2017). "Computing Economic Damages in Florida Wrongful Death and Personal Injury Cases." *Florida Bar Journal*, 91 (4): 8-17.

Baum, Charles L. (2017). "Collateral Source Rules in Wrongful Death, Personal Injury, and Employment Termination Cases in Tennessee." *DICTA* (Knoxville Bar Association), 44 (6): 9-11.

Baum, Charles L. (2017). "Do I Need an Economist? When to Use an Economist in Alabama Personal Injury and Wrongful Death Cases." *Birmingham Bar Bulletin*, Spring, 14-16.

Baum, Charles L. (2017). "Discounting Future Losses to Present Value in Employment Termination Cases." *Connect* (Tennessee Bar Association, Labor and Employment Law Section), March 3, 2017.

Baum, Charles L. (2017). "Calculating Economic Losses in Georgia Personal Injury and Wrongful Death Cases." *Georgia Bar Journal*, 22 (5): 18-24.

**Exhibit C**
**p. 56**

Baum, Charles L. (2017). "The Effects of College on Weight: Examining the Freshman Fifteen Myth." *Demography*, 54 (1): 311-336.

Baum, Charles L., Laura Bonanomi, and Patrick A. Gaughan. (2017). "Calculating Economic Damages in New York State Wrongful Death and Personal Injury Cases." *New York State Bar Association Journal*, 89 (2): 11-17.

Gaughan, Patrick A., and Charles L. Baum. (2017). "The Accuracy of the Social Security Wage and Other Economic Projections." *Journal of Legal Economics*, 23 (1): 3-29.

Baum, Charles L. (2016). "Calculating Economic Losses from Wrongful Incarceration." *Tennessee Bar Journal*, 52 (7): 18-23.

Baum, Charles L. (2016). "Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Tennessee." *DICTA* (Knoxville Bar Association), 43 (2): 25-26.

Baum, Charles L. (2016). "Economic Losses in Tennessee Employment Termination Cases." *Connect* (Tennessee Bar Association, Labor and Employment Law Section), April 12, 2016.

Baum, Charles L., and Shin-Yi Chou. (2016). "Why Has the Prevalence of Obesity Doubled." *Review of Economics of the Household*, 14 (2): 251-267.

Baum, Charles L., and Christopher J. Ruhm. (2016). "The Effects of Paid Family Leave in California on Labor Market Outcomes." *Journal of Policy Analysis and Management*, 35 (2): 333-356.

Baum, Charles L., and Christopher J. Ruhm. (2016). "The Changing Benefits of Early Work Experience." *Southern Economic Journal*, 83 (2): 343-363.

Baum, Charles L. (2015). "Calculating Economic Losses in Employment Termination Cases in Tennessee." *Tennessee Bar Journal*, 51 (6): 16-19.

Baum, Charles L. (2015). "Employee Tenure and Economic Losses in Wrongful Termination Cases: A Reply of Nicholas Coleman." *Journal of Forensic Economics*, 26 (1): 95-97.

Baum, Charles L. (2015). "Economic Losses from Employment Terminations." *National Litigation Consultants' Review*, 24 (2): 1-4.

Bartel, Ann, Charles L. Baum, Maya Rossin-Slater, and Jane Waldfogel. (2014). "California's Paid Family Leave Law: Lessons from the First Decade." U.S. Department of Labor, Office of the Assistant Secretary for Policy (OASP).

Baum, Charles L. (2013). "Employee Tenure and Economic Losses in Wrongful Termination Cases." *Journal of Forensic Economics*, 24 (1): 41-66.

**Exhibit C**
p. 57

Baum, Charles L. (2012). "The Effects of Food Stamp Receipt on Weight Gained by Expectant Mothers." *Journal of Population Economics*, 25 (4): 1307-1340.

Baum, Charles L., William F. Ford, and Kevin M. Zhao (2012). "Top Five Executives' Share of Core Earnings." *Journal of Financial and Economic Practice*, 12 (2): 103-115.

Owens, Mark F., and Charles L. Baum. (2012). "The Effects of Welfare Vehicle Asset Rules on Vehicle Assets." *Applied Economics*, 44 (13): 1603-1619.

Baum, Charles L. (2011). "The Effects of Food Stamps on Obesity." *Southern Economic Journal*, 77 (3): 623-651.

Baum, Charles L. (2009). "The Effects of Cigarette Taxes on Obesity." *Health Economics*, 18 (1): 3-19.

Baum, Charles L. (2009). "The Effects of Vehicle Ownership on Employment." *Journal of Urban Economics*, 66 (3): 151-163.

Baum, Charles L. and Christopher J. Ruhm. (2009). "Age, Socioeconomic Status, and Obesity Growth." *Journal of Health Economics*, 28 (3): 635-648.

Owens, Mark F., and Charles L. Baum (2009). "The Effects of Federal Housing Assistance on Exiting Welfare and Becoming Employed for Welfare Recipients." *Journal of Poverty*, 13 (2): 130-151.

Zhao, Kevin M, Charles L. Baum, and William F. Ford. (2009). "The CEO Share of Earnings: A New Approach to Evaluating Executive Compensation." *Business Economics*, 44 (2): 120-122.

Baum, Charles L. (2007). "The Effects of Race, Ethnicity, and Age on Obesity." *Journal of Population Economics*, 20 (3): 687-705.

Baum, Charles L. (2006). "The Effects of Government-Mandated Family Leave on Employer Family Leave Policies." *Contemporary Economic Policy*, 24 (3): 432-445.

Baum, Charles L., William F. Ford, and Jeffrey D. Hopper. (2006). "The Obese Smoker's Wage Penalty." *Social Science Quarterly*, 87 (4): 863-881.

Baum, Charles L. (2005). "The Effects of Employment while Pregnant on Health at Birth." *Economic Inquiry*, 43 (2): 283-302.

Baum, Charles L. (2004). "Has Family Leave Legislation Increased Leave-Taking?" *Journal of Law and Policy*, 15 (1): 93-114.

Baum, Charles L. (2004). "The Long-Term Effects of Early and Recent Maternal Employment on a Child's Academic Achievement." *Journal of Family Issues*, 25 (1): 29-60.

Exhibit C
p. 58

Baum, Charles L., and William F. Ford. (2004). "The Wage Effects of Obesity: A
Longitudinal Study." *Health Economics*, 13 (9): 885-899.

Baum, Charles L., F. Lee Sarver, and Thomas Strickland. (2004). "EVA, MVA, and CEO
Compensation: Further Evidence." *American Business Review*, 22 (2): 82-87.

Baum, Charles L. (2003). "The Effects of State Maternity Leave Legislation and the 1993
Family and Medical Leave Act on Employment and Wages." *Labour Economics*, 10
(5): 573-596.

Baum, Charles L. (2003). "The Effects of Maternity Leave Legislation on Mothers'
Labor Supply Patterns after Childbirth." *Southern Economic Journal*, 69 (4): 772-
799.

Baum, Charles L. (2003). "Does Early Maternal Employment Harm Child Development?
An Analysis of the Potential Benefits of Leave-Taking." *Journal of Labor
Economics*, 21 (2): 409-448.

Baum, Charles L. (2002). "A Dynamic Analysis of the Effect of Childcare Costs on the
Work Decisions of Low-Income Mothers with Infants." *Demography*, 39 (1): 139-
164.

Baum, Charles L. (2002). "The Effect of Work Interruptions on Women's Wages."
*Labour*, 16 (1): 1-36.

Baum, Charles L., Richard L. Hannah, and William F. Ford. (2002). "The Effect of the
Senior Citizens' Freedom to Work Act of 2000 on Employer-Provided Pension and
Medical Plans." *Benefits Quarterly*, 18 (2): 65-72.

Baum, Charles L., and William F. Ford. (2001). "The Effect of 'The Senior Citizens'
Freedom to Work Act of 2000' on Delayed Retirement Incentives." *The Labor Law
Journal*, 52 (1): 3-9.

Research Citations

My research has recently been cited in the news by *Bloomberg BusinessWeek*, *U.S. News
and World Report*, and the *New York Times*.

A recent publication of mine on paid family leave legislation was reviewed and cited in
the 2022 and 2023 Economic Reports of the U.S. President by the Council of Economic
Advisers.

The Washington Center for Equitable Growth presented results from my research on
female employment rates and trends before the U.S. House Select Committee on
Economic Disparity and Fairness in Growth on December 8, 2021.

Exhibit C
p. 59

The U.S. Department of Labor used results from my research on state legislation providing paid parental leave from work at the 2015 White House Summit on Working Families.

ASSOCIATIONS

American Association of Economic and Financial Experts (AAEFE)

National Association of Forensic Economics (NAFE)

PRESENTATIONS (RECENT, SELECTED)

Economics and Workforce Development Trends: U.S. and Tennessee Workforce Trends, Data, and Resources, University of Tennessee-Knoxville, Institute for Public Service, Center for Industrial Services, Murfreesboro, TN, August 2022.

Tennessee Legislative Update and Economic Outlook, Tennessee Association of Professional Bail Agents, Murfreesboro, TN, August 2022.

Tennessee and U.S. Economic Outlook, Murfreesboro Young Professionals, Professional Development Luncheon, Murfreesboro, TN, June 2022.

The U.S. and State Economic Forecast, Oakworth Wealth Management/Oakworth Capital Bank, Nashville, TN (Bluebird Café), October 2021.

The Economic Outlook for Tennessee and the U.S., Murfreesboro Breakfast Rotary, Murfreesboro, TN, August 2021.

The Economic Outlook for Tennessee and the U.S., Tennessee Society of Certified Public Accountants, Brentwood, TN, August 2021.

Tennessee Economics and Legislative Update, Murfreesboro Breakfast Rotary, Murfreesboro, TN, January 2021.

Tennessee Economics and Legislative Update, Smyrna Rotary, Smyrna, TN, July 2020.

Tennessee Economics and Legislative Update, Rutherford County GOP Women, Murfreesboro, TN, July 2020.

Seven Careers in a Lifetime? An Analysis of Employee Tenure.  American Economic Association, Allied Social Science Association Annual Meetings, San Diego, CA, January 2020.

Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Tennessee.  Law Conference for Tennessee Practitioners, Nashville School of Law, Nashville, TN, November 2019.

The State and U.S. Economic Forecast.  The Exchange Club, Murfreesboro, TN, August 2019.

Exhibit C
p. 60

How to Calculate Economic Damages in Medical Malpractice Wrongful Death and Personal Injury Cases in Tennessee.  The 2019 Medical Malpractice Conference for Tennessee Attorneys, Nashville, TN, May 2019.

How to Calculate Economic Damages in Medical Malpractice Wrongful Death and Personal Injury Cases in Alabama.  The 2019 Medical Malpractice Conference for Alabama Attorneys, Birmingham, AL, May 2019.

The U.S. Economic Forecast.  Tennessee Realtors Association, 2019 Excel Summit, Franklin, TN, March 2019.

Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Tennessee.  Law Conference for Tennessee Practitioners, Nashville School of Law, Nashville, TN, November 2018.

Economics 101: Where are We and Where are We Going? Mid-South Commercial Law Institute, Nashville, TN, October 2017.

Calculating Hedonic Damages in Arkansas. National Association of Forensic Economics, Winter Meetings, Cancun, Mexico, January 2017.

The Economic Impacts of Wrongful Incarceration. National Association of Forensic Economics, Winter Meetings, Cancun, Mexico, January 2017.

The Accuracy of Social Security Wage Projections. National Association of Forensic Economics, Winter Meetings, Key West, FL, January 2016.

Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Alabama. Huntsville Bar Association, Huntsville, AL, May 2016.

 Employee Tenure and Economic Losses. National Association of Forensic Economics, Winter Meetings, San Juan, Puerto Rico, January 2015.

## COMMUNITY ACTIVITIES

Tennessee State House of Representatives (Representative, 2018-present; Vice Chairman of the House Finance, Ways, and Means Committee, 2021-present).

Oaklands Historic Mansion Foundation (Board Member, 2015-2022).

Community Foundation of Rutherford County (Founding Board Member, 2018-2021).

Linebaugh Library Foundation (Board Member, 2014-2020).

Murfreesboro City Schools Foundation (Board Member, 2013-2019).

Rutherford County Commission (Commissioner, 2010-2018).

American Heart Association, Rutherford County (Board Member, 2012-2017).

Exhibit C
p. 61

42

United Way of Rutherford and Cannon Counties (Board Member, 2013-2017).

Domestic Violence Center, Murfreesboro (Board Member, 2005-2010; Advisory Board Member, 2010-2015).

Eagle Scout (September 12, 1988, Great Smokey Mountain Council, Knoxville, TN).

Exhibit C

p. 62

Exhibit B: Case-Related Documents

1. Complaint for damages and jury trial demand.

2. Income tax returns for Mr. and Mrs. Snookal for 2021, 2022, and 2023.

3. W-2 forms from Chevron USA, Inc., for Mr. Snookal for 2019 and 2020.

4. Chevron compensation statement for Mr. Snookal for 2018 (January 1, 2019).

5. Chevron coverage details for Mr. Snookal (May 8, 2015).

6. Chevron retirement plan (January 1, 2014).

7. Chevron basic life insurance plan (January 1, 2014).

8. Chevron supplemental life insurance plan (January 1, 2014).

9. Chevron Employee Savings Investment Plan (January 1, 2014).

10. Chevron tax equalization policy (December 31, 2015).

11. Chevron assignment offer letter for Mr. Snookal (July 1, 2019).

12. Chevron remuneration sheet for Nigeria job for Mr. Snookal (July 9, 2019).

13. Chevron tax agreement and limited power of attorney agreement (August 2, 2019).

14. Chevron rotational expatriate assignments.

15. Chevron location premiums by area of assignment.

16. Job offer letter from Nippon Dynawave Packing Co. for Mr. Snookal (August 3, 2021).

17. Nippon Dynawave Packaging Co. Benefits Guide.

18. Georgia-Pacific Benefits Guide for 2023.

19. Phone call with Mr. Snookal (June 6, 2024).

20. Phone call with Ms. Leal and Ms. Flechsig (June 25, 2024).

**Exhibit C**
**p. 63**

Exhibit C: Treatises and Other Information

1. 26 U.S.C. § 6621.

2. 28 U.S.C. § 1961.

3. *Albemarle Paper Co. v. Moody,* 422 U.S. 405, 95 S.Ct. 2362, 45 L.Ed.2d 280 (1975).

4. Baum, Charles L.  (2021).  "Calculating Economic Damages in Ninth Circuit Employment Cases."  *Arizona Attorney*, 57 (5): 54-58.

5. Baum, Charles L. (2013). "Employee Tenure and Economic Losses in Wrongful Termination Cases." *Journal of Forensic Economics*, 24 (1): 41-66.

6. Becker, Gary. (1975). *Human Capital*. New York, NY: National Bureau of Economic Research.

7. Ben-Porath, Yoram. (1967). "The Production of Human Capital and the Life Cycle of Earnings." *Journal of Political Economy*, 75 (4): 352-365.

8. *Blankenship v. Liberty Life Assur. Co. of Boston,* 486 F.3d 620, 628 (9th Cir.2007).

9. Board of Governors of the Federal Reserve System. (2024). "Economic and Research Data." https://www.federalreserve.gov/econresdata/default.htm (Selected Interest Rates – H.15).

10. Brookshire, Michael L., and Stan V. Smith. (1990). *Economic/Hedonic Damages: The Practice Book for Plaintiff and Defense Attorneys.* Chicago, IL: Smith Economics Group, LTD.

11. Bureau of Labor Statistics. (2024a). "Current Employment Survey, Employment, Hours, and Earnings of Production and Nonsupervisory Employees." Linares, D.C., U.S. Bureau of Labor Statistics: http://data.bls.gov/pdq/SurveyOutputServlet (Databases, Tables, and Calculators by Subject).

12. Bureau of Labor Statistics. (2024b). "Employment Cost Index, historical Listing – Volume 5."  Linares, D.C., U.S. Bureau of Labor Statistics: https://www.bls.gov/web/eci/ecicois.pdf (Table 8).

13. Bureau of Labor Statistics.  (2024c).  "Consumer Price Index – CPI Databases." Linares, D.C., U.S. Bureau of Labor Statistics:  https://www.bls.gov/cpi/data.htm (All Urban Consumers).

14. Bureau of Labor Statistics. (2024d). "Employer Costs for Employee Compensation – December 2023." *Monthly Labor Review*, March 13, 2024: http://www.bls.gov/news.release/pdf/ecec.pdf.

15. *Cassino v. Reichhold Chemicals, Inc.,* 817 F.2d 1338 (9th Cir.1987).

16. Congressional Budget Office. (2024). "An Update to the Budget and Economic Outlook:

Exhibit C
p. 64

2024-2034." (February 2024 Update).

17. *Domingo v. New England Fish Co.,* 727 F.2d 1429 (9th Cir.1984).

18. *E.E.O.C. v. Farmer Bros. Co.,* 31 F.3d 891 (9th Cir.1994).

19. *Ford Motor Co. v. E.E.O.C.,* 458 U.S. 219, 102 S.Ct. 3057, 73 L.Ed.2d 721 (1982).

20. *Galindo v. Stoody,* 793 F.2d 1502 (9th Cir.1986).

21. Gilbert, Roy F. (1997). "Long-Term and Short-Term Changes in Earnings Profiles." *Journal of Forensic Economics*, 10 (1): 29-49.

22. *Gauthier v. Eastern Oregon Correctional Institution,* 2006 WL 2728957 (D.Ore.2006).

23. *Jones & Laughlin Steel Corp. v. Pfeifer,* 462 U.S. 523 (1983).

24. *Kelly v. Am. Standard, Inc.,* 640 F.2d 974 (9th Cir.1981).

25. Martin, Gerald D. (2010). *Determining Economic Damages*. Costa Mesa, CA: James Publishing Corporation.

26. Skoog, Gary R., James E. Ciecka, and Kurt V. Krueger. (2019). "The Markov Model Labor Force Activity 2012-2017: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors." *Journal of Forensic Economics*, 28 (1): 15-108.

27. Social Security Administration. (2024a). "Social Security: Contribution and Benefit Base." https://www.ssa.gov/OACT/COLA/cbb.html.

28. Social Security Administration. (2024b). "Benefits Calculator." https://www.ssa.gov/OACT/quickcalc/.

29. Social Security Trustees Report. (2024). "2024 OASDI Trustees Report." Washington, D.C.: Social Security Administration, 2024 OASDI Trustees Report, Economic Assumptions and Methods, Tables V.B1 and V.B2.

30. *Thorne v. City of El Segundo,* 802 F.2d 1131 (9th Cir.1986).

31. United States Department of Health and Human Services. (2023). "National Vital Statistics Reports, United States Life Tables, 2021." U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics, National Vital Statistics System, United States Life Tables.

32. *W. Pac. Fisheries, Inv. v. SS President Grant,* 730 F.2d 1280 (9th Cir.1984).

**Exhibit C**
p. 65