DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

Attorneys for Plaintiff MARK SNOOKAL

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone:     213.620.1780
Facsimile:     213.620.1398
E-mail:         tkennedy@sheppardmullin.com
                rmussig@sheppardmullin.com
                sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARK SNOOKAL, an individual,

                Plaintiff,

        vs.

CHEVRON U.S.A. INC., a California
Corporation, and DOES 1 through 10,
inclusive,

                Defendants.

)  CASE NO.: 2:23-cv-6302-HDV-AJR
)
)
)  **JOINT PROPOSED VERDICT FORM**
)
)
)
)  District Judge: Hon. Hernan D. Vera
)  Magistrate Judge: Hon. A. Joel Richlin
)  Action Filed: August 3, 2023
)  Pre-Trial Conf.: July 29, 2025
)  Trial Date: August 19, 2025
)
)

1

1    Pursuant to the Court's Civil Trial Order, Plaintiff, Mark Snookal and Defendant

2    Chevron U.S.A. Inc. through their respective counsel hereby file this Joint Proposed Verdict

3    Form.

4

5

6    Dated: July 14, 2025

7                        ALLRED, MAROKO & GOLDBERG

8

9                        By _____
                                        */s/ Dolores Leal*
10                                      DOLORES LEAL
                                        OLIVIA FLECHSIG
11
                                        Attorneys for Plaintiff
12                                      MARK SNOOKAL

13   Dated: July 14, 2025

14                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

15

16                        By _____
                                        */s/ Tracey A. Kennedy*
17                                      TRACEY A. KENNEDY
                                        ROBERT E. MUSSIG
18                                      H. SARAH FAN

19                                      Attorneys for Defendant
                                        CHEVRON U.S.A. INC.,
20                                      a Pennsylvania Corporation

21

22

23

24

25

26

27

28

JOINT PROPOSED VERDICT FORM

**We, the jury, answer the questions submitted to us as follows:**

1. Was Chevron U.S.A. Inc. aware that Mark Snookal had a disability?

_____ Yes      _____ No

If your answer to question 1 is "Yes", then answer question 2.

If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Was Mark Snookal able to perform the essential job duties of the Reliability Engineering Manager position in Escravos, Nigeria with or without accommodation?

_____ Yes      _____ No

If your answer to question 2 is "Yes", then answer question 3.

If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Chevron U.S.A. Inc. rescind the Reliability Engineering Manager position in Escravos, Nigeria to Mark Snookal?

_____ Yes      _____ No

If your answer to question 3 is "Yes", then answer question 4.

If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Was Mark Snookal's disability or perceived disability a substantial motivating reason for Chevron USA, Inc's decision to rescind the job offer for the Reliability Engineering Manager position in Escravos, Nigeria?

_____ Yes      _____ No

If your answer to question 4 is "Yes", then answer question 5.

If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form.

3
JOINT PROPOSED VERDICT FORM

5. Was Chevron USA's Inc's recission of the Reliability Engineering Manager position in

Escravos, Nigeria a substantial factor in causing harm to Mark Snookal?

\_\_\_\_\_Yes        \_\_\_\_\_No

If your answer to question 5 is "Yes", then answer question 6.

If you answered "No," stop here, answer no further questions, and have the presiding juror sign

and date this form.


6.  Did Mark Snookal's disability pose a direct threat to his health and safety or the health and

safety of others?

\_\_\_\_\_Yes        \_\_\_\_\_No

If your answer to question 6 is "Yes", stop here, answer no further questions, and have the

presiding juror sign and date this form.  If you answered "No," then answer question 7.


7. What are Mark Snookal's damages?

a. Past economic loss:          $_____

b. Future economic loss:        $_____

c. Past noneconomic loss, including physical pain/mental suffering:

                                $_____

d. Future noneconomic loss, including physical pain/mental suffering:

                                $_____

TOTAL                           $_____


8. Should Mark Snookal receive prejudgment interest on the past economic damages?[1]

\_\_\_\_\_Yes        \_\_\_\_\_No


[continued]

---

[1] This question is disputed by Defendant Chevron U.S.A. Inc.

4

**Signed: Presiding Juror** _____

**Dated:** _____

**After this verdict form has been signed, notify the clerk.**

JOINT PROPOSED VERDICT FORM