| | |
|---|---|
| 1 | DOLORES Y. LEAL (134176) |
| 2 | OLIVIA FLECHSIG (334880)<br>ALLRED, MAROKO & GOLDBERG |
| 3 | 6300 Wilshire Blvd. Suite 1500<br>Los Angeles, CA 90048-5217 |
| 4 | (323) 653-6530 |
| 5 | dleal@amglaw.com<br>oflechsig@amglaw.com |
| 6 | Attorneys for Plaintiff MARK SNOOKAL |
| 7 | |
| 8 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>A Limited Liability Partnership<br>Including Professional Corporations |
| 9 | TRACEY A. KENNEDY, Cal Bar No. 150782<br>ROBERT E. MUSSIG, Cal. Bar No. 240369 |
| 10 | H. SARAH FAN, Cal. Bar No. 328282<br>350 South Grand Avenue, 40th Floor |
| 11 | Los Angeles, CA 90071-3460<br>Telephone:   213.620.1780 |
| 12 | Facsimile:   213.620.1398<br>E-mail:       tkennedy@sheppardmullin.com |
| 13 |                      rmussig@sheppardmullin.com<br>                      sfan@sheppardmullin.com |
| 14 | Attorneys for Defendant. |
| 15 | CHEVRON U.S.A. INC.,<br>a Pennsylvania corporation |
| 16 | |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK SNOOKAL, an individual, | ) | CASE NO.: 2:23-cv-6302-HDV-AJR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF LODGING OF JOINT** |
| vs. | ) | **[PROPOSED] FINAL PRETRIAL** |
| | ) | **CONFERENCE ORDER** |
| CHEVRON U.S.A. INC., a California | ) | |
| Corporation, and DOES 1 through 10, | ) | |
| inclusive, | ) | District Judge: Hon. Hernan D. Vera |
| | ) | Magistrate Judge: Hon. A. Joel Richlin |
| Defendants. | ) | Action Filed: August 3, 2023 |
| | ) | Pre-Trial Conf.: July 29, 2025 |
| | ) | Trial Date: August 19, 2025 |
| | ) | |

1
NOTICE OF LODGING OF JOINT PROPOSED FINAL PRETRIAL CONFERENCE ORDER

**TO THE ABOVE CAPTIONED COURT:**

    Plaintiff Mark Snookal and Defendant Chevron U.S.A. Inc. give notice that, pursuant to L.R. 52-1, they are lodging with the Court the (Proposed) Joint Final Pretrial Conference Order.

DATED: July 15, 2025        ALLRED, MAROKO & GOLDBERG

By:     /s/ Dolores Y. Leal
        DOLORES Y. LEAL
        OLIVIA FLECHSIG
        Attorneys for Plaintiff
        MARK SNOOKAL

DATED: July 15, 2025        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:     /s/ Tracey A. Kennedy
        TRACEY A. KENNEDY
        ROBERT E. MUSSIG
        H. SARAH FAN

        Attorneys for Defendant
        CHEVRON U.S.A. INC.,
        A Pennsylvania Corporation