SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone:  213.620.1780
Facsimile:   213.620.1398
E-mail:      tkennedy@sheppardmullin.com
             rmussig@sheppardmullin.com
             sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-6302-HDV-AJR <br><br> **DECLARATION OF ROBERT E. MUSSIG IN SUPPORT OF DEFENDANT CHEVRON U.S.A., INC.'S OPPOSITION TO PLAINTIFF MARK SNOOKAL'S MOTION IN LIMINE NO. 3 – TO EXCLUDE REFERENCES TO THIRD-PARTY MEDICAL INFORMATION** <br><br> Date:   July 24, 2025 <br> Time:   10:00 a.m. <br> Place:  Courtroom 5B – Fifth Floor <br><br> District Judge: Hon. Hernán De. Vera <br> Magistrate Judge: Hon. A. Joel Richlin <br><br> Action Filed: August 3, 2023 <br> Trial Date: August 19, 2025 |

# DECLARATION OF ROBERT MUSSIG

I, Robert Mussig, declare as follows:

1. I am an attorney licensed to practice law in California. I am a partner with the law firm Sheppard, Mullin, Richter & Hampton LLP, counsel of record for Defendant Chevron U.S.A. Inc., a Pennsylvania corporation. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently to such facts under oath.

2. Plaintiff's medical records contain references to third-parties, including references to Plaintiff's relationship with his father as well as references to his relationship with his wife and her family. Among other things, his medical records show: "Mother had anxiety and depression, Maternal cousins have [history of] substance abuse. One has bipolar, one great uncle committed suicide[]. One . . . whole sister has anxiety. Two half sisters both anorexic and one has trichalomenia." A copy of the relevant excerpt of Plaintiff's medical records can be provided upon request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on July 15, 2025, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　*/s/ Robert Mussig*
　　　　　　　　　　　　　　　　　　　ROBERT MUSSIG