# EXHIBIT A

```
1                  UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4

5   MARK SNOOKAL, an individual,      )
                                      )
6             Plaintiff,              )
                                      )
7         v.                          ) NO. 2:23-cv-6302-
                                      )     HDV-AJR
8   CHEVRON USA, INC., a California   )
    Corporation, and DOES 1 through   )
9   10, inclusive,                    )
                                      )
10            Defendants.             )
    _____)
11

12

13

14

15

16

17            Videotaped deposition of MARK JORDAN

18     SNOOKAL, Plaintiff, taken on behalf of Defendants

19     at 333 South Hope Street, 43rd Floor, Los Angeles,

20     California, commencing at 10:00 a.m. on Friday,

21     May 10, 2024, before John M. Taxter, Certified

22     Shorthand Reporter No. 3579 in and for the State

23     of California, a Registered Professional Reporter.

24

25
```

Abrams, Mah & Kahn                                                1

**EXHIBIT A/1**

| | | |
|---|---|---|
| 1 | Q    Okay.  And so this 55 percent is the big | 16:52:10 |
| 2 | difference; right? | 16:52:14 |
| 3 | A    Yes. | 16:52:15 |
| 4 | Q    And that's tax-free? | 16:52:15 |
| 5 | A    It is. | 16:52:17 |
| 6 | Q    And then what do you mean by you "only | 16:52:19 |
| 7 | work six months"? | 16:52:21 |
| 8 | A    It's a rotational assignment, so you go | 16:52:22 |
| 9 | for 28 days, and you come home for 28 days, then | 16:52:24 |
| 10 | you go back for 28 days -- | 16:52:28 |
| 11 | Q    Okay. | 16:52:30 |
| 12 | A    -- and so -- | 16:52:32 |
| 13 | Q    That ends up working six months out of | 16:52:32 |
| 14 | the year? | 16:52:35 |
| 15 | A    It's about six months. | 16:52:35 |
| 16 | ==Q    Okay.  Anything else that would have== | 16:52:37 |
| 17 | ==changed?== | 16:52:38 |
| 18 | ==A    The Escravos position was a PSG 23, 24,== | 16:52:39 |
| 19 | ==and Chevron has policies against keeping people== | 16:52:45 |
| 20 | ==outside of the job's pay scale for, you know, six== | 16:52:49 |
| 21 | ==months, six to 12 months.  So usually after six== | 16:52:54 |
| 22 | ==months, if you're moved into a job that has a== | 16:52:57 |
| 23 | ==higher pay scale, they'll re-evaluate you, and== | 16:53:00 |
| 24 | ==generally speaking they'll move you up to that== | 16:53:04 |
| 25 | ==lower pay grade.== | 16:53:06 |

Abrams, Mah & Kahn                                              265

**EXHIBIT A/2**

| | | |
|---|---|---|
| 1 | Q   So -- and you were a PSG 22 at the time? | 16:53:07 |
| 2 | A   That's correct. | 16:53:10 |
| 3 | Q   And so after six months in Escravos you | 16:53:11 |
| 4 | might have been moved up to a PSG 23? | 16:53:13 |
| 5 | A   Correct. | 16:53:16 |
| 6 | Q   And do you know what the difference in | 16:53:16 |
| 7 | salary would have been? | 16:53:17 |
| 8 | A   No. | 16:53:17 |
| 9 | Q   Now, what was the assignment in terms of | 16:53:26 |
| 10 | term?  Was it a one-year assignment? a three-year | 16:53:32 |
| 11 | assignment? a six-month assignment? | 16:53:34 |
| 12 | A   A three- to four-"month" -- or three- to | 16:53:38 |
| 13 | four-year assignment. | 16:53:41 |
| 14 | Q   And are you aware that the person who | 16:53:43 |
| 15 | eventually got that job was let go as part of the | 16:53:46 |
| 16 | reorganization? | 16:53:49 |
| 17 | A   That wasn't what I was told. | 16:53:50 |
| 18 | Q   Okay.  What were you told? | 16:53:52 |
| 19 | A   He quit. | 16:53:54 |
| 20 | Q   What's his name? | 16:53:58 |
| 21 | A   I don't know his name.  They just told | 16:54:00 |
| 22 | me he quit. | 16:54:01 |
| 23 | Q   Who told you he quit? | 16:54:03 |
| 24 | A   Actually, I'm not sure I'm supposed to | 16:54:07 |
| 25 | say it.  So we had mediation with the DFEH. | 16:54:10 |

```
 1          THE VIDEOGRAPHER:  Video deposition            16:56:36
 2   returning to the record at "5:00" -- I'm sorry --     16:56:37
 3   4:56 p.m.                                             16:56:42
 4          MS. LEAL:  Mr. Snookal was concerned           16:56:43
 5   because he attended a mediation through the DFEH,     16:56:45
 6   and he was advised that everything said during the    16:56:49
 7   course of the mediation was confidential and could    16:56:52
 8   not be disclosed to others.  Hence, the reason he     16:56:55
 9   was reluctant to give you the information.  I've      16:56:57
10   told him to go ahead and answer your question.        16:56:59
11   BY MR. MUSSIG:                                        16:57:01
12       Q    Great.                                       16:57:02
13       A    So during that mediation, the mediator       16:57:02
14   told me that the Chevron lawyer had told her that     16:57:08
15   the person that took that position after me had       16:57:18
16   quit after a year because they didn't like it.        16:57:21
17       Q    Okay.  Okay.  So -- so I think you had       16:57:36
18   indicated you were -- you were brought on -- you      16:57:38
19   would have been at the same base salary and might     16:57:41
20   have been eligible for a bump up to PSG 23 after      16:57:45
21   six months.  You're not sure how much that would      16:57:47
22   increase your salary.  Same benefits, same bonus.     16:57:50
23          The big difference is that there was           16:57:55
24   this 55 percent incentive pay that was tax neutral    16:57:58
25   which is tax-free?                                    16:58:04
```

```
 1   assignment.                                              16:59:01
 2        Q    Okay.  I -- yeah.  I'm sure we have            16:59:03
 3   documentation.  And so, I mean, is it -- is it           16:59:05
 4   your position that you -- well -- well, with these       16:59:14
 5   facts can you estimate on a yearly basis what you        16:59:16
 6   think you would have been making above what you          16:59:18
 7   had made in the IEAR team lead position.                 16:59:22
 8        A    I mean, it's probably roughly in the           16:59:25
 9   neighborhood of $90,000 a year.                          16:59:28
10        Q    And it was a three- to four-year               16:59:35
11   assignment?                                              16:59:37
12        A    Yes.                                           16:59:37
13        Q    Okay.  Is there any guarantee that you         16:59:39
14   would have remained in that position?  In terms         16:59:40
15   of -- when I say "a three- to four-year                  16:59:44
16   assignment," it's not a three- or four-year              16:59:46
17   contract; right?                                         16:59:49
18        A    It's -- it's a job assignment just like       16:59:50
19   any other job assignment.                                16:59:53
20        Q    Okay.  But it's -- you were still an          16:59:55
21   at-will employee?                                        16:59:57
22        A    Yes.                                           16:59:58
23        Q    And so would there have been -- let's         17:00:01
24   say you played out the three to four years and you      17:00:05
25   came back to the US.                                     17:00:08
```

| | | |
|---|---|---|
| 1 | I suppose your PSG might have gone up, | 17:00:09 |
| 2 | but you would have gone back to essentially the | 17:00:12 |
| 3 | same salary with a slight bump? | 17:00:16 |
| 4 | MS. LEAL: Calls for speculation. | 17:00:17 |
| 5 | THE WITNESS: If I had come back to the | 17:00:18 |
| 6 | U.S. | 17:00:20 |
| 7 | BY MR. MUSSIG: | 17:00:20 |
| 8 | Q   Did you have plans to stay in Escravos | 17:00:22 |
| 9 | indefinitely? | 17:00:24 |
| 10 | A   I had plans to stay in an overseas | 17:00:25 |
| 11 | position for 11 years. | 17:00:29 |
| 12 | Q   And why 11 years? | 17:00:32 |
| 13 | A   My son was in private school that I | 17:00:33 |
| 14 | wanted to pay for through high school, so two | 17:00:38 |
| 15 | years of junior high, four years of high school, | 17:00:40 |
| 16 | and saving money for college.  And that's three | 17:00:43 |
| 17 | rotations with an average of three and a half | 17:00:53 |
| 18 | years-ish. | 17:00:56 |
| 19 | Q   But no guarantee you would have gotten | 17:01:01 |
| 20 | the -- the assignment again; right? | 17:01:04 |
| 21 | A   No. | 17:01:06 |
| 22 | Q   "No," that's not right, or, "yes," | 17:01:08 |
| 23 | that's right? | 17:01:09 |
| 24 | A   No, there's no guarantee. | 17:01:09 |
| 25 | Q   Did you remain a PSG 22 for the rest of | 17:01:12 |

| | | |
|---|---|---|
| 1 | your time at Chevron? | 17:01:26 |
| 2 | A    I did. | 17:01:26 |
| 3 | Q    Do you know what percentage of Chevron | 17:01:30 |
| 4 | employees are promoted to PSG 23?  Do you have any | 17:01:32 |
| 5 | estimate? | 17:01:35 |
| 6 | A    I do not. | 17:01:36 |
| 7 | Q    Are you aware -- maybe you're not -- | 17:01:38 |
| 8 | that promotions become harder as you advance up | 17:01:41 |
| 9 | the PS -- pay salary grade scale? | 17:01:44 |
| 10 | A    I am aware of that. | 17:01:47 |
| 11 | Q    And would you agree that just because an | 17:01:51 |
| 12 | employee at PSG 22 receives performance ratings of | 17:01:54 |
| 13 | meets expectations doesn't mean he'll eventually | 17:01:58 |
| 14 | receive a promotion to PSG 23? | 17:02:02 |
| 15 | MS. LEAL:  Calls for speculation. | 17:02:04 |
| 16 | THE WITNESS:  It is my understanding | 17:02:06 |
| 17 | that that's true, but I don't know that that's | 17:02:06 |
| 18 | always true. | 17:02:09 |
| 19 | BY MR. MUSSIG: | 17:02:10 |
| 20 | Q    Did anyone tell you that you were going | 17:02:11 |
| 21 | to advance to PSG "3" in the REM position in | 17:02:12 |
| 22 | Escravos? | 17:02:16 |
| 23 | A    I don't recall. | 17:02:17 |
| 24 | ==Q    Would you agree that, as a result of the== | 17:02:41 |
| 25 | ==COVID-19 pandemic, advancement opportunities at== | 17:02:45 |

Abrams, Mah & Kahn                              272

**EXHIBIT A/7**

| | | |
|---|---|---|
| 1 | Chevron became harder and harder? | 17:02:48 |
| 2 | A    I don't agree with that. | 17:02:52 |
| 3 | Q    You think people still advanced at the | 17:02:53 |
| 4 | same rate even throughout the pandemic? | 17:02:55 |
| 5 | MS. LEAL:  That calls for speculation. | 17:02:57 |
| 6 | Overbroad. | 17:02:59 |
| 7 | THE WITNESS:  I can say that in my small | 17:03:00 |
| 8 | circle of people that I know they continued to | 17:03:01 |
| 9 | advance at the levels and rates that they had. | 17:03:04 |
| 10 | BY MR. MUSSIG: | 17:03:04 |
| 11 | Q    Do you know anyone that advanced from a | 17:03:08 |
| 12 | PSG -- PSG 22 to 23? | 17:03:11 |
| 13 | A    Yes. | 17:03:11 |
| 14 | Q    Who? | 17:03:14 |
| 15 | A    Stewart Harwell was promoted, for one. | 17:03:18 |
| 16 | The two people that went into the OA position were | 17:03:21 |
| 17 | promoted.  The person that took my IEAR position | 17:03:25 |
| 18 | when I vacated it was promoted from 22 to 23.  Two | 17:03:29 |
| 19 | other people were put into OA positions, I can't | 17:03:37 |
| 20 | recall their names, but they came out of | 17:03:41 |
| 21 | engineering leads which are PSG 22s.  So it's more | 17:03:43 |
| 22 | than likely they also went from 22 to 23. | 17:03:47 |
| 23 | Q    Did any of those people lack a college | 17:03:51 |
| 24 | degree? | 17:03:52 |
| 25 | A    I don't know their education or anything | 17:03:53 |

```
 1   STATE OF CALIFORNIA   )
                           ) SS.
 2   COUNTY OF VENTURA     )

 3         I, John M. Taxter, a California Certified

 4   Shorthand Reporter, Certificate No. 3579, a

 5   Registered Professional Reporter, do hereby

 6   certify:

 7         That the foregoing proceedings were taken

 8   before me at the time and place therein set forth,

 9   at which time the deponent was put under oath by

10   me; that the testimony of the deponent and all

11   objections made at the time of the examination

12   were recorded stenographically by me and were

13   thereafter transcribed; that the foregoing is a

14   true and correct transcript of my shorthand notes

15   so taken.

16         I further certify that I am neither counsel

17   for nor related to any party to said action.

18         The dismantling, unsealing, or unbinding of

19   the original transcript will render the Reporter's

20   Certificate null and void.

21         Pursuant to Federal Rule 30(e), transcript

22   review was requested.

23   Dated May 22, 2024.

24                         _____
                           JOHN M. TAXTER
25                         California Certified Shorthand
                           Reporter No. 3579, RPR
```

**Abrams, Mah & Kahn**                                                    **320**

**EXHIBIT A/9**

```
 1
 2
 3
 4        I, John M. Taxter, Certified Shorthand Reporter,
 5    CSR No. 3579, hereby certify:
 6        The foregoing is a true and correct copy of the
 7    original transcript of the proceedings taken by me
 8    as thereon stated.
 9
10
11
12    Dated: May 23, 2024
13
14
15
16                            _____
17                                John Taxter, CSR No. 3579
18
19
20
21
22
23
24
25
```

**Abrams, Mah & Kahn**

**EXHIBIT A/10**