# EXHIBIT C

1                    UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4    MARK SNOOKAL, an individual,     )
                                      )
5                                     )
                  Plaintiff,          )
6                                     )
                                      )
7         vs.                         )  CASE No.
                                      )  2:23-cv-6302
8                                     )  HDV-AJR
     CHEVRON USA, INC., a California  )
9    Corporation and DOES 1 through   )
     10, inclusive,                   )
10                                    )
                                      )
11                Defendants.         )
     _____)

12

13

14

15        Videotaped Remote Deposition via Zoom videoconference

16   of CHARLES L. BAUM, Ph.D., taken on behalf of Defendant

17   Chevron USA, Inc., at Nashville, Tennessee, commencing at

18   9:31 a.m., Monday, February 10, 2025, before Marivon H.

19   Christine, CSR No. 3735.

20

21

22

23

24

25

**EXHIBIT C/1**

```
 1   out of Ohio.
 2        Q      Let's talk about your background.   I do have your
 3   report, and it is Exhibit 1 to the deposition.
 4             Can you give me a little bit of your educational
 5   background post high school?                                    09:35
 6        A      Sure.   I got a bachelor's degree in economics and
 7   in political science, two different majors, from Wake
 8   Forest University in 1995, and then I immediately went on
 9   to a Ph.D. program in economics, and I graduated with my
10   Ph.D. in economics from the University of North Carolina     09:36
11   at Chapel Hill in May of 1999.
12        Q      Tell me a little bit about your employment
13   background post college, either post undergrad or post
14   Ph.D., just an overview of your employment background.
15        A      Okay.   After I graduated with my Ph.D. in May of   09:36
16   1999 I was hired to begin teaching economics at Middle
17   Tennessee State University.
18             The semester began in August of 1999.   I was
19   hired sometime before that, and then I've been a full-time
20   teacher or professor of economics in the Department of     09:36
21   Economics & Finance at Middle Tennessee State University
22   since that time.   I'm in my 26th year.
23        Q      And outside of teaching have you done any type of
24   economics consulting?
25        A      Yes.   And then I began consulting as an economist   09:36
```

**EXHIBIT C/2**

1    <mark>for matters that were almost always in litigation in 2005,</mark>

2    <mark>about 20 years ago.</mark>

3        Q    And in doing that, did you do that as Charles

4    Baum or an LLC or as a company?

5        A    Yes.  I have an LLC set up through which I do        09:37

6    that work.  It's called Baum Economics, LLC.

7        Q    How often, say, on an annual basis in the last

8    five years are you doing consulting work in

9    employment-related cases?

10       A    My work is seasonal.  I teach full time in the       09:37

11   spring and fall semesters, but I'm off for four months in

12   the summer when I serve as a consultant.  I guess, about

13   100 percent of my work time is in the summer.  I'm off a

14   month at Christmas, a week for spring break, a week for

15   fall break.                                                    09:37

16           So, again, my work as a consultant is seasonal.

17   About 40 percent of the cases in which I serve as an

18   economics expert are matters that are in employment or in

19   employment litigation cases.

20       Q    What would you say is the other 60 percent of        09:38

21   your consulting-related business?

22       A    About 40 percent are injury and death cases, and

23   then the remaining 20 percent would be what I call

24   corporate cases where I'm calculating some measure of lost

25   profits, although the last 20 percent are corporate cases,    09:38

**EXHIBIT C/3**

1    I'm disclosed as an expert, and I provide a report or

2    calculation.  So my testimony list is more heavily

3    weighted for the plaintiff than my overall workload is.

4        Q    Understood.  Have you actually ever testified in,

5    say, in a deposition or an arbitration or a trial on          09:40

6    behalf of an employer where you're criticizing or

7    critiquing a report from the other side?

8        A    I'm sure I have, yes.

9        Q    Outside of teaching in the past 20-plus years and

10   your consulting work, any other avenues of income related    09:40

11   to your profession as an economist?

12       A    I don't think as an economist.  I've got

13   investments, and I've been a part-time politician, but not

14   as an economist.

15       Q    Okay.  Fair enough.  Let's talk about your          09:41

16   retention and your opinion in this case, Dr. Baum.

17            When you were contacted by Ms. Leal, were you --

18   as I understand you were asked to provide an expert

19   opinion as to economic damages for Mr. Snookal; is that

20   correct?

21       A    Yes.

22       Q    And you provided that in a written report; is

23   that correct?

24       A    Yes.

25       Q    What type of information were you provided from     09:41

EXHIBIT C/4

1    Ms. Leal or anyone else in preparing your expert opinion

2    in this case?

3        A    I was provided documents for Mr. Snookal on --

4    for three different jobs.   The first job was his position

5    at Chevron.   The second was his position for Georgia                    09:41

6    Pacific, and the third one was his -- really his first

7    position of replacement employment for a company called

8    Nippon Dynawave.

9            And for these three jobs I was provided

10   information on his earnings and the types of employment          09:42

11   benefits that he received.

12       Q    And with respect to the type of benefits, what

13   type of documentation, if any, were you provided regarding

14   the benefits for those positions?

15       A    For Chevron I received a number of different            09:42

16   company manuals that provided information on anything from

17   life insurance benefits to tax reimbursements to ESIP

18   benefits, all kind -- several different kinds of

19   Chevron -- Chevron specific manuals.

20           I also got some information that showed what             09:43

21   Mr. Snookal had actually been earning and what benefits he

22   had actually been receiving.

23           And, then, from Nippon I received an offer

24   letter, and I believe I received a benefits manual from

25   Nippon, as well.                                                  09:43

**EXHIBIT C/5**

1          And from Georgia Pacific I received a benefits

2    manual.

3        Q    In looking at the report -- I'm going to share

4    the report just so we're all on the same page here, and

5    like I say, I marked this as Exhibit 1.                    09:43

6          Dr. Baum, are you able to see this exhibit,

7    Exhibit 1?

8        A    Yes.

9        Q    Okay.  I'm just going to scroll through to make

10   sure we're on the same page.  We'll go back to just using   09:43

11   the report you have in front of you because I think it's

12   easier to review.  I want to make sure I go through and

13   make sure we are talking about the same document for the

14   record.

15         Is that your signature on page 10 of Exhibit 1,       09:44

16   your report?

17       A    Yes.

18       Q    Thank you.  As I understand it there's some

19   tables that are attached to your report.  I'm going to

20   scroll through.  If I go too fast, let me know.             09:44

21       A    It looks like my report.

22       Q    Okay.  And I see on page 12 this is your current

23   or most current CV?

24       A    Yes, as of the writing of the report.

25       Q    Okay.  Fair enough.  I'm just going to run        09:44

**EXHIBIT C/6**

```
 1   through these.

 2            And then you start on page 43.  You have

 3   case-related documents.  What does this reflect, Dr. Baum?

 4       A    It reflects the information that I considered for

 5   my calculations that are specific to this case.  These are    09:45

 6   documents that I would use really only for this case.

 7            Exhibit C, also, is information I used for the

 8   case, but it's more general economic data or economic work

 9   that I would use for potentially multiple cases.

10       Q    Couple questions here.  You see line 13, where it    09:45

11   says, "Chevron tax agreement and limited power of attorney

12   agreement, August 2, 2019," what does that refer to?

13       A    It looks like -- it's a relatively short document

14   where it looks like Mr. Snookal signed some agreement

15   where I believe KPMG would be handling some of the tax       09:45

16   services required for his employment with Chevron.

17       Q    In paragraph 14, which is "Chevron rotational

18   expatriate assignments," what does that refer to?

19       A    I believe this is a document that lists the paid

20   premium for different assignments overseas that an           09:46

21   employee could have through Chevron.

22       Q    Do you recall if that particular document was

23   provided by Chevron, to your knowledge, or is it a

24   separate type of document from counsel, if you know?

25       A    Well, it was provided to me by Ms. Leal, but I      09:46
```

**EXHIBIT C/7**

1    as to punitive damages in this case?

2        A    No.

3        Q    Have you prepared any updated reports, other than

4    the report, Exhibit 1, which is dated August 16, 2024?

5        A    No, not at this time.                              09:49

6        Q    Have you been asked to provide any type of

7    opinion as of now in rebuttal to any Chevron USA

8    economist's report?

9        A    I've not been asked to, no.

10       Q    Let's go through your specific opinion.  Just for   09:49

11   context, in looking at your expert report, there's a

12   series of paragraphs, 1 through 47.  It appears these are

13   on pages 1 through 9 -- I'm sorry -- 1 through 48 is the

14   last paragraph there.

15            Would that be the -- would paragraphs 1 through    09:50

16   47 effectively be the entirety of your opinions in this

17   case?

18       A    Yes.

19       Q    All right.  So let's go through your methodology.

20            How did you go about formulating your economic      09:50

21   damages analysis opinion in this particular case?

22       A    My damage methodology is equal to a projection of

23   what Mr. Snookal would have earned and received in

24   employment benefits from Chevron, absent any wrongdoing

25   alleged by Chevron, minus his actual and projected          09:50

**EXHIBIT C/8**

1    earnings from replacement employment or subsequent

2    employers.

3        Q    So would it be fair to say, sir, in layman's

4    terms you calculated the amount of economic earnings he

5    could have or should have had, again, in this case,                    09:51

6    deducted all of his earnings from other employment to come

7    out with an economic damages number for the past earnings,

8    past losses, and then you also did a calculation into the

9    future economic losses using a present value analysis?

10       A    That's correct.   And I think I would highlight          09:51

11   that the future losses are discounted to present value.

12       Q    Okay.

13       A    Which is what you said.

14       Q    Okay.  Let's take a look at your report, and

15   starting at paragraphs 1 through 4, let's take a look at          09:51

16   those paragraphs.

17           Paragraph 1 talked about your background, and

18   paragraph 2, would that be an accurate summary for what

19   you were asked to do in this case?

20       A    Yes.                                                      09:52

21       Q    And starting from paragraphs 5 through 12, where

22   the paragraph started off, "It is my understanding" is

23   that information you were provided either from Mr. Snookal

24   and/or counsel?

25       A    Yes, or some of the case-specific documents that          09:52

**EXHIBIT C/9**

1    Q    And then if you look at the same table for the

2  calculation starting, again, in 2025 through 2035, you

3  have a cumulative running total of all economic damages

4  under Scenario 1 of $2,714,283; would that be correct?

5    A    Yes.                                              10:02

6    Q    Why did you select the year 2035 for Scenario 1

7  in your economic damages calculations?

8    A    Yes.   That is a period that takes Mr. Snookal

9  through the end of his projected worklife expectancy.   It

10 takes him to about age 62 or 63, but having said that,    10:02

11 again, I don't assume a 100 percent chance that

12 Mr. Snookal would have stayed at Chevron until age 62.

13        Instead, I take these future periods and I adjust

14 them for the likelihood that he would have stayed with

15 Chevron in each future year, and those adjustments are in  10:02

16 column 13.

17        So that, for example, I'm not assuming he stays

18 at Chevron with a 100 percent chance through 2035, but I

19 recognize that there is some positive probability that he

20 might have stayed at Chevron until retirement.            10:03

21   Q    So if you look at column 13, starting on page 11

22 of your report where it says, "Tenure Probability" --

23   A    Yes.

24   Q    -- so how did you come up with the percentage of

25 probability for your calculations going to the future that  10:03

**EXHIBIT C/10**

1    Mr. Snookal would be at Chevron, at least, through 2035?

2        A    These are probabilities that are projected using

3    a multi-variant regression model, and it's actually a

4    model that I authored and published in a journal.

5            That journal should be cited and referenced in my          10:03

6    report what I consider a number of different factors, and

7    with those factors I'm able to project the likelihood that

8    Mr. Snookal or, actually, any other employee would remain

9    with an employer in each future year until retirement.  So

10   this projection is from a regression model.                        10:04

11       Q    When you spoke to Mr. Snookal, did you ask him

12   any questions about his desire to stay at Chevron for any

13   period of time after 2019?

14       A    My understanding is he intended to remain at

15   Chevron.  I believe he was employed with Chevron first in          10:04

16   2009, so he had been employed there for ten years, at

17   least, at the time the allegations in this case arose.

18       Q    Understood.  Did you ask him if he had planned on

19   staying at Chevron, I guess, but for these issues that he

20   claims he had with Chevron?                                        10:04

21       A    My understanding is it was his intension to take

22   the position in Nigeria, yes.

23       Q    And do you understand at what point in time he

24   actually resigned or separated from Chevron?  Was that in

25   2021?                                                              10:05

Abrams, Mah & Kahn                                    26

**EXHIBIT C/11**

1    A    I think so.  I think it was around August or

2    September of 2021.

3    Q    Did you have any discussions with Mr. Snookal

4    when you talked to him as to he why he stopped working at

5    Chevron?                                                    10:05

6    A    From the complaint it was my understanding that

7    it involved several factors:  No. 1, a demotion where he

8    was moved into a position where he wasn't managing or

9    supervising other workers.  His skills were essentially

10   not being used.  He was moved into a position that did not    10:05

11   involve any promotional opportunities.  It wasn't a

12   position that was -- he considered to be important to the

13   company.  It was sort of the company sidelining him.

14        And then in addition to that set of factors, it's

15   my understanding that the events that are outlined in the   10:05

16   complaint led Mr. Snookal to have some mental anguish,

17   depression, and that due to this -- due to these effects

18   he did not deem it good for his mental health to remain

19   employed at Chevron, and so essentially Chevron

20   constructively discharged him.                              10:06

21   Q    Were you ever provided Mr. Snookal's deposition

22   transcript?

23   A    No.

24   Q    Were you provided any discovery responses in this

25   case, for example, any interrogatory responses by          10:06

Abrams, Mah & Kahn                                    27

**EXHIBIT C/12**

1    Mr. Snookal in this case?

2        A    No.

3        Q    Were you provided any interrogatory responses

4    from Chevron USA in this case?

5        A    No.                                                    10:06

6        Q    Were you provided any deposition testimony from

7    any witnesses in this case as part of your economic

8    damages analysis?

9        A    No.

10       Q    So let's go to your next chart and your next      10:06

11   opinion in this case, Dr. Baum.

12            I heard some background noise.  Was that just me?

13   Let me start, again.

14            Dr. Baum, what is your next opinion, if any, in

15   this case regarding Mr. Snookal's economic damages?       10:07

16       A    Okay.  I provide a second scenario.  I believe

17   we've discussed the first scenario.

18            So I provide a second scenario where I calculate

19   economic losses, and my methodology in my second scenario

20   is the same as in my first scenario with one change, and  10:07

21   that is I project Mr. Snookal to have been upgraded or

22   promoted to the grade 23 compensation level with his

23   transfer to the position in Nigeria.

24            I don't assume that that promotion occurs

25   immediately.  I assume that he would have been promoted by 10:08

**EXHIBIT C/13**

1    January 1st of 2020.   It's my understanding that these

2    types of promotions regularly occur usually within about

3    six months of the transfer to a position like the one

4    Mr. Snookal was initially offered in Nigeria.

5            And in this second scenario the present value of          10:08

6    the total economic losses can, again, be found in the

7    bottom right-hand corner of the table, Table 2, in column

8    23.   The total present value of the economic losses would

9    be $3,477,855.   Part of that represents lost back pay and

10   part of that represents lost front pay.                          10:08

11       Q    Okay.   So if we look at Table 2, would it be fair

12   to say that your methodology was the same as the

13   methodology in Table 1, just with an assumption that

14   Mr. Snookal would have been promoted to a position with

15   grade 23 as of January 1, 2020?                                  10:09

16       A    That's correct.

17       Q    And so if you look at the adjusted loss in the

18   economic damages for the past through the trial date of

19   February 2025, the cumulative loss would have been

20   1,136,838 as reflected on page 14 of your report?               10:09

21       A    That's correct.

22       Q    And what is your understanding as to what

23   Mr. Snookal's base pay would have been if he had been

24   promoted to grade 23 in January of 2020?

25       A    It's my understanding that he would have            10:09

**EXHIBIT C/14**

```
1                        CERTIFICATE

2                            OF

3                CERTIFIED SHORTHAND REPORTER

4

5           The undersigned Certified Shorthand Reporter

6    of the State of California does hereby certify:

7           That the foregoing proceeding was taken

8    remotely before me at the time and place therein set

9    forth, at which time the witness was duly sworn by me;

10          That the testimony of the witness and all

11   objections made at the time of the examination were

12   recorded stenographically by me and were thereafter

13   transcribed, said transcript being a true and correct

14   copy of my shorthand notes thereof;

15          I hereby certify that I am not interested in

16   the event of the action.

17          IN WITNESS WHEREOF, I have subscribed my name

18

19   this date: February 17, 2025.

20

21                        _____

22                        MARIVON H. CHRISTINE, CSR
                          Certificate No. 3735

23

24

25
```

**Abrams, Mah & Kahn**                                          **40**

**EXHIBIT C/15**

1

2

3

4        Marivon H. Christine , Certified Shorthand Reporter,

5    CSR No.   3735, hereby certify:

6        The foregoing is a true and correct copy of the

7    original transcript of the proceedings taken by me

8    as thereon stated.

9

10

11

12    Dated:      February 24, 2025

13

14

15

16    MARIVON H. CHRISTINE, CSR, RPR

17    Certificate No. 3735

18

19

20

21

22

23

24

25

**EXHIBIT C/16**