# EXHIBIT F



your wealth

# 2020 U.S. payroll exempt salary structure

## pay scale groups (PSGs) 17 – 30

human energy. yours.™

Effective April 1, 2020

| PSG | Guiding minimum | 2020 competitive objective | Guiding maximum | CIP individual opportunity range |
|---|---|---|---|---|
| 30 | $357,000 | **$446,000** | $535,000 | 45% - 75% |
| 29 | $310,000 | **$388,000** | $466,000 | 38% - 63% |
| 28 | $270,000 | **$337,000** | $404,000 | 30% - 50% |
| 27 | $235,800 | **$294,700** | $353,600 | 27% - 44% |
| 26 | $205,600 | **$257,000** | $308,400 | 23% - 38% |
| 25 | $178,500 | **$223,100** | $267,700 | 19% - 32% |
| 24 | $155,000 | **$193,700** | $232,400 | 15% - 25% |
| 23 | $134,100 | **$167,600** | $201,100 | 12% - 20% |
| 22 | $116,400 | **$145,500** | $174,600 | 11% - 18% |
| 21 | $101,200 | **$126,500** | $151,800 | 10% - 16% |
| 20 | $88,200 | **$110,200** | $132,200 | 9% - 15% |
| 19 | $77,000 | **$96,300** | $115,600 | 8% - 13% |
| 18 | $67,300 | **$84,100** | $100,900 | 7% - 12% |
| 17 | $58,900 | **$73,600** | $88,300 | 6% - 10% |



your wealth

# 2019 U.S. payroll exempt salary structure

## pay scale groups (PSGs) 17 – 30

human energy. yours.™

Effective April 1, 2019

| PSG | Guiding minimum | 2019 competitive objective | Guiding maximum | CIP targets |
|---|---|---|---|---|
| 30 | $ 347,000 | $ 434,000 | $ 521,000 | 60% |
| 29 | $ 302,000 | $ 377,000 | $ 452,000 | 50% |
| 28 | $ 262,000 | $ 328,000 | $ 394,000 | 40% |
| 27 | $ 229,400 | $ 286,700 | $ 344,000 | 35% |
| 26 | $ 200,000 | $ 250,000 | $ 300,000 | 30% |
| 25 | $ 173,300 | $ 216,600 | $ 259,900 | 25% |
| 24 | $ 150,500 | $ 188,100 | $ 225,700 | 20% |
| 23 | $ 130,200 | $ 162,700 | $ 195,200 | 16% |
| 22 | $ 113,000 | $ 141,300 | $ 169,600 | 14% |
| 21 | $ 98,100 | $ 122,600 | $ 147,100 | 12% |
| 20 | $ 85,400 | $ 106,800 | $ 128,200 | 11% |
| 19 | $ 74,600 | $ 93,300 | $ 112,000 | 10% |
| 18 | $ 65,200 | $ 81,500 | $ 97,800 | 9% |
| 17 | $ 57,000 | $ 71,300 | $ 85,600 | 8% |



your wealth

# 2021 U.S. payroll exempt salary structure

pay scale groups (PSGs) 17-30

Effective March 1, 2021

| PSG | Guiding minimum | 2020 Midpoint | Guiding maximum | CIP bonus range |
|---|---|---|---|---|
| 30 | $359,300 | $449,100 | $538,900 | 45% - 75% |
| 29 | $312,600 | $390,700 | $468,800 | 38% - 63% |
| 28 | $271,800 | $339,700 | $407,600 | 30% - 50% |
| 27 | $237,700 | $297,100 | $356,500 | 27% - 44% |
| 26 | $207,300 | $259,100 | $310,900 | 23% - 38% |
| 25 | $180,200 | $225,300 | $270,400 | 19% - 32% |
| 24 | $156,500 | $195,600 | $234,700 | 15% - 25% |
| 23 | $135,400 | $169,300 | $203,200 | 12% - 20% |
| 22 | $117,600 | $147,000 | $176,400 | 11% - 18% |
| 21 | $102,400 | $128,000 | $153,600 | 10% - 16% |
| 20 | $89,200 | $111,500 | $133,800 | 9% - 15% |
| 19 | $78,000 | $97,500 | $117,000 | 8% - 13% |
| 18 | $68,100 | $85,100 | $102,100 | 7% - 12% |
| 17 | $59,600 | $74,500 | $89,400 | 6% - 10% |