DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

**Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-6302-HDV-AJR<br><br>**[PROPOSED] ORDER DENYING DEFENDANT CHEVRON USA, INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OR TESTIMONY BY PLAINTIFF REGARDING HIS PAST OR FUTURE ECONOMIC DAMAGES**<br><br>[*Filed concurrently with Plaintiff's Memorandum of points and Authorities in Opposition to Defendant Chevron USA, Inc.'s Motion in Limine No. 1 to Exclude Evidence or Testimony by Plaintiff Regarding His Past or Future Economic Damages; and Declaration of Olivia Flechsig in Support Thereof*]<br><br>District Judge: Hon. Hernan D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br>Action Filed: August 3, 2023<br>Trial Date: August 19, 2025<br><br>Hearing Date: July 24, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: 5B |

On July 24, 2025 at 10:00 a.m. in Courtroom 5B of the above-entitled Court, located at 350 W. First Street, Los Angeles, CA 90012, Defendant Chevron USA, Inc.'s Motion in Limine No. 1 To Exclude Evidence or Testimony of Any Subjective Opinion or Belief by Plaintiff Regarding His Past or Future Economic Damages came on regularly for hearing. All Parties were represented by their counsel.

After consideration of the papers and oral argument, the Court finds no good cause supports Defendant's Motion and therefore **DENIES** Defendant's Motion in Limine No. 1.

**IT IS SO ORDERED.**

DATE: _____       _____
                                    Honorable Hernán D. Vera
                                    United States District Court Judge

[PROPOSED] ORDER DENYING DEFENDANT CHEVRON USA, INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OR TESTIMONY BY PLAINTIFF REGARDING HIS PAST OR FUTURE ECONOMIC DAMAGES