# EXHIBIT B

```
 1                 UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3

 4

 5   MARK SNOOKAL, an individual,    )
                                     )
 6           Plaintiff,              )
                                     )
 7      v.                           )  NO. 2:23-cv-6302-
                                     )      HDV-AJR
 8   CHEVRON USA, INC., a California )
     Corporation, and DOES 1 through )
 9   10, inclusive,                  )
                                     )
10           Defendants.             )
     _____)
11

12

13

14

15

16

17           Videotaped deposition of ALEXANDER

18      R. MARMUREANU, M.D., Witness, taken remotely

19      on behalf of Defendants commencing at 2:04

20      p.m. on Wednesday, January 29, 2025, before John

21      M. Taxter, Certified Shorthand Reporter No. 3579

22      in and for the State of California, a Registered

23      Professional Reporter.

24

25
```

**EXHIBIT B/1**

| | | |
|---|---|---|
| 1 | A    That's correct. | 14:08:35 |
| 2 | Q    And do you understand you've been | 14:08:36 |
| 3 | retained as an expert to provide testimony on | 14:08:37 |
| 4 | behalf of Plaintiff Mark Snookal? | 14:08:40 |
| 5 | A    Well, I mean, that's a very lawyer way | 14:08:46 |
| 6 | of talking.  My understanding, I'm -- I'm not an | 14:08:49 |
| 7 | advocate.  I'm an expert.  I'm being asked to | 14:08:52 |
| 8 | provide -- to review records and provide an | 14:08:54 |
| 9 | opinion.  Now, if you call it I'm being asked to | 14:08:58 |
| 10 | provide testimony on behalf of the plaintiff, | 14:09:00 |
| 11 | maybe, but that's not what was told to me. | 14:09:02 |
| 12 | Q    Okay.  Well, let me ask you this:  What | 14:09:04 |
| 13 | were you told? | 14:09:07 |
| 14 | A    To review the records and formulate an | 14:09:08 |
| 15 | opinion. | 14:09:10 |
| 16 | Q    And what records were you asked to | 14:09:10 |
| 17 | review? | 14:09:12 |
| 18 | A    I do believe you -- you should have | 14:09:14 |
| 19 | those.  If not, I have a folder here open in front | 14:09:16 |
| 20 | of me.  Medical records, radiologic studies.  I | 14:09:18 |
| 21 | think there were some court documents.  I -- I can | 14:09:25 |
| 22 | open them.  They're all here. | 14:09:27 |
| 23 | Q    Sure.  Can you let me know what | 14:09:29 |
| 24 | documents you were asked to review. | 14:09:30 |
| 25 | A    There is a complaint; Case | 14:09:32 |

| | | |
|---|---|---|
| 1 | No. 2:23-cv-6302, complaint for damages. There | 14:09:39 |
| 2 | was -- there is an assignment offer for the | 14:09:48 |
| 3 | location Escravos in Nigeria; medical suitability | 14:09:54 |
| 4 | for expatriate assignment history and physical | 14:10:03 |
| 5 | examination; a letter from Kaiser Permanente dated | 14:10:07 |
| 6 | 7/29/2019 from Dr. Khan, K-h-a-n; some e-mail from | 14:10:18 |
| 7 | Levy, Scott, to Dr. Khan; another expatriate exam | 14:10:31 |
| 8 | recommendation, GO-1769. Another letter seems to | 14:10:48 |
| 9 | be from Kaiser Permanente signed by Dr. Khan; | 14:10:54 |
| 10 | mental health questionnaire for employee, GO-1750; | 14:11:01 |
| 11 | request for medical service, GO-147-1, Chevron; | 14:11:10 |
| 12 | primary care physician Dr. Fleischman, member name | 14:11:21 |
| 13 | Mark Snookal, four pages dated 7/18/2019; Quest | 14:11:26 |
| 14 | Diagnostics report status on Mark Snookal, labs; | 14:11:40 |
| 15 | medical suitability for expatriate assignment | 14:11:48 |
| 16 | history and physical exam. I'm not sure it's the | 14:11:51 |
| 17 | same. It's GO-146-MSEA. It looks different. | 14:11:54 |
| 18 | Chevron brief note, encounter info subjective, two | 14:12:07 |
| 19 | pages; physical requirements and working | 14:12:14 |
| 20 | condition, GO-308, Chevron, four pages; current | 14:12:20 |
| 21 | assignment information, 0065 Chevron Products | 14:12:30 |
| 22 | Company, and they have some Kaiser Permanente | 14:12:37 |
| 23 | records in them. Basically, it's the CAT scan. | 14:12:40 |
| 24 | Another record from Kaiser Permanente, Mark | 14:12:47 |
| 25 | Snookal, dated 4/16/2019, 2:00 p.m. interface. It | 14:12:51 |

| | | |
|---|---|---|
| 1 | seems to be an ECHO result; another expatriate | 14:12:59 |
| 2 | exam recommendation, GO-1769; an article from | 14:13:07 |
| 3 | Circulation, "Risk of Rupture or Dissection in the | 14:13:15 |
| 4 | Descending Thoracic Aortic Aneurysm." | 14:13:22 |
| 5 | "Descending," it says, not "ascending"; three | 14:13:23 |
| 6 | pages seems to be communication e-mail from Mark | 14:13:27 |
| 7 | Snookal to Scott Levy; EMR report; Kaiser | 14:13:35 |
| 8 | Permanente disclosure of patient medical | 14:13:41 |
| 9 | information; job title, NMA EGTL reliability | 14:13:45 |
| 10 | engineering manager, two pages; | 14:13:56 |
| 11 | "neuroradiology" -- neuroradiologic studies; and | 14:13:58 |
| 12 | a depo, Dr. Ujomoti Akintunde, 104 pages, Snookal | 14:14:12 |
| 13 | v. Chevron USA with exhibits.  Would you like me | 14:14:24 |
| 14 | to go through the exhibits or -- | 14:14:29 |
| 15 |     Q   No.   No.   That's fine.   Just -- you have | 14:14:31 |
| 16 | the deposition transcript with the exhibits? | 14:14:32 |
| 17 |     A   I do. | 14:14:35 |
| 18 |     Q   Okay. | 14:14:35 |
| 19 |     A   Several exhibits, by the way.  One, two, | 14:14:36 |
| 20 | three, four, five, six, seven, eight -- 11 | 14:14:39 |
| 21 | exhibits plus his depo, mainly articles.  I see a | 14:14:43 |
| 22 | lot of articles here and a medical incident, | 14:14:47 |
| 23 | Escravos fatalities, 2017-2022 -- it looks like a | 14:14:55 |
| 24 | lot of sick people there -- and a medical summary, | 14:15:00 |
| 25 | one page, Mark Snookal.  I think that's all. | 14:15:03 |

|  |  |  |
|---|---|---|
| 1 | Q    Okay.  Doctor, did you review | 14:15:07 |
| 2 | Dr. Akintunde's deposition after you prepared your | 14:15:11 |
| 3 | report? | 14:15:18 |
| 4 | A    I don't remember.  I would have to | 14:15:18 |
| 5 | check.  I don't know. | 14:15:22 |
| 6 | Q    Okay.  We'll come back to that.  As to | 14:15:28 |
| 7 | the articles, what articles other than the article | 14:15:29 |
| 8 | from Joon, J-o-o-n; Bum, B-u-m; last name, Kim -- | 14:15:33 |
| 9 | and it looks like the -- the magazine or | 14:15:39 |
| 10 | periodical is called "Circulation." | 14:15:43 |
| 11 | My question is other than that article, | 14:15:46 |
| 12 | what other articles did you review as part of your | 14:15:47 |
| 13 | document review? | 14:15:53 |
| 14 | A    Well, first of all, I reviewed the | 14:15:56 |
| 15 | articles provided, and I would assume they were | 14:16:00 |
| 16 | provided by you and your experts; those articles. | 14:16:02 |
| 17 | Now, that's what I do for a living.  I'm a | 14:16:06 |
| 18 | cardiothoracic surgeon.  I follow aneurysms.  I | 14:16:09 |
| 19 | repair them.  I do surgery for dissection.  So I'm | 14:16:14 |
| 20 | very familiar with the current literature. | 14:16:17 |
| 21 | Actually, I give a lot of talks.  I teach | 14:16:18 |
| 22 | residents, students, fellows, and I train surgeons | 14:16:21 |
| 23 | all over the world for those procedures. | 14:16:24 |
| 24 | However, in anticipation for this depo | 14:16:27 |
| 25 | and for the case I did review a few articles, and, | 14:16:31 |

| | | |
|---|---|---|
| 1 | honestly, I think I -- I will have to apologize | 14:16:36 |
| 2 | because I believe you received those maybe late. | 14:16:40 |
| 3 | It's totally my fault -- it's not the attorneys -- | 14:16:44 |
| 4 | because I had a phone conversation with them | 14:16:47 |
| 5 | earlier today, and I said, "Well, look, I put this | 14:16:49 |
| 6 | document together," because I looked at the depo | 14:16:51 |
| 7 | when I re-reviewed the depo last night. | 14:16:54 |
| 8 | Obviously, you guys got into the literature there, | 14:16:57 |
| 9 | so I thought that it would be good for the purpose | 14:17:00 |
| 10 | of discussion to bring some literature. | 14:17:01 |
| 11 |       Now, all those things being said, my | 14:17:03 |
| 12 | opinions are based on my training, education, | 14:17:05 |
| 13 | practice, and experience as well as the literature | 14:17:08 |
| 14 | reviewed.  And, again, I apologize for providing | 14:17:10 |
| 15 | it so late, but you had nine articles that were | 14:17:13 |
| 16 | sent to you hopefully today, and those are the | 14:17:16 |
| 17 | one, but -- again, they were sent late, but if you | 14:17:19 |
| 18 | feel they were too late, I don't need to base my | 14:17:23 |
| 19 | opinion on those articles. | 14:17:26 |
| 20 |     Q    My question is a little different. | 14:17:27 |
| 21 |       What -- other than what you've | 14:17:29 |
| 22 | already -- what's listed as part of your expert | 14:17:30 |
| 23 | report, did you review any other articles as | 14:17:33 |
| 24 | part -- | 14:17:37 |
| 25 |     A    Yes. | 14:17:37 |

| | | |
|---|---|---|
| 1 | can do one at a time.  When you say the articles | 14:18:38 |
| 2 | mentioned in my expert report, which articles are | 14:18:42 |
| 3 | you talking about? | 14:18:45 |
| 4 |     Q    In your report -- well, I'll tell you | 14:18:45 |
| 5 | what.  Let's do it this way. | 14:18:47 |
| 6 |     A    This was an article provided by your | 14:18:48 |
| 7 | people. | 14:18:55 |
| 8 |     Q    Doctor, I -- I understand that.  I'm | 14:18:55 |
| 9 | just trying to find out what you looked at, so let | 14:18:56 |
| 10 | me just do it this way. | 14:19:00 |
| 11 |     A    Correct.  No.  I'm doing my best to | 14:19:01 |
| 12 | answer you. | 14:19:03 |
| 13 |     Q    Yes. | 14:19:04 |
| 14 |     A    I looked at whatever is listed.  Then I | 14:19:04 |
| 15 | provided another piece of paper; actually, two | 14:19:07 |
| 16 | pages today.  Again, what you probably want to | 14:19:09 |
| 17 | hear -- you might not like that -- we'll see. | 14:19:13 |
| 18 | But, you see, I don't have a whole lot of | 14:19:16 |
| 19 | articles.  Those are the articles I reviewed | 14:19:19 |
| 20 | because they were provided to me, and I've done -- | 14:19:21 |
| 21 | I reviewed nine other articles to write this | 14:19:22 |
| 22 | synopsis. | 14:19:25 |
| 23 |         Now, I've practiced cardiothoracic | 14:19:26 |
| 24 | surgery for the last 35 years.  I've reviewed | 14:19:29 |
| 25 | thousands of articles on the subject of aortic | 14:19:30 |

| | | |
|---|---|---|
| 1 | aneurysm and dissection.  I cannot recall all of | 14:19:34 |
| 2 | them.  So if you think that I would be able to | 14:19:37 |
| 3 | tell you which articles I reviewed in the last | 14:19:38 |
| 4 | 35 years, the answer is "no."  That's the only one | 14:19:41 |
| 5 | I have for you.  The articles that you provided, I | 14:19:44 |
| 6 | reviewed them, and, basically, the articles, I | 14:19:46 |
| 7 | provided them. | 14:19:52 |
| 8 |      Now, as you can see, in my expert report | 14:19:54 |
| 9 | some of the articles were not listed because they | 14:19:57 |
| 10 | came with the depo of Dr. -- let me say it | 14:20:01 |
| 11 | again -- Ujomoti which means that most likely than | 14:20:08 |
| 12 | not I reviewed his depo after I provided the | 14:20:13 |
| 13 | report because I don't see those articles in the | 14:20:16 |
| 14 | report. | 14:20:18 |
| 15 |      Make sense to you? | 14:20:19 |
| 16 |    Q   Doctor, let me -- let me ask you another | 14:20:19 |
| 17 | question. | 14:20:21 |
| 18 |      Other than Dr. Levy and Dr. Akintunde, | 14:20:21 |
| 19 | did you review any other deposition transcripts? | 14:20:28 |
| 20 |    A   No. | 14:20:28 |
| 21 |    Q   All right.  I'm going to mark as | 14:20:42 |
| 22 | Exhibit 1 -- let me -- I'm sorry.  One second. | 14:20:48 |
| 23 |    A   No problem at all. | 14:21:26 |
| 24 |    Q   Okay.  I'm sorry.  A little -- a little | 14:21:45 |
| 25 | problem here.  Hold on one second. | 14:21:47 |

| | | |
|---|---|---|
| 1 | THE WITNESS: I find here assignment | 14:31:19 |
| 2 | offer, and it's document CUSA 000020-CUSA | 14:31:21 |
| 3 | 000023.pdf, assignment offer. | 14:31:29 |
| 4 | BY MS. KENNEDY: | 14:31:29 |
| 5 | Q   Okay.  That's fine, Doctor.  Again, I | 14:31:35 |
| 6 | don't want to waste time. | 14:31:37 |
| 7 | A   There are four pages, and I think that's | 14:31:38 |
| 8 | what I meant.  To the best of my recollection, | 14:31:40 |
| 9 | that's the job offer, assignment offer.  Correct. | 14:31:45 |
| 10 | MS. KENNEDY:  Good.  Thank you.  Yeah. | 14:31:51 |
| 11 | Olivia, if you can, send those to me. | 14:31:52 |
| 12 | You can do it this afternoon, or tomorrow is fine. | 14:31:54 |
| 13 | That's no worries. | 14:31:57 |
| 14 | BY MS. KENNEDY: | 14:31:57 |
| 15 | Q   So, Doctor, let me ask you the question | 14:31:58 |
| 16 | now. | 14:32:00 |
| 17 | So what is your opinion in this case | 14:32:01 |
| 18 | with respect to Mr. Snookal? | 14:32:06 |
| 19 | MS. LEAL:  Objection.  Vague and | 14:32:12 |
| 20 | ambiguous. | 14:32:13 |
| 21 | But go ahead, Doctor. | 14:32:13 |
| 22 | THE WITNESS:  Well, I believe you have | 14:32:16 |
| 23 | it, and you sound like a good lawyer.  I'm sure | 14:32:16 |
| 24 | you already know my opinion, but let me go through | 14:32:21 |
| 25 | it again. | 14:32:21 |

| | | |
|---|---|---|
| 1 | I believe that Mr. Snookal had a | 14:32:22 |
| 2 | 4.2-centimeter dilated aortic annulus which is | 14:32:26 |
| 3 | borderline, just millimeters, perhaps one | 14:32:32 |
| 4 | millimeters above normal.  He -- technically, he | 14:32:36 |
| 5 | did not have an aortic aneurysm, but even if he | 14:32:39 |
| 6 | did, four centimeters -- his ascending aorta was | 14:32:42 |
| 7 | four centimeters.  That's basically normal or just | 14:32:47 |
| 8 | perhaps minimally dilated. | 14:32:49 |
| 9 | None of those findings are clinically | 14:32:51 |
| 10 | significant to warrant exclusion from his | 14:32:54 |
| 11 | assignment in Escravos -- I've got to find the | 14:32:56 |
| 12 | word again -- especially given his well-documented | 14:33:04 |
| 13 | stability in terms of his blood pressure was | 14:33:07 |
| 14 | normal and none of those aortic numbers were | 14:33:09 |
| 15 | growing.  Blood pressure control is appropriate, | 14:33:13 |
| 16 | and it is my opinion that he could have safely | 14:33:17 |
| 17 | proceeded to work in that location in Nigeria. | 14:33:21 |
| 18 | And I don't identify any medical or social grounds | 14:33:26 |
| 19 | to consider him unfit for duty or classify his | 14:33:30 |
| 20 | condition a direct threat to him or anyone else. | 14:33:34 |
| 21 | And that's kind of it in a nutshell. | 14:33:38 |
| 22 | BY MS. KENNEDY: | 14:33:38 |
| 23 |     Q    Okay.  Let me ask you this:  Did you -- | 14:33:42 |
| 24 | did you review any of the medical studies about | 14:33:45 |
| 25 | health care medical risks working in Escravos, | 14:33:50 |

| | | |
|---|---|---|
| 1 | Nigeria? | 14:33:53 |
| 2 | A     Well, can you be more -- I -- I reviewed | 14:33:56 |
| 3 | whatever was provided to me.  I did not do an | 14:34:00 |
| 4 | independent research for the safety of workers in | 14:34:04 |
| 5 | that location, but I believe he's fit to work in | 14:34:08 |
| 6 | any location anywhere in the world, including that | 14:34:12 |
| 7 | location.  So I didn't find it necessary to study | 14:34:13 |
| 8 | the condition in that place.  I believe he would | 14:34:18 |
| 9 | be fit to work in Alaska, the base of the | 14:34:20 |
| 10 | Himalaya, in Africa, anywhere else, South America, | 14:34:26 |
| 11 | et cetera.  And, by the way, that location clearly | 14:34:30 |
| 12 | had some sick people there because I've seen a lot | 14:34:32 |
| 13 | of fatalities, I think, in five years.  So they | 14:34:35 |
| 14 | were going through some -- they had some sick | 14:34:44 |
| 15 | employees. | 14:34:45 |
| 16 | Q     I've highlighted the last sentence of | 14:34:45 |
| 17 | the first paragraph of Exhibit 2 which is page 6, | 14:34:47 |
| 18 | and it reads: | 14:34:52 |
| 19 | "Given that his work is | 14:34:53 |
| 20 | desk-based and not physically | 14:34:55 |
| 21 | demanding, there is no evidence to | 14:34:56 |
| 22 | suggest that his condition would | 14:34:58 |
| 23 | affect his job performance or pose | 14:35:00 |
| 24 | an immediate risk." | 14:35:02 |
| 25 | What did you mean by that, Doctor? | 14:35:05 |

| | | |
|---|---|---|
| 1 | it's one millimeter on each side.  That's not a | 14:37:38 |
| 2 | big deal, but it is a little bit enlarged, I have | 14:37:41 |
| 3 | to admit. | 14:37:44 |
| 4 | However, the ascending aorta, as we look | 14:37:44 |
| 5 | on this heart, this is basically the area that | 14:37:47 |
| 6 | tears.  This is the aneurysm we're talking, not | 14:37:50 |
| 7 | the annulus.  The annulus is a strong structure | 14:37:53 |
| 8 | where I actually saw the valve.  This part is | 14:37:57 |
| 9 | whatever tears, dissects, and ruptures.  So this | 14:38:01 |
| 10 | part is pretty much normal.  It's four centimeters | 14:38:03 |
| 11 | on him. | 14:38:07 |
| 12 | So, to summarize, I don't believe that | 14:38:07 |
| 13 | his numbers, the aortic numbers, size, dimensions | 14:38:09 |
| 14 | will pose any risk to anyone, including himself or | 14:38:12 |
| 15 | anyone else around him. | 14:38:16 |
| 16 | Q    Doctor, do you know what the reliability | 14:38:21 |
| 17 | engineering manager does in Escravos? | 14:38:23 |
| 18 | A    I don't remember.  I read the assignment | 14:38:28 |
| 19 | job at that time when I wrote the report. | 14:38:30 |
| 20 | Q    Do you have any information from any | 14:38:35 |
| 21 | source -- from the lawyers, from any documents -- | 14:38:36 |
| 22 | about what the working conditions would be for | 14:38:39 |
| 23 | Mr. Snookal in Escravos? | 14:38:41 |
| 24 | A    I don't remember if I have, but let me | 14:38:46 |
| 25 | do my best to answer this.  I don't believe that | 14:38:49 |

**EXHIBIT B/12**

| | | |
|---|---|---|
| 1 | any work condition, good or bad, him being in -- | 14:38:52 |
| 2 | can you pronounce that location again for me. | 14:38:56 |
| 3 |     Q   Sure.  Escravos. | 14:38:59 |
| 4 |     A   Escravos.  I do not believe that he | 14:39:01 |
| 5 | being in Escravos or not had anything to do with | 14:39:05 |
| 6 | the way this issue will need to be managed moving | 14:39:09 |
| 7 | forward.  They do have heart surgery in Nigeria. | 14:39:13 |
| 8 | Actually, I've worked places.  I'm fully aware.  I | 14:39:16 |
| 9 | have colleagues operating in Nigeria.  It seems to | 14:39:20 |
| 10 | be that they have helicopter available just in | 14:39:23 |
| 11 | case there is a problem.  But let me say it again | 14:39:26 |
| 12 | that around four centimeters there's absolutely no | 14:39:27 |
| 13 | need for any of those issues. | 14:39:30 |
| 14 |        In other words, I have several patients | 14:39:34 |
| 15 | like this that we just send home with no | 14:39:36 |
| 16 | limitation, and we just tell them to follow up | 14:39:40 |
| 17 | once a year with a follow-up CT scan, CT angio. | 14:39:43 |
| 18 | So the factors, work conditions in Escravos have | 14:39:48 |
| 19 | nothing to do with his aortic pathology. | 14:39:52 |
| 20 |     Q   And do you have any information of what | 14:39:53 |
| 21 | Mr. Snookal's living conditions would have been in | 14:39:55 |
| 22 | Escravos? | 14:39:57 |
| 23 |     A   I don't remember, as I sit here today. | 14:40:00 |
| 24 | It wouldn't make a difference.  He could have a | 14:40:02 |
| 25 | one-bedroom, a studio, three bedroom.  He could be | 14:40:04 |

| | | |
|---|---|---|
| 1 | minus 20 degrees or plus 90 degrees Fahrenheit. | 14:40:08 |
| 2 | Nothing will change his management.  There is | 14:40:13 |
| 3 | no -- no factor that will change what he needs to | 14:40:15 |
| 4 | do based on that aortic pathology. | 14:40:19 |
| 5 | 	Q	Do you have any information from any | 14:40:22 |
| 6 | source -- any documents, any conversations with | 14:40:23 |
| 7 | counsel, anything like that -- about what the | 14:40:25 |
| 8 | health care facilities are in Escravos? | 14:40:29 |
| 9 | 	A	Well, first of all, the health care | 14:40:37 |
| 10 | facilities in Escravos are totally unrelated to my | 14:40:40 |
| 11 | opinion of this case.  He doesn't need anything. | 14:40:44 |
| 12 | So it doesn't matter how good or how bad they are. | 14:40:46 |
| 13 | It makes no difference.  He doesn't need anything. | 14:40:48 |
| 14 | 	Q	Okay. | 14:40:51 |
| 15 | 	A	Do I know?  I know a little bit from the | 14:40:51 |
| 16 | depo that I -- of your cardiology expert. | 14:40:53 |
| 17 | 	Q	And when you say my "cardiology expert," | 14:40:57 |
| 18 | who are you referring to? | 14:41:03 |
| 19 | 	A	Chevron. | 14:41:04 |
| 20 | 	Q	And which one?  Which doctor is that | 14:41:06 |
| 21 | you're referring to? | 14:41:08 |
| 22 | 	A	The one -- let me see.  Let me pronounce | 14:41:09 |
| 23 | his name on the -- Ujomoti.  Hold on a second | 14:41:12 |
| 24 | here.  Let me just -- Ujomoti Akintunde apparently | 14:41:16 |
| 25 | is a cardiologist working from Chevron. | 14:41:30 |

```
 1    STATE OF CALIFORNIA  )
                           ) SS.
 2    COUNTY OF VENTURA    )

 3              I, John M. Taxter, a California Certified

 4    Shorthand Reporter, Certificate No. 3579, a

 5    Registered Professional Reporter, do hereby

 6    certify:  That the foregoing proceedings were

 7    taken before me at the time and place therein set

 8    forth, at which time the deponent was put under

 9    oath by me; that the testimony of the deponent and

10    all objections made at the time of the examination

11    were recorded stenographically by me and were

12    thereafter transcribed; and that the foregoing is

13    a true and correct transcript of my shorthand

14    notes so taken.

15              I further certify that I am neither

16    counsel for nor related to any party to said

17    action.

18              The dismantling, unsealing, or unbinding

19    of the original transcript will render the

20    Reporter's Certificate null and void.

21              Pursuant to Federal Rule 30(e),

22    transcript review was requested.

23    Dated February 11, 2025.
                                  _____
24                                JOHN M. TAXTER
                                  California Certified Shorthand
25                                Reporter No. 3579, RPR
```

**Abrams, Mah & Kahn**                                                    58

**EXHIBIT B/15**

```
 1
 2
 3
 4        I, John M. Taxter, Certified Shorthand Reporter,
 5   CSR No.  3579, hereby certify:
 6        The foregoing is a true and correct copy of the
 7   original transcript of the proceedings taken by me
 8   as thereon stated.
 9
10
11
12   Dated:    February 13, 2025
13
14
15
16                              _____
17                              John Taxter, CSR No. 3579
18
19
20
21
22
23
24
25
```