DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

**Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone:     213.620.1780
E-mail:         tkennedy@sheppardmullin.com
                rmussig@sheppardmullin.com
                sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO.: 2:23-cv-6302-HDV-AJR<br><br>**AMENDED JOINT EXHIBIT LIST AND STIPLUATION RE: ADMISSIBILITY**<br><br>District Judge: Hon. Hernan D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br>Action Filed: August 3, 2023<br>Pre-Trial Conference: July 29, 2025<br>Trial Date: August 19, 2025 |

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| 1 | DELETED | | | |
| 2 | DELETED | | | |
| 3 | DELETED | | | |
| 4 | Risk of Rupture or Dissection in Descending Thoracic Aortic Aneurysm - 9/2/15 (CUSA000619-638) Dr. Levy's Depo Exh. B | Dr. Levy | | |
| 5 | Physical requirements and working conditions form for REM position 11/9/16 (CUSA000208-220) | Banks Snookal | X | |
| 6 | Chevron Medical Examination Program Guidelines – July 2017 (CUSA000837-944) | Dr. Levy | X | |
| 7 | Escravos Medevac Records for 2017-2022 (CUSA000830-833) | Dr. Adeyeye | X | |
| 8 | Escravos Fatalities 2017 – 2022 (CUSA000834-836) | Dr. Adeyeye | X | |
| 9 | DELETED | | | |
| 10 | DELETED | | | |
| 11 | DELETED | | | |
| 12 | HR Policy 410 Employment of Individuals with Disabilities – 4/1/19 (CUSA00013-18) | Powers | X | |
| 13 | Snookal CT and echo result from Kaiser Permanente – 4/16/19 (CUSA000223-227 CUSA000818-822) | Dr. Khan | X | |
| 14 | Affirmative Action Program for Individuals with Disabilities & Protected Veterans – 4/1/19 – 3/31/20 (CUSA0001682-1705) | Powers | | |

1

AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| 15 | Mark Snookal's Kaiser Medical Records – 4/19/19 (Snookal-00641-643; 789-806); and Unredacted | Khan | X | |
| 16 | Job Description: NMA EGTL Reliability Engineering Manager – 5/7/19 (Snookal-01157-58) | Snookal | X | |
| 17 | DELETED | | | |
| 18 | DELETED | | | |
| 19 | Email to Mark Snookal re Acceptance of NMA EGTL Reliability Engineering Manager (PSG 23-24, FL 4-6) position in Escravos, Nigeria, - 6/20/19 (CUSA0001147-1148) | Snookal | X | |
| 20 | Assignment Offer Letter – 7/1/19 Snookal-00647-650 | Snookal | X | |
| 21 | DELETED | | | |
| 22 | DELETED | | | |
| 23 | DELETED | | | |
| 24 | Email thread re New Assignment to Nigeria – 7/11/19 (CUSA0001238-1241) | Snookal | X | |
| 25 | Mental Health Questionnaire – completed by Snookal – 7/18/19 (CUSA000188) | Snookal | X | |
| 26 | Authorization for Disclosure of Health Information, signed – 7/18/19 (CUSA000577-578) | Snookal | X | |
| 27 | DELETED | | | |
| 28 | DELETED | | | |
| 29 | MSEA exam of Mr. Snookal completed by | Dr. Sobel | X | |

2
AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | Dr. Sobel – 7/24/19 (Snookal-00605-610) | | | |
| 30 | Dr. Irving Sobel's voicemail message to Mark Snookal and transcript (Snookal-001925) | Snookal Dr. Sobel | X | |
| 31 | Emails between Snookal and Dr. Khan re: Rotational Work in Nigeria – 7/24/19 (Snookal-01284) | Snookal Dr. Khan | X | |
| 32 | Chevron Medical Suitability for Expatriate Assignment History & Physical Examination for Snookal – 7/24/19 (CUSA000025-30) | Snookal Dr. Sobel | X | |
| 33 | Dr. Khan's letter – 7/29/19 re Snookal condition (Snookal-00665) | Snookal Dr. Khan | X | |
| 34 | Kaiser Permanente Medical Record for Snookal – visit date: 4/3/19; "Received 7/29/19) (CUSA00223-227) | Dr. Khan | X | |
| 35 | Dr. Victor Adeyeye's Position Summary – Job Description – 2019 (CUSA0002774) | Dr. Adeyeye | X | |
| 36 | Dr. Ujomoti Akintunde's Position Summary – Job Description – 2019 (CUSA0002775) | Dr. Akintunde | X | |
| 37 | Dr. Asekomeh Eshiofe's Position Summary – Job Description – 2019 (CUSA0002778) | Dr. Asekomeh | X | |

3
AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| 38 | Email from Dr. Asekomeh to Dr. Pitan re: Snookal medical report – 7/30/19 (CUSA0001525) | Dr. Asekomeh | X | |
| 39 | Email thread between Olorunfemi Pitan, Victor Adeyeye, Eshiofe Asekomeh and Henry Aiwuyo re Mark Snookal Medical Report – 7/30/19 – 8/15/19 (CUSA0001426-1429; 1486-1507; 1522-1525; 1528-1532) | Dr. Adeyeye Dr. Asekomeh | X | |
| 40 | DELETED | | | |
| 41 | DELETED | | | |
| 42 | DELETED | | | |
| 43 | Email chain re: Mark Snookal's Medical Report – 8/5/19 (CUSA000768-770) | Dr. Adeyeye Dr. Asekomeh | X | |
| 44 | Email thread with Asekomeh, Akintunde re: Akintunde's opinion (follow-up to Aiwuyo opinion) – 8/5/19 (CUSA000771-774) | Dr. Asekomeh Dr. Akintunde | X | |
| 45 | DELETED | | | |
| 46 | Asekomeh email to Pitan re: cardiology summary and Dr. Aiwuyo – 8/7/19 (CUSA0001526-1527) | Dr. Asekomeh | X | |
| 47 | Dr. Asekomeh email to Dr. Olorunfemi Pitan re: Snookal medical summary – 8/7/19 (CUSA000816-823) | Dr. Asekomeh | X | |
| 48 | Email thread re Mark Snookal Medical Clearance "and just checking in" – 7/29/19; 8/2/19; 8/8/19 (CUSA0001009-1012; | Dr. Asekomeh | X | |

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | 1181-1182; 1190-1193) | | | |
| 49 | Maintenance Change Operating Assistant (OA) Job Description – 8/11/19 (CUSA000550-551) | Snookal | X | |
| 50 | DELETED | | | |
| 51 | DELETED | | | |
| 52 | DELETED | | | |
| 53 | DELETED | | | |
| 54 | "Expatriate Exam Recommendations" – 8/15/19 (Snookal-01099) | Dr. Asekomeh | X | |
| 55 | Email from Dr. Pitan to Dr. Asekomeh – 8/15/19 (CUSA000824-827) | Dr. Asekomeh | X | |
| 56 | Email from Asekomeh to Bijo Velante Mirabueno – 8/15/19 (CUSA000828) | Dr. Asekomeh | X | |
| 57 | DELETED | | | |
| 58 | DELETED | | | |
| 59 | Email thread re: Snookal medical report - 8/15/19 (CUSA0001520-1521; 1522-1525) | Dr. Adeyeye | X | |
| 60 | Email from Mark Snookal re Erin McGregor Referral – 8/15/19 (CUSA0001002) | Snookal | X | |
| 61 | Email thread between Dr. Frangos, Pitan, Asekomeh and Levy re MSEA Case – 8/15/19 (CUSA000824-827) | Dr. Asekomeh | X | |
| 62 | DELETED | | | |
| 63 | Email thread Dr. Frangos to Dr. Levy and Dr. Arenyeka re: Nigeria Medical Determination – | Dr. Levy | X | |

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | 8/20/19 (CUSA0001003-1006) | | | |
| 64 | Dr. Levy email thread with Dr. Arenyeka - 8/20/19 re Snookal (CUSA0001539-1542) | Dr. Levy | X | |
| 65 | Emails between Dr. Levy and Snookal re: medical – 8/23/19 (CUSA000639-641) Levy's Depo Ex. A | Snookal | X | |
| 66 | Email from Dr. Levy to Eldyleida Seca Torres re: MSEA - 8/23/19 (CUSA0001041) | Dr. Levy | | |
| 67 | DELETED | | | |
| 68 | Email string between Dr. Levy and Dr. Kahn – 8/23 and 8/26/19 re Patient MS (CUSA000557-558) | Dr. Levy | X | |
| 69 | Email thread btwn Dr. Levy and Dr. Arenyeka re: Patient MS 8/26/19 (CUSA000995-997) | Dr. Levy | X | |
| 70 | Levy email thread – 8/29/19 (CUSA0001050-1052) | Dr. Levy | X | |
| 71 | DELETED | | | |
| 72 | DELETED | | | |
| 73 | DELETED | | | |
| 74 | Email thread re Mark Snookal not medically cleared – 8/30/19 (CUSA1430-1432; 1447-1450) | Dr. Levy | X | |
| 75 | Email to Amir Zaheer re candidate for NMA EGTL Reliability Engineering – 9/3/19 (CUSA0001358) | Zaheer | X | |
| 76 | Email from Andrew Powers re: the Rescinded Job Offer in Nigeria – 9/4/19 | Powers | X | |

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | (CUSA000538-540) | | | |
| 77 | Emails from Andrew Powers to Dr. Ayanna Jones – 9/4/19 (CUSA000650-651) | Powers | X | |
| 78 | Dr. Scott Levy email "Thanks. I got this" - 9/4/19 (CUSA000983-985) | Dr. Levy | X | |
| 79 | Email thread between Dr. Jones Ayanna and Andrew Powers re: Rescinded Job Offer in Nigeria – 9/4/19 (CUSA000993-994) | Powers | X | |
| 80 | DELETED | | | |
| 81 | International Journal of General Medicine Article (CUSA0002830-2834) | Dr. Adeyeye | | |
| 82 | Email thread regarding Mark Snookal's disability discrimination complaint – 9/4/19 – 9/6/19 (CUSA000542-543) | Powers Snookal | X | |
| 83 | Email thread re: Positions in 2H PDC - 9/5/19 (CUSA000541) | Snookal | | |
| 84 | Emails Re: Nigeria Medical Determination – 9/5/19 (CUSA0001236-1237) | Snookal | X | |
| 85 | Email from Andrew Powers to Snookal – 9/8/19 (Snookal 00637-639) | Snookal | X | |
| 86 | Email thread with Powers and others – 9/4/19; 9/9/19 (CUSA000644-646) | Powers | | |
| 87 | El Segundo Operating Assistant DS&C – MFG- (2 positions PSG 22-23) – 9/13/19 | Snookal | | |

7
AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
|  | (CUSA000552-554) |  |  |  |
| 88 | Email from Dr. Levy to Snookal re: medical – 9/16/19 (Snookal-00645-646) (CUSA000559-550) | Dr. Levy Snookal | X |  |
| 89 | Snookal Email re: Positions he applied – 9/24/19 (CUSA0001645-1653) | Snookal |  |  |
| 90 | Email from Tse to Snookal re: Maintenance Change Operating Assistant – 9/25/19 (CUSA000653-655) | Snookal | X |  |
| 91 | Email from Powers to Tse re: M & R change – 9/25/19 (CUSA000683) | Snookal | X |  |
| 92 | Job Description for Maintenance Change Operating Assistant – 9/25/19 (Snookal-01131-32) | Snookal | X |  |
| 93 | Job Description: DS&C – MFG – El Segundo Operating Assistant – 10/11/19 (Snookal-01150-52) | Snookal | X |  |
| 94 | Job Description: DS&G – MFG – El Segundo Routine Maintenance General Team Lead – 10/11/19 (Snookal-01122-23) | Snookal | X |  |
| 95 | Emails thread Austin Ruppert, Thalia Tse, and Powers re: Mark Snookal New Position – 11/6/19 (CUSA000642-643) | Tse Powers | X |  |
| 96 | Position Summary – Reliability Change Operating Assistant – | Banks | X |  |

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | 11/6/19 (CUSA000498-500) | | | |
| 97 | Job Offer for Reliability Change Operating Assistant – 11/19/19 (Snookal-01136) | Snookal | X | |
| 98 | Email thread re: offer letter position for Mark Snookal in Workday – 11/20/19 (CUSA000679-682) | Tse Snookal | X | |
| 99 | DELETED | | | |
| 100 | DELETED | | | |
| 101 | DELETED | | | |
| 102 | DELETED | | | |
| 103 | DELETED | | | |
| 104 | DELETED | | | |
| 105 | DELETED | | | |
| 106 | DELETED | | | |
| 107 | Nippon Dynawave Packaging Co. Offer of Employment to Mark Snookal and signed by him – 8/3/21 (NDP-SDT 1-2; Snookal, Ex. 22) | Snookal | X | |
| 108 | Nippon Dynawave Packaging Benefits Guide (Snookal-01444-01477) | Snookal | X | |
| 109 | Email and Letter of Resignation from Mark Snookal to Thalia Tse – 8/4/21 (CUSA000656-658) | Snookal | X | |
| 110 | DELETED | | | |
| 111 | DELETED | | | |
| 112 | DELETED | | | |
| 113 | DELETED | | | |
| 114 | Georgia-Pacific 2023 Benefits Guide (Snookal-01478-1507) | Snookal Baum | X | |
| 115 | Records Produced by Georgia-Pacific LLA re | Snookal Baum | X | |

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | Snookal's employment post Chevron | | | |
| 116 | Offer letter to Mark Snookal from Chris Lundquist at Koch Industries – 7/7/23 (Snookal 1526-1527) | Snookal | **X** | |
| 117 | Letter to Mike Savageaux from Mark Snookal resigning from Nippon Dynawave - 8/14/23 (NDP-SDT 3; Snookal, Ex. 23) | Snookal | **X** | |
| 118 | Plaintiff Mark Snookal's Objections and Responses to Deft Chevron USA, Inc.'s Interrogatories, Set One – 3/28/24 | Snookal | | |
| 119 | Deft Chevron's Responses to Plaintiff Snookal's Request for Production of Documents, Set One – 6/5/24 | Scott M. Banks | | |
| 120 | Plaintiff Mark Snookal's Rebuttal Expert Disclosures (FRCP Rule 26(a)(2) – 9/3/24 (Marmureanu M.D., Exh. 1) | Dr. Marmureanu | | |
| 121 | Dr. Alexander Marmureanu's CV | Dr. Marmureanu | | |
| 122 | Expert Report of Dr. Alexander Marmureanu – 10/9/24 | Dr. Marmureanu | | |
| 123 | Deft Chevron's Supplemental Responses to Plaintiff Snookal's Special Interrogatories Nos. 20-24, Set Two – 1/13/25 | Harpreet K. Tiwana | | |
| 124 | Deft Chevron's | Tiwana | | |

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | Objections and Responses to Plaintiff Snookal's Request for Production of Documents, Set Four (Nos. 47-66) – 2/25/25 | | | |
| 125 | Deft Chevron's Response to Plaintiff's Interrogatory No. 26 - 33 - 2/25/25 | Tiwana | | |
| 126 | Chevron's Objections and Supplemental Responses to Plaintiff Snookal's Interrogatories, Set Three – 4/25/25 | Tiwana | | |
| 127 | Location Premiums by Area of Assignment (CUSA000501-502) | Snookal | X | |
| 128 | Cover page to the Chevron Tax Equalization Policy, Human Resources Shared Services (CUSA000503 – Powers, Exh. 2) | Powers | X | |
| 129 | Chevron Tax Equalization Policy (CUSA000503) | Powers | X | |
| 130 | HR Policy 400 for U.S. Payroll Employees (CUSA000348-350) | Powers | X | |
| 131 | HR Policy 410 for U.S. Payroll Employees (CUSA000014-18) | Powers | X | |
| 132 | Rotational Expatriate Assignments (Snookal-01285-1301) | Snookal | X | |
| 133 | Snookal Personal Experience Record (CUSA000261-265) | Snookal | X | |
| 134 | Chevron Employee Handbook – El Segundo Refinery (CUSA000298-342) | Powers | X | |

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| 135 | General Team Leader/Area Maintenance Lead PSG 23 Position Summary (CUSA000548-549) | Banks | X | |
| 136 | DS&C – MFG - El Segundo Routine Maintenance General Team Lead (PSG 23) (CUSA000555-556) | Banks | X | |
| 137 | Scott Levy's CV (CUSA0001565-1572) | Dr. Levy | | |
| 138 | DELETED | | | |
| 139 | Victor Adeyeye's CV (CUSA0001737-1741) | Dr. Adeyeye | | |
| 140 | Anthony Edward Reading's CV and documents relied upon by Dr. Reading | Dr. Reading | | |
| 141 | Anthony E. Reading PhD Rule 26 Log (Snookal-02056-2064) | Dr. Reading | | |
| 142 | Dr. Asekomeh Eshiofe CV (CUSA0002776-2777) | Dr. Asekomeh | | |
| 143 | Corporate Governance Policies (CUSA0001730-1735) | Powers | | |
| 144 | DELETED | | | |
| 145 | DELETED | | | |
| 146 | DELETED | | | |
| 147 | Dr. Charles Baum CV | Dr. Baum | | |
| 148 | Dr. Charles Baum Report and Documents relied upon | Dr. Baum | | |
| 149 | DELETED | | | |
| 150 | DELETED | | | |
| 151 | Snookal's Chevron Exit Interview (CUSA000544-547) | Snookal | X | |
| 152 | Incidence of Aortic Rupture and Aortic Dissection in a 4.2. cm Ascending Aortic Aneurysm | Dr. Marmureanu | | |

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | (Marmureanu M.D., Ex. 3) | | | |
| 153 | DELETED | | | |
| 154 | Expert Report and CV of Chen Song, Ph.D. | Dr. Song | | |
| 155 | Email thread between Snookal and Cortina re: Nigeria medical determination – 8/19/19 & 9/15/19 CUSA0001236-1237 | Snookal | X | |
| 156 | Email from Birabueno to Snookal re: Nigeria TWP Expatriate Assignment Outreach – Phase 2 Rotational – 8/2/19 CUSA0001386-1392 | Snookal | X | |
| 157 | Dr. Irving Sobel's CV | Dr. Sobel | | |
| 158 | Kaiser Permanente Allied Health/Nurse Visit – L. Engel Depo Exh. 1 | | X | |

DATED:  August 8, 2025                ALLRED, MAROKO & GOLDBERG

By:_____
            DOLORES Y. LEAL
            OLIVIA FLECHSIG
            Attorneys for Plaintiff,
            MARK SNOOKAL


DATED: August 8, 2025                SHEPPARD, MULLIN, RICHTER & HAMPTON LLC


By: _____
            TRACEY A. KENNEDY
            ROBERT E. MUSSIC
            H. SRAH FAN

            Attorneys for Defendant
            CHEVRON U.S.A. INC.,
            a Pennsylvania Corporation