DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

**Attorneys for Plaintiff MARK SNOOKAL**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone:    213.620.1780
Facsimile:    213.620.1398
E-mail:       tkennedy@sheppardmullin.com
              rmussig@sheppardmullin.com
              sfan@sheppardmullin.com

**Attorneys for Defendant. CHEVRON U.S.A. INC., a Pennsylvania corporation**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHEVRON U.S.A. INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:23-cv-6302-HDV-AJR<br><br>**REVISED JOINT PROPOSED VERDICT FORM**<br><br>District Judge: Hon. Hernan D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br>Action Filed: August 3, 2023<br>Pre-Trial Conf.: July 29, 2025<br>Trial Date: August 19, 2025 |

Pursuant to the Court's Civil Trial Order, Plaintiff, Mark Snookal and Defendant Chevron U.S.A. Inc. through their respective counsel hereby file this Revised Joint Proposed Verdict Form.

Dated: August 8, 2025

                    ALLRED, MAROKO & GOLDBERG

                    By        */s/ Dolores Leal*
                            DOLORES LEAL
                            OLIVIA FLECHSIG

                            Attorneys for Plaintiff
                            MARK SNOOKAL

Dated: August 8, 2025

                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By        */s/ Tracey A. Kennedy*
                            TRACEY A. KENNEDY
                            ROBERT E. MUSSIG
                            H. SARAH FAN

                            Attorneys for Defendant
                            CHEVRON U.S.A. INC.,
                            a Pennsylvania Corporation

**We, the jury, answer the questions submitted to us as follows:**

1. Was Chevron U.S.A. Inc. aware that Mark Snookal had a disability?

_____ Yes      _____ No

If your answer to question 1 is "Yes", then answer question 2.

If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form.


2. Was Mark Snookal able to perform the essential job duties of the Reliability Engineering Manager position in Escravos, Nigeria with or without accommodation?

_____ Yes      _____ No

If your answer to question 2 is "Yes", then answer question 3.

If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form.


3. Did Chevron U.S.A. Inc. rescind the Reliability Engineering Manager position in Escravos, Nigeria from Mark Snookal?

_____ Yes      _____ No

If your answer to question 3 is "Yes", then answer question 4.

If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form.


4. Was Mark Snookal's disability a substantial motivating reason for Chevron USA, Inc's decision to rescind the job offer for the Reliability Engineering Manager position in Escravos, Nigeria?

_____ Yes      _____ No

If your answer to question 4 is "Yes", then answer question 5.

If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form.

5. Was Chevron USA's Inc's recission of the Reliability Engineering Manager position in Escravos, Nigeria a substantial factor in causing harm to Mark Snookal?

\_\_\_\_\_Yes        \_\_\_\_\_No

If your answer to question 5 is "Yes", then answer question 6.

If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Did Mark Snookal's disability pose a direct threat to his health and safety or the health and safety of others?

\_\_\_\_\_Yes        \_\_\_\_\_No

If your answer to question 6 is "Yes", stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered "No," then answer question 7.

7. What are Mark Snookal's damages?

a. Past economic loss:         $_____

b. Future economic loss:       $_____

c. Past noneconomic loss, including physical pain/mental suffering:

                               $_____

d. Future noneconomic loss, including physical pain/mental suffering:

                               $_____

TOTAL                          $_____

8. Should Mark Snookal receive prejudgment interest on the past economic damages?[1]

\_\_\_\_\_Yes        \_\_\_\_\_No

[continued]

---

[1] This question is disputed by Defendant Chevron U.S.A. Inc.

4
REVISED JOINT PROPOSED VERDICT FORM

**Signed: Presiding Juror** _____

**Dated:** _____

**After this verdict form has been signed, notify the clerk.**

**Attestation of Concurrence of Filing**

The ECF filer, Dolores Y. Leal, Esq., attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.