DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

**Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone:    213.620.1780
E-mail:    tkennedy@sheppardmullin.com
    rmussig@sheppardmullin.com
    sfan@sheppardmullin.com

**Attorneys for <u>Defendant. CHEVRON U.S.A. INC., a Pennsylvania corporation</u>**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | ) CASE NO.: 2:23-cv-6302-HDV-AJR<br>)<br>)<br>) **JOINT STIPULATION RE: PLAINTIFF**<br>) **MARK SNOOKAL'S DISABILITY**<br>)<br>)<br>) District Judge: Hon. Hernan D. Vera<br>) Magistrate Judge: Hon. A. Joel Richlin<br>) Action Filed: August 3, 2023<br>) Pre-Trial Conference: July 29, 2025<br>) Trial Date: August 19, 2025<br>)<br>)<br>) |

1    Plaintiff Mark Snookal ("Plaintiff") and Defendant Chevron USA, Inc. ("Defendant")

2  (collectively "Parties"), by and through their respective attorneys of record, to supplement the list of

3  stipulated facts Parties submitted in the Joint Proposed Final Pretrial Conference Order (Dkt 87-1),

4  do hereby stipulate as follows:

5    1.  Plaintiff Mark Snookal's dilated aortic root is considered a disability, for the purposes of

6      this case only.

7

8  DATED:  August 8, 2025        ALLRED, MAROKO & GOLDBERG

9

10              By:___/s/ Dolores Y. Leal_____

11                  DOLORES Y. LEAL
                    OLIVIA FLECHSIG
                    Attorneys for Plaintiff,
12                  MARK SNOOKAL

13

14

15  DATED: August 8, 2025        SHEPPARD, MULLIN, RICHTER & HAMPTON LLC

16

17              By: ____/s/ Tracey A. Kennedy_____
                    TRACEY A. KENNEDY
18                  ROBERT E. MUSSIC
                    H. SARAH FAN
19
                    Attorneys for Defendant
20                  CHEVRON U.S.A. INC.,
                    a Pennsylvania Corporation
21

22

23

24

25

26

27

28

1
JOINT STIPULATION RE: MARK SNOOKAL'S DISABILITY

**Attestation of Concurrence of Filing**

The ECF filer, Dolores Y. Leal, Esq., attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

JOINT STIPULATION RE: MARK SNOOKAL'S DISABILITY