SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone:  213.620.1780
Facsimile:  213.620.1398
E-mail:      tkennedy@sheppardmullin.com
             rmussig@sheppardmullin.com
             sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual, | Case No. 2:23-cv-6302-HDV-AJR |
| Plaintiff, | **DEFENDANT CHEVRON U.S.A. INC.'S PRETRIAL DEPOSITION DESIGNATIONS** |
| vs. | |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | District Judge: Hon. Hernán De. Vera<br>Magistrate Judge: Hon. A. Joel Richlin |
| Defendants. | Action Filed: August 3, 2023<br>Trial Date: August 19, 2025 |

**Dr. Victor Adeyeye (November 15, 2024 & April 22, 2025)**

| Defendant's Designations | | Plaintiff's Objections to Designations | Plaintiff's Counter Designations | | Defendant's Objections to Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | Basis | Line Start | Line End | Basis |
| 46:14 | 48:1 | | | | |
| 50:20 | 52:1 | | | | |
| 53:12 | 57:14 | | | | |
| 58:9 | 60:12 | | | | |
| 63:13 | 65:13 | | | | |
| 66:17 | 74:15 | | | | |
| 80:16 | 81:15 | | | | |
| 83:20 | 87:4 | | | | |
| 97:21 | 105:20 | | | | |
| 108:10 | 118-5 | | | | |
| 119:14 | 125:15 | | | | |
| 127:4 | 129:3 | | | | |
| 46:14 | 48:1 | | | | |
| 50:20 | 52:1 | | | | |
| 53:12 | 57:14 | | | | |
| 58:9 | 60:12 | | | | |
| 63:13 | 65:13 | | | | |
| 66:17 | 74:15 | | | | |
| 80:16 | 81:15 | | | | |
| 83:20 | 87:4 | | | | |
| 97:21 | 105:20 | | | | |
| 108:10 | 118-5 | | | | |
| 119:14 | 125:15 | | | | |
| 127:4 | 129:3 | | | | |

**Dr. Ujomoti Akintunde (October 31, 2024)**

| Defendants' Designations | | Plaintiff's Objections to Designations | Plaintiff's Counter Designations | | Defendants' Objections to Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | Basis | Line Start | Line End | Basis |
| 16:14 | 18:20 | | | | |

**Dr. Ujomoti Akintunde (October 31, 2024)**

| Defendants' Designations | | Plaintiff's Objections to Designations | Plaintiff's Counter Designations | | Defendants' Objections to Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | Basis | Line Start | Line End | Basis |
| 19:16 | 20:13 | | | | |
| 30:13 | 32:18 | | | | |
| 33:2 | 35:21 | | | | |
| 36:6 | 36:14 | | | | |
| 49:10 | 52:5 | | | | |
| 57:19 | 71:4 | | | | |
| 76:8 | 76:8 | | | | |
| 76:15 | 77:18 | | | | |
| 79:2 | 80:17 | | | | |
| 81:3 | 82:24 | | | | |
| 84:2 | 85:5 | | | | |

**Dr. Eshiofe Asekomeh (October 10, 2024)**

| Defendants' Designations | | Plaintiff's Objections to Designations | Plaintiff's Counter Designations | | Defendants' Objections to Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | Basis | Line Start | Line End | Basis |
| 12:18 | 14:9 | | | | |
| 14:16 | 15:3 | | | | |
| 15:11 | 15:13 | | | | |
| 16:5 | 18:11 | | | | |
| 18:21 | 19:24 | | | | |
| 21:12 | 26:23 | | | | |
| 27:8 | 28:13 | | | | |
| 29:10 | 38:24 | | | | |
| 40:6 | 41:2 | | | | |
| 58:8 | 60:8 | | | | |
| 60:21 | 61:11 | | | | |
| 63:13 | 65:1 | | | | |
| 66:8 | 74:23 | | | | |
| 82:21 | 87:9 | | | | |

### Dr. Eshiofe Asekomeh (October 10, 2024)

| Defendants' Designations | | Plaintiff's Objections to Designations | Plaintiff's Counter Designations | | Defendants' Objections to Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | Basis | Line Start | Line End | Basis |
| 89:20 | 92:5 | | | | |
| 93:20 | 94:18 | | | | |
| 95:25 | 99:15 | | | | |
| 101:17 | 102:10 | | | | |
| 103:5 | 103:17 | | | | |
| 122:19 | 124:16 | | | | |
| 125:2 | 127:1 | | | | |

### Dr. Scott Levy (August 30, 2024)

| Defendant's Designations | | Plaintiff's Objections to Designations | Plaintiff's Counter Designations | | Defendant's Objections to Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | Basis | Line Start | Line End | Basis |
| 5:9 | 5:13 | | | | |
| 13:8 | 15:23 | | | | |
| 16:20 | 21:24 | | | | |
| 24:20 | 25:9 | | | | |
| 25:16 | 26:12 | | | | |
| 28:8 | 36:15 | | | | |
| 37:4 | 38:11 | | | | |
| 38:24 | 41:7 | | | | |
| 43:16 | 44:17 | | | | |
| 45:8 | 48:2 | | | | |
| 49:4 | 50:20 | | | | |
| 50:25 | 51:3 | | | | |
| 52:5 | 53:23 | | | | |
| 56:4 | 56:14 | | | | |
| 56:23 | 58:19 | | | | |
| 60:1 | 71:4 | | | | |
| 71:23 | 77:13 | | | | |
| 78:10 | 80:21 | | | | |

**Dr. Scott Levy (August 30, 2024)**

| Defendant's Designations | | Plaintiff's Objections to Designations | Plaintiff's Counter Designations | | Defendant's Objections to Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | Basis | Line Start | Line End | Basis |
| 81:19 | 86:14 | | | | |
| 87:22 | 88:17 | | | | |
| 89:5 | 95:25 | | | | |

Dated:  August 15, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Robert Mussig
TRACEY A. KENNEDY
ROBERT MUSSIG
H. SARAH FAN
Attorneys for Defendant
CHEVRON U.S.A. INC.,
a Pennsylvania Corporation