DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
**ALLRED, MAROKO & GOLDBERG**
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

**Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:23-cv-6302-HDV-AJR <br><br> **PLAINTIFF MARK SNOOKAL'S PRETRIAL DESIGNATIONS OF THE DEPOSITION OF DR. UJOMOTI AKINTUNDE** <br><br> [*Filed Concurrently with Declaration of Olivia Flechsig, Re: Plaintiff Mark Snookal's Pretrial Designation of the Deposition of Dr. Ujomoti Akintunde*] <br><br> District Judge: Hon. Hernan D. Vera <br> Magistrate Judge: Hon. A. Joel Richlin <br> Action Filed: August 3, 2023 <br> Trial Date: August 19, 2025 |

| Dr. Ujomoti Akintunde (October 31, 2024)[1] ||||||
|---|---|---|---|---|---|
| Plaintiff's Designations || Defendant's Objections to Designations | Defendant's Counter Designations || Plaintiff's' Objections to Counter Designations |
| Line Start | Line End | Basis | Line Start | Line End | Basis |
| 5:1 | 5:3 | | | | |
| 7:11 | 7:13 | | | | |
| 8:7 | 8:16 | | | | |
| 11:22 | 11:24 | | | | |
| 11:25 | 12:3 | | | | |
| 16:14 | 16:17 | | | | |
| 16:18 | 16:19 | | | | |
| 16:23 | 16:25 | | | | |
| 17:2 | 17:4 | | | | |
| 17:10 | 18:3 | | | | |
| 18:13 | 18:20 | | | | |
| 19:1 | 19:3 | | | | |
| 19:4 | 19:6 | | | | |
| 19:19 | 20:4 | | | | |
| 20:9 | 20:13 | | | | |
| 20:15 | 20:18 | | | | |
| 20:19 | 20:21 | | | | |
| 20:22 | 21:1 | | | | |
| 21:2 | 21:22 | | | | |
| 22:2 | 22:5 | | | | |
| 24:24 | 25:5 | | | | |
| 25:6 | 25:8 | | | | |
| 25:9 | 26:6 | | | | |
| 26:7 | 27:18 | | | | |
| 27:19 | 28:12 | | | | |
| 28:13 | 28:19 | | | | |
| 32:14 | 32:17 | | | | |
| 33:4 | 33:7 | | | | |
| 33:19 | 34:14 | | | | |
| 36:6 | 36:14 | | | | |
| 40:19 | 40:24 | | | | |
| 44:22 | 45:11 | | | | |
| 45:21 | 46:3 | | | | |
| 46:4 | 47:7 | | | | |
| 47:18 | 47:24 | | | | |

---

[1] Plaintiff intends to lodge both deposition transcripts and video recordings of Dr. Akintunde's deposition.

PLAINTIFF MARK SNOOKAL'S PRETRIAL DESIGNATIONS
OF THE DEPOSITION OF DR. UJOMOTI AKINTUNDE

| **Dr. Ujomoti Akintunde (October 31, 2024)[1]** | | | | | |
|---|---|---|---|---|---|
| Plaintiff's Designations | | Defendant's Objections to Designations | Defendant's Counter Designations | | Plaintiff's' Objections to Counter Designations |
| Line Start | Line End | Basis | Line Start | Line End | Basis |
| 48:2 | 48:23 | | | | |
| 49:7 | 49:9 | | | | |
| 49:10 | 49:16 | | | | |
| 51:23 | 53:2 | | | | |
| 62:17 | 63:5 | | | | |
| 77:12 | 77:15 | | | | |
| 85:13 | 86:4 | | | | |
| 86:5 | 86:9 | | | | |

Dated: August 18, 2025                    ALLRED, MAROKO & GOLDBERG

By: _____
       DOLORES Y. LEAL
       OLIVIA FLECHSIG
       Attorneys for Plaintiff,
       **MARK SNOOKAL**

PLAINTIFF MARK SNOOKAL'S PRETRIAL DESIGNATIONS
OF THE DEPOSITION OF DR. UJOMOTI AKINTUNDE