SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398
E-mail:    tkennedy@sheppardmullin.com
           rmussig@sheppardmullin.com
           sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:23-cv-6302-HDV-AJR<br><br>**NOTICE OF LODGING DEPOSITION TRANSCRIPTS WITH DEPARTMENT 5B**<br><br>District Judge: Hon. Hernán De. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br><br>Action Filed: August 3, 2023<br>Trial Date: August 19, 2025 |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Defendant Chevron U.S.A. Inc. per this Court's Civil Trial Order, hereby lodges with Courtroom 5B, the Deposition Transcripts of the following witnesses:

1. Dr. Victor Adeyeye (2 volumes)
2. Dr. Ujomoti Akintunde
3. Dr. Charles L. Baum
4. Dr. Shahid Hameed Khan
5. Dr. Alexander Marmureanu
6. Dr. Anthony Reading
7. Dr. Irving Sobel

Dated: August 19, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ Tracey Kennedy_____
TRACEY A. KENNEDY
ROBERT E. MUSSIG
H. SARAH FAN

Attorneys for Defendant
CHEVRON U.S.A. INC.,
a Pennsylvania Corporation