# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:23-cv-06302-HDV-AJR |
| Date | August 19, 2025 |
| Title: | Mark Snookal v. Chevron USA, Inc. et al |

**Present: The Honorable** Hernan D. Vera

| Stephen Montes Kerr | CourtSmart (AM) and Maria Bustillos (PM) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dolores Leal | Robert Mussig |
| Olivia J. Flechsig | Tracey Kennedy and Hwashiuan Sarah Fan |

___ Day Court Trial    First Day Jury Trial

___ One day trial:   X  Begun (1st day);   ___ Held & Continued;   ___ Completed by jury verdict/submitted to court.

✓ The Jury is impaneled and sworn.
✓ Opening statements made by  Plaintiff and Defendants
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by  ___ plaintiff(s)  ___ defendant(s).  ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of  ___ plaintiff(s)  ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by  ___ plaintiff(s)  ___ defendant(s).
___ Case submitted.    Briefs to be filed by _____
___ Motion to dismiss by _____ is  ___ granted.  ___ denied.  ___ submitted.
___ Motion for mistrial by _____ is  ___ granted.  ___ denied.  ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is  ___ granted.  ___ denied.  ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to   August 20, 2025, at 8:30 a.m.   for further trial/further jury deliberation.
___ Other:

5 : 51

Initials of Deputy Clerk   SMO

cc: