UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 23-6302-HDV-AJRx |
| Title: | Mark Snookal v. Chevron USA, Inc. et al |
| Date | August 20, 2025 |

Present: The Honorable    Hernán D. Vera, United States District Court Judge

| Wendy K. Hernandez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dolores Leal / Olivia Flechsig | Tracey Kennedy/ Robert Mussig / Hwashiuan Sarah Fan |

_____ **Day Court Trial**    2nd    **Day Jury Trial**

_____ One day trial:    _____ Begun (1st day);    x Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
x Witnesses called, sworn and testified.    X Exhibits identified.    x Exhibits admitted.
_____ Plaintiff(s) rest.    _____ Defendant(s) rest.
_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.
_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.
_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.
_____ Jury polled.    _____ Polling waived.
_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.
_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).
_____ Case submitted.    _____ Briefs to be filed by
_____ Motion to dismiss by    _____ is    _____ granted.    _____ denied.    _____ submitted.
_____ Motion for mistrial by    _____ is    _____ granted.    _____ denied.    _____ submitted.
_____ Motion for Judgment/Directed Verdict by    _____ is    _____ granted.    _____ denied.    _____ submitted.
_____ Motion for a Judgment as a Matter of Law (FRCP 50(a)    _____ is    _____ granted.    _____ denied.    _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
_____ Counsel for ** to submit a proposed judgment consistent with today's verdict within ** days/ by next week.
x Case continued to    08/21/25 at 8:30am for counsel; 9:15am for jury    for further trial/further jury deliberation.
_____ Other:

6 : 00

Initials of Deputy Clerk    wh