UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 23-6302-HDV-AJRx |
| Title: | Mark Snookal v. Chevron USA, Inc. et al |
| Date | August 21, 2025 |

Present: The Honorable  Hernán D. Vera, United States District Court Judge

| Wendy K. Hernandez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dolores Leal / Olivia Flechsig | Tracey Kennedy / Robert Mussig / Hwashiuan Sarah Fan |

____ **Day Court Trial**      3rd      **Day Jury Trial**

____ One day trial:   ____ Begun (1st day);   x  Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
 x  Witnesses called, sworn and testified.   X  Exhibits identified.   x  Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by
____ Motion to dismiss by _____ is ____ granted.  ____ denied.  ____ submitted.
____ Motion for mistrial by _____ is ____ granted.  ____ denied.  ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted.  ____ denied.  ____ submitted.
____ Motion for a Judgment as a Matter of Law (FRCP 50(a) _____ is ____ granted.  ____ denied.  ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Counsel for ** to submit a proposed judgment consistent with today's verdict within ** days/ by next week.
 x  Case continued to  08/22/25 at 8:30am  for further trial/further jury deliberation.
 X  Other:   Proposed jury instructions and special verdict discussed.  As discussed on the record, counsel may file supplemental briefs.

                                                                                                   3  :  30

                                                              Initials of Deputy Clerk   wh