UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - TRIAL**

| Case No. | CV 23-6302-HDV-AJRx | Date | August 22, 2025 |
|---|---|---|---|
| Title: | Mark Snookal v. Chevron USA, Inc. et al | | |

| Present: The Honorable | Hernán D. Vera, United States District Court Judge |
|---|---|

| Wendy K. Hernandez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dolores Leal / Olivia Flechsig | Tracey Kennedy/ Robert Mussig / Hwashiuan Sarah Fan |

**Day Court Trial**       4th       **Day Jury Trial**

____ One day trial:   ____ Begun (1ˢᵗ day);   x Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
x  Witnesses called, sworn and testified.     X Exhibits identified.     x Exhibits admitted.
x  Plaintiff(s) rest.                          x Defendant(s) rest.
x  Closing arguments made by    x plaintiff(s)    x defendant(s).    x Court instructs jury.
x  Bailiff(s) sworn.                           x Jury retires to deliberate.     ____ Jury resumes deliberations.
____ Jury Verdict in favor of     ____ plaintiff(s)    ____ defendant(s) is read and filed.
____ Jury polled.                             ____ Polling waived.
____ Filed Witness & Exhibit Lists             ____ Filed jury notes.      ____ Filed jury instructions.
____ Judgment by Court for                                                   ____ plaintiff(s)    ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)    ____ defendant(s).
____ Case submitted.    ____ Briefs to be filed by
____ Motion to dismiss by _____    is ____ granted.    ____ denied.    ____ submitted.
____ Motion for mistrial by _____  is ____ granted.    ____ denied.    ____ submitted.
____ Motion for Judgment/Directed Verdict by ____  is ____ granted.   ____ denied.    ____ submitted.
____ Motion for a Judgment as a Matter of Law (FRCP 50(a))  is ____ granted.   ____ denied.   ____ submitted.
____ Settlement reached and placed on the record.
x  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Counsel for ** to submit a proposed judgment consistent with today's verdict within ** days/ by next week.
x  Case continued to   08/25/25 at 8:30am   for further trial/further jury deliberation.
____ Other:

                                                                   6  :  00
                                             Initials of Deputy Clerk   wh