# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-6302-HDV-AJRx | Date | August 25, 2025 |
| Title: | Mark Snookal v. Chevron USA, Inc. et al | | |

Present: The Honorable  Hernán D. Vera, United States District Court Judge

| Wendy K. Hernandez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dolores Leal / Olivia Flechsig | Tracey Kennedy / Robert Mussig / Hwashiuan Sarah Fan |

____ **Day Court Trial**    5th  ____ **Day Jury Trial**

- ____ One day trial: ____ Begun (1st day); ____ Held & Continued; **X** Completed by jury verdict/submitted to court.
- ____ The Jury is impaneled and sworn.
- ____ Opening statements made by ____
- ____ Witnesses called, sworn and testified. ____ Exhibits identified. ____ Exhibits admitted.
- ____ Plaintiff(s) rest. ____ Defendant(s) rest.
- ____ Closing arguments made by ____ plaintiff(s) ____ defendant(s). ____ Court instructs jury.
- ____ Bailiff(s) sworn. ____ Jury retires to deliberate. **X** Jury resumes deliberations.
- **X** Jury Verdict in favor of **X** plaintiff(s) ____ defendant(s) is read and filed.
- **X** Jury polled. ____ Polling waived.
- **X** Filed Witness & Exhibit Lists **X** Filed jury notes. **X** Filed jury instructions.
- ____ Judgment by Court for ____ plaintiff(s) ____ defendant(s).
- ____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).
- ____ Case submitted. ____ Briefs to be filed by ____
- ____ Motion to dismiss by ____ is ____ granted. ____ denied. ____ submitted.
- ____ Motion for mistrial by ____ is ____ granted. ____ denied. ____ submitted.
- ____ Motion for Judgment/Directed Verdict by ____ is ____ granted. ____ denied. ____ submitted.
- ____ Motion for a Judgment as a Matter of Law (FRCP 50(a) ____ is ____ granted. ____ denied. ____ submitted.
- ____ Settlement reached and placed on the record.
- **X** Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- **X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form to be provided to counsel.
- ____ Trial subpoenaed documents returned to subpoenaing party.
- **X** Counsel for Plaintiff to submit a proposed judgment consistent with today's verdict by August 28, 2025.
- ____ Case continued to ____ for further trial/further jury deliberation.
- **X** Other: Jury Note #1 and #2 received and filed. Response to Jury Note #1 prepared and filed. Jury thanked and discharged.

____ : 12

Initials of Deputy Clerk  wh