FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVRON USA, INC., et al.,<br><br>    Defendants. | ) Case No.: CV 23-06302-HDV-AJRx<br>)<br>)<br>)<br>) CONFIRMATION OF EXHIBIT REVIEW<br>) AND AUTHORIZATION TO SUBMIT<br>) EXHIBITS TO JURY<br>)<br>)<br>)<br>) |

The undersigned counsel hereby declare that the exhibits prepared to be given to the jury during deliberations were personally and individually reviewed by counsel for Plaintiff(s) and Defendant(s) prior to submission to the jury. The undersigned counsel also declare that the exhibits prepared to be given to the jury contain only admitted exhibits.

Counsel for Plaintiff(s) (Printed Name): Dolores Leal / Olivia Flechsig

Counsel for Plaintiffs(s) (Signature): *[signature]*

Date: 8/22/25

Counsel for Defendant(s) (Printed Name): Tracey Kennedy/ Robert Mussig / Sarah Fan

Counsel for Defendant(s) (Signature): *[signature]*

Date: 8/22/25

-1-