UNITE STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JURY NOTE NO.: 1

CASE NO.: 2:23-cv-6302-HDV-AJR          DATE: 8-25-25

TITLE: MARK SNOOKAL v. CHEVRON USA INC. et al.          TIME: 11:44 AM

☐ THE JURY HAS REACHED A UNANIMOUS VERDICT.

☒ THE JURY REQUESTS THE FOLLOWING:

IN THE EVENT WE FIND FOR THE PLANTIFF, SHOULD WE BE CONSIDERING WHETHER OR NOT THE DEFENDENT IS COVERING PLANTIFF'S LEGAL FEES? IF SO, IS DEFENDANT RESPONSIBLE FOR PLANTIFF'S LEGAL FEES?

SIGNED BY: REDACTED
FOREPERSON OF THE JURY