FILED
CLERK, U.S. DISTRICT COURT

AUG 25 2025

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL,<br><br>    Plaintiff,<br><br>    v.<br><br>CHEVRON USA INC. et al.,<br><br>    Defendants. | Case No. 2:23-cv-6302-HDV-AJR<br><br>**RESPONSE TO JURY NOTE NO. 1** |

1

In response to Jury Note No. 1:

The jury should not include attorneys' fees in any measure of damages. That question, if appropriate, will be determined by the Court.

Dated: August 25, 2025

_____
Hernán D. Vera
United States District Judge