UNITE STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**JURY NOTE NO.:** 2

**CASE NO.:** 2:23-cv-6302-HDV-AJR             **DATE:** 8-25-25

**TITLE:** MARK SNOOKAL v.                    **TIME:** 1:12 PM
CHEVRON USA INC. et al.

[X] THE JURY HAS REACHED A UNANIMOUS VERDICT.

[ ] THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____
_____

**SIGNED BY:** REDACTED
**FOREPERSON OF THE JURY**