UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, | Case No. 2:23-cv-6302-HDV-AJR |
| Plaintiff, | |
| v. | **SPECIAL VERDICT FORM** |
| CHEVRON USA INC. et al., | |
| Defendants. | |

1

**We, the jury, answer the questions submitted to us as follows:**

1. Was Mark Snookal able to perform the essential job duties of the Reliability Engineering Manager position in Escravos, Nigeria?

    **X** Yes  \_\_\_\_\_ No

    *If your answer to **Question 1** is "Yes," then answer **Question 2**.*

    *If you answered "**No**," stop here, answer no further questions, and have the presiding juror sign and date this form.*

2. Was Mark Snookal's disability a substantial motivating reason for Chevron USA's decision to rescind the job offer for the Reliability Engineering Manager position in Escravos, Nigeria?

    **X** Yes  \_\_\_\_\_ No

    *If your answer to **Question 2** is "Yes," then answer **Question 3**.*

    *If you answered "**No**," stop here, answer no further questions, and have the presiding juror sign and date this form.*

3. Was Chevron USA's recission of the Reliability Engineering Manager position in Escravos, Nigeria a substantial factor in causing harm to Mark Snookal?

    **X** Yes  \_\_\_\_\_ No

    *If your answer to **Question 3** is "Yes," then answer **Question 4**.*

    *If you answered "**No**," stop here, answer no further questions, and have the presiding juror sign and date this form.*

4. Did Mark Snookal's disability pose an immediate and substantial degree of risk to his health or safety or the health or safety of others?

\_\_\_\_\_ Yes    __X__ No

*If your answer to **Question 4** is "Yes," stop here, answer no further questions, and have the presiding juror sign and date this form.*

*If you answered "No," then answer **Question 5**.*

5. What are Mark Snookal's damages?

    a. Past economic loss: $ 1 MILLION

    b. Future economic loss: $ 1.1 MILLION

    c. Past noneconomic loss, including physical pain/mental suffering:
$ 1 MILLION

    d. Future noneconomic loss, including physical pain/mental suffering:
$ $900,000

    TOTAL    $ $4,000,000

**Signed: Presiding Juror** REDACTED

Dated: 8-25-25

**After this verdict form has been signed, notify the clerk.**