# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 23-06302-HDV-AJRx | | Title | Mark Snookal v. Chevron USA, Inc. et al |
|---|---|---|---|---|

| Judge | Hernán D. Vera |
|---|---|
| **Dates of Trial or Hearing** | 08/19/25; 08/20/25; 08/21/25; 08/22/25; 08/25/25 |
| **Court Reporters or Tape No.** | CourtSmart / Maria Bustillos |
| **Deputy Clerks** | Stephen Montes-Kerr / Wendy Hernandez |

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Dolores Leal | Tracey Kennedy |
| Olivia Flechsig | Robert Mussig |
| | Hwashiuan Sarah Fan |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Dr. Shaid Khan c/s/t on 8/19/25 | Pltf |
| | | | | | | | |
| | | | | | | Depo of witness Levy read on 08/20/25-pages 75-76 | Pltf |
| | | | | | | Depo of witness Powers read on 08/20/25-pages52-53;84 | Pltf |
| | | | | | | Depo of witness Ayeye read on 08/21/25-pgs 115; 130 | Pltf |
| B | 08/21/25 | | | | | Shown to video witness Adeyeye | |
| 823 | 8/21/25 | | | | | Shown to video witness Adeyeye | |
| | | | | | | | |
| ---- | 8/20/25 | | | | | Westlaw of regulations shown at sidebar | |
| | 8/21/25 | | | | | Photo by Pltf of smoke stack tower | Demonstrati |
| | 8/21/25 | | | | | Photo by Pltf similar smoke stack tower - shows a manlift | Demonstrati |
| | 8/21/25 | | | | | Photo by Pltf re non-personnel incident for investigation | Demonstrati |
| | | | | | | and safety write-up | |
| | 8/21/25 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

1  DOLORES Y. LEAL (134176)
   OLIVIA FLECHSIG (334880)
2  ALLRED, MAROKO & GOLDBERG
3  6300 Wilshire Blvd. Suite 1500
   Los Angeles, CA 90048-5217
4  (323) 653-6530
   dleal@amglaw.com
5  oflechsig@amglaw.com

6  **Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

7  TRACEY A. KENNEDY, Cal Bar No. 150782
   ROBERT E. MUSSIG, Cal. Bar No. 240369
8  H. SARAH FAN, Cal. Bar No. 328282
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
10 350 South Grand Avenue, 40th Floor
   Los Angeles, CA 90071-3460
11 Telephone:    213.620.1780
12 tkennedy@sheppardmullin.com
   rmussig@sheppardmullin.com
13 sfan@sheppardmullin.com

14 **Attorneys for <u>Defendant. CHEVRON U.S.A. INC., a Pennsylvania Corporation</u>**

15              UNITED STATES DISTRICT COURT

16           FOR THE CENTRAL DISTRICT OF CALIFORNIA

17

18 MARK SNOOKAL, an individual,        )  CASE NO.: 2:23-cv-6302-HDV-AJR
                                       )
19              Plaintiff,             )
                                       )  **AMENDED JOINT WITNESS LIST**
20        vs.                          )
                                       )
21                                     )  Judge: Hon. Hernan D. Vera
22 CHEVRON USA, INC., a California     )  Action Filed: August 3, 2023
   Corporation, and DOES 1 through 10, )  Trial Date: August 19, 2025
23 inclusive,                          )
                                       )
24                                     )
                                       )
25          Defendants.               )
                                       )
26 _____)

27

28

                              1
                   AMENDED JOINT WITNESS LIST

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony (subject to change due to witness availability) |
|---|---|---|---|---|
| Dr. Victor Adeyeye | At the relevant time, Dr. Adeyeye was a cardiologist for Chevron Nigeria who provided an opinion on Plaintiff's cardiac condition. | .25 hr. | .5 | ~~08/20/2025~~ 8/21/25 |
| Dr. Ujomoti Akintunde | At the relevant time, Dr. Akintunde was a cardiologist at Chevron Nigeria's clinic in Warri, Nigeria who provided an opinion on Mr. Snookal's condition. | .25 hr. | .5 | ~~08/20/2025~~ 8/22/25 |
| Dr. Eshiofe Asekomeh | Dr. Asekomeh conducted the Medical Suitability for Expatriate Assignment (MSEA) evaluation for Plaintiff. He determined that Plaintiff was not fit for duty based on his medical condition and available medical support. | .5 hr. | .75 | 08/20/2025 ✓ |
| Dr. Charles Baum | Dr. Baum is a professor of economics and finance at Middle Tennessee State University. He has will testify regarding Plaintiff's lost earnings and lost employment benefits due to the rescission of the Expatriate position in Nigeria. | .5 hr. | .75 | ~~08/21/2025~~ 8/20/25 ✓ |
| Dr. Shahid Hameed Khan | At the relevant time, Dr. Khan was Plaintiff's treating cardiologist who determined that Plaintiff was fit for duty for an expatriate position.<br><br>After Chevron rescinded the offer of Expatriate assignment, Dr. Khan also communicated with Chevron's Dr. Levy regarding Plaintiff's medical condition and risk of cardiac event. Dr. Khan communicated that Plaintiff's risk of a cardiac event was about 2% per year. | .33 hr. | .25 | 08/19/2025 |

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony (subject to change due to witness availability) |
|---|---|---|---|---|
| Dr. Scott Levy | At the relevant time, Dr. Levy was employed by Chevron as a Regional Medical Manager for the Europe, Eurasia, Middle East and Africa Region. He will testify regarding the fitness-for-duty medical evaluations for expatriate assignments. After Plaintiff complained about discrimination and challenged the decision to deem him unfit for duty, Dr. Levy reviewed Plaintiff's case for a second opinion. | .75 hr. | .5 | 08/19/2025 ✓  8/20/25 |
| Cesar Malpica | Mr. Malpica replaced Mr. Zaheer in Escravos, Nigeria for 4 years. | .25 hr. | .25 | 08/20/2025 |
| Dr. Alexander Marmureanu | Dr. Marmureanu practices Thoracic and Cardiovascular Surgery. He is Board Certified in Cardiothoracic Surgery and General Surgery.  Dr. Marmureanu will testify that the clinical data consistently indicates that Mr. Snookal's ascending aortic aneurysm and aortic root remained stable at 4.2 cm, with no significant progression over several years of monitoring. At this size, in his opinion, the annual risk of rupture or dissection was less than 1%, especially considering the stability of his condition and aortic measurements.  Dr. Marmureanu will testify given that Plaintiff's work would be office-based and not physically demanding, there is no evidence to suggest that his condition would affect his job performance or pose an immediate risk or "direct threat." | .5 hr. | .25 | 08/19/2025 ✓ |

3

AMENDED JOINT WITNESS LIST

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony (subject to change due to witness availability) |
|---|---|---|---|---|
| Andrew Powers | At the relevant time, Mr. Powers was a Senior Human Resources Manager at Chevron's El Segundo refinery.<br><br>Plaintiff filed a complaint of disability discrimination with Mr. Powers. Mr. Powers has also had several expatriate assignments to other countries and Chevron USA consistently paid his salary throughout. | .33 hr. | .5 | ~~08/19/2025~~ 8/20/25 |
| Dr. Anthony Reading | Dr. Reading is an expert forensic psychologist who evaluated Mr. Snookal, and he will testify to Mr. Snookal's emotional distress damages. | .75 hr. | .75 | ~~08/21/2025~~ 8/22/25 |
| Dr. Chen Song | Dr. Song will testify in rebuttal to Mr. Snookal's economic expert | .75 | .25 | 08/22/2025 ✓ |
| Constance Snookal | Ms. Snookal is Plaintiff's wife. She will testify regarding her husband's damages as a result of Chevron's rescission of the Reliability Engineering Manager position. | .33 hr. | .5 | 08/21/2025 |
| Mark Snookal | Plaintiff Mark Snookal will testify regarding his employment at Chevron USA; his application to be a Reliability Engineering Manager, an Expatriate assignment in Escravos, Nigeria; the application process; the two doctors (Dr. Khan and Dr. Sobel) who examined him who concurred that he was fit for duty; the offer of employment; Chevron's rescission of the expatriate assignment; Mr. Snookal's appeal of the rescission decision to Dr. Frangos and Dr. Levy; his complaint to Human Resources; and economic, emotional/psychological damages suffered by him. | 1.5 hrs. | 1.5 | ~~08/20/2025~~ 8/21/25 |

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam/ Direct Exam (Hours) | Dates of Testimony (subject to change due to witness availability) |
|---|---|---|---|---|
| Dr. Irving Sobel | Dr. Sobel was contracted by Chevron to conduct a fitness for duty examination for the Expatriate assignment in Nigeria. | .25 hr. | .25 | 08/20/2025 |
| Amir Zaheer | Mr. Zaheer replaced Mr. Snookal in Escravos, Nigeria after Defendant rescinded the job offer. | .25 hr. | .25 | 08/20/2025 |

DATED: August 7, 2025                    ALLRED, MAROKO & GOLDBERG

                                 By: ___/s/ Dolores Y. Leal_____
                                      DOLORES Y. LEAL
                                      OLIVIA FLECHSIG
                                      Attorneys for Plaintiff,
                                      **MARK SNOOKAL**

DATED: August 7, 2025            SHEPPARD, MULLIN, RICHTER & HAMPTON LLC

                                 By: _____/s/ Tracey A. Kennedy_____
                                      TRACEY A. KENNEDY
                                      ROBERT E. MUSSIG
                                      H. SARAH FAN
                                      Attorneys for Defendant
                                      CHEVRON U.S.A. INC.,
                                      a Pennsylvania Corporation

AMENDED JOINT WITNESS LIST

1  DOLORES Y. LEAL (134176)
   OLIVIA FLECHSIG (334880)
2  ALLRED, MAROKO & GOLDBERG
   6300 Wilshire Blvd. Suite 1500
3  Los Angeles, CA 90048-5217
   (323) 653-6530
4  dleal@amglaw.com
   oflechsig@amglaw.com
5

6  **Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

7
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8  A Limited Liability Partnership
   Including Professional Corporations
9  TRACEY A. KENNEDY, Cal Bar No. 150782
   ROBERT E. MUSSIG, Cal. Bar No. 240369
10 H. SARAH FAN, Cal. Bar No. 328282
   350 South Grand Avenue, 40th Floor
11 Los Angeles, CA 90071-3460
   Telephone:    213.620.1780
12 E-mail:       tkennedy@sheppardmullin.com
                 rmussig@sheppardmullin.com
13               sfan@sheppardmullin.com

14 Attorneys for Defendant.
   CHEVRON U.S.A. INC.,
15 a Pennsylvania corporation

16              UNITED STATES DISTRICT COURT

17         FOR THE CENTRAL DISTRICT OF CALIFORNIA

18

19 MARK SNOOKAL, an individual,        ) CASE NO.: 2:23-cv-6302-HDV-AJR
                                        )
20          Plaintiff,                  )
                                        )
                                        ) **AMENDED JOINT EXHIBIT LIST AND**
21     vs.                              ) **STIPLUATION RE: ADMISSIBILITY**
                                        )
22 CHEVRON USA, INC., a California      )
   Corporation, and DOES 1 through 10, )
23 inclusive,                           )
                                        ) District Judge: Hon. Hernan D. Vera
24          Defendants.                 ) Magistrate Judge: Hon. A. Joel Richlin
                                        ) Action Filed: August 3, 2023
25                                      ) Pre-Trial Conference: July 29, 2025
                                        ) Trial Date: August 19, 2025
26                                      )
                                        )
27 _____ )

28

────────────────────────────────────────
AMENDED JOINT EXHIBIT LIST AND STIP RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|-------|-------------|-------------------------------|------------------------|---------------|
| 1 | DELETED | | | |
| 2 | DELETED | | | |
| 3 | DELETED | | | |
| 4 | Risk of Rupture or Dissection in Descending Thoracic Aortic Aneurysm - 9/2/15 (CUSA000619-638) Dr. Levy's Depo Exh. B | Dr. Levy | | |
| 5 | Physical requirements and working conditions form for REM position 11/9/16 (CUSA000208-220) | Banks Snookal | X   ID: 8/20/25 | 8/20/25 13 pages |
| 6 | Chevron Medical Examination Program Guidelines – July 2017 (CUSA000837-944) | Dr. Levy | X | 8/20/25 108 pgs |
| 7 | Escravos Medevac Records for 2017-2022 (CUSA000830-833) | Dr. Adeyeye | X   ID: 8/20/25 | 8/20/25 4 pages |
| 8 | Escravos Fatalities 2017 – 2022 (CUSA000834-836) | Dr. Adeyeye | X   ID: 8/20/25 | 8/20/25 3 pages |
| 9 | DELETED | | | |
| 10 | DELETED | | | |
| 11 | DELETED | | | |
| 12 | HR Policy 410 Employment of Individuals with Disabilities – 4/1/19 (CUSA00013-18) | Powers | X | |
| 13 | Snookal CT and echo result from Kaiser Permanente – 4/16/19 (CUSA000223-227 CUSA000818-822) | Dr. Khan | X   ID on 8/19/25 | 13-  8-19-2025 10 pages |
| 14 | Affirmative Action Program for Individuals with Disabilities & Protected Veterans – 4/1/19 – 3/31/20 (CUSA0001682-1705) | Powers | | |

1

AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| 15 | Mark Snookal's Kaiser Medical Records – 4/19/19 (Snookal-00641-643; 789-806); and Unredacted | Khan | X | 8/22/25 3 pages |
| 16 | Job Description: NMA EGTL Reliability Engineering Manager – 5/7/19 (Snookal-01157-58) | Snookal | X  1) 8/21/25 | 8/21/25 2 pages |
| 17 | DELETED | | | |
| 18 | DELETED | | | |
| 19 | Email to Mark Snookal re Acceptance of NMA EGTL Reliability Engineering Manager (PSG 23-24, FL 4-6) position in Escravos, Nigeria, - 6/20/19 (CUSA0001147-1148) | Snookal | X | |
| 20 | Assignment Offer Letter – 7/1/19 Snookal-00647-650 | Snookal | X  1D: 8/21/25 | 8/21/25 4 pages |
| 21 | DELETED | | | |
| 22 | DELETED | | | |
| 23 | DELETED | | | |
| 24 | Email thread re New Assignment to Nigeria – 7/11/19 (CUSA0001238-1241) | Snookal | X  1D: 8/20/25 | 8/20/24 64 skip 4 pages |
| 25 | Mental Health Questionnaire – completed by Snookal – 7/18/19 (CUSA000188) | Snookal | X | 8/22/25 1 page |
| 26 | Authorization for Disclosure of Health Information, signed – 7/18/19 (CUSA000577-578) | Snookal | X | |
| 27 | DELETED | | | |
| 28 | DELETED | | | |
| 29 | MSEA exam of Mr. Snookal completed by | Dr. Sobel | X | 8-19-2025 6 pages |

2

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | Dr. Sobel – 7/24/19 (Snookal-00605-610) | | | |
| 30 | Dr. Irving Sobel's voicemail message to Mark Snookal and transcript (Snookal-001925) | Snookal Dr. Sobel | X ID: 8/20/25 | 8/25/25 5 pages |
| 31 | Emails between Snookal and Dr. Khan re: Rotational Work in Nigeria – 7/24/19 (Snookal-01284) | Snookal Dr. Khan | X ID ON 8-19-25 | 8-19-20 25 1 page |
| 32 | Chevron Medical Suitability for Expatriate Assignment History & Physical Examination for Snookal – 7/24/19 (CUSA000025-30) | Snookal Dr. Sobel | X | |
| 33 | Dr. Khan's letter – 7/29/19 re Snookal condition (Snookal-00665) | Snookal Dr. Khan | X ID ON 8-19-25 | 8-19-2025 pg 1 |
| 34 | Kaiser Permanente Medical Record for Snookal – visit date: 4/3/19; "Received 7/29/19) (CUSA00223-227) | Dr. Khan | X | |
| 35 | Dr. Victor Adeyeye's Position Summary – Job Description – 2019 (CUSA0002774) | Dr. Adeyeye | X ID: 8/21/25 | 8/21/25 pg 1 |
| 36 | Dr. Ujomoti Akintunde's Position Summary – Job Description – 2019 (CUSA0002775) | Dr. Akintunde | X | |
| 37 | Dr. Asekomeh Eshiofe's Position Summary – Job Description – 2019 (CUSA0002778) | Dr. Asekomeh | X | |

AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| 38 | Email from Dr. Asekomeh to Dr. Pitan re: Snookal medical report – 7/30/19 (CUSA0001525) | Dr. Asekomeh | X | |
| 39 | Email thread between Olorunfemi Pitan, Victor Adeyeye, Eshiofe Asekomeh and Henry Aiwuyo re Mark Snookal Medical Report – 7/30/19 – 8/15/19 (CUSA0001426-1429; 1486-1507; 1522-1525; 1528-1532) | Dr. Adeyeye Dr. Asekomeh | X 8/20/25 ID | 8/20/25 35 pages |
| 40 | DELETED | | | |
| 41 | DELETED | | | |
| 42 | DELETED | | | |
| 43 | Email chain re: Mark Snookal's Medical Report – 8/5/19 (CUSA000768-770) | Dr. Adeyeye Dr. Asekomeh | X ID: 8/21/25 | 8/21/25 3 pages |
| 44 | Email thread with Asekomeh, Akintunde re: Akintunde's opinion (follow-up to Aiwuyo opinion) – 8/5/19 (CUSA000771-774) | Dr. Asekomeh Dr. Akintunde | X | 8/22/25 4 pages |
| 45 | DELETED | | | |
| 46 | Asekomeh email to Pitan re: cardiology summary and Dr. Aiwuyo – 8/7/19 (CUSA0001526-1527) | Dr. Asekomeh | X | |
| 47 | Dr. Asekomeh email to Dr. Olorunfemi Pitan re: Snookal medical summary – 8/7/19 (CUSA000816-823) | Dr. Asekomeh | X ID: 8/21/25 | 8/21/25 sup 8 pages |
| 48 | Email thread re Mark Snookal Medical Clearance "and just checking in" – 7/29/19; 8/2/19; 8/8/19 (CUSA0001009-1012; | Dr. Asekomeh | X | |

4

AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | 1181-1182; 1190-1193) | | | |
| 49 | Maintenance Change Operating Assistant (OA) Job Description – 8/11/19 (CUSA000550-551) | Snookal | X | |
| 50 | DELETED | | | |
| 51 | DELETED | | | |
| 52 | DELETED | | | |
| 53 | DELETED | | | |
| 54 | "Expatriate Exam Recommendations" – 8/15/19  (Snookal-01099) | Dr. Asekomeh | X | 8-19-2025 P51 |
| 55 | Email from Dr. Pitan to Dr. Asekomeh – 8/15/19 (CUSA000824-827) | Dr. Asekomeh | X | |
| 56 | Email from Asekomeh to Bijo Velante Mirabueno –  8/15/19 (CUSA000828) | Dr. Asekomeh | X | |
| 57 | DELETED | | | |
| 58 | DELETED | | | |
| 59 | Email thread re: Snookal medical report - 8/15/19 (CUSA0001520-1521; 1522-1525) | Dr. Adeyeye | X ID: 8/20/25 | 8/20/25 P3 6pages |
| 60 | Email from Mark Snookal re Erin McGregor Referral – 8/15/19 (CUSA0001002) | Snookal | X | |
| 61 | Email thread between Dr. Frangos, Pitan, Asekomeh and Levy re MSEA Case – 8/15/19 (CUSA000824-827) | Dr. Asekomeh | X | |
| 62 | DELETED | | | |
| 63 | Email thread Dr. Frangos to Dr. Levy and Dr. Arenyeka re: Nigeria Medical Determination – | Dr. Levy | X ID: 8/20/25 | 8/20/25 4 pages |

AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | 8/20/19 (CUSA0001003-1006) | | | |
| 64 | Dr. Levy email thread with Dr. Arenyeka - 8/20/19 re Snookal (CUSA0001539-1542) | Dr. Levy | X | |
| 65 | Emails between Dr. Levy and Snookal re: medical – 8/23/19 (CUSA000639-641) Levy's Depo Ex. A | Snookal | X | 8-19-2025 3 pages |
| 66 | Email from Dr. Levy to Eldyleida Seca Torres re: MSEA - 8/23/19 (CUSA0001041) | Dr. Levy | | |
| 67 | DELETED | | | |
| 68 | Email string between Dr. Levy and Dr. Kahn – 8/23 and 8/26/19 re Patient MS (CUSA000557-558) | Dr. Levy | X | 8-19-25 2 pages |
| 69 | Email thread btwn Dr. Levy and Dr. Arenyeka re: Patient MS 8/26/19 (CUSA000995-997) | Dr. Levy | X ID: 8/20/25 | 3 pages 8/20/25 |
| 70 | Levy email thread – 8/29/19 (CUSA0001050-1052) | Dr. Levy | X | 8/22/25 DLS 3 pages |
| 71 | DELETED | | | |
| 72 | DELETED | | | |
| 73 | DELETED | | | |
| 74 | Email thread re Mark Snookal not medically cleared – 8/30/19 (CUSA1430-1432; 1447-1450) | Dr. Levy | X | |
| 75 | Email to Amir Zaheer re candidate for NMA EGTL Reliability Engineering – 9/3/19 (CUSA0001358) | Zaheer | X | |
| 76 | Email from Andrew Powers re: the Rescinded Job Offer in Nigeria – 9/4/19 | Powers | X ID: 8/20/25 | 8/20/25 slp 3 pages |

AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | (CUSA000538-540) | | | |
| 77 | Emails from Andrew Powers to Dr. Ayanna Jones – 9/4/19 (CUSA000650-651) | Powers | X | |
| 78 | Dr. Scott Levy email "Thanks. I got this" - 9/4/19 (CUSA000983-985) | Dr. Levy | X | |
| 79 | Email thread between Dr. Jones Ayanna and Andrew Powers re: Rescinded Job Offer in Nigeria – 9/4/19 (CUSA000993-994) | Powers | X | |
| 80 | DELETED | | | |
| 81 | International Journal of General Medicine Article (CUSA0002830-2834) | Dr. Adeyeye | | |
| 82 | Email thread regarding Mark Snookal's disability discrimination complaint – 9/4/19 – 9/6/19 (CUSA000542-543) | Powers Snookal | X  ID: 8/21/25 | 8/21/25 stip 2 pages |
| 83 | Email thread re: Positions in 2H PDC - 9/5/19 (CUSA000541) | Snookal | | |
| 84 | Emails Re: Nigeria Medical Determination – 9/5/19 (CUSA0001236-1237) | Snookal | X | |
| 85 | Email from Andrew Powers to Snookal – 9/8/19 (Snookal 00637-639) | Snookal | X | 8/22/25 3 pages |
| 86 | Email thread with Powers and others – 9/4/19; 9/9/19 (CUSA000644-646) | Powers | | |
| 87 | El Segundo Operating Assistant DS&C – MFG- (2 positions PSG 22-23) – 9/13/19 | Snookal | | |

AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|-------|-------------|--------------------------------|------------------------|---------------|
| | (CUSA000552-554) | | | |
| 88 | Email from Dr. Levy to Snookal re: medical – 9/16/19 (Snookal-00645-646) (CUSA000559-580) | Dr. Levy Snookal | X | 1D: 8/20/25    8/20/25 4 pages |
| 89 | Snookal Email re: Positions he applied – 9/24/19 (CUSA0001645-1653) | Snookal | | |
| 90 | Email from Tse to Snookal re: Maintenance Change Operating Assistant – 9/25/19 (CUSA000653-655) | Snookal | X | |
| 91 | Email from Powers to Tse re: M & R change – 9/25/19 (CUSA000683) | Snookal | X | |
| 92 | Job Description for Maintenance Change Operating Assistant – 9/25/19 (Snookal-01131-32) | Snookal | X | |
| 93 | Job Description: DS&C – MFG – El Segundo Operating Assistant – 10/11/19 (Snookal-01150-52) | Snookal | X | |
| 94 | Job Description: DS&G – MFG – El Segundo Routine Maintenance General Team Lead – 10/11/19 (Snookal-01122-23) | Snookal | X | |
| 95 | Emails thread Austin Ruppert, Thalia Tse, and Powers re: Mark Snookal New Position – 11/6/19 (CUSA000642-643) | Tse Powers | X | |
| 96 | Position Summary – Reliability Change Operating Assistant – | Banks | X | 8/22/25    3 pages |

AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | 11/6/19 (CUSA000498-500) | | | |
| 97 | Job Offer for Reliability Change Operating Assistant – 11/19/19 (Snookal-01136) | Snookal | X | |
| 98 | Email thread re: offer letter position for Mark Snookal in Workday – 11/20/19 (CUSA000679-682) | Tse Snookal | X | |
| 99 | DELETED | | | |
| 100 | DELETED | | | |
| 101 | DELETED | | | |
| 102 | DELETED | | | |
| 103 | DELETED | | | |
| 104 | DELETED | | | |
| 105 | DELETED | | | |
| 106 | DELETED | | | |
| 107 | Nippon Dynawave Packaging Co. Offer of Employment to Mark Snookal and signed by him – 8/3/21 (NDP-SDT 1-2; Snookal, Ex. 22) | Snookal | X | |
| 108 | Nippon Dynawave Packaging Benefits Guide (Snookal-01444-01477) | Snookal | X | |
| 109 | Email and Letter of Resignation from Mark Snookal to Thalia Tse – 8/4/21 (CUSA000656-658) | Snookal | X | 8/22/25 3pages |
| 110 | DELETED | | | |
| 111 | DELETED | | | |
| 112 | DELETED | | | |
| 113 | DELETED | | | |
| 114 | Georgia-Pacific 2023 Benefits Guide (Snookal-01478-1507) | Snookal Baum | X | |
| 115 | Records Produced by Georgia-Pacific LLA re | Snookal Baum | X | |

AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | Snookal's employment post Chevron | | | |
| 116 | Offer letter to Mark Snookal from Chris Lundquist at Koch Industries – 7/7/23 (Snookal 1526-1527) | Snookal | X | 8/22/25 ID 2pages |
| 117 | Letter to Mike Savageaux from Mark Snookal resigning from Nippon Dynawave - 8/14/23 (NDP-SDT 3; Snookal, Ex. 23) | Snookal | X | 8/22/25 W 1 page |
| 118 | Plaintiff Mark Snookal's Objections and Responses to Deft Chevron USA, Inc.'s Interrogatories, Set One – 3/28/24 | Snookal | | |
| 119 | Deft Chevron's Responses to Plaintiff Snookal's Request for Production of Documents, Set One – 6/5/24 | Scott M. Banks | | |
| 120 | Plaintiff Mark Snookal's Rebuttal Expert Disclosures (FRCP Rule 26(a)(2) – 9/3/24 (Marmureanu M.D., Exh. 1) | Dr. Marmureanu | | |
| 121 | Dr. Alexander Marmureanu's CV | Dr. Marmureanu | ID on 8/19/25 | 8-19-2025 28 pages |
| 122 | Expert Report of Dr. Alexander Marmureanu – 10/9/24 | Dr. Marmureanu | ID on 8/19/25 | 8-19-2025 8 pages |
| 123 | Deft Chevron's Supplemental Responses to Plaintiff Snookal's Special Interrogatories Nos. 20-24, Set Two – 1/13/25 | Harpreet K. Tiwana | | |
| 124 | Deft Chevron's | Tiwana | | |

10
AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | Objections and Responses to Plaintiff Snookal's Request for Production of Documents, Set Four (Nos. 47-66) – 2/25/25 | | | |
| 125 | Deft Chevron's Response to Plaintiff's Interrogatory No. 26 - 33 - 2/25/25 | Tiwana | | |
| 126 | Chevron's Objections and Supplemental Responses to Plaintiff Snookal's Interrogatories, Set Three – 4/25/25 | Tiwana | | |
| 127 | Location Premiums by Area of Assignment (CUSA000501-502) | Snookal | X | 8/22/25 ID 2pass |
| 128 | Cover page to the Chevron Tax Equalization Policy, Human Resources Shared Services (CUSA000503 – Powers, Exh. 2) | Powers | X | |
| 129 | Chevron Tax Equalization Policy (CUSA000503) | Powers | X | |
| 130 | HR Policy 400 for U.S. Payroll Employees (CUSA000348-350) | Powers | X | |
| 131 | HR Policy 410 for U.S. Payroll Employees (CUSA000014-18) | Powers | X ID: 8/20/25 only | 8/22/25 5pages |
| 132 | Rotational Expatriate Assignments (Snookal-01285-1301) | Snookal | X ID 8/20/25 | 8/21/25 17pages |
| 133 | Snookal Personal Experience Record (CUSA000261-265) | Snookal | X | |
| 134 | Chevron Employee Handbook – El Segundo Refinery (CUSA000298-342) | Powers | X | |

AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|-------|-------------|-------------------------------|------------------------|---------------|
| 135 | General Team Leader/Area Maintenance Lead PSG 23 Position Summary (CUSA000548-549) | Banks | X | |
| 136 | DS&C – MFG - El Segundo Routine Maintenance General Team Lead (PSG 23) (CUSA000555-556) | Banks | X | |
| 137 | Scott Levy's CV (CUSA0001565-1572) | Dr. Levy | ID ON 8/19/2025 | 8/19/2025 8pages |
| 138 | DELETED | | | |
| 139 | Victor Adeyeye's CV (CUSA0001737-1741) | Dr. Adeyeye | | |
| 140 | Anthony Edward Reading's CV and documents relied upon by Dr. Reading | Dr. Reading | 8/22/25 by slip | 8/22/25 34pages |
| 141 | Anthony E. Reading PhD Rule 26 Log (Snookal-02056-2064) | Dr. Reading | 8/22/5 by slip | 8/22/5 46pages agreed by CUSC |
| 142 | Dr. Asekomeh Eshiofe CV (CUSA0002776-2777) | Dr. Asekomeh | | |
| 143 | Corporate Governance Policies (CUSA0001730-1735) | Powers | | |
| 144 | DELETED | | | |
| 145 | DELETED | | | |
| 146 | DELETED | | | |
| 147 | Dr. Charles Baum CV | Dr. Baum | 20 pages ID: 8/20/25 | 8/20/25 by slip |
| 148 | Dr. Charles Baum Report and Documents relied upon | Dr. Baum | ID: 8/20/25 | 8/20/25 by slip 54 pages |
| 149 | DELETED | | | |
| 150 | DELETED | | | |
| 151 | Snookal's Chevron Exit Interview (CUSA000544-547) | Snookal | X | 8/22/25 4 pages |
| 152 | Incidence of Aortic Rupture and Aortic Dissection in a 4.2. cm Ascending Aortic Aneurysm | Dr. Marmureanu | | |

12

AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY

| Ex. # | Description | Witness Establishing Foundation | ADMITTED BY STIPULATION | Date Admitted |
|---|---|---|---|---|
| | (Marmureanu M.D., Ex. 3) | | | |
| 153 | DELETED | | | |
| 154 | Expert Report and CV of Chen Song, Ph.D. | Dr. Song | (52 pages) | redacted 8/23 pg 12 8/22/25 |
| 155 | Email thread between Snookal and Cortina re: Nigeria medical determination – 8/19/19 & 9/15/19 CUSA0001236-1237 | Snookal | X | |
| 156 | Email from Birabueno to Snookal re: Nigeria TWP Expatriate Assignment Outreach – Phase 2 Rotational – 8/2/19 CUSA0001386-1392 | Snookal | X | |
| 157 | Dr. Irving Sobel's CV | Dr. Sobel | | |
| 158 | Kaiser Permanente Allied Health/Nurse Visit – L. Engel Depo Exh. 1 | | X | |

DATED:  August 8, 2025          ALLRED, MAROKO & GOLDBERG

By:_____
   DOLORES Y. LEAL
   OLIVIA FLECHSIG
   Attorneys for Plaintiff,
   MARK SNOOKAL

DATED: August 8, 2025          SHEPPARD, MULLIN, RICHTER & HAMPTON LLC

By:_____
   TRACEY A. KENNEDY
   ROBERT E. MUSSIC
   H. SRAH FAN

   Attorneys for Defendant
   CHEVRON U.S.A. INC.,
   a Pennsylvania Corporation

AMENDED JOINT EXHIBIT LIST AND STIPULATION RE: ADMISSIBILITY