DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

**Attorneys for Plaintiff MARK SNOOKAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual, | CASE NO.: 2:23-cv-6302-HDV-AJR |
| Plaintiff, | **(PROPOSED) JUDGMENT** |
| vs. | Action Filed: August 3, 2023 |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | Trial Dates: August 19-25, 2025 |
| Defendants. | |

This action came on regularly for trial on August 19 to 25, 2025 before a jury of 8 persons. Plaintiff Mark Snookal was represented by Dolores Y. Leal and Olivia Flechsig of Allred, Maroko & Goldberg. Defendant Chevron USA, Inc. was represented by Tracey A. Kennedy, Robert Mussig and H. Sarah Fan of Sheppard, Mullin,. Richter & Hampton, LLP.

A jury of eight (8) persons was empaneled and sworn.

Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. After the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues, if after deliberations, they could do so. The jury deliberated and thereafter returned to the Court with their unanimous verdict in favor of Plaintiff.

**THEREFORE, IT IS SO ORDERED, ADJUDGED AND DECREED:**

1. That judgment be and hereby is, entered in favor of Plaintiff Mark Snookal and against Defendant Chevron USA, Inc. in the amount of $4,000,000.00.

2. That as the prevailing party, Plaintiff may recover attorneys' fees and costs pursuant to California Gov't Code section 12965(b)(6) in an amount to be determined by the Court. At which time an Amended Judgment shall be issued.

Dated: _____     _____
                              Honorable Hernán D. Vera