NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
SEP - 2 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Snookal<br><br>PLAINTIFF(S)<br>v.<br>Chevron USA, Inc. et al<br><br>DEFENDANT(S) | CASE NUMBER:<br>CV 23-06302-HDV-AJRx<br><br>RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the JOIN_____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)


The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

_8/26/25_____        Dolores Leal / Olivia Flechsig
Date                         Counsel for:   (Plaintiff)   Defendant

                             _[signature]_____   (323) 653-6530
                             Signature                   Telephone Number

                             Tracey Kennedy / Robert Mussig / Hwashiuan Sarah Fan
_____              Counsel for:   Plaintiff   (Defendant)
Date

                             _____            _____
                             Signature                   Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

                             Clerk, U.S. District Court
                             *Wendy K. Hernandez*
                             By _____
_____                   Deputy Clerk
Date

G-38 (06/25)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING

NAME & ADDRESS:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Mark Snookal | | CASE NUMBER: |
| | PLAINTIFF(S) | CV 23-06302-HDV-AJRx |
| v. | | |
| Chevron USA, Inc. et al | | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |
| | DEFENDANT(S) | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the JOINT exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

Dolores Leal / Olivia Flechsig

_____       Counsel for: (Plaintiff)   Defendant  _____
Date

_Tracey A. Kennedy_
8/26/25       Signature                                Telephone Number
Date          Tracey Kennedy/ Robert Mussig / Hwashiuan Sarah Fan

              Counsel for:   Plaintiff   (Defendant)  _____

              Signature                                Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

                                          Clerk, U.S. District Court
                                          _Wendy K. Hernandez_
9/2/25                              By  _____
Date                                      Deputy Clerk

G-38 (06/25)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING