| | |
|---|---|
| 1 | DOLORES Y. LEAL (134176) |
| 2 | OLIVIA FLECHSIG (334880)<br>ALLRED, MAROKO & GOLDBERG |
| 3 | 6300 Wilshire Blvd. Suite 1500<br>Los Angeles, CA 90048-5217 |
| 4 | (323) 653-6530 |
| 5 | dleal@amglaw.com<br>oflechsig@amglaw.com |
| 6 | |
| 7 | **Attorneys for Plaintiff MARK SNOOKAL** |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual, ) | CASE NO.: 2:23-cv-6302-HDV-AJR |
| ) | |
| Plaintiff, ) | **TABLES 1 AND 2 – ATTORNEY HOUR SUMMARIES PURSUANT TO THE COURT'S CIVIL STANDING ORDER SECTION F** |
| vs. ) | |
| ) | [*Filed concurrently herewith Plaintiff Mark Snookal's Notice of Motion and Motion for Attorneys' Fees and Costs; Tables 1 and 2 to Plaintiff's Motion for Attorneys' Fees and Costs; Declarations of Dolores Y. Leal, Olivia Flechsig, Renee Mochkatel, Karis Stephen, Sabria Medler, J. Bernard Alexander, III, Lisa Bloom, Tamara Freeze, and Mark Snookal; and [Proposed] Order Granting Plaintiff's Motion for Attorneys' Fees and Costs*] |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. ) | |
| ) | Action Filed: August 3, 2023<br>Trial Dates: August 19-25, 2025<br>Judgment Entered: September 3, 2025 |
| ) | |
| ) | Date: November 13, 2025<br>Time: 10:00 a.m.<br>Crtrm: 5B |

SUMMARY OF HOURS WORKED BY EACH ATTORNEY: ORGANIZED BY ATTORNEY

| ATTORNEY | TASK | HOURS | HOURLY RATE | FEES |
|---|---|---|---|---|
| Dolores Leal | Client Consultation | 4.0 | $1,200 | $4,800 |
| Dolores Leal | Client Correspondence | 4.7 | $1,200 | $5,640 |
| Dolores Leal | Client Meetings | 1.95 | $1,200 | $2,340 |
| Dolores Leal | Review file | 15.1 | $1,200 | $18,120 |
| Dolores Leal | Legal Research | 10.2 | $1,200 | $12,240 |
| Dolores Leal | Draft Letter | 7.3 | $1,200 | $8,760 |
| Dolores Leal | Complaint | 2.0 | $1,200 | $2,400 |
| Dolores Leal | Opposing Counsel Correspondence | 7.4 | $1,200 | $8,880 |
| Dolores Leal | Review Defendant's Pleadings | 5.9 | $1,200 | $7,080 |
| Dolores Leal | Internal Meetings | 22.05 | $1,200 | $26,460 |
| Dolores Leal | Internal Correspondence | 2.0 | $1,200 | $2,400 |
| Dolores Leal | Opposing Counsel Meetings | 2.9 | $1,200 | $3,480 |
| Dolores Leal | Court Appearance | 13.9 | $1,200 | $16,680 |
| Dolores Leal | Review Court Communications / Rules | 1.4 | $1,200 | $1,680 |
| Dolores Leal | Written Discovery | 16.0 | $1,200 | $19,200 |
| Dolores Leal | Depositions | 71.8 | $1,200 | $86,160 |
| Dolores Leal | Subpoenas | 1.5 | $1,200 | $1,800 |
| Dolores Leal | Expert Correspondence | 2.7 | $1,200 | $3,240 |
| Dolores Leal | Mediation | 20.6 | $1,200 | $24,720 |

| Dolores Leal | Motion for Summary Judgment | 10.0 | $1,200 | $12,000 |
| --- | --- | --- | --- | --- |
| Dolores Leal | Pretrial Filings | 36.2 | $1,200 | $43,440 |
| Dolores Leal | Ex Parte | 2.6 | $1,200 | $3,120 |
| Dolores Leal | Witness List | 4.2 | $1,200 | $5,040 |
| Dolores Leal | Special Verdict Form | 0.4 | $1,200 | $480 |
| Dolores Leal | Exhibit List | 27.1 | $1,200 | $32,520 |
| Dolores Leal | Jury Instructions | 7.5 | $1,200 | $9,000 |
| Dolores Leal | Jury Verdict Form | 0.3 | $1,200 | $360 |
| Dolores Leal | Voir Dire Preparation | 5.1 | $1,200 | $6,120 |
| Dolores Leal | Deposition Review for Trial Preparation | 19.4 | $1,200 | $23,280 |
| Dolores Leal | Witness Preparation | 4.3 | $1,200 | $5,160 |
| Dolores Leal | Trial Preparation | 127.3 | $1,200 | $152,760 |
| Dolores Leal | Trial | 57.1 | $1,200 | $68,520 |
| Dolores Leal | Draft Proposed Judgment | 0.4 | $1,200 | $480 |
| Dolores Leal | Attorney Fee Declarations & Motion | 4.6 | $1,200 | $5,520 |
| Renee Mochkatel | Review file | 0.6 | $1,200 | $720 |
| Renee Mochkatel | Motion for Summary Judgement (Prepare Separate Statement and Memo) | 21.3 | $1,200 | $25,560 |
| Renee Mochkatel | Trial Preparation Meetings | 2.7 | $1,200 | $3,240 |
| Renee Mochkatel | Witness Preparation | 9 | $1,200 | $10,800 |
| Karis Stephen | Review file | 3.0 | $450 | $1,350 |
| Karis Stephen | Legal Research | 8.4 | $450 | $3,780 |
| Karis Stephen | Deposition | 2.5 | $450 | $1,125 |
| Karis Stephen | Pretrial Filings | 21 | $450 | $9,450 |
| Karis Stephen | Internal Meetings | 5.5 | $450 | $2,475 |
| Karis Stephen | Trial Preparation | 1.5 | $450 | $675 |

| Karis Stephen | Trial Technology & Set Up | 1.7 | $450 | $765 |
|---|---|---|---|---|
| Karis Stephen | Opening Statement | 1.6 | $450 | $720 |
| Karis Stephen | Exhibits / Exhibit List | 11.9 | $450 | $5,355 |
| Karis Stephen | Trial – attend, prepare and present exhibits, daily trial strategy meetings, daily trial preparation, prepare closing argument and presentation | 54.0 | $450 | $24,300 |
| Karis Stephen | Declaration for Fee Motion | 0.7 | $450 | $315 |
| Sabrina Medler | Pretrial Filings | 2.5 | $450 | $1,125 |
| Sabrina Medler | Legal Research | 9.45 | $450 | $1,800 |
| Sabrina Medler | Trial | 12.95 | $450 | $5,827.5 |
| Sabrina Medler | Jury Instruction | 6.75 | $450 | $3,037.5 |
| Sabrina Medler | Trial Preparation | 5.25 | $450 | $2,362.5 |
| Sabrina Medler | | | | |
| Sabrina Medler | Attorney Fee Declarations & Motion | 0.5 | $450 | $225 |
| Olivia Flechsig | Client Correspondence | 6.38 | $650 | $4,147 |
| Olivia Flechsig | Client Meetings | 4.03 | $650 | $2,620 |
| Olivia Flechsig | Review file | 27.86 | $650 | $18,109 |
| Olivia Flechsig | Legal Research | 20.14 | $650 | $13,091 |
| Olivia Flechsig | Draft Letter | 2.33 | $650 | $1,515 |
| Olivia Flechsig | Complaint | 7.53 | $650 | $4,895 |
| Olivia Flechsig | Opposing Counsel Correspondence | 24.39 | $650 | $15,854 |
| Olivia Flechsig | Review Defendant's Pleadings | 2.58 | $650 | $1,677 |
| Olivia Flechsig | Internal Meetings | 18.81 | $650 | $12,227 |
| Olivia Flechsig | Internal Correspondence | 1.25 | $650 | $813 |

| | | | | |
|---|---|---|---|---|
| Olivia Flechsig | Opposing Counsel Meetings | 9.46 | $650 | $6,149 |
| Olivia Flechsig | Court Appearance | 10.56 | $650 | $6,864 |
| Olivia Flechsig | Review Court Communications / Rules | 2.2 | $650 | $1,430 |
| Olivia Flechsig | Joint FRCP26 Report | 5.43 | $650 | $3,530 |
| Olivia Flechsig | Joint Stipulations | 5.25 | $650 | $3,413 |
| Olivia Flechsig | Protective Order | 1.9 | $650 | $1,235 |
| Olivia Flechsig | Written Discovery | 32.01 | $650 | $20,807 |
| Olivia Flechsig | Depositions | 39.01 | $650 | $25,357 |
| Olivia Flechsig | Subpoenas | 0.33 | $650 | $215 |
| Olivia Flechsig | Expert Correspondence, Disclosures, Reports | 25.95 | $650 | $16,868 |
| Olivia Flechsig | Mediation | 20.93 | $650 | $13,605 |
| Olivia Flechsig | Motion for Summary Judgment | 97.68 | $650 | $63,492 |
| Olivia Flechsig | Pretrial Filings | 38.16 | $650 | $24,804 |
| Olivia Flechsig | Ex Parte | 40.13 | $650 | $26,085 |
| Olivia Flechsig | Witness List | 1.65 | $650 | $1,073 |
| Olivia Flechsig | Exhibit List | 2.7 | $650 | $1,755 |
| Olivia Flechsig | Jury Instructions | 2.88 | $650 | $1,872 |
| Olivia Flechsig | Jury Verdict Form | 0.2 | $650 | $130 |
| Olivia Flechsig | Deposition Review for Trial Preparation | 8 | $650 | $5,200 |
| Olivia Flechsig | Witness Preparation | 8.73 | $650 | $5,675 |
| Olivia Flechsig | Trial Preparation | 76.31 | $650 | $49,602 |
| Olivia Flechsig | Trial | 45.45 | $650 | $29,543 |
| Olivia Flechsig | Attorney Fee Declarations & Motion | 13.95 | $650 | $9,068 |
| ALL ATTORNEYS | TOTALS | 1,306.87 HOURS | | $1,124,050.50 |

SUMMARY OF HOURS WORKED BY EACH ATTORNEY: ORGANIZED BY TASK

| TASK | ATTORNEY | HOURS | HOURLY RATE | FEES |
|---|---|---|---|---|
| Client Consultation | Dolores Leal | 4.0 | $1,200 | $4,800 |
| Client Correspondence | Dolores Leal | 4.7 | $1,200 | $5,640 |
| Client Correspondence | Olivia Flechsig | 6.38 | $650 | $4,147 |
| Client Meetings | Dolores Leal | 1.95 | $1,200 | $2,340 |
| Client Meetings | Olivia Flechsig | 4.03 | $650 | $2,620 |
| Review File | Dolores Leal | 15.1 | $1,200 | $18,120 |
| Review File | Karis Stephen | 3.0 | $450 | $1,350 |
| Review File | Renee Mochkatel | 0.6 | $1,200 | $720 |
| Review File | Olivia Flechsig | 27.86 | $650 | $18,109 |
| Legal Research | Dolores Leal | 10.2 | $1,200 | $12,240 |
| Legal Research | Karis Stephen | 8.4 | $450 | $3,780 |
| Legal Research | Sabrina Medler | 9.45 | $450 | $4,252.5 |
| Legal Research | Olivia Flechsig | 20.14 | $650 | $13,091 |
| Draft Letter | Dolores Leal | 7.3 | $1,200 | $8,760 |
| Draft Letter | Olivia Flechsig | 2.33 | $650 | $1,515 |
| Complaint | Dolores Leal | 2.0 | $1,200 | $2,400 |
| Complaint | Olivia Flechsig | 7.53 | $650 | $4,895 |
| Opposing Counsel Correspondence | Dolores Leal | 7.4 | $1,200 | $8,880 |
| Opposing Counsel Correspondence | Olivia Flechsig | 24.39 | $650 | $15,854 |
| Review Defendant's Pleadings | Dolores Leal | 5.9 | $1,200 | $7,080 |
| Review Defendant's Pleadings | Olivia Flechsig | 2.58 | $650 | $1,677 |
| Internal Meetings | Dolores Leal | 22.05 | $1,200 | $26,460 |
| Internal Meetings | Olivia Flechsig | 18.81 | $650 | $12,227 |
| Internal Meetings | Karis Stephen | 5.5 | $450 | $2,475 |
| Internal Correspondence | Dolores Leal | 2.0 | $1,200 | $2,400 |
| Internal Correspondence | Olivia Flechsig | 1.25 | $650 | $813 |

## SUMMARY OF HOURS WORKED BY EACH ATTORNEY: ORGANIZED BY TASK

| Task | Attorney | Hours | Rate | Total |
|---|---|---|---|---|
| Opposing Counsel Meetings | Dolores Leal | 2.9 | $1,200 | $3,480 |
| Opposing Counsel Meetings | Olivia Flechsig | 9.46 | $650 | $6,149 |
| Court Appearance | Dolores Leal | 13.9 | $1,200 | $16,680 |
| Court Appearance | Olivia Flechsig | 10.56 | $650 | $6,864 |
| Review Court Communications / Rules | Dolores Leal | 1.4 | $1,200 | $1,680 |
| Review Court Communications / Rules | Olivia Flechsig | 2.2 | $650 | $1,430 |
| Joint FRCP26 Report | Olivia Flechsig | 5.43 | $650 | $3,530 |
| Joint Stipulations | Olivia Flechsig | 5.25 | $650 | $3,413 |
| Protective Order | Olivia Flechsig | 1.9 | $650 | $1,235 |
| Written Discovery | Dolores Leal | 16.0 | $1,200 | $19,200 |
| Written Discovery | Olivia Flechsig | 32.01 | $650 | $20,807 |
| Depositions | Dolores Leal | 71.8 | $1,200 | $86,160 |
| Depositions | Olivia Flechsig | 39.01 | $650 | $25,357 |
| Depositions | Karis Stephen | 2.5 | $450 | $1,125 |
| Subpoenas | Dolores Leal | 1.5 | $1,200 | $1,800 |
| Subpoenas | Olivia Flechsig | 0.33 | $650 | $215 |
| Expert Correspondence, Disclosures, Reports | Dolores Leal | 2.7 | $1,200 | $3,240 |
| Expert Correspondence, Disclosures, Reports | Olivia Flechsig | 25.95 | $650 | $16,868 |
| Mediation | Dolores Leal | 20.6 | $1,200 | $24,720 |
| Mediation | Olivia Flechsig | 20.93 | $650 | $13,605 |
| Motion for Summary Judgment | Dolores Leal | 10.0 | $1,200 | $12,000 |

## SUMMARY OF HOURS WORKED BY EACH ATTORNEY: ORGANIZED BY TASK

| Task | Attorney | Hours | Rate | Total |
|---|---|---|---|---|
| Motion for Summary Judgment | Olivia Flechsig | 97.68 | $650 | $63,492 |
| Motion for Summary Judgment | Renee Mochkatel | 21.3 | $1,200 | $25,560 |
| Pretrial Filings | Dolores Leal | 36.2 | $1,200 | $43,440 |
| Pretrial Filings | Olivia Flechsig | 38.16 | $650 | $24,804 |
| Pretrial Filings | Karis Stephen | 21 | $450 | $9,450 |
| Pretrial Filings | Sabrina Medler | 2.5 | $450 | $1,125 |
| Ex Parte | Dolores Leal | 2.6 | $1,200 | $3,120 |
| Ex Parte | Olivia Flechsig | 40.13 | $650 | $26,085 |
| Witness List | Dolores Leal | 4.2 | $1,200 | $5,040 |
| Witness List | Olivia Flechsig | 1.65 | $650 | $1,073 |
| Special Verdict Form | Dolores Leal | 0.4 | $1,200 | $480 |
| Exhibits / Exhibit List | Dolores Leal | 27.1 | $1,200 | $32,520 |
| Exhibits / Exhibit List | Olivia Flechsig | 2.7 | $650 | $1,755 |
| Exhibits / Exhibit List | Karis Stephen | 11.9 | $450 | $5,355 |
| Jury Instructions | Dolores Leal | 7.5 | $1,200 | $9,000 |
| Jury Instructions | Olivia Flechsig | 2.88 | $650 | $1,872 |
| Jury Instructions | Sabrina Medler | 6.75 | $450 | $3,037.5 |
| Jury Verdict Form | Dolores Leal | 0.3 | $1,200 | $360 |
| Jury Verdict Form | Olivia Flechsig | 0.2 | $650 | $130 |
| Voir Dire Preparation | Dolores Leal | 5.1 | $1,200 | $6,120 |
| Deposition Review for Trial Preparation | Dolores Leal | 19.4 | $1,200 | $23,280 |
| Deposition Review for Trial Preparation | Olivia Flechsig | 8 | $650 | $5,200 |
| Witness Preparation | Dolores Leal | 4.3 | $1,200 | $5,160 |
| Witness Preparation | Olivia Flechsig | 8.73 | $650 | $5,675 |
| Witness Preparation | Renee Mochkatel | 9 | $1,200 | $10,800 |
| Trial Preparation | Dolores Leal | 127.3 | $1,200 | $152,760 |
| Trial Preparation | Olivia Flechsig | 76.31 | $650 | $49,602 |

## SUMMARY OF HOURS WORKED BY EACH ATTORNEY: ORGANIZED BY TASK

| Task | Attorney | Hours | Rate | Total |
|---|---|---|---|---|
| Trial Preparation | Karis Stephen | 1.5 | $450 | $675 |
| Trial Preparation | Renee Mochkatel | 2.7 | $1,200 | $3,240 |
| Opening Statement | Karis Stephen | 1.6 | $450 | $720 |
| Trial Technology & Set Up | Karis Stephen | 1.7 | $450 | $765 |
| Trial | Dolores Leal | 57.1 | $1,200 | $68,520 |
| Trial | Olivia Flechsig | 45.45 | $650 | $29,543 |
| Trial | Karis Stephen | 54.0 | $450 | $24,300 |
| Trial | Sabrina Medler | 12.95 | $450 | $5,827.5 |
| Draft Proposed Judgment | Dolores Leal | 0.4 | $1,200 | $480 |
| Attorney Fee Declarations & Motion | Dolores Leal | 4.6 | $1,200 | $5,520 |
| Attorney Fee Declarations & Motion | Olivia Flechsig | 13.95 | $650 | $9,068 |
| Attorney Fee Declarations & Motion | Karis Stephen | 0.7 | $450 | $315 |
| Attorney Fee Declarations & Motion | Sabrina Medler | .5 | $450 | $225 |
| TOTALS | ALL ATTORNEYS | 1306.87 | | $1,124,050.50 |