# EXHIBIT "A"

1   **HANNEMANN LAW FIRM, A PROFESSIONAL CORPORATION**
2   Brian G. Hannemann, Esq.
    1042 N. Mountain Ave., Suite B-222
3   Upland, CA 91786
    Tel: (909) 980-7878
4   Fax: (909) 912-8999
    bghesq@gmail.com
5
6   **WORKPLACE JUSTICE ADVOCATES, PLC**
    Tamara S. Freeze, California Bar No. 239037
7   400 Spectrum Center Drive, Suite 560
    Irvine, California 92618
8   Telephone: (949) 378-9794
    Fax: (949) 266-9388
9   tf@workplacejustice.com

10  Attorneys for Plaintiff,
    PERRY DAVIS
11

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

NOV 0 6 2024

BY _____
VANESKA DIEDERICH, DEPUTY

FAXED

12          SUPERIOR COURT FOR THE STATE OF CALIFORNIA

13                  COUNTY OF SAN BERNARDINO

14

15  | PERRY DAVIS an individual, | Case No. CIVSB2103756 |
    |---|---|
16  |    Plaintiff, | Assigned for all purposes to the Hon. Jay H. Robinson |
17  |    vs. | |
    | | Dept: S35 |
18  | REDLANDS UNIFIED SCHOOL DISTRICT, and DOES 1 through 50, inclusive, | |
19  | | [PROPOSED] ORDER ON PLAINTIFF'S ATTORNEY'S FEES MOTION |
20  |    Defendant. | |
21  | | |
22  | | Complaint Filed: January 16, 2021 Trial Date: March 11, 2024 |

23

24

25

26

27

28

                        - 1 -      [PROPOSED] ORDER

                                        **EXH A/1**

1    **TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

2    PLEASE TAKE NOTICE that on October 7, 2024, Plaintiff Perry Davis' Motion for

3    Attorney's Fees came on regularly for a hearing in Department S-35 of the above-entitled court before

4    the Honorable Jay H. Robinson. Plaintiff, Perry Davis appeared by his attorneys Tamara S. Freeze

5    of Workplace Justice Advocates, PLC and Brian Hannemann of Hannemann Law Firm, PLC, and

6    Defendant, REDLANDS UNIFIED SCHOOL DISTRICT appeared by its attorney, Maria Aarvig of

7    AARVIG & Associates, APC.

8    The Court, having considered the moving, opposing and reply papers, as well as oral

9    argument, ruled as follows:

10    1.  Plaintiff's attorney, Brian G. Hannemann, Esq., is approved at $900 per hour; Plaintiff's

11        attorney, Jordanna Thigpen, Esq., is approved at $900 per hour. Plaintiff's attorney,

12        Tamara Freeze, Esq., is approved at $900 per hour for her work on the case in 2023 and

13        2024; $850 per hour for 2022, $800 per hour for 2021 and $750 per hour for 2020.

14        Plaintiff's attorney, Sharon Perez, Esq., is approved at $350 per hour. Plaintiff's attorney,

15        Xinyue Liu, Esq., is approved at $325 per hour. Plaintiff's paralegals are approved at

16        $225 per hour. ~~lodestar~~ JHR 11/6/2024

17    2.  The ~~loadstar is~~ $663,272.50.

18    3.  The court awards a 1.5 multiplier. The total amount of attorney's fees is $994,908.75.

19

20    IT IS SO ORDERED.

21

22    Dated: _____11/6/2024_____          By: _____

23                                            Hon. Jay H. Robinson
24                                            Judge of the Superior Court

25

26

27

28

- 2 -        [PROPOSED] ORDER

**EXH A/2**