UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL,<br><br>           Plaintiff,<br><br>v.<br><br>CHEVRON USA, INC.<br><br>           Defendant. | Case No. 2:23-cv-06302-HDV-AJR<br><br>**NOTICE TO THE PARTIES** |

1  It has very recently come to my attention that, beginning on July 3, 2025, I have owned 30
2  shares of stock in Chevron Corp. in a City National Bank-managed retirement account. My
3  ownership of this stock has not affected or impacted any decision in this case. Although my
4  ownership of this stock would ordinarily require recusal, Canon 3C(4) of the Code of Conduct for
5  United States Judges states that a judge is not disqualified because of "a financial interest in a party"
6  if the judge "divests the interest that provides the grounds for disqualification," unless the interest
7  could be substantially affected by the outcome of the proceeding. Advisory Opinion No. 69 from the
8  Judicial Conference's Committee on Codes of Conduct explains that a judge may divest the
9  disqualifying interest under Canon 3C(4) at the beginning of the case, after the judge has spent
10 substantial time on the case, or anytime in between.

  Based on the issues presented in this case, I have concluded that my interest in Chevron Corp. could not be substantially affected by the outcome of the proceeding and have divested my interest. Further, the public interest will be served by my continuing to preside over this case because it will avoid having the matter reassigned to another judge.

Dated: September 19, 2025

_____
Hernán D. Vera
United States District Judge