SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone:   213.620.1780
Facsimile:    213.620.1398
E-mail:         tkennedy@sheppardmullin.com
                    rmussig@sheppardmullin.com
                    sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-6302-HDV-AJR<br><br>**DEFENDANT CHEVRON U.S.A. INC.'S NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b), OR IN THE ALTERNATIVE, MOTION FOR NEW TRIAL AND/OR REMITTITUR**<br><br>[*Filed concurrently with Memorandum of Points and Authorities; Declaration of Tracey Kennedy; and [Proposed] Order*]<br><br>Date:    October 30, 2025<br>Time:   10:00 a.m.<br>Place:   Courtroom 5B – Fifth Floor<br><br>District Judge: Hon. Hernán De. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br><br>Action Filed: August 3, 2023<br>Trial Date: August 19, 2025 |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Thursday, October 30, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Hernán D. Vera, located in the First Street U.S. Courthouse, Courtroom 5B, 350 West 1st Street, Los Angeles, California 90012, Defendant Chevron U.S.A. Inc., a Pennsylvania corporation ("Defendant") will and hereby does renew Defendant's motion, pursuant to Federal Rule of Civil Procedure Rule 50(b), for judgment as a matter of law in Defendant's favor and against Plaintiff Mark Snookal ("Plaintiff"); or, in the alternative, motion pursuant to Federal Rule of Civil Procedure Rule 59 for a new trial of all claims or a new trial contingent on Plaintiff's acceptance of a remittitur.

Judgment as a matter of law is appropriate because of a complete lack of evidence to support the jury's verdict on Plaintiff's claim for disability discrimination. Plaintiff failed to present legally sufficient, substantial evidence to enable a reasonable jury to find that Plaintiff could satisfy the terms of his conditional employment offer or that Plaintiff could perform the essential functions of the position—namely, working in Escravos—or that Plaintiff could work in Escravos without endangering his own health or safety or the health or safety of others. Additionally, the jury's verdict as to damages was tainted by passion and prejudice, and was excessive and not based on substantial evidence. In the alternative, to the extent there was any evidence in support of Plaintiff's claims, the jury's verdict was against the great weight of the record evidence, including the essential elements of Plaintiff's disability discrimination claim and Defendant's health or safety affirmative defense, and therefore Defendant is entitled to a new trial on all of Plaintiff's claims.

This motion is made following the conference of counsel pursuant to C.D. Cal. Local Rule 7-3, which took place in writing on September 24, 2025, and via videoconference on September 25, 2025.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Tracey A. Kennedy and exhibits thereto, all pleadings,

-2-   Case No. 2:23-cv-6302-HDV-AJR

SMRH:4903-3224-2286.1   NOTICE OF RENEWED MOTION & RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL AND/OR REMITTITUR

papers and other documentary materials in the Court's file for this action, those matters of which this Court may or must take judicial notice, and such other matters as this Court may consider in connection with the hearing on this matter.

Dated: September 30, 2025

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

            By      */s/ Tracey A. Kennedy*
                    TRACEY A. KENNEDY
                    ROBERT E. MUSSIG
                    H. SARAH FAN
                    Attorneys for Defendant
                    CHEVRON U.S.A. INC.,
                    a Pennsylvania Corporation