# TRIAL EXHIBIT 16

Trial Exhibit
p. 169

## Job Title: NMA EGTL Reliability Engineering Manager (PSG 23-24, FL 4-6)

Req ID **401333** - Posted **05/06/2019** - **Facilities Engineering** - **Africa** - **Nigeria** - **Niger State** - **Not in list** (23; 24) - (Facilities Engineering)

This position is accepting applicants until May 20, 2019, 11:59 PM CST

Welcome to the Enterprise PDC postings, where you will find all open jobs managed within the Enterprise PDC process. You must obtain approval to apply to PDC jobs from both your supervisor and PDR before submitting your application(s); failure to do so may disqualify you from consideration.

As part of the application, you will be required to enter your Personnel Development Representative's (PDR) CAI; it is important that the correct PDR, representing you, is entered. When applying for each job, upload your updated GO-400-2 as your **Resume** attachment and your updated Career Development Plan (CDP) as your **Cover Letter** attachment. Updating your "Company Work Experience", "Previous Employment", etc. is not required within your 'Candidate Profile'.

For more information about the Enterprise PDC process and to locate your PDR, please visit the Corporate Organizational Capability site.

**Position Information:**
**Work Locations:** Escravos, Nigeria
**Position Type:** Career Ladder
**Rotational?:** Yes
**Incumbent/Vacant/New:** Vacant
**Number of Vacancies:** 1
**Direct Reports:** Yes
**Pay Scale Group:** 23; 24
**Will expatriate assignments be considered for this position?:** Yes
**Will Relocation be considered within Chevron parameters?:** No
**Appointment: Method:** Off-Cycle
**Functional Level:** 4,5,6
**SBU:** Nigeria Mid-Africa
**Anticipated Start Date (MM/DD/YYYY):** 07/01/2019
**Duration:** 3-4 Years
**Contingent:** No

**Position Contacts:**
**Job Owner:** OLUWASIJIBOMI OKEOWO
**PDR:** ANDREW AJINDE OMOMEHIN
**Sponsor:** BAO VANG

HIGH LEVEL JOB DESCRIPTION/SCOPE:
The EGTL Reliability Engineering Manager reports to the EGTL Technical Manager position located in Escravos, Nigeria. The position is responsible for managing a multidiscipline team of ~20 engineers and technicians in the areas of rotating equipment, instrumentation & analyzers, and electrical. Working closely with the Maintenance and Operations organizations, the RE Manager sets the high-level strategies and work direction for the asset integrity management program in a highly complex Gas to Liquids (GTL) plant environment. The RE Manager ensures adequate staff is in place to support the reliability initiatives, long term business plans, and nationalization goals. Coordinates joint reliability initiatives with the NMA base business organization as well as the Complex Process Facilities (CPF) Organization, and ETC. Ensures team compliance with all required training and field verification initiatives.

SPECIAL CONSIDERATIONS:
Engineering Degree preferred. Experience working in complex process facilities.
This is a 28/28 rotational assignment in Nigeria with multi-cultural workforce of many ethnicities. Scheduled work hours are from 06:00 to 18:00 Monday through Saturday, and 06:00 to 16:00 Sunday.
The work location is Escravos, Nigeria. Escravos is a closed camp environment. Escravos is an isolated, swamp location located on a river coast. Living quarters are dorm style
The area has a tropical environment with high humidity and average temperatures ranging between 74 and 86 degrees F and average rainfall of 71 inches. Malaria and other tropical diseases are prevalent - necessitating preventative treatment program. The Medical facilities available are sufficient for basic health and emergency care. All serious illness/injuries will be evacuated to a Chevron approved medical facility until the patient is stabilized and can be returned to their home country.
International Consideration: Expatriate assignments will be considered
Relocation Options: Relocation will not be considered

CRITICAL SELECTION CRITERIA
Operational Excellence and Safety:
• Demonstrated highest safety & environmental performance and leadership trait.
• Must be proactive in addressing safety issues and have a proven track record of strong support of processes that support

Incident Free Operations.
• Working knowledge of Root Cause Analysis (RCA) and Management of Change (MOC) work processes.

Technical Experience:
• At least 10 years plant experience preferably in a complex process facility managing multidiscipline technical teams.
• A working knowledge of rotating equipment, electrical power, and instrument/analyzer systems.
• Experience with Root Cause Analysis, RAM modeling, RCM, FMEA, and other reliability work processes.
• Working knowledge of the various reliability and integrity management programs in Chevron (ERIP, SERIP, URIP, FIRM, etc.)

Supervision and Leadership:
• Recognized as a leader with supervisory experience leading a technical support organization.
• Demonstrated working knowledge of Reliability Engineering and how to apply it to rotating equipment, instruments & analyzers, and electrical power systems.
• Requires strong oral and written communication skills.
• Demonstrated ability to lead work teams through difficult problems and present effective solutions with clear and concise recommendations.
.
Teamwork:
• Must have good communication skills and be able to build strong working relationships with diverse work groups (O&M, contractors, projects, etc.)
• Experience working in a multi-cultural work environment
• Experience with training, development, and mentoring of less experienced engineers.


**Location Specific Information:**
Some countries have specific location and legal requirements (e.g. age limit, college degree, etc.) for issuing work permits/visas allowing individuals to work in the country and Chevron must abide by these location and legal requirements. For more details, please refer to the Location Specific Information Sheet.
**Living and Working:**
To get a closer look at what life is like in one of our expat communities, take some time to review our Living & Working In website. This website will give you preliminary information to help decide if this assignment is suited for you and your family. You can also access this site outside the Chevron Internet, to view at home with your family.

SNOOKAL-01158
EX 16-002
Trial Exhibit
p. 171