# TRIAL EXHIBIT 33



7/29/2019                                           MR#000004554567

Re: Mark J Snookal
2200 Maricopa Drive
Los Angeles CA 90065

Dear Sirs,

Mr. Snookal is under my care for his heart condition. It is safe for him to work in Nigeria with his heart condition. His condition is under good control and no special treatments are needed.

If you have any questions, please feel free to contact me at the number below.

Sincerely,

Electronically signed by,

S. KHAN MD
Attending Cardiologist, Division of Cardiology, SCPMG
Clinical Associate Professor, UCLA School of Medicine
Ph: 323-783-4585
7/29/2019
10:14 AM

SNOOKAL-00665