# **TRIAL EXHIBIT 39**

| From: | Pitan, Olorunfemi (femi.pitan)[/O=CHEVRON/OU=AG02/CN=RECIPIENTS/CN=FEMI.PITAN] |
|---|---|
| Sent: | Thur 8/15/2019 9:03:58 AM (UTC) |
| To: | ADEYEYE, VICTOR [DELOG MEDICAL SERVICES][DNOY@chevron.com] |
| Subject: | RE: Snookal, Mark- Medical report |

Thanks ever so much!

**From:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Sent:** Thursday, August 15, 2019 10:03 AM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report


Good day, Ma

Thank you ma for your kind words.

We appreciate your leadership style **by example** as depicted in the index case (**Tenet 10**).

Kind regards,
Victor.

**From:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Sent:** Thursday, August 15, 2019 9:15 AM
**To:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>; Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Cc:** NIGEC Staff Physicians (l9esc300) <L9ESC300@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report


Good day sirs,

Thanks for your very valuable and comprehensive input into this case. Your opinions were communicated to the Physicians in the U.S.
It has been decided that Mark Snookal is not a suitable candidate to work in Escravos. He will be considered for an assignment in Lagos.

Kind regards,
Femi Pitan

Dr O.C. Pitan
OH Physician/ Head, Occupational Health
Nigeria Mid Africa Strategic Business Unit
✉ femi.pitan@Chevron.com
☎ CTN 2772222 ext 61807
☎ International

*NMA HR: Focus, Process Excellence, Expertise*

*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited.  If you have received this message in error, please notify me immediately at the telephone number indicated above*

**From:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Sent:** Monday, August 5, 2019 5:55 PM
**To:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report

Sir/Ma,

I agree with Dr Aiwuyo submissions on above employee, especially the precautionary measures highlighted which we need to further reiterate to our client.

I have a little concern about his choice of anti-hypertensives (Losartan and Amlodipine). Guideline-directed management recommends Beta-blockers like Carvedilol, Bisoprolol as part of his blood pressure control meds with a systolic BP target of less than 120mmHg (Thoracic aortic aneurysm and documented runs of premature ventricular complexes).
It will be nice if this is brought to the attention of his physician.

Kind regards,

Victor.

---

**From:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>
**Sent:** Monday, August 5, 2019 2:26 PM
**To:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>; ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report

Good day,

With regards to this expert, 47years old employee with CT and ultrasound evidence of Thoracic aortic aneurysm,

It was documented in the report that he has aortic dilatation of 4.4cm on ECHCARDIOGRAPHY,

however CT aortography which is a more accurate imaging modality revealed a maximum value of 4.2cm max at the aortic root and 4.1cm max at the descending thoracic aorta.

From the Canadian guidelines these values appear low risk for a major adverse CV event. Some have used values of <4.5cm as partition value for low risk situations., link below refers.

https://www.ucalgary.ca/FTWguidelines/content/aortic-aneurysm

it is expected that every aneurysm must be subjected to 6months- 1year assessment to ascertain the rate of progression (>1cm is an indication for repair). I feel there should be a concrete plan by his home cardiologist for this

evaluation.

Below are my response to the questions put forward:

1. Complications associated with aneurysms include

CUSA0001427

**EX 39-002**

**Trial Exhibit 39
p. 181**

a. Rupture/dissection ( sudden and catastrophic) and its attendant sequala
b. Thromboembolic phenomenon
c. Pressure symptoms on other vital organs
d. Sudden death

2. In Escravos unfortunately we are only limited to initial stabilization and transfer of such high risk CV complications if any occurs. In the unlikely event of any of the aforementioned complications, we may not be able to support

such an individual due to our peculiarities.

3. Instructions for the patient

-avoid lifting heavy objects
-quit smoking (if he is a smoker)
-manage hypertension strictly, there is need to aim for lower targets <120mmhg systolic (DOC beta blockers)
-watch out for alarm symptoms like pain in the chest (throbbing, tearing, aching or sharp pain, often sudden), pain in the back, nausea, vomiting, fainting, and systemic shock
-avoid moderate to high intensity exercises as much as possible

I made effort to search the MEP if there are clear cut field guidelines for patient with aortic aneurysm, unfortunately I found none.  What is established is that a patient with symptomatic aneurysm should not be allowed to work in an offshore location.

I am still open to further discussions on this sir.

Warm regards.


*DR. AIWUYO, HENRY*

*OH Physician/Cardiologist*
*EGTL clinic*
*EXT-77943*
*B2B dr oyebowale olaniyi*
*"as to diseases, make a habit of two things- to help, or at least, to do no harm"*
*hippocrates*

---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Monday, August 5, 2019 11:43 AM
**To:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Cc:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Pitan, Olorunfemi (femi.pitan)

CUSA0001428

**Trial Exhibit 39**
**p. 182**

<femi.pitan@chevron.com>
**Subject:** FW: Snookal, Mark- Medical report


Good day,

Below mail trail refers. Kindly help evaluated medical documents and attached Cardiologist report for above named
EE who is coming to Escravos from the USA. His job description is- Reliability Engineering Manager.
Kindly review around the following key points:
1. Potential complications and the likelihood of progression
2. Management of these complications even if only initial intervention vis-à-vis available care level in
Escravos
3. Possible instructions to communicate to employee as per preventing complications.

Thanks for your usual help.



Warm regards,

Eshiofe Asekomeh



**From:** Asekomeh, Eshiofe [DELOG]
**Sent:** Tuesday, July 30, 2019 7:44 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Cc:** NIGEC Staff Physicians (l9esc300) <L9ESC300@chevron.com>
**Subject:** Snookal, Mark- Medical report


Good day Ma,

I will like to discuss Mark Snookal (Manager, Reliability Engineering) with you tomorrow. He is on transfer from El
Segundo, USA to Escravos, Nigeria on international assignment.
He has aortic root dilatation and was reviewed by a Cardiologist April this year. The examining Physician in the US
had declared him fit with limitation (not to lift weight above 50 pounds)
Attached are the medical reports and the Cardiologist report from April, 2019.



Warm regards,

Eshiofe Asekomeh

**Dr. Asekomeh E.G**
**Chevron Hospital**
**Warri, Nigeria**


CUSA0001429

**Trial Exhibit 39**
**p. 183**

| | |
|---|---|
| **From:** | Asekomeh, Eshiofe [DELOG][/O=CHEVRON/OU=AG02/CN=RECIPIENTS/CN=EAEV] |
| **Sent:** | Wed 8/7/2019 4:25:04 PM (UTC) |
| **To:** | Pitan, Olorunfemi (femi.pitan)[femi.pitan@chevron.com] |
| **Subject:** | FW: Snookal, Mark- Medical report |

Ma,
Below is response from Dr. Akintunde. I have given her update on the Cardiologist report. I also engaged her on the pulse rate and we agreed on the fact that this could signify either the employee is already on a beta blocker and did not mention it on his form GO-146 or this is the reason why he is not on the beta blocker.

Warm regards,

Eshiofe Asekomeh

---

**From:** Akintunde, Ujomoti <UJOM@chevron.com>
**Sent:** Wednesday, August 07, 2019 5:08 PM
**To:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report

Dear Dr Asekomeh,

I concur with my colleagues. With an aortic root of 4.2cm, he is 'low risk' but not 'no risk'.
I would however be more comfortable if he were on a beta-blocker as one of his meds or in addition to current meds. The fact that he does not smoke cigarettes is beneficial.
There could be a reason his cardiologist did not put him on a beta-blocker. Could he have a contraindication such as asthma, COPD or allergy?
Is there a medical report from his cardiologist? I only see imaging reports.

Kind regards,
Ujomoti Akintunde

---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Tuesday, August 6, 2019 12:35 PM
**To:** Akintunde, Ujomoti <UJOM@chevron.com>
**Subject:** FW: Snookal, Mark- Medical report

Good day,

Please see mail trail below.

Warm regards,

Eshiofe Asekomeh

---

**From:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Sent:** Monday, August 5, 2019 5:55 PM
**To:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>

**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report

Sir/Ma,

I agree with Dr Aiwuyo submissions on above employee, especially the precautionary measures highlighted which we need to further reiterate to our client.

I have a little concern about his choice of anti-hypertensives (Losartan and Amlodipine).  Guideline-directed management recommends Beta-blockers like Carvedilol, Bisoprolol as part of his blood pressure control meds with a systolic BP target of less than 120mmHg (Thoracic aortic aneurysm and documented runs of premature ventricular complexes).
It will be nice if this is brought to the attention of his physician.

Kind regards,

Victor.

**From:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>
**Sent:** Monday, August 5, 2019 2:26 PM
**To:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>; ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report

Good day,

With regards to this expert, 47years old employee with CT and ultrasound evidence of Thoracic aortic aneurysm,

It was documented in the report that he has aortic dilatation of 4.4cm on ECHCARDIOGRAPHY,

however CT aortography which is a more accurate imaging modality revealed a maximum value of 4.2cm max at the aortic root and 4.1cm max at the descending thoracic aorta.

From the Canadian guidelines these values appear low risk for a major adverse CV event. Some have used values of <4.5cm as partition value for low risk situations., link below refers.

https://www.ucalgary.ca/FTWguidelines/content/aortic-aneurysm

it is expected that every aneurysm must be subjected to 6months- 1year assessment to ascertain the rate of progression (>1cm is an indication for repair). I feel there should be a concrete plan by his home cardiologist for this

evaluation.

Below are my response to the questions put forward:

1.  Complications associated with aneurysms include

    a.  Rupture/dissection ( sudden and catastrophic) and its attendant sequala
    b.  Thromboembolic phenomenon

CUSA0001487

**Trial Exhibit 39
p. 185**

    c.  Pressure symptoms on other vital organs

    d.  Sudden death

2.  In Escravos unfortunately we are only limited to initial stabilization and transfer of such high risk CV complications if any occurs. In the unlikely event of any of the aforementioned complications, we may not be able to support

  such an individual due to our peculiarities.

3.  Instructions for the patient

    -avoid lifting heavy objects

    -quit smoking (if he is a smoker)

    -manage hypertension strictly, there is need to aim for lower targets <120mmhg systolic (DOC beta blockers)

-watch out for alarm symptoms like pain in the chest (throbbing, tearing, aching or sharp pain, often sudden), pain in the back, nausea, vomiting, fainting, and systemic shock

-avoid moderate to high intensity exercises as much as possible

I made effort to search the MEP if there are clear cut field guidelines for patient with aortic aneurysm, unfortunately I found none.  What is established is that a patient with symptomatic aneurysm should not be allowed to work in an offshore location.

I am still open to further discussions on this sir.

Warm regards.

*DR. AIWUYO, HENRY*

*OH Physician/Cardiologist*

*EGTL clinic*

*EXT-77943*

*B2B dr oyebowale olaniyi*

*"as to diseases, make a habit of two things- to help, or at least, to do no harm"*

*hippocrates*

---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>

**Sent:** Monday, August 5, 2019 11:43 AM

**To:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>

**Cc:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>

**Subject:** FW: Snookal, Mark- Medical report

Good day,

CUSA0001488

Below mail trail refers. Kindly help evaluated medical documents and attached Cardiologist report for above named EE who is coming to Escravos from the USA. His job description is- Reliability Engineering Manager.
Kindly review around the following key points:
1. Potential complications and the likelihood of progression
2. Management of these complications even if only initial intervention vis-à-vis available care level in Escravos
3. Possible instructions to communicate to employee as per preventing complications.


Thanks for your usual help.



Warm regards,

Eshiofe Asekomeh



**From:** Asekomeh, Eshiofe [DELOG]
**Sent:** Tuesday, July 30, 2019 7:44 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Cc:** NIGEC Staff Physicians (l9esc300) <L9ESC300@chevron.com>
**Subject:** Snookal, Mark- Medical report


Good day Ma,

I will like to discuss Mark Snookal (Manager, Reliability Engineering) with you tomorrow. He is on transfer from El Segundo, USA to Escravos, Nigeria on international assignment.
He has aortic root dilatation and was reviewed by a Cardiologist April this year. The examining Physician in the US had declared him fit with limitation (not to lift weight above 50 pounds)
Attached are the medical reports and the Cardiologist report from April, 2019.



Warm regards,

Eshiofe Asekomeh

**Dr. Asekomeh E.G
Chevron Hospital
Warri, Nigeria**

CUSA0001489

**Trial Exhibit 39
p. 187**

| From: | Asekomeh, Eshiofe [DELOG][/O=CHEVRON/OU=AG02/CN=RECIPIENTS/CN=EAEV] |
|---|---|
| Sent: | Tue 8/6/2019 11:34:07 AM (UTC) |
| To: | Akintunde, Ujomoti[UJOM@chevron.com] |
| Subject: | FW: Snookal, Mark- Medical report |
| Attachment: | Snookal Mark cardiologyl report.pdf |
| Attachment: | Snookal Mark medical reports.pdf |

Good day,

Please find attached as discussed. I will send a second mail showing Dr(s) Aiwuyo and Adeyeye's comments.

Warm regards,

Eshiofe Asekomeh

---

**From:** Asekomeh, Eshiofe [DELOG]
**Sent:** Monday, August 5, 2019 11:43 AM
**To:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Cc:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** FW: Snookal, Mark- Medical report

Good day,

Below mail trail refers. Kindly help evaluated medical documents and attached Cardiologist report for above named EE who is coming to Escravos from the USA. His job description is- Reliability Engineering Manager.
Kindly review around the following key points:
1. Potential complications and the likelihood of progression
2. Management of these complications even if only initial intervention vis-à-vis available care level in Escravos
3. Possible instructions to communicate to employee as per preventing complications.

Thanks for your usual help.

Warm regards,

Eshiofe Asekomeh

---

**From:** Asekomeh, Eshiofe [DELOG]
**Sent:** Tuesday, July 30, 2019 7:44 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Cc:** NIGEC Staff Physicians (l9esc300) <L9ESC300@chevron.com>
**Subject:** Snookal, Mark- Medical report

Good day Ma,

I will like to discuss Mark Snookal (Manager, Reliability Engineering) with you tomorrow. He is on transfer from El Segundo, USA to Escravos, Nigeria on international assignment.
He has aortic root dilatation and was reviewed by a Cardiologist April this year. The examining Physician in the US had declared him fit with limitation (not to lift weight above 50 pounds)
Attached are the medical reports and the Cardiologist report from April, 2019.


Warm regards,

Eshiofe Asekomeh

**Dr. Asekomeh E.G**
**Chevron Hospital**
**Warri, Nigeria**

CUSA0001491

**Trial Exhibit 39**
**p. 189**

CAI - MVZM                          Name: Snookal, Mark Sex: M                07-30-2019 07:31pm
GUID -                              DOB:                    Age: 47
US - MVZM
MANUFACTURING - MVZM

Doc ID: 4913728 Revision # 0 D.O.S: 04-03-2019                                      Continued...
Author: 0000          Location:
Revised by: White, Ghada S   Create Date: 07-29-2019 03:56pm
Type: Progress Note
Subject: Cardiology Report

---

**KAISER PERMANENTE**      LOS ANGELES MEDICAL       Snookal, Mark J
RECEIVED                   CNTR L                    MRN:              , DOB:          , Sex: M
                           4867 W. SUNSET BLVD.      Visit date: 4/3/2019
JUL 2 9 2019               LOS ANGELES CA 90027-
                           5969

Order Providers

Authorizing                    Encounter                  Billing
Khan, Shahid Hameed (M.D.)     Khan, Shahid Hameed (M.D.)  Khan, Shahid Hameed (M.D.)

Order Information

Date                Department                  Ordering/Authorizing
4/3/2019            CARDIOLOGY                  Khan, Shahid Hameed (M.D.), M.D.

Associated Diagnoses
**AORTIC ANEURYSM**
**AORTIC VALVE REGURGITATION**

Result Information
Status: Final result (Collected:          Provider Status: Reviewed
4/10/2019 08:57)

Result Notes for CTA CARDIAC W CONTRAST. WO QUANTITATIVE CALCIUM

**Notes recorded by Khan, Shahid Hameed (M.D.), M.D. on 4/11/2019 at 11:35 AM PDT**
Call Center Nurses: Please let patient know that his Aorta looks stable on his recent CT scan. No change in aortic
size.

CTA Aorta 4/10/2019:
Aortic root is stable at 4.2 cm. Maximal size of ascending thoracic
aorta is 4.1 cm. Compared to 5/16/17 there has been no significant Change

Electronically signed by,

S. KHAN MD
Attending Cardiologist, Division of Cardiology, SCPMG
Clinical Associate Professor, UCLA School of Medicine
Ph: 323-783-4585
4/11/2019
11:35 AM

---

4/10/2019 10:28 AM - Interface, Scal_Radiology
Narrative
CT1/4 46" PREFER MON/WED PROTOCOL: GATED AORTA.

Lab and Collection
CTA CARDIAC W CONTRAST, WO QUANTITATIVE CALCIUM - 4/3/2019

Result History
CTA CARDIAC W CONTRAST, WO QUANTITATIVE CALCIUM on 4/10/2019

Transcription

Type                ID            Date and Time          Dictating Provider
Diagnostic imaging  86769685     4/10/2019 10:28 AM      Hsu, Joe Yo (M.D.), M.D.
Signed by Hsu, Joe Yo (M.D.). MEDICAL DOCTOR on 04/10/19 at 1028

CARDIAC CTA: 4/10/19

Kaiser Permanente                                              Page 1

CAI - MVZM
GUID -

US - MVZM

MANUFACTURING - MVZM

Name: Snookal, Mark Sex: M
DOB:                Age: 47

07-30-2019 07:31pm

| | |
|---|---|
| Doc ID: 4913728 Revision # 0 D.O.S: 04-03-2019 | ...Continued... |
| Author: 0000 | Location: |
| Revised by: White, Ghada S   Create Date: 07-29-2019 03:56pm | |
| Type: Progress Note | |
| Subject: Cardiology Report | |

**KAISER PERMANENTE**

LOS ANGELES MEDICAL
CNTR L
4867 W. SUNSET BLVD.
LOS ANGELES CA 90027-
5969

Snookal, Mark J
MRN:            DOB        . Sex: M
Visit date: 4/3/2019

HISTORY: 46-year-old male with aortic regurgitation and aortic root enlargement.

TECHNIQUE: Cardiac CTA is performed following administration of 130 ml of IV contrast material.

As required by California law, the CTDIvol and DLP radiation doses associated with this CT study are listed below. This represents the estimated dose to a standard lucite phantom resulting from the technique used for this study, but is not the dose to this specific patient.

Type / CTDIvol / DLP / Phantom
Chest / 5.55 / 136.04 / B
Chest / 16.46 / 8.23 / B
Chest / 17.39 / 365.11 / B
Total Exam DLP: 509.38
CTDIvol = mGy          DLP = mGy-cm
Phantom: B=Body32, H=Head16

QUALITY: Fair, arrhythmia with PVCs

COMPARISONS: CTA 5/126/17, 5/26/16, 4/21/15

FINDINGS:

AORTA: Left arch with normal branching of great vessels. Normal ductus bump.

AORTIC VALVE: 3 cusps without calcification.

Aortic measurements are as follows:

AORTIC ANNULUS: 2.1 x 3.5 cm
AORTIC ROOT: 4.2 cm (average of 3 measurements from convexity to commissure)
SINO-TUBULAR JUNCTION: 3.7 x 3.8 cm
ASCENDING AORTA AT LEVEL OF RIGHT PULMONARY ARTERY: 3.9 x 4.1 cm
AORTIC ARCH: 2.7 x 3.0 cm (proximal to origin of left subclavian artery)
DESCENDING AORTA AT LEVEL OF RIGHT PULMONARY ARTERY: 2.7 x 2.9 cm
ABDOMINAL AORTA AT HIATUS: 2.5 x 2.6 cm

OTHER FINDINGS: Lungs are clear. No acute airspace disease. No

Kaiser Permanente

Page 2

CUSA0001493

**Trial Exhibit 39
p. 191**

CAI - MVZM          Name: Snookal, Mark Sex: M          07-30-2019 07:31pm
GUID -              DOB:          Age: 47
US - MVZM
MANUFACTURING - MVZM

Doc ID: 4913728 Revision # 0 D.O.S: 04-03-2019                          ...Continued...
Author: 0000      Location:
Revised by: White, Ghada S   Create Date: 07-29-2019 03:56pm
Type: Progress Note
Subject: Cardiology Report

**KAISER PERMANENTE**   LOS ANGELES MEDICAL       Snookal, Mark J
                        CNTR L                    MRN:            DOB         , Sex: M
                        4867 W. SUNSET BLVD.      Visit date: 4/3/2019
                        LOS ANGELES CA 90027-
                        5969

effusion or consolidation seen. No mediastinal or hilar
lymphadenopathy. Visualized upper abdomen show cholecystectomy.

IMPRESSION:

Aortic root is stable at 4.2 cm. Maximal size of ascending thoracic
aorta is 4.1 cm.

Compared to 5/16/17 there has been no significant change.

This report electronically signed by Joe Hsu, MD on 4/10/2019 10:23 A

    Display only: Transcription (86769685) on 4/10/2019 10:28 AM by Hsu, Joe Yo (M.D.), M.D.

Order Providers

| Authorizing | Encounter | Billing |
|---|---|---|
| Khan, Shahid Hameed (M.D.) | Lockerbie, Colin S | SCAL PROVIDER |

Order Information

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 4/9/2019 | CARDIOLOGY | Lockerbie, Colin S | Khan, Shahid Hameed (M.D.), M.D. |

Original Order

| Ordered On | Ordered By |
|---|---|
| 4/9/2019 3:25 PM | Lockerbie, Colin S |

Associated Diagnoses
**AORTIC VALVE REGURGITATION**

Result Information
Status: Final result (Collected:     Provider Status: Reviewed
4/9/2019 15:32)

4/16/2019 2:02 PM - Interface, Scal_Results_A
    Component
    REPORT

Kaiser Permanente                                    Page 3

CUSA0001494

**Trial Exhibit 39
p. 192**

CAI - MVZM                      Name: Snookal, Mark Sex: M                    07-30-2019 07:31pm
GUID -                          DOB:              Age: 47
US - MVZM
MANUFACTURING - MVZM

Doc ID: 4913728 Revision # 0 D.O.S: 04-03-2019                              ...Continued...
Author: 0000                    Location:
Revised by: White, Ghada S  Create Date: 07-29-2019 03:56pm
Type: Progress Note
Subject: Cardiology Report

---

**KAISER PERMANENTE**    LOS ANGELES MEDICAL     Snookal, Mark J
                         CNTR L                  MRN:              DOB:              , Sex: M
                         4867 W. SUNSET BLVD.     Visit date: 4/9/2019
                         LOS ANGELES CA 90027-
                         5969

4/16/2019 2:02 PM - Interface, Scal_Results_A (continued)

Conclusions

Summary
Technically very difficult study.
NSR with frequent PVCs.

Normal left ventricular wall thickness. Mildly increased left ventricular
size and normal systolic function with an estimated ejection fraction of
55-60%. Indeterminate diastolic function.
Upper normal left atrial size. Mild right atrial enlargement.
Upper normal right ventricular size and systolic function.

Structurally normal mitral valve without stenosis. Trace mitral
regurgitation.
Structurally normal trileaflet aortic valve. Mild to moderate eccentric
aortic regurgitation. No aortic stenosis. Aortic regurgitant pressure
half-time is 524 ms.
Aortic root measures 4.4 cm. Normal aortic arch size.

Findings
Mitral Valve
Structurally normal mitral valve without stenosis. Trace mitral
regurgitation.
Aortic Valve
Structurally normal trileaflet aortic valve. Mild to moderate eccentric
aortic regurgitation. No aortic stenosis. Aortic regurgitant pressure
half-time is 524 ms.
Tricuspid Valve
Cannot reliably estimate right ventricular systolic pressure (RVSP).
Pulmonic Valve
The pulmonic valve leaflets are thin and pliable; valve motion is normal.
Mild pulmonic regurgitation is present.
Left Atrium
Upper normal left atrial size.
Left Ventricle
Normal left ventricular wall thickness. Mildly increased left ventricular
size and normal systolic function with an estimated ejection fraction of
55-60%. Indeterminate diastolic function.
Right Atrium
Mild right atrial enlargement.
Right Ventricle
Upper normal right ventricular size and systolic function.
Pericardial Effusion
No pericardial effusion.

Aorta
Aortic root measures 4.4 cm. Normal aortic arch size.
Miscellaneous
IVC diameter la = 2.1 cm with a > 50% inspiratory collapse, suggestive of a
right atrial pressure of 0-5 mmHg.

Signature
----------------------------------------------------------------------------
Electronically signed by LEBOWITZ, STEPHEN HOWARD MD(Interpreting
physician) on 04/16/2019 02:01 PM
----------------------------------------------------------------------------

** Note: For images and the full report use the "PACS Images" link below **

Kaiser Permanente                                              Page 4

CAI - MVZM                          Name: Snookal, Mark Sex: M                    07-30-2019 07:31pm
GUID -                              DOB:                        Age: 47
US - MVZM
MANUFACTURING - MVZM

| Doc ID: 4913728 Revision # 0 D.O.S: 04-03-2019 | ...Continued |
|---|---|
| Author: 0000 | Location: |
| Revised by: White, Ghada S  Create Date: 07-29-2019 03:56pm | |
| Type: Progress Note | |
| Subject: Cardiology Report | |

**KAISER PERMANENTE**

LOS ANGELES MEDICAL
CNTR L
4867 W. SUNSET BLVD.
LOS ANGELES CA 90027-
5969

Snookal, Mark J
MRN:            DOB:            , Sex: M
Visit date: 4/9/2019

4/16/2019  2:02 PM - Interface, Scal_Results_A (continued)

Linked Documents

View Image

Lab and Collection

TRANSTHORACIC ECHO REAL TIME W 2D IMAGE, SPECTRAL AND COLOR FLOW DOPPLER COMPLETE -
4/9/2019

Result History

TRANSTHORACIC ECHO REAL TIME W 2D IMAGE, SPECTRAL AND COLOR FLOW DOPPLER
COMPLETE on 4/16/2019

**END OF REPORT**

Kaiser Permanente                                                Page 5

CUSA0001496

**EX 39-015**

| Doc ID: 4903073 Revision # 0 | D.O.S: 07-19-2019 | Continued... |
|---|---|---|
| Author: Access Medical Group | Location: | |
| Revised by: White, Ghada S | Create Date: 07-24-2019 07:58pm | |
| Type: GO146MSEA - MSEA History and Physical Exam | | |

07/24/2019 7:35AM  FAX                                              ☑0009/0024

Chevron

## Medical Suitability for Expatriate Assignment History & Physical Examination
## GO-146-MSEA

Mark Snookal
CAI - MVZM

07-24-15

RECEIVED
JUL 24 2019

Initial
Nigeria

Note to Examinee and Examiner: In the US, the Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information for any U.S. based employees (whether within the U.S. or outside the U.S. on assignment) when responding to this request for medical information. "Genetic information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact than an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Local or Host Country legal requirements may also apply.

Part A. Examinee: Please complete Parts A through F prior to exam.

| F.I. | M.I. | Last Name | First Name | CAI | Gender |
|---|---|---|---|---|---|
| | | Mark Snookal | | MVZM | M |

| Current Job Title | New Job Title* | Current Company/BU/OpCo | Next * Company/BU/OpCo | Current Location | Next * Location |
|---|---|---|---|---|---|
| IEA Reliability Team Lead | Reliability Engineering Manager | ESE | NMASBU | El Segundo CA USA | Escravos, Nigeria |

*'d Applicable

Part B: Your country of assignment may or may not have full medical resources to support your health needs. Please answer the following questions as accurately as possible and check 'N' (no) or 'Y' (yes) in the column. Answers with Yes, please provide more information in the description boxes. This information is used to promote your safety and ensure your health needs can be met.
(If need, please use back page)

| | | N | Y | Description |
|---|---|---|---|---|
| 1. | Do you have any medical, physical or psychological conditions under the care of a health professional? If yes, please describe. | ☐ | ☒ | I have a dilated aortic root. I am under the care of a cardiologist and see him once per year for a check-up. I have consulted with him on this assignment and he sees no issues with it. |
| 2. | (a) Are you taking any medicines that require a prescription? If yes, please list. | ☐ | ☒ | Losartan and Amlodipine |
| | (b) Are you taking any non-prescription medicines on a frequent basis? If yes, please list. | ☒ | ☐ | |
| 3. | (a) Do you have any allergies? | ☒ | ☐ | |
| | (b) Have you ever had severe allergic reactions? If yes, do you know what caused it? | ☒ | ☐ | |
| 4. | Do you exercise for at least 30 minutes 3 times a week, on average? | ☐ | ☒ | |
| 5. | (a) Do you feel unusual fatigue or sleepiness? | ☒ | ☐ | |
| | (b) Do you have any problems sleeping? | ☒ | ☐ | |
| | (c) Do you use sleeping aids, including medication? | ☒ | ☐ | |
| 6. | Have you ever experienced health problems working in extreme weather conditions? | ☒ | ☐ | |
| 7. | Have you experienced unexplained weight loss or gain? | ☒ | ☐ | |
| 8. | (a) Do you smoke? If yes, what and how much each day? | ☒ | ☐ | |
| | (b) Did you smoke regularly for more than 1 year ever in your past? | ☒ | ☐ | |
| 9. | Do you drink alcoholic beverages? If yes, what is your average weekly intake? | ☒ | ☐ | |
| 10. | Have you ever required a medical evacuation from a work location? If yes, what was the reason? | ☒ | ☐ | |

Page 1 of 6                                              GO-146 - MSEA (6-18)
                                                         Word Electronic Version

CUSA0001497

EX 39-016

Trial Exhibit 39
p. 195

CAI - MVZM      **Name:** Snookal, Mark **Sex:** M     07-29-2019 05:17pm
GUID - ▓▓▓▓▓▓      **DOB:** ▓▓▓▓▓ **Age:** 47
US - MVZM
MANUFACTURING - MVZM

| Doc ID: 4903073 Revision # 0 | D.O.S: 07-19-2019 | ...Continued... |
|---|---|---|
| Author: Access Medical Group | Location: | |
| Revised by: White, Ghada S | Create Date: 07-24-2019 07:58pm | |
| Type: GO146MSEA - MSEA History and Physical Exam | | |

07/24/2019 7:36AM FAX          ☑0010/0024

| | | Examinee Last and First Name **Mark Snookal** | Examinee CAI **MVZM** |
|---|---|---|---|
| 11. | Have you ever had any mental health or psychological issues requiring at least a medical prestription? If yes, please describe | ☐ ☒ | I was treated for depression with Effexor for a few years from approximately 1994-1996 |
| 12. | Have you been in the emergency room and/or hospitalized within the last six months? | ☒ ☐ | |
| 13. | Have you undergone any surgical procedure or operations within the last six months? | ☒ ☐ | |
| 14. | Did you have a physical (periodic, preventive) exam within the past two years? | ☐ ☒ | |
| 15. | Would you need health/medical resources for any disabling or special condition in the country of assignment? | ☒ ☐ | |
| 16. | Would you like to schedule a discussion with a Chevron Physician or Regional Medical Manager to discuss further a health condition or learn more about the host country medical resources? | ☒ ☐ | |
| 17. | Does your new position require you to work or travel Offshore, In Field/Plant or Strictly Office?  Please advise if you need additional certifications for your new position (e.g. HUET/BOSIET, Oil and Gas U.K.) | ☐ ☐ | My position is strictly office |

Part C: Please answer the following questions and check 'N' (no) or 'Y' (yes) in the column. If 'Y', please describe.

| | Have you had any illness or condition related to the following body parts or systems? (minor conditions do not need to be mentioned): | N | Y | Description |
|---|---|---|---|---|
| 18. | Head and Neck | ☒ | ☐ | |
| 19. | Eyes or Visual | ☒ | ☐ | |
| 20. | Ear, Nose and Throat | ☒ | ☐ | |
| 21. | Teeth (a) When was your last exam? (b) Is there any dental work pending? Please describe | ☐ ☒ | ☐ ☐ | 11/2017 |
| 22. | (a) Chest such as shortness of breath, chronic cough. (a) Breasts | ☒ ☒ | ☐ ☐ | |
| 23. | Heart such as chest pain, palpitations or irregular beating | ☐ | ☒ | I have PVC's which have been evaluated by a cardiologist and do not require any treatment |
| 24. | Abdomen such as pain, hernias, abnormal bowel movement | ☐ | ☒ | I had my gallblatter removed in 2014 |
| 25. | Kidney, bladder or genital area | ☒ | ☐ | |
| 26. | Spine and Musculo-skeletal, movement limitations or pain | ☒ | ☐ | |
| 27. | Skin changes such as rash, spots, moles or itching | ☒ | ☐ | |
| 28. | Epileptic seizures, dizzy spells or migraine | ☒ | ☐ | |
| 29. | Diabetes or increase in blood sugar | ☒ | ☐ | |
| 30. | Anemia or other blood conditions | ☒ | ☐ | |
| 31. | Tuberculosis (TB) or positive TB test, skin or blood (e.g. TB spot, IGRA/ Quantiferon®) | ☒ | ☐ | |
| 32. | Any other health problems (Please use space below.  If need, use back page) | ☒ | ☐ | |

Page 2 of 6

GO-146 - MSEA (5-18)
Word Electronic Version

CUSA0001498

**Trial Exhibit 39
p. 196**

CAI - MVZM                    Name: Snookal, Mark Sex: M           07-19-2019 05:17pm
GUID - ██████████          DOB: ████████ Age: 47
US - MVZM
MANUFACTURING - MVZM

| Doc ID: 4903073 Revision # 0 | D.O.S: 07-19-2019 | ...Continued... |
|---|---|---|
| Author: Access Medical Group | Location: | |
| Revised by: White, Ghada S | Create Date: 07-24-2019 07:58pm | |
| Type: GO146MSEA - MSEA History and Physical Exam | | |

07/24/2019 7:38AM FAX                                          ☑0011/0024

| Examinee Last and First Name | Examinee CAI |
|---|---|
| Mark Snookal | MVZM |

### Part D. Exposure History (Employee Only)

Have you ever been exposed at work to dusts, solvents, other chemicals or any other known workplace hazards, e.g. biological agents?

☒ Yes   ☐ No

If YES, please list agents with dates and for how long:
I have worked in industrial and petrochemical locations from 1980 - present

Have you ever been exposed in the workplace to:

☒ Noise   ☐ Radiation/X-ray Equipment   ☐ Vibrating Hand Tools   ☐ Repetitive Movement   ☐ Weight Lifting   ☐ Other

If you checked one of the boxes above, please specify for how long, and whether Personal Protective Equipment (PPE) was used:
In my work in industrial and petrochemical locations from 1980 - present I have been exposed to noise but have always used PPE

### Part E. Occupational History (Employee Only)

Have you ever been part of a medical (health) surveillance program through your work due to exposure to workplace hazards? e.g. Part of a hearing conservation program due to exposure to workplace noise.

☒ Yes   ☐ No

If YES, please list with dates:
I am currently in a hearing conservation program in my employment with Comuton El Segundo

### Part F. Family History.

To comply with the US Genetic Information Nondiscrimination Act of 2008, this part should NOT be completed for any US based employees (whether in the U.S. or outside the U.S. on assignment). Any information inadvertently provided for a US employee in this section should be redacted, if the form is to be sent to the US for filing, in the employee's medical record. Local related legislation may be also applicable.

Are there any medical conditions within your family relevant to be mentioned?

Physician Comments:

Have you ever been employed with Chevron or examined for employment by Chevron?

☐ No   ☒ Yes   If yes, when  At hiring at Chevron El Segundo in 2009

### EXAMINEE:

I certify that the information given by me is true and I authorize the examiner to furnish the results of this examination and other related medical investigation results to either the Chevron Regional Medical Managers or the Chevron Global Health and Medical facility. I acknowledge and agree that the results of this medical evaluation are managed by Chevron in a secure and confidential data system that will store and may transmit information to countries other than where the medical examination takes place, including but not limited to the U.S.

FOR APPLICANT ONLY: I understand that any misrepresentation, false statement or omission herein may result in the company rejecting my application, withdrawing any offer of employment, or terminating my employment at any time.

Examinee Signature _____   Date (mm/dd/yyyy) 7/18/2019

Page 3 of 6                                      GO-146 - MSEA (6-18)
                                                 Ward Electronic Version

CUSA0001499

**Trial Exhibit 39**
**p. 197**

CAI - MVZM      Name: Snookal, Mark Sex: M     07-29-2019 03:17pm

GUID -        DOB:     Age: 47

US - MVZM

**MANUFACTURING - MVZM**

| | |
|---|---|
| Doc ID: 4903073 Revision # 0 | D.O.S: 07-19-2019      ...Continued... |
| Author: Access Medical Group | Location: |
| Revised by: White, Ghada S | Create Date: 07-24-2019 07:58pm |
| Type: GO146MSEA - MSEA History and Physical Exam | |

07/24/2019 7:37AM FAX                ☑0012/0024

| Examinee Last and First Name | Examinee CAI |
|---|---|
| Mark Snookal | MVZM |

**Part G. PHYSICAL EXAMINATION. To be completed by Health Care Provider.**

**Vital Signs**

| HEIGHT ft/cm | WEIGHT lbr/kg | BMI | Abdominal Circumference 3X/cm | B.P. (mmHg) | PULSE | Temperature (°C/F) |
|---|---|---|---|---|---|---|
| 72" | 256 lbs | 34.7 | | 135/78 | 53 | 97.5 |

**Vision**

| | Uncorrected | | | | Corrected | | | Depth | Tonometry | Color Vision | Visual Fields |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Both | Right | Left | Both | Right | Left | | | | | |
| Far | 20/ 6/ | 20/ 6/ | 20/ 6/ | 20/ 6/ | 20/ 6/ | 20/ 6/ | | | | Normal | |
| Near | J# | J# | J# | | | | | | | | |

| N | A | N = Normal. A = Abnormal, please describe | DESCRIPTION |
|---|---|---|---|
| ☑ | ☐ | 1. General Appearance | |
| ☑ | ☐ | 2. Head | |
| ☑ | ☐ | 3. Ear, Nose Mouth and Throat | |
| ☑ | ☐ | 4. Neck | |
| ☑ | ☐ | 5. Eyes | |
| ☑ | ☐ | 6. Chest | |
| ☑ | ☐ | 7. Breasts | |
| ☑ | ☐ | 8. Respiratory System | |
| ☐ | ☐ | 9. Cardiovascular System | occas ectopics (PVC's) |
| ☑ | ☐ | 10. Abdomen, Viscera/Hernias | |
| ☑ | ☐ | 11. Genito-urinary | |
| ☑ | ☐ | 12. Lower GI Tract | |
| ☑ | ☐ | 13. Extremities | |
| ☑ | ☐ | 14. Spine and Musculo-skeletal. Range of Motion. | |
| ☑ | ☐ | 15. Skin and Lymphatic System | |
| ☑ | ☐ | 16. Central Nervous System | |
| ☑ | ☐ | 17. Peripheral Nervous System Reflexes | |
| ☐ | ☐ | 18. Others, please specify | |

Page 4 of 6                               GO-146 - MSEA (6-18)
Word Electronic Version

CUSA0001500

CAI - MVZM        **Name: Snookal, Mark Sex: M**    07-19-2019 03:17pm
GUID -               **DOB:**        **Age: 47**
US - MVZM
**MANUFACTURING - MVZM**

| Doc ID: 4903073 Revision # 0 | D.O.S: 07-19-2019 | ...Continued... |
|---|---|---|
| Author: Access Medical Group | Location: | |
| Revised by: White, Ghada S | Create Date: 07-24-2019 07:58pm | |
| Type: GO146MSEA - MSEA History and Physical Exam | | |

07/24/2019 7:37AM FAX                  ☑0013/0024

| Examinee Last and First Name | Examinee CAI |
|---|---|
| Mark Snookal | MVZM |

**LABORATORY AND SPECIAL TESTS**

| N | A | Not Done | AS INDICATED | RESULTS. N = Normal A = Abnormal, please describe |
|---|---|---|---|---|
| ☐ | ☐ | ☑ | Audiogram | |
| ☐ | ☐ | ☑ | Chest X Ray | |
| ☑ | ☐ | ☐ | Complete Blood Count | |
| ☐ | ☐ | ☑ | Drug Screening | |
| ☐ | ☑ | ☐ | ECG | |
| ☐ | ☐ | ☑ | Pulmonary Function | |
| ☑ | ☐ | ☐ | Serum Profile/Chemistries | |
| ☐ | ☐ | ☑ | Stress Test | |
| ☑ | ☐ | ☐ | Urinalysis | |
| ☐ | ☐ | ☐ | Others, please specify | |

**REMARKS:** Describe significant / abnormal findings/limitations noted above (if need, please use back page)

① PVC's - frequent asymptomatic, followed by cardiology
② Dilated aortic root, followed by cardiology ongoing studies yearly echo vs CT chest stable on meds

If any abnormalities were found during the examination, was examinee informed?  ☑ Yes  ☐ No

**Part II MEDICAL RECOMMENDATION**

| H.1. Fitness for Duty Classification, ONLY FOR INTERNAL CHEVRON USE | H.2. Restrictions pertinent to Job Requirements (refer to GO-308) |
|---|---|
| ☐ A. Fit for Duty | No heavy lifting >50lbs |
| ☑ B. Fit for Duty with Restrictions | needs review of |
| ☐ C. Not Fit for Duty | recommend letter from |
| ☐ D. Failed to comply with requested evaluations, due to: | cardiologist to clear him |

| Examiner's Name (please print) | Signature | Date (mm/dd/yyyy) 07/24/2019 |
|---|---|---|
| IRVING SOBEL MD | Irving Sobel MD USA | Chevron Provider Number 11408 |
| Address 4676 ADMIRALTY WAY 4th FLOOR MDR CA 90292 | | |
| Street    City    State / Province    Postal / Zip Code    Country | | |

| Chevron Global Health & Medical Approval (please print name) | Signature | Date (mm/dd/yyyy) |
|---|---|---|

Page 5 of 6                           GO-146 - MSEA (E-18)
                                           Word Electronic Version

CUSA0001501

CAI - MVZM                    Name: Snookal, Mark Sex: M                    07-29-2019 03:17pm
GUID - ▮▮▮▮▮▮▮              DOB: ▮▮▮▮▮▮  Age: 47
US - MVZM
**MANUFACTURING - MVZM**

| | |
|---|---|
| Doc ID: 4903073 Revision # 0 | D.O.S: 07-19-2019    ...Continued |
| Author: Access Medical Group | Location: |
| Revised by: White, Ghada S | Create Date: 07-24-2019 07:58pm |
| Type: GO146MSEA - MSEA History and Physical Exam | |

07/24/2019 7:37AM  FAX                                              ☒0014/0024

| Examinee Last and First Name | Examinee CAI |
|---|---|
| Mark Snookal | MVZM |

PLEASE ATTACH COPIES OF IMPORTANT REPORTS OF CURRENT INTEREST.
If available, Form GO-308 (Physical Requirements and Working Conditions) must be included.

Page 6 of 6                                        GO-146 - MSEA (5-18)
                                                   Word Electronic Version

CUSA0001502

**Trial Exhibit 39
p. 200**

CAI - MVZM **Name: Shookat, Mark Sex: M**  07-29-2019 03:17pm
GUID - **DOB:** **Age: 47**
US - MVZM
**MANUFACTURING - MVZM**

| | |
|---|---|
| Doc ID: 4903074 Revision # 0 | D.O.S: 07-19-2019 |
| Author: Access Medical Group | Location: |
| Revised by: White, Ghada S | Create Date: 07-24-2019 07:58pm |
| Type: ECG Resting | |



CUSA0001503

**Trial Exhibit 39**
**p. 201**

CAI - MVZM                    Name: Snookal, Mark Sex: M            07-29-2019 03:17pm
GUID -                        DOB:                     Age: 47
US - MVZM
MANUFACTURING - MVZM

| Doc ID: 4903075 Revision # 0 | D.O.S: 07-19-2019 | Continued... |
|---|---|---|
| Author: Access Medical Group | Location: | |
| Revised by: White, Ghada S | Create Date: 07-24-2019 07:58pm | |
| Type: Lab Results | | |

07/24/2019 7:40AM FAX                                           ☑0021/0024

**Quest** Diagnostics

Report Status: Partial - Courtesy Copy

SNOOKAL, MARK

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SNOOKAL, MARK | Specimen: EN632678W | Client #: 97510739    MAIL992 |
| DOB:          AGE: 47 | Requisition: 8101141 | CHEVRON-ACCESS MEDICAL |
| Gender: M | Lab Ref #: 337306788 | Attn: SYLVIA |
| Phone: 213.458.1341 | Collected: 07/19/2019 / 10:39 PDT | 4644 LINCOLN BLVD STE 114 |
| Patient ID: | Received: 07/20/2019 / 00:52 PDT | MARINA DEL REY, CA 90292-6374 |
| | Faxed: 07/23/2019 / 09:39 PDT | |
| | (* A Copy From) | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL, STANDARD | | | | |
| CHOLESTEROL, TOTAL | 181 | | <200 mg/dL | EN |
| HDL CHOLESTEROL | | 32 L | >40 mg/dL | EN |
| TRIGLYCERIDES | | 152 H | <150 mg/dL | EN |
| LDL-CHOLESTEROL | | 122 H | mg/dL (calc) | EN |

    Reference range: <100

    Desirable range <100 mg/dL for primary prevention;
    <70 mg/dL for patients with CHD or diabetic patients
    with > or = 2 CHD risk factors.

    LDL-C is now calculated using the Martin-Hopkins
    calculation, which is a validated novel method providing
    better accuracy than the Friedewald equation in the
    estimation of LDL-C.
    Martin SS et al. JAMA. 2013;310(19): 2061-2068
    (http://education.QuestDiagnostics.com/faq/FAQ164)

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CHOL/HDLC RATIO | | 5.7 H | <5.0 (calc) | EN |
| NON HDL CHOLESTEROL | | 149 H | <130 mg/dL (calc) | EN |

    For patients with diabetes plus 1 major ASCVD risk
    factor, treating to a non-HDL-C goal of <100 mg/dL
    (LDL-C of <70 mg/dL) is considered a therapeutic
    option.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | EN |
| GLUCOSE | 91 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 1.20 | | 0.60-1.35 mg/dL | |
| eGFR NON-AFR. AMERICAN | 72 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 83 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 5.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 108 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 22 | | 20-32 mmol/L | |
| CALCIUM | 10.1 | | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 6.8 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.4 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| **ALKALINE PHOSPHATASE** | | 152 H | 40-115 U/L | |
| AST | 23 | | 10-40 U/L | |
| ALT | 33 | | 9-46 U/L | |
| HEMOGLOBIN A1c | 5.2 | | <5.7 % of total Hgb | EN |

    For the purpose of screening for the presence of
    diabetes:

    <5.7%    Consistent with the absence of diabetes
    5.7-6.4%  Consistent with increased risk for diabetes

CLIENT SERVICES: 866.697.8378          SPECIMEN: EN632678W                    PAGE 1 OF 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

CUSA0001504

CAI - MVZM      **Name: Snookal, Mark Sex:** M      07-29-2019 03:17pm

**GUID -** ▮▮▮▮      **DOB:** ▮▮▮▮ **Age: 47**

**US - MVZM**

**MANUFACTURING - MVZM**

| | |
|---|---|
| Doc ID: 4903075 Revision # 0 | D.O.S: 07-19-2019      ...Continued... |
| Author: Access Medical Group | Location: |
| Revised by: White, Ghada S | Create Date: 07-24-2019 07:58pm |
| Type: Lab Results | |

07/24/2019 7:40AM FAX      ☑0022/0024

**Quest** Diagnostics

Report Status: Partial - Courtesy Copy

SNOOKAL, MARK

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SNOOKAL, MARK | Specimen: EN632678W | Client #: 97510739 |
| DOB: ▮▮▮ **AGE:** 47 | Collected: 07/19/2019 / 10:39 PDT | |
| Gender: M | Received: 07/20/2019 / 00:52 PDT | |
| Patient ID: ▮▮▮ | Faxed: 07/23/2019 / 09:39 PDT | |
| | (* A Copy From) | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| (predisbetes) | | | | |
| > or =6.5%  Consistent with diabetes | | | | |

  This assay result is consistent with a decreased risk
  of diabetes.

  Currently, no consensus exists regarding use of
  hemoglobin A1c for diagnosis of diabetes in children.

  According to American Diabetes Association (ADA)
  guidelines, hemoglobin A1c <7.0% represents optimal
  control in non pregnant diabetic patients. Different
  metrics may apply to specific patient populations.
  Standards of Medical Care in Diabetes (ADA).

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| URIC ACID | 7.7 | | 4.0-8.0 mg/dL | EN |
|   Therapeutic target for gout patients: <6.0 mg/dL | | | | |
| LD | 168 | | 100-220 U/L | EN |
| GGT | 29 | | 3-95 U/L | EN |
| TSH | 1.36 | | 0.40-4.50 mIU/L | EN |
| CBC (INCLUDES DIFF/PLT) | | | | EN |
| WHITE BLOOD CELL COUNT | 6.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.77 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 14.7 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 43.2 | | 38.5-50.0 % | |
| MCV | 90.6 | | 80.0-100.0 fL | |
| MCH | 30.8 | | 27.0-33.0 pg | |
| MCHC | 34.0 | | 32.0-36.0 g/dL | |
| RDW | 12.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 262 | | 140-400 Thousand/uL | |
| MPV | 9.6 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 3166 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2105 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 531 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 220 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 79 | | 0-200 cells/uL | |
| ABSOLUTE NUCLEATED RBC | 0 | | 0 cells/uL | |
| NEUTROPHILS | 51.9 | | % | |
| LYMPHOCYTES | 34.5 | | % | |
| MONOCYTES | 8.7 | | % | |
| EOSINOPHILS | 3.6 | | % | |
| BASOPHILS | 1.3 | | % | |
| RPR (DX) W/REFL TITER AND | | | | EN |
| CONFIRMATORY TESTING | NON-REACTIVE | | NON-REACTIVE | |

**PENDING TESTS:**

| VDRL, SERUM |
|---|

**PERFORMING SITE:**
EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAM TRUONG,MD, CLIA: 05D0642823

* ACCESS MEDICAL GROUP has requested a copy of this report be sent to you. Ordering Physician: SOBEL, IRVING

CLIENT SERVICES: 866.697.8378      SPECIMEN: EN632678W      PAGE 2 OF 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

CUSA0001505

CAI - MVZM                Name: Snookal, Mark Sex: M          07-29-2019 03:17pm
GUID -                    DOB:              Age: 47
US - MVZM
MANUFACTURING - MVZM

| Doc ID: 4903075 Revision # 0 | D.O.S: 07-19-2019 | ...Continued |
|---|---|---|
| Author: Access Medical Group | Location: | |
| Revised by: White, Ghada S | Create Date: 07-24-2019 07:58pm | |
| Type: Lab Results | | |

07/24/2019 7:40AM FAX                                      ☑0023/0024

Quest
Diagnostics                                    Report Status: Final - Courtesy Copy
                                                        SNOOKAL, MARK

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SNOOKAL, MARK | Specimen: EN632679W | Client #: 97510739    MAIL992 |
| DOB:        AGE: 47 | Requisition: 8101274 | CHEVRON-ACCESS MEDICAL |
| Gender:  M | Lab Ref #: 3373067796 | Attn: SYLVIA |
| Phone:  213.458.1341 | Collected: 07/19/2019 / 10:39 PDT | 4644 LINCOLN BLVD STE 114 |
| Patient ID: | Received: 07/20/2019 / 00:54 PDT | MARINA DEL REY, CA 90292-6374 |
| | Faxed: 07/23/2019 / 09:39 PDT | |
| | (* A Copy From) | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, COMPLETE | | | | EN |
| COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.010 | | 1.001-1.035 | |
| PH | 5.5 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| WBC | NONE SEEN | | < OR = 5 /HPF | |
| RBC | NONE SEEN | | < OR = 2 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | < OR = 5 /HPF | |
| BACTERIA | NONE SEEN | | NONE SEEN /HPF | |
| HYALINE CAST | NONE SEEN | | NONE SEEN /LPF | |

PERFORMING SITE:
EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304 3026 Laboratory Director: TAD TOCCHINI, MD, CLIA, 05D0969691

* ACCESS MEDICAL GROUP has requested a copy of this report be sent to you. Ordering Physician: SOBEL, IRVING

CLIENT SERVICES: 866.697.8378            SPECIMEN: EN632679W                    PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

CUSA0001506

CAI - MVZM          Name: Snookal, Mark Sex: M          07-29-2019 03:17pm
GUID -                         DOB:              Age: 47
US - MVZM
MANUFACTURING - MVZM

| Doc ID: 4903076 Revision # 0 | D.O.S: 07-19-2019 |
|---|---|
| Author: Access Medical Group | Location: |
| Revised by: White, Ghada S | Create Date: 07-24-2019 07:58pm |
| Type: Quantiferon - TB | |

07/24/2019 7:41AM  FAX                                        0024/0024

**Quest** Diagnostics

Report Status: Final - Courtesy Copy

SNOOKAL, MARK

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SNOOKAL, MARK | Specimen: EN635672W | Client #: 97510739    MAIL992 |
| DOB:        AGE: 47 | Requisition: 8104560 | CHEVRON-ACCESS MEDICAL |
| Gender:  M | Lab Ref #: 337306849 | Attn: SYLVIA |
| Phone:  213.458.1341 | Collected: 07/19/2019 / 10:39 PDT | 4644 LINCOLN BLVD STE 114 |
| Patient ID: | Received: 07/20/2019 / 01:49 PDT | MARINA DEL REY, CA 90292-6374 |
| | Faxed: 07/23/2019 / 09:39 PDT | |
| | (* A Copy From) | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| QUANTIFERON(R)-TB GOLD | | | | EN |
| PLUS, 1 TUBE | NEGATIVE | | NEGATIVE | |
| | Negative test result. M. tuberculosis complex | | | |
| | infection unlikely. | | | |
| NIL | 0.01 | | IU/mL | |
| MITOGEN-NIL | 8.66 | | IU/mL | |
| TB1-NIL | 0.00 | | IU/mL | |
| TB2-NIL | 0.00 | | IU/mL | |

The Nil tube value reflects the background interferon
gamma immune response of the patient's blood sample.
This value has been subtracted from the patient's
displayed TB and Mitogen results.

Lower than expected results with the Mitogen tube
prevent false-negative Quantiferon readings by
detecting a patient with a potential immune
suppressive condition and/or suboptimal pre-analytical
specimen handling.

The TB1 Antigen tube is coated with the
M. tuberculosis-specific antigens designed to elicit
responses from TB antigen primed CD4+ helper
T-lymphocytes.

The TB2 Antigen tube is coated with the
M. tuberculosis-specific antigens designed to elicit
responses from TB antigen primed CD4+ helper and CD8+
cytotoxic T-lymphocytes.

For additional information, please refer to
https://education.questdiagnostics.com/faq/FAQ204
(This link is being provided for informational/
educational purposes only.)

**PERFORMING SITE:**
EN     QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAB TOOCHINDA, MD, CLIA  05D0642821

* UNASSIGNED ACCOUNTS has requested a copy of this report be sent to you. Ordering Physician: SOBEL, IRVING

CLIENT SERVICES: 866.697.8378          SPECIMEN: EN635672W                    PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

CUSA0001507

**Trial Exhibit 39
p. 205**

| | |
|---|---|
| **From:** | Pitan, Olorunfemi (femi.pitan)[femi.pitan@chevron.com] |
| **Sent:** | Thur 8/15/2019 8:15:07 AM (UTC) |
| **To:** | ADEYEYE, VICTOR [DELOG MEDICAL SERVICES][DNOY@chevron.com]; Aiwuyo, Henry [SERVITICO][henryaiwuyo@chevron.com]; Asekomeh, Eshiofe [DELOG][EAEV@chevron.com] |
| **Cc:** | NIGEC Staff Physicians (I9esc300)[L9ESC300@chevron.com] |
| **Subject:** | RE: Snookal, Mark- Medical report |

Good day sirs,

Thanks for your very valuable and comprehensive input into this case. Your opinions were communicated to the Physicians in the U.S.
It has been decided that Mark Snookal is not a suitable candidate to work in Escravos. He will be considered for an assignment in Lagos.

Kind regards,
Femi Pitan

Dr O.C. Pitan
OH Physician/ Head, Occupational Health
Nigeria Mid Africa Strategic Business Unit
✉ femi.pitan@Chevron.com
☎ CTN 2772222 ext 61807
☎ International ███████████
*NMA HR: Focus, Process Excellence, Expertise*
*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited.  If you have received this message in error, please notify me immediately at the telephone number indicated above*

---

**From:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Sent:** Monday, August 5, 2019 5:55 PM
**To:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report


Sir/Ma,

I agree with Dr Aiwuyo submissions on above employee, especially the precautionary measures highlighted which we need to further reiterate to our client.

I have a little concern about his choice of anti-hypertensives (Losartan and Amlodipine).  Guideline-directed management recommends Beta-blockers like Carvedilol, Bisoprolol as part of his blood pressure control meds with a systolic BP target of less than 120mmHg (Thoracic aortic aneurysm and documented runs of premature ventricular complexes).
It will be nice if this is brought to the attention of his physician.

Kind regards,

Victor.

CUSA0001522

**EX 39-027**

**Trial Exhibit 39
p. 206**

**From:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>
**Sent:** Monday, August 5, 2019 2:26 PM
**To:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>; ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report


Good day,

With regards to this expert, 47years old employee with CT and ultrasound evidence of Thoracic aortic aneurysm,

It was documented in the report that he has aortic dilatation of 4.4cm on ECHCARDIOGRAPHY,

however CT aortography which is a more accurate imaging modality revealed a maximum value of 4.2cm max at the aortic root and 4.1cm max at the descending thoracic aorta.

From the Canadian guidelines these values appear low risk for a major adverse CV event. Some have used values of <4.5cm as partition value for low risk situations., link below refers.

https://www.ucalgary.ca/FTWguidelines/content/aortic-aneurysm

it is expected that every aneurysm must be subjected to 6months- 1year assessment to ascertain the rate of progression (>1cm is an indication for repair). I feel there should be a concrete plan by his home cardiologist for this

evaluation.

Below are my response to the questions put forward:

1. Complications associated with aneurysms include


    a. Rupture/dissection ( sudden and catastrophic) and its attendant sequala
    b. Thromboembolic phenomenon
    c. Pressure symptoms on other vital organs
    d. Sudden death


2. In Escravos unfortunately we are only limited to initial stabilization and transfer of such high risk CV complications if any occurs. In the unlikely event of any of the aforementioned complications, we may not be able to support

   such an individual due to our peculiarities.

3. Instructions for the patient


    -avoid lifting heavy objects
    -quit smoking (if he is a smoker)
    -manage hypertension strictly, there is need to aim for lower targets <120mmhg systolic (DOC beta blockers)

CUSA0001523

**Trial Exhibit 39
p. 207**

-watch out for alarm symptoms like pain in the chest (throbbing, tearing, aching or sharp pain, often sudden), pain in the back, nausea, vomiting, fainting, and systemic shock
-avoid moderate to high intensity exercises as much as possible

I made effort to search the MEP if there are clear cut field guidelines for patient with aortic aneurysm, unfortunately I found none.  What is established is that a patient with symptomatic aneurysm should not be allowed to work in an offshore location.

I am still open to further discussions on this sir.

Warm regards.


*DR. AIWUYO, HENRY*

*OH Physician/Cardiologist*
*EGTL clinic*
*EXT-77943*
*B2B dr oyebowale olaniyi*
*"as to diseases, make a habit of two things- to help, or at least, to do no harm"*
*hippocrates*

---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Monday, August 5, 2019 11:43 AM
**To:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Cc:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** FW: Snookal, Mark- Medical report


Good day,

Below mail trail refers. Kindly help evaluated medical documents and attached Cardiologist report for above named EE who is coming to Escravos from the USA. His job description is- Reliability Engineering Manager.
Kindly review around the following key points:
    1.  Potential complications and the likelihood of progression
    2.  Management of these complications even if only initial intervention vis-à-vis available care level in Escravos
    3.  Possible instructions to communicate to employee as per preventing complications.

Thanks for your usual help.


Warm regards,

Eshiofe Asekomeh


CUSA0001524

**Trial Exhibit 39**
**p. 208**

**From:** Asekomeh, Eshiofe [DELOG]
**Sent:** Tuesday, July 30, 2019 7:44 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Cc:** NIGEC Staff Physicians (l9esc300) <L9ESC300@chevron.com>
**Subject:** Snookal, Mark- Medical report


Good day Ma,

I will like to discuss Mark Snookal (Manager, Reliability Engineering) with you tomorrow. He is on transfer from El Segundo, USA to Escravos, Nigeria on international assignment.
He has aortic root dilatation and was reviewed by a Cardiologist April this year. The examining Physician in the US had declared him fit with limitation (not to lift weight above 50 pounds)
Attached are the medical reports and the Cardiologist report from April, 2019.



Warm regards,

Eshiofe Asekomeh

**Dr. Asekomeh E.G**
**Chevron Hospital**
**Warri, Nigeria**

CUSA0001525

**Trial Exhibit 39**
**p. 209**

| | |
|---|---|
| **From:** | Pitan, Olorunfemi (femi.pitan)[femi.pitan@chevron.com] |
| **Sent:** | Thur 8/15/2019 8:18:18 AM (UTC) |
| **To:** | Akintunde, Ujomoti[UJOM@chevron.com] |
| **Cc:** | Asekomeh, Eshiofe [DELOG][EAEV@chevron.com] |
| **Subject:** | RE: Snookal, Mark- Medical report |

Dear Dr Akintunde,

Thanks for your very valuable input into this case. The opinion of NMA Cardiologists were communicated to the Physicians in the U.S.
It has been decided that Mark Snookal is not a suitable candidate to work in Escravos. He will be considered for an assignment in Lagos.

Kind regards,
Femi Pitan

Dr O.C. Pitan
OH Physician/ Head, Occupational Health
Nigeria Mid Africa Strategic Business Unit
✉ femi.pitan@Chevron.com
☎ CTN 2772222 ext 61807
☎ International ▓▓▓▓▓▓▓▓▓▓
*NMA HR: Focus, Process Excellence, Expertise*
*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited.  If you have received this message in error, please notify me immediately at the telephone number indicated above*

---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Wednesday, August 7, 2019 5:25 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** FW: Snookal, Mark- Medical report

Ma,

Below is response from Dr. Akintunde. I have given her update on the Cardiologist report. I also engaged her on the pulse rate and we agreed on the fact that this could signify either the employee is already on a beta blocker and did not mention it on his form GO-146 or this is the reason why he is not on the beta blocker.

Warm regards,

Eshiofe Asekomeh

---

**From:** Akintunde, Ujomoti <UJOM@chevron.com>
**Sent:** Wednesday, August 07, 2019 5:08 PM
**To:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report

Dear Dr Asekomeh,

CUSA0001528

**Trial Exhibit 39
p. 210**

I concur with my colleagues. With an aortic root of 4.2cm, he is 'low risk' but not 'no risk'.
I would however be more comfortable if he were on a beta-blocker as one of his meds or in addition to current meds. The fact that he does not smoke cigarettes is beneficial.
There could be a reason his cardiologist did not put him on a beta-blocker. Could he have a contraindication such as asthma, COPD or allergy?
Is there a medical report from his cardiologist? I only see imaging reports.

Kind regards,
Ujomoti Akintunde

---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Tuesday, August 6, 2019 12:35 PM
**To:** Akintunde, Ujomoti <UJOM@chevron.com>
**Subject:** FW: Snookal, Mark- Medical report

Good day,

Please see mail trail below.

Warm regards,

Eshiofe Asekomeh

---

**From:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Sent:** Monday, August 5, 2019 5:55 PM
**To:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report

Sir/Ma,

I agree with Dr Aiwuyo submissions on above employee, especially the precautionary measures highlighted which we need to further reiterate to our client.

I have a little concern about his choice of anti-hypertensives (Losartan and Amlodipine).  Guideline-directed management recommends Beta-blockers like Carvedilol, Bisoprolol as part of his blood pressure control meds with a systolic BP target of less than 120mmHg (Thoracic aortic aneurysm and documented runs of premature ventricular complexes).
It will be nice if this is brought to the attention of his physician.

Kind regards,

Victor.

---

**From:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>
**Sent:** Monday, August 5, 2019 2:26 PM

CUSA0001529

**Trial Exhibit 39
p. 211**

**To:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>; ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Cc:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Snookal, Mark- Medical report

Good day,

With regards to this expert, 47years old employee with CT and ultrasound evidence of Thoracic aortic aneurysm,

It was documented in the report that he has aortic dilatation of 4.4cm on ECHCARDIOGRAPHY,

however CT aortography which is a more accurate imaging modality revealed a maximum value of 4.2cm max at the aortic root and 4.1cm max at the descending thoracic aorta.

From the Canadian guidelines these values appear low risk for a major adverse CV event. Some have used values of <4.5cm as partition value for low risk situations., link below refers.

https://www.ucalgary.ca/FTWguidelines/content/aortic-aneurysm

it is expected that every aneurysm must be subjected to 6months- 1year assessment to ascertain the rate of progression (>1cm is an indication for repair). I feel there should be a concrete plan by his home cardiologist for this

evaluation.

Below are my response to the questions put forward:

1. Complications associated with aneurysms include

   a. Rupture/dissection ( sudden and catastrophic) and its attendant sequala
   b. Thromboembolic phenomenon
   c. Pressure symptoms on other vital organs
   d. Sudden death

2. In Escravos unfortunately we are only limited to initial stabilization and transfer of such high risk CV complications if any occurs. In the unlikely event of any of the aforementioned complications, we may not be able to support

   such an individual due to our peculiarities.

3. Instructions for the patient

   -avoid lifting heavy objects
   -quit smoking (if he is a smoker)
   -manage hypertension strictly, there is need to aim for lower targets <120mmhg systolic (DOC beta blockers)
-watch out for alarm symptoms like pain in the chest (throbbing, tearing, aching or sharp pain, often sudden), pain in the back, nausea, vomiting, fainting, and systemic shock
-avoid moderate to high intensity exercises as much as possible

CUSA0001530

**Trial Exhibit 39
p. 212**

I made effort to search the MEP if there are clear cut field guidelines for patient with aortic aneurysm, unfortunately I found none.  What is established is that a patient with symptomatic aneurysm should not be allowed to work in an offshore location.

I am still open to further discussions on this sir.

Warm regards.


*DR. AIWUYO, HENRY*
*OH Physician/Cardiologist*
*EGTL clinic*
*EXT-77943*
*B2B dr oyebowale olaniyi*
*"as to diseases, make a habit of two things- to help, or at least, to do no harm"*
*hippocrates*


---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Monday, August 5, 2019 11:43 AM
**To:** ADEYEYE, VICTOR [DELOG MEDICAL SERVICES] <DNOY@chevron.com>
**Cc:** Aiwuyo, Henry [SERVITICO] <henryaiwuyo@chevron.com>; Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** FW: Snookal, Mark- Medical report


Good day,

Below mail trail refers. Kindly help evaluated medical documents and attached Cardiologist report for above named EE who is coming to Escravos from the USA. His job description is- Reliability Engineering Manager.
Kindly review around the following key points:
  1.  Potential complications and the likelihood of progression
  2.  Management of these complications even if only initial intervention vis-à-vis available care level in Escravos
  3.  Possible instructions to communicate to employee as per preventing complications.

Thanks for your usual help.



Warm regards,

Eshiofe Asekomeh


---

**From:** Asekomeh, Eshiofe [DELOG]

CUSA0001531

**Trial Exhibit 39**
**p. 213**

**Sent:** Tuesday, July 30, 2019 7:44 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Cc:** NIGEC Staff Physicians (l9esc300) <L9ESC300@chevron.com>
**Subject:** Snookal, Mark- Medical report


Good day Ma,

I will like to discuss Mark Snookal (Manager, Reliability Engineering) with you tomorrow. He is on transfer from El Segundo, USA to Escravos, Nigeria on international assignment.
He has aortic root dilatation and was reviewed by a Cardiologist April this year. The examining Physician in the US had declared him fit with limitation (not to lift weight above 50 pounds)
Attached are the medical reports and the Cardiologist report from April, 2019.



Warm regards,

Eshiofe Asekomeh

**Dr. Asekomeh E.G**
**Chevron Hospital**
**Warri, Nigeria**


CUSA0001532

**Trial Exhibit 39**
**p. 214**