# TRIAL EXHIBIT 54



# Chevron

## Expatriate Exam Recommendations GO-1769

**Examiner:** When completed, please forward to the Chevron regional medical manager office checked below:
- ☐ Americas: Chevron Health and Medical, P.O. Box 6024, San Ramon, CA, USA 94583
- ☐ Asia / Pacific Region: Chevron International Pte LTD, Health and Medical, Chevron House, 30 Raffles Place #21-01, Singapore 048622
- ☒ Europe / Eurasia / Middle East / Africa: Chevron Health and Medical 1 Westferry Circus, Canary Wharf, London, UK, E14 4HA
- ☐ Chevron Shipping Medical Manager, 6101 Bollinger Canyon Road, BR1, Room 4646, San Ramon, CA, USA 94583
- ☐ Other Chevron Medical Facility: _____

### Part A – Examinee Information
For medical confidentiality, please complete one form per examinee. If the examinee is a dependent, please complete Part B below

| Last Name | First Name | MI | CAI | Birth Date (mm/dd/yyyy) | ☒ Male  ☐ Female | Examinee ID |
|---|---|---|---|---|---|---|
| SNOOKAL | MARK | | MVZM | 04 - 13 – 1972 | | |

| Job Title | Operating Company | Current Work Location | Destination Location |
|---|---|---|---|
| IEA RELIABILITY TEAM LEAD | | EL SEGUNDO, USA | ESCRAVOS, NIGERIA |

### Part B: Chevron Employee Information
If the examinee is a dependent, please complete this section with the Chevron employee information.

| Last Name | First Name | CAI | Chevron Employee ID |
|---|---|---|---|
| | | | |

| Job Title | Operating Company | Current Work Location | Destination Location |
|---|---|---|---|
| | | | |

Number of dependents in Host Location: _____

### Part C – OpCo / Business Unit Contact – Human Resources, Sponsor (if applicable), other.

| Name | Phone No. | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

| Contact Address | City | State/Province | Postal/Zip Code | Country |
|---|---|---|---|---|
| | | | | |

### Part D – Examination - The recommendation below is based on a review of the medical history and physical examination.

Exam Type: **INITIAL EXPAT EXAM (ROTATIONAL)**
Date of Exam (mm/dd/yyyy): **07/24/2019**   Exam Location: **MEL DEL RAY**
State/Province: **CALIFORNIA**   Country: **USA**

**Disposition**
☒ *Employee*
  ☐ FIT for Duty
  ☒ NOT FIT for Duty
    Describe: REMOTE LOCATION. CAN BE CLEARED FOR ASSIGNMENT IN LAGOS
  ☐ FIT for Duty with Limitation(s) (list below and provide estimated duration of limitations)
    Describe: _____
  ☐ Failed to comply with requested evaluations
    Describe: _____
  Exam Periodicity: ☐ One Year  ☐ Two Years  ☐ Other _____

☐ *Dependents*
  ☐ Cleared
  ☐ Not Cleared
    Describe: _____
  ☐ Cleared with Limitation(s) (list below and provide estimated duration of limitations)
    Describe: _____
  ☐ Failed to comply with requested evaluations
    Describe: _____
  Exam Periodicity: ☐ One Year  ☐ Two Years  ☐ Other _____

| Examiner Name (please print) | Signature | Date (mm/dd/yyyy) |
|---|---|---|
| DR. ASEKOMEH ESHIOFE | *[signed]* | 08/15/2019 |

| Address | City | State/Province | Postal/Zip Code | Country |
|---|---|---|---|---|
| CHEVRON HOSPITAL | WARRI | DELTA | | NIGERIA |

GO- 1769 (9-13)

SNOOKAL-01099