# **TRIAL EXHIBIT 69**

Case 2:23-cv-06302-HDV-AJR   Document 129-10   Filed 09/30/25   Page 1 of 4   Page ID #:4534

| | |
|---|---|
| **From:** | Levy, Scott[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EF6C6DC5AA0B407FA6A60ED694E3A3D1-LTMV] |
| **Sent:** | Mon 8/26/2019 2:54:39 PM (UTC) |
| **To:** | Arenyeka, Paul O. (PaulArenyeka)[PaulArenyeka@chevron.com] |
| **Cc:** | Frangos MD, Steve (SAFR)[SAFR@chevron.com] |
| **Subject:** | Re: [**EXTERNAL**] Patient MS |

I support your decision and appreciate the rereview.
Scott

Sent from my iPhone

On 26 Aug 2019, at 15:51, Arenyeka, Paul O. (PaulArenyeka) <PaulArenyeka@chevron.com> wrote:

> Dear Scott
>
> Thank you for making the effort to engage the specialist in this case and I understand his opinion and recommendations.
>
> However I believe we should still be very cautious. Based on recent developments around increasing medical evacuation from the field there is heightened focus on FFD in field locations by management. The risk of an incident no matter how low is a major factor in Escravos medical care. The logistics of getting an emergency out of Escravos especially when there is weather challenge compounds the risk of an adverse outcome.
>
> I would be cautious about this and maintain our current decision. I discussed this case in view of its impending appeal with the HR & Medical leadership team this morning and the general feeling is that we should maintain the restriction based on the issues already outlined.
>
> I will appreciate your guidance
>
> Best Regards
>
> **Paul Arenyeka MD**
>
> Medical Director
> Nigeria Mid Africa SBU
> ✉ poar@chevron.com
> ☎ CTN 2772222 ext 67046
> ☎ International + (234) -1-3667046
>
>
> *NMA HR: Focus, Process Excellence, Expertise*
> *This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at the telephone number indicated above*
>
> ---
>
> **From:** Levy, Scott <ScottLevy@chevron.com>
> **Sent:** Saturday, August 24, 2019 8:00 AM
> **To:** Arenyeka, Paul O. (PaulArenyeka) <PaulArenyeka@chevron.com>
> **Cc:** Frangos MD, Steve (SAFR) <SAFR@chevron.com>
> **Subject:** Fwd: [**EXTERNAL**] Patient MS

Paul,

I had a conversation with Mark Snookals nephrologist and the info is below. Although not without some risk, I don't think we're dealing with high risk. We can mandate yearly clearance and report from nephrologist on yearly basis. Risk is even lower when we consider that he'll be a rotator.

Scott

Sent from my iPhone
Begin forwarded message:

> **From:** "Steven H. Khan" <Steven.S.Khan@kp.org>
> **Date:** 23 August 2019 at 22:35:33 BST
> **To:** "scottlevy@chevron.com" <scottlevy@chevron.com>
> **Cc:** "mark@maygus.com" <mark@maygus.com>
> **Subject: [**EXTERNAL**] Patient MS**
>
> Hi Dr. Levy,
> I received your voicemail about Mr. MS who is a Chevron employee and my patient here at Kaiser.
> I understand he is applying for a job in a rural or remote area of Nigeria and I understand the concern about his aortic aneurysm.
>
> I just spoke to Mr. MS and received his permission to email you back. I am also copying him on this email.
>
> Mr. MS's aneurysm is relatively small and considered low risk. His Thoracic aortic aneurysm size is 4.1-4.2 cm on his most recent CT scan.
> From the published studies, the risk of rupture or dissection is 2% per year for aneurysms between 4.0 and 4.5 cm (Ann Thor Surg 2002 Vol 73, pg 17-28, figure 3).
>
> Further, the average rate of growth of thoracic aortic aneurysms is 0.1%/year and Mr. MS's aneurysm has not changed between his CTs in May 2016, May 2017, and April 2019.
> Since Mr. Snookal's aneurysm has not shown any growth for 3 years, his risk may be lower than the published 2% number above which would be based on "average" growth rates.
>
> Finally, the studies of risk of rupture are fairly old (2002) and treatment has improved as has our understanding of aortic aneurysms.
> For example, animal studies have shown a significant benefit from use of Angiotensin Receptor Blockers (ARB) in preventing or even reversing aortic aneurysm growth and Mr MS
> Is on an ARB.
>
> In summary, Mr. MS's risk of serious complications related to his thoracic aortic aneurysm is low and likely less than 2% per year.
> The risk is primarily related to further enlargement of the aneurysm which can be tracked with an annual CT scan.
>
> If you have any further questions, please feel free to email me or call me.

CUSA0000996

Trial Exhibit 69
p. 222

Best regards,

S. Khan, MD
Clinical Associate Professor, UCLA School of Medicine
Heart Failure and Transplant Cardiology, Kaiser Permanente

NOTICE TO RECIPIENT:  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.