# TRIAL EXHIBIT 88

**Snookal, Mark**

---

| | |
|---|---|
| **From:** | Levy, Scott |
| **Sent:** | Monday, September 16, 2019 4:20 AM |
| **To:** | Snookal, Mark |
| **Subject:** | medical |

Mark,

I spoke with Andrew Powers who briefed me on your recent discussion with him and let me know that you were waiting on written documentation and perhaps further explanation of your recent MSEA (medical suitability for expat assignment) examination.  I'll do my best to explain in writing but also happy to further discuss live.

As you know, foreign assignments (including, Escravos Nigeria) can be in locations where access to critical prescription medications or medical care is extremely limited.  For these and other reasons, we conduct an MSEA to confirm that an employee is medically able to work in the new job and location.

I understand that you are willing to take the risk of potentially dying on the job, and that you do not feel it is the company's place to make that decision for you.  I agree to a certain extent and recognize your concerns about paternalism.  However, the company does have a right to not engage individuals where their assignment could pose a "direct threat" to their own health and safety.

We certainly don't believe that every employee with a health condition poses a direct threat; we need to analyze the condition and the attributes of the job. When there are ways of ameliorating the risks (including reasonable accommodations) we work with the individual to do so. I became involved on your case when you had requested a second opinion on the initial denial and with your consent involved your treating physician to better understand your specific risk. While reasonable professionals can debate the exact percentage, we are dealing with an established risk that is several magnitudes higher than the baseline and is a realistic possibility.  We respectfully disagree that this finding (regardless of the exact percentage) is based on stereotypes, as distinguished from objective medical evidence.  But the risk itself is not determinative.  The concern is that if the condition were to occur, the outcome would be catastrophic and would require an immediate emergency response which is not available and would most certainly result in death in Escravos.  There is no medical capability to manage this type of emergency in Escravos or anywhere near Escravos.  It is also clear that the duration of your condition is not limited and is continually present, and the occurrence is not predictable and it's not possible to isolate triggers to reduce the risk.

We have no problems with you working in El Segundo and believe there are many other foreign locations where you could work.  We in fact discussed whether you could perform this particular job at a different location in Lagos, but it wasn't possible.

In response to your question, I would not foresee issues with you working in the following locations:

> Americas: US onshore operations, San Ramon, Houston, Calgary, Vancouver, St. John, Argentina (Buenos Aires); Colombia (Bogota); Brazil (Rio de Janeiro), Trinidad (Port of Spain)

> Asia Pacific: Singapore, Australia (Perth based), Hong Kong, New Zealand, Thailand (Bangkok, Rayong, Sirai Chi); South Korea (Seoul, Ulsan, Geoje), Philippines (Manila), China (Beijing, Shanghai), Japan Metropolitan; Malaysia (Kuala Lumpur); Pakistan Metropolitan

> EEMEA: UK (all locations), Belgium (all locations), Denmark (all locations), France (all locations), Italy (all locations), Netherlands (all locations), United Arab Emirates (all locations), Norway (all locations), Germany (all locations), Sweden (all locations), South Africa (all locations), Bahrain (all locations), Qatar (all locations), Kuwait (all locations), Turkey (all locations), Poland (all locations), Saudi Arabia (all locations), Nigeria (Lagos), Russia (Moscow)

I'd need to do a more specific assessment for:

> Americas: US offshore operations (Deepwater), Colombia (Riohacha); Argentina- Nuquen, Colombia –Rio Hacha, Guatemala, Panama, Mexico, Brazil Offshore, Kitimat (Canada)

**SNOOKAL-00645**

**EX 88-001**

**Trial Exhibit 88**
**p. 229**

AP: Australia (Barrow Island, Onslow, Dampier, Karratha, Thevenard Island & Wheatstone offshore); Bangladesh (Dhaka); China (Chengdu, Tianjin, Tanggu); Indonesia (Jakarta, Sumatra, Balikpapan); Malaysia (Lumut); Thailand (Songkla, Nakorn Srithammarat - NST, Offshore); Vietnam; India

EEMEA: Angola (Luanda); Nigeria (Lekki, Abuja), Azerbaijan (all locations), Ukraine (all locations), Romania (all locations), Rep. of Congo (Pointe Noire), Morocco (all locations), Egypt (all locations), Russia (outside Moscow).

I'd be quite concerned about other locations.  As I mentioned above, I'd be more than happy to discuss this with you further.

Scott


**Scott Levy**
Regional Medical Manager, Europe, Eurasia, Middle East & Africa
TR & HM COE

Chevron Products UK Limited
1 Westferry Circus
Canary Wharf
London E14 4HA
Office-  +44 (0) 207 719 3390 (Also serves 24/7 medical emergency support)
Fax-     +44 (0) 207 719 5188
Mobile- +44 (0) 792 258 4538
CTN- (8) 584 3390
ScottLevy@chevron.com

Chevron Malaria Hotline for any questions about symptoms or treatment- +1 866 276 5118


### Important Message from the Global Privacy Team

Remember that when it comes to sharing personal data, **less is more**. Do not share more information than is being requested from you. Share information securely and follow company policy by **encrypting** emails and attachments that contain **sensitive personal data**.  Before clicking "send" on an email, **double-check** that the email is addressed to the people you actually want it to go to!  Do not forward emails containing detailed information about a patient's health or wellbeing when a summary would suffice. Wherever possible, anonymize personal data by removing patient names and other individual identifiers.  Finally, don't hesitate to contact the Global Privacy Team if you have any questions: privacy@chevron.com

SNOOKAL-00646

Trial Exhibit 88
p. 230

EX 88-002

| | |
|---|---|
| **From:** | Levy, Scott |
| **Sent:** | Monday, September 16, 2019 4:20 AM |
| **To:** | Snookal, Mark |
| **Subject:** | medical |

Mark,

I spoke with Andrew Powers who briefed me on your recent discussion with him and let me know that you were waiting on written documentation and perhaps further explanation of your recent MSEA (medical suitability for expat assignment) examination.  I'll do my best to explain in writing but also happy to further discuss live.

As you know, foreign assignments (including, Escravos Nigeria) can be in locations where access to critical prescription medications or medical care is extremely limited.  For these and other reasons, we conduct an MSEA to confirm that an employee is medically able to work in the new job and location.

I understand that you are willing to take the risk of potentially dying on the job, and that you do not feel it is the company's place to make that decision for you.  I agree to a certain extent and recognize your concerns about paternalism.  However, the company does have a right to not engage individuals where their assignment could pose a "direct threat" to their own health and safety.

We certainly don't believe that every employee with a health condition poses a direct threat; we need to analyze the condition and the attributes of the job. When there are ways of ameliorating the risks (including reasonable accommodations) we work with the individual to do so. I became involved on your case when you had requested a second opinion on the initial denial and with your consent involved your treating physician to better understand your specific risk. While reasonable professionals can debate the exact percentage, we are dealing with an established risk that is several magnitudes higher than the baseline and is a realistic possibility.  We respectfully disagree that this finding (regardless of the exact percentage) is based on stereotypes, as distinguished from objective medical evidence.  But the risk itself is not determinative.  The concern is that if the condition were to occur, the outcome would be catastrophic and would require an immediate emergency response which is not available and would most certainly result in death in Escravos.  There is no medical capability to manage this type of emergency in Escravos or anywhere near Escravos.  It is also clear that the duration of your condition is not limited and is continually present, and the occurrence is not predictable and it's not possible to isolate triggers to reduce the risk.

We have no problems with you working in El Segundo and believe there are many other foreign locations where you could work.  We in fact discussed whether you could perform this particular job at a different location in Lagos, but it wasn't possible.

In response to your question, I would not foresee issues with you working in the following locations:

   Americas: US onshore operations, San Ramon, Houston, Calgary, Vancouver, St. John, Argentina (Buenos Aires); Colombia (Bogota); Brazil (Rio de Janeiro), Trinidad (Port of Spain)

   Asia Pacific: Singapore, Australia (Perth based), Hong Kong, New Zealand, Thailand (Bangkok, Rayong, Sirai Chi); South Korea (Seoul, Ulsan, Geoje), Philippines (Manila), China (Beijing, Shanghai), Japan Metropolitan; Malaysia (Kuala Lumpur); Pakistan Metropolitan

   EEMEA: UK (all locations), Belgium (all locations), Denmark (all locations), France (all locations), Italy (all locations), Netherlands (all locations), United Arab Emirates (all locations), Norway (all locations), Germany (all locations), Sweden (all locations), South Africa (all locations), Bahrain (all locations), Qatar (all locations), Kuwait (all locations), Turkey (all locations), Poland (all locations), Saudi Arabia (all locations), Nigeria (Lagos), Russia (Moscow)

I'd need to do a more specific assessment for:

   Americas: US offshore operations (Deepwater), Colombia (Riohacha); Argentina- Nuquen, Colombia –Rio Hacha, Guatemala, Panama, Mexico, Brazil Offshore, Kitimat (Canada)

1

**CUSA000559**

**Trial Exhibit 88**
**p. 231**

AP: Australia (Barrow Island, Onslow, Dampier, Karratha, Thevenard Island & Wheatstone offshore); Bangladesh (Dhaka); China (Chengdu, Tianjin, Tanggu); Indonesia (Jakarta, Sumatra, Balikpapan); Malaysia (Lumut); Thailand (Songkla, Nakorn Srithammarat - NST, Offshore); Vietnam; India

EEMEA: Angola (Luanda); Nigeria (Lekki, Abuja), Azerbaijan (all locations), Ukraine (all locations), Romania (all locations), Rep. of Congo (Pointe Noire), Morocco (all locations), Egypt (all locations), Russia (outside Moscow).

I'd be quite concerned about other locations.  As I mentioned above, I'd be more than happy to discuss this with you further.

Scott


**Scott Levy**
Regional Medical Manager, Europe, Eurasia, Middle East & Africa
TR & HM COE

Chevron Products UK Limited
1 Westferry Circus
Canary Wharf
London E14 4HA
Office-   +44 (0) 207 719 3390 (Also serves 24/7 medical emergency support)
Fax-      +44 (0) 207 719 5188
Mobile- +44 (0) 792 258 4538
CTN- (8) 584 3390
ScottLevy@chevron.com

Chevron Malaria Hotline for any questions about symptoms or treatment- +1 866 276 5118


**Important Message from the Global Privacy Team**

Remember that when it comes to sharing personal data, **less is more**. Do not share more information than is being requested from you. Share information securely and follow company policy by **encrypting** emails and attachments that contain **sensitive personal data**.  Before clicking "send" on an email, **double-check** that the email is addressed to the people you actually want it to go to!  Do not forward emails containing detailed information about a patient's health or wellbeing when a summary would suffice. Wherever possible, anonymize personal data by removing patient names and other individual identifiers.  Finally, don't hesitate to contact the Global Privacy Team if you have any questions: privacy@chevron.com

**CUSA000560**

**Trial Exhibit 88**
**p. 232**

**EX 88-004**

Patient: **Snookal, Mark (Mark)**
Injection Type: **Hep B, unspecified formulation**
Administering Location:
Manufacturer:
Vial / Lot #:
Series #: **#2**
Dose:
Strength:
Administering Date: **08-19-2019**
Expiration Date:
Route:
Site:
Reaction / Comments:
Next Due Date:
Injection Administrator:

CUSA000561

Patient: **Snookal, Mark (Mark)**
Injection Type: **yellow fever**
Administering Location:
Manufacturer:
Vial / Lot #:
Series #:
Dose:
Strength:
Administering Date: **08-19-2019**
Expiration Date:
Route:
Site:
Reaction / Comments:
Next Due Date:
Injection Administrator:

CUSA000562



CUSA000563



**Chevron**

## Expatriate Exam Recommendations GO-1769

Examiner: When completed, please forward to the Chevron regional medical manager office checked below:
- [ ] Americas: Chevron Health and Medical, P.O. Box 6024, San Ramon, CA , USA 94583
- [ ] Asia / Pacific Region: Chevron International Pte LTD, Health and Medical, 30 Raffles Place #21-01, Singapore 048622
- [x] Europe / Eurasia / Middle East / Africa  Chevron Health and Medical 1 Westferry Circus, Canary Wharf, London, UK, E14 4HA
- [ ] Chevron Shipping Medical Manager, 6101 Bollinger Canyon Road, BR1, Room 4646, San Ramon, CA, USA 94583
- [ ] Other Chevron Medical Facility: _____

### Part A –Examinee Information
For medical confidentiality, please complete one form per examinee  If the examinee is a dependent, please complete Part B below

| Last Name | First  Name | MI | CAI | Birth Date (mm/dd/yyyy) | | Examinee ID |
|---|---|---|---|---|---|---|
| SNOOKAL | MARK | | MVZM | 04 – 13 – 1972 | [x] Male  [ ] Female | |

| Job Title | Operating Company | Current Work Location | Destination Location |
|---|---|---|---|
| IEA RELIABILITY TEAM LEAD | | EL SEGUNDO, USA | ESCRAVOS, NIGERIA |

### Part B: Chevron Employee Information
If the examinee is a dependent, please complete this section with the Chevron employee information

| Last Name | First  Name | CAI | Chevron Employee ID |
|---|---|---|---|
| | | | |

| Job Title | Operating Company | Current Work Location | Destination Location |
|---|---|---|---|
| | | | |

Number of dependents in Host Location: _____

### Part C – OpCo / Business Unit Contact – Human Resources, Sponsor (if applicable), other.

| Name | Phone No. | | Date (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Contact Address | City | State/Province | Postal/Zip Code | Country |
|---|---|---|---|---|
| | | | | |

### Part D – Examination - The recommendation below is based on a review of the medical history and physical examination
Exam Type:    INITIAL EXPAT EXAM (ROTATIONAL)

Date of Exam (mm/dd/yyyy):    07/24/2019        Exam Location:  MEL DEL RAY

State/Province    CALIFORNIA        Country:    USA

Disposition
[x] *Employee*
- [ ] FIT for Duty
- [x] NOT FIT for Duty
  Describe:    REMOTE LOCATION  CAN BE CLEARED FOR ASSIGNMENT IN LAGOS
- [ ] FIT for Duty with Limitation(s) (list below and provide estimated duration of limitations)
  Describe:
- [ ] Failed to comply with requested evaluations
  Describe:

Exam Periodicity: [ ] One Year  [ ] Two Years  [ ] Other

[ ] *Dependents*
- [ ] Cleared
- [ ] Not Cleared
  Describe:
- [ ] Cleared with Limitation(s) (list below and provide estimated duration of limitations)
  Describe:
- [ ] Failed to comply with requested evaluations
  Describe:

Exam Periodicity: [ ] One Year  [ ] Two Years  [ ] Other

| Examiner Name (please print) | Signature | | Date (mm/dd/yyyy) |
|---|---|---|---|
| DR. ASEKOMEH ESIHOFE | | | 08/15/2019 |

| Address | City | State/Province    Postal/Zip Code | Country |
|---|---|---|---|
| CHEVRON HOSPITAL | WARRI | DELTA | NIGERIA |

GO  1769 (9-13)

CUSA000564

Trial Exhibit 88
p. 236

**Document (4958978) has been deleted.**
**Reason: wrong date**

CUSA000565

 **KAISER PERMANENTE.**

7/29/2019                                    MR#000004554567

Re: Mark J Snookal
2200 Maricopa Drive
Los Angeles CA 90065

Dear Sirs,

Mr. Snookal is under my care for his heart condition. It is safe for him to work in
Nigeria with his heart condition. His condition is under good control and no
special treatments are needed.

If you have any questions, please feel free to contact me at the number below.

Sincerely,

Electronically signed by,

S. KHAN MD
Attending Cardiologist, Division of Cardiology, SCPMG
Clinical Associate Professor, UCLA School of Medicine
Ph: 323-783-4585
7/29/2019
10:14 AM

Patient: **Snookal, Mark (Mark)**
Injection Type: **polio, unspecified formulation**
Administering Location:
Manufacturer:
Vial / Lot #:
Series #:
Dose:
Strength:
Administering Date: **07-25-2019**
Expiration Date:
Route:
Site:
Reaction / Comments:
Next Due Date:
Injection Administrator:

CUSA000567

**7/25/19 - Yellow Fever/Hep B/Polio Vaccination**
**8/19/19 - rcvd invoice; $461.00; payment pending almy**
**9/11/19 - pd via AMEX almy**

CUSA000568

Task ID: <u>88871</u>
Due: 07-26-2019 12:18pm
Created By: <u>Ghada White</u>
Completed By: <u>Eldyleida Seca Torres</u>
Completed Date: 07-26-2019 08:25am
Description: Encounter Review- Initial Escravos, Nigeria
Assigned: User: (<u>Eldyleida Seca Torres</u>) Dept:()
Regarding:
<u>Encounter ID: 82555002 - Snookal, Mark (Mark) (CAI-1000444873, GUID-1000444873, US-1000444873, MANUFACTURING-1000444873)</u>
Notes: Please review the open encounter on this patient and complete Medical Recommendation.

Please archive and close exam upon completion.

Related tasks

| ID | Creator | Created | Assignee | Completed By | Completed Date | Description | Notes |
|----|---------|---------|----------|--------------|----------------|-------------|-------|
| <u>88934</u> | Eldyleida Seca Torres | 07-26-2019 08:25am | (Eshiofe Asekomeh) Dept:() | Eshiofe Asekomeh | 08-19-2019 11:52am | Fwd: Encounter Review- Initial Escravos, Nigeria | |

CUSA000569

**EX 88-013**

**Trial Exhibit 88
p. 241**



Health and Medical

**MEDICAL CONFIDENTIAL**

Date: 07-19-2019

Dear Mark Snookal,

We, hereby, inform you the results of your recent health evaluation, performed on 07-19-2019. This report will serve as a summary for your records and a guide to help promote your health.

**PHYSICAL EXAMINATION**

| Name | 12-04 2017 |
|---|---|
| BP Systolic | 170 |
| BP Diastolic | 81 |
| Height | 72 |
| Weight | 220 |
| BMI | 29.84 |

Eshiofe Asekomeh

CUSA000570

**MSEA Tracking**

**Case details**
Case type:MSEA
Date/time:07-09-2019 09:50:00am
MSEA case classification:Complicated
Total number of days left to complete: 37 Due:10-07-2019
Date GO-1769 completed:08-15-2019

**MSEA Scheduler**
· Lindsey Smith (Chevron Corporation)
· Eldyleida Seca Torres (Chevron Products UK Ltd)

**Expatriate Assignment Profile**
Initial Contact Date/Time:07-09-2019
Expat Counselor:Mary Josephine Velante Mirabueno
Assignment Type:Rotational
Exam Type:Initial
Assignment City:Escravos
Assignment Country:Nigeria

**Expat Administration**
Reply date:07-09-2019
Expatriate Orientation Required: Yes
Date Orientation: 07-19-2019
Performed By: Cedar Sinai
Location: United States
Malaria CBT Taken (for locations with Malaria Risk): No
IAP Required:No

**Appointment Dates**
· 08-19-201901:30pm(MSEA Follow-up Appointment)
· 07-19-201909:20am(MSEA Initial Appointment)

**Tracking Notes**

| Date | MSEA General Note | Entered By |
|---|---|---|
| 08-28-201901:41pm | Rcvd YF record | White, Ghada S |
| 08-08-2019 | MSEA classification changed to complicated as consideration of background cardiac condition and remoteness of location being reviewed. | Asekomeh, Eshiofe |
| 08-02-201912:53pm | Rcvd Dr. Note | White, Ghada S |
| 07-29-201907:52am | Rcvd April cardiology notes | White, Ghada S |
| 07-24-201912:34pm | YF appt. at Passport Health 8/19 due to receiving MMR on 7/19 | White, Ghada S |
| 07-24-201912:00pm | Pending YF | White, Ghada S |
| 07-24-201911:41am | Rcvd Exam Results | White, Ghada S |
| 07-11-201909:08am | Exam scheduled with Dr. Sobel | Smith, Lindsey A |
| 07-09-201909:55am | No FCE Needed | Smith, Lindsey A |

CUSA000571

**Trial Exhibit 88
p. 243**

**Completion Dates**
All Exam Components Received?Yes Date All Components Received: 07-25-2019
Appointment Date:08-19-2019 01:30:00 PM

**Surveys**
Send MSEA Americas Survey Email:Yes Date MSEA Americas Survey Email Sent:08-15-2019

**Subjective**

**Encounter info**
Employee name:Snookal, Mark
Employee ID:CAI-MVZM, GUID-1000444873, US-MVZM, MANUFACTURING-MVZM
Date of birth:04-13-1972
Age:47
Date:07-19-2019 09:20:00am
Visit type:MSEA Tracking
Location:NG, Port Harcourt Clinic
Provider:Asekomeh, Eshiofe
Archive as:Medical Suitability for Expatriate Assignment

**Demographics**
Name:Snookal, Mark
Email:Mark.Snookal@chevron.com
Work Phone Number:+1 310-615-5208
Home Phone Number:(323) 747-5345
Supervisor:Ruppert, Austin
Primary Organization:50078111 - Manufacturing
Business Segment:50036499 - EL SEGUNDO REFINERY
Group:50002974 - MAINTENANCE GENERAL
Team:50002989 - EQUIPMENT RELIABILITY GROUP
Org Unit:50211760 - INSTRUMENTATION & ELECTRICAL RELIABLITY
Work Location:156 - EL SEGUNDO, CA
Regional Medical Office:AMERICAS - AMERICAS

**Injections / Immunizations**
· None.

**Objective**

**Procedures**
· Procedure: Cardiovascular Risk Score
 · Completed on: 07-24-2019
 · Comments:
 · Status: Completed
· Procedure: TB Test IGRA
 · Completed on: 07-24-2019
 · Comments:
 · Status: Completed
· Procedure: Yellow Fever Injection
 · Completed on: 07-24-2019
 · Comments:
 · Status: Completed

**Plan**

CUSA000572

Trial Exhibit 88
p. 244

**Orders**
· International Assignment Adult Surveillance - 2 YEARS - Medical Examination Recommendation
· Cardiovascular Risk Score
· TB Test IGRA
· Yellow Fever Injection

**Medical Clearance**
· International Assignment Adult Surveillance - 2 YEARS - Medical Examination Recommendation
International Assignment Adult Surveillance - 2 YEARS - Medical Examination Recommendation
International Assignment Adult Surveillance - 2 YEARS - Medical Examination Recommendation: **Not Fit**
Comments: **Remote location. Can be certified fit for Lagos, Nigeria**
**Notifications**

Generate Detailed PHR

**CUSA000573**

**1/23/20- Pending payment for MSEA Exam/ EKG/Tdap/Typhoid/Toxrid/Hep B - EM**
**01/23/20 - Paid via cc - EM**

CUSA000574

07/24/2019 7:34AM FAX                                                ☑0004/0024

Return all forms including this check list, clinical testing results and itemized billing under confidential
cover to:

Chevron Health & Medical Services
Attn: Medical Programs
P.O. Box 6024
San Ramon, CA 94583-0724

MRN: 201924337 213-458-1341
CSN: 29170037374 7/19/2019 9:20 AM
Snookal, Mark
M 4/13/1972 47 year old
IM ADM WAY 4676 CSMG
Sobel, Irving, MD

As a Chevron Authorized Medical Provider, your facility has been set up with a Quest Diagnostics
account for all laboratory work.   Your Quest Account Number is _____.

Please order lab panels as indicated below:

### Chevron Expat Exam Completion Check List
### International Assignment Exam – Adult

| Employee's Name | Anticipated Start Date of New Assignment |
|---|---|
| **Matthew Manges** | |
| Destination | Scheduler Contact |
| **Nigeria** | **1-877-737-7570** |

| Completed | Exam Content: | Forms: |
|---|---|---|
| ☐ | History and Physical (include blood pressure and all vitals) | GO-146 |
| ☑ | Mental Health Questionnaire | GO-1750 |
| ☑ | Authorization for Disclosure of Health Information | GO-1075 |
| ☑ | Vision Test (**include near and far**) | GO-146 |
| ☐ | Audiogram (Only if in Hearing Conservation Program) | GO-653 |
| ☑ | Resting EKG | **Required** |
| ☐ | Cardiovascular Assessment (unless they were scheduled for stress test based on 2 risk factors) **Use Cardiovascular Risk Score (Framingham Tool) to determine risk** Low risk (<1 to 9 percent) Intermediate risk (10 to 19 percent) High risk (≥20 percent) **If intermediate risk schedule Exercise Treadmill Stress Test** If diabetic and intermediate risk, please schedule nuclear exercise stress test. If the patient has had a negative stress test within one year, contact Chevron Health and Medical to determine if further testing is needed. **If known cardiac disease, cardiac symptoms, or high-risk score then refer to individual's active clinical file to determine if further testing is needed, such as nuclear stress ECG, stress ECHO or Cardiology referral.** | **Required** |

CUSA000575

07/24/2019 7:34AM FAX                                                      ☑0005/0024

| Completed | Exam Content: | Forms: |
|---|---|---|
| ☑ | Comprehensive Metabolic Panel, Lipid Panel, HgbA1c, TSH, Uric Acid, Lactate Dehydrogenase (LD), Gamma Glutamyl Transferase (GGT), RPR | **Required Included in Panel 337251** |
| ☑ | CBC with Differential | **Required Included in Panel 337251** |
| ☑ | Urinalysis with Microscopic | **Required Included in Panel 337251** |
| ☑ | TB Skin Test *(Required 5 months of age and older)* or *QuantiFeron-TB (5 yrs. of age and older)*. *(Unless previously positive)* | -If history of ·· PPD, please perform a PA and Lateral Chest x-ray |
| ☐ | Yellow Fever **(Please forward a scanned copy of the stamped yellow card)** This individual requires a Yellow Fever vaccine for their assignment. As you are aware yellow fever is a live virus which must be *administered together with other live viruses such as MMR*. If your facility does not have yellow fever vaccine available, please **DO NOT** administer other live virus vaccines and notify a Chevron scheduler. | **Required** |
| ☐ | Immunizations (as needed) Hep A ⟩ or **TwinRix** Hep B Typhoid TDAP Meningococcal (for those traveling outside of Lagos north to Abuja) Polio MMR if born in the US after 1956 or if no known history of immunity **DO NOT RUN TITERS; Give the required and recommended immunizations as listed above.** | Immunization Record |
| ☐ | Malarial Prophylaxis | **Required** |

CUSA000576

07/24/2019 7:34AM FAX                                                              ☑0006/0024



**Chevron**
Mark Snookal
CAI - MVZM

Authorization for Disclosure of
Health Information
GO-1075

If requesting copies from Chevron, please forward completed form to the Chevron regional medical manager office closest to you or to the location checked below:

☒ Americas: Chevron Health and Medical, P.O. Box 6024, San Ramon, CA , USA 94583

☐ Asia / Pacific Region: Chevron International Pte LTD, Health and Medical, 3 Fraser Street, #12-28 Duo Tower, Singapore, 189352

☐ Europe / Eurasia / Middle East / Africa: Chevron Health and Medical, 1 Westferry Circus, Canary Wharf, London, UK, E14 4HA

☐ Chevron Shipping Medical Manager, 6101 Bollinger Canyon Road, BR1, Room 4646, San Ramon, CA, USA 94583

☐ Other Chevron Medical Facility: _____

Photocopies of this form will be as effective as the original.

I, __Mark Snookal_____ , hereby authorize  __Dr. Irving Sobel_____
 Name of Requester                                         Holder of Information

Holder's Address  __Cedars-Sinai Marina Internal Medicine, 4676 Admiralty Way Ste. 400__
City __Marina Del Rey____  State __CA__  Zip __90292____  Phone # __(310)423-3277__

To disclose the following information from the health records of:
Name  __Mark Snookal_____
Examinee ID  _____  CAI  __MVZM_____
Address  __2200 Maricopa Drive_____  Home Phone #  __(213)458 1341__
City __Los Angeles____  State __CA__  Zip __90065__  Work Phone #  __(310)615-5208__

Covering the period(s) of examination(s)
From (date) (mm/dd/yyyy) __07 / 19 / 2019__     To (date) (mm/dd/yyyy)  __11 / 30 / 2019__

Information to be disclosed (check all that apply):
☒ Audiogram(s)               ☒ Laboratory test(s)        ☒ Vision testing(s)
☒ Electrocardiogram(s)       ☒ Physical examination(s)   ☒ X-ray report (s)
☒ Illness / injury information ☒ Pulmonary function test(s) ☒ Photographs or images
☒ Complete health record     ☐ Other (please specify) _____

GO-10/5 (1-19)
Word Electronic Version

CUSA000577

**Trial Exhibit 88**
**p. 249**

07/24/2019 7:34AM FAX                                                              ☑0007/0024

**Chevron**    Mark Snookal
CAT - MVZM

**Authorization for Disclosure of
Health Information
GO-1075 (cont.)**

This information is to be disclosed to:

| | | | |
|---|---|---|---|
| Name | Lindsey Smith | Organization | Chevron |
| Address | 6001 Bollinger Canyon Rd. W1311 | Phone # | (925) 842-4905 |
| City San Ramon | State CA | Zip 94583 | |

For the purpose of: (please specify)    medical examination to obtain medical clearance for international
assignment

Date or event on which this authorization will expire : (If not specified, this authorization will
expire in one year from date of signature)

                                                                        /    /
                                                                   (Date) (mm/dd/yyyy)

I understand that unless I specify otherwise specific information to be released may include, but is not limited to
history, diagnosis and/or treatment of drug or alcohol abuse, mental/psychiatric related illnesses and/or
communicable disease, including human immunodeficiency virus (HIV) and Acquired Immune Deficiency Syndrome
(AIDS). I also understand that if I am on an international assignment, the information may be shared with the global
company physician at my assignment location.

I would like to place the following restrictions on this authorization:

I understand I may revoke this authorization in writing by sending a letter to the holder of the information to whom
this authorization is directed. If revoked, it would not affect any actions already taken in good faith in reliance on
this authorization. It is further understood that the information release is for the specific purpose stated above and
may not be provided in whole or in part to any other person or organization. Information used or disclosed pursuant
to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the
applicable privacy law(s). I may request a copy of this authorization from the Company. I request a copy of this
authorization ☒ Yes

| Signed: _____ | | 7 /18 / 2019 |
|---|---|---|
| (Employee or legal representative) | | (Date) (mm/dd/yyyy) |
| _____ | Spouse | 7 /18 / 2019 |
| (Signature of witness) | (Relationship to requestor) | (Date) (mm/dd/yyyy) |

FOR INTERNAL USE ONLY
Copy given to requestor: [ ] Yes

                                                              GO-1075 (1-19)
                                                              Word Electronic Version

**CUSA000578**

07/24/2019 7:35AM  FAX                                              ☑0008/0024

**Chevron**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖   Mental Health Questionnaire for Employees GO-1750

Mark Snookal                                                         **CONFIDENTIAL**
CAI – MVZM

Name:  Mark Snookal
CAI:   CAI - MVZM                              Date (mm/dd/yyyy):    7/18/2019

Some job positions or type of assignments (i.e. International, Mariner, Pilot) require social and psychological adjustments that often cause stress to you and your family. It is especially important to maintain your and your family's health when assigned in a safety-sensitive job position or outside your home country. Please answer the following questions. Your response will remain confidential within Health and Medical. The questionnaire is used to determine the need for additional evaluation and to facilitate resource referrals for you and your family member(s) in preparation for assignment. After reviewing your responses, the clinician will let you know about appropriate resources should any be recommended for you and your family.

Should you wish to contact resources directly, please call Chevron Employee Assistance and WorkLife Services: 800-860-8250; ctn 842-3333; (925) 842-3333 (collect).

1.  In the past five years do you (or have you had) have issues or concerns (e.g.: mental health condition, drug/alcohol problem, marital stress, spouse adjustment, children with learning disabilities or other special needs, elder care issues, separation from extended family) as you anticipate or since being on assignment? ☒ Yes ☐ No
    If Yes, describe;       Death of Mother (09/16), Child diagnosed with Learning Disability (11/2018)
    include dates (mm/dd/yyyy):

2.  Do you have or have you been treated for a mental health condition or substance abuse/alcohol problem? ☒ Yes ☐ No
    If Yes, include dates (mm/dd/yyyy): Depression (last treated 1996)
    Are you concerned about this condition as you anticipate (or have been on) this assignment? ☐ Yes ☒ No
    Comments    I have not had symptoms of depression since 1996

3.  Are you currently taking or have you taken medications in the past five years for a mental health condition? ☐ Yes ☒ No
    Please list medications, prescribed dose and dates (mm/dd/yyyy) taken:

4.  If you are currently using prescribed medications for a mental health condition, have you made inquiries about obtaining these medications in your new assignment? ☐ Yes ☐ No
    Have you had any difficulties in obtaining these medications while on assignment (periodic evaluation only)? ☐ Yes ☐ No
    Describe:

5.  During the recent past (4 – 6 weeks) have you felt down, depressed, hopeless, and / or lacking energy? ☐ Yes ☒ No
    If yes, describe:

**EMPLOYEE:**
I understand that this information will be furnished to either the Chevron regional medical manager or the Chevron health and medical facility for management of the expatriate assignment.

Employee Signature                                              7/18/2019
                                                               Date (mm/dd/yyyy)

**CUSA000579**

07/24/2019 7:33AM  FAX                    ☑0003/0024

 **Chevron**

| | |
|---|---|
| (barcode) | **Request for Medical Service**<br>**GO-147-1** |

**Medical Examiner: When completed, please forward to the Chevron regional medical office checked below:**
- ☐ Americas; Chevron Health and Medical, P.O. Box 6024, San Ramon, CA, USA 94583
- ☐ Asia / Pacific Region: Chevron International Pte LTD, Health and Medical, Chevron House, 30 Raffles Place #21-01, Singapore 048622
- ☐ Europe / Eurasia / Middle East / Africa: Chevron Health and Medical, 1 Westferry Circus, Canary Wharf, London, UK, E14 4HA
- ☐ Chevron Shipping Medical Manager, 6001 Bollinger Canyon Road, BR1, Room 4646, San Ramon, CA, USA 94583
- ☐ Other Chevron Medical Facility:

MRN: 201924337  213-458-1341
CSN: 29170037874 7/19/2019  9:20 AM
Snookal, Mark
M 4/18/1972 47 year old
IM ADM WAY 4676 CSMG
Sobel, Irving, MD

**Section A - To be completed by Examinee and/or Issuing Office. Issuing office should supply the employee/applicant with all applicable Chevron "GO" forms.**

| Examinee Full Name | | Medical Provider | Provider No. |
|---|---|---|---|
| MARK SNOOKAL | CAI | DR. IRVIN SOBEL | |

| Examinee ID | Phone (Home / Cell) | Appointment Date | Appointment Time |
|---|---|---|---|
| | | 07/19/2019 | 9:20AM |

| Date of Birth (mm/dd/yyyy) | Cost Center | Provider Address |
|---|---|---|
| | | 4676 ADMIRALTY WAY SUITE 400 |

| Home Company / Primary Organization | Provider City | State / Province | Postal / Zip Code | Country |
|---|---|---|---|---|
| | MARINA DEL REY | CA | 90292 | USA |

| Location | Provider Phone Number |
|---|---|
| | 310-306-6966 |

| Issuing Office Contact Name | Phone No. | Date (mm/dd/yyyy) |
|---|---|---|
| LINDSEY SMITH | 925-842-4905 | 07/01/2019 |

| Issuing Office Address | City | State / Province | Postal / Zip Code | Country |
|---|---|---|---|---|
| 6001 BOLLINGER CANYON RD. | SAN RAMON | CA | 94583 | USA |

| Reason for Request |
|---|
| INT EXAM / NIGERIA |

**Section B - Issuing Office: Check the appropriate medical examinations or components and attach applicable Chevron "GO" forms.**

| | | | | | |
|---|---|---|---|---|---|
| Arsenic: | ☐ Initial ☐ Periodic ☐ Exit | | Motor Vehicle Driver: | ☐ Initial ☐ Periodic |
| Asbestos: | ☐ Initial ☐ Periodic ☐ Exit | | Noise (Hearing Conservation): | ☐ Initial ☐ Periodic |
| Benzene: | ☐ Initial ☐ Periodic ☐ Emergency | | Offshore Oil and Gas Worker: | ☐ Initial ☐ Periodic |
| Emergency Response: | ☐ | | Pilot: | ☐ |
| Exercise Treadmill Test: | ☐ | | Pre-Placement - Extensive: | ☐ |
| Fire Brigade: | ☐ Initial ☐ Periodic | | Pre-Placement - Marine: | ☐ |
| For Cause Evaluation: | ☐ | | Pre-Placement - Mining: | ☐ |
| Formaldehyde: | ☐ | | Refractory Ceramic Fibers: | ☐ Initial ☐ Periodic ☐ Exit |
| Functional Capacity Eval.: | ☐ | | Respirator User Exam ONLY: | ☐ Initial ☐ Periodic ☐ Exit |
| HAZWOPER: | ☐ Initial ☐ Periodic ☐ Exit | | Return to Work: | ☐ |
| Hexavalent Chromium: | ☐ Initial ☐ Periodic ☐ Exit | | Segmental (Hand-Arm) Vibration | ☐ Initial ☐ Periodic ☐ Exit |
| Hoistman/Crane Operator: | ☐ Initial ☐ Periodic | | Spill Response (Corporate-Sponsored) | |
| Hydrogen Sulfide: | ☐ Initial ☐ Periodic | |    Advisory & Resource Team: | ☐ Initial ☐ Periodic |
| Immunizations ONLY: | ☐ | |    ESF&H Team: | ☐ Initial ☐ Periodic |
| International Assignment: | ☐ Adult ☐ Dependent | |    Functional Team: | ☐ Initial ☐ Periodic |
| Job Transfer: | ☐ | |    Worldwide Emergency Team: | ☐ Initial ☐ Periodic |
| Laboratory Worker: | ☐ | | Truck Driver: | ☐ Initial ☐ Periodic |
| Lead: | ☐ Initial ☐ Periodic ☐ Exit | | Urine Drug Screen: | ☐ |
| Lead Biological Monitoring: | ☐ | | Van Pool: | ☐ |
| Marine Periodic: | ☐ | | Other: | |
| Mercury: | ☐ Initial ☐ Periodic ☐ Exit | | | |
| Mercury Biological Monit.: | ☐ | | | |
| Mine Rescue: | ☐ | | | |

**Section C - Instructions to Medical Examiner:**
1. Refer to current edition of the "Medical Examination Programs Book" for exam components.
2. Contact the regional medical manager office noted above for additional information.
3. Please complete and sign all applicable Chevron forms as provided by the examinee or determined from the "Medical Examination Programs Book".
4. Send original of this request immediately to the Issuing Office by mail or with the employee in a sealed envelope.
5. Send a copy of this form, exam paperwork, results (except drug testing), and invoice to Chevron H&M, P.O. Box 6024, San Ramon, CA 94583 (Fax 855-325-9593).
6. Send drug screen invoices to Advanced Workplace Strategies, Inc. 17542 East 17th Street, Suite 330, Tustin, CA 92780.

GO-147-1 (4-16)
Word Electronic Version

CUSA000580

**Trial Exhibit 88**
**p. 252**

**EX 88-024**

07/24/2019 7:37AM FAX                                                      Ø0015/0024

Member name: Mark J Snookal
Date of birth: 4/13/1972
Gender: M
Primary care physician: JOSHUA TOLLIVER FLEISCHMAN MD, M.D.
Date printed: 7/18/2019

| Immunization | Date |
|---|---|
| INFS pres free 6mos-adult (Fluarix quadrivalent) | 9/14/2018 |
| INFs (Influenza split-virus ) | 12/15/2012, 10/14/2011 |
| INFs 4yrs and over (FLUVIRIN) (Influenza) | 10/12/2013 |
| INFs 9yrs-adult (AFLURIA) (Influenza) | 3/15/2016 |
| INFs pres free 3yrs-adult (FLUZONE) (Influenza) | 10/13/2014 |
| INFs pres free 4yrs-adult (FLUVIRIN) (Influenza) | 11/9/2017 |
| INFs pres free 9yrs-adult (AFLURIA) (Influenza) | 11/18/2016 |
| TB-PPD, (TB skin test) | 12/12/2012 |
| Tdap (ADACEL) (Tetanus, diphtheria, acellular pertussis) | 7/17/2009 ✓ |
| VAR (Varicella, chickenpox) | 4/29/2011 ✓ |

Certain content delivered by MyChart®, licensed from Epic Systems Corporation. © 1999 to November 2018, patents pending

CUSA000581

07/24/2019 7:38AM  FAX                                                    ☑0018/0024

MRN: 201924337  213-458-1341
CSN: 29170037874 7/19/2019 9:20 AM
Snookal, Mark
M 4/18/1972 47 year old
IM ADM WAY 4676 CSMQ
Sobel, Irving, MD

| | | DATE GIVEN fecha de vacunación | DOCTOR OFFICE OR CLINIC médico o clínica | DATE NEXT DOSE DUE próxima vacuna |
|---|---|---|---|---|
| VACCINE vacuna | | | | |
| | 1 | 8/72 | | |
| | 2 | 1/73 | | |
| POLIO | 3 | 8/73 | SOUTHERN CALIF. PERMANENTE MEDICAL PANORAMA CITY, CALIFORNIA | |
| | 4 | 11/73 | | |
| | | 11/77 | | |
| DTP/Td | 1 | 8/72 | | |
| Diphtheria, Tetanus, Pertussis (Whooping Cough) difteria, tétano y tos ferina | 2 | 1/73 | SOUTHERN CALIFOR PERMANENTE MEDICAL 13852 CANTARA STREET PANORAMA CITY, CALIFORNIA | |
| | 3 | 8/73 | | |
| | 4 | 11/73 | | |
| | 5 | 11/77 | | |
| MEASLES sarampión | | MMR | | |
| RUBELLA sarampión alemán | | | SOUTHERN PERMANENTE MEDICAL 13852 CANTARA STREET PANORAMA CITY, CALIFORNIA | |
| MUMPS paperas | | | | |

PM-208                                          20732-4404 B1 /SOMCAM ● DSP

CUSA000582

Trial Exhibit 88
p. 254

07/24/2019 7:38AM  FAX                                                          ☑0017/0024

| VACCINE | DATE GIVEN | DOCTOR OFFICE OR CLINIC |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TB SKIN TESTS** *Pruebas de la Tuberculosis* | Date _11/17_ ☐Pos ☑Neg Indur.___ mm | Date ___ ☐Pos ☐Neg Indur.___ mm | Date ___ ☐Pos ☐Neg Indur.___ mm |

IMPORTANT — *IMPORTANTE*

Your child must meet California's immunization requirements to be enrolled
in school. Keep this Record as proof of immunization.
*Su niño debe cumplir con los requisitos de vacunas del Estado de California*
*para ser admitido a la escuela. Mantega este Comprobante: lo necesitará.*

# IMMUNIZATION RECORD
## Comprobante de Inmunizacion

Name
*nombre* Ma

Birthdate
*fecha de nacimiento*

Allergies
*alergias*

Vaccine Reactions
*reacciones a la vacuna*

RETAIN THIS DOCUMENT — *CONSERVE ESTE DOCUMENTO*

CUSA000583

Trial Exhibit 88
p. 255

07/24/2019 7:38AM  FAX    ☒0018/0024

MRN: 201924337 213-468-1341
CSN: 29170037374 7/19/2019 9:20 AM
Snookal, Mark
M 4/13/1972 47 year old
IM ADM WAY 4676 CSMG
Sobel, Irving, MD

## INTERNATIONAL CERTIFICATE OF VACCINATION OR PROPHYLAXIS

AS APPROVED BY

### THE WORLD HEALTH ORGANIZATION

## CERTIFICAT INTERNATIONAL DE VACCINATION OU DE PROPHYLAXIE

APPROUVÉ PAR

### L'ORGANISATION MONDIALE DE LA SANTÉ

MRN- 201924337

Snookal, Mark

TRAVELER'  M 4/13/1972 47 yo

ADDRESS-ADRESSE    (Number-Numéro)    (Street-Rue)

(City-Ville)

(County-Département)    (State-Pays)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR DISEASE CONTROL AND PREVENTION

CDC 731 (formerly PHS-731)

### INFORMATION FOR TRAVELERS

The International Certificate of Vaccination or Prophylaxis is an official statement verifying that proper procedures have been followed to immunize you against a questionable disease which could be a threat to the United States and other countries. The certificate is essential in providing uninterrupted international travel. IT MUST BE COMPLETE AND ACCURATE IN EVERY DETAIL, or you may be detained at international ports of entry.

Smallpox as a naturally occurring disease has been eradicated; consequently, there is currently no recommendation for the routine use of smallpox vaccine for international travel. The requirement for the International Certificate of Vaccination was removed from the International Health Regulations in 1973. If vaccination against cholera is performed, it can be entered in the Other Immunizations/Prophylaxis Received section.

Certain immunizations may be required by countries; other immunizations and preventive measures are sometimes advisable, depending on the traveler's age, previous immunization (or chance) and the nature and duration of travel. YELLOW FEVER IMMUNIZATION MAY BE GIVEN ONLY BY A DESIGNATED YELLOW FEVER VACCINATION CENTER. To locate the nearest Yellow Fever Center, see www2.ncdc.cdc.gov/travel/yellowfever/. Other immunizations may be given by any licensed physician or clinic.

There is a risk of acquiring MALARIA when traveling to parts of Central and South America, the island of Hispaniola (the Dominican Republic and Haiti), Africa, Asia (including South Asia, Southeast Asia and the Middle East), Eastern Europe and the South Pacific. You are strongly advised to seek information from your local or state health department, private physician, or the CDC Travelers' Health website (www.cdc.gov/travel) concerning the need for protection against malaria and for instructions on how the prophylactic drugs should be taken.

It is strongly recommended that persons traveling abroad and those entering the United States be immune from measles by prior disease or vaccination.

If you need medications regularly, take an adequate supply with you. Because of possible stringent customs to your health, do NOT take medications purchased "over the counter" unless you are familiar with the product. Should you need medical assistance, the American Embassy or consulate usually can provide names of physicians or hospitals.

### SAVE THIS BOOKLET FOR FUTURE TRAVEL,
### AND AS A RECORD OF YOUR VACCINATION HISTORY.

CUSA000584

07/24/2019 7:38AM FAX                                                         ☑0019/0024

MRN: 201924337 213-456-1341
CSN: 29170037374 7/19/2019 9:20 AM
Snookal, Mark
M 4/18/1972 47 year old
IM ADM WAY 4676 CSMG
Sobel, Irving, MD

### OTHER IMMUNIZATIONS/PROPHYLAXIS RECEIVED
### Autres vaccinations/prophylaxies reçues

This space is provided to record immunizations/prophylaxis that are not required for entrance into any country but have been obtained by the traveler for additional health protection (immune globulin, malaria, measles, etc.).

Inscrivez dans cet espace les vaccinations ou prophylaxies non nécessaires pour l'admission dans un pays, mais qui ont été effectuées pour une protection accrue (immunoglobuline, paludisme, rougeole...).

| Date | Vaccine/prophylaxie drug / Vaccin/médicament prophylactique | Dose | Physician's signature / Signature du médecin |
|------|-------------------------------------------------------------|------|----------------------------------------------|
| JUL 1 9 2019 | | | |
| JUL 1 9 2019 | Hep A #1 | 1 mL | Cedars Sinai Medical Network |
| JUL 1 9 2019 | Hep B #1 | 1 mL | 4676 Admiralty Way, 4th Floor |
| JUL 1 9 2019 | Tdap | .5 mL | Marina del Rey, CA 90292 310.306.6966 |
| JUL 1 9 2019 | MMR | .5 mL | Cedars Sinai Medical Network |
| JUL 1 9 2019 | Typhoid | oral | 4676 Admiralty Way, 4th Floor Marina del Rey, CA 90292 310.306.6966 |

CUSA000585

Trial Exhibit 88
p. 257

07/24/2019 7:41AM FAX                                                    ☑0024/0024

 

Report Status: Final - Courtesy Copy
SNOOKAL, MARK

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SNOOKAL, MARK**<br><br>**DOB:** 04/13/1972   **AGE:** 47<br>Gender:  M<br>Phone:   213.458.1341<br>Patient ID: 201924337 | Specimen:  EN635672W<br>Requisition: 8104560<br>Lab Ref #:  337306849<br>Collected:  07/19/2019 / 10:39 PDT<br>Received:  07/20/2019 / 01:49 PDT<br>Faxed:     07/23/2019 / 09:39 PDT<br>(* A Copy Front) | Client #: 97510739     MAIL992<br>CHEVRON-ACCESS MEDICAL<br>Attn: SYLVIA<br>4644 LINCOLN BLVD STE 114<br>MARINA DEL REY, CA 90292-6374 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| QUANTIFERON(R)-TB GOLD | | | | EN |
| PLUS, 1 TUBE | NEGATIVE | | NEGATIVE | |

Negative test result. M. tuberculosis complex
infection unlikely.

| | | | | |
|---|---|---|---|---|
| NIL | 0.01 | | IU/mL | |
| MITOGEN-NIL | 8.66 | | IU/mL | |
| TB1-NIL | 0.00 | | IU/mL | |
| TB2-NIL | 0.00 | | IU/mL | |

The Nil tube value reflects the background interferon
gamma immune response of the patient's blood sample.
This value has been subtracted from the patient's
displayed TB and Mitogen results.

Lower than expected results with the Mitogen tube
prevent false-negative Quantiferon readings by
detecting a patient with a potential immune
suppressive condition and/or suboptimal pre-analytical
specimen handling.

The TB1 Antigen tube is coated with the
M. tuberculosis-specific antigens designed to elicit
responses from TB antigen primed CD4+ helper
T-lymphocytes.

The TB2 Antigen tube is coated with the
M. tuberculosis-specific antigens designed to elicit
responses from TB antigen primed CD4+ helper and CD8+
cytotoxic T-lymphocytes.

For additional information, please refer to
https://education.questdiagnostics.com/faq/FAQ204
(This link is being provided for informational/
educational purposes only.)

**PERFORMING SITE:**
EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAB TOOCHINDA,MD, CLIA: 05D0642827

* UNASSIGNED ACCOUNTS has requested a copy of this report be sent to you. Ordering Physician: SOBEL, IRVING

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**CUSA000586**

**Trial Exhibit 88**
**p. 258**
**EX 88-030**

07/24/2019 7:40AM  FAX                                                      ⌧0021/0024

 Quest
Diagnostics



Report Status: Partial - Courtesy Copy
SNOOKAL, MARK

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SNOOKAL, MARK | Specimen: EN632678W | Client #: 97510739    MAIL992 |
| | Requisition: 8101141 | CHEVRON-ACCESS MEDICAL |
| DOB: 04/13/1972    AGE: 47 | Lab Ref #: 337306788 | Attn: SYLVIA |
| Gender:   M | Collected:  07/19/2019 / 10:39 PDT | 4644 LINCOLN BLVD STE 114 |
| Phone:    213.458.1341 | Received:   07/20/2019 / 00:52 PDT | MARINA DEL REY, CA 90292-6374 |
| Patient ID: 201924337 | Faxed:      07/23/2019 / 09:39 PDT | |
| | (* A Copy From) | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL, STANDARD | | | | |
| CHOLESTEROL, TOTAL | 181 | | <200 mg/dL | EN |
| HDL CHOLESTEROL | | 32 L | >40 mg/dL | SN |
| TRIGLYCERIDES | | 152 H | <150 mg/dL | EN |
| LDL-CHOLESTEROL | | 122 H | mg/dL (calc) | EN |

Reference range: <100

Desirable range <100 mg/dL for primary prevention;
<70 mg/dL for patients with CHD or diabetic patients
with > or = 2 CHD risk factors.

LDL-C is now calculated using the Martin-Hopkins
calculation, which is a validated novel method providing
better accuracy than the Friedewald equation in the
estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068
(http://education.QuestDiagnostics.com/faq/FAQ164)

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | | 5.7 H | <5.0 (calc) | EN |
| NON HDL CHOLESTEROL | | 149 H | <130 mg/dL (calc) | EN |

For patients with diabetes plus 1 major ASCVD risk
factor, treating to a non-HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic
option.

| | | | | |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | EN |
| PANEL | | | | |
| GLUCOSE | 91 | | 65-99 mg/dL | |

Fasting reference interval

| | | | |
|---|---|---|---|
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL |
| CREATININE | 1.20 | | 0.60-1.35 mg/dL |
| eGFR NON-AFR. AMERICAN | 72 | | > OR = 60 mL/min/1.73m2 |
| eGFR AFRICAN AMERICAN | 83 | | > OR = 60 mL/min/1.73m2 |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) |
| SODIUM | 141 | | 135-146 mmol/L |
| POTASSIUM | 5.1 | | 3.5-5.3 mmol/L |
| CHLORIDE | 108 | | 98-110 mmol/L |
| CARBON DIOXIDE | 22 | | 20-32 mmol/L |
| CALCIUM | 10.1 | | 8.6-10.3 mg/dL |
| PROTEIN, TOTAL | 6.8 | | 6.1-8.1 g/dL |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL |
| GLOBULIN | 2.4 | | 1.9-3.7 g/dL (calc) |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | 1.0-2.5 (calc) |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL |
| ALKALINE PHOSPHATASE | | 152 H | 40-115 U/L |
| AST | 23 | | 10-40 U/L |
| ALT | 33 | | 9-46 U/L |
| HEMOGLOBIN A1c | 5.2 | | <5.7 % of total Hgb | EN |

For the purpose of screening for the presence of
diabetes:

<5.7%     Consistent with the absence of diabetes
5.7-6.4%  Consistent with increased risk for diabetes

CLIENT SERVICES: 866.697.8378           SPECIMEN: EN632678W                    PAGE 1 OF 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**CUSA000587**

**Trial Exhibit 88**
**p. 259**

07/24/2019 7:40AM  FAX                                                    ☑0022/0024

  

Report Status: Partial - Courtesy Copy
SNOOKAL, MARK

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SNOOKAL, MARK**<br><br>DOB: 04/13/1972    AGE: 47<br>Gender:  M<br>Patient ID: 201924337 | Specimen:  EN632678W<br>Collected:  07/19/2019 / 10:39 PDT<br>Received:  07/20/2019 / 00:52 PDT<br>Faxed:  07/23/2019 / 09:39 PDT<br>(* A Copy From) | Client #: 97510739 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| (prediabetes) | | | | |
| > or =6.5%  Consistent with diabetes | | | | |

This assay result is consistent with a decreased risk
of diabetes.

Currently, no consensus exists regarding use of
hemoglobin A1c for diagnosis of diabetes in children.

According to American Diabetes Association (ADA)
guidelines, hemoglobin A1c <7.0% represents optimal
control in non pregnant diabetic patients. Different
metrics may apply to specific patient populations.
Standards of Medical Care in Diabetes (ADA).

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| URIC ACID | 7.7 | | 4.0-8.0 mg/dL | EN |
| Therapeutic target for gout patients: <6.0 mg/dL | | | | |
| LD | 168 | | 100-220 U/L | EN |
| GGT | 29 | | 3-95 U/L | EN |
| TSH | 1.36 | | 0.40-4.50 mIU/L | EN |
| CBC (INCLUDES DIFF/PLT) | | | | EN |
| WHITE BLOOD CELL COUNT | 6.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.77 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 14.7 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 43.2 | | 38.5-50.0 % | |
| MCV | 90.6 | | 80.0-100.0 fL | |
| MCH | 30.8 | | 27.0-33.0 pg | |
| MCHC | 34.0 | | 32.0-36.0 g/dL | |
| RDW | 12.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 262 | | 140-400 Thousand/uL | |
| MPV | 9.6 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 3166 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2105 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 531 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 220 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 79 | | 0-200 cells/uL | |
| ABSOLUTE NUCLEATED RBC | 0 | | 0 cells/uL | |
| NEUTROPHILS | 51.9 | | % | |
| LYMPHOCYTES | 34.5 | | % | |
| MONOCYTES | 8.7 | | % | |
| EOSINOPHILS | 3.6 | | % | |
| BASOPHILS | 1.3 | | % | |
| RPR (DX) W/REFL TITER AND | | | | EN |
| CONFIRMATORY TESTING | NON-REACTIVE | | NON-REACTIVE | |

**PENDING TESTS:**

| VDRL, SERUM |
|---|

**PERFORMING SITE:**

EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAIB TUOCHINDA,MD, CLIA, 05D0642837

* ACCESS MEDICAL GROUP has requested a copy of this report be sent to you. Ordering Physician: SOBEL, IRVING

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

CUSA000588

07/24/2019 7:40AM  FAX                                                    ☑0023/0024

 Quest Diagnostics    

Report Status: Final - Courtesy Copy
SNOOKAL, MARK

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SNOOKAL, MARK<br><br>DOB: 04/13/1972    AGE: 47<br>Gender:   M<br>Phone:    213,458,1341<br>Patient ID: 201924337 | Specimen:   EN632679W<br>Requisition: 8101274<br>Lab Ref #:   3373067796<br><br>Collected:   07/19/2019 / 10:39 PDT<br>Received:    07/20/2019 / 00:54 PDT<br>Faxed:       07/23/2019 / 09:39 PDT<br>(* A Copy From) | Client #: 97510739      MAIL,992<br>CHEVRON-ACCESS MEDICAL<br>Attn: SYLVIA<br>4644 LINCOLN BLVD STE 114<br>MARINA DEL REY, CA 90292-6374 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, COMPLETE | | | | EN |
| COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.010 | | 1.001-1.035 | |
| PH | 5.5 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| WBC | NONE SEEN | | < OR = 5 /HPF | |
| RBC | NONE SEEN | | < OR = 2 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | < OR = 5 /HPF | |
| BACTERIA | NONE SEEN | | NONE SEEN /HPF | |
| HYALINE CAST | NONE SEEN | | NONE SEEN /LPF | |

PERFORMING SITE:
EN    QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: TAB TOOCHINDA,MD, CLIA, 05D0642921

* ACCESS MEDICAL GROUP has requested a copy of this report be sent to you. Ordering Physician: SOBEL, IRVING

CUSA000589

07/24/2019 7:39AM  FAX
☑0020/0024



ID:          201924337
Name:        SNOOKAL, MARK
DOB:         04/13/1972 (47 yr)

Gender:      Male
Race:        Caucasian
Physician:   IRVING SOBEL MD

07/19/2019 09:30:11AM
P/PR:          112/136 ms
QRS:           116 ms
QT/QTc:        460/415 ms
P/QRS/T axis:  14/-36/7 deg
Heart rate:    49 bpm

sinus rhythm (slow)
premature ventricular complexes
left axis deviation
slight intraventricular conduction delay
Borderline ECG
Unconfirmed Report

MRN: 201924337 213-458-1941
CSN: 2917010313374 7/19/2019 9:20 AM
Snookal, Mark
04/13/1972 47 year old
IM ADM WAY 4676 USMG
Sobel, Irving, MD

25 mm/s          10 mm/mV Frequency Response [0.5-35] Hz 60hz          Version 2.10.07

CUSA000590

07/24/2019 7:35AM FAX 　　　　　　　　　　　　　　　　　　 ☑0009/0024

Chevron

Medical Suitability for Expatriate Assignment History & Physical Examination
GO-146-MSEA

Mark Snookal
CAI - MVZM

07 24-15

JUL 2 4 2019

Initial
Nigeria

Note to Examinee and Examiner: In the US, the Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information for any U.S. based employees (whether within the U.S. or outside the U.S. on assignment) when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. Local or Host Country legal requirements may also apply.

**Part A: Examinee: Please complete Parts A through F prior to exam**

| F.I. | M.I | Last Name | First Name | | CAI | Gender | |
| | | Mark Snookal | | | MVZM | M | |

| Current Job Title | New Job Title* | | Current Company/BU/OpCo | Next* Company/BU/OpCo | Current Location | Next* Location |
| IEA Reliability Team Lead | Reliability Engineering Manager | | ESE | NMASBU | El Segundo CA USA | Escravos, Nigeria |

*if Applicable

**Part B: Your country of assignment may or may not have full medical resources to support your health needs. Please answer the following questions as accurately as possible and check 'N' (no) or 'Y' (yes) in the column. Answers with Yes, please provide more information in the description boxes. This information is used to promote your safety and ensure your health needs can be met. (If need, please use backpage)**

| | | N | Y | Description |
|---|---|---|---|---|
| 1. | Do you have any medical, physical or psychological conditions under the care of a health professional? If yes, please describe. | ☐ | ☒ | I have a dilated aortic root. I am under the care of a cardiologist and see him once per year for a checkup. I have consulted with him on this assignment and he sees no issues with it. |
| 2. | (a) Are you taking any medicines that require a prescription? If yes, please list. | ☐ | ☒ | Losartan and Amlodipine |
| | (b) Are you taking any non-prescription medicines on a frequent basis? If yes, please list. | ☒ | ☐ | |
| 3. | (a) Do you have any allergies? | ☒ | ☐ | |
| | (b) Have you ever had severe allergic reactions? If yes, do you know what caused it? | ☒ | ☐ | |
| 4. | Do you exercise for at least 30 minutes 3 times a week, on average? | ☐ | ☒ | |
| 5. | (a) Do you feel unusual fatigue or sleepiness? | ☒ | ☐ | |
| | (b) Do you have any problems sleeping? | ☒ | ☐ | |
| | (c) Do you use sleeping aids, including medication? | ☒ | ☐ | |
| 6. | Have you ever experienced health problems working in extreme weather conditions? | ☒ | ☐ | |
| 7. | Have you experienced unexplained weight loss or gain? | ☒ | ☐ | |
| 8. | (a) Do you smoke? If yes, how much each day? | ☒ | ☐ | |
| | (b) Did you smoke regularly for more than 1 year ever in your past? | ☒ | ☐ | |
| 9. | Do you drink alcoholic beverages? If yes, what is your average weekly intake? | ☒ | ☐ | |
| 10. | Have you ever required a medical evacuation from a work location? If yes, what was the reason? | ☒ | ☐ | |

Page 1 of 6

GO-146-MSEA (5-12)
Word Electronic Version

CUSA000591

**Trial Exhibit 88**
**p. 263**

EX 88-035

07/24/2019 7:36AM  FAX                                                                    ☑0010/0024

| | | Examinee Last and First Name<br>Mark Snoukal | Examinee CAI<br>MVZM |
|---|---|---|---|

| | | N | Y | Description |
|---|---|---|---|---|
| 11. | Have you ever had any mental health or psychological issues requiring at least a medical prescription? If yes, please describe | ☐ | ☒ | I was treated for depression with Effexor for a few years from approximately 1994-1996 |
| 12. | Have you been in the emergency room and or hospitalized within the last six months? | ☒ | ☐ | |
| 13. | Have you undergone any surgical procedure or operations within the last six months? | ☒ | ☐ | |
| 14. | Did you have a physical (periodic, preventive) exam within the past two years? | ☐ | ☒ | |
| 15. | Would you need health/medical resources for any disabling or special condition in the country of assignment? | ☒ | ☐ | |
| 16. | Would you like to schedule a discussion with a Chevron Physician or Regional Medical Manager to discuss further a health condition or learn more about the host country medical resources? | ☒ | ☐ | |
| 17. | Does your new position require you to work or travel Offshore, In Field/Plant or Strictly Office?  Please advise if you need additional certifications for your new position (e.g. HUET/BOSIET, Oil and Gas U.K.) | ☐ | ☐ | My position is strictly office |

Part C: Please answer the following questions and check 'N' (no) or 'Y' (yes) in the column. If 'Y' please describe.
Have you had any illness or condition related to the following body parts or systems? (minor conditions do not need to be mentioned)

| | | N | Y | Description |
|---|---|---|---|---|
| 18. | Head and Neck | ☒ | ☐ | |
| 19. | Eyes or Visual | ☒ | ☐ | |
| 20. | Ear, Nose and Throat | ☒ | ☐ | |
| 21. | Teeth<br>(a) When was your last exam?<br>(b) Is there any dental work pending? Please describe | ☐<br>☒ | ☐<br>☐ | 11/2017 |
| 22. | (a) Chest such as shortness of breath, chronic cough.<br>(b) Breasts | ☒<br>☒ | ☐<br>☐ | |
| 23. | Heart such as chest pain, palpitations or irregular beating | ☐ | ☒ | I have PVC's which have been evaluated by a cardiologist and do not require any treatment |
| 24. | Abdomen such as pain, hernias, abnormal bowel movement | ☐ | ☒ | I had my gallbladder removed in 2014 |
| 25. | Kidney, bladder or genital area | ☒ | ☐ | |
| 26. | Spine and Musculo-skeletal, movement limitations or pain | ☒ | ☐ | |
| 27. | Skin changes such as rash, spots, moles or itching | ☒ | ☐ | |
| 28. | Epileptic seizures, dizzy spells or migraine | ☒ | ☐ | |
| 29. | Diabetes or increase in blood sugar | ☒ | ☐ | |
| 30. | Anemia or other blood conditions | ☒ | ☐ | |
| 31. | Tuberculosis (TB) or positive TB test, skin or blood (e.g. TB spot, IGRA/ *Quantiferon®*) | ☒ | ☐ | |
| 32. | Any other health problems<br>(Please use space below.  If need, use back page) | ☒ | ☐ | |

GD-146 - MSEA (5-18)
Weld Electronic Version

CUSA000592

Trial Exhibit 88
p. 264

EX 88-036

07/24/2019 7:36AM FAX                                                    ☑0011/0024

| Examinee Last and First Name | Examinee CAI |
|---|---|
| Mark Snookal | MVZM |

## Part D. Exposure History (Employee Only)

Have you ever been exposed at work to dusts, solvents, other chemicals or any other known workplace hazards, e.g. biological agents?

☒ Yes   ☐ No

If YES, please list agents with dates and for how long:

I have worked in industrial and petrochemical locations from 1990  present

Have you ever been exposed in the workplace to:

☒ Noise   ☐ Radiation/X-ray Equipment   ☐ Vibrating Hand Tools   ☐ Repetitive Movement   ☐ Weight Lifting   ☐ Other

If you checked one of the boxes above, please specify for how long, and whether Personal Protective Equipment (PPE) was used:

In my work in industrial and petrochemical locations from 1990  present I have been exposed to noise but have always used PPE

## Part E. Occupational History (Employee Only)

Have you ever been part of a medical (health) surveillance program through your work due to exposure to workplace hazards? e.g. Part of a hearing conservation program due to exposure to workplace noise.

☒ Yes   ☐ No

If YES, please list with dates:

I am currently in a hearing conservation program in my employment with Chevron El Segundo

## Part F. Family History

To comply with the US Genetic Information Nondiscrimination Act of 2008, this part should NOT be completed for any US based employees (whether in the U.S. or outside the U.S. on assignment). Any information inadvertently provided for a US employee in this section should be redacted if the form is to be sent to the US for filing in the employee's medical record. Local related legislation may be also applicable.

Are there any medical conditions within your family relevant to be mentioned?

Physician Comments:

Have you ever been employed with Chevron or examined for employment by Chevron?

☐ No   ☒ Yes   If yes, when   At hiring at Chevron El Segundo in 2009

### EXAMINEE:

I certify that the information given by me is true and I authorize the examiner to furnish the results of this examination and other related medical investigation results to either the Chevron Regional Medical Managers or the Chevron Global Health and Medical facility. I acknowledge and agree that the results of this medical evaluation are managed by Chevron in a secure and confidential data system that will store and may transmit information to countries other than where the medical examination takes place, including but not limited to the U.S.

FOR APPLICANT ONLY: I understand that any misrepresentation, false statement or omission herein may result in the company rejecting my application, withdrawing any offer of employment, or terminating my employment at any time.

Examinee Signature _____   Date (mm/dd/yyyy) 7/18/2019

GO-146- MSEA (6-15)
Word Electronic Version

CUSA000593

EX 88-037

**Trial Exhibit 88**
**p. 265**

07/24/2019 7:37AM FAX                                                   ☑0012/0024

| Examinee Last and First Name | Examinee CAI |
|---|---|
| Mark Snookal | MVZM |

**Part G. PHYSICAL EXAMINATION -To be completed by Health Care Provider.**

**Vital Signs**

| HEIGHT ft/cm | WEIGHT lb/kg | BMI | Abdominal Circum-ference in/cm | B.P. (mmHg) | PULSE | Temperature (°C/°F) |
|---|---|---|---|---|---|---|
| 72" | 256 lbs | 34.7 | | 135/78 | 53 | 97.5 |

**Vision**

| | | Uncorrected | | | Corrected | | | Depth | Tonometry | Color Vision | Visual Fields |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Both | Right | Left | Both | Right | Left | | | | |
| Far | | 20/ 6/ | 20/ 6/ | 20/ 6/ | 20/ 6/ | 20/ 6/ | 20/ 6/ | | | Normal | |
| Near | | J# | J# | J# | J# F | J# F | J# F | | | | |

| N | A | N = Normal.  A = Abnormal, please describe | DESCRIPTION |
|---|---|---|---|
| ☑ | ☐ | 1. General Appearance | |
| ☑ | ☐ | 2. Head | |
| ☑ | ☐ | 3. Ear, Nose Mouth and Throat | |
| ☑ | ☐ | 4. Neck | |
| ☑ | ☐ | 5. Eyes | |
| ☑ | ☐ | 6. Chest | |
| ☑ | ☐ | 7. Breasts | |
| ☑ | ☐ | 8. Respiratory System | |
| ☐ | ☐ | 9. Cardiovascular System | occas ectopics (PVC's) |
| ☑ | ☐ | 10. Abdomen, Viscera/Hernias | |
| ☑ | ☐ | 11. Genito-urinary | |
| ☑ | ☐ | 12. Lower GI Tract | |
| ☑ | ☐ | 13. Extremities | |
| ☑ | ☐ | 14. Spine and Musculo-skeletal. Range of Motion. | |
| ☑ | ☐ | 15. Skin and Lymphatic System | |
| ☑ | ☐ | 16. Central Nervous System | |
| ☑ | ☐ | 17. Peripheral Nervous System Reflexes | |
| ☐ | ☐ | 18. Others, please specify | |

Page 4 of 6

GO-146 - MSEA (5-18)
Word Electronic Version

CUSA000594

07/24/2019 7:37AM  FAX                                                      ☑0013/0024

| Examinee Last and First Name | Examinee CAI |
|---|---|
| Mark Snookal | MVZM |

## LABORATORY AND SPECIAL TESTS

| N | A | Not Done | AS INDICATED | RESULTS. N = Normal. A = Abnormal, please describe |
|---|---|---|---|---|
| ☐ | ☐ | ☑ | Audiogram | |
| ☐ | ☐ | ☑ | Chest X Ray | |
| ☑ | ☐ | ☐ | Complete Blood Count | |
| ☐ | ☐ | ☑ | Drug Screening | |
| ☐ | ☑ | ☐ | ECG | |
| ☐ | ☐ | ☑ | Pulmonary Function | |
| ☑ | ☐ | ☐ | Serum Profile/Chemistries | |
| ☐ | ☐ | ☑ | Stress Test | |
| ☑ | ☐ | ☐ | Urinalysis | |
| ☑ | ☐ | ☐ | Others, please specify | |

**REMARKS:** Describe significant / abnormal findings/limitations noted above (if need, please use back page)

① PVC's - frequent asymptomatic followed by cardiology
② Dilated aortic root followed by cardiology
ongoing studies yearly echo vs CT chest
stable on meds

If any abnormalities were found during the examination, was examinee informed?  ☑ Yes  ☐ No

## Part H MEDICAL RECOMMENDATION

| H.1. Fitness for Duty Classification, ONLY FOR INTERNAL CHEVRON USE | H.2. Restrictions pertinent to Job Requirements (refer to GO-308) |
|---|---|
| ☐ A. Fit for Duty | No heavy lifting >50lbs |
| ☑ B. Fit for Duty with Restrictions | needs review of |
| ☐ C. Not Fit for Duty | Recommend letter from |
| ☐ D. Failed to comply with requested evaluations, due to: | Cardiologist to clear him |

| Examiner's Name (please print) | Signature | Date (mm/dd/yyyy) 07/24/2019 | |
|---|---|---|---|
| IRVING SOBEL MD | M.Sobel MD | USA Chevron Provider Number | |
| Address 4676 ADMIRALTY WAY 4th Floor MDR CA | | | 1 1 4 0 8 |
| Street          City          State / Province     Postal / Zip Code    Country 90292 | | | |

| Chevron Global Health & Medical Approval (please print name) | Signature | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

Page 5 of 6

GO-146- MSEA (6-18)
Word Electronic Version

CUSA000595

07/24/2019 7:37AM  FAX                                                      ☑0014/0024

| Examinee Last and First Name | Examinee CAI |
|---|---|
| Mark Snookal | MVZM |

PLEASE ATTACH COPIES OF IMPORTANT REPORTS OF CURRENT INTEREST.
If available, Form GO-308 (Physical Requirements and Working Conditions) must be included.

Page 6 of 6                                                    GO-146 - MSEA (5-18)
                                                               Word Electronic Version

CUSA000596



Brief Note



## Subjective

### Encounter info

RE: Snookal, Mark (Mark) 04-13-1972 47y (CAI-MVZM, GUID-1000444873, US-MVZM, MANUFACTURING-MVZM)

Date: 07-18-2019 01:06:00pm                    Visit type: Vital Signs/Brief Note
Provider: Access Medical Group                 Location: Access Medical Group
Archive as: Brief Note

### Chief complaint

MSEA results DOS

### Injections / Immunizations

- Hep B, unspecified formulation 08-19-2019
- polio, unspecified formulation 07-25-2019
- yellow fever 08-19-2019

## Objective

### Vitals

| Height | Weight | BMI | Sys BP | Dia BP |
|---|---|---|---|---|
| 182.88 cm (01:09pm) | 116.1 kg (01:09pm) | 34.72 kg/m2 (01:09pm) | 135 mmHg (01:09pm) | 78 mmHg (01:09pm) |

| Pulse | Temperature | Exertion |
|---|---|---|
| 53 bpm (01:09pm) | 36.3 C (01:09pm) | Resting (01:09pm) |

### Vision Screening

Vision Test:

Vision Screening

CUSA000597

EX 88-041

Trial Exhibit 88
p. 269

| Date | 07-19-2019 |
|---|---|
| Depth Per | |
| Color Vision | |
| Far vision (both) | 20/16 |
| Far vision (right) | 20/16 |
| Far vision (left) | 20/16 |
| Near vision (both) | |
| Near vision (right) | |
| Near vision (left) | |
| Peripheral Vision (R Degree) | |
| Peripheral Vision (L Degree) | |
| Jaeger Scale | |

## Plan

**Visit orders**

- Vision Screening *(Completed)*

CUSA000598

Trial Exhibit 88
p. 270



Chevron



## Physical Requirements and Working Conditions GO-308

This form is a requirement for all jobs. This GO-308 should be completed by a GO-308 Developer that has completed the Chevron training. Review form instructions prior to filling out this form.

☐ This is an 'interim' GO-308 that has not yet been through the complete OE-FFD GO-308 procedure.

**SECTION I: POSITION INFORMATION**

GO-308 Category:  __OFFICE BASED JOBS__

Reporting Unit Summary (e.g. : Chevron Upstream, Downstream & Chemicals):    Upstream

Reporting Unit RollUp (e.g. : Africa/Latin America, Manufacturing):    INTERNATIONAL UPSTREAM

Reporting Unit Employee (e.g. , Southern Africa, Richmond Refinery):    NIGERIA MID -AFRICA UNIT

Location City:    LAGOS / ABUJA / WARRI / ESCRAVOS / ONNE    State/Province:    LAGOS / FCT / DELTA / RIVERS    Country:    NIGERIA

Safety Sensitive ☐        Highly Safety Sensitive ☐        Non–Safety Sensitive ☒

GO-308 Category requires Medical Evaluation:    ☒ Yes    ☐ No
GO-308 Category requires FCE:    ☐ Yes ( attach to GO-308)    ☒ No

**SECTION II: REQUIREMENTS (GO-308)**

Frequency:    N = Never    O = Occasionally (1-33% of the day)    F = Frequently (34-66% of the day)    C = Constantly (67-100% of the day)

Dexterity and Coordination: 1 = Extremely High Ability    2= Above Average Ability    3 = Average Ability    4 = Below Average Ability    5 =Negligible Ability

| Physical Demands | | | N | O | F | C |
|---|---|---|---|---|---|---|
| Below Waist Lifting | 12 kg | lb/kg | ☐ | ☒ | ☐ | ☐ |
| Above Waist Lifting | 0 | lb/kg | ☒ | ☐ | ☐ | ☐ |
| One-Hand Carrying | 12kg | lb/kg | ☐ | ☒ | ☐ | ☐ |
| Two-Hand Carrying | 0 | lb/kg | ☒ | ☐ | ☐ | ☐ |
| Pushing-Max Force | 0 | lb/kg | ☒ | ☐ | ☐ | ☐ |
| Pulling-Max Force | 0 | lb/kg | ☒ | ☐ | ☐ | ☐ |
| Forceful Grip | 0 | lb/kg | ☒ | ☐ | ☐ | ☐ |
| Forceful Pinch | 0 | lb/kg | ☒ | ☐ | ☐ | ☐ |
| Sit | | | ☐ | ☐ | ☒ | ☐ |
| Stand | | | ☐ | ☒ | ☐ | ☐ |
| Stoop | | | ☒ | ☐ | ☐ | ☐ |
| Kneel | | | ☒ | ☐ | ☐ | ☐ |
| Squat | | | ☒ | ☐ | ☐ | ☐ |
| Forward Bend - St | | | ☒ | ☐ | ☐ | ☐ |
| Body Twist Static | | | ☒ | ☐ | ☐ | ☐ |
| Back-Lying | | | ☒ | ☐ | ☐ | ☐ |
| Reaching High Level | | | ☒ | ☐ | ☐ | ☐ |
| Reaching Medium Level | | | ☐ | ☒ | ☐ | ☐ |
| Reaching Low Level | | | ☐ | ☒ | ☐ | ☐ |
| Walk | 300m | ft/m | ☐ | ☒ | ☐ | ☐ |
| Climbing-Ladder | 0 | ft/m | ☒ | ☐ | ☐ | ☐ |
| Climbing-Stairs | 12 stairs | ft/m | ☐ | ☒ | ☐ | ☐ |
| Jump | | ft/m | ☒ | ☐ | ☐ | ☐ |
| Body Twist - Repetitive | | | ☒ | ☐ | ☐ | ☐ |
| Throw | | ft/m | ☒ | ☐ | ☐ | ☐ |
| Crawl | | ft/m | ☒ | ☐ | ☐ | ☐ |
| Handling | | | ☐ | ☒ | ☐ | ☐ |
| Fingering | | | ☐ | ☐ | ☒ | ☐ |

**Dexterity and Coordination**

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Manual Dexterity | ☐ | ☒ | ☐ | ☐ | ☐ |
| Finger Dexterity | ☐ | ☒ | ☐ | ☐ | ☐ |
| Bi-Lateral Hand Coordination | ☐ | ☒ | ☐ | ☐ | ☐ |
| Eye-Hand-Foot Coordination | ☐ | ☐ | ☐ | ☐ | ☒ |

**Motor and Sensory**    Required/Not Required

| | R | NR |
|---|---|---|
| Balancing | R ☐ | NR ☒ |
| Sense of Touch | R ☐ | NR ☒ |
| Sense of Smell | R ☐ | NR ☒ |
| Speaking Clearly | R ☒ | NR ☐ |
| Hearing-Speech Range | R ☒ | NR ☐ |
| Hearing-All Ranges | R ☐ | NR ☒ |
| Seeing, Reading & Comprehension | R ☒ | NR ☐ |
| Seeing Distant | R ☒ | NR ☐ |
| Seeing Near | R ☒ | NR ☐ |
| Depth Perception | R ☐ | NR ☒ |
| Color Vision | R ☐ | NR ☒ |
| Emergency Evacuation | R ☒ | NR ☐ |
| Swing Rope Test | R ☐ | NR ☒ |

Other    Physically Strenuous Training - N R

Flex Gaps Health and Medical

GO-308 (4-15)
Most Emergency Version

CUSA000599

## SECTION 3: WORKING CONDITIONS

R = Required     NR = Not Required

| | | | | | |
|---|---|---|---|---|---|
| Extreme Cold-Below 32° F/0° C | R ☐ NR ☒ | Problem Solving/Independent Decision Making | R ☒ NR ☐ | | |
| Extreme Heat Above 100° F/38° C | R ☐ NR ☒ | Multiple Tasks | R ☒ NR ☐ | | |
| Dryness | R ☐ NR ☒ | Travel - Domestic | R ☒ NR ☐ | ☒ Check if > 6 trips/year |
| Wetness | R ☐ NR ☒ | Travel - International | R ☒ NR ☐ | ☒ Check if > 6 trips/year |
| Humidity-Above 90% | R ☐ NR ☒ | Overtime | R ☐ NR ☒ | |
| Confined Spaces | R ☐ NR ☒ | Schedules/Deadlines | R ☒ NR ☐ | |
| Cramped Qtrs. | R ☐ NR ☒ | Shift Duration (hrs/day)  8/9 hours ☒  10/11 hours ☐  12/13 hours ☒  14 or more ☐ | | |
| Elevated Heights          ft/m | R ☐ NR ☒ | Shift Schedule     Day ☒     Night ☐     Day and Night ☐     Rotational (define below) ☐ | | |
| Noise-Over 85 Decibels | R ☐ NR ☒ | Other (Describe)     5/2, 14/14, 28/28 | | |
| Moving Equipment | R ☐ NR ☒ | Chemicals (List) | | |
| Vibrating-Rotating Equipment | R ☐ NR ☒ | N/A | R ☐ NR ☒ | |
| Explosives | R ☐ NR ☒ | | R ☐ NR ☒ | |
| Operate Motor Vehicle | R ☐ NR ☒ | | R ☐ NR ☒ | |
| Working Around People/Interacting with Others | R ☒ NR ☐ | | R ☐ NR ☒ | |
| Working Alone | R ☒ NR ☐ | Airborne Contaminants (List) | | |
| Operate Computer Station | R ☒ NR ☐ | | R ☐ NR ☒ | |
| Operate Office Equipment | R ☐ NR ☒ | | R ☐ NR ☒ | |
| Rapid Working Pace | R ☐ NR ☒ | | R ☐ NR ☒ | |
| Other | | | | |

## SECTION 4: PROTECTIVE EQUIPMENT REQUIRED

R = Required     NR = Not Required

Frequency

| | | | | | |
|---|---|---|---|---|---|
| Eye Protection | R ☐ NR ☒ | Torso Protection | R ☐ NR ☒ | Fall Protection | R ☐ NR ☒ |
| Hearing Protection | R ☐ NR ☒ | Arms, Hands, Fingers | R ☐ NR ☒ | Respirator-Breathing Apparatus | R ☐ NR ☒ |
| Head Protection | R ☐ NR ☒ | Legs, Feet, Toes | R ☐ NR ☒ | Personal Flotation Device (PFD) | R ☐ NR ☒ |
| Other (Describe)     PHONE HEAD SET | | | | | |

## SECTION 5: INDIVIDUAL CONTRIBUTOR TITLES

| | |
|---|---|
| ADVISOR | FINANCE SUPERVISOR |
| HR BUSINESS PARTNER/SENIOR HR BUSINESS PARTNER | SENIOR FINANCE ANALYST |
| ASSOCIATE HR ANALYST/HR ANALYST /SENIOR HR ANALYST | FINANCE ANALYST |
| ASSOCIATE HR REPRESENTATIVE/HR REPRESENTATIVE/SENIOR HR REPRESENTATIVE | CASHIER |
| MANAGER | |
| SUPERVISOR | LEGAL ADVISOR |
| TEAM LEAD | ATTORNEY |
| | LEGAL ADMINISTRATOR |
| | GENERAL COUNSEL |

From Global Health and Medical

GC-363 (4/15)
Work Restrictions Version

CUSA000600

Instructions - This portion should be very specific and include complete details of the physical requirements of the job. Use categories only up to the weight that applies to the specific job.

**SECTION 5: PHYSICAL REQUIREMENTS (CONTINUED)**

Below Waist Lifting – To move an object, weighing more than 5 lb / 2kg; from the floor to waist level by supporting it in the air (also includes waist to waist lifting). If rated as lifting, the demand cannot also be rated as another whole body position

| Weight | Items | Distance (V/H and f/m) | Other Comments |
|---|---|---|---|
| 5-10 lb 2-4 kg | | | |
| 11-20 lb 5-9 kg | | | |
| 21-50 lb 10-23 kg | Luggage | 3V ft | From floor to knee level |
| 51-100 lb 25-46 kg | | | |
| >100 lb > 46 kg | | | |

Additional Information:

Above Waist Lifting – To move an object, weighing more than 5 lb / 2 kg, from waist level to a higher position, by supporting it in the air. If rated as lifting, the demand cannot also be rated as another whole body position.

| Weight | Items | Distance (V/H and f/m) | Other Comments |
|---|---|---|---|
| 5-10 lb 2-4 kg | | | |
| 11-20 lb 5-9 kg | | | |
| 21-50 lb 10-23 kg | | | |
| 51-100 lb 25-46 kg | | | |
| >100 lb > 46 kg | | | |

Additional Information:

One-handed Carrying – To move or transport an object, weighing more than 5 lb / 2 kg, from one place to another while holding or supporting the object with one hand. Three consecutive steps (i.e. right, left, right) are required for the physical demand to be considered carrying. Fewer than 3 steps is considered lifting. The hand used should be designated.

| Weight | Items | Distance (V/H and f/m) | Other Comments |
|---|---|---|---|
| 5-10 lb 2-4 kg | | | |
| 11-20 lb 5-9 kg | | | |
| 21-50 lb 10-23 kg | Luggage | 200H f/m | From accommodation and office to car park. Also from staff buss to airport check-in counter |
| 51-100 lb 25-46 kg | | | |
| >100 lb > 46 kg | | | |

Additional Information:

CUSA000601

EX 88-045

Trial Exhibit 88
p. 273

Two-handed Carrying – To move or transport an object, weighing more than 5 lb / 2 kg, from one place to another while holding or supporting the object with both hands. Three consecutive steps (i.e. right, left, right) are required for the physical demand to be considered carrying. Fewer than 3 steps is considered lifting.

| Weight | Items | Distance (V/H and ft/m) | Other Comments |
|---|---|---|---|
| 5-10 lb 2-4 kg | | | |
| 11-20 lb 5-9 kg | | | |
| 21-50 lb 10-23 kg | | | |
| 51-100 lb 25-46 kg | | | |
| >100 lb > 46 kg | | | |

Additional Information _____

Pushing – Exerting a force upon an object so that the object moves away from the force (includes slapping, striking, and kicking away). The height of the hand position present during pushing should be rated as overhead, shoulder, mid-chest, waist, knee, or below knee.

| Push Force | Items | Distance (V/H and ft/m) | Hand Position | Other Comments |
|---|---|---|---|---|
| 5-10 lb 2-4 kg | | | | |
| 11-20 lb 5-9 kg | | | | |
| 21-50 lb 10-23 kg | | | | |
| 51 - 100 lb 25 - 46 kg | | | | |
| >100 lb > 46 kg | | | | |

Pulling – Exerting a force upon an object so that the object moves toward the force (includes jerking). The height of the hand position present during pushing should be rated as overhead, shoulder, mid-chest, waist, knee, or below knee.

| Pull Force | Items | Distance (V/H and ft/m) | Hand Position | Other Comments |
|---|---|---|---|---|
| 5-10 lb 2-4 kg | | | | |
| 11-20 lb 5-9 kg | | | | |
| 21-50 lb 10-23 kg | | | | |
| 51 - 100 lb 25 - 46 kg | | | | |
| >100 lb > 46 kg | | | | |
| Hand Positions | | | | |

OH – Overhead   S – Shoulder   MC – Mid Chest   W – Waist   K – Knee   BK – Below Knee

Additional Information _____

Forceful Gripping – Squeezing firmly using the entire hand, requiring greater than 10 lb / 4 kg of force.

| Hand Position | Max Continuous Duration | Force | Description | Other Comments |
|---|---|---|---|---|
| | | | | |

Additional Information _____

CUSA000602

Trial Exhibit 88
p. 274

**Forceful Pinching** – Squeezing firmly between the thumb and one or more of the opposing fingers, requiring more than 5 lb / 2 kg of force.

| Hand Position | Max Continuous Duration | Force | Description | Other Comments |
|---|---|---|---|---|
| | | | | |
| | | | | |

Additional Information _____

**Sitting** – To rest the weight of the body upon the buttocks and with back upright.

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| Ergonomic chair | 30 mins | Sitting to work on computer | Also when attending meetings |

Additional Information _____

**Standing** – Remaining on one's feet in an upright and erect position without moving about, with weight distributed on the feet.

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| Concrete and tiled surfaces | 5 mins | During presentations or when discussing with colleagues and clients | |

Additional Information _____

**Stooping** – To bend forward at the waist while keeping the knees fairly straight. To qualify as stooping, the hips or waist should be bent forward from vertical at least 35 degrees with knees bent no more than 45 degrees from a fully straight position.

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| | | | |
| | | | |

Additional Information _____

**Kneeling** – Supporting the body weight through both knees, with hips relatively straight and knees bent to at least 90 degrees.

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Additional Information _____

**Squatting / Crouching** – To bend both hips and knees so as to sit on the heels with the knees bent and the weight resting on the balls of the feet, or to bend both hips and knees and rest one knee down on the floor. Knees must be bent more than 45 degrees from fully straight position.

| Surface | Duration | Description | Other Comments |
|---|---|---|---|
| | | | |

Additional Information _____

**Forward Bending in Sitting** – Bending the upper body forward, at least 75 degrees from vertical, while in a sitting position.

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| | | | |

Additional Information _____

**Static Body Twisting** – Maintaining the body in a position where the lower body remains fairly stationary and the upper body rotates to one side or the other – can occur while the worker is either sitting or standing.

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| | | | |

Additional Information _____

Fitzgibbon Healthcare Medical

DG 105 (4-6)
Work Demand Version

CUSA000603

**Back Lying** – Lying on one's back to perform work activity. Legs can be bent or straight

| Surface | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| | | | |

Additional Information: _____

**Reaching High Level:** Moving the arms in any direction away from the body, with hands above shoulder height. Upper arms must be higher than shoulder.

| Distance (V or H) | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| | | | |

Additional Information: _____

**Reaching Medium Level:** Moving the arms in any direction away from the body, with hands from waist to shoulder height. Upper arm must be at least 45 degrees away from body and no higher than shoulder.

| Distance (V or H) | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| 3H ft | 30 seconds | To reach telephone hand set | Pick up files, books from cabinet |

Additional Information: _____

**Reaching Low level:** Moving the arms in any direction away from the body, with hands below waist. Body is usually in a forward bent/stooping position

| Distance (V or H) | Max Continuous Duration | Description | Other Comments |
|---|---|---|---|
| 3V ft | 30 seconds | To pick items from locker | |

Additional Information: _____

**Walking** – Moving about on foot, placing one foot down before the other is lifted. Three consecutive steps (i.e. right, left, right) are required for the physical demand to be considered walking. Fewer than 3 steps is considered standing.

| Surface | Distance (ft/m) | Max Continuous Duration | Other Comments |
|---|---|---|---|
| Concrete and tiled surface | 300m | 10 mins | To discuss with colleagues, attend meetings in other departments and also walk to and from car park. Also to attend court proceedings |

Additional Information: _____

**Climbing - Stairs** – Ascending or descending stairs using feet and legs with or without use of hands and arms.

| Type of Climb | Number of Stairs | Max Continuous Duration | Other Comments |
|---|---|---|---|
| inclined | 12 | 1 min | To the offices and also to attend meetings in other buildings |

Additional Information: _____

**Climbing - Ladders** – Ascending or descending ladder using feet and legs with or without use of hands and arms. The ladder climbed can be either a vertical or A-frame ladder.

| Type of Climb | Number of Rungs | Max Continuous Duration | Other Comments |
|---|---|---|---|
| | | | |

Additional Information: _____

**Jumping** – To move oneself from the ground, propelling the body through the air with both feet simultaneously not in contact with the ground surface.

| Surface | Distance (ft/m) | Description | Other Comments |
|---------|-----------------|-------------|----------------|
| | | | |
| | | | |

Additional Information: _____

**Repetitive Body Twisting** – Rotation of the trunk during which the lower body remains fairly stationary and the spine and torso rotate to one side or the other, over and over, for at least 3 consecutive repetitions (start right, twist left and back to the right is considered one repetition). Can occur while worker is either sitting or standing.

| Surface | No. of Repetitions | Max Continuous Duration | Description | Other Comments |
|---------|--------------------|-----------------------|-------------|----------------|
| | | | | |
| | | | | |

Additional Information: _____

**Throwing** – To propel an object through the air by releasing from the hand while the arm is in rapid motion.

| Object | Distance (ft/m) | Weight (lbs/kgs) | Description | Other Comments |
|--------|-----------------|------------------|-------------|----------------|
| | | | | |
| | | | | |

Additional Information: _____

**Crawling** – Moving around while on hands and knees. Minimum of 3 steps is required to be considered crawling.

| Surface | Distance (ft/m) | Max Continuous Duration | Description | Other Comments |
|---------|-----------------|-----------------------|-------------|----------------|
| | | | | |
| | | | | |

Additional Information: _____

**Handling** – The act of closing the hand with sufficient force as to be able to grasp, hold, turn, or seize an object, requiring less than 10 lb / 4 kg of force. Hand activities that require contact of the palm of the hand with the object.

| Hand Position | Max Continuous Duration | Force | Description | Other Comments |
|---------------|------------------------|-------|-------------|----------------|
| MC | 5 mins | 4 kgf | Handling telephone handset to make or answer calls | |
| | | | | |

Additional Information: _____

**Fingering** – The act of picking, sorting, or working primarily with the fingers rather than with the whole hand. Hand activities that do not involve contact with the palm of the hand.

| Hand Position | Max Continuous Duration | Force | Description | Other Comments |
|---------------|------------------------|-------|-------------|----------------|
| MC | 10 mins | 4 kgf | Typing on the keyboard and writing | |
| | | | | |

Additional Information: _____

CUSA000605

**Manual Dexterity** – Ability to work with hands rapidly and accurately in performing tasks that involve using the whole hand for grasping, holding, turning.

| Scale | Description | Other Comments |
|---|---|---|
| 3 | Holding mouse and telephone handset | Also to handle books |

Additional Information: _____

**Finger Dexterity** – Ability to move fingers and manipulate small objects rapidly and accurately.

| Scale | Description | Other Comments |
|---|---|---|
| 3 | Required to use computer keyboard | |

Additional Information: _____

**Bi Lateral Hand Coordination** – The ability to move both hands rapidly and accurately, making precise movements with speed.

| Scale | Description | Other Comments |
|---|---|---|
| 3 | Required for working on the computer | |

Additional Information: _____

**Eye-Hand-Foot Coordination** – Ability to move hands and feet in coordination with one another in accordance with visual stimulation

| Scale | Description | Other Comments |
|---|---|---|
| 5 | When ascending and descending stairs | |

Additional Information: _____

**Balancing** – The ability to maintain bodily equilibrium and stability. The ability to balance on level surfaces (i.e. indoors), uneven surfaces (i.e. outside), ladder, or balance beam.

| Surface | Distance (ft/m) | Feet position | Description | Other Comments |
|---|---|---|---|---|
| | | | | |
| | | | | |

Additional Information: _____

**Sense of Touch** – To put the hand or finger or some other body part on an object or individual so as to perceive size, shape, temperature, or texture.

| Description | Other Comments |
|---|---|
| | |
| | |

Additional Information: _____

**Sense of Smell** – Perceiving odors or scents by means of the organs in the nose to the extent needed to distinguish or recognize particular odors.

| Description | Other Comments |
|---|---|
| | |
| | |

Additional Information: _____

**Speaking Clearly** – To be able to communicate, using the voice, in a manner that is easily perceptible.

| Description | Other Comments |
|---|---|
| Required to communicate with colleagues and clients | |

Additional Information: _____

CUSA000606

**Hearing-Speech Range – To be able to hear all sounds in the vibratory wavelength of the human voice.**

| Description | Other Comments |
|---|---|
| Required for effective communication with colleagues and customers | Use of hearing aids is acceptable |

Additional Information: _____

**Hearing All Ranges – To be able to hear all sounds in the vibratory wavelength of human hearing.**

| Description | Other Comments |
|---|---|
| To hear sounds at near and distance e.g. alarms, horns etc. | |

Additional Information _____

**Seeing, Reading & Comprehension – To be able to visually perceive the words on a page or object so as to allow the individual to understand what is to be communicated by the printed words**

| Description | Other Comments |
|---|---|
| Required to be able to read emails, policies and other documents | Use of correcteive glasses are acceptable |

Additional Information _____

**Seeing, Distant – The ability to see objects that are 20 feet / 6 meters or more from the individual in a manner that allows the individual to make judgments about the object.**

| Description | Other Comments |
|---|---|
| To be able to see other persons, objects or hazards ahead | Use of correcteive glasses are acceptable |

Additional Information _____

**Seeing Near – The ability to see objects that are 20 inches / 51 centimeters or less from the individual in a manner that allows the individual to make judgments about the object.**

| Description | Other Comments |
|---|---|
| Required to read clearly, see near objects and recognise colleagues | Use of correcteive glasses are acceptable |

Additional Information: _____

**Depth Perception – The ability to perceive and judge different distances and spatial relationships between objects.**

| Description | Other Comments |
|---|---|
| | |

Additional Information _____

**Color Vision – The ability to distinguish and identify differences in colors**

| Description | Other Comments |
|---|---|
| | |

Additional Information _____

**Emergency Evacuation – The ability to leave a location very quickly in an emergency situation.**

| Description | Max Continuous Duration | Other Comments |
|---|---|---|
| Employee should be able to vacate facility in the event of emergency and move to muster point | 5 mins | |

First: Global Healthcare Medical

GO-339 (4/16)
Word Electronic Version

CUSA000607

Additional Information: _____

[illegible redacted bar]

(Add other Physical Demands, Working Conditions, Personal Protective Equipment or general comments. Attach a separate sheet if necessary.)

---

[illegible redacted bar]

Check Box

☒ Interim Development Signature
(GO-308 has not yet been
through the complete GO-308
procedure)

| IWUANYANWU J. / ADEBAYO J / ENAHOLO B. | CNL / EUROFLOW | 76215 / 61172 | 08 / 01 / 2016 |
|---|---|---|---|
| Name | Company | Phone Number | Date (mm/dd/yyyy) |

☒ Onsite Functional Job Analysis
Performed
(Steps 4, 5 and 6 of the OE-
FFD GO-308 procedure have
been completed)

| IWUANYANWU J. / ADEBAYO J / ENAHOLO B. | CNCNL / EUROFLOWU | 76215 / 61172 | 08 / 10 / 2016 |
|---|---|---|---|
| Name | Company | Phone Number | Date (mm/dd/yyyy) |

☒ Final Developer Signature
(Steps 4, 5 and 6 of the OE-
FFD GO-308 procedure have
been completed)

| IWUANYANWU J. / ADEBAYO J / ENAHOLO B. | CNL / EUROFLOW | 76215 / 61172 | / / |
|---|---|---|---|
| Name | Company | Phone Number | Date (mm/dd/yyyy) |

---

[illegible redacted bar]

| MRS. OLUYOMI AFOLABI | CNL / MGR. HR ADMIN AND SERVICES | 68111 | 03 / 26 / 2013 |
|---|---|---|---|
| Name | Signature | Company / Job Title | Phone Number | Date (mm/dd/yyyy) |
| MRS. M. O. AKEREDOLU | | CNL / SUPV OFFICE SUPPORT SERVICES | 68191 | 03 / 26 / 2013 |
| Name | Signature | Company / Job Title | Phone Number | Date (mm/dd/yyyy) |
| DR. O. C. PHAN | | CNL / CH PHYSICIAN | 61807 | 05 · 26 / 2013 |
| Name | Signature | Company / Job Title | Phone Number | Date (mm/dd/yyyy) |
| Name | Signature | Company / Job Title | Phone Number | / / |
| | | | | / / |
| | | | | Date (mm/dd/yyyy) |

Flex. Occu. Health and Medics

GO-308 (4/15)
Word Electronic Version

CUSA000608

Please make sure to complete Section 8 and 9 during the reevaluation process

| Supervisor | AKEJU OSARETIN / OKUGO ANTHONY / NENGITE LUCKY | | | |
| | Print Name | _ossarinegya_ Signature | 10 \| 26 \| 2014 Date (mm/dd/yyyy) |
| Management | EFFIONG ANTHONY / ABIOLA NNAOBI / MOJUETAN NED | | |
| | Print Name | Signature | 11 \| 04 \| 2016 Date (mm/dd/yyyy) |
| GHM / Designee | DR. O. C. PHAN | | |
| | Print Name | Signature | 11 \| 07 \| 2016 Date (mm/dd/yyyy) |

Completed GO-308 and Functional Capacity Evaluation (FCE), if appropriate, sent to GO308@Chevron.com    11 /09 .2016
                                                                                                    Date (mm/dd/yyyy)

---

GO-308 Physical Requirements and Working Conditions
Form Instructions

---

The term Developer will be used to identify the company/person that will develop/update the GO-308. The GO-308 forms should be re-evaluated and updated at least every five years, or earlier, if the job scope or physical requirements / working conditions change.

Section 1 – Position Information

GO-308 Category: Combination of position titles with 'like' physical requirements and working conditions

Supervisor: Complete all areas of this section with the assistance from your HR Business Partner, Operational Excellence SBU Fitness for Duty Process Advisor, HES Specialist and Global Health and Medical (GHM) (if needed)

Reporting Units (RUs): Are distinct organizations that report a set of operational results on an ongoing basis to Chevron's Office of the Chairman. There are three RU levels
- Summary RU: represents a broad area of Chevron, such as Downstream and Chemicals or Chevron Upstream or Gas and Midstream
- Rollup RU: represents major areas of Chevron, such as Manufacturing or North America Exploration & Production or Pipeline
- Employee RU: represents a further breakout of operational areas, such as El Segundo Refinery, LABU or MidContinent

Examples of RU Hierarchy (this is only a partial listing) are below. For some Reporting Units, Employee RU is the same as the Rollup RU

| Summary RU | RollUp RU | Employee RU |
|---|---|---|
| Corporate Staffs | Business Development | Business Development |
| | Executive Staff | Executive Staff |
| | Law, Governance & Compliance | Law |
| | | Governance |
| | | Compliance |
| | | |
| Downstream & Chemicals | Lubricants | Americas Finished Lubricants |
| | Manufacturing | Richmond Refinery |
| Chevron Upstream | North America Exploration & Production | MidContinent |
| | Africa/Latin America (ALAEP) | Southern Africa, Latin America (LABU) |

Area: Global Health and Medical

GO-308 (4/15)
Word enriched Version

CUSA000609

| | Production | |
| | Africa/Latin America (CA/AEP) | Southern Africa, Latin America (LABU) |
| Gas and Midstream | Pipeline | Pipeline |
| | Shipping | Shipping |
| Technology, Projects and Services | Information Technology | Information Technology |
| | Energy Technology | Energy Technology |

Location City, State/Province, Country: Identify the actual work location information.
Safety Sensitivity: Identify if position is safety sensitive, highly safety sensitive, or non-safety sensitive.
Medical Evaluation: Check the appropriate box. GHM and/or their designee are available for consultation.
FCE: Check the appropriate box. If a FCE is required, attach the FCE protocol with the completed GO-308.

**Section 2 – Physical Requirements (Summary)**
Developer: Complete this section after completing/updating GO-308

Frequency:    N = Never    O = Occasionally (1-33% of the day)    F = Frequently (34-66% of the day)    C = Constantly (67-100% of the day)

Dexterity and Coordination: 1 = Extremely High Ability    2= Above Average Ability    3 =Average Ability    4 = Below Average Ability    5 =Negligible Ability

Motor and Sensory: R = Required    NR = Not Required

**Section 3 – Working Conditions**
Developer: Complete this section after completing/updating the GO-308

**Section 4 – Protective Equipment Required**
Developer: Complete this section after on-site analysis of the job

**Section 5 – Individual Position Titles**
Jobs that can be combined, for GO-308 purposes, based upon physical demands   A GO-308 is not a requirement at this level, provided the position is covered at the GO-308 Category level.
Developer: Complete with assistance from SBU HR Business partner, HES Specialist, Operational Excellence SBU Process Advisor and GHM (if needed) after all the GO-308's have been developed for SBU.

**Section 6 – Physical Requirements (Detailed)**
Developer: Complete this section based on job analysis questionnaire, onsite analysis, and position interviews  This section should be very specific and include complete details of the physical requirements of the job

**Section 7 – Additional Information**
Developer: Use this section to document any items not previously documented

**Section 8: GO-308 Development Actions Taken**
Developer: Complete Quality Assurance review of the GO-308 form prior to obtaining required signatures and submitting to the GO-308 Repository for uploading
Interim Developer Signature: This GO-308 has not been through the complete GO-308 procedure. Please check the box and sign and date the form. Your signature acknowledges that this is an interim GO-308 and this GO 308 has not been through the complete GO-308 procedure for the positions listed.
Onsite Functional Job Analysis Performed: Steps 4, 5 and 6 of the OE-FFD GO-308 procedure have been completed (box checked in above section). Please check the box and sign and date the form.
Final Developer Signature: Steps 4, 5 and 6 of the OE-FFD GO-308 procedure have been completed (box checked in above section). Please review the GO-308 form for accuracy, then check the box and sign and date the form. Your signature will acknowledge that the GO-308 accurately describes the physical requirements and working conditions of the positions listed.

**Section 9 – Steering Team (recommended) or local Management Review and Approval (Original Development of GO-308)**
This section is provided to document agreements of the GO-308 steering team or local Management. The steering team may include the following types of roles: Fitness for Duty Process Advisor, Human Resources, HES, Managers, Union Stewards, and/or Global Health and Medical (GHM) and/or their designee.

Steering Team or CoCo Management: Obtain appropriate signatures and complete team member roles. Individual signatures will acknowledge that you approve the GO-308 and agree with the Medical Evaluation and FCE requirements

First Class Worker and Version                                                                                        GO-308 (4-15)
                                                                                                                 Word-Searchable Version

CUSA000610

Trial Exhibit 88
p. 282

**Section 10 – Signature Updated**
This section is provided for when the GO-308 is updated
Developer: Obtain appropriate signatures
Supervisor: Your signature will acknowledge that the GO-308 has been revalidated and accurately describes the physical demands of the positions listed

**Section 11 – GO-308 Repository**
Developer: Email the completed GO-308 word document ( doc) including the FCE, if appropriate to GO308@Chevron.com for uploading into the GO-308 Repository.
GO-308 Developer: Maintain all GO-308 documentation as outlined in the OE - Fitness for Duty process. Creating and updating the GO-308 Procedure
Global Health & Medical (GHM): Perform administrative review of the GO-308 prior to uploading into the GO-308 repository. Return incomplete GO-308 forms to the supervisor for completion

CUSA000611

| | |
|---|---|
| From: | EMPortal_DO_NOT_REPLY@chevron.com |
| To: | NMA - Expat Admin.; Isiocha, Chinyere (Chinyere1siocha); Okorodudu, Idongesit A. (IAIA); Health & Medical Services - North and South America Expatriate Ex; Health & Medical Services - Europe, Afr, Mid East, Eurasia Expat; Immigration Group; Mrahueno, Bijo Velanie; Jueves, Therese Nicole; Jueves, Therese Nicole |
| Subject: | Snookal,Mark - Escravos, Nigeria - Domestic to International Notification |
| Date: | Tuesday, July 09, 2019 12:51:39 AM |

To Whom It May Concern,

This e-mail message is sent to you by Chevron Global Expatriate Administration Group  We would like to notify you about the new assignment acceptance with information in the table below

| ASSIGNEE INFORMATION | |
|---|---|
| Assignee Name (Last Name, First Name) | Snookal Mark |
| Chevron-issued 4-Letter CAI | MVZM |
| Email | Mark.Snookal@chevron.com |
| Payroll | United States |
| Marital Status | Single |
| Host Family Size | 1 |
| Phone Number to Contact | +1 310-615-5208 |
| Home Country | United States |
| Point of Origin | El Segundo, California |
| New Assignment Job Title | EGTL Reliability Engineering Manager |
| Home Personnel Number | 70017136 |
| New Hire | No |
| NEW ASSIGNMENT INFORMATION | |
| New Assignment | Rotational |
| New Assignment Country | Nigeria |
| New Assignment City/Work Location | Escravos |
| New Assignment Company | 0811 - Chevron Upstream & Gas |
| New Assignment Cost Center | XCPR225000 |
| New Assignment Supervisor Name | Okeowo, Siji |
| New Assignment Supervisor Email | siji okeowo@chevron com |
| Move Type | Domestic to International |
| Anticipated Start Date | 1 Jul 2019 |
| Assignment Duration | 3-4 years |
| Career Couple | No |
| Spouse's Name (Last Name  First Name) | |

CUSA000612

Trial Exhibit 88
p. 284

| CURRENT ASSIGNMENT INFORMATION | |
|---|---|
| Current Assignment | Domestic |
| Current Host City/Work Location | El Segundo, United States |
| Current Assignment Company | 0061 - Chevron Products Company |
| Current Assignment Cost Center | DCRES00758 |
| OTHER CONTACTS | |
| HR Assignee Counselor Name (Last Name, First Name) | Mirabueno, Bijo |
| HR Assignee Counselor Email | JosephineMirabueno@chevron.com |
| Home-Country HR Contact Name | Andrews, Kelly |
| Home-Country HR Contact Email | KellyAndrews@chevron.com |
| Home-Country HR Contact Phone | +1 310-615-5468 |
| New Assignment HR Contact Name | Ajayi, Nwamaka |
| New Assignment HR Contact Email | NwamakaAjayi@chevron.com |
| New Assignment HR Contact Phone | +234 3660000X68122 |

DISCLAIMER. This message contains confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is STRICTLY PROHIBITED. If you have received this message in error, please notify Chevron by contacting:

•••••••••

Email: expatjob@chevron.com

CUSA000613

**KAISER PERMANENTE**
RECEIVED
JUL 2 9 2019

| | | |
|---|---|---|
| | LOS ANGELES MEDICAL CNTR L | Snookal, Mark J |
| | 4867 W. SUNSET BLVD. | MRN: 000004554567, DOB: 4/13/1972, Sex: M |
| | LOS ANGELES CA 90027-5969 | Visit date: 4/3/2019 |

Order Providers

| Authorizing | Encounter | Billing |
|---|---|---|
| Khan, Shahid Hameed (M.D.) | Khan, Shahid Hameed (M.D.) | Khan, Shahid Hameed (M.D.) |

Order Information

| Date | Department | Ordering/Authorizing |
|---|---|---|
| 4/3/2019 | CARDIOLOGY | Khan, Shahid Hameed (M.D.), M.D. |

Associated Diagnoses

AORTIC ANEURYSM
AORTIC VALVE REGURGITATION

Result Information

Status: Final result (Collected: 4/10/2019 08:57)     Provider Status: Reviewed

Result Notes for CTA CARDIAC W CONTRAST, WO QUANTITATIVE CALCIUM

Notes recorded by Khan, Shahid Hameed (M.D.), M.D. on 4/11/2019 at 11:35 AM PDT
Call Center Nurses: Please let patient know that his Aorta looks stable on his recent CT scan. No change in aortic size.

CTA  Aorta 4/10/2019:
Aortic root is stable  at 4.2 cm. Maximal size of ascending thoracic
aorta is 4.1  cm.  Compared to 5/16/17 there has been no significant  Change

Electronically signed by,

S. KHAN MD
Attending Cardiologist, Division of Cardiology, SCPMG
Clinical Associate Professor, UCLA School of Medicine
Ph: 323-783-4585
4/11/2019
11:35 AM

4/10/2019 10:28 AM - Interface, Scal_Radiology

Narrative

CT1/4 â€" PREFER MON/WED PROTOCOL: GATED AORTA.

Lab and Collection

CTA CARDIAC W CONTRAST, WO QUANTITATIVE CALCIUM - 4/3/2019

Result History

CTA CARDIAC W CONTRAST, WO QUANTITATIVE CALCIUM on 4/10/2019

Transcription

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Diagnostic imaging | 86769685 | 4/10/2019 10:28 AM | Hsu, Joe Yo (M.D.), M.D. |
| | Signed by Hsu, Joe Yo (M.D.), MEDICAL DOCTOR on 04/10/19 at 1028 | | |

CARDIAC CTA: 4/10/19

Kaiser Permanente

Page 1

CUSA000614

**KAISER PERMANENTE**    LOS ANGELES MEDICAL    Snookal, Mark J
CNTR L    MRN: 000004554567, DOB: 4/13/1972, Sex: M
4867 W. SUNSET BLVD.    Visit date: 4/3/2019
LOS ANGELES CA 90027-
5969

HISTORY: 46-year-old male with aortic regurgitation and aortic root
enlargement.

TECHNIQUE: Cardiac CTA is performed following administration of 130
ml of IV contrast material.

As required by California law, the CTDIvol and DLP radiation doses
associated with this CT study are listed below. This represents the
estimated dose to a standard lucite phantom resulting from the
technique used for this study, but is not the dose to this specific
patient.

Type / CTDIvol / DLP / Phantom
Chest / 5.55 / 136.04 / B
Chest / 16.46 / 8.23 / B
Chest / 17.39 / 365.11 / B
Total Exam DLP: 509.38
CTDIvol = mGy          DLP = mGy-cm
Phantom: B=Body32, H=Head16

QUALITY: Fair, arrhythmia with PVCs

COMPARISONS: CTA 5/126/17, 5/26/16, 4/21/15

FINDINGS:

AORTA: Left arch with normal branching of great vessels. Normal
ductus bump.

AORTIC VALVE: 3 cusps without calcification.

Aortic measurements are as follows:

AORTIC ANNULUS: 2.1 x 3.5 cm
AORTIC ROOT: 4.2 cm (average of 3 measurements from convexity to
commissure)
SINO-TUBULAR JUNCTION: 3.7 x 3.8 cm
ASCENDING AORTA AT LEVEL OF RIGHT PULMONARY ARTERY: 3.9 x 4.1 cm
AORTIC ARCH: 2.7 x 3.0 cm (proximal to origin of left subclavian
artery)
DESCENDING AORTA AT LEVEL OF RIGHT PULMONARY ARTERY: 2.7 x 2.9 cm
ABDOMINAL AORTA AT HIATUS: 2.5 x 2.6 cm

OTHER FINDINGS: Lungs are clear. No acute airspace disease. No

Kaiser Permanente

CUSA000615

**KAISER PERMANENTE**    LOS ANGELES MEDICAL    Snookal, Mark J
CNTR L    MRN: 000004554567, DOB: 4/13/1972, Sex: M
4867 W. SUNSET BLVD.    Visit date: 4/3/2019
LOS ANGELES CA 90027-
5969

effusion or consolidation seen. No mediastinal or hilar
lymphadenopathy. Visualized upper abdomen show cholecystectomy.

IMPRESSION:

Aortic root is stable at 4.2 cm. Maximal size of ascending thoracic
aorta is 4.1 cm.

Compared to 5/16/17 there has been no significant change.

This report electronically signed by Joe Hsu, MD on 4/10/2019 10:23 A

Display only: Transcription (86769685) on 4/10/2019 10:28 AM by Hsu, Joe Yo (M.D.), M.D.

**Order Providers**

| Authorizing | Encounter | Billing |
|---|---|---|
| Khan, Shahid Hameed (M.D.) | Lockerbie, Colin S | SCAL PROVIDER |

**Order Information**

| Date | Department | Released By | Authorizing |
|---|---|---|---|
| 4/9/2019 | CARDIOLOGY | Lockerbie, Colin S | Khan, Shahid Hameed (M.D.), M.D. |

**Original Order**

| Ordered On | Ordered By |
|---|---|
| 4/9/2019  3:25 PM | Lockerbie, Colin S |

**Associated Diagnoses**

AORTIC VALVE REGURGITATION

**Result Information**

Status: Final result (Collected:    Provider Status: Reviewed
4/9/2019 15:32)

4/16/2019 2:02 PM - Interface, Scal_Results_A

Component
REPORT

CUSA000616

**KAISER PERMANENTE**     LOS ANGELES MEDICAL
CNTR L
4867 W. SUNSET BLVD.
LOS ANGELES CA 90027-
5969

Snookal, Mark J
MRN: 000004554567, DOB: 4/13/1972, Sex: M
Visit date: 4/9/2019

4/16/2019  2:02 PM - Interface, Scal_Results_A (continued)

Conclusions

Summary
Technically very difficult study.
NSR with frequent PVCs.

Normal left ventricular wall thickness. Mildly increased left ventricular
size and normal systolic function with an estimated ejection fraction of
55-60%. Indeterminate diastolic function.
Upper normal left atrial size. Mild right atrial enlargement.
Upper normal right ventricular size and systolic function.

Structurally normal mitral valve without stenosis. Trace mitral
regurgitation.
Structurally normal trileaflet aortic valve. Mild to moderate eccentric
aortic regurgitation. No aortic stenosis. Aortic regurgitant pressure
half-time is 524 ms.
Aortic root measures 4.4 cm. Normal aortic arch size.

Findings
Mitral Valve
Structurally normal mitral valve without stenosis. Trace mitral
regurgitation.
Aortic Valve
Structurally normal trileaflet aortic valve. Mild to moderate eccentric
aortic regurgitation. No aortic stenosis. Aortic regurgitant pressure
half-time is 524 ms.
Tricuspid Valve
Cannot reliably estimate right ventricular systolic pressure (RVSP).
Pulmonic Valve
The pulmonic valve leaflets are thin and pliable; valve motion is normal.
Mild pulmonic regurgitation is present.
Left Atrium
Upper normal left atrial size.
Left Ventricle
Normal left ventricular wall thickness. Mildly increased left ventricular
size and normal systolic function with an estimated ejection fraction of
55-60%. Indeterminate diastolic function.
Right Atrium
Mild right atrial enlargement.
Right Ventricle
Upper normal right ventricular size and systolic function.
Pericardial Effusion
No pericardial effusion.

Aorta
Aortic root measures 4.4 cm. Normal aortic arch size.
Miscellaneous
IVC diameter is = 2.1 cm with a > 50% inspiratory collapse, suggestive of a
right atrial pressure of 0-5 mmHg.

Signature
---------------------------------------------------------------------------
Electronically signed by LEBOWITZ, STEPHEN HOWARD MD(Interpreting
physician) on 04/16/2019 02:01 PM
---------------------------------------------------------------------------

** Note: For images and the full report use the "PACS Images" link below **

Kaiser Permanente

CUSA000617

**KAISER PERMANENTE**     LOS ANGELES MEDICAL     Snookal, Mark J
CNTR L     MRN: 000004554567, DOB: 4/13/1972, Sex: M
4867 W. SUNSET BLVD.     Visit date: 4/9/2019
LOS ANGELES CA 90027-
5969

4/16/2019  2:02 PM - Interface, Scal_Results_A (continued)

Linked Documents

View Image

Lab and Collection

TRANSTHORACIC ECHO REAL TIME W 2D IMAGE, SPECTRAL AND COLOR FLOW DOPPLER COMPLETE - 4/9/2019

Result History

TRANSTHORACIC ECHO REAL TIME W 2D IMAGE, SPECTRAL AND COLOR FLOW DOPPLER COMPLETE on 4/16/2019

**END OF REPORT**

CUSA000618

**Trial Exhibit 88
p. 290**

EX 88-062



VOLUNTEER    WARNING SIGNS    DONATE



# Circulation



This site uses cookies. By continuing to browse this site you are agreeing to our use of cookies.

Click here for more information.    ✕

📄 About    ☰ Sections    🔧 Tools    ⤴

# Risk of Rupture or Dissection in Descending Thoracic Aortic Aneurysm

Joon Bum Kim, MD, PhD Kibeom Kim, BA
Mark E. Lindsay, MD, PhD Thomas MacGillivray, MD
Eric M. Isselbacher, MD Richard P. Cambria, and MD
Thoralf M. SundtIIIMDFrom Division of Cardiac Surgery
(J.B.K., T.M., T.M.S.), Thoracic Aortic Center (J.B.K.,
K.K., T.M., E.M.I., R.P.C., T.M.S.), Cardiology Division
(M.E.L., E.M.I.), Pediatric Cardiology (M.E.L.), and
Vascular and Endovascular Surgery (R.P.C.),
Massachusetts General Hospital, Harvard Medical
School, Boston; and Department of Thoracic and
Cardiovascular Surgery, Asan Medical Center,
University of Ulsan College of Medicine, Seoul, South
Korea (J.B.K., M.E.L.)

CUSA000619

Korea (J.B.K., M.E.L.).

Originally published 2 Sep 2015 PageID #:4606
https://doi.org/10.1161/CIRCULATIONAHA.114.015177
Circulation. 2015;132:1620–1629

Other version(s) of this article ⌄

# Abstract

## Background—

Current practice guidelines recommend surgical repair of large thoracic aortic aneurysms to prevent fatal aortic dissection or rupture, but limited natural history data exist to support clinical criteria for timely intervention.

## Methods and Results—

Of 3247 patients with thoracic aortic aneurysm registered in our institutional Thoracic Aortic Center Database, we identified and reviewed 257 nonsyndromic patients (age, 72.4±10.5 years; 143 female) with descending thoracic or thoracoabdominal aortic aneurysm without a history of aortic dissection in whom surgical intervention was not undertaken. The primary end point was a composite of aortic dissection/rupture and sudden death. Baseline mean maximal aortic diameter was 52.4±10.8 mm, with 103 patients having diameters ≥55 mm. During a median follow-up of 25.1 months (quartiles 1–3, 8.3–56.4 months), definite and possible aortic events occurred in 19 (7.4%) and 31 (12.1%) patients, respectively. On

CUSA000620

Trial Exhibit 88
p. 292

multivariable analyses, maximal aortic diameter at baseline emerged as the only significant predictor of aortic events (hazard ratio=1.12; 95% confidence interval, 1.08–1.15). Estimated rates of definite aortic events within 1 year were 5.5%, 7.2%, and 9.3% for aortic diameters of 50, 55, and 60 mm, respectively. Receiver-operating characteristic curves for discriminating aortic events were higher for indexed aortic sizes referenced by body size (area under the curve=0.832–0.889) but not significantly different from absolute maximal aortic diameter (area under the curve=0.805).

## Conclusions—

Aortic size was the principal factor related to aortic events in unrepaired descending thoracic or thoracoabdominal aortic aneurysm. Although the risk of aortic events started to increase with a diameter >5.0 to 5.5 cm, it is uncertain whether repair of thoracic aortic aneurysms in this range leads to overall benefit, and the threshold for repair requires further evaluation.

---

## Introduction

Aneurysm of the descending thoracic (DTA) and thoracoabdominal aorta (TAA) is a life-threatening disorder given the risks of aortic

CUSA000621

dissection (AD) or rupture and their associated high mortality and morbidity once complications occur. The decision to intervene prophylactically, however, is complicated by the significant mortality and morbidity associated with surgical intervention for these conditions. Current practice guidelines call for surgical repair of asymptomatic thoracic aortic aneurysms with diameters of ≥55 mm as a Class I recommendation.[1] Extensive TAAs are given a higher threshold of 60 mm.[1]

Editorial see p 1600

Clinical Perspective on p 1629

Recent observations have shown that adverse aortic events may occur at smaller diameters.[2,3] For instance, reports from the International Registry of Acute Aortic Dissection showed that 40% of patients with acute type A AD may have aortic diameter of ≤50 mm, and among those with type B AD, as many as 80% had aortic diameters <55 mm.[3,4] These observations have encouraged re-examination of the current practice guidelines. Furthermore, progression of endovascular technology enables treatment of the aortic diseases less invasively, potentially reducing treatment-related mortality or serious morbidity.[5–9] Convergence of these forces suggests that earlier prophylactic interventions for DTAs may be appropriate and emphasizes the need for a deeper understanding of the predictors of these aortic complications. Finally,

CUSA000622

Trial Exhibit 88
p. 294

EX 88-066

several aortic measures indexed to body size have been proposed recently as alternatives to simple diameter for predicting complications,[10],[11] but few studies have examined the predictive value of these metrics.

Unfortunately, there are a number of significant challenges in determining the natural course of unrepaired TAAs, including the relatively uncommon population frequency of the condition, the incomplete nature of most data sets, and the problem of ascertaining causes of sudden death, not to mention the impact of censoring of data at the time of surgical intervention.[12] Much of our current understanding of the disease is based on the pioneering studies conducted by the group at Yale University, which is almost unique in the evaluation of the natural prognosis of unrepaired TAAs, and data from those studies stand as the only data of their kind cited in the current guidelines for indication of prophylactic aortic aneurysm repairs.[10],[13],[14] Despite their widespread use, these data have significant limitations, however. For instance, patients with and without connective tissue disease were included in the data set, and ascending versus descending thoracic aneurysms were not anatomically differentiated. A very sophisticated study was performed by Juvonen et al[15] to derive an equation to estimate rupture rate based on 114 patients with DTA/TAA aneurysms. However, the study was limited by a

CUSA000623

Trial Exhibit 88
p. 295

relatively small sample size and lack of consideration of the time effect in the statistical model.

We therefore sought to evaluate the outcomes of unrepaired descending thoracic and TAA aneurysms as captured in our institution's Thoracic Aortic Center database in the interest of contributing to a greater understanding of the optimal triggers for surgical intervention by determining independent predictors of adverse events.

## Methods

### Study Subjects

Patients with diverse aortic diseases referred to the Massachusetts General Hospital Thoracic Aortic Center are prospectively registered into an institutional database that records baseline patient characteristics, detailed information on aortic interventions, and follow-up outcomes. This database was queried for "thoracic aortic aneurysm" from July 1992 through August 2013, yielding 3247 adult patients (age ≥17 years). A retrospective review was then undertaken for these patients, including systematic reviews of computed tomography (CT) or magnetic resonance imaging (MRI) of the whole aorta performed at baseline. Aortic diameters were measured systematically at the levels of ascending, arch, descending thoracic, and thoracoabdominal segments. Patients with

CUSA000624

Trial Exhibit 88
p. 296

maximal aortic diameter of ≥35 mm were
included in this study. In the interest of forming
a more homogeneous study population with
primary degenerative DTAs, those with known
connective tissue disorders (Marfan, Loeys-
Dietz, and Ehlers-Danlos syndromes),
inflammatory/neoplastic aortic diseases, AD,
isolated ascending aortic aneurysm, history of
prior thoracic aortic surgery, or congenital
anomaly of the aorta (ie, coarctation of aorta
and Kommerell diverticulum) were excluded.
Patients scheduled to receive elective aortic
interventions at the time of entry to the
database were excluded (n=564: open surgery
in 286, thoracic endovascular repair [TEVAR] in
278) because the course of dilated native aorta
could not be evaluated. However, 1 patient
scheduled for elective surgery had aortic
rupture 19 days after initial presentation while
awaiting operation; this patient was included in
this study.

Most patients with aortic diameters of ≥55 mm,
those demonstrating rapid expansion (>5
mm/y), or symptomatic patients with aneurysms
underwent timely surgery during the study
period; however, some of these patients refused
surgery or were counseled against surgery
related to comorbidities. Ultimately, 257
patients formed the study population, as shown
in the flowchart for enrollment in Figure 1. When
these patients were compared with 564 patients
who were excluded because they underwent

CUSA000625

prompt surgery, the study group was significantly older (74.6±8.9 versus 70.1±9.9 years; *P*=0.001) and more frequently had chronic obstructive pulmonary disease (50.5% [52 of 103] versus 20.0% [113 of 564]; *P*<0.001).



**Download figure** | **Download PowerPoint**

**Caption** ∨

Among the study patients, baseline CT or MRI images were reviewed for findings of atherosclerosis, mural calcification, and ulcer-like projection. The largest external diameter of the aorta was measured perpendicular to the axis of blood flow on the basis of baseline CT images or MRI.[1] In cases in which the aorta had elliptical cross-sectional shape, the smallest diameter was taken for the measurement, as previously reported.[16,17] Patients were

CUSA000626

designated as having aortic atherosclerosis if calcifications or luminal irregularity was identified in the aortic wall on these studies.

To evaluate the indexed aortic sizes relative to the body size, body surface area (BSA) was calculated based on the Du Bois formula (BSA=0.007148×weight$^{0.425}$×height$^{0.725}$),[18] and several indexes were calculated as follows: Yale index[10]=maximal aortic diameter (cm)/BSA (m$^2$); Svensson index[11]=maximal aortic cross-sectional area (cm$^2$)/height (m), and indexed area= maximal aortic cross-sectional area (cm$^2$)/BSA (m$^2$)

The study protocol was approved by the institutional review board, and the requirement for informed consent from individual patients was waived as a minimal-risk study owing to the retrospective nature of the study design.

## Definitions and Statistical Analysis

The primary end point was defined as a composite of adverse aortic events that included acute AD, aortic rupture, and sudden death not explained by causes other than aortic diseases. To establish unbiased definitions of the aortic events, we estimated aortic event rates as definite and possible events, as suggested by Lederle and colleagues.[19] Definite events were aortic rupture or AD as confirmed by adequate imaging studies (MRI or CT) or surgical findings. Possible events included, in

CUSA000627

addition to definite events, sudden unexplained or unwitnessed deaths. The true event rate was assumed to lie somewhere between the definite event rate and the possible event rate.

Because the primary aim of this study was to evaluate the natural course of unrepaired aortic aneurysm, patients who underwent elective aortic surgery before the aortic events or who died of causes other than aortic disease were regarded as censored at the time of such events.

Information on clinical end points of individual patient was obtained through August 2014 by a review of longitudinal data from Partners Health Care system. This system, the largest healthcare system in Massachusetts, maintains a centralized clinical data registry of all patient encounters.[20] Data on vital status and dates of death were further validated by the Social Security Death Index if necessary. Patients who were lost to follow-up were regarded as censored at the latest visit date if they had not had any adverse events up to that point.

SPSS software version 14.0 (SPSS Inc, an IBM company, Chicago, IL) and R statistical software version 3.1.2 were used for statistical analyses. Categorical variables are presented as frequencies and percentages, and continuous variables are expressed as mean±SD or median with range (or quartiles 1–3). Kaplan-Meier

CUSA000628

Trial Exhibit 88
p. 300

curves were plotted to display conditional probability of adverse aortic events, and log-rank tests were used to compare between-group differences in rates. For multivariable analyses, the Cox proportional hazards models were used to determine independent risk factors of adverse aortic events. Variables with a value of $P \leq 0.20$ in univariable analyses were candidates for the multivariable Cox models. Multivariable analyses involved a stepwise backward elimination technique, and only variables with a value of $P < 0.10$ were used in the final model. To test the proportional hazards assumption in the Cox models, log (−log[survival]) curves were inspected, which confirmed no violation in the models.

The receiver-operating characteristic curve method was used to assess the predictability of baseline maximal aortic sizes for adverse aortic event within 1 year. This test was done for either absolute or relative aortic diameters indexed by body sizes. The results are presented by area under the curve with 95% confidence interval (CI) and were compared between absolute and each of indexed aortic diameters using the method suggested by DeLong et al.[21] Risks of aortic events within 1 year based on initial aortic diameter were estimated with the logistic regression models.

All reported $P$ values were 2 sided, and a value of $P < 0.05$ was considered statistically significant.

CUSA000629

Trial Exhibit 88
p. 301

The authors had full access to and take full responsibility for the integrity of the data. All authors have read and agree to the manuscript as written.

## Results

### Baseline Characteristics

For the baseline imaging of the aorta, CT was used in 237 patients, and 20 patients were evaluated with MRI. Table 1 summarizes baseline profiles of subject patients. As might be anticipated, most patients (>80%) had hypertension. A similar percentage had evidence of atherosclerosis in the aneurysmal aorta. Concomitant ascending aortic dilatation was observed in ≈60% of patients, most of which were <5.5 cm. About 60% of patients presented with aneurysms of the TAA, which was followed by DTA and arch in the descending frequencies. Distributions of maximal aortic diameter are illustrated in Figure 2, which shows differences in the distributions according to the location of the main aneurysmal lesions. At baseline, 103 patients (40.1%) demonstrated a diameter of ≥55 mm, with 62 patients (24.1%) having an aortic diameter of ≥60 mm. Data on height and weight were available for 196 (76.3%) to allow the calculation of indexed aortic sizes.

CUSA000630

**Table 1. Patient Characteristics at the Time**

Trial Exhibit 88
p. 302

## Table 1. Patient Characteristics at the Time of Presentation (n=257)

| | |
|---|---|
| Age, y | 72.4±10.5 |
| Female sex, n (%) | 143 (55.6) |
| Body mass index, kg/m$^2$* | 27.4±4.9 |
| BSA, m$^2$* | 1.85±0.25 |
| Diabetes mellitus, n (%) | 34 (13.2) |
|   Insulin therapy | 3 (1.2) |
|   No insulin therapy | 31 (12.1) |
| Hypertension, n (%) | 212 (82.5) |
| Chronic obstructive pulmonary disease, n (%) | 105 (40.9) |
| Smoking history, n (%) | |
|   Past | 133 (51.8) |
|   Current | 51 (19.8) |
| Medications, n (%) | |
|   β-Blockade | 161 (62.6) |

CUSA000631

Trial Exhibit 88
p. 303

| | |
|---|---|
| Calcium channel blockade | 76 (29.6) |
| ACE inhibitor | 84 (32.7) |
| Angiotensin receptor blocker | 31 (12.1) |
| Diuretics | 81 (31.5) |
| History of AAA surgery, n (%) | 23 (8.9) |
| Main lesion location, n (%) | |
| Arch | 23 (8.9) |
| Descending thoracic aorta | 79 (30.7) |
| Thoracoabdominal aorta | 155 (60.3) |
| Imaging findings | |
| Aortic sizes | |
| Maximal aortic diameter, mm | 52.4±10.8 |
| Yale index* | 2.90±0.72 |
| Svensson index* | 13.2±5.8 |
| Indexed area*† | 12.3±5.5 |

CUSA000632

| | |
|---|---|
| Atherosclerosis, n (%) | 210 (81.7) |
| Calcification, n (%) | 188 (73.2) |
| Concomitant ascending aorta dilatation ≥35 mm, n (%) | 154 (59.9) |
| ≥35–<40 mm | 41 (16.0) |
| ≥40–<50 mm | 80 (31.1) |
| ≥50 mm | 33 (12.8) |

AAA indicates infrarenal abdominal aortic aneurysm; ACE, angiotensin-converting enzyme; and BSA, body surface area.

[*]Data available in 196 patients (76.3%).

[†]Indexed area=maximal aortic cross-sectional area $(cm^2)$/ body surface area $(m^2)$.

## Clinical Outcomes

Follow-up was complete in 88.7% (n=228) with a median duration of 25.1 months (quartiles 1–3, 8.3–56.4 months, 791.5 patient-years). Figure 2 illustrates the outcomes summary of patients. At baseline, 103 patients (40.1%) met conventional surgical indications based on

CUSA000633

Trial Exhibit 88
p. 305

aortic diameter (≥55 mm), but they refused surgery or delayed the decision to undergo surgery. In this patient group, 24 (23.3%) had aortic events during follow-up, of which 12 occurred within 1 year of initial presentation. Of these 24 patients, 10 patients underwent emergent operation (conventional open surgery in 4 and TEVAR in 6). Fatal outcome occurred in 15 of the 24 patients with aortic events (62.5%) including 1 patient who received emergent TEVAR. Another 63 of these patients (61.2%) underwent delayed elective aortic repair at a median of 7.1 months (range, 1.8–120 months) without experiencing interim aortic events. The final 16 patients with aortic diameter ≥5 mm at entry (15.5%) had been followed up for a median of 13.6 months (range, 2.7–71.6 months) and were free of adverse aortic events even without aortic intervention. Among these, 2 patients died of causes other than aortic disease at 26.9 and 58.0 months after the diagnosis of aortic aneurysm.



CUSA000634

Trial Exhibit 88
p. 306

Download figure   Download PowerPoint

Caption  ⌄

Among patients for whom surgery was not indicated at the initial presentation (n=154, 59.9%), 68 (44.1%) subsequently underwent elective aortic repair at a median of 34.8 months (range 3.4–155.7 months), most often because of progressive aortic dilatation (Figure 2). Another 7 patients (4.5%) in this group experienced adverse aortic events (rupture in 2, sudden death in 3, and AD in 2) at 3.2 to 141.2 months, of whom 4 had the events within 1 year of diagnosis. The remaining 79 patients remained alive (n=74) or died of other causes (n=5: cancer in 2, respiratory failure in 2 and multiple comorbidities in 1) without aortic intervention or an aortic event up to a median of 36.3 months (quartiles 1–3, 15.1–76.1 months).

Overall, 131 patients (60.0%) underwent elective aortic interventions (conventional open surgery in 74 and TEVAR in 57) at a median of 17.1 months (interquartile range, 5.9–38.4 months) with an operative mortality rate of 4.6% (n=6; TEVAR, 5.2% [3 of 57]; open surgery, 4.1% [3 of 74]), whereas the operative mortality rate among the 10 emergent cases was 10% (1 of 10, a TEVAR case).

CUSA000635

# Summary of Adverse Aortic Events

There were 19 definite and 31 possible adverse aortic events occurring at a median of 8.7 months (quartiles 1–3, 3.2–16.8 months; Table 2). Of these, 10 definite and 16 possible events occurred within 1 year after the diagnosis of aortic aneurysm. The adverse events were as follows: 4 cases of ADs, 15 cases of aortic rupture, and 12 sudden deaths. Locations of the 19 definite aortic events in patients who had rupture or dissection were as follows: arch in 1 (rupture), DTA in 7 (rupture in 6 and dissection in 1), and TAA in 11 (rupture in 8 and dissection in 3). The lesion locations were unidentified in 12 patients who died suddenly in whom the aneurysm had been located at the arch in 3 and TAA in 9.

| Table 2. Patient Outcomes | |
|---|---|
| | Total (n=257) |
| Definite adverse aortic event, n (%)* | 19 (7.4) |
| Possible adverse aortic event, n (%)* | 31 (12.1) |
| Rupture | 15 (5.8) |
| Aortic dissection | 4 (1.6) |

CUSA000636

Trial Exhibit 88
p. 308

| | |
|---|---|
| Emergent surgery | 10 (3.9) |
| Open TAA surgery | 4 (1.6) |
| TEVAR | 6 (2.3) |
| Fatal outcome by aortic events | 19 (7.4) |
| Definite event within 1 y of diagnosis, n (%)* | 10 (3.9) |
| Possible event within 1 y of diagnosis, n (%)* | 16 (6.2) |
| Elective operation during follow-up, n (%) | 141 (54.9) |
| Open TAA surgery | 69 (26.8) |
| TEVAR | 57 (22.2) |
| Arch repair | 5 (1.9) |
| Death resulting from other causes, n (%)† | 13 (5.1) |

TAA indicates thoracoabdominal aorta; and TEVAR, thoracic endovascular aortic repair.

*Definite aortic events include aortic

CUSA000637

Page ID #:4624

dissection and rupture; possible aortic events include sudden death in addition to definite aortic events.

†Cancer in 2 patients, respiratory causes in 2 patients, operative mortality after elective aortic repair in 6 patients, and multiple comorbidity in 3 patients.

Emergent aortic interventions were conducted for 10 patients with definite aortic events, including conventional open surgical TAA repair in 4 and TEVAR in 6. Fatal outcomes occurred in 9 of the 19 patients (47.4%) with definite aortic events, including 1 patient who underwent emergent TEVAR (mortality rate of emergent surgery, 10.0%).

Of 31 patients who had possible aortic events, 14 patients had interim CT assessments between the time of initial presentation and the time of aortic events (Table I in the online-only Data Supplement). Mean aortic expansion rate was 3.9 mm/y in these patients, and 3 patients showed rapid expansion of the aorta (>5 mm/y). In 4 patients whose aneurysms were <55 mm, follow-up CT scans showed aortic diameters >55 mm in all patients.

For the study group as a whole, regardless of aortic diameter, cumulative incidence rates at 1, 3, and 5 years were 4.3±1.3%, 6.9±1.9%, and 9.7±2.6%, respectively, for definite aortic events

CUSA000638



**From:** Snookal, Mark <Mark.Snookal@chevron.com>
**Sent:** Friday, August 23, 2019 8:44 AM
**To:** Levy, Scott <ScottLevy@chevron.com>
**Subject:** Re: medical

Scott,

Thank you for reviewing this. I have read that article in the past and I do not believe it to be directly applicable and it does not show risk data for my situation absent two complicating conditions. The two conditions they include in the data, connective tissue disorders and having a bicuspid valve, greatly increase the risk.

In my past research I found the paper I attached to be informative as it relates aneurysmal size with rupture/dissection risk.

**CUSA000639**

**Trial Exhibit 88**
**p. 311**



I will be on the lookout for Kaiser request.

Thanks again

Mark

---

**From:** Levy, Scott <ScottLevy@chevron.com>
**Sent:** Friday, August 23, 2019 8:19:29 AM
**To:** Snookal, Mark <Mark.Snookal@chevron.com>
**Subject:** medical

Mark,

Thanks for speaking with me. As we discussed I called Dr. Khan's office at KP and left a voicemail for him. I asked for a response either through email or phone. You might get a question from KP validating that I have your permission to speak with them. The data I quoted you earlier came from the attached article and may be in fact different than your specific situation, which is something we can start by clarifying. I'll confirm as soon as I receive a response and will follow up again early next week if I don't hear anything.

Scott

**Scott Levy**
Regional Medical Manager, Europe, Eurasia, Middle East & Africa
TR & HM COE

Chevron Products UK Limited
1 Westferry Circus
Canary Wharf
London E14 4HA
Office- +44 (0) 207 719 3390 (Also serves 24/7 medical emergency support)

CUSA000640

Fax- +44 (0) 207 719 5188
Mobile- +44 (0) 792 258 4538
CTN- (8) 584 3390
ScottLevy@chevron.com

Chevron Malaria Hotline for any questions about symptoms or treatment- +1 866 276 5118

**Important Message from the Global Privacy Team**

Remember that when it comes to sharing personal data, less is more. Do not share more information than is being requested from you. Share information securely and follow company policy by encrypting emails and attachments that contain **sensitive personal data**. Before clicking "send" on an email, **double-check** that the email is addressed to the people you actually want it to go to! Do not forward emails containing detailed information about a patient's health or wellbeing when a summary would suffice. Wherever possible, anonymize personal data by removing patient names and other individual identifiers. Finally, don't hesitate to contact the Global Privacy Team if you have any questions: privacy@chevron.com

CUSA000641

**From:** Tse, Thalia[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=99EFC14DBE5D41459200C7706476E94E-IAXH]
**Sent:** Thur 11/7/2019 12:13:04 AM Coordinated Universal Time
**To:** Powers, Andrew C[Andrew.Powers@chevron.com]
**Subject:** RE: Mark Snookal

Thank you for the guidance, Andrew!
Yes, I agree with your questions and my initial thought was you may be looped in on it. I also wanted to understand if this require going through job posting process vs. managed move? And PSG for the position (if it is a placed job, should it be evaluated by TR since Austin mentioned of Mark is up for review for PSG23 while the maintenance OA is a PSG 22.
I reached out to Austin so I can get a better understanding of it.
Please let me know if you have any questions.
Thank you.
t
HR Business Partner | El Segundo Refinery
iaxh@chevron.com

This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any information in this message is strictly prohibited. If you have received this message by error, please notify me immediately at the telephone number listed above.

**From:** Powers, Andrew C <Andrew.Powers@chevron.com>
**Sent:** Wednesday, November 6, 2019 2:45 PM
**To:** Tse, Thalia <thaliatse@chevron.com>
**Subject:** RE: Mark Snookal
Hi T,
Seems like this could be worth some dialogue between you and Austin and/or Troy. Some things that come to mind:
   1.  New positions (especially at this PSG level) seem to warrant OC/Local PDC approval. This is not explicitly stated in the ESE PDC Charter, however, we still want to ensure strong governance of headcount (especially adds). This could be a simple discussion at the OC (led by Troy), but he would want to have some good business reason for the add.
   2.  There is a focus on headcount governance. I would be curious to know how this fits into M&R's overall headcount. Are they looking to add here and eliminate another open position somewhere else?
   3.  As much as I think items 1 and 2 above are important, I do know that we committed to finding Mark something. I just want to make sure we are making an informed decision on adding a new position vs. placing him in an existing vacancy. Perhaps this discussion has already happened, but from what I understand you have not been informed about it and therefore further discussion seems warranted.

Hope this helps. Please let me know if I can clarify any of my thinking or if you'd like to chat in person.
Kind Regards,
Andrew

**From:** Tse, Thalia <thaliatse@chevron.com>
**Sent:** Wednesday, November 6, 2019 2:07 PM
**To:** Powers, Andrew C <Andrew.Powers@chevron.com>
**Subject:** Fwd: Mark Snookal
Hi Andrew,
This is the first time I heard about a new position for Austin's team. Will this considered adding headcount? Do I need OC approval to add headcount?
Please let me know if you have any questions.
Thank you.
t

Sent from my iPhone
Begin forwarded message:

> **From:** "Ruppert, Austin" <Austin.Ruppert@chevron.com>
> **Date:** November 6, 2019 at 2:00:42 PM PST
> **To:** "Tse, Thalia" <thaliatse@chevron.com>
> **Subject: Re: Mark Snookal**
>
> New position
> Get Outlook for iOS
> _____
>
> **From:** Tse, Thalia <thaliatse@chevron.com>
> **Sent:** Wednesday, November 6, 2019 1:30:19 PM
> **To:** Ruppert, Austin <Austin.Ruppert@chevron.com>
> **Cc:** Tortorich, Troy (TRMT) <TRMT@chevron.com>
> **Subject:** Re: Mark Snookal
> Hi Austin,
> Thank you for reaching out! Is this a new position? Or someone left the position?
> Please let me know if you have any questions.
> Thank you.
> t
>
> Sent from my iPhone
> On Nov 6, 2019, at 12:55 PM, Ruppert, Austin <Austin.Ruppert@chevron.com> wrote:
>
> > T,
> > I would like to manage move Mark Snookal into a Reliability Change OA role starting as soon as available. He will still report to me and I have attached the GO-400 for the role.

He is a PSG 22, but is up for review at this years session for a 23

**Austin Ruppert**
Reliability Manager
*beyi@chevron.com*
*Tel 1-310-615-3383*
*Cell* █████████
**Chevron Products Company**
324 W. El Segundo Blvd.
El Segundo, CA 90245
<Reliability Change OA GO400.docx>

CUSA000643

**From:** Powers, Andrew C[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AFB7F7C935FE4FB4938203195698DFEA-BDQS]
**Sent:** Mon 9/9/2019 3:53:49 PM Coordinated Universal Time
**To:** Tortorich, Troy (TRMT)[TRMT@chevron.com]
**Subject:** FW: Rescinded Job Offer in Nigeria

---

FYI.

**From:** Powers, Andrew C
**Sent:** Friday, September 6, 2019 7:57 AM
**To:** Snookal, Mark <Mark.Snookal@chevron.com>
**Cc:** Tse, Thalia <thaliatse@chevron.com>; Ruppert, Austin <Austin.Ruppert@chevron.com>
**Subject:** RE: Rescinded Job Offer in Nigeria

Mark,

Thanks for your email and I hear your concerns.

I've reached out to the Medical Department and while I'm not privy to any medical information, I understand a thorough review was conducted and alternatives were explored. We would respectfully disagree that the determination was based on stereotyping or impermissible discrimination.

In terms of next steps, we will ensure you have a position in El Segundo. However, the PDC is also exploring alternative expat and domestic assignments and we should have more information on that soon.

Regards,

*Andrew Powers*
HR Manager, El Segundo Refinery
Andrew.Powers@chevron.com

*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any information in this message is strictly prohibited. If you have received this message by error, please notify me immediately at the telephone number listed above.*

**From:** Snookal, Mark <Mark.Snookal@chevron.com>
**Sent:** Wednesday, September 4, 2019 7:21 AM
**To:** Powers, Andrew C <Andrew.Powers@chevron.com>
**Cc:** Tse, Thalia <thaliatse@chevron.com>; Ruppert, Austin <Austin.Ruppert@chevron.com>
**Subject:** Rescinded Job Offer in Nigeria

Andrew,

I am very disappointed in the decision by Chevron Medical to classify me as "unfit" for the Reliability Engineering Manager position at EGTL. I believe this decision was made based on a lack of understanding and stereotypical assumptions about my medical condition and is, therefore, discriminatory in nature. As my condition does not affect my ability to perform the job duties of that position, I require no ongoing care outside of annual monitoring, working in a remote location does not affect my condition, a complication from my condition would cause no harm to others, and I have no work restrictions from my physician this decision seems excessively paternalistic.

After the initial finding of "unfit," I appealed the decision, and Chevron Medical requested permission to contact the specialist who cares for me, and I agreed. That specialist sent an email to Chevron Medical, stating that my condition is stable and has been for three years and that the risk is "low." That same physician had earlier provided me with a letter stating that "it is safe for him [me] to work in Nigeria...His [my] condition is under good control, and no special treatment is needed." Which I provided to Chevron Medical before they made their initial determination of "unfit." Additionally, I passed all aspects of the regular examination, and the issue arises purely from a question about medical history.

Aside from my complaint of medical discrimination, where does their decision leave me? I spoke with the manager I would have reported to in Nigeria this morning, and they are rescinding the offer, but my position in El Segundo has already been filled.

Mark Snookal
IEA Reliability Team Lead
**Chevron Products Company**
El Segundo Refinery
324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel 310.615.5208
Mobile 310.678.5914
Mark.Snookal@chevron.com

CUSA000644

**From:** Powers, Andrew C[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AFB7F7C935FE4FB4938203195698DFEA-BDQS]
**Sent:** Mon 9/9/2019 6:07:18 PM Coordinated Universal Time
**To:** Ruppert, Austin[Austin.Ruppert@chevron.com]
**Subject:** RE: Rescinded Job Offer in Nigeria

Austin – In regards to international assignments, that will be between him and medical on where he is fit to go. In regards to domestic assignments, this is where you and Troy come in (determining what roles he will be competitive for). We can discuss more in person.

**From:** Ruppert, Austin <Austin.Ruppert@chevron.com>
**Sent:** Monday, September 9, 2019 10:54 AM
**To:** Powers, Andrew C <Andrew.Powers@chevron.com>
**Subject:** RE: Rescinded Job Offer in Nigeria

Andrew,
One thing I would like to discuss this afternoon is how we are going to handle future job applications from Mark. We/He doesn't have good guidance on how to address this, so I see it creating the potential for a lot of churn

**From:** Powers, Andrew C <Andrew.Powers@chevron.com>
**Sent:** Wednesday, September 4, 2019 12:49 PM
**To:** Tortorich, Troy (TRMT) <TRMT@chevron.com>; Ruppert, Austin <Austin.Ruppert@chevron.com>
**Cc:** Tse, Thalia <thaliatse@chevron.com>
**Subject:** RE: Rescinded Job Offer in Nigeria

All – Not for forwarding, but I wanted to give you a quick update. Apologies for the lengthy e-mail as I am traveling.

First, I heard back from medical. They were not able to provide any specific medical information but could state that having a medical condition by itself does not disqualify an individual if the risk can be managed effectively at the host location. In this situation, the host medical team reviewed the case and given the inherent risk and inability to mitigate/eliminate this risk in Escravos, led to the decision of unfit for expat assignment in this case. They did look into whether the position could be moved to Lagos, where there are hospitals and better medical resources but that was not feasible. It is common for the treating physician's decision to be overridden, this happens when the treating provider does not understand the local medical resources at the host location, the difficulty medically evacuating a person from the location, and the risk tolerance of the host, in short disagreements do happen. The use of the term "low risk" is a little misleading here as there is a specific risk of his underlying condition becoming problematic and although the treating doctor reported this individuals risk to be lower than what is written in the medical literature, it's still significant and higher than the business was willing to accept.

Second, I have asked medical how we have responded to these in the past. Mark is not the first person to be deemed unfit for expat assignment. I'd like to get proper and effective language before responding to Mark and let him know who his resources are to further discuss medical details (it is not appropriate if he discusses his condition with you, me or anyone besides medical).

Third, I think you will be best prepared by thinking about what role Mark can do within El Segundo. Do you have an existing vacancy? Do we have any roles that he could be good for in the near future? He mentions a backfill was identified, is that already finalized? I know it would not be ideal, but would you want to consider rescinding that person's offer since Mark's offer fell through? Main intent here is that we need to give Mark the assurance (if possible) that he should not worry about NOT having a job (we will figure something out). It is clear he is frustrated about not getting the expat role, but now is concerned what his employment looks like in general.

I will report back once I hear back from medical on how they have responded to these in the past. In the meantime, if you have any questions that need immediate attention, please feel free to call Thalia or myself.

Kind Regards,
*Andrew Powers*
HR Manager, El Segundo Refinery
Andrew.Powers@chevron.com
*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any information in this message is strictly prohibited. If you have received this message by error, please notify me immediately at the telephone number listed above.*

**From:** Powers, Andrew C
**Sent:** Wednesday, September 4, 2019 7:41 AM
**To:** Tortorich, Troy (TRMT) <TRMT@chevron.com>; Ruppert, Austin <Austin.Ruppert@chevron.com>
**Cc:** Tse, Thalia <thaliatse@chevron.com>
**Subject:** Fwd: Rescinded Job Offer in Nigeria

Austin/Troy,
Please be thinking about what role Mark could do if this falls through. Thalia and I will investigate and see what medical can share/set us up with an appropriate response.
Note he finds this discriminatory, however, that is hard to know without further context from medical. I am sure there is a very good reason why this was rescinded.
Andrew

Sent from my iPhone
Begin forwarded message:

> **From:** "Powers, Andrew C" <Andrew.Powers@chevron.com>
> **Date:** September 4, 2019 at 7:35:44 AM PDT
> **To:** "Snookal, Mark" <Mark.Snookal@chevron.com>
> **Cc:** "Tse, Thalia" <thaliatse@chevron.com>, "Ruppert, Austin" <Austin.Ruppert@chevron.com>
> **Subject: Re: Rescinded Job Offer in Nigeria**
>
> Mark,
> Thank you for bringing this to our attention. This is the first I am hearing of this. Therefore, please let me look into this and see if I can get a better understanding of why. We will get back to you ASAP.
> Andrew
>
> Sent from my iPhone
> On Sep 4, 2019, at 7:21 AM, Snookal, Mark <Mark.Snookal@chevron.com> wrote:

Andrew,

I am very disappointed in the decision by Chevron Medical to classify me as "unfit" for the Reliability Engineering Manager position at EGTL. I believe this decision was made based on a lack of understanding and stereotypical assumptions about my medical condition and is, therefore, discriminatory in nature. As my condition does not affect my ability to perform the job duties of that position, I require no ongoing care outside of annual monitoring, working in a remote location does not affect my condition, a complication from my condition would cause no harm to others, and I have no work restrictions from my physician this decision seems excessively paternalistic.

After the initial finding of "unfit," I appealed the decision, and Chevron Medical requested permission to contact the specialist who cares for me, and I agreed. That specialist sent an email to Chevron Medical, stating that my condition is stable and has been for three years and that the risk is "low." That same physician had earlier provided me with a letter stating that "it is safe for him [me] to work in Nigeria...His [my] condition is under good control, and no special treatment is needed." Which I provided to Chevron Medical before they made their initial determination of "unfit." Additionally, I passed all aspects of the regular examination, and the issue arises purely from a question about medical history.

Aside from my complaint of medical discrimination, where does their decision leave me? I spoke with the manager I would have reported to in Nigeria this morning, and they are rescinding the offer, but my position in El Segundo has already been filled.

Mark Snookal
IEA Reliability Team Lead
**Chevron Products Company**
El Segundo Refinery
324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel 310.615.5208
Mobile 310.678.5914
Mark.Snookal@chevron.com

CUSA000646

**From:** Powers, Andrew C[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AFB7F7C935FE4FB4938203195698DFEA-BDQS]
**Sent:** Fri 9/6/2019 3:04:12 PM Coordinated Universal Time
**To:** Ruppert, Austin[Austin.Ruppert@chevron.com]
**Cc:** Tortorich, Troy (TRMT)[TRMT@chevron.com]; Tse, Thalia[thaliatse@chevron.com]
**Subject:** RE: Positions in 2H PDC

Thanks Austin. I pressed GO already, but I think your line below is something good for you to personally reinforce to him.
Andrew

**From:** Ruppert, Austin <Austin.Ruppert@chevron.com>
**Sent:** Friday, September 6, 2019 7:59 AM
**To:** Powers, Andrew C <Andrew.Powers@chevron.com>
**Cc:** Tortorich, Troy (TRMT) <TRMT@chevron.com>; Tse, Thalia <thaliatse@chevron.com>
**Subject:** Re: Positions in 2H PDC

Thanks Andrew. I am good with your original note, but you could also use what I wrote below for the second paragraph. I have been talking with Mark about next steps and making sure his circumstances align with the role, so this might make it clear we are all talking and on the same page.

In terms of next steps, we will continue to work with you and Austin to ensure you have a position that aligns with your personal and career aspirations.

Thanks again for the support from you and T.

-Austin

On Sep 6, 2019, at 7:09 AM, Powers, Andrew C <Andrew.Powers@chevron.com> wrote:

Troy/Austin – Heads up, below is the response I plan to send Mark this morning. Please let me know asap if you have any objection.
::::::::::::::::::::::::::::::::::::::::::
Mark,
Thanks for your email and I hear your concerns.
I've reached out to the Medical Department and while I'm not privy to any medical information, I understand a thorough review was conducted and alternatives were explored. We would respectfully disagree that the determination was based on stereotyping or impermissible discrimination.
In terms of next steps, we will ensure you have a position in El Segundo due the circumstances. However, the PDC is also exploring alternative expat assignments and we should have more information on that soon.
Regards,
Andrew
::::::::::::::::::::::::::::::::::::::::::;
Andrew

**From:** Ruppert, Austin <Austin.Ruppert@chevron.com>
**Sent:** Thursday, September 5, 2019 1:28 PM
**To:** Tortorich, Troy (TRMT) <TRMT@chevron.com>; Tse, Thalia <thaliatse@chevron.com>; Powers, Andrew C <Andrew.Powers@chevron.com>
**Subject:** FW: Positions in 2H PDC

All,
Update from Mark on his review of the PDC as well as a previously discussed new role/group here.

**From:** Snookal, Mark <Mark.Snookal@chevron.com>
**Sent:** Thursday, September 5, 2019 1:21 PM
**To:** Ruppert, Austin <Austin.Ruppert@chevron.com>
**Subject:** Positions in 2H PDC

Austin,
Looking through the postings I see three possible positions:
EBU - TCO - Instrument & Control Maintenance Supervisor (PSG 21-24, FL 3-6, Expat Eligible) – According to Scott Levy, Regional Medical Manager EEMEA, I would be considered "unfit" at TCO as well
DS&C - MFG - El Segundo Routine Maintenance General Team Lead (PSG 23) – This is on my career development plan, and I believe I am well qualified for this position
DS&C - MFG - El Segundo Operating Assistant (PSG 22-23, Contingent, 2 Positions) – This is also on my career development plan, but this posting is for the degree required OA positions, and I do not have a degree
While Kit Deaver and Tim Sutherland were still here, they had discussions around forming an analyzer group that incorporated Engineering, Maintenance, and Reliability under one organization similar to the way the SIS group is structured here. I would have been the leader of that organization and if that is something that Troy is aware of or interested in that would be my first choice, I have over 20 years of analyzer system design and maintenance experience.
Mark Snookal
IEA Reliability Team Lead
**Chevron Products Company**
El Segundo Refinery
324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel 310.615.5208
Mobile 310.678.5914
Mark.Snookal@chevron.com

CUSA000647

**Trial Exhibit 88**
p. 319

**From:** Tortorich, Troy (TRMT)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=60536BABC7304AB48C73A45EB38EB947-TRMT]
**Sent:** Fri 9/6/2019 2:46:48 PM Coordinated Universal Time
**To:** Powers, Andrew C[Andrew.Powers@chevron.com]
**Subject:** RE: Positions in 2H PDC

Sounds good.

**From:** Powers, Andrew C <Andrew.Powers@chevron.com>
**Sent:** Friday, September 6, 2019 7:09 AM
**To:** Ruppert, Austin <Austin.Ruppert@chevron.com>; Tortorich, Troy (TRMT) <TRMT@chevron.com>; Tse, Thalia <thaliatse@chevron.com>
**Subject:** RE: Positions in 2H PDC

Troy/Austin – Heads up, below is the response I plan to send Mark this morning. Please let me know asap if you have any objection.
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

Mark,

Thanks for your email and I hear your concerns.

I've reached out to the Medical Department and while I'm not privy to any medical information, I understand a thorough review was conducted and alternatives were explored. We would respectfully disagree that the determination was based on stereotyping or impermissible discrimination.

In terms of next steps, we will ensure you have a position in El Segundo due the circumstances. However, the PDC is also exploring alternative expat assignments and we should have more information on that soon.

Regards,

Andrew

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::;

Andrew

**From:** Ruppert, Austin <Austin.Ruppert@chevron.com>
**Sent:** Thursday, September 5, 2019 1:28 PM
**To:** Tortorich, Troy (TRMT) <TRMT@chevron.com>; Tse, Thalia <thaliatse@chevron.com>; Powers, Andrew C <Andrew.Powers@chevron.com>
**Subject:** FW: Positions in 2H PDC

All,
Update from Mark on his review of the PDC as well as a previously discussed new role/group here.

**From:** Snookal, Mark <Mark.Snookal@chevron.com>
**Sent:** Thursday, September 5, 2019 1:21 PM
**To:** Ruppert, Austin <Austin.Ruppert@chevron.com>
**Subject:** Positions in 2H PDC

Austin,

Looking through the postings I see three possible positions:

EBU - TCO - Instrument & Control Maintenance Supervisor (PSG 21-24, FL 3-6, Expat Eligible) – According to Scott Levy, Regional Medical Manager EEMEA, I would be considered "unfit" at TCO as well

DS&C - MFG - El Segundo Routine Maintenance General Team Lead (PSG 23) – This is on my career development plan, and I believe I am well qualified for this position

DS&C - MFG - El Segundo Operating Assistant (PSG 22-23, Contingent, 2 Positions) – This is also on my career development plan, but this posting is for the degree required OA positions, and I do not have a degree

While Kit Deaver and Tim Sutherland were still here, they had discussions around forming an analyzer group that incorporated Engineering, Maintenance, and Reliability under one organization similar to the way the SIS group is structured here. I would have been the leader of that organization and if that is something that Troy is aware of or interested in that would be my first choice, I have over 20 years of analyzer system design and maintenance experience.

Mark Snookal
IEA Reliability Team Lead
**Chevron Products Company**
El Segundo Refinery
324 W. El Segundo Blvd.
El Segundo, CA 90245
Tel 310.615.5208
Mobile 310.678.5914
Mark.Snookal@chevron.com

CUSA000648

**Trial Exhibit 88**
**p. 320**

From: Ruppert, Austin[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=919137C28CC84111BA965451CE433946-BEYI]
Sent: Wed 9/4/2019 2:45:36 PM Coordinated Universal Time
To: Powers, Andrew C[Andrew.Powers@chevron.com]; Tortorich, Troy (TRMT)[TRMT@chevron.com]
Cc: Tse, Thalia[thaliatse@chevron.com]
Subject: RE: Rescinded Job Offer in Nigeria

Thanks Andrew,
This is the first I am hearing about any of this as well. Let me know if you need me to follow up on anything and I appreciate the help.
From: Powers, Andrew C <Andrew.Powers@chevron.com>
Sent: Wednesday, September 4, 2019 7:41 AM
To: Tortorich, Troy (TRMT) <TRMT@chevron.com>; Ruppert, Austin <Austin.Ruppert@chevron.com>
Cc: Tse, Thalia <thaliatse@chevron.com>
Subject: Fwd: Rescinded Job Offer in Nigeria
Austin/Troy,
Please be thinking about what role Mark could do if this falls through. Thalia and I will investigate and see what medical can share/set us up with an appropriate response.
Note he finds this discriminatory, however, that is hard to know without further context from medical. I am sure there is a very good reason why this was rescinded.
Andrew

Sent from my iPhone
Begin forwarded message:

> From: "Powers, Andrew C" <Andrew.Powers@chevron.com>
> Date: September 4, 2019 at 7:35:44 AM PDT
> To: "Snookal, Mark" <Mark.Snookal@chevron.com>
> Cc: "Tse, Thalia" <thaliatse@chevron.com>, "Ruppert, Austin" <Austin.Ruppert@chevron.com>
> Subject: Re: Rescinded Job Offer in Nigeria
>
> Mark,
> Thank you for bringing this to our attention. This is the first I am hearing of this. Therefore, please let me look into this and see if I can get a better understanding of why. We will get back to you ASAP.
> Andrew
>
> Sent from my iPhone
> On Sep 4, 2019, at 7:21 AM, Snookal, Mark <Mark.Snookal@chevron.com> wrote:
>
>> Andrew,
>> I am very disappointed in the decision by Chevron Medical to classify me as "unfit" for the Reliability Engineering Manager position at EGTL. I believe this decision was made based on a lack of understanding and stereotypical assumptions about my medical condition and is, therefore, discriminatory in nature. As my condition does not affect my ability to perform the job duties of that position, I require no ongoing care outside of annual monitoring, working in a remote location does not affect my condition, a complication from my condition would cause no harm to others, and I have no work restrictions from my physician this decision seems excessively paternalistic.
>> After the initial finding of "unfit," I appealed the decision, and Chevron Medical requested permission to contact the specialist who cares for me, and I agreed. That specialist sent an email to Chevron Medical, stating that my condition is stable and has been for three years and that the risk is "low." That same physician had earlier provided me with a letter stating that "it is safe for him [me] to work in Nigeria...His [my] condition is under good control, and no special treatment is needed." Which I provided to Chevron Medical before they made their initial determination of "unfit." Additionally, I passed all aspects of the regular examination, and the issue arises purely from a question about medical history.
>> Aside from my complaint of medical discrimination, where does their decision leave me? I spoke with the manager I would have reported to in Nigeria this morning, and they are rescinding the offer, but my position in El Segundo has already been filled.
>> Mark Snookal
>> IEA Reliability Team Lead
>> **Chevron Products Company**
>> El Segundo Refinery
>> 324 W. El Segundo Blvd.
>> El Segundo, CA 90245
>> Tel 310.615.5208
>> Mobile 310.678.5914
>> Mark.Snookal@chevron.com

CUSA000649

**Trial Exhibit 88
p. 321**

**From:** Powers, Andrew C[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AFB7F7C935FE4FB4938203195698DFEA-BDQS]
**Sent:** Wed 9/4/2019 2:42:07 PM Coordinated Universal Time
**To:** Jones MD, Ayanna[Ayanna.Jones@chevron.com]
**Cc:** Tse, Thalia[thaliatse@chevron.com]; Levy, Scott[ScottLevy@chevron.com]
**Subject:** Re: Rescinded Job Offer in Nigeria

Thank you Dr. Ayana.
Would be great if we can get some further justification and suggested response today.


Sent from my iPhone

On Sep 4, 2019, at 7:39 AM, Jones MD, Ayanna <Ayanna.Jones@chevron.com> wrote:

> Hello Andrew,
> The EEMEA Regional Medical Manager would be able to provide you with context on this case and appropriate response.
> Regards,
> Ayanna Jones, MD, MPH
> Manager US Occupational and
> Expatriate Health Services
> **Chevron Services Company**
> A Division of Chevron U.S.A. Inc.
> TR & HM COE
> Global Health and Medical
> 1400 Smith, #03196
> Houston, TX 77002
> Tel: (713)372-5921
> Fax: (713)372-5941
> Email: Ayanna.Jones@chevron.com
> *This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at the telephone number indicated above*
>
> **From:** Powers, Andrew C <Andrew.Powers@chevron.com>
> **Sent:** Wednesday, September 04, 2019 9:33 AM
> **To:** Jones MD, Ayanna <Ayanna.Jones@chevron.com>
> **Cc:** Tse, Thalia <thaliatse@chevron.com>
> **Subject:** Fwd: Rescinded Job Offer in Nigeria
> Dr. Ayana,
> Are you able to provide me with any context on the below and suggested response? Is this common to have conflicting views between someone's personal physician and Chevron Expat Medical?
> If there is another resource you would suggest, could I please have their name?
> Note that Mark finds this discriminatory in nature, however, this is hard to know with the limited information.
> Kind Regards,
> Andrew Powers
>
> Sent from my iPhone
> Begin forwarded message:
>
>> **From:** "Snookal, Mark" <Mark.Snookal@chevron.com>
>> **Date:** September 4, 2019 at 7:20:38 AM PDT
>> **To:** "Powers, Andrew C" <Andrew.Powers@chevron.com>
>> **Cc:** "Tse, Thalia" <thaliatse@chevron.com>, "Ruppert, Austin" <Austin.Ruppert@chevron.com>
>> **Subject: Rescinded Job Offer in Nigeria**
>>
>> Andrew,
>> I am very disappointed in the decision by Chevron Medical to classify me as "unfit" for the Reliability Engineering Manager position at EGTL. I believe this decision was made based on a lack of understanding and stereotypical assumptions about my medical condition and is, therefore, discriminatory in nature. As my condition does not affect my ability to perform the job duties of that position, I require no ongoing care outside of annual monitoring, working in a remote location does not affect my condition, a complication from my condition would cause no harm to others, and I have no work restrictions from my physician this decision seems excessively paternalistic.
>> After the initial finding of "unfit," I appealed the decision, and Chevron Medical requested permission to contact the specialist who cares for me, and I agreed. That specialist sent an email to Chevron Medical, stating that my condition is stable and has been for three years and that the risk is "low." That same physician had earlier provided me with a letter stating that "it is safe for him [me] to work in Nigeria…His [my] condition is under good control, and no special treatment is needed." Which I provided to Chevron Medical before they made their initial determination of "unfit." Additionally, I passed all aspects of the regular examination, and the issue arises purely from a question about medical history.
>> Aside from my complaint of medical discrimination, where does their decision leave me? I spoke with the manager I would have reported to in Nigeria this morning, and they are rescinding the offer, but my position in El Segundo has already been filled.
>> Mark Snookal