# TRIAL EXHIBIT 127

## Location Premiums by Area of Assignment
### For Rotational Assignments

| Assignment Location | Annual Premium Percentage |
|---|---|
| Angola – Soyo | 50 |
| Angola – Cabinda (Malongo) | 40 |
| Angola – Lobito | 45 |
| Angola – Luanda | 35 |
| Argentina – El Trapial | 20 |
| Argentina – Neuquén-Loma Campana | 20 |
| Australia – Barrow Island, Onslow | 20 |
| Australia – Offshore | 30 |
| Australia – Perth | 10 |
| Bangladesh – Bibiyana, Jalalabad, Moulavi Bazar, Sylhet | 50 |
| Bangladesh – Dhaka | 40* |
| Brazil – Offshore | 30 |
| Brazil – Rio de Janeiro | 20 |
| Canada – Fort McMurray, St. John's, Calgary | 10 |
| Canada – Horn River/Liard Basin (HRL), Kaybob Duvernay | 20 |
| Canada – Kitimat | 15 |
| Canada – Orphan Field (Offshore) | 30 |
| Chad/Cameroon | 45 |
| China – Beijing, Tianjin | 30 |
| China – Gaoqiao, Luo Wen, Nanba (Chuandongbei) | 45 |
| Colombia – Riohacha | 30 |
| Congo, Republic of the – Pointe Noire | 35 |
| Ghana – Field Locations, Takoradi | 40 |
| Indonesia – Balikpapan (Offshore) | 35 |
| Indonesia – Garut, Gunung Salak | 30 |
| Iraq (Kurdistan) – Erbil | 45* |
| Iraq (Kurdistan) – Field Locations | 55* |
| Italy | 10 |
| Japan – Nagoya | 10 |
| Kazakhstan – Aktau | 40 |
| Kazakhstan – Aktau-Camp (Ersai), Karachaganak (Aksai), Prorva, Tengiz, Bautino | 50 |
| Kazakhstan – Atyrau | 35 |
| Kuwait – Kuwait City | 35 |
| Kuwait – PZ, Wafra | 40 |
| Mauritania – Offshore | 40 |
| Malaysia – Lumut | 25 |
| Netherlands – Offshore | 20 |
| Nigeria – Badagry | 45 |
| Nigeria – Escravos, Offshore (Agbami), Onne, Port Harcourt, Warri | 55 |
| Nigeria – Lagos | 35 |
| Philippines – Field Locations | 30 |
| Russia – Moscow | 20 |
| Russia – Offshore (Black Sea) | 30 |
| Singapore | 10 |

*Consult the "Temporary Hardship Allowance" section.*

Rotational Location Premiums   Page 1 of 2   Updated: March 28, 2019

CUSA000501
SNOOKAL-00777

EX 127-001

Trial Exhibit 127
p. 324

| Assignment Location | Annual Premium Percentage |
|---|---|
| South Korea – Okpo, Ulsan | 30 |
| Spain | 10 |
| Suriname | 30 |
| Thailand – Offshore | 30 |
| United Kingdom – Aberdeen | 10 |
| United Kingdom – North Sea (Offshore) | 20 |
| United Kingdom – West of Shetlands (Offshore) | 30 |
| United States – Alaska | 15 |
| United States – Field Onshore (except Alaska) | 10 |
| United States – Offshore | 20 |
| Venezuela – El Tigre | 40* |
| Venezuela – Lake Maracaibo, Maracaibo | 35* |

*Consult the "Temporary Hardship Allowance" section.*

*The Expatriate Policies and Procedures website is the property of Chevron, its subsidiaries and affiliates ("the Company") and may not be duplicated, distributed or released to third parties absent express written permission. This website is not intended to and does not alter or modify any existing employment relationship between the Company and any employee of the Company. No contract between the Company and any employee of the Company is created by this website or by any representation herein. Any premiums or incentive payments described in this website may change periodically as a result of changing world conditions, competitive developments, etc. at the discretion of the Company. The Company reserves the right to change any and all policies and/or procedures at any time, with or without notice.*

Rotational Location Premiums   Page 2 of 2   Updated: March 28, 2019
CUSA000502
SNOOKAL-00778

EX 127-002

Trial Exhibit 127
p. 325