# TRIAL EXHIBIT 148

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARK SNOOKAL, an individual,

    Plaintiff,

v.

CHEVRON USA, INC., a California
Corporation, and DOES 1 through
10, inclusive,

    Defendants.

CASE NO.: 2-23-cv-6302

EXPERT REPORT OF CHARLES L. BAUM, PH.D.

July 7, 2025

ECONOMIC LOSS APPRAISAL IN THE CASE OF MARK SNOOKAL

1.    I am Charles L. Baum II, Ph.D., a professor of economics and finance at Middle Tennessee State University. I have a Ph.D. in economics from the University of North Carolina at Chapel Hill and a B.A. in political science and a B.A. in economics from Wake Forest University. My full curriculum vita is provided as Exhibit A. Neither I nor my opinions represent Middle Tennessee State University, the University of North Carolina at Chapel Hill, or Wake Forest University in this matter. I generate this report on behalf of Baum Economics LLC.

**Trial Exhibit 148**
**p. 327**
**SNOOKAL-02065**

2.      I have been asked to provide an analysis of the lost earnings and lost employment
        benefits for Mark Snookal (Mr. Snookal) due to disability discrimination and the
        rescission of a position in Nigeria by Chevron USA, Inc. (Chevron) in or around
        August 2019.

3.      In return for this report, I am compensated at a rate of $275 per hour by the
        plaintiff.

4.      I am not asked to provide, nor do I plan to provide, an expert opinion on liability,
        legal issues, or the law.  I attempt to follow guidance provided by case law in my
        calculations.

5.      It is my understanding Mr. Snookal was born April 13, 1972, is a high school
        graduate, and lived in Los Angeles (Los Angeles County), California, with his
        wife, Constance (born July 24, 1972), and son, Benjamin (born September 5,
        2006).

6.      It is my understanding Mr. Snookal was hired by Chevron on January 12, 2009 as
        an analyzer designs engineer in the technical services department at the El
        Segundo refinery (designing and engineering functions for the installation of
        analyzer systems) and was promoted in 2011 to maintenance supervisor in the
        analyzer and digital group (creating and implementing three-year plans for needed
        changes and to improve performance), in 2013 to analyzer reliability
        improvement champion in the technical services department (developing and
        implementing the analyzer reliability program for the entire El Segundo facility),
        and in 2016 to instrumentation, electrical, and analyzer reliability team lead in the
        reliability department (leading a team responsible for inspecting, testing, and
        maintaining instrumentation and electrical and analyzer assets).

7.      It is my understanding Mr. Snookal in 2019 applied for the position of reliability
        engineer manager (REM) in Nigeria, which would have had a grade-22 salary
        with a promotion to a grade-23 salary after no more than 6 months, and Chevron
        offered Mr. Snookal this position, to begin August 1, 2019.

8.      It is my understanding Chevron soon thereafter rescinded its job offer for the
        reliability engineering manager position to Mr. Snookal.

9.      It is my understanding Mr. Snookal later applied for three additional job openings
        at Chevron (i.e., operating assistant, general team lead, and maintenance change
        operating assistant) that would have constituted promotions, but these positions
        were offered to other workers.

10.     It is my understanding Mr. Snookal was demoted by Chevron (to reliability
change operating assistant, a non-supervisory position), which resulted in
depression, and he changed employment in September 2021.

11.     It is my understanding Mr. Snookal believes Chevron's recission of its job offer to
him constitutes disability discrimination and is wrongful and in violation of
California statutes and public policy.

12.     It is my understanding Mr. Snookal just prior to leaving Chevron diligently
searched for replacement employment in good faith and found another job
working for Nippon Dynawave Packaging Co. as a maintenance superintendent
from September 2021 to September 2023 and for Georgia Pacific beginning
September 2023, where he remains currently employed.

13.     According to documents I have reviewed, Mr. Snookal had taxable income of
$179,475 in 2021, $143,145 in 2022, and $179,623 in 2023.

14.     According to documents I have reviewed, Mr. Snookal earned from Chevron in
2018 base pay equal to $136,100 plus $22,800 in company, unit, and individual
performance incentives (or bonuses) (for a total of $158,900 in wage and salary
income, with performance incentives equal to 16.75 percent of base pay) with
employee medical insurance contributions of $4,560, employee dental insurance
contributions of $180 and $120, employee vision insurance contributions of $337,
employer pension contributions of $20,629, and employer ESIP benefits of
$12,612.

15.     According to documents I have reviewed, Mr. Snookal with an assignment to
Nigeria would have received a base salary of $141,100 per year with company,
unit, and individual performance incentives (or bonuses), additional pay for
unused vacation days, a location premium (a base-pay adjustment factor of 55
percent), tax equalization payments on the location premium, and a travel
allowance (with employment benefits calculated on base salary, not including the
location premium or travel allowance).  Mr. Snookal would have received the pay
increase to $141,100 per year with company, unit, and individual performance
incentives in 2019 with or without the assignment to Nigeria.

16.     According to documents I have reviewed, Mr. Snookal had earnings from
Chevron of $161,243.36 in 2019 and $155,628.57 in 2020 with health insurance
benefits, pension benefits, and employer ESIP contributions equal to up to 8
percent of earnings.

17.     According to documents I have reviewed, Mr. Snookal's pension benefits through

Chevron would have equaled 11 percent of highest average-five earnings multiplied by years of service up to age 60 plus 14 percent of highest average-five earnings multiplied by years of service beyond age 60 as a lump sum with retirement between the ages of 60 and 65.

18. According to documents I have reviewed, Mr. Snookal received a base salary of $150,000 per year from Nippon Dynawave Packaging Company (in year-2021 dollars), with the ability to earn a bonus targeted to be 20 percent of earnings, health insurance benefits, and retirement benefits equal to 3 to 4 percent of earnings.

19. It is my understanding Mr. Snookal receives a base salary of $180,000 per year from Georgia Pacific (in year-2024 dollars), with the ability to earn a bonus targeted to be 2 to 3 percent of earnings, health insurance benefits, and retirement benefits equal to up to 8.5 to 10.5 percent of earnings.

20. In this analysis, based on the assumption that paragraphs 5-19 are true, I calculate the economic losses to Mr. Snookal in the form of lost earnings and lost employment benefits due to disability discrimination and the recission of a position in Nigeria (i.e., the reliability engineering manager position) by Chevron.

21. **The present value of the economic losses to Mr. Snookal is calculated to range from $2,564,653 (from the position recission but no promotion to a grade-23 salary) to $3,321,301 (from the recission of the position in Nigeria with the promotion to a grade-23 salary).**

22. The case-related documents used to prepare this analysis are listed in Exhibit B and other references are listed in Exhibit C.

23. Federal courts in Ninth Circuit employment cases allow recovery for lost earnings as part of the process of making the injured party whole (*Albemarle Paper Co. v. Moody,* 422 U.S. 405, 418, 95 S.Ct. 2362, 2372, 45 L.Ed.2d 280 (1975)). Lost pay from the time of the discrimination to the trial (back pay) and after the trial (front pay) are both recoverable (*Thorne v. City of El Segundo,* 802 F.2d 1131, 1136 (9th Cir.1986); *Cassino v. Reichhold Chemicals, Inc.,* 817 F.2d 1338, 1346 (9th Cir.1987); Baum, 2021).

24. Lost employment benefits, such as insurance and retirement benefits, are recoverable in Ninth Circuit employment cases (*Cassino v. Reichhold Chemicals, Inc.,* 817 F.2d 1338, 1348 (9th Cir.1987); *Kelly v. Am. Standard, Inc.,* 640 F.2d 974, 985 (9th Cir.1981)). The pecuniary value for employee benefits is typically measured by the actual cost to employers (*Galindo v. Stoody,* 793 F.2d 1502,

1517 (9th Cir.1986)).  Health and life insurance in the Ninth Circuit are valued
differently—as out-of-pocket replacement costs incurred by the terminated
plaintiff, rather than the cost of the premiums to the terminating employer
(*E.E.O.C. v. Farmer Bros. Co.,* 31 F.3d 891, 902 (9th Cir.1994)).  If the
terminated worker did not replace the lost health insurance, then the medical costs
while uninsured that would have been paid by the defendant's insurance plan may
be awarded as damages as well.

25.    The economic loss is the present value of the difference in Mr. Snookal's
projected earnings and employment benefits at Chevron absent Chevron's
recission of the position in Nigeria minus his actual and projected earnings and
employment benefits from Chevron and subsequent employment.

26.    A projected trial date of August 19, 2025 is used to develop a calculation of the
economic losses.

27.    The first part of the calculation is the loss from the pre-trial period, which is
August 1, 2019 (the date of Chevron's recission of the position in Nigeria)
through August 19, 2025.  The second part is the loss from the post-trial period
from August 20, 2025 through February 23, 2035, which is the period represented
by Mr. Snookal's remaining worklife expectancy (13.47 years) from the time he
changed jobs (Skoog, Ciecka, and Krueger, 2019).  Worklife expectancies are
derived from Markov increment-decrement models, which are based on survival
probabilities calculated using the U.S. Life Tables and employment transition
probabilities calculated with Current Population Survey (CPS) data.

28.    In a first scenario, shown in Table 1, I assume Mr. Snookal absent Chevron's
wrongdoing is transferred to a position in Nigeria with a location premium of 55
percent on base pay by August 1, 2019 (but that he is not then promoted to a
grade-23 salary position).  I project Mr. Snookal absent Chevron's wrongdoing
would have continued earning $161,243.36 per year (in year-2019 dollars), which
equals Mr. Snookal's earnings from Chevron in 2019, the last full calendar year
before he changed employment.  Mr. Snookal's base pay of $141,100 with
company, unit, and individual performance incentives equal to 16.75 percent of
base pay is $164,734 per year.

29.    Mr. Snookal's future earnings are assumed to grow over time with price inflation
and productivity (Becker, 1975; Ben-Porath, 1967; Gilbert, 1997).  Wages tend to
increase over time with prices to maintain purchasing power, and wages tend to
increase over time as workers become more productive with the newest and latest
technologies. Workers also become more productive over their careers as they
acquire work experience and learn new skills on the job.

30.  I project future wage inflation using a rate of 3.33 percent per year.  Over the past 10 years, the average annual growth rate in weekly earnings for production and nonsupervisory employees in the private sector in the Current Employment Statistics (CES), in the wages and salaries of all civilian workers in the Employment Cost Index (ECI), and in wages for covered workers reported by the Social Security Administration (SSA) has been 3.63 percent, and over the past 20 years, the average rate of annual wage growth in CES, ECI, and SSA data has been 3.13 percent (Bureau of Labor Statistics, 2024a, 2024b).  The Congressional Budget Office forecasts wage growth for civilian workers of 3.00 percent per year in 10 years, and the Social Security Advisory Board predicts long-term wage growth for covered workers of 3.56 percent annually (Congressional Budget Office, 2024; Social Security Trustees Report, 2024).

31.  I include the value of lost employment benefits in the economic loss calculations.

32.  I include the value of supplemental pay for 25 unused vacation days (multiplied by a factor of 1.4, as per Chevron policy) and the value of tax equalization benefits on the location premium (valued at 13.53 percent of the location premium or 7.44 percent of base pay, according to Chevron's remuneration report for Mr. Snookal).

33.  I project Mr. Snookal absent Chevron's wrongdoing would have continued receiving employer ESIP contributions equal to 8 percent of earnings.

34.  I project Mr. Snookal, absent Chevron's wrongdoing, would have continued receiving government-mandated employment benefits.  Government-mandated employment benefits equal the employer-paid portion of the payroll tax (OASDI), which is 6.2 percent of earnings up to the Social Security wage base, which is $137,700 for 2020, $142,800 for 2021, $147,000 for 2022, $160,200 for 2023, and $168,600 for 2024 for the Social Security's Old-Age, Survivors, and Disability Insurance program (Social Security Administration, 2024a).  The 1.45 percent payroll tax for Medicare is not included in the economic losses.  Future Social Security wages bases are assumed to increase at the rate of price inflation.

35.  Future price inflation is projected to be 2.50 percent per year.  Over the past 10 years, the average rate of annual price inflation, as measured by the Consumer Price Index, has been 2.74 percent, and over the past 20 years, it has been 2.57 percent per year (Bureau of Labor Statistics, 2024c).  The Congressional Budget Office forecasts price inflation of 2.30 percent annually in 10 years, and the Social Security Advisory Board predicts long-term price inflation of 2.40 percent per year (Congressional Budget Office, 2024; Social Security Trustees Report, 2024).

36.     I deduct from the economic losses Mr. Snookal's actual and projected earnings and the value of employment benefits from Chevron (without a transfer to a position in Nigeria) and subsequent employment. This equals $161,243.36 in 2019, $155,628.57 in 2020, $179,475 in 2021, $143,145 in 2022, and $179,623 in 2023, with Chevron ESIP benefits equal to 8 percent of earnings from Chevron, employer-matching retirement contributions equal to 4 percent of earnings from Nippon Dynawave Packaging Co., and employer-matching retirement contributions equal to 9.5 percent of earnings from Georgia Pacific and with employer Social Security contributions from all employers equal to 6.2 percent of earnings up to the Social Security wage base, described above. Thereafter, I project Mr. Snookal earns $180,000 per year (in year-2023 dollars) from Georgia Pacific with a 3 percent bonus. As before, I project Mr. Snookal's earnings to increase at the rate of wage growth, described above.

37.     Throughout the analysis, losses are adjusted for the annual probability Mr. Snookal would have remained employed by Chevron in each future year of the analysis (see estimation procedures in Baum, 2013). These annual probabilities are calculated using regression model parameters estimated with data collected by the Bureau of Labor Statistics through the National Longitudinal Survey of Youth. These estimates are adjusted for and are specific to Mr. Snookal's gender, age, education level, wage rate, occupation, and tenure with the defendants and are adjusted for economic conditions. Shown in the Tables is the yearly survival probability for the period from 2025 throughout the analysis with Chevron. The survival probability is derived from annual hazard rates. The hazard rate is the conditional probability Mr. Snookal's employment for the defendant would have ended in a particular year. The survivor rate is the cumulative of the hazard rates and is the probability Mr. Snookal would have remained employed for the defendant for a particular duration given his tenure.

38.     I project Mr. Snookal absent Chevron's wrongdoing would have received a lump sum pension benefit from Chevron upon retirement at the end of his worklife expectancy equal to $764,191, based on a high average-five earnings of $263,002 and 25.74 years of service.

39.     I deduct from the economic losses the lump-sum pension benefit from Chevron Mr. Snookal will receive with Chevron's wrongdoing at the end of his worklife expectancy, which equals $210,227, based on a high average-five earnings of $151,251 and 12.64 years of service.

40.     I assume Mr. Snookal receives comparable medical, dental, and vision insurance benefits from Chevron and subsequent employment.

41.   Future economic losses should be discounted to present cash value in federal
      employment cases (*Jones & Laughlin Steel Corp. v. Pfeifer,* 462 U.S. 523, 533
      (1983)).  This is because an amount of money paid today if invested can grow
      over time with interest. The present value of a future loss is the amount today
      needed to equal that future sum with growth from investment interest. The U.S.
      Supreme Court has determined the rate of interest used for present-value
      discounting should be that on "the best and safest investments."  The Ninth
      Circuit does not specify a rate for present-value discounting, and several
      approaches may be used (*Gauthier v. Eastern Oregon Correctional Institution,*
      2006 WL 2728957, at *4 (D.Ore.2006)).

42.   Future dollar values are discounted to present value using a rate of 3.41 percent.
      Over the past 10 years, the average interest rate on 1-year treasury bills, 10-year
      treasury notes, and 20-year treasury bonds has been 2.17 percent, and over the
      past 20 years, the average interest rate on 1-year treasury bills, 10-year treasury
      notes, and 20-year treasury bonds has been 2.66 percent (Board of Governors of
      the Federal Reserve System, 2024).  The Congressional Budget Office forecasts
      interest rates on 10-year treasury notes to be 4.10 percent in 10 years, and the
      Social Security Advisory Board predicts long-term interest rates on a mix of
      treasury securities to be 4.70 percent (Congressional Budget Office, 2024; Social
      Security Trustees Report, 2024).

43.   Just as a lump sum paid today can grow when invested with interest to a larger
      amount in the future—which motivates present value discounting of future
      losses—past losses could have grown to a larger amount today if invested with
      interest. The economic theory of the time value of money suggests past losses
      should be increased due to the ability to earn interest (just as future losses should
      be reduced to present value due to the ability to earn interest, discussed below).
      Pre-judgment interest makes wronged plaintiffs whole by reimbursing for the lost
      use of funds.

*44.*  Courts in the Ninth Circuit have the discretion to include pre-judgment interest in
      the economic losses (*Domingo v. New England Fish Co.,* 727 F.2d 1429, 1446
      (9th Cir.1984)).  The court in the Ninth Circuit also retains discretion over the rate
      to use for pre-judgment interest (*W. Pac. Fisheries, Inv. v. SS President Grant,*
      730 F.2d 1280, 1288 (9th Cir.1984)). Although different interest rates have been
      used (including state statutory rates and the IRS rates in 26 U.S.C. § 6621), the
      federal post-judgement rate specified in 28 U.S.C. § 1961—the rate on 52-week
      treasury bills—is preferred for pre-judgment interest in the Ninth Circuit
      (*Blankenship v. Liberty Life Assur. Co. of Boston,* 486 F.3d 620, 628 (9th
      Cir.2007)).

45.    Presented in Table 1, the present value of the economic losses from lost earnings and lost employment benefits for Mr. Snookal due to disability discrimination and the recission of the reliability engineering manager position by Chevron is calculated to be $2,564,653.

46.    In a second scenario, shown in Table 2, I assume Mr. Snookal absent Chevron's wrongdoing is transferred to a position in Nigeria with a location premium of 55 percent of base pay by August 1, 2019, and he is then promoted to a grade-23 salary position by January 1, 2020, with Mr. Snookal receiving 85 percent of a 16 percent increase in grade pay.  Employment and pension benefits are adjusted accordingly.  As before, in this scenario, I include the value of supplemental pay for 25 unused vacation days (multiplied by a factor of 1.4, as per Chevron policy) and the value of tax equalization benefits on the location premium (valued at 13.53 percent of the location premium or 7.44 percent of base pay, according to Chevron's remuneration report for Mr. Snookal).  Otherwise, I use the same methodology and make the same assumptions as in my first scenario.  In this second scenario, the present value of the economic losses from lost earnings and employment benefits for Mr. Snookal due to disability discrimination and the recission of the reliability engineering manager position by Chevron is calculated to be $3,321,301.

47.    Given the documents and information provided by Mr. Snookal and his attorneys and given the applicable economic information available for the analysis, I believe these calculations and this analysis to be reasonable and reflective of the economic circumstances of this case.

48.    I reserve the right to revise this report if or when additional information becomes available.


*Charles L. Baum*

_____
Charles L. Baum, Ph.D.
Baum Economics LLC, Member
cbaum@baumeconomics.com
(615) 556-9287

Table 1: Economic Losses from Lost Earnings and Lost Employment Benefits for Mr. Snookal

| 1 Year | 2 Wage Growth Rate | 3 Chevron Earnings and Performance Pay | 4 Chevron Supplemental Vacation Pay | 5 Chevron Location Premiums | 6 Chevron Tax Equalization Benefit on Location Premium | 7 Chevron ESIP Contributions | 8 Chevron Employer Social Security Contributions | 9 Actual Earnings, Performance Pay, and Bonuses | 10 Actual Retirement Benefits (or ESIP Contributions) | 11 Actual Employer Social Security Contributions | 12 Loss | 13 Tenure Prob. | 14 Chevron Pension Benefits | 15 Actual Chevron Pension Benefits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Past** | | | | | | | | | | | | | | |
| 2019 | 3.22 | 161,243 | 6,442 | 31,650 | 4,999 | 12,899 | 8,240 | 161,243 | 12,899 | 8,240 | 43,090 | 1.000 | 0 | 0 |
| 2020 | 3.82 | 155,629 | 14,923 | 73,314 | 11,579 | 12,450 | 8,537 | 155,629 | 12,450 | 8,537 | 99,817 | 1.000 | 0 | 0 |
| 2021 | 6.20 | 177,781 | 17,047 | 83,749 | 13,227 | 14,222 | 8,854 | 179,475 | 11,965 | 8,854 | 114,587 | 1.000 | 0 | 0 |
| 2022 | 5.47 | 187,509 | 17,980 | 88,332 | 13,951 | 15,001 | 9,114 | 143,145 | 5,726 | 8,875 | 174,142 | 1.000 | 0 | 0 |
| 2023 | 4.34 | 195,639 | 18,760 | 92,162 | 14,556 | 15,651 | 9,932 | 179,623 | 10,478 | 9,932 | 146,666 | 1.000 | 0 | 0 |
| 2024 | 3.33 | 202,153 | 19,385 | 95,231 | 15,040 | 16,172 | 10,453 | 185,400 | 17,613 | 10,453 | 144,968 | 1.000 | 0 | 0 |
| 2025 | 3.33 | 132,199 | 12,677 | 62,276 | 9,836 | 10,576 | 6,781 | 121,243 | 11,518 | 6,781 | 94,802 | 1.000 | 0 | 0 |
| **Future** | | | | | | | | | | | | | | |
| 2025 | 3.33 | 76,687 | 7,354 | 36,126 | 5,705 | 6,135 | 3,934 | 70,331 | 6,681 | 3,934 | 54,994 | 0.989 | 0 | 0 |
| 2026 | 3.33 | 215,841 | 20,697 | 101,679 | 16,059 | 17,267 | 10,982 | 197,953 | 18,806 | 10,982 | 154,784 | 0.969 | 0 | 0 |
| 2027 | 3.33 | 223,029 | 21,386 | 105,065 | 16,593 | 17,842 | 11,257 | 204,545 | 19,432 | 11,257 | 159,938 | 0.947 | 0 | 0 |
| 2028 | 3.33 | 230,455 | 22,098 | 108,563 | 17,146 | 18,436 | 11,538 | 211,356 | 20,079 | 11,538 | 165,264 | 0.932 | 0 | 0 |
| 2029 | 3.33 | 238,130 | 22,834 | 112,179 | 17,717 | 19,050 | 11,827 | 218,395 | 20,747 | 11,827 | 170,768 | 0.912 | 0 | 0 |
| 2030 | 3.33 | 246,059 | 23,595 | 115,914 | 18,307 | 19,685 | 12,123 | 225,667 | 21,438 | 12,123 | 176,454 | 0.892 | 0 | 0 |
| 2031 | 3.33 | 254,253 | 24,380 | 119,774 | 18,916 | 20,340 | 12,426 | 233,182 | 22,152 | 12,426 | 182,330 | 0.873 | 0 | 0 |
| 2032 | 3.33 | 262,720 | 25,192 | 123,763 | 19,546 | 21,018 | 12,736 | 240,947 | 22,890 | 12,736 | 188,402 | 0.854 | 0 | 0 |
| 2033 | 3.33 | 271,468 | 26,031 | 127,884 | 20,197 | 21,717 | 13,055 | 248,970 | 23,652 | 13,055 | 194,676 | 0.835 | 0 | 0 |
| 2034 | 3.33 | 280,508 | 26,898 | 132,142 | 20,870 | 22,441 | 13,381 | 257,261 | 24,440 | 13,381 | 201,158 | 0.817 | 0 | 0 |
| 2035 | 3.33 | 42,882 | 4,112 | 20,201 | 3,190 | 3,431 | 2,659 | 39,328 | 3,736 | 2,438 | 30,972 | 0.815 | 770,084 | 210,227 |

| 1 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|
| Year | Adjusted Loss | Interest | Total Loss | Discount Period | Discount Rate | Discount Factor | Present Value | Cumulative Value |
| **Past** | | | | | | | | |
| 2019 | 43,090 | 0 | 43,090 | N/A | 2.05 | N/A | 43,090 | 43,090 |
| 2020 | 99,817 | 164 | 99,980 | N/A | 0.38 | N/A | 99,980 | 143,071 |
| 2021 | 114,587 | 149 | 114,736 | N/A | 0.10 | N/A | 114,736 | 257,806 |
| 2022 | 174,142 | 7,294 | 181,436 | N/A | 2.79 | N/A | 181,436 | 439,242 |
| 2023 | 146,666 | 22,497 | 169,163 | N/A | 5.08 | N/A | 169,163 | 608,406 |
| 2024 | 144,968 | 30,142 | 175,110 | N/A | 5.08 | N/A | 175,110 | 783,516 |
| 2025 | 94,802 | 23,635 | 118,437 | N/A | 5.08 | N/A | 118,437 | 901,953 |
| **Future** | | | | | | | | |
| 2025 | 54,388 | 0 | 54,388 | 0.37 | 3.41 | 0.99 | 53,723 | 955,676 |
| 2026 | 150,021 | 0 | 150,021 | 1.00 | 3.41 | 0.96 | 143,299 | 1,098,975 |
| 2027 | 151,461 | 0 | 151,461 | 1.00 | 3.41 | 0.92 | 139,904 | 1,238,879 |
| 2028 | 153,996 | 0 | 153,996 | 1.00 | 3.41 | 0.89 | 137,555 | 1,376,434 |
| 2029 | 155,679 | 0 | 155,679 | 1.00 | 3.41 | 0.86 | 134,472 | 1,510,906 |
| 2030 | 157,380 | 0 | 157,380 | 1.00 | 3.41 | 0.84 | 131,459 | 1,642,365 |
| 2031 | 159,099 | 0 | 159,099 | 1.00 | 3.41 | 0.81 | 128,513 | 1,770,878 |
| 2032 | 160,837 | 0 | 160,837 | 1.00 | 3.41 | 0.78 | 125,633 | 1,896,510 |
| 2033 | 162,594 | 0 | 162,594 | 1.00 | 3.41 | 0.76 | 122,817 | 2,019,328 |
| 2034 | 164,371 | 0 | 164,371 | 1.00 | 3.41 | 0.73 | 120,065 | 2,139,392 |
| 2035 | 585,084 | 0 | 585,084 | 0.15 | 3.41 | 0.73 | 425,260 | 2,564,653 |

**Trial Exhibit 148**
p. 337
**SNOOKAL-02075**

Table 2: Economic Losses from Lost Earnings and Lost Employment Benefits for Mr. Snookal

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Wage Growth Rate | Chevron Earnings and Performance Pay | Chevron Supplemental Vacation Pay | Chevron Location Premiums | Chevron Tax Equalization Benefit on Location Premium | Chevron ESIP Contributions | Chevron Employer Social Security Contributions | Actual Earnings, Performance Pay, and Bonuses | Actual Retirement Benefits (or ESIP Contributions) | Actual Employer Social Security Contributions | Loss | Tenure Prob. | Chevron Pension Benefits | Actual Chevron Pension Benefits |
| **Past** | | | | | | | | | | | | | | |
| 2019 | 3.22 | 161,243 | 6,442 | 31,650 | 4,999 | 12,899 | 8,240 | 161,243 | 12,899 | 8,240 | 43,090 | 1.000 | 0 | 0 |
| 2020 | 3.82 | 176,795 | 16,953 | 83,285 | 13,154 | 14,144 | 8,537 | 155,629 | 12,450 | 8,537 | 136,250 | 1.000 | 0 | 0 |
| 2021 | 6.20 | 201,959 | 19,366 | 95,139 | 15,026 | 16,157 | 8,854 | 179,475 | 11,965 | 8,854 | 156,206 | 1.000 | 0 | 0 |
| 2022 | 5.47 | 213,011 | 20,426 | 100,346 | 15,848 | 17,041 | 9,114 | 143,145 | 5,726 | 8,875 | 218,039 | 1.000 | 0 | 0 |
| 2023 | 4.34 | 222,246 | 21,311 | 104,696 | 16,535 | 17,780 | 9,932 | 179,623 | 10,478 | 9,932 | 192,466 | 1.000 | 0 | 0 |
| 2024 | 3.33 | 229,646 | 22,021 | 108,182 | 17,086 | 18,372 | 10,453 | 185,400 | 17,613 | 10,453 | 192,294 | 1.000 | 0 | 0 |
| 2025 | 3.33 | 150,178 | 14,401 | 70,746 | 11,173 | 12,014 | 6,781 | 121,243 | 11,518 | 6,781 | 125,751 | 1.000 | 0 | 0 |
| **Future** | | | | | | | | | | | | | | |
| 2025 | 3.33 | 87,116 | 8,354 | 41,039 | 6,481 | 6,969 | 3,934 | 70,331 | 6,681 | 3,934 | 72,946 | 0.989 | 0 | 0 |
| 2026 | 3.33 | 245,195 | 23,512 | 115,507 | 18,243 | 19,616 | 10,982 | 197,953 | 18,806 | 10,982 | 205,314 | 0.969 | 0 | 0 |
| 2027 | 3.33 | 253,360 | 24,295 | 119,354 | 18,850 | 20,269 | 11,257 | 204,545 | 19,432 | 11,257 | 212,151 | 0.947 | 0 | 0 |
| 2028 | 3.33 | 261,797 | 25,104 | 123,328 | 19,478 | 20,944 | 11,538 | 211,356 | 20,079 | 11,538 | 219,216 | 0.932 | 0 | 0 |
| 2029 | 3.33 | 270,515 | 25,940 | 127,435 | 20,126 | 21,641 | 11,827 | 218,395 | 20,747 | 11,827 | 226,515 | 0.912 | 0 | 0 |
| 2030 | 3.33 | 279,523 | 26,804 | 131,679 | 20,797 | 22,362 | 12,123 | 225,667 | 21,438 | 12,123 | 234,058 | 0.892 | 0 | 0 |
| 2031 | 3.33 | 288,831 | 27,696 | 136,063 | 21,489 | 23,107 | 12,426 | 233,182 | 22,152 | 12,426 | 241,852 | 0.873 | 0 | 0 |
| 2032 | 3.33 | 298,450 | 28,618 | 140,594 | 22,205 | 23,876 | 12,736 | 240,947 | 22,890 | 12,736 | 249,906 | 0.854 | 0 | 0 |
| 2033 | 3.33 | 308,388 | 29,571 | 145,276 | 22,944 | 24,671 | 13,055 | 248,970 | 23,652 | 13,055 | 258,228 | 0.835 | 0 | 0 |
| 2034 | 3.33 | 318,657 | 30,556 | 150,114 | 23,708 | 25,493 | 13,381 | 257,261 | 24,440 | 13,381 | 266,827 | 0.817 | 0 | 0 |
| 2035 | 3.33 | 48,714 | 4,671 | 22,948 | 3,624 | 3,897 | 3,020 | 39,328 | 3,736 | 2,438 | 41,372 | 0.815 | 874,816 | 210,227 |

**Trial Exhibit 148**
p. 338
**SNOOKAL-02076**

13

| 1 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|
| Year | Adjusted Loss | Interest | Total Loss | Discount Period | Discount Rate | Discount Factor | Present Value | Cumulative Value |
| **Past** | | | | | | | | |
| 2019 | 43,090 | 0 | 43,090 | N/A | 2.05 | N/A | 43,090 | 43,090 |
| 2020 | 136,250 | 164 | 136,414 | N/A | 0.38 | N/A | 136,414 | 179,505 |
| 2021 | 156,206 | 187 | 156,393 | N/A | 0.10 | N/A | 156,393 | 335,898 |
| 2022 | 218,039 | 9,505 | 227,544 | N/A | 2.79 | N/A | 227,544 | 563,442 |
| 2023 | 192,466 | 28,854 | 221,320 | N/A | 5.08 | N/A | 221,320 | 784,762 |
| 2024 | 192,294 | 38,885 | 231,179 | N/A | 5.08 | N/A | 231,179 | 1,015,941 |
| 2025 | 125,751 | 30,663 | 156,414 | N/A | 5.08 | N/A | 156,414 | 1,172,355 |
| **Future** | | | | | | | | |
| 2025 | 72,144 | 0 | 72,144 | 0.37 | 3.41 | 0.99 | 71,261 | 1,243,616 |
| 2026 | 198,996 | 0 | 198,996 | 1.00 | 3.41 | 0.96 | 190,079 | 1,433,695 |
| 2027 | 200,906 | 0 | 200,906 | 1.00 | 3.41 | 0.92 | 185,576 | 1,619,272 |
| 2028 | 204,269 | 0 | 204,269 | 1.00 | 3.41 | 0.89 | 182,460 | 1,801,732 |
| 2029 | 206,501 | 0 | 206,501 | 1.00 | 3.41 | 0.86 | 178,371 | 1,980,103 |
| 2030 | 208,757 | 0 | 208,757 | 1.00 | 3.41 | 0.84 | 174,374 | 2,154,477 |
| 2031 | 211,037 | 0 | 211,037 | 1.00 | 3.41 | 0.81 | 170,466 | 2,324,943 |
| 2032 | 213,343 | 0 | 213,343 | 1.00 | 3.41 | 0.78 | 166,646 | 2,491,589 |
| 2033 | 215,674 | 0 | 215,674 | 1.00 | 3.41 | 0.76 | 162,911 | 2,654,500 |
| 2034 | 218,030 | 0 | 218,030 | 1.00 | 3.41 | 0.73 | 159,260 | 2,813,761 |
| 2035 | 698,287 | 0 | 698,287 | 0.15 | 3.41 | 0.73 | 507,540 | 3,321,301 |

**Trial Exhibit 148**
**p. 339**
**SNOOKAL-02077**

Notes to the Tables

1.     Year.  The projected trial date is August 19, 2025.

2.     Wage growth rate.

3.     Chevron earnings and performance pay (without wrongdoing).

4.     Chevron supplemental vacation pay (without wrongdoing).

5.     Chevron location premium (without wrongdoing).

6.     Chevron tax equalization benefit on location premium (without wrongdoing)

7.     Chevron employer ESIP contributions (without wrongdoing).

8.     Chevron employer Social Security contributions (without wrongdoing).

9.     Actual Chevron and replacement earnings, performance pay, and bonuses.

10.     Actual Chevron and replacement employer retirement contributions (or ESIP contributions).

11.     Actual Chevron and replacement employer Social Security contributions.

12.     Loss equals projected Chevron earnings and employment benefits absent Chevron's wrongdoing minus actual and projected replacement earnings and employment benefits.

13.     Tenure is the probability of continued employment with Chevron.

14.     Chevron pension benefits (without wrongdoing).

15.     Actual Chevron pension benefits.

16.     Adjusted loss is loss adjusted for the probability of continued employment with Chevron plus the difference in Chevron pension benefits.

17.     Pre-judgment interest.

18.     Total loss is adjusted loss plus pre-judgment interest.

19.     Discount period.

20.     Discount rate.

21.     Discount factor.

22.     Present value of economic losses.

23.     Cumulative present value of economic losses.

**Trial Exhibit 148**
p. 340
**SNOOKAL-02078**

Exhibit A: Charles Baum's Resume

Trial Exhibit 148
p. 341
SNOOKAL-02079

# CHARLES L. BAUM II, Ph.D.

2930 Cherry Blossom Lane
Murfreesboro, Tennessee 37129
cbaum@baumeconomics.com
W: 615-556-9287

<u>EMPLOYMENT</u>

Middle Tennessee State University

     Professor of Economics (2010-present)

     Chair, Department of Economics and Finance (2008-2014)

     Associate Professor of Economics (2004-2010)

     Director of the Economics Graduate Programs (2004-2008)

     Assistant Professor of Economics (1999-2004)

Baum Economics LLC

     Member (2015-present)

<u>EDUCATION</u>

Ph.D., Economics, University of North Carolina at Chapel Hill (1999)

B.A., Economics, Wake Forest University (1995)

B.A., Political Science, Wake Forest University (1995)

<u>RESEARCH INTERESTS / SPECIALTIES:</u>  Labor Economics, Employment, Wages, Earnings, Employment Benefits, Unemployment, Retirement Decisions, Worklife Expectancies, Social Security Income and Benefits, Business Valuations, Profits, Business Income, Antitrust Economics, Price-Fixing, and Predatory Pricing

<u>TESTIMONY (DEPOSITION AND TRIAL)**</u>

**Last five years (2018-2024), in reverse order; pre-2018 testimony available upon request.

IN THE STATE COURT OF DEKALB COUNTY, STATE OF GEORGIA, BEVERLY
    THOMAS and TONY THOMAS, Plaintiffs, v. JOHN DOE NO. 1, JOHN DOE NO.

**Trial Exhibit 148**
p. 342
SNOOKAL-02080

2, JANE DOE NO. 1, JANE DOE NO. 2, ABC COMPANY, and LEONA
BLACKMON, Defendants. Civil Action File No.: 23-A-03427.  June 27, 2025.
(Deposition).

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT IN AND FOR ORANGE
COUNTY, FLORIDA, JASMINE ELMAHDI, as Personal Representative of the
Estate of Ashraf Salah Elmahadi, Plaintiff, v. AYMAN A. DAOUK, M.D.; DAOUK
ORTHPAEDICS, PLLC; SAND LAKE SURGICENTER, LLC d/b/a SAND LAKE
SURGERY CENTER; SCA-SAND LAKE, LLC; and SURGICAL CARE
AFFILIATES, LLC, Defendants. General Jurisdiction Division.  June 27, 2025.
(Deposition).

STATE OF WISCONSIN, CIRCUIT COURT, WAUPACA COUNTY, MILES J.
OSMAN, a minor, by his Guardian ad Litem, KEVIN R. MARTIN, and BRYANA
BRETTE ROE, Individually, and MASON OSMAN, Individually, Plaintiffs, v.
STATE OF WISCONSIN, DEPARTMENT OF HEALTH AND FAMILY
SERVICES, THEDACARE, INC. d/b/a THEDACARE, THEDACARE MEDICAL
CENTER – WAUPACA, INC. d/b/a THEDACARE, CHARLES RATHJEN, M.D.,
SHI HAN OH, M.D., MMIC INSURANCE, INC. f/k/a MIDWEST MEDICAL INS.
CO., THE DOCTORS' COMPANY, and INJURED PATIENTS AND FAMILIES
COMPENSATION FUND, Defendants. Case No.: 2024-CV-000034.  June 18, 2025.
(Deposition).

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT IN AND FOR DUVAL
COUNTY, FLORIDA, GABRIELLE WILLIAMS, Plaintiff, v. CURAHEALTH
JACKSONVILLE, LLC, AARON WEST, M.D., AARON J. WEST, M.D., P.A.,
SHEILA CASABAR, FAWZI FARHA, M.D., FIRST COAST SURGICAL
ASSOCIATES, INC., FAWZI FARHA, M.D., INC., SEBASTIAN STANCUI, M.D.,
BRIAN COOPER, M.D., TAWANA THOMAS, M.D., and FIRST COAST
INFECTIOUS DISEASE CONSULTANTS, LLC, Defendants.  June 17, 2025.
(Deposition).

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, COUNTY
DEPARTMENT, LAW DIVISION, KEARI LUBERNORT, a minor by his Mother
and Next Friend, KERARA DAVIS, and KERARA DAVIS, individually, Plaintiffs,
v. ADVOCATE HEALTH AND HOSPITALS CORPORATION a/k/a ADVOCATE
CHRIST MEDICAL CENTER a/k/a ADVOCATE MEDICAL GROUP and
ADVOCATE HEALTH CARE NETWORK a/k/a ADVOCATE HEALTH CARE,
Defendants. Case No.: 2022-L008840.  June 4, 2025.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
ALABAMA, QUENTIN WATTS, Plaintiff, v. J & L INDUSTRIAL SERVICES,
LLC, Defendant. CASE NO.: 1:24-cv-50.  May 21, 2025.  (Trial).

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF LOUISIANA,
MONROE DIVISION, LIONEL HUNTER, Plaintiff, v. TC ENERGY
CORPORATION; COLUMBIA GULF TRANSMISSION, LLC; TRANSCANADA
USA SERVICES, INC.; TRANSCANADA USA PIPELINE SERVICES, LLC,
Defendants. Civil Action No.: 3:23-cv-00328.  May 20, 2025.  (Deposition).

SUPERIOR COURT OF NEW JERSEY, Nasir Memudu, Administrator Ad
Prosequendum and General Administrator of the Estate of Najim Memudu, Deceased,
Plaintiff, v. Joshua M. Gonzalez, W. Campbell Holdings, LLC, Campbell Freightliner
of Orange County LLC, Campbell Group Associates LLC, Campbell Supply
Company, Khawaja A. Hameed, A-1 Limousine, Inc., and John Does, Defendants.
LAW DIVISION: MIDDLESEX COUNTY, Docket No. 008102-20, Civil Action.
May 20, 2025.  (Trial).

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF LOUISIANA,
STEVIE LEE CLARK, Plaintiff, v. ACE AMERICAN INSURANCE COMPANY,
SAFELITE GROUP, INC., SAFELITE SOLUTIONS, LLC, and JOHNNY POOL,
Defendants.  Civil Action No.: 5-24-cv-00272.  May 20, 2025.  (Deposition).

STATE OF WISCONSIN, CIRCUIT COURT, WOOD COUNTY, KAYSON KIGGINS,
a minor, by his Guardian ad Litem, KEVIN R. MARTIN, and NILA KIGGINS,
Individually, and TANNER KIGGINS, Individually, Plaintiffs, and STATE OF
WISCONSIN, DEPARTMENT OF HEALTH SERVICES and ASPIRUS HEALTH
PLAN, INC., Involuntary Plaintiffs, v. MARSHFIELD CLINIC HEALTH SYSTEM,
INC. d/b/a MARSHFIELD MEDICAL CENTER – WESTON d/b/a MARSHFIELD
MEDICAL CENTER, MARSHFIELD CLINIC, INC., d/b/a MARSHFIELD
MEDICAL CENTER – WESTON d/b/a MARSHFIELD MEDICAL CENTER,
BENJAMIN FAUSTICH, M.D., and INJURED PATIENTS AND FAMILIES
COMPENSATION FUND, Defendants. Case No.: 2024-cv-000145.  May 14, 2025.
(Deposition).

IN THE FIFTH CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE AT
NASHVILLE, EDWARD FLYNN as husband and next of kin for his wife, NANCY
FLYNN, deceased, individually and on behalf of the wrongful death beneficiaries of
NANCY FLYNN, Plaintiff, v. HTI MEMORIAL HOSPITAL CORPORATION d/b/a
TRISTAR SKYLINE MEDICAL CENTER, MIDDLE TENNESSEE
HOSPITALISTS, PLC, MIDDLE TENNESSEE PULMONARY ASSOCIATES,
PLC, DUSTIN H. MINIX, M.D., TOBY RAY SMITH, M.D., SOCTT R.

DALRYMPLE, P.A., KELLY WAYNE WOODS, M.D., and BRANDY M.
CAMPERLINO, A.P.R.N., Defendants. Case No.: 21-c-1899.  April 25, 2025.
(Deposition).

IN THE CIRCUIT COURT OF THE CITY OF SAINT LOUIS, 22ND JUDICIAL
CIRCUIT, STATE OF MISSOURI, CHRISTOPHER M. ELLIS; and KELLI ELLIS,
Plaintiffs, v. ERIC C. LEUTHARDT, M.D., THE WASHINGTON UNIVERSITY,
MONTERIS MEDICAL CORPORATION, MONTERIS MEDICAL HOLDINGS,
INC., MONTERIS MEDICAL US, INC., Defendants. Case No.: 1922-cc-11957.
April 11, 2025.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, BRANDON
WRIGHT, individually, on behalf of his minor children, and as next of kin for
JESSICA WRIGHT, deceased, Plaintiff, v. CONTINENTAL AEROSPACE
TECHNOLOGIES, INC., CONTINENTAL MOTORS, INC., CONTINENTAL
MOTORS SERVICES, INC., and DIRECT FLIGHT SOLUTIONS, LLC,
Defendants.  April 10, 2025.  (Trial).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, BRIAN
HUETHER, Individually, and as Administrator of THE ESTATE OF SHELLI
HUETHER, Plaintiff, v. CONTINENTAL AEROSPACE TECHNOLOGIES, INC.,
CONTINENTAL MOTORS, INC., CONTINENTAL MOTORS GROUP LIMITED,
CONTINENTAL MOTORS SERVICES, INC., and DIRECT FLIGHT SOLUTIONS
LLC, Defendants. Case No.: 21-C-1508.  April 10, 2025.  (Trial).

STATE OF WISCONSIN CIRCUIT COURT, BROWN COUNTY, OLIVER JOEL
ETRINGER, a minor, by his Guardian ad Litem, KEVIN R. MARTIN, and ERIC
PENZA, Individually, and JEFFREY ETRINGER, Individually, Plaintiffs, and
STATE OF WISCONSIN, DEPARTMENT OF HEALTH AND FAMILY
SERVICES, and UNITED HEALTHCARE OF WISCONSIN, INC., Involuntary
Plaintiffs, v. BAYCARE AURORA, LLC d/b/a AURORA BAYCARE, AURORA
MEDICAL GROUP, INC., KELLY MALLOY, M.D., CONTINENTAL
CASUALTY COMPANY, and INJURED PATIENTS AND FAMILIES
COMPENSATION FUND, Defendants. Case No.: 2023-CV-001639.  March 28,
2025.  (Deposition).

IN THE CIRCUIT COURT OF TENNESSEE FOR THE THIRIETH JUDICIAL
DISTRICT AT MEMPHIS, LONZO PARKER, Plaintiff, v. WILLIAM MIHALKO,
M.D., CAMPBELL CLINIC, P.C., A Tennessee Professional Corporation and
CAMPBELL CLINIC HOLDINGS, P.C., A Tennessee Professional Corporation,
Defendants. Docket No.: CT-04553-21.  Division VI.  March 20, 2025.  (Deposition).

IN THE CIRCUIT COURT FOR SUMNER COUNTY, TENNESSEE AT GALLATIN, LATONYA TREADAWAY, and husband, GARY TREADAWAY, Plaintiff, v. SUZANNA CHATTERJEE, M.D., and SUMNER REGIONAL MEDICAL CENTER, LLC., Defendants.  No. 2015-CV-924.  March 19, 2025.  (Trial).

IN THE CIRCUIT COURT FOR JEFFERSON COUNTY, ALABAMA, MAYLON SPRUELL and KRISTI SPRUELL, Plaintiffs, v. DR. JOHN TOULIATOS; ADVANCED SURGEONS, P.C.; DR. STEVEN NICHOLS; ANDREWS SPORTS MEDICINE, P.C.; and ST. VINCENTS HOSPITAL, Defendants. Civil Action No.: 01-CV-2022-903519.00.  March 14, 2025.  (Deposition).

IN THE CIRCUIT COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, LORETTA MARTIN, and her Husband, JAMES MARTIN, Plaintiffs, v. ROLANDO TOYOS, M.D., WEST TENNESSEE EYE CARE, P.C., A Tennessee Professional Corporation, TOYOS CLINIC, TOYOS FOUNDATION, INC., A Tennessee Corporation, EYE RX, ALISON M. MOORE, O.D., JESSICA B. ARMSTRONG, O.D., and HAYLIE MULLINIKS, O.D., Defendants. Docket No.: CT-4253-22.  March 14, 2025.  (Deposition).

IN THE CIRCUIT COURT OF BRADLEY COUNTY, TENNESSEE, MARGARET LEA SULLINS, Plaintiff, v. COURTNEY BRAMLETT, O.D., G. SETH FORD, M.D., CLEVELAND EYE CLINIC, P.C., LIEZELLE GURGENS, M.D., MEMORIAL HEALTH PARTNERS, INC. and MEMORIAL HEALTH PARTNERS FOUNDATION, INC., Defendants. CASE NO.: v-22-342.  February 28, 2025.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, COLUMBIA DIVISION, JAMES DARRELL BEARD, Plaintiff, v. HICKMAN COUNTY GOVERNMENT, Defendant.  February 26, 2025.  (Trial).

STATE OF FLORIDA, DIVISION OF ADMINISTRATIVE HEARINGS, ESTATE OF CHRISTOPHER PAPPALARDO, Plaintiff, v. UNIVERSITY COMMUNITY HOSPITAL, INC., d/b/a ADVENT HEALTH TAMPA and JOHN A. DIETRICK, M.D., Defendants.  CASE NO.: 24-2940MA.  February 25, 2025.  (Arbitration).

IN THE CIRCUIT COURT OF FOR THE FOURTEENTH JUDICIAL DISTRICT OF THE STATE OF TENNESSEE AT MANCHESTER, DANNY USELTON, Surviving Spouse of SHUKITA USELTON, Plaintiff, v. TENNOVA HEALTHCARE-HARTON, TULLAHOMA HMA LLC, HOWARD BENNETT, M.D., and JOSEPH THOMASSON, JR., M.D., Defendants. Docket No. 2021-cv-47244.  February 24, 2025.  (Trial).

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF
CALIFORNIA, MARK SNOOKAL, an individual, Plaintiff, v. CHEVRON USA,
INC., a California Corporation, and DOES 1 through 10, inclusive, Defendants.
CASE NO.: 2-23-cv-6302.  February 10, 2025.  (Deposition).

STATE OF FLORIDA, DIVISION OF ADMINISTRATIVE HEARINGS, ESTATE OF
CHRISTOPHER PAPPALARDO, Plaintiff, v. UNIVERSITY COMMUNITY
HOSPITAL, INC., d/b/a ADVENT HEALTH TAMPA and JOHN A. DIETRICK,
M.D., Defendants.  CASE NO.: 24-2940MA.  February 3, 2025.  (Deposition).

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA,
MOBILE DIVISION, AUSTIN J. RAPPUHN, Plaintiffs, v. PRIMAL VANTAGE
COMPANY, INC., ROGERS SPORTING GOODS HOLDING, INC., and DOE
DEFENDANTS #1-5, Defendants. Civil Action No.: 1-cv-2020-00528.  January 17,
2025.  (Deposition).

IN THE CIRCUIT COURT OF THE 18th JUDICIAL CIRCUIT IN AND FOR
BREVARD COUNTY, FLORIDA, DEBORAH WRIGHT, Plaintiff, v. 10 ROADS
EXPRESS, LLC; 10 ROADS CAPITAL, LLC; and RASHEEM AHMED BUIE,
Defendants. Case No.: 5-2023-CA-020573.  January 16, 2025.  (Deposition).

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY FLORIDA, Natalia Prieto Vazquez, a minor and by and through
her parent FERNANDO PRIETO and MONICA VAZQUEZ GARCIA, Plaintiffs, v.
GULLIVER PREPARAORY SCHOOL, INC., A Florida non-profit corporation, and
VIDA HARGRETT, Defendants. Case No.: 2023-010038-CA-01.  January 14, 2025.
(Deposition).

IN THE STATE COURT OF DEKALB COUNTY, STATE OF GEORGIA, BRIANNA
BROWN, Individually, and as Parent and Next Friend of GRAYSON JOHNSON, a
disabled minor, Plaintiffs, v. EMORY HEALTHCARE INC.; EMORY
UNIVERSITY HOSPITAL MIDTOWN (f/k/a EMORY CRAWFORD LONG
HOSPITAL); EMORY HEATLHCARE NETWORK; GEORGIA CENTER FOR
WOMEN; TRACEY R. LEMON, M.D. (a/k/a TRACEY R. LEMON-SAMS, M.D.;
TRACEY LEMON, M.D., P.C., and JOHN/JANE DOE(S) 1-5; Defendants.  CIVIL
ACTION, File No.: 2021-A-02564.  December 17, 2024.  (Deposition).

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE,
NASHVILLE DIVISION, DEXTER WELCH, Plaintiff, v. UNITED NETWORK
FOR ORGAN SHARING; and VANDERBILT UNIVERSITY MEDICAL CENTER,
Defendants, Civil Action No.: 3:24-cv-00422.  December 16, 2024.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE AT CHATTANOOGA, UNITED STATES OF AMERICA and
STATE OF TENNESSEE, *ex rel.* JULIE ADAMS, M.D., STEPHEN ADAMS, M.D.,
and SCOTT STEINMANN, M.D., Plaintiffs, v. CHATTANOOGA-HAMILTON
COUNTY HOSPITAL AUTHORITY, d/b/a Erlanger Medical Center and Erlanger
Health System, *et al.,* Defendants. Case No.: 1:21-cv-84-TRM-SKL.  December 11,
2024.  (Deposition).

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, COUNTY
DEPARTMENT, LAW DIVISION, PRINCETON THOMAS, a minor by and
through the Guardian of his Estate, OLD NATIONAL BANK, and TAWANNA
FERGUSON, Individually, Plaintiffs, v. RUSH UNIVERSITY MEDICAL CENTER
a/k/a RUSH UNIVERSITY MEDICAL GROUP a/k/a RUSH UNIVERSITY
HOSPITAL a/k/a RUSH UNIVERSITY, and GARY LOY, M.D., Defendants. Case
No.: 2022-L-011012.  December 10, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND,
ANDREW M. FRANKLIN, JR., Plaintiff, v. ADVENTIST HEALTHCARE, INC. t/a
ADVENTIST HEALTHCARE, Defendant. Case No.: C-15-CV-23-004459.
December 2, 2024.  (Deposition).

IN THE CIRCUIT COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL
DISTRICT AT MEMPHIS, VICTORIA CORYNNE GREENSLATE, a minor child
and ward, by and through VICTORIA GREENSLATE JACKSON and TINA
HANEY, as Next Friends and Mother and Grandmother and Co-Conservators of
VICTORIA CORYNNE GREENSLATE, Plaintiffs, v. METHODIST
HEALTHCARE-MEMPHIS HOSPITALS d/b/a LE BONHEUR CHILDREN'S
HOSPITAL; METHODIST LE BONHEUR HEALTHCARE d/b/a LEBONHEUR
CHILDREN'S HOSPITAL; UT LE BONHEUR PEDIATRIC SPECIALISTS, INC.;
ALEXANDRA LEE SCHALLER, D.O.; ANDREW SCHROEDER, M.D.;
DIAGNOSTIC IMAGING PROFESSIONAL CORPORATION; and LOUIS S.
PARVEY, M.D., Defendants.  Case No.: CT-1417-22, Division VII.  November 19,
2024.  (Deposition).

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, COUNTY
DEPARTMENT, LAW DIVISION, KEARI LUBERNORT, a minor by his Mother
and Next Friend, KERARA DAVIS, and KERARA DAVIS, individually, Plaintiffs,
v. ADVOCATE HEALTH AND HOSPITALS CORPORATION a/k/a ADVOCATE
CHRIST MEDICAL CENTER a/k/a ADVOCATE MEDICAL GROUP and
ADVOCATE HEALTH CARE NETWORK a/k/a ADVOCATE HEALTH CARE,
Defendants. Case No.: 2022-L008840.  October 23, 2024.  (Deposition).

IN THE CIRCUIT COURT OF FOR THE FOURTEENTH JUDICIAL DISTRICT OF THE STATE OF TENNESSEE AT MANCHESTER, DANNY USELTON, Surviving Spouse of SHUKITA USELTON, Plaintiff, v. TENNOVA HEALTHCARE-HARTON, TULLAHOMA HMA LLC, HOWARD BENNETT, M.D., and JOSEPH THOMASSON, JR., M.D., Defendants. Docket No. 2021-cv-47244.  October 17, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE, CHRISTY GEDELMAN, Plaintiff, v. TENNESSEE ORTHOPAEDIC ALLIANCE, P.A., d/b/a TENNESSEE ORTHOPAEDIC CLINICS, Defendant. Case No.: 3-206-21.  October 15, 2024.  (Deposition).

IN THE CIRCUIT COURT OF BRADLEY COUNTY, TENNESSEE, MARGARET LEA SULLINS, Plaintiff, v. COURTNEY BRAMLETT, O.D., G. SETH FORD, M.D., CLEVELAND EYE CLINIC, P.C., LIEZELLE GURGENS, M.D., MEMORIAL HEALTH PARTNERS, INC. and MEMORIAL HEALTH PARTNERS FOUNDATION, INC., Defendants. CASE NO.: v-22-342.  October 3, 2024.  (Deposition).

IN THE COMMON PLEAS COURT OF HARDIN COUNTY, OHIO, SCOTT GERBER, Plaintiff, v. OHIO NORTHERN UNIVERSITY, OHIO NORTHERN UNIVERSITY BOARD OF TRUSTEES, and MEMBERS OF THE OHIO NORTHERN UNIVERSITY BOARD OF TRUSTEES ET AL., Defendants. Case No.: 2023 1107 CVH.  October 1, 2024.  (Deposition).

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA, HANSRAJI BAJNETH, Plaintiff, v. HENRY GEMBALA & ANNA FEATHERSTON, ANGELES EXPRESS APPLICANCES, INC., & NEW YORK MINUTE TRICKING, INC., Defendants. Case No.: 2023-CA-008463.  September 25, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, BRANDON WRIGHT, individually, on behalf of his minor children, and as next of kin for JESSICA WRIGHT, deceased, Plaintiff, v. CONTINENTAL AEROSPACE TECHNOLOGIES, INC., CONTINENTAL MOTORS, INC., CONTINENTAL MOTORS SERVICES, INC., and DIRECT FLIGHT SOLUTIONS, LLC, Defendants.  September 24, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, BRIAN HEUTHER, Individually, and as Administrator of THE ESTATE OF SHELLI HEUTHER, Plaintiff, v. CONTINENTAL AEROSPACE TECHNOLOGIES, INC., CONTINENTAL MOTORS, INC., CONTINENTAL MOTORS GROUP LIMITED,

CONTINENTAL MOTORS SERVICES, INC., and DIRECT FLIGHT SOLUTIONS LLC, Defendants. Case No.: 21-C-1508.  September 24, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, SARAH HIGHTOWER, Plaintiff, v. JACOB COKER, Defendant. Docket No.: 23-C-1691. September 20, 2024.  (Deposition).

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE, INDIA ARIANNA EMAGINE ELLIOTT, INDIVIDUALLY, and on behalf of and as Mother and Next of Kin of his infant son KAIDEN JAMIR RAYMEZ ELLIOTT, deceased, Plaintiff, v. PARKRIDGE MEDICAL CENTER, INC. d/b/a PARKRIDGE EAST HOSPITAL, CHATTANOOGA WOMEN'S SPECIALISTS, P.C., SAMANTHA CATER, D.O., SHARON LOVE, R.N., and LORI E. SALMON, R.N., Defendants. Case No.: 29-c-934.  September 19, 2024.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, IVELISSE RIVERA, Plaintiff, v. REP CORPORATION, Defendant. August 27, 2024.  (Trial).

STATE OF WISCONSIN, CIRCUIT COURT, DANE COUNTY, EMERSON JAMES BELL, a minor, by his Guardian ad Litem, KEVIN R. MARTIN, and SARAH HUGHES, Individually, and GABRIEL BELL, Individually, Plaintiffs, and STATE OF WISCONSIN, DEPARTMENT OF HEALTH AND FAMILY SERVICES, Involuntary Plaintiffs, v. SSM HEALTH CARE OF WISCONSIN, INC. d/b/a SSM HEALTH ST MARY'S HOSPITAL MADISON; SSM HEALTH CARE OF WISCONSIN, INC. d/b/a SSM HEALTH DEAN MEDICAL GROUP; ELIZABETH STROM BLITON, M.D.; MAYA GROSS, M.D.; MMIC INSURANCE, INC. f/k/a MIDWEST MEDICAL INS. CO.; CONTINENTAL CASUALTY COMPANY; and INJURED PATIENTS AND FAMILIES  COMPENSATION FUND, Defendants. Case No.: 2023-CV-000825.  August 15, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, SIXTEENTH JUDICIAL DISTRICT, RUTHERFORD COUNTY, ROBERT KURTZ, individually and as surviving spouse and next of kin of ALYSSA KURTZ, deceased, Plaintiff, v. MURFREESBORO MEDICAL CLINIC, P.A., CANDICE N. KEY, FNP-C, and CHLOE L. DESNOES, D.O., Defendants. Case No.: 80064.  August 14, 2024. (Deposition).

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE, MICHELLE FORSHEE, Plaintiff, v. MINA LEASING AND FINANCIAL SERVICE, LLC, VENTURE EXPRESS, INC., MILLENNIAL TRANSPORT SERVICES, LLC, and

DAVID BRANDON LENOIR, Defendants. Case No.: 22-c-654.  August 13, 2024.
(Deposition).

AMERICAN ARBITRATION ASSOCIATION, NEW YORK CITY, NEW YORK,
SEAN ARONSEN, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF
GLENCO CONTRACTING GROUP, INC., Claimants, v. DAVID MCGRATH
AND GLENCO CONTRACTING GROUP, INC., Respondents, AAA Case No.: 01-
23-0001-1632.  June 20, 2024.  (Arbitration).

AMERICAN ARBITRATION ASSOCIATION, MIAMI REGIONAL OFFICE, Case
Number: 01-21-0017-9580, THE ULTIMATE UMBRELLA COMPANY, INC., a
Florida corporation, Claimant, v. THOMAS PARKER, an individual, THOMAS
MATTHEW PARKER REVOCABLE TRUST AGREEMENT DATED
FEBRUARY 21, 2020, a trust; CHARLES MUNROE, an individual; CHARLES
MUNROE FAMILY TRUST DATED FEBRUARY 5, 2020, a trust; CYNTHIA
MUNROE SLAT TRUST U/A/D OCTOBER 1, 2019, a trust; EDWARD USMAR,
an individual; DOUGAN CLARKE, an individual; and 2019 CLARKE TRUST
U/A/D FEBRUARY 26, 2019, respondents.  June 17, 2024.  (Arbitration).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE, NASHVILLE DIVISION, DAKOTA COCHRAN, Plaintiff, v. CITY
OF LA VERGNE, TENNESSEE, Defendant.  Case No.: 3:23-CV-000428.  June 13,
2024.  (Deposition).

IN THE GENERAL COURT OF JUSTICE, SUPERIOR COURT DIVISION, STATE
OF NORTH CAROLINA, COUNTY OF ONSLOW, GEORGINA BELCHER,
Plaintiff, v. ZOILO BERTREND GARDON-RAY and PLURIS HOLDINGS, LLC,
Defendants. CASE NO.: 23-CVS-161.  June 10, 2024.  (Deposition).

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT IN AND
FOR SAINT LUCIE COUNTY, FLORIDA, JOSEPH ROM, and ERIN ROM, as
husband and wife, Plaintiff, v. AAA TRIPLE "S" SERVICES, INC., d/b/a
STANLEY STEEMER, a for profit Corporation and JOHN DOE, an unknown
employee, Defendants. Case No.:  May 31, 2024.  (Deposition).

IN COUNTY COURT AT LAW NUMBER THREE OF EL PASO COUNTY, TEXAS,
MAURICIO CHONG, Plaintiff, v. SUNRISE RESTAURANTS, LLC, d/b/a
DENNY'S, Defendant. CAUSE NO.: 2021-DCV-3302.  May 29, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR HAMILTON COUNTY, TENNESSEE, THOMAS P.
WILSON, Ph.D., individually and as surviving spouse of the Deceased, PENNI JO
WILSON, Plaintiff, v. CHATTANOOGA-HAMILTON COUNTY HOSPITAL

AUTHORITY d/b/a ERLANGER HEALTHSYSTEM d/b/a ERLANGER NORTH
HOSPITAL and LARRY D. STONE, M.D., Defendants.  Case No.: 20-C-206.  May
28, 2024.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE, NORTHERN DIVISION, KNOXVILLE UNITED STATES OF
AMERICA ex. rel. PATRICK GRIFFIS, and PATRICK GRIFFIS,
INDIVIDUALLY, Plaintiff, v. EOD TECHNOLOGY, INC. (n/k/a JANUS GLOBAL
OPERATIONS LLC), Defendant. Civil Action No.: 3:10-cv-204.  May 28, 2024.
(Deposition).

IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE
THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, KENNETH FIELDS, Plaintiff,
v. SOUTHRN ELECTRIC & CONTROLS, LLC, and John Doe, Defendants.  Case
No. CT-004124-16, Div. III.  May 21, 2024.  (Deposition).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE,
CARLTON SPEER, MALENA DENNIS, and ZACHARIAH DUNCAN, on their
own behalf and on behalf of all others similarly situated, Plaintiffs, v. UCOR LLC,
Defendant. Case No.: 3:22-CV-000426-TRM-JEM.  May 21, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR RUTHERFORD COUNTY, TENNESSEE AT
MURFREESBORO, ELVIS J. MINIS, Plaintiff, v. THOMAS BUTERA and
KATHERINE DAVENPORT, Defendants.  Case No.: 2019-cv-75781.  May 9, 2024.
(Trial).

IN THE STATE COURT OF MUSCOGEE COUNTY, STATE OF GEORGIA, TOSHA
WOMBLE and TEDDY WOMBLE, Individually, and as Parents and Next Friends of
GREYSEN WOMBLE, a disabled, minor, Plaintiffs, v. PIEDMONT
HEALTHCARE, INC.; PIEDMONT COLUMBUS REGIONAL MIDTOWN;
TIMOTHY PAUL VILLEGAS, M.D.; CHARLES BABERE, M.D.; and
JOHN/JANE DOE(S) 1-5; Defendants.  CIVIL ACTION File No.: SC-2021-cv-
001526.  May 7, 2024.  (Deposition).

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE,
WANDA CATHERINE ELDAHAN, Plaintiff, v. LINCOLN MEMORIAL
UNIVERSITY, Defendant. Case:  3:21-cv-00263-TAV-HBG.  EEOC: 494-2022-
02000.  April 29, 2024.  (Deposition).

IN THE CIRCUIT COURT OF WILLIAMSON COUNTY, TENNESSEE, PAULA
RICHARDSON, as surviving spouse on behalf of her deceased husband, DAWSON
RICHARDSON, JR., and individually, Plaintiff, v. KRISTINA BETHEL, D.O. and

EMERGI-TRUST, P.C., Defendants. Case No.: 22-cv-189.  April 26, 2024.
(Deposition).

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, TENNESSEE AT
CLARKSVILLE, VERNON M. CARRIGAN, as surviving kin of DAVID
CARRIGAN, Plaintiff, v. AMERICAN FAMILY CARE TENNESSEE, LLC and,
ANDREA BELL WILLIS, M.D., Defendants. No. CC-15-CV-1610.  April 19, 2024.
(Trial).

AMERICAN ARBITRATION ASSOCIATION, ALLIED FEDERAL BROTHERHOOD
OF MAINTENANCE OF WAY EMPLOYEES, DIVISION OF THE
INTERNATIONAL BROTHERHOOD OF TEAMSTERS and JOHNATHON
CANTY, Plaintiffs, v. CONNEX RAILROAD LLC and TRANSDEV NORTH
AMERICA, INC., Defendants, Case No.: 6628127.  April 12, 2024.  (Arbitration).

IN THE FIRST CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE,
TWENTIETH JUDICIAL DISTRICT AT NASHVILLE, SHARON SHEILA
RAMIREZ, et al., Plaintiffs, v. STOVER & SONS CONTRACTORS, INC., et al.,
Defendants. Civil Action No.: 20-c-2114.  April 1, 2024.  (Deposition).

COMMONWEALTH OF KENTUCKY, CALLOWAY CIRCUIT COURT, ROBERT
DANIEL LEWIS and UNITED COMMUNITY BANK OF WEST KENTUCKY,
Plaintiffs, v. CHRISTOPHER L. POOR, M.D., et al., Defendants, Civil Action No.:
21-CI-00065.  March 28, 2024.  (Deposition).

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE,
DAVID SULLIVAN, DARLENE ROBERTSON, and CHARLES CUMMINS,
Individually and on behalf of others similarly situated, Plaintiffs, v. METRO
KNOXVILLE HMA, LLC, d/b/a TENNOVA HEALTHCARE, Defendant. Case No.:
3:22-CV-000392-DCLC-JEM.  March 25, 2024.  (Deposition).

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA, MANUEL SUARDI, Plaintiff, v.
CHARLEY'S STEAKHOUSE INC., d/b/a CHARLEY'S STEAKHOUSE,
Defendant.  March 20, 2024.  (Trial).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION, BRANDON VAN BLAIR, Plaintiff, v. TERRY
DRAKE, RUSH COUNTY SHERIFF'S OFFICE, ALLAN RICE, RUSH COUNTY,
INDIANA, INDIANA STATE POLICE, and JOHN DOE, Defendants. Case No.:
1:22-cv-01215-RLU-MPB.  March 15, 2024.  (Deposition).

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND
    FOR HILLSBOROUGH COUNTY, FLORIDA, MANUEL SUARDI, Plaintiff, v.
    CHARLEY'S STEAKHOUSE INC., d/b/a CHARLEY'S STEAKHOUSE,
    Defendant.  January 26, 2024.  (Deposition).

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, PEORIA
    COUNTY, ILLINOIS, NICHOLAS MCDANIEL, Plaintiff, v. MATTHEW
    MARXEN and STANDARD FORWARDING, Defendants.  Civil Action File No.:
    21-L-00055.  January 15, 2024.  (Deposition).

IN THE CIRCUIT COURT FOR RUTHERFORD COUNTY, TENNESSEE, STEVE
    and NATALIE DEFORD, Plaintiffs, v. MITCHELL STANLICK, D.C., LLC, d/b/a
    STANLICK CHIROPRACTIC, and JEREMY BILLS, D.C., Defendants. Case No.:
    78000.  December 11, 2023.  (Deposition).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE,
    YOLONDA RIGGS, Plaintiff, v. UCOR LLC, Defendant. Case No.: 3-22-cv-00144.
    November 29, 2023.  (Deposition).

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE,
    CARL R. HARRIS, Plaintiff, v. JTEKT AUTOMOTIVE TENNESSEE
    MORRISTOWN, INC., Defendant. Case No. 3:21-cv-332.  November 20, 2023.
    (Deposition).

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA, LAVENDER
    HEALTH CARE, LLC, a Florida limited liability company, Plaintiff, v. AFC
    FRANCHISING, LLC, an Alabama limited liability company, Defendant.  November
    16, 2023.  (Trial).

IN THE CHANCERY COURT FOR THE STATE OF TENNESSEE, TWENTY-FIFTH
    JUDICIAL DISTRICT, HARDEMAN COUNTY, JOHN DOOLEN, in his Official
    Capacity as Sheriff of Hardeman County, Tennessee, Plaintiff, v. ROY B. HERRON,
    NANCY C. MILLER-HERRON, HERRON LAW OFFICES, PETER J. ALLIMAN,
    III, and WHITE, CARSON & ALLIMAN ATTORNEYS AT LAW, P.C.,
    Defendants. Case No.: 19502.  November 14, 2023.  (Mediation).

IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE, TERESA L.
    FERGUSON, Plaintiff, v. KNOX COUNTY, TENNESSEE, Defendant. No.: 197927-
    1.  November 2, 2023.  (Deposition).

BEFORE THE AMERICAN ARBITRATION ASSOCIATION, MURFREESBORO
    IMAGING PARTNERS LLC, directly and derivatively on behalf of MIDDLE

TENNESSEE IMAGING, LLC, Claimant, v. SAINT THOMAS HEALTH f/k/a
SAINT THOMAS HEALTH SERVICES and NOL, LLC, Respondents. Case No.:
01-22-0004-6371. October 24, 2023. (Mediation).

IN THE CIRCUIT COURT OF DAVIDSON COUNTY, TWENTIETH JUDICIAL
DISTRICT, NASHVILLE, TENNESSEE, MARK FRANCIS MACDUFF SPENCE,
SR. and LAURIE JEAN SPENCE, Individually and as surviving parents of MARK
FRANCIS MACDUFF SPENCE, JR. deceased, Plaintiffs, v. DEXCOM, INC., *et al.*,
Defendants. Docket No.: 18-c-565. September 28, 2023. (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE, NASHVILLE DIVISION, BRIAN MOAT, Plaintiff, v. THE
METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON
COUNTY, TENNESSEE, Defendant.  Case No. 3:21-cv-00807.  September 13,
2023.  (Trial).

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, TENNESSEE,
ANTHONY BAKER, Plaintiff, BRIDGEFIELD CASUALTY INSURANCE
COMPANY, INC., Plaintiff/Intervenor, v. NYRSTAR CLARKSVILLE, INC., and
OUTOTEC (USA), INC., Defendants.  Docket No.: CC-20-CV-768.  July 31, 2023.
(Deposition).

IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, AT
NASHVILLE, ALEXIS TURNER and BREANA DYE, as Children and Next of Kin
of Decedent CHARLES DYE, Plaintiffs, v. CHADWICK GARRISON and JARED
GASTON, Defendants, Case No.: 20-c-1095; 19-c-2106.  June 20, 2023.
(Deposition).

IN THE CIRCUIT COURT OF KNOX COUNTY, TENNESSEE, CHARLES PATRICK
MITCHELL, Plaintiff, v. NORFOLK SOUTHERN RAILWAY COMPANY,
Defendant. Case No.: 3-134-21.  June 8, 2023.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, ROBERT
JUSTIN BING, Plaintiff, v. DARRELL LAMONT HUNT, M.D., ROGER JAMES
NAGEY, M.D., DAVID ERIC BENTLEY, M.D., EMCARE, INC., KRISTIN
ALEXANDRIA GAFFNEY, D.O., GASTROENTEROLOGY AND HEPATOLOGY
ASSOCIATES PLLC, and HTI MEMORIAL HOSPITAL CORPORATION, d/b/a
TRISTAR SKYLINE MEDCAL CENTER, Defendants, Case No. 17-c-1812.  May
31, 2023.  (Evidentiary Deposition Trial).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE,
MARINA DEBITY, Plaintiff, v. MONROE COUNTY BOARD OF EDUCATION,
Defendant. May 24, 2023. (Trial).

SUPERIOR COURT FOR THE STATE OF CALIFORNIA FOR THE COUNTY OF
LOS ANGELES UNLIMITED JURISDICTION, RYAN CORNATEANU,
individually, and on behalf of other members of the general public similarly situated,
Plaintiff, v. STONELEDGE FURNITURE LLC, Defendant.  May 12, 2023.
(Deposition).

IN THE CHANCERY COURT FOR RUTHERFORD COUNTY, TENNESSEE AT
MURFREESBORO, MELISSA KILPATRICK, Plaintiff, v. RUTHERFORD
COUNTY, TENNESSEE, Defendant.  CIVIL ACTION NO.: 19-CV-1732.  May 8,
2023.  (Deposition).

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA, BIRMINGHAM
DIVISION, KENNETH AUSTIN, Plaintiff, v. UAB HOSPITAL MANAGEMENT,
LLC; GEORGIA M. WHITT, R.N.; and Fictitious Party Defendants, Defendants.
April 28, 2023.  (Deposition).

IN THE IOWA DISTRICT COURT FOR MARION COUNTY, JOSHUA
RICHARDSON, Plaintiff, v. VERMEER MANUFACTURING COMPANY,
Defendant.  April 26, 2023.  (Trial).

STATE OF MINNESOTA, COUNTY OF HENNEPIN, IN DISTRICT COURT,
FOURTH JUDICIAL DISTRICT, JEFFREY BJUR, Plaintiff, v. GOLD'N PLUMP
POULTRY, INC., RICE COMPANIES, Defendants.  April 11, 2023.  (Evidentiary
Deposition for Trial).

IN THE JUDICIAL COURT OF HARRIS COUNTY, TEXAS, 270TH DISTRICT
COURT, MEMORIAL PARK MEDICAL CENTER, INC., and WILLIAM W.
RUTH, Plaintiffs, v. STEWART TITLE GUARANTY COMPANY, THE BROWN
COUNTY ABSTRACT COMPANY, INC., BERT V. MASSEY II, and E. RAY
WEST III, Defendants.  CAUSE NO. 2020-47658.  April 7, 2023.  (Deposition).

AMERICAN ARBITRATION ASSOCIATION, GEOFF JOHNSON, Claimant, v.
DILLARD'S, INC., Respondent. Case: 01-22-0001-2709. March 9, 2023.
(Arbitration).

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE, NASHVILLE DIVISION, BRAD AMOS, Plaintiff, v. THE LAMPO

GROUP, LLC, d/b/a RAMSEY SOLUTIONS; and DAVE RAMSEY, Defendant.
Case No: 3:21-cv-00923.  January 18, 2023.  (Deposition).

IN THE STATE COURT OF RICHMOND COUNTY, STATE OF GEORGIA,
KIARAH CALHOUN and BRYSON CALHOUN, Individually and as Parents and
Next Friends of BRAYDEN CALHOUN, a disabled minor, Plaintiffs, v. DOCTORS
HOSPITAL OF AUGUSTA, LLC a.k.a. DOCTORS HOSPITAL, AUGUSTA
WOMEN'S HEALTH & WELLNESS CENTER, DONNA ADAMS-PICKETT, MD,
BROOKELYN PARTRIDGE, RN, ANGELA BRAGG, RN, and JOHNS/JANE
DOE(S) 1-3, Defendants. Case No.: 2020-RCSC-00382.  January 6, 2023.
(Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE, CHRISTOPHER ANDERSON and JAMES "J.J." HATMAKER,
Plaintiffs, v. CITY OF JELLICO, TENNESSEE, Defendant.  Case No. 3:19-CV-096.
January 5, 2023.  (Deposition).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION, MARK AROUZA-PAI, a citizen and resident of Canada,
Plaintiff, v. CARNIVAL CORPORATION, a Panamanian Corporation d/b/a
CARNIVAL CRUISE LINES, Defendant. Case No.: 1:21-CV-23511-KMW.
December 29, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
ALABAMA, SOUTHERN DIVISION, FARIBA MOEINPOUR, Plaintiff, v.
BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA, KELLY
MAYER, in her individual capacity, and MARY JO CAGLE, in her individual
capacity, Defendants.  December 27, 2022.  (Deposition).

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE AT KNOXVILLE, TENNESSEE, SCOTT E. GAMMONS, Plaintiff,
v. ADROIT MEDICAL SYSTEMS, INC., GRAZYNA H. GAMMONS, KELLEY
PATTEN, and GENE GAMMONS, Defendants.  December 19, 2022.  (Deposition).

AMERICAN ARBITRATION ASSOCIATION, GEOFF JOHNSON, Claimant, v.
DILLARD'S, INC., Respondent. Case: 01-22-0001-2709.  December 12, 2022.
(Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, NATALIE
NICHOLE MOODY and SHERENIA MOODY, individually and as next-of-kin to
the Deceased, EUGENE MOODY, Plaintiffs, v. CLARENCE EARL FOSTER III,
M.D., Defendant.  December 7, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
FLORIDA, JERRY LYNETTE CLARK as Personal Representative of the Estate of
JALEN MAYS, on behalf of the Estate and its lawful survivors, to wit: J.L.M.,
surviving son, L.M., as surviving son, K.S., surviving daughter, and C.M., surviving
daughter, Plaintiff, v. THE CITY OF JACKSONVILLE, FLORIDA, a political
subdivision of the State of Florida, THE JACKSONVILLE SHERIFF'S OFFICE, an
Agency of the Consolidated City of Jacksonville, MIKE WILLIAMS, in his official
capacity as Sheriff of the Jacksonville Sheriff's Office, OFFICER MATTHEW
REDDISH, OFFICER STUART MADDOX, and OFFICER KATHRYN
YOUNGBLOOD, Defendants.  November 18, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE, NASHVILLE DIVISION, CAROL BARTON, Plaintiff, v. THE
METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON
COUNTY, TENNESSEE, Defendant. Case No. 3:20-CV-00118.  November 9, 2022.
(Trial).

IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE, EUGENIA
JARQUIN and ANTERO JARQUIN, Parents and Next of Kin of RIGOBERTO
JARQUIN, Deceased, Plaintiffs, v. RSD DELAWARE, LLC, a Delaware Limited
Liability Company; and LANDMARK PROPERTY MANAGEMENT, LLC, a
Delaware Limited Liability Company, Defendants. DOCKET NO. 20-C-597,
DIVISION I.  November 4, 2022.  (Deposition).

ARBITRATION PROCEEDINGS, COMMUNICATIONS PROCESSING SYSTEMS,
INC., a Florida corporation, Plaintiff, v. THE PALMS OF DESTIN RESORT and
CONFERENCE CENTER CONDOMINIUM ASSOCIATION, INC., a Florida
corporation, and THE PALMS OF DESTIN CLUB, LLC, a Florida limited liability
company, Defendants.  October 21, 2022.  (Arbitration).

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
WISCONSIN, MADISON DIVISION, DEISY GABRIELA VAQUEDANO MEJIA,
INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN MAYLIN
SARAHI ANDINO VAQUEDANO, AND ANDREA NICOLE ANDINO
VAQUEDANO, Plaintiffs, v. THOMAS JOSEPH STEFFES, MICHELS
CORPORATION, AND THE ABC INSURANCE COMPANY, Defendants.  August
30, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
ILLINOIS, PATRICIA EDWARDS, as Administrator of the Estate of WILLIE
EDWARDS, deceased, Plaintiff, v. E.T. SIMONDS CONSTRUCTION COMPANY,

an Illinois Corporation, Defendant. Court No.: 21-cv-00386.  July 27, 2022.
(Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
GEORGIA, ATLANTA DIVISION, SABINE AUGUSTE, and individually and on
behalf of all others similarly situated, Plaintiff, v. ABP CORPORATION, Defendant.
May 23, 2022.  (Mediation).

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, TENNESSEE AT
CLARKSVILLE, VERNON M. CARRIGAN, as surviving kin of DAVID
CARRIGAN, Plaintiff, v. AMERICAN FAMILY CARE TENNESSEE, LLC and,
ANDREA BELL WILLIS, M.D., Defendants. No. CC-15-CV-1610.  April 22, 2022.
(Deposition).

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA, LAVENDER
HEALTH CARE, LLC, a Florida limited liability company, Plaintiff, v. AFC
FRANCHISING, LLC, an Alabama limited liability company, Defendant.  April 20,
2022.  (Deposition).

IN THE CIRCUIT COURT FOR KNOX COUNTY TENNESSEE, PRISCILLA
GREENE MILLS, individually and as mother of JONATHAN DEAN MILLS,
Deceased, Plaintiff, v. RURAL/METRO OF TENNESSEE, LP; RURAL/METRO
CORPORATION OF TENNESSEE; RURAL/METRO MID-SOUTH, LP;
AMERICAN MEDICAL RESPONSE OF TENNESSEE, INC.; MARK KEITH
MORRISON; and DAWN OGLE, Defendants, No. 2-426-17.  March 11, 2022.
(Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE AT KNOXVILLE, CURTIS L. ROPER, Plaintiff, v. KNOXVILLE
ASSISTED LIVING RETIREMENT COMMUNITY, LLC d/b/a MANORHOUSE
AT KNOXVILLE, and MANORHOUSE MANAGEMENT, INC., Defendants.  No.:
3:20-cv-00439.  March 4, 2022.  (Deposition).

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE,
NASHVILLE DIVISION, TERESA LARGE, etc., Plaintiff, v. DR. DAVID
BLAZER, Defendant, Civil Action No. 3:20-CV-1012.  February 25, 2022.
(Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE, MEMPHIS DIVISION, COURTNEY L. ALLEN, Plaintiff, v.
ADAMS KEEGAN, INC., Defendant.  February 7, 2022.  (Deposition).

IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF
TENNESSEE, PATRICK IRELAND and EMILY TOUCHSTONE, Plaintiffs, v.
WILLIAMSON COUNTY HOSPITAL DISTRICT d/b/a WILLIAMSON MEDICAL
CENTER, PAUL FLESER, M.D., and ANDREW HUNTER AVERY, M.D.,
Defendants.  February 4, 2022.  (Deposition).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA,
JOSEPH HENRY, Plaintiff, v. CELEBRITY CRUISES, INC., Defendant. CASE
NO. 21-cv-20148-DLG.  February 2, 2022.  (Trial).

IN THE CIRCUIT COURT FOR PUTNAM COUNTY, TENNESSEE, DYLAN
WELCH, Plaintiff, v. HIGHLANDS RESIDENTIAL SERVICES and MITCHELL L.
KNIGHT, Defendants.  January 10, 2022.  (Deposition).

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA, CIVIL DIVISION, WHITE'S PLACE, LLC d/b/a
THE GOLD CLUB, Plaintiff, v. EMERGENCY SYSTEMS, INC., Defendant.
December 29, 2021.  (Deposition).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, EIGHTEENTH
JUDICIAL DISTRICT, SUMNER COUNTY, JAMES R. GILLESPIE, Plaintiff, v.
HENDERSONVILLE HOSPITAL CORPORATION d/b/a TRISTAR
HENDERSONVILLE MEDICAL CENTER, MARSHALL R. JOHNSON JR., M.D.,
HENDERSONVILLE HOSPITALIST SERVICES, INC., HELION W. CRUZ, M.D.,
CHRISTOPHER BACHUSS, DNP-DCC, AND SKYLINE NEUROSCIENCE
ASSOCIATES, LLC, Defendants.  December 10, 2021.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE AT WINCHESTER, ASHLEY DAVIS/SARAH HARWELL, Plaintiff,
v. TULLAHOMA CITY SCHOOLS, Defendants. Case No.: 4:20-cv-00022.
December 3, 2021.  (Deposition).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE,
DANIEL A. PELTIER, Plaintiff, v. JOHN DEERE COMPANY, Defendant. Case
No.: 3:20-cv-00435-TRM-HBG.  November 23, 2021.  (Deposition).

IN CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE, NELLEE QUINN
NIX, a minor, by and through her parents and next of kin, JUSTIN NIX and
KRISTSA NIX, Plaintiffs, v. SAINT THOMAS MIDTOWN HOSPITAL,
TENNESSEE WOMEN'S CARE, P.C., ROSEANN MAIKIS, M.D., and
ELIZABETH BEAVERS, R.N., Defendants.  November 1, 2021.  (Trial).

IN THE IOWA DISTRICT COURT FOR POLK COUNTY, N. KIM GAMBLE and
DARRELL GAMBLE, Plaintiffs, v. TADD KENNEDY, GEORGIA MONAHAN
(DRIVER), RANDY MONAHAN (OWNER), and AUTO-OWNERS INSURANCE
COMPANY (UIM), Defendants. LAW NO. LACL144149.  October 28, 2021.
(Trial).

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA,
EASTERN DIVISION, TERRELL MCELRATH, Plaintiff, v. FCA US LLC and
DOE DEFENDANTS #1-5, Defendants.  October 25, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF
TENNESSEE, NASHVILLE DIVISION, RANDY and KAREN O'BURKE,
Plaintiffs, v. HENDERSONVILLE HOSPITAL CORPORATION d/b/a TRISTAR
HENDERSONVILLE MEDICAL CENTER, MICHAEL JAMES NOTO, M.D.,
JAYESH A. PATEL, M.D., CLYDE O. SOUTHWELL, M.D., and MARSHALL R.
JOHNSON, JR., M.D., Defendants. No. 3:19-cv-01167.  October 8, 2021.
(Deposition).

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA,
ALEXANDRIA DIVISION, CHRISTOPHER CONNOR, Plaintiff, v. LOVEYBUG,
LLC, *et al.* and AMY GENOVA, Defendants.  Case #1:20-cv-425.  October 7, 2021.
(Deposition).

IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA, CHARLES
LIATYS, Plaintiff, v. SOUTHWIRE COMPANY, LLC, WESTBAY
TECHNOLOGIES, LTD., and HOME DEPOT U.S.A., INC., Defendants. Civil
Action File No.: 19-EV-00385.  September 24, 2021.  (Deposition).

IN CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE, NELLEE QUINN
NIX, a minor, by and through her parents and next of kin, JUSTIN NIX and
KRISTSA NIX, Plaintiffs, v. SAINT THOMAS MIDTOWN HOSPITAL,
TENNESSEE WOMEN'S CARE, P.C., ROSEANN MAIKIS, M.D., and
ELIZABETH BEAVERS, R.N., Defendants.  September 20, 2021.  (Deposition).

IN THE CIRCUIT COURT FOR COFFEE COUNTY, TENNESSEE, SUSAN
WALTON, individually and as surviving spouse and next of kin of JAMES
WALTON, deceased, Plaintiff, v. TULLAHOMA HMA, LLC d/b/a HARTON
REGIONAL MEDICAL CENTER, Defendant, No. 40937.  September 14, 2021.
(Trial).

SUPERIOR COURT OF NEW JERSEY, SOMERSET COUNTY, CHEE NG, Plaintiff,
v. FAIRLEIGH DICKINSON UNIVERSITY, Defendant.  LAW DIVISION
DOCKET NO.: SOM-L-1216-19.  August 31, 2021.  (Deposition).

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, PEORIA
COUNTY, ILLINOIS, CALEB DERESTIL, Individually, and as Independent
Administrator of the Estate of FASTINA DERESTIL, Deceased, Plaintiffs, v. OSF
HEALTHCARE SYSTEM d/b/a OSF-SAINT FRANCIS MEDICAL CENTER;
MATTHEW E. SMETANA, D.O., Individually and as an Agent of OSF
HEALTHCARE SYSTEM d/b/a OSF-SAINT FRANCIS MEDICAL CENTER;
TODD R. MITCHELL, M.D., Individually and as an Agent of OSF HEALTHCARE
SYSTEM d/b/a OSF-SAINT FRANCIS MEDICAL CENTER, Defendants. Case No.:
16-L-183.  August 26, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE, COLUMBIA DIVISION, JEFFERY LOWE, Plaintiff, v.
CALSONICKANSEI NORTH AMERICA, INC., Defendant. Case No. 1:18-CV-
00027.  August 25, 2021.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
CONNECTICUT, DANILO PURUGGANAN, Plaintiff, v. AFC FRANCHISING,
LLC, Defendant.  CIVIL ACTION NO. 3:20-cv-00360.  July 28, 2021.  (Deposition).

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE, JAMES W. HUBBARD, Plaintiff, v. CVG NATIONAL SEATING
COMPANY, LLC, d/b/a COMMERCIAL VEHICLE GROUP, Defendant.  No.:
3:20-cv-00229-PLR-DCP.  July 13, 2021.  (Deposition).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK,
JEANNETTE DICK, Plaintiff, v. UNITED STATES OF AMERICAN and UNITED
STATES POSTAL SERVICE, Defendants.  Case No.: 19-CV-8952 (PGG).  July 7,
2021.  (Deposition).

IN THE SUPERIOR COURT OF BARTOW COUNTY, STATE OF GEORGIA,
MELISSA JOHNSON as surviving spouse of CAMERON JOHNSON, Deceased,
Plaintiff, v. THOMAS SELF, M.D., HARBIN CLINIC, LLC, HANS CHANG, M.D.,
and SUMMIT RADIOLOGY SERVICES, P.C., Defendants, Civil Action File No.
SUCV2020000684.  June 15, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, OXFORD DIVISION, KURT RADEMACHER, as Executor of the
Estates of Michael McConnell Perry and Kimberly Westerfield Perry; and ROBERT

ANDREW PERRY, as Next Friend and Guardian of S.M.P., J.W.P., and A.R.P., the
Minor Natural Children and Wrongful Death Beneficiaries of Michael McConnell
Perry and Kimberly Westerfield Perry, Plaintiffs, v. UNITED STATES OF
AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION;
FEDERAL AVIATION ADMINISTRATION; JOHN DOES 1-5, Defendants. CIVIL
ACTION NO.: 3:19-cv-157-MPM-RP.  June 8, 2021.  (Deposition).

IN THE DISTRICT COURT, 219TH JUDICIAL DISTRICT, COLLIN COUNTY,
TEXAS, SANTOS CORTEZ & AZALIA CORTEZ, Plaintiffs, v. POLLOCK
INVESTMENTS INCORPORATED and FTW TRANSPORT, LLC, AND GERIN
CARRIERS, LLC, Defendants.  CAUSE NO.: 219-04337-2016.  April 20, 2021.
(Trial).

IN THE SUPERIOR COURT OF WHITFIELD COUNTY, GEORGIA, CAROLYN
REUSSWIG, Plaintiff, v. GILFORD JOHN WHITTLE, VELMA WHITTLE, RED'S
CARPET AND APPLIANCES, LLC, ROBERT BODENBENDER, FEDEX
CORPORATION, and FEDEX GROUND PACKAGE SYSTEM,
INCORPORATED, Defendants.  April 19, 2021.  (Deposition).

IN THE CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE FOR THE 20TH
JUDICIAL DISTRICT AT NASHVILLE, JOSEPH WESSON and TONYA
WILLIAMS, INDIVIDUALLY and as NOK of their infant Son KAI MAXIM
WESSON, deceased, Plaintiffs, v. HCA HEALTH SERVICES OF TENNESSEE,
INC., d/b/a TRISTART STONECREST MEDICAL CENTER, PEDIATRIX
MEDICAL GROUP OF TENNESSEE, P.C., and ELIZABETH M. BROGDON,
NNP, Defendants. Case No. 17c2379.  April 2, 2021.  (Deposition).

FIRST JUDICIAL DISTRICT COURT, PARISH OF CADDO, STATE OF
LOUISIANA, ELWYN CHISHOLM v. CITY OF SHREVEPORT, NUMBER
615,158.  March 31, 2021.  (Trial).

IN THE STATE COURT OF MUSCOGEE COUNTY, STATE OF GEORGIA,
ROBERT WISOR, Individually, and as Husband of JODI WISOR; and JODI
WISOR, Individually, and as Wife of ROBERT WISOR, Plaintiffs, v.
PYROTECNICO FIREWORKS, INC.; JAMES W. WOODWORTH; and PATRICIA
DAWN WOODWORTH, Defendant. Civil Action File No.: SC-19-CV-689.  March
12, 2021.  (Deposition).

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA, DEAN N.
WILLIAMS, an Individual, Plaintiff, v. KAISER FOUNDATION HOSPITALS, a
California corporation; KAISER FOUNDATION HEALTH PLAN, INC., a

California corporation; Dr. Hon Lee, an Individual; and DOES 1 through 50 inclusive, Defendants.  Case No. HG 19003608.  February 15, 2021.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, LISA ROACH, Plaintiff, v. MONTGOMERY COUNTY GOVERNMENT, Defendant.  January 8, 2021. (Deposition).

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA, CHANCELLOR LEONARDO WILLIAMS, a Minor, by and through his Parents and Next Friends, BREDIA NEWBOLT-WILLIAMS and ANTHONY WILLIAMS, Plaintiffs, vs. THE CHILDREN'S HOSPITAL OF ALABAMA; et al., Defendants. Case No. 03-cv-2018-901209.  December 28, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE, COMPREHENSIVE SECURITY, INC., ASSOCIATED PROTECTIVE SERVICE, INC., and ONTRAC SECURITY, LLC, Plaintiffs, v. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, Defendant.  November 13, 2020.  (Trial).

26TH JUDICIAL DISTRICT COURT, BOSSIER PARISH, LOUISIANA, SUSAN RUSH, ET AL. v. RICHARD DOYLE, ET AL. NUMBER 145,041, SECTION F. November 1, 2020.  (Deposition).

IN THE 2ND CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, BRETTON KEEFER, as surviving adult Son and next-of-kin of his deceased Mother, CHESTA SHOEMAKER, Plaintiffs, v. VANDERBILT UNIVERSITY MEDICAL CENTER, Defendant. NO. 19C358.  October 29, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE, THEODORE PERTILLER, Plaintiff, v. CITY OF MURFREESBORO, TN, Defendant.  October 13, 2020.  (Deposition).

IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA, SALLY A. QUISENBERRY, Individually and as Administratrix of the Estate of MICHAEL J. QUISENBERRY, Deceased, Plaintiff, v. VIKRAM KHETPAL, M.D., and HEART AND VASCULAR CARE, INC., Defendants, Civil Action No. 19-ev-001559. October 6, 2020.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, FOR THE TWENTIETH JUDICIAL DISTRICT AT NASHVILLE, FELICIA LUCKETT, individually, as next of kin for AL STAR, deceased, Plaintiff, v. NASHVILLE

READY MIX, INC., and EVANS BRIDGES, Defendants. NO. 19-C-2010.
September 10, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF
ILLINOIS, EASTERN DIVISION, AMY PHILLIPS, Plaintiff, v. EXXONMOBIL
CORPORATION, Defendant. Case No. 17-cv-7703.  September 3, 2020.
(Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
ALABAMA, NORTHEASTERN DIVISION, BRANDI HANDLEY, as the Personal
Representative of the Estate of Edward Wayne Handley, BRANDI HANDLEY, as
the Mother and Next Friend of Jaxsyn Lewis Handley, a minor child, Plaintiffs, v.
UNITED STATES OF AMERICA, Defendant. Case No.: 5:17-CV-01278-HNJ.
August 28, 2020.  (Trial).

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WISCONSIN,
JASEN BRUZEK, HOPE KOPLIN, NEIL MILLER, and CHRISTOPHER
PETERSON, individually and on behalf of all others similarly situated, Plaintiffs, v.
HUSKY OIL OPERATIONS, LTD., and SUPERIOR REFINING COMPANY LLC,
Defendants.  Case No. 18-cv-697.  August 14, 2020.   (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
FLORIDA, JENNIFER YOUNG, as the Administratix and personal representative of
the estate of JERMAINE McBEAN, Plaintiff, v. PETER PERAZA, BRAD
OSTROFF, RICHARD LACERRA, GREGORY TONY, in his official capacity as
Sheriff of Broward County, FL, Defendants, CASE NO. 15-60968-CIV-
COHN/SELTZER.  June 8, 2020.  (Deposition).

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA, DISHANNA GARMON, as Personal Representative
of the Estate of ALEXANDER ARMSTRONG, deceased, on behalf of the Estate and
its lawful survivor, to wit: A.A., as surviving daughter, Plaintiff, v. SP LINCOLN
FIELDS, LP, a Florida Limited Partnership, KCD INVESTMENTS, INC., a Florida
Corporation, and MASTER SECURITY COMPANY, LLC, d/b/a MSC SECURITY,
LLC, a Foreign Limited Liability Company, Defendants. GENERAL
JURISDICTION DIVISION, CASE NO.: 2015-22639 CA 01.  March 6, 2020.
(Deposition).

FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA, SECTION A,
JAMIE CLUTE, ZACHARY CLUTE AND GARRETT CLUTE, Plaintiffs, v.
CURTIS L. BRACY, SHREVEPORT TRANSIT MANAGEMENT, INC. d/b/a

SPORTRAN, AND AMERICAN ALTERNATIVE INSURANCE CORPORATION, Defendants. NUMBER: 607.956.  March 2, 2020.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE, MERRILL BEENE, Plaintiff, v. MATTHEW WHITAKER, ACTING UNITED STATES ATTORNEY GENERAL, Defendant. Case No. 3:18-cv-00693.  February 6, 2020.  (Deposition).

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA, NORTHWESTERN DIVISION, JAMES LESTER MATTHEWS, II, Plaintiff, v. UNITED STATES OF AMERICA, Defendant, Case No.: 3:18-cv-01280-HNJ. January 15, 2020.  (Deposition).

IN THE CIRCUIT COURT OF SULLIVAN COUNTY, TENNESSEE AT KINGSPORT, TRACY MICHAEL, Plaintiff, v. WELLMONT WEXFORD HOUSE f/k/a RHA/SULLIVAN, INC. and WELLMONT HEALTH SYSTEM, d/b/a THE WEXFORD HOUSE, Defendants. No.: C40837(M).  December 20, 2019. (Deposition).

IN THE SUPERIOR COURT OF ROCKDALE COUNTY, STATE OF GEORGIA, SAWYER A. STOKES, a Minor, by and through STEPHANIE M. STOKES and LINDEN D. STOKES, Conservators of the Property, and STEPHANIE M. STOKES and LINDEN D. STOKES, individually, Plaintiffs, vs. ROCKDALE HOSPITAL, LLC d/b/a ROCKDALE MEDICAL CENTER, GREYSTONE OB/GYN, LLC, RICHARD M. ROBINSON, and ALECIA T. CASH, Defendants. Civil Action.  File Number: 2018-CV-2166.  November 26, 2019.  (Deposition).

STATE OF MINNESOTA, DISTRICT COURT, COUNTY OF DAKOTA, FIRST JUDICIAL DISTRICT, ROBIN NELSON, Plaintiff, v. SCOTT JOHNSON and JOHNSON DIVERSIFIED PRODUCTS, INC., Defendants.  November 1, 2019. (Trial).

IN ARBITRATION, KATHERIN CASEY v. CONCORDE CAREER COLLEGE, AMERICAN ARBITRATION ASSOCIATION CASE NUMBER: 01-18-0002-8695. October 30, 2019.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, DOUGLAS BUTTS, Plaintiff, v. T-MOBILE USA, INC., Defendant.  October 24, 2019.  (Deposition).

Trial Exhibit 148
p. 366
SNOOKAL-02104

IN ARBITRATION, KATHERIN CASEY v. CONCORDE CAREER COLLEGE, AMERICAN ARBITRATION ASSOCIATION CASE NUMBER: 01-18-0002-8695. October 17, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE, MARTY FITZGERALD and MELISSA FITZGERALD, individually, as husband and wife, and on behalf of their deceased child, MEGAN FITZGERALD, Plaintiff, v. JAMES WOODROW OSBORN and OSBORN ENTERPRISES, INC., II, and OSBORN ENTERPRISES, INC., III, Defendant, NO. 2018-311. August 9, 2019.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE FOR THE MIDDLE DISTRICT NASHVILLE DIVISION, DR. VANESSA GARCIA, Plaintiff, v. THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, Defendant.  June 18, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, STEAD VESTEY, as next of kin of and on behalf of KOREN VESTEY, Deceased, Plaintiff, v. THOMAS BRENLIN TAYLOR, JR., M.D., SKYLINE SURGERY ASSOCIATES, PLC, TRISTAR SKYLINE MEDICAL CENTER, ASSUMED NAME FOR THE HTI MEMORIAL HOSPITAL CORPORATION, KRISTIN ALEXANDRIA GAFFNEY, D.O., AND GASTROENTEROLOGY AND HEPATOLOGY ASSOCIATES, PLLC, Defendants, Case No. 17C963.  May 20, 2019.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION, MISTY D. MCGRADY, Plaintiff, v. JIM MATTIS, Secretary of Defense, in his official capacity; ROBERT M. SPEER, Acting Secretary of the Army, in his official capacity; JOSEPH L. LENGYEL, Chief, National Guard Bureau, in his official capacity; VICTORIA A. LIPNIC, Acting Chair, EQUAL EMPLOYMENT OPPPORTUNITY COMMISSION, in her official capacity; TERRY M HASTON, Adjutant General of the State of Tennessee, in his official capacity, and the UNITED STATES OF AMERICA, Defendants. NO. 3:17-cv-00390.  April 23, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, TWENTY-FIRST JUDICIAL DISTRICT, WILLIAMSON COUNTY, SUMMERS PAUL LYLE III and PATRICIA LYLE, Plaintiffs, v. WILLIAM R. MCDANIEL, M.D., Defendant.  Case No.: 2017-62.  April 2, 2019.  (Trial).

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE KNOXVILLE DIVISION, JOHN EDWARD ANDERSON III, Plaintiff, v. OAK RIDGE SCHOOLS BOARD OF EDUCATION a/k/a OAK RIDGE

CITY BOARD OF EDUCATION and OAK RIDGE SCHOOLS, DR. BRUCE
BORCHERS, officially and individually, and DR. CHRIS MARCZAK, officially and
individually, Defendants.  Case No. 3:16-cv-235.  March 13, 2019.  (Trial).

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, FORT
LAUDERDALE DIVISION, KAREN EVICH and ROBERT EVICH, both
individuals, Plaintiff, v. TARGET CORPORATION, a foreign corporation,
Defendant.  Case No.: 0-18-cv-61062.  February 14, 2019.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE, WESTERN DIVISION, BENJAMIN MILLER and KRISTI ROSE,
Plaintiffs, v. TIGER STYLE CORPORATION d/b/a SPEED 1 TRANSPORT,
HARMAN DEEP SINGH BRAR & COX TRANSPORTATION SERVICES, INC.,
Defendants. Docket No. 2:18-cv-02275-SHL.  February 1, 2019.  (Deposition).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, TWENTY-THIRD
JUDICIAL DISTRICT, DICKSON COUNTY, ROBIN LYNN JACKSON, Plaintiff,
v. DICKSON EAR, NOSE & THROAT, PLC d/b/a ENT SINUS & ALLERGY
CLINIC, and JAMES M. ROTH, M.D., Defendants. No. 22cc-2017-cv-89.  January
4, 2019.  (Deposition).

UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE,
NASHVILLE DIVISION, EPAC TECHNOLOGIES, INC., Plaintiff, v. THOMAS
NELSON INC., Defendant.  Case No: 3-13-cv-384-WMC.  September 14, 2018.
(Deposition).

DISTRICT COURT, JEFFERSON COUNTY, COLORADO, JANET TORMA-
KRAJEWSKI, Plaintiff, v. COLORADO SCHOOL OF MINES; RAMONA M.
GRAVES; PRISCILLA NELSON; JURGEN BRUNE; and TERRY PARKER,
Defendants.  Case Number: 2016-CV-31341.  August 14, 2018.  (Deposition).

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE, NASHVILLE DIVISION, JAMES GARRETT, Plaintiff, v. CSX
TRANSPORTATION, INC., Defendant.  Case No.: 3:17-cv-497.  August 3, 2018.
(Deposition).

IN THE CHANCERY COURT FOR RUTHERFORD COUNTY, TENNESSEE AT
MURFREESBORO, GEORGE L. ECKLES, JR., Petitioner, v. MARY ANN
ECKLES, Respondent.  July 19, 2018.  (Trial).

FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA, MARK
MCLAUGHLIN, Plaintiff, v. JODY HOLLIS AND STATE FARM MUTUAL

AUTOMOBILE INURANCE COMPANY, Defendants, PERMANENT
ASSIGNMENT SECTION C, NUMBER: 581,417.  June 28, 2018.  (Trial).

IN THE CIRCUIT COURT FOR THE STATE OF TENNESSEE, TWENTY-FIRST
JUDICIAL DISTRICT, WILLIAMSON COUNTY, SUMMERS PAUL LYLE III
and PATRICIA LYLE, Plaintiffs, v. WILLIAM R. MCDANIEL, M.D., Defendant.
Case No.: 2017-62.  June 21, 2018.  (Deposition).

FIRST JUDICIAL DISTRICT COURT, CADDO PARISH, LOUISIANA, MARK
MCLAUGHLIN, Plaintiff, v. JODY HOLLIS AND STATE FARM MUTUAL
AUTOMOBILE INURANCE COMPANY, Defendants, PERMANENT
ASSIGNMENT SECTION C, NUMBER: 581,417.  May 30, 2018.  (Deposition).

IN THE SULLIVAN COUNTY LAW COURT AT KINGSPORT, TENNESSEE,
CHRIS YOKLEY and DIANA YOKLEY, HUSBAND and WIFE, Plaintiffs, v.
MOUNTAIN EMPIRE OIL COMPANY, Defendant, CASE NUMBER: C40558.
May 9, 2018.  (Deposition).

IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE, AT
NASHVILLE, TRACY PIZZILLO VON TAGEN, Plaintiff, v. CONTINENTAL
PROPERTIES COMPANY, INC., SPRINGS AT MOUNTAIN VIEW, CIVIL
CONSTRUCTORS, INC., MCSHANE CONSTRUCTION COMPANY,
TERRACON, CIVIL SITE DESIGN GROUP, and QORE PROPERTY SCIENCES,
Defendants.  DOCKET NO. 11C-2589.  March 27, 2018.  (Deposition).

PUBLICATIONS

Baum, Charles L.  (2022).  "Seven Careers in a Lifetime? An Analysis of Employee
Tenure."  *Economic Inquiry*, 60 (2): 543-567.

Baum, Charles L.  (2022).  "How Economists Calculate Losses from Lost Earnings in
10th Circuit Employment Termination Cases."  *Oklahoma Bar Journal*, 93 (2): 18-21.

Baum, Charles L.  (2021).  "Calculating Economic Damages in Ninth Circuit
Employment Cases."  *Arizona Attorney*, 57 (5): 54-58.

Baum, Charles L.  (2021).  "Calculating Economic Losses in 11th Circuit Employment
Termination Cases."  *Florida Bar Journal*, 95 (1): 46-50.

Baum, Charles L.  (2020).  "Guidance for Calculating Economics Losses in 8th Circuit
Employment Cases."  *Journal of the Missouri Bar,* 76 (5): 204-207.

Baum, Charles L.  (2020).  "The Effects of Medical Malpractice Tort Reform on
Physician Supply: An Analysis of Legislative Changes from 2009 to 2016."  *Southern
Economic Journal,* 87 (2): 540-575.

Baum, Charles L.  (2020).  "Employment Termination: Computing Economic Losses." *Wisconsin Lawyer*, 93 (8): 34-38.

Baum, Charles L.  (2020).  "Calculating Economic Losses in Tenth Circuit Employment Termination Cases." *Colorado Lawyer*, 49 (8): 30-33.

Owens, Mark F., Adam D. Rennhoff, and Charles L. Baum.  (2018).  "Consumer Demand for Charitable Purchases: Evidence from a Field Experiment on Girl Scout Cookie Sales." *Journal of Economic Behavior and Organization,* 152 (1): 47-63.

Baum, Charles L.  (2018).  "The Implications of Medical Malpractice Tort Reform in Missouri on Physician Labor Supply." *Journal of the Missouri Bar,* 74 (5): 246-249.

Baum, Charles L. (2018). "Calculating Commercial Compensatory Damages in Tennessee." *Tennessee Bar Journal,* 54 (5): 19-26.

Baum, Charles L., and James D. Rodgers. (2018). "Maternal Household Services and Children." *Journal of Forensic Economics*, 27 (1): 1-15.

Baum, Charles L. (2017). "Computing Economic Damages in Florida Wrongful Death and Personal Injury Cases." *Florida Bar Journal*, 91 (4): 8-17.

Baum, Charles L. (2017). "Collateral Source Rules in Wrongful Death, Personal Injury, and Employment Termination Cases in Tennessee." *DICTA* (Knoxville Bar Association), 44 (6): 9-11.

Baum, Charles L. (2017). "Do I Need an Economist? When to Use an Economist in Alabama Personal Injury and Wrongful Death Cases." *Birmingham Bar Bulletin*, Spring, 14-16.

Baum, Charles L. (2017). "Discounting Future Losses to Present Value in Employment Termination Cases." *Connect* (Tennessee Bar Association, Labor and Employment Law Section), March 3, 2017.

Baum, Charles L. (2017). "Calculating Economic Losses in Georgia Personal Injury and Wrongful Death Cases." *Georgia Bar Journal*, 22 (5): 18-24.

Baum, Charles L. (2017). "The Effects of College on Weight: Examining the Freshman Fifteen Myth." *Demography*, 54 (1): 311-336.

Baum, Charles L., Laura Bonanomi, and Patrick A. Gaughan.  (2017).  "Calculating Economic Damages in New York State Wrongful Death and Personal Injury Cases." *New York State Bar Association Journal*, 89 (2): 11-17.

Gaughan, Patrick A., and Charles L. Baum. (2017). "The Accuracy of the Social Security Wage and Other Economic Projections." *Journal of Legal Economics*, 23 (1): 3-29.

Baum, Charles L. (2016). "Calculating Economic Losses from Wrongful Incarceration."
*Tennessee Bar Journal*, 52 (7): 18-23.

Baum, Charles L. (2016). "Calculating Economic Losses in Personal Injury and
Wrongful Death Cases in Tennessee." *DICTA* (Knoxville Bar Association), 43 (2):
25-26.

Baum, Charles L. (2016). "Economic Losses in Tennessee Employment Termination
Cases." *Connect* (Tennessee Bar Association, Labor and Employment Law Section),
April 12, 2016.

Baum, Charles L., and Shin-Yi Chou. (2016). "Why Has the Prevalence of Obesity
Doubled." *Review of Economics of the Household*, 14 (2): 251-267.

Baum, Charles L., and Christopher J. Ruhm. (2016). "The Effects of Paid Family Leave
in California on Labor Market Outcomes." *Journal of Policy Analysis and
Management*, 35 (2): 333-356.

Baum, Charles L., and Christopher J. Ruhm. (2016). "The Changing Benefits of Early
Work Experience." *Southern Economic Journal*, 83 (2): 343-363.

Baum, Charles L. (2015).  "Calculating Economic Losses in Employment Termination
Cases in Tennessee." *Tennessee Bar Journal*, 51 (6): 16-19.

Baum, Charles L. (2015). "Employee Tenure and Economic Losses in Wrongful
Termination Cases: A Reply of Nicholas Coleman." *Journal of Forensic Economics*,
26 (1): 95-97.

Baum, Charles L. (2015). "Economic Losses from Employment Terminations." *National
Litigation Consultants' Review*, 24 (2): 1-4.

Bartel, Ann, Charles L. Baum, Maya Rossin-Slater, and Jane Waldfogel.  (2014).
"California's Paid Family Leave Law: Lessons from the First Decade."  U.S.
Department of Labor, Office of the Assistant Secretary for Policy (OASP).

Baum, Charles L. (2013). "Employee Tenure and Economic Losses in Wrongful
Termination Cases." *Journal of Forensic Economics*, 24 (1): 41-66.

Baum, Charles L. (2012). "The Effects of Food Stamp Receipt on Weight Gained by
Expectant Mothers." *Journal of Population Economics*, 25 (4): 1307-1340.

Baum, Charles L., William F. Ford, and Kevin M. Zhao (2012). "Top Five Executives'
Share of Core Earnings." *Journal of Financial and Economic Practice*, 12 (2): 103-
115.

Owens, Mark F., and Charles L. Baum. (2012). "The Effects of Welfare Vehicle Asset
Rules on Vehicle Assets." *Applied Economics*, 44 (13): 1603-1619.

Baum, Charles L. (2011). "The Effects of Food Stamps on Obesity." *Southern Economic Journal*, 77 (3): 623-651.

Baum, Charles L. (2009). "The Effects of Cigarette Taxes on Obesity." *Health Economics*, 18 (1): 3-19.

Baum, Charles L. (2009). "The Effects of Vehicle Ownership on Employment." *Journal of Urban Economics*, 66 (3): 151-163.

Baum, Charles L. and Christopher J. Ruhm. (2009). "Age, Socioeconomic Status, and Obesity Growth." *Journal of Health Economics*, 28 (3): 635-648.

Owens, Mark F., and Charles L. Baum (2009). "The Effects of Federal Housing Assistance on Exiting Welfare and Becoming Employed for Welfare Recipients." *Journal of Poverty*, 13 (2): 130-151.

Zhao, Kevin M, Charles L. Baum, and William F. Ford. (2009). "The CEO Share of Earnings: A New Approach to Evaluating Executive Compensation." *Business Economics*, 44 (2): 120-122.

Baum, Charles L. (2007). "The Effects of Race, Ethnicity, and Age on Obesity." *Journal of Population Economics*, 20 (3): 687-705.

Baum, Charles L. (2006). "The Effects of Government-Mandated Family Leave on Employer Family Leave Policies." *Contemporary Economic Policy*, 24 (3): 432-445.

Baum, Charles L., William F. Ford, and Jeffrey D. Hopper. (2006). "The Obese Smoker's Wage Penalty." *Social Science Quarterly*, 87 (4): 863-881.

Baum, Charles L. (2005). "The Effects of Employment while Pregnant on Health at Birth." *Economic Inquiry*, 43 (2): 283-302.

Baum, Charles L. (2004). "Has Family Leave Legislation Increased Leave-Taking?" *Journal of Law and Policy*, 15 (1): 93-114.

Baum, Charles L. (2004). "The Long-Term Effects of Early and Recent Maternal Employment on a Child's Academic Achievement." *Journal of Family Issues*, 25 (1): 29-60.

Baum, Charles L., and William F. Ford. (2004). "The Wage Effects of Obesity: A Longitudinal Study." *Health Economics*, 13 (9): 885-899.

Baum, Charles L., F. Lee Sarver, and Thomas Strickland. (2004). "EVA, MVA, and CEO Compensation: Further Evidence." *American Business Review*, 22 (2): 82-87.

Baum, Charles L. (2003). "The Effects of State Maternity Leave Legislation and the 1993 Family and Medical Leave Act on Employment and Wages." *Labour Economics*, 10 (5): 573-596.

Baum, Charles L. (2003). "The Effects of Maternity Leave Legislation on Mothers' Labor Supply Patterns after Childbirth." *Southern Economic Journal*, 69 (4): 772-799.

Baum, Charles L. (2003). "Does Early Maternal Employment Harm Child Development? An Analysis of the Potential Benefits of Leave-Taking." *Journal of Labor Economics*, 21 (2): 409-448.

Baum, Charles L. (2002). "A Dynamic Analysis of the Effect of Childcare Costs on the Work Decisions of Low-Income Mothers with Infants." *Demography*, 39 (1): 139-164.

Baum, Charles L. (2002). "The Effect of Work Interruptions on Women's Wages." *Labour*, 16 (1): 1-36.

Baum, Charles L., Richard L. Hannah, and William F. Ford. (2002). "The Effect of the Senior Citizens' Freedom to Work Act of 2000 on Employer-Provided Pension and Medical Plans." *Benefits Quarterly*, 18 (2): 65-72.

Baum, Charles L., and William F. Ford. (2001). "The Effect of 'The Senior Citizens' Freedom to Work Act of 2000' on Delayed Retirement Incentives." *The Labor Law Journal*, 52 (1): 3-9.

Research Citations

My research has recently been cited in the news by *Bloomberg BusinessWeek*, *U.S. News and World Report*, and the *New York Times*.

A recent publication of mine on paid family leave legislation was reviewed and cited in the 2022 and 2023 Economic Reports of the U.S. President by the Council of Economic Advisers.

The Washington Center for Equitable Growth presented results from my research on female employment rates and trends before the U.S. House Select Committee on Economic Disparity and Fairness in Growth on December 8, 2021.

The U.S. Department of Labor used results from my research on state legislation providing paid parental leave from work at the 2015 White House Summit on Working Families.

ASSOCIATIONS

American Association of Economic and Financial Experts (AAEFE)

National Association of Forensic Economics (NAFE)

PRESENTATIONS (RECENT, SELECTED)

Economics and Workforce Development Trends: U.S. and Tennessee Workforce Trends, Data, and Resources, University of Tennessee-Knoxville, Institute for Public Service, Center for Industrial Services, Murfreesboro, TN, August 2022.

Tennessee Legislative Update and Economic Outlook, Tennessee Association of Professional Bail Agents, Murfreesboro, TN, August 2022.

Tennessee and U.S. Economic Outlook, Murfreesboro Young Professionals, Professional Development Luncheon, Murfreesboro, TN, June 2022.

The U.S. and State Economic Forecast, Oakworth Wealth Management/Oakworth Capital Bank, Nashville, TN (Bluebird Café), October 2021.

The Economic Outlook for Tennessee and the U.S., Murfreesboro Breakfast Rotary, Murfreesboro, TN, August 2021.

The Economic Outlook for Tennessee and the U.S., Tennessee Society of Certified Public Accountants, Brentwood, TN, August 2021.

Tennessee Economics and Legislative Update, Murfreesboro Breakfast Rotary, Murfreesboro, TN, January 2021.

Tennessee Economics and Legislative Update, Smyrna Rotary, Smyrna, TN, July 2020.

Tennessee Economics and Legislative Update, Rutherford County GOP Women, Murfreesboro, TN, July 2020.

Seven Careers in a Lifetime? An Analysis of Employee Tenure.  American Economic Association, Allied Social Science Association Annual Meetings, San Diego, CA, January 2020.

Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Tennessee.  Law Conference for Tennessee Practitioners, Nashville School of Law, Nashville, TN, November 2019.

The State and U.S. Economic Forecast.  The Exchange Club, Murfreesboro, TN, August 2019.

How to Calculate Economic Damages in Medical Malpractice Wrongful Death and Personal Injury Cases in Tennessee.  The 2019 Medical Malpractice Conference for Tennessee Attorneys, Nashville, TN, May 2019.

How to Calculate Economic Damages in Medical Malpractice Wrongful Death and Personal Injury Cases in Alabama.  The 2019 Medical Malpractice Conference for Alabama Attorneys, Birmingham, AL, May 2019.

The U.S. Economic Forecast.  Tennessee Realtors Association, 2019 Excel Summit, Franklin, TN, March 2019.

Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Tennessee.  Law Conference for Tennessee Practitioners, Nashville School of Law, Nashville, TN, November 2018.

Economics 101: Where are We and Where are We Going? Mid-South Commercial Law Institute, Nashville, TN, October 2017.

Calculating Hedonic Damages in Arkansas. National Association of Forensic Economics, Winter Meetings, Cancun, Mexico, January 2017.

The Economic Impacts of Wrongful Incarceration. National Association of Forensic Economics, Winter Meetings, Cancun, Mexico, January 2017.

The Accuracy of Social Security Wage Projections. National Association of Forensic Economics, Winter Meetings, Key West, FL, January 2016.

Calculating Economic Losses in Personal Injury and Wrongful Death Cases in Alabama. Huntsville Bar Association, Huntsville, AL, May 2016.

Employee Tenure and Economic Losses. National Association of Forensic Economics, Winter Meetings, San Juan, Puerto Rico, January 2015.

COMMUNITY ACTIVITIES

Tennessee State House of Representatives (Representative, 2018-present; Vice Chairman of the House Finance, Ways, and Means Committee, 2021-present).

Oaklands Historic Mansion Foundation (Board Member, 2015-2022).

Community Foundation of Rutherford County (Founding Board Member, 2018-2021).

Linebaugh Library Foundation (Board Member, 2014-2020).

Murfreesboro City Schools Foundation (Board Member, 2013-2019).

Rutherford County Commission (Commissioner, 2010-2018).

American Heart Association, Rutherford County (Board Member, 2012-2017).

United Way of Rutherford and Cannon Counties (Board Member, 2013-2017).

Domestic Violence Center, Murfreesboro (Board Member, 2005-2010; Advisory Board Member, 2010-2015).

Eagle Scout (September 12, 1988, Great Smokey Mountain Council, Knoxville, TN).

Exhibit B: Case-Related Documents

1.  Complaint for damages and jury trial demand.

2.  Income tax returns for Mr. and Mrs. Snookal for 2021, 2022, and 2023.

3.  W-2 forms from Chevron USA, Inc., for Mr. Snookal for 2019 and 2020.

4.  Chevron compensation statement for Mr. Snookal for 2018 (January 1, 2019).

5.  Chevron coverage details for Mr. Snookal (May 8, 2015).

6.  Chevron retirement plan (January 1, 2014).

7.  Chevron basic life insurance plan (January 1, 2014).

8.  Chevron supplemental life insurance plan (January 1, 2014).

9.  Chevron Employee Savings Investment Plan (January 1, 2014).

10. Chevron tax equalization policy (December 31, 2015).

11. Chevron assignment offer letter for Mr. Snookal (July 1, 2019).

12. Chevron remuneration sheet for Nigeria job for Mr. Snookal (July 9, 2019).

13. Chevron tax agreement and limited power of attorney agreement (August 2, 2019).

14. Chevron rotational expatriate assignments.

15. Chevron location premiums by area of assignment.

16. Job offer letter from Nippon Dynawave Packing Co. for Mr. Snookal (August 3, 2021).

17. Nippon Dynawave Packaging Co. Benefits Guide.

18. Georgia-Pacific Benefits Guide for 2023.

19. Phone call with Mr. Snookal (June 6, 2024).

20. Phone call with Ms. Leal and Ms. Flechsig (June 25, 2024).

Exhibit C: Treatises and Other Information

1. 26 U.S.C. § 6621.

2. 28 U.S.C. § 1961.

3. *Albemarle Paper Co. v. Moody,* 422 U.S. 405, 95 S.Ct. 2362, 45 L.Ed.2d 280 (1975).

4. Baum, Charles L. (2021). "Calculating Economic Damages in Ninth Circuit Employment Cases." *Arizona Attorney*, 57 (5): 54-58.

5. Baum, Charles L. (2013). "Employee Tenure and Economic Losses in Wrongful Termination Cases." *Journal of Forensic Economics*, 24 (1): 41-66.

6. Becker, Gary. (1975). *Human Capital*. New York, NY: National Bureau of Economic Research.

7. Ben-Porath, Yoram. (1967). "The Production of Human Capital and the Life Cycle of Earnings." *Journal of Political Economy*, 75 (4): 352-365.

8. *Blankenship v. Liberty Life Assur. Co. of Boston,* 486 F.3d 620, 628 (9th Cir.2007).

9. Board of Governors of the Federal Reserve System. (2024). "Economic and Research Data." https://www.federalreserve.gov/econresdata/default.htm (Selected Interest Rates – H.15).

10. Brookshire, Michael L., and Stan V. Smith. (1990). *Economic/Hedonic Damages: The Practice Book for Plaintiff and Defense Attorneys.* Chicago, IL: Smith Economics Group, LTD.

11. Bureau of Labor Statistics. (2024a). "Current Employment Survey, Employment, Hours, and Earnings of Production and Nonsupervisory Employees." Linares, D.C., U.S. Bureau of Labor Statistics: http://data.bls.gov/pdq/SurveyOutputServlet (Databases, Tables, and Calculators by Subject).

12. Bureau of Labor Statistics. (2024b). "Employment Cost Index, historical Listing – Volume 5." Linares, D.C., U.S. Bureau of Labor Statistics: https://www.bls.gov/web/eci/ecicois.pdf (Table 8).

13. Bureau of Labor Statistics. (2024c). "Consumer Price Index – CPI Databases." Linares, D.C., U.S. Bureau of Labor Statistics: https://www.bls.gov/cpi/data.htm (All Urban Consumers).

14. Bureau of Labor Statistics. (2024d). "Employer Costs for Employee Compensation – December 2023." *Monthly Labor Review*, March 13, 2024: http://www.bls.gov/news.release/pdf/ecec.pdf.

15. *Cassino v. Reichhold Chemicals, Inc.,* 817 F.2d 1338 (9th Cir.1987).

16. Congressional Budget Office. (2024). "An Update to the Budget and Economic Outlook:

2024-2034." (February 2024 Update).

17. *Domingo v. New England Fish Co.,* 727 F.2d 1429 (9th Cir.1984).

18. *E.E.O.C. v. Farmer Bros. Co.,* 31 F.3d 891 (9th Cir.1994).

19. *Ford Motor Co. v. E.E.O.C.,* 458 U.S. 219, 102 S.Ct. 3057, 73 L.Ed.2d 721 (1982).

20. *Galindo v. Stoody,* 793 F.2d 1502 (9th Cir.1986).

21. Gilbert, Roy F. (1997). "Long-Term and Short-Term Changes in Earnings Profiles." *Journal of Forensic Economics*, 10 (1): 29-49.

22. *Gauthier v. Eastern Oregon Correctional Institution,* 2006 WL 2728957 (D.Ore.2006).

23. *Jones & Laughlin Steel Corp. v. Pfeifer,* 462 U.S. 523 (1983).

24. *Kelly v. Am. Standard, Inc.,* 640 F.2d 974 (9th Cir.1981).

25. Martin, Gerald D. (2010). *Determining Economic Damages*. Costa Mesa, CA: James Publishing Corporation.

26. Skoog, Gary R., James E. Ciecka, and Kurt V. Krueger. (2019). "The Markov Model Labor Force Activity 2012-2017: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors." *Journal of Forensic Economics*, 28 (1): 15-108.

27. Social Security Administration. (2024a). "Social Security: Contribution and Benefit Base." https://www.ssa.gov/OACT/COLA/cbb.html.

28. Social Security Administration. (2024b). "Benefits Calculator." https://www.ssa.gov/OACT/quickcalc/.

29. Social Security Trustees Report. (2024). "2024 OASDI Trustees Report." Washington, D.C.: Social Security Administration, 2024 OASDI Trustees Report, Economic Assumptions and Methods, Tables V.B1 and V.B2.

30. *Thorne v. City of El Segundo,* 802 F.2d 1131 (9th Cir.1986).

31. United States Department of Health and Human Services. (2023). "National Vital Statistics Reports, United States Life Tables, 2021." U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics, National Vital Statistics System, United States Life Tables.

32. *W. Pac. Fisheries, Inv. v. SS President Grant,* 730 F.2d 1280 (9th Cir.1984).

1  DOLORES Y. LEAL (134176)
2  OLIVIA FLECHSIG (334880)
   ALLRED, MAROKO & GOLDBERG
3  6300 Wilshire Blvd. Suite 1500
4  Los Angeles, CA 90048-5217
   (323) 653-6530
5  dleal@amglaw.com
6  oflechsig@amglaw.com

7

8  **Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

9

10                UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  MARK SNOOKAL, an individual,      )  CASE NO.: 2:23-cv-6302-HDV-AJR
14                                     )
                                       )
15          Plaintiff,                 )  **PROOF OF SERVICE**
16                                     )  **REGARDING DOCUMENTS BATE**
                                       )  **STAMPED SNOOKAL-02065 –**
17      vs.                            )  **SNOOKAL-02116**
18                                     )
                                       )
19  CHEVRON USA, INC., a California    )
20  Corporation, and DOES 1 through    )
    10, inclusive,                     )
21                                     )
22                                     )
                                       )
23                                     )
            Defendants.                )
24                                     )
                                       )
25                                     )
26
27
28

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  6300 Wilshire Boulevard, Suite 1500, Los Angeles, California 90048.

On **July 7, 2025** I served the foregoing document described as **PROOF OF SERVICE REGARDING DOCUMENTS BATE STAMPED SNOOKAL-02065 - SNOOKAL-02116)** on interested parties in this action:

**Attorneys for Defendant, Chevron USA, Inc.**

Tracey A. Kennedy, Esq.
Robert E. Mussig, Esq.
H. Sarah Fan, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
350 South Grand Avenue, 40th Floor
Los Angeles, CA  90071-3460
(213) 620-1780
e-mail: tkennedy@sheppardmullin.com
e-mail: rmussig@sheppardmullin.com
e-mail: sfan@sheppardmullin.com

[X]    **BY ELECTRONIC SERVICE:**  Pursuant to the Parties' agreement to accept service electronically, I caused such document to be electronically served via email to the email addresses of the addressee(s).

Executed on **July 7, 2025** at Los Angeles, California.

[X]    **Federal**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
ANGIE O. PAZ

PROOF OF SERVICE RE DOCUMENTS BATE STAMPED SNOOKAL-02065-SNOOKAL-02116