1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   TRACEY A. KENNEDY, Cal Bar No. 150782
3  ROBERT E. MUSSIG, Cal. Bar No. 240369
   H. SARAH FAN, Cal. Bar No. 328282
4  350 South Grand Avenue, 40th Floor
   Los Angeles, CA 90071-3460
5  Telephone:  213.620.1780
   Facsimile:  213.620.1398
6  E-mail:     tkennedy@sheppardmullin.com
               rmussig@sheppardmullin.com
7              sfan@sheppardmullin.com

8  Attorneys for Defendant.
   CHEVRON U.S.A. INC.,
9  a Pennsylvania corporation

10

11              UNITED STATES DISTRICT COURT

12         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

13 | MARK SNOOKAL, an individual, | Case No. 2:23-cv-6302-HDV-AJR
14 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT CHEVRON U.S.A. INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b), OR IN THE ALTERNATIVE, MOTION FOR NEW TRIAL AND/OR REMITTITUR**
15 | vs. |
16 | CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, |
17 | |
18 | Defendants. |
19 | | [*Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; and Declaration of Tracey A. Kennedy*]
20 | |
21 | | Date:  October 30, 2025
       Time:  10:00 a.m.
22 | | Place: Courtroom 5B – Fifth Floor
23 | | District Judge: Hon. Hernán De. Vera
       Magistrate Judge: Hon. A. Joel Richlin
24 | |
25 | | Action Filed: August 3, 2023
       Trial Date: August 19, 2025

                                                    -1-                    Case No. 2:23-cv-6302-HDV-AJR
SMRH:4937-7930-5070.1   [PROPOSED] ORDER GRANTING RENEWED MOTION FOR JUDGMENT AS A MATTER OF
                        LAW OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL AND/OR REMITTITUR

1    On October 30, 2025, at 10:00 a.m. in Courtroom 5B of the above-entitled Court, located at 350 W. First Street, Los Angeles, CA 90012, Defendant Chevron U.S.A. Inc.'s ("Defendant") Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for New Trial and/or Remittitur ("Renewed Motion"), came on regularly for hearing. All Parties were represented by their counsel.

After consideration of the papers and oral argument, the Court finds good cause and **GRANTS** Defendant's Renewed Motion.

**THE COURT HEREBY ORDERS** that judgment as a matter of law be entered in favor of Defendant and against Plaintiff. Defendant shall be entitled to recover its costs of suit from Plaintiff in the sum to be determined by the Court.

**IT IS SO ORDERED.**

DATE: _____

Honorable Hernán D. Vera
United States District Court Judge