# TRIAL EXHIBIT 7

**Escravos Medevac Records for 2017 - 2022**

### 2017

| S/N | Date of incident | Diagnosis | Remarks |
|---|---|---|---|
| 1 | 1/2/2017 | Acute coronary syndrome | Sudden onset chest pain with palpitations. Elevated cardiac enzymes but no ECG abnormalities. |
| 2 | 1/7/2017 | Spondylotic radiculopathy | Acute sciatica resulting in severe pain and inability to sit |
| 3 | 1/9/2017 | Bleeding Haemorrhoid | |
| 4 | 1/10/2017 | Hypertensive Encephalopathy | Sudden collapse and confusion with highly elevated blood pressure  hypertension |
| 5 | 1/15/2017 | Seizure disorder | Alteration in level of consciousness and tonic features |
| 6 | 1/29/2017 | Appendicitis | |
| 7 | 1/30/2017 | severe sciatica (?slipped disc) | Severe back pain, unable to walk |
| 8 | 2/19/2017 | Seizure disorder | Was admitted for post seizure confusion and had more seizures  during admission |
| 9 | 4/4/2017 | Uncontrol Hypertension and Diabetes | |
| 10 | 5/1/2017 | severe migraine headache | |
| 11 | 7/5/2017 | Cerebrovascular accident (CVA) | |
| 12 | 7/7/2017 | Traumatic Injury (Rt. Foot)- Fracture | |
| 13 | 7/17/2017 | Cerbrovascular disease | |
| 14 | 7/22/2017 | Hand and foot  injury- burns | Burn injury from diesel fire |
| 15 | 7/22/2017 | Hand and foot  injury- burns | Hand and leg burns from diesel fire |
| 16 | 8/1/2017 | Severe burns | Fire |
| 17 | 8/1/2017 | Severe burns | Fire |
| 18 | 8/14/2017 | Traumatic amputation of left middle finger | |
| 19 | 9/19/2017 | Traumatic contusional injury of left ankle and deep lacerations | Other IOC personnel |
| 20 | 9/19/2017 | Severe injury | Other IOC personnel |
| 21 | 10/2/2017 | Fire Injury/ burns | Boat fire |
| **Total** | | 21 | |

### 2018

| S/N | | Diagnosis | Remarks |
|---|---|---|---|
| 1 | 3/3/2018 | Cerebrovascular accident (CVA) | Right hemiparesis and associated dysphasia |
| 2 | 3/14/2018 | Acute urinary retention | |
| 3 | 3/29/2018 | Acute coronary syndrome | |
| 4 | 4/21/2018 | Cerebrovascrular accident | Right hemispheric ischeamic CVA, medevac from a vessel |
| 5 | 5/9/2018 | Severe Burns | From steam |
| 6 | 5/11/2018 | Congestive cardiac failure | |
| 7 | 6/21/2018 | Cerebrovascular accident (CVA) | Found unconscious in his room |
| 8 | 7/23/2018 | Seizure disorder | |
| 9 | 8/10/2018 | Acute coronary syndrome | |

| | | | | |
|---|---|---|---|---|
| | 10 | 8/14/2018 | Non-STEMI Acute coronary syndrome | |
| | 11 | 9/18/2018 | Hand Injury | Amputated index finger of the right hand |
| | 12 | 8/19/2018 | Acute Appendicitis | |
| | 13 | 8/19/2018 | Acute urinary retention | |
| | 14 | 8/19/2018 | Multiple organ failure (Heart/renal) | |
| | 15 | 8/24/2018 | Cerebrovascular accident (CVA) | Slurred speech and left limb weakness |
| | 16 | 10/4/2018 | Severe Sepsis | Fever with chills and chest infection |
| | 17 | 11/16/2018 | Acute pulmonary oedema | |
| | 18 | 12/3/2018 | Acute Upper GI bleeding | Hypotension and hypoglyceamia and upper GI bleeding |
| | 19 | 12/4/2018 | Acute Appendicitis | |
| | 20 | 12/8/2018 | Seizure disorder | History of recent fall with head trauma while at home |
| | Total | | | 20 |
| | 2019 | | | |
| | S/N | | Diagnosis | Remarks |
| | 1 | 1/5/2019 | Transient ischeamic attack (TIA) | Transient inability to walk and slurred speech. Also had supraventricular tachycardia |
| | 2 | 1/11/2019 | Cerebrovascular accident | |
| | 3 | 1/14/2019 | Injury from motor vehicular accident (MVA) | |
| | 4 | 2/11/2019 | Near drowning | |
| | 5 | 2/23/2019 | Severe hypertension in RVD patient | |
| | 6 | 3/11/2019 | Acute Hyperglycaemic crisis in DM | |
| | 7 | 3/26/2019 | Cerebrovascular accident | Slurred speech with right limb weakness |
| | 8 | 3/28/2019 | Severe Bleeding Haemorrhoid | |
| | 9 | 3/31/2019 | Cerebrovascular accident | |
| | 10 | 4/22/2019 | Severe Burns | |
| | 11 | 5/9/2019 | Burns | |
| | 12 | 5/9/2019 | Cerebrovascular accident | |
| | 13 | 5/21/2019 | Traumatic brain injury with Irrational behaviour | Developed symptoms hours after he fell into the sea. |
| | 14 | 6/6/2019 | Head trauma | Resulted in headache and dizziness |
| | 15 | 6/7/2019 | Acute Febrile Illness | |
| | 16 | 6/28/2019 | Severe Sciatica | |
| | 17 | 7/30/2019 | Hypertensive encephalopathy | |
| | 18 | 8/11/2019 | Pulmonary embolism | |
| | 19 | 8/12/2019 | Pulmonary oedema | |
| | 20 | 8/19/2019 | Cerebrovascular accident | Heamorrhagic stroke with altered consciousness |
| | 21 | 8/21/2019 | Panic attack | |
| | 22 | 9/10/2019 | Appendicitis | |
| | 23 | 9/10/2019 | Appendicitis | |
| | 24 | 9/17/2019 | Traumatic Chest Injury | Chest trauma with fracture of the left 8th rib |
| | 25 | 10/4/2019 | Psychosis | Irrational behavous and hallucination |
| | 26 | 10/22/2019 | Renal stone | Severe flank pain/ known hypertensive |
| | 27 | 10/7/2019 | Cerebrovascular accident | |
| | 28 | 10/8/2019 | Cycling accident – traumatic leg injury | |

| S/N | Date | Diagnosis | Remarks |
|---|---|---|---|
| 29 | 10/19/2019 | Severe lumbargo | |
| 30 | 11/20/2019 | Acute Appendicitis | |
| 31 | 12/3/2019 | Hypertensive encephalopathy | |
| Total | | 31 | |

### 2020

| S/N | Date | Diagnosis | Remarks |
|---|---|---|---|
| 1 | 1/26/2020 | Hypertensive Encephalopathy | Sudden collapse and severely elevated blood pressure |
| 2 | 1/27/2020 | Myocardial infarction | Acute Chest pain in a known hypertensive |
| 3 | 2/24/2020 | Wax burn | |
| 4 | 2/28/2020 | Cerebrovascular accident | Collapse with weakness of limbs and inability to move |
| 5 | 3/14/2020 | Burns from explosion | |
| 6 | 3/17/2020 | Upper Gastrointestinal bleeding | |
| 7 | 3/23/2020 | Abnormal behaviour/ Mood disorder | |
| 8 | 4/17/2020 | Acute urinary retention | |
| 9 | 4/21/2020 | Cerebrovascular accident | Left limb weakness |
| 10 | 5/11/2020 | Cerebrovascular accident | Collapse with limb weakness |
| 11 | 5/13/2020 | Severe hypertension | |
| 12 | 5/12/2020 | Seizure disorder | |
| 13 | 5/13/2020 | Hypertensive crisis | |
| 14 | 11/8/2020 | Traumatic injury from accident | Traumatic left ring finger tip amputation and crush injury of other fingers |
| 15 | 11/8/2020 | Traumatic brain injury | Boat collision with platform boat landing |
| 16 | 11/23/2020 | Acute appendicitis | |
| 17 | 6/10/2020 | Severe Sepsis | |
| Total | | 17 | |

### 2021

| S/N | Date | Diagnosis | Remarks |
|---|---|---|---|
| 1 | 2/26/2021 | Hypovolemic Shock from Gastroenteritis | |
| 2 | 3/19/2021 | Intestinal Obstruction | |
| 3 | 3/30/2021 | Ischemic Heart Disease | ECG showed atrial flutter and evidence of old ischeamic heart changes. |
| 4 | 5/14/2021 | Traumatic Knee Dislocation | |
| 5 | 5/20/2021 | Cholecystitis | |
| 6 | 5/5/2021 | Appendicitis | |
| 7 | 6/6/2021 | Acute Coronary Syndrome | Sudden onset chest pain and breathlessness |
| 8 | 5/26/2021 | Severe Malaria | |
| 9 | 6/13/2021 | Sepsis | |
| 10 | 6/26/2021 | Rt Forearm Fracture | |
| 11 | 7/17/2021 | Seizure disoder | Generalised new onset tonic-clonic seizure |
| 12 | 8/5/2021 | Seizure disorder | Epileptic. Disorientation after seizures |

| | | S/N | Date | Diagnosis | Remarks | |
|---|---|---|---|---|---|---|
| | | 13 | 8/26/2021 | Hypotension In Cyesis | | |
| | | 14 | 9/27/2021 | Acute Appendicitis | | |
| | | 15 | 11/1/2021 | Near Drowning | | |
| | | 16 | 9/28/2021 | Acute Confusional State | | |
| | | 17 | 9/29/2021 | Peri Anal abscess | | |
| | | 18 | 10/14/2021 | Septic Shock | | |
| | | 19 | 12/26/2021 | Traumatic Injury -Accident | | |
| | | | | | | |
| | | Total | | | 19 | |
| | | | | | | |
| | | **2022** | | | | |
| | | S/N | | Diagnosis | Remarks | |
| | | 1 | 2/21/2022 | Acute appendicitis | | |
| | | 2 | 2/21/2022 | Acute appendicitis | | |
| | | 3 | 3/28/2022 | Acute coronary syndrome | | |
| | | 4 | 3/30/2022 | Acute appendicitis | | |
| | | 5 | 4/4/2022 | Appendicitis | | |
| | | 6 | 4/5/2022 | Urolithiasis | | |
| | | 7 | 5/14/2022 | Deep Vein Thrombosis (DVT) | | |
| | | 8 | 5/15/2022 | Burns | Fire | |
| | | 9 | 5/19/2022 | Deep Vein Thrombosis and pulmonary embolism | | |
| | | 10 | 5/24/2022 | Traumatic head injury with Mutiple lacerations | | |
| | | 11 | 6/10/2022 | Severe multiple injuries | Legs trapped between boat and platform boat landing | |
| | | 12 | 7/27/2022 | Severe Malaria and sepsis | | |
| | | 13 | 8/25/2022 | Severe injuries | | |
| | | 14 | 9/30/2022 | Diabetes & Hypotension | | |
| | | 15 | 10/28/2022 | Major head trauma | From sea pirate attack | |
| | | 16 | 10/28/2022 | Facial trauma | From sea pirate attack | |
| | | 17 | 10/28/2022 | Partial intestinal obstruction | | |
| | | 18 | 11/3/2022 | Vaso-oclusive Crisis In A Known HBSS genotype | | |
| | | 19 | 11/18/2022 | Major burns | 27% burns from hot engine oil in tanker vessel pipe rupture | |
| | | 20 | 11/18/2022 | Abnormal behaviour/ Delusions (Schizophrenia) | | |
| | | | | | | |
| | | Total | | | 20 | |

CUSA000833