# TRIAL EXHIBIT 30

Audio Transcription:

**DR. IRVING SOBEL'S VOICEMAIL MESSAGE**

SNOOKAL

vs.

CHEVRON USA, INC., et al.



--------------------------------------------------


*** AUDIO TRANSCRIPTION ***

Mark Snookal v. Chevron USA, Inc.

Dr. Irving Sobel's voicemail message


* * *


--------------------------------------------------


Transcribed

By:  Ann Njeri

Job No.: 127181

Dr. Irving Sobel's voicemail message

```
 1        MR. SOBEL:  Hi, Mark.  It's Dr. Sobel.  I
 2   did your Chevron exam.  Everything came back
 3   fine on the reports that we did the labs.  The
 4   one thing I did reach out to Chevron, they're
 5   going to need a letter from your cardiologist
 6   from Kaiser stating that it's safe for you to
 7   work in Nigeria, that everything is under
 8   control, no special treatments are needed.
 9        So you can forward that letter to Chevron
10   directly, and I'll forward my report to them
11   as well.  And then the cardiologist in Nigeria
12   will probably review all those papers.  I
13   think you'll need to submit your CAT scan
14   reports, ultrasound reports and note, and a
15   letter from a cardiologist to proceed.
16        I would contact Chevron directly at --
17   I'm sorry -- at area code 925-842-3439; their
18   fax is 866-248-7601.
19        Have a great day.  Bye.
20
21
22   (End of audio recording.)
23
24
25
```

Dr. Irving Sobel's voicemail message

```
 1        CERTIFICATE OF TRANSCRIPTIONIST

 2

 3        I, ANN NJERI, do hereby certify:

 4

 5        That said audio transcription is a true

 6   record as reported by me, a disinterested

 7   person.

 8

 9        I further certify that I am not

10   interested in the outcome of said action, nor

11   connected with, nor related to any of the

12   parties in said action, nor to their

13   respective counsel.

14

15        IN WITNESS THEREOF, I have hereunto set

16   my hand this 18th day of June, 2025.

17

18                    Ann Njeri

19        _____

20        Ann Njeri

21

22

23

24

25
```

## Dr. Irving Sobel's voicemail message

**1**

**127181** 1:25
**18th** 3:16

**2**

**2025** 3:16

**8**

**866-248-7601** 2:18

**9**

**925-842-3439** 2:17

**A**

**action** 3:10,12
**Ann** 1:24 3:3,19
**area** 2:17
**audio** 1:4 2:22 3:5

**B**

**back** 2:2
**Bye** 2:19

**C**

**cardiologist** 2:5, 11,15
**CAT** 2:13
**CERTIFICATE** 3:1
**certify** 3:3,9
**Chevron** 1:5 2:2, 4,9,16
**code** 2:17

**connected** 3:11
**contact** 2:16
**control** 2:8
**counsel** 3:13

**D**

**day** 2:19 3:16
**directly** 2:10,16
**disinterested** 3:6

**E**

**end** 2:22
**exam** 2:2

**F**

**fax** 2:18
**fine** 2:3
**forward** 2:9,10

**G**

**great** 2:19

**H**

**hand** 3:16
**hereunto** 3:15

**I**

**interested** 3:10
**Irving** 1:6

**J**

**Job** 1:25
**June** 3:16

**K**

**Kaiser** 2:6

**L**

**labs** 2:3
**letter** 2:5,9,15

**M**

**Mark** 1:5 2:1
**message** 1:6

**N**

**needed** 2:8
**Nigeria** 2:7,11
**Njeri** 1:24 3:3,19
**note** 2:14

**O**

**outcome** 3:10

**P**

**papers** 2:12
**parties** 3:12
**person** 3:7
**proceed** 2:15

**R**

**reach** 2:4
**record** 3:6
**recording** 2:22
**related** 3:11
**report** 2:10
**reported** 3:6
**reports** 2:3,14

**respective** 3:13
**review** 2:12

**S**

**safe** 2:6
**scan** 2:13
**set** 3:15
**Snookal** 1:5
**Sobel** 2:1
**Sobel's** 1:6
**special** 2:8
**stating** 2:6
**submit** 2:13

**T**

**THEREOF** 3:15
**thing** 2:4
**Transcribed** 1:23
**transcription** 1:4 3:5
**TRANSCRIPTIONIST** 3:1
**treatments** 2:8
**true** 3:5

**U**

**ultrasound** 2:14
**USA** 1:5

**V**

**voicemail** 1:6

**W**

**work** 2:7