# TRIAL EXHIBIT 31

**KAISER PERMANENTE**

kp.org/messagecenter

### To RE: Rotational Work in Nigeria

SHAHID H KHAN, M.D.
Mark J Snookal
07/29/2019


Hi Mr. Snookal,
Sure, I've completed the letter and sent it to my Clinic Nurses to print out and mail to you.

Electronically signed by,

S. KHAN MD
Attending Cardiologist, Division of Cardiology, SCPMG
Clinical Associate Professor, UCLA School of Medicine
Ph: 323-783-4585
7/29/2019
10:15 AM

---

From: Mark J Snookal
Sent: 7/24/2019 5:23 PM PDT
To: SHAHID HAMEED KHAN MD, M.D.
Subject: Rotational Work in Nigeria

Dr. Khan,

I was the successful candidate for a position working in Nigeria on a 28 day rotational assignment (28 days on in Nigeria and 28 days off in the US). As part of the medical screen required for the position I told them about my Dilated Aortic Root and they requested a letter from my Cardiologist stating that it is 'Safe for me to work in Nigeria' with my condition and that 'everything is under control and no special treatments are needed'

Is this something you can provide?

Thanks

Mark

SNOOKAL-01284