# TRIAL EXHIBIT 46

**From:** Pitan, Olorunfemi (femi.pitan)[femi.pitan@chevron.com]
**Sent:** Wed 8/7/2019 3:20:05 PM (UTC)
**To:** Asekomeh, Eshiofe [DELOG][EAEV@chevron.com]
**Subject:** RE: Medical summary - Snookal, Mark

Thanks for the follow-up and updates.

---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Wednesday, August 7, 2019 3:17 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** RE: Medical summary - Snookal, Mark


Good day Ma,

Unfortunately Dr. Aiwuyo is unable to get any other literature on risk stratification aside from the one he already referenced (Canadian).
Literature on risk of complications post- surgery exist but is not relevant here. I hinted Dr. Akintunde on the urgency of the review and she promised to review the case possibly today.
I have not been able to catch her on phone today. I am still hopeful she will revert back before the end of the day. I will keep trying to reach her.



Warm regards,

Eshiofe Asekomeh


---

**From:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Sent:** Wednesday, August 7, 2019 1:41 PM
**To:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Subject:** RE: Medical summary - Snookal, Mark


Excellent summary! Thanks a million.

- Is Dr Aiwuyo (or Dr Oyebowale) able to do a further risk stratification, based on percentage likelihood of occurrence of each complication in this client?
- When should I expect Dr Akintunde's review?


I totally appreciate all your help.

Kind regards,
Femi Pitan

Dr O.C. Pitan
OH Physician/ Head, Occupational Health
Nigeria Mid Africa Strategic Business Unit
✉ femi.pitan@Chevron.com
☎ CTN 2772222 ext 61807

☎ International ▮▮▮▮▮▮▮▮▮▮

*NMA HR: Focus, Process Excellence, Expertise*

*This message may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this message is strictly prohibited. If you have received this message in error, please notify me immediately at the telephone number indicated above*

---

**From:** Asekomeh, Eshiofe [DELOG] <EAEV@chevron.com>
**Sent:** Wednesday, August 7, 2019 1:31 PM
**To:** Pitan, Olorunfemi (femi.pitan) <femi.pitan@chevron.com>
**Subject:** Medical summary - Snookal, Mark

Good day Ma,

Please find attached, medical summary for above named employee as requested.
Also attached, are the recent Cardiologist clearance and the CTA/ Echo reports from April.

Warm regards,

Eshiofe Asekomeh

**Dr. Asekomeh E.G**
**Chevron Hospital**
**Warri, Nigeria**

CUSA0001527