```
DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com
```

**Attorneys for Plaintiff MARK SNOOKAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:23-cv-6302-HDV-AJR<br><br>**[PROPOSED] ORDER DENYING DEFENDANT CHEVRON USA, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. 50(b), OR IN THE ALTERNATIVE, MOTION FOR NEW TRIAL AND/OR REMITTITUR**<br><br>[*Filed concurrently with Plaintiff Mark Snookal's Memorandum of Points and Authorities in Opposition to Defendant Chevron USA, Inc.'s Motion for Judgment as a Matter of Law, or in the Alternative, Motion for New Trial and/or Remittitur; and Declaration of Olivia Flechsig in Support Thereof*]<br><br>District Judge: Hon. Hernan D. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br>Action Filed: August 3, 2023<br>Trial Date: August 19, 2025<br>Judgment Entered: September 3, 2025<br><br>Hearing Date: November 13, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: 5B |

1

[PROPOSED] ORDER DENYING DEFENDANT CHEVRON USA, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. 50(b), OR IN THE ALTERNATIVE, MOTION FOR NEW TRIAL AND/OR REMITTITUR

On November 13, 2025, at 10:00 am in Courtroom 5B of the above-entitled Court, located at 350 W. First Street, Los Angeles, CA 90012, Defendant Chevron USA, Inc.'s Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for New Trial and/or Remittitur ("Renewed Motion"), came on regularly for hearing. All Parties were represented by their counsel.

After consideration of the papers and oral argument, the Court finds that there was sufficient evidence for the jury's finding that Defendant Chevron USA, Inc. discriminated against Plaintiff Mark Snookal and supporting the jury's damages award of $4 million to Plaintiff. There is no basis to order a new trial. The Court hereby **DENIES** Defendant's Motion in its entirety.

**IT IS SO ORDERED**.

DATE: _____    _____
Honorable Hernán D. Vera
United States District Court Judge