SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
ROBERT E. MUSSIG, Cal. Bar No. 240369
H. SARAH FAN, Cal. Bar No. 328282
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398
E-mail: tkennedy@sheppardmullin.com
rmussig@sheppardmullin.com
sfan@sheppardmullin.com

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-6302-HDV-AJR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF MARK SNOOKAL'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>[*Filed concurrently with Memorandum of Points and Authorities; Appendix of Evidence; and [Proposed] Order*]<br><br>Date: November 13, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 5B – Fifth Floor<br><br>District Judge: Hon. Hernán De. Vera<br>Magistrate Judge: Hon. A. Joel Richlin<br><br>Action Filed: August 3, 2023<br>Trial Date: August 19, 2025 |

On November 13, 2025, at 10:00 a.m. in Courtroom 5B of the above-entitled Court, located at 350 W. First Street, Los Angeles, CA 90012, Plaintiff Mark Snookal's ("Plaintiff") Motion for Attorneys' Fees and Costs("Motion"), came on regularly for hearing. All Parties were represented by their counsel.

After consideration of the papers and oral argument, the Court finds good cause and **GRANTS IN PART** and **DENIES IN PART** Plaintiff's Motion.

**THE COURT HEREBY ORDERS** as follows:

Plaintiff's attorneys' hourly rates will be set as follows:

Dolores Y. Leal: $895/hour

Olivia J. Flechsig: $477/hour

Renee Mochkatel: $895/hour

Karis Stephen: $400/hour

Sabrina Medler: $400/hour

The Court denies Plaintiff's request for a multiplier of 2.0. The Court reviewed the billing statements and time entries of Plaintiff's counsel and further finds that a reduction of $1,971,851.36 in fees, including the amount of Plaintiff's requested multiplier, is appropriate. Plaintiff is awarded $276,249.64 in fees and costs are taxed in the amount of $146,998.09.

**IT IS SO ORDERED.**

DATE: _____

                                               Honorable Hernán D. Vera
United States District Court Judge