# Exhibit 1

Case 2:23-cv-06302-HDV-AJR     Document 135-2     Filed 10/30/25     Page 1 of 2     Page ID #:5575

## Law Offices
# ALLRED, MAROKO & GOLDBERG
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

NATHAN GOLDBERG*
MICHAEL MAROKO*
GLORIA R. ALLRED*†◊
JOHN S. WEST
DOLORES Y. LEAL
RENEE MOCHKATEL
MARCUS SPIEGEL
CHRISTINA CHEUNG†
BYRON LAU
KIRBY F. CAÑON

* A PROFESSIONAL CORPORATION
† ALSO ADMITTED TO NEW YORK BAR
◊ ALSO ADMITTED TO WASHINGTON DC BAR

6300 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CALIFORNIA 90048
(323) 653-6530
FAX (323) 653-1660
www.amglaw.com

OF COUNSEL
MARÍA G. DÍAZ

E-MAIL:
dleal@amglaw.com

May 11, 2023

**CONFIDENTIAL COMMUNICATION**
**PURSUANT TO CALIFORNIA EVIDENCE CODE §1152**

<u>**VIA FEDERAL EXPRESS**</u>

Mr. Mike Wirth,
Chief Executive Officer
Mr. R. Hewitt Pate,
Vice President & General Counsel
**CHEVRON USA, INC.**
324 West El Segundo Blvd.
El Segundo, CA 90245

Re:   <u>Mark Snookal v. Chevron USA, Inc.</u>

Dear Messrs. Wirth and Pate:

I am following up on our letter to you dated April 20, 2023 regarding the above referenced matter. In the event you did not receive the letter, I enclose a copy for your convenience. Please have your counsel contact me.

Thank you for your anticipated professional courtesy.

Very truly yours,

ALLRED, MAROKO & GOLDBERG

DOLORES Y. LEAL

DYL:aop

**EXHIBIT 1**