# Exhibit 3

## LAW OFFICES
### ALLRED, MAROKO & GOLDBERG
6300 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CALIFORNIA 90048
TEL: 323-653-6530   FAX: 323-653-1660
IRS # ███████

MARK SNOOKAL
███████

OCTOBER 31, 2025
OUR FILE: 2023019.01-DL

### STATEMENT OF ACCOUNT FOR LEGAL SERVICES

RESPONSIBLE ATTY: Dolores Leal

**PREVIOUS BALANCE DUE**      $155,277.39

**ATTORNEY FEES**

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DOLORES LEAL | | | | |
| 09/25/25 | Receipt & review email from SFan; zoom mtg w/SF | 0.30 | | 0.00 |
| 09/25/25 | Draft email to/fr o/c SF | 0.10 | | 0.00 |
| 09/30/25 | Receipt & review email from/to o/c SF | 0.10 | | 0.00 |
| 10/02/25 | Office Conference with OF | 0.50 | | 0.00 |
| 10/08/25 | Review cost docs; e/m to o/c SF | 0.30 | | 0.00 |
| 10/27/25 | Review def's opp to P mtn-fees/costs; legal research | 6.50 | | 0.00 |
| 10/27/25 | Office Conference with OF | 0.30 | | 0.00 |
| 10/28/25 | Legal Research re fees/costs; draft decln | 7.40 | | 0.00 |
| 10/29/25 | Office Conference with OF | 0.20 | | 0.00 |
| 10/29/25 | Draft Reply Brief & revise DL decln | 8.90 | | 0.00 |
| 10/30/25 | Review & Revise decln; rev. billings; finish reply | 6.80 | | 0.00 |
| 10/30/25 | Office Conference with OF | 0.20 | | 0.00 |
| | TOTAL FOR DOLORES LEAL | 31.60 | | $ 0.00 |
| OLIVIA FLECHSIG | | | | |
| 10/02/25 | Legal Research - Reply ISO Fee Motion | 0.33 | | 0.00 |
| 10/02/25 | Meeting With DL Re: Opposition Strat. | 0.10 | | 0.00 |
| 10/02/25 | Receipt & Review of Chevron JMOL | 1.00 | | 0.00 |
| 10/06/25 | Legal Research - Chevron JMOL Opp | 0.50 | | 0.00 |
| 10/06/25 | Drafting Opp to Chevron Jmol | 0.50 | | 0.00 |

**EXHIBIT 3/1**

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 10/07/25 | Legal Research Opp to Chevron JMOL | 4.25 | | 0.00 |
| 10/08/25 | Drafting Opp to Chevron JMOL | 6.25 | | 0.00 |
| 10/09/25 | Review file - trial records ISO Opp to JMOL | 5.33 | | 0.00 |
| 10/09/25 | Drafting Opp to JMOL | 0.25 | | 0.00 |
| 10/10/25 | Prepare, review and edit Exhibits, declarations ISO Opp to Chevron JMOL | 2.60 | | 0.00 |
| 10/10/25 | Drafting/revising Opp to Chevron JMOL | 5.50 | | 0.00 |
| 10/10/25 | Telephone Conference(s) w/ legal assistants re: filing OPp to Chevron JMOL | 0.33 | | 0.00 |
| 10/23/25 | Draft email to client | 0.20 | | 0.00 |
| 10/28/25 | Review file - Chevron Opp to Motion for Attorneys' Fees | 0.50 | | 0.00 |
| 10/28/25 | Legal Research - Reply ISO Fee Motion | 0.20 | | 0.00 |
| 10/28/25 | Meeting With DL Re: Fee Motion Reply | 0.33 | | 0.00 |
| 10/29/25 | Drafting supp. decl. ISO reply Fee Motion | 3.00 | | 0.00 |
| 10/30/25 | Drafting/revising supp. decl. ISO fee motion reply | 1.33 | | 0.00 |
| 10/30/25 | Meeting With DL re: Reply ISO fee motion | 0.20 | | 0.00 |
| | **TOTAL FOR OLIVIA FLECHSIG** | 32.70 | | $ 0.00 |
| | **TOTAL ATTORNEY FEES:** | 64.30 | | $ 0.00 |

**EXHIBIT 3/2**