# TAB 1

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Angie Paz |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT |
| **Date:** | Thursday, August 3, 2023 11:41:45 AM |

[You don't often get email from do_not_reply@psc.uscourts.gov. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

Account Number: 6288945
Court: CALIFORNIA CENTRAL DISTRICT COURT
Amount: $402.00
Tracking Id: ACACDC-35789478
Approval Code: 04122G
Card Number: ************7523
Date/Time: 08/03/2023 02:41:37 ET

NOTE: This is an automated message. Please do not reply
_____ This message is CONFIDENTIAL and may contain legally privileged information intended only for the addressee. If you are not the addressee you may not use, forward, copy or disclose to anyone any information contained in this message. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY ALLRED, MAROKO & GOLDBERG IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 323-653-6530. Thank you. _____

**TAB 1**