# TAB 2

# ASAP LEGAL

## INVOICE

| | |
|---|---|
| Invoice No. | Customer No. |
| 00000005209 | 32108 |
| INVOICE DATE: | Total Due |
| 8/15/2023 | $ 1,129.70 |

Invoices@ASAPLegal.com

PLEASE MAKE REMITTANCE TO:

ALLRED MAROKO & GOLDBERG
6300 Wilshire Blvd Suite 1500
Los Angeles, CA 90048
T (323) 653-6530

ASAP Legal
1607 James M. Wood
Los Angeles, CA 90015
TAX ID # 90-0800972

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 32108 | 00000005209 | 8/15/2023 | $ 1,129.70 | 10 |

| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 8/8/2023 LA32042029 031 - RUSH PROCESS (24HRS) | ALLRED MAROKO & GOLDBERG 6300 Wilshire Blvd Suite 1500 Los Angeles, CA 90048 Caller: Angie Paz Case Title: MARK SNOOKAL, an individual vs Docs: Complaint; SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INT Attorney Name: Dolores Y Leal, Esq | CHEVRON USA, INC., a California Corporation 2710 Gateway Oaks Dr Ste 150N Sacramento, CA 958333502 Case Number: 2:23-cv-06302-HDV(AJRx) Client/Matter: SNOOKAL/CHEVRON Description: SERVE ANYONE OVER 18 AUTHORIZED TO ACCEPT | Base Charge : PDF Page Count (Up to 200 pgs) : Total: | | $ 150.00 $ 11.25 $ 161.25 |
| | | | Total Charges for Ref. - SNOOKAL/CHEVRON: Total | | $ 161.25 $ 1,129.70 |

## INVOICE PAYMENT DUE UPON RECEIPT

TAB 2/1

# ASAP LEGAL

# INVOICE

| | |
|---|---|
| Invoice No. | Customer No. |
| 00000005209 | 32108 |
| INVOICE DATE: | Total Due |
| 8/15/2023 | $ 1,129.70 |

Invoices@ASAPLegal.com

PLEASE MAKE REMITTANCE TO:

ALLRED MAROKO & GOLDBERG  
6300 Wilshire Blvd Suite 1500  
Los Angeles, CA 90048  
T (323) 653-6530

ASAP Legal  
1607 James M. Wood  
Los Angeles, CA 90015  
TAX ID # 90-0800972

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 32108 | 00000005209 | 8/15/2023 | $ 1,129.70 | 9 |

| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 8/9/2023<br>LA32042123<br>064 - COURTESY COPY | ALLRED MAROKO & GOLDBERG<br>6300 Wilshire Blvd Suite 1500<br>Los Angeles, CA 90048<br>Caller: Angie Paz<br>Case Number: 2:23-cv-06302-HDV (AJRx)<br>Case Title: SNOOKAL vs. CHEVRON USA INC<br>Docs: COMPLAINT, CCCS, SUMMONS, NOTICE (4) SUMMONS REQUEST, POS<br>Attorney Name: .none | UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF C<br>350 WEST 1ST STREET<br>LOS ANGELES, CA 90012<br>Client/Matter: SNOOKAL V CHEVRON USA INC<br>Description: DELIVER CHAMBER COPIES TO JUDGE VERA BY NOON 8/10/23 | LA Central Courts :<br>PDF Page Count (Up to 200 pgs) :<br>Total:<br><br>Total Charges for Ref. - SNOOKAL V CHEVRON USA INC: | | $ 35.00<br>$ 7.75<br>$ 42.75<br><br><br><br>$ 42.75 |

## INVOICE PAYMENT DUE UPON RECEIPT

**TAB 2/2**

# ASAP LEGAL

# INVOICE

Invoices@ASAPLegal.com

| Invoice No. | Customer No. |
|---|---|
| 00000006070 | 32108 |
| INVOICE DATE: | Total Due |
| 11/30/2023 | $ 389.55 |

PLEASE MAKE REMITTANCE TO:

ALLRED MAROKO & GOLDBERG  
6300 Wilshire Blvd Suite 1500  
Los Angeles, CA 90048  
T (323) 653-6530

ASAP Legal  
1607 James M. Wood  
Los Angeles, CA 90015  
TAX ID # 90-0800972

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 32108 | 00000006070 | 11/30/2023 | $ 389.55 | 5 |

| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 11/17/2023  LA32049258  064 - COURTESY COPY | ALLRED MAROKO & GOLDBERG  6300 Wilshire Blvd Suite 1500  Los Angeles, CA 90048  Caller: Josie Pena  Case Number: . 2:23-cv-06302-HDV-AJRx  Case Title: SNOOKAL vs. CHEVRON USA  Docs: JOINT FRCP RULE/ ATTACHMENT & NEF  Attorney Name: .none | UNITED STATES DISTRICT COURT  CENTRAL DISTRICT OF C  350 WEST 1ST STREET  LOS ANGELES, CA 90012  Client/Matter: SNOOKAL V CHEVRON USA  Description: DELIVER CHAMBER COPIES TO JUDGE VERA | LA Central Courts :  Total:  Total Charges for Ref. - SNOOKAL V CHEVRON USA:  Total | | $ 35.00  $ 35.00  $ 35.00  $ 389.55 |

## INVOICE PAYMENT DUE UPON RECEIPT

TAB 2/3

# ASAP LEGAL

# INVOICE

Invoices@ASAPLegal.com

| Invoice No. | Customer No. |
|---|---|
| 00000010904 | 32108 |
| INVOICE DATE: | Total Due |
| 7/15/2025 | $ 1,341.90 |

PLEASE MAKE REMITTANCE TO:

ALLRED MAROKO & GOLDBERG
6300 Wilshire Blvd Suite 1500
Los Angeles, CA 90048
T (323) 653-6530

ASAP Legal
1607 James M. Wood
Los Angeles, CA 90015
TAX ID # 90-0800972

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 32108 | 00000010904 | 7/15/2025 | $ 1,341.90 | 7 |

| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 7/2/2025<br>LA32085166<br>065 - SPECIAL COURTESY COPY | ALLRED MAROKO & GOLDBERG<br>6300 Wilshire Blvd Suite 1500<br>Los Angeles, CA 90048<br>Caller: Angie Paz<br>Case Number: 2:23-cv-6302-HDV-AJR<br>Case Title: MARK SNOOKAL vs. CHEVRON USA L<br>Docs: 1. 71 - Plaintiff Mark Snookal's Memorandum of Contentions of Fact and Law; 2. 72 - Plain<br>Attorney Name: .none | UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF<br>350 W. 1ST STREET<br>LOS ANGELES, CA 90012<br><br>Client/Matter: SNOOKAL V CHEVRON<br>Description: DELIVER CHAMBER COPY TO JUDGE VERA TODAY ASAP! | LA Central Courts :<br>Page Count :<br>Total: | 186 | $ 70.00<br>$ 46.50<br>$ 116.50 |
| 7/15/2025<br>LA32085945<br>065 - SPECIAL COURTESY COPY | ALLRED MAROKO & GOLDBERG<br>6300 Wilshire Blvd Suite 1500<br>Los Angeles, CA 90048<br>Caller: Angie Paz<br>Case Number: 2:23-cv-6302-HDV-AJR<br>Case Title: MARK SNOOKAL vs. CHEVRON USA I<br>Docs: JOINT PROP VERDICT FORM & JOINT JURY INSTRUCTIONS<br>Attorney Name: .none | UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF<br>350 W. 1ST STREET<br>LOS ANGELES, CA 90012<br><br>Client/Matter: SNOOKAL V CHEVRON<br>Description: DELIVER CHAMBER COPY TO JUDGE VERA ASAP | LA Central Courts :<br>Page Count :<br>Total: | 12 | $ 70.00<br>$ 6.60<br>$ 76.60 |
| | | Total Charges for Ref. - SNOOKAL V CHEVRON:<br>Total | | | $ 193.10<br>$ 1,341.90 |

## INVOICE PAYMENT DUE UPON RECEIPT

TAB 2/4

**ASAP LEGAL**

# INVOICE

| | |
|---|---|
| Invoice No. | Customer No. |
| 00000011009 | 32108 |
| INVOICE DATE: | Total Due |
| 7/31/2025 | $ 2,089.50 |

Invoices@ASAPLegal.com

PLEASE MAKE REMITTANCE TO:

ALLRED MAROKO & GOLDBERG
6300 Wilshire Blvd Suite 1500
Los Angeles, CA 90048
T (323) 653-6530

ASAP Legal
1607 James M. Wood
Los Angeles, CA 90015
TAX ID #  90-0800972

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 32108 | 00000011009 | 7/31/2025 | $ 2,089.50 | 7 |

| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 7/16/2025 LA32086055 065 - SPECIAL COURTESY COPY | ALLRED MAROKO & GOLDBERG 6300 Wilshire Blvd Suite 1500 Los Angeles, CA 90048 Caller: Angie Paz Case Number: 2:23-cv-06302-HDV-AJRx Case Title: SNOOKAL vs. CHEVRON USA INC Docs: 1. 85 – Plaintiff's Proposed Additional Voir Dire Questions 2. 86 – Joint Agreed Upon Pro Attorney Name: .none | UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF 350 W. 1ST STREET LOS ANGELES, CA 90012 Client/Matter: SNOOKAL V CHEVRON Description: DELIVER CHAMBER COPIES TO JUDGE VERA BEFORE NOON TODAY | LA Central Courts : Total: | | $ 70.00 $ 70.00 |
| | | Total Charges for Ref. - SNOOKAL V CHEVRON: | | | $ 70.00 |

**INVOICE PAYMENT DUE UPON RECEIPT**

**TAB 2/5**

# ASAP LEGAL

## INVOICE

| | |
|---|---|
| Invoice No. | Customer No. |
| 00000011166 | 32108 |
| INVOICE DATE: | Total Due |
| 8/15/2025 | $ 911.19 |

Invoices@ASAPLegal.com

PLEASE MAKE REMITTANCE TO:

ALLRED MAROKO & GOLDBERG  
6300 Wilshire Blvd Suite 1500  
Los Angeles, CA 90048  
T (323) 653-6530

ASAP Legal  
1607 James M. Wood  
Los Angeles, CA 90015  
TAX ID # 90-0800972

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 32108 | 00000011166 | 8/15/2025 | $ 911.19 | 7 |

| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 8/8/2025￼LA32087430￼065 - SPECIAL COURTESY COPY | ALLRED MAROKO & GOLDBERG￼6300 Wilshire Blvd Suite 1500￼Los Angeles, CA 90048￼Caller: Angie Paz￼Case Number: 2:23-cv-6302-HDV-AJR￼Case Title: SNOOKAL v. CHEVRON USA vs. S￼Docs: 2 DOCS; DOC 98; DOC 99￼Attorney Name: .none | UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF￼350 W. 1ST STREET￼LOS ANGELES, CA 90012￼Client/Matter: SNOOKAL v. CHEVRON USA￼Description: ** SPECIAL RUSH **￼PLEASE DELIVER RIGHT AWAY: CHAMBER COURTESY COPIES -- ATTN: JUDGE | LA Central Courts :￼Page Count :￼Total: | | $ 70.00￼$ 10.45￼$ 80.45 |
| | | Total Charges for Ref. - SNOOKAL v. CHEVRON USA: | | | $ 80.45 |

## INVOICE PAYMENT DUE UPON RECEIPT

TAB 2/6

# INVOICE

![ASAP LEGAL]

Invoices@ASAPLegal.com

| Invoice No. | Customer No. |
|---|---|
| 00000011166 | 32108 |
| INVOICE DATE: | Total Due |
| 8/15/2025 | $ 911.19 |

PLEASE MAKE REMITTANCE TO:

ALLRED MAROKO & GOLDBERG
6300 Wilshire Blvd Suite 1500
Los Angeles, CA 90048
T (323) 653-6530

ASAP Legal
1607 James M. Wood
Los Angeles, CA 90015
TAX ID # 90-0800972

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 32108 | 00000011166 | 8/15/2025 | $ 911.19 | 8 |

| Date | Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|---|
| 8/8/2025 LA32087475 064 - COURTESY COPY | | ALLRED MAROKO & GOLDBERG 6300 Wilshire Blvd Suite 1500 Los Angeles, CA 90048 Caller: Angie Paz Case Number: 2:23-cv-6302-HDV-AJR Case Title: MARK SNOOKAL vs. CHEVRON USA I Docs: JOINT STIPULATION;REVISED JOINT AGREED UPON PROP JURY INSTRUCTIONS; REVISED PROP VERDICT F Attorney Name: .none | UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF 350 W. 1ST STREET LOS ANGELES, CA 90012 Client/Matter: SNOOKAL V CHEVRON Description: DELIVER CHAMBER COPY TO JUDGE VERA | LA Central Courts : Page Count : Total: | 61 | $ 47.50 $ 30.50 $ 78.00 |
| | | | Total Charges for Ref. - SNOOKAL V CHEVRON: Total | | | $ 78.00 $ 911.19 |

## INVOICE PAYMENT DUE UPON RECEIPT

**TAB 2/7**