# TAB 4

ALLRED, MAROKO & GOLDBERG
ATTORNEYS-AT-LAW/GENERAL ACCOUNT
6300 WILSHIRE BLVD., SUITE 1500
LOS ANGELES, CA 90048
TEL: (323) 653-6530 FAX: (323) 653-1660

ABB AMERICAN BUSINESS BANK
San Fernando Valley Region
400 S. Hope St., Suite 300, Los Angeles, CA 90071
(213) 430-4000

16-4280/1220

15761

8/2/25

PAY TO THE ORDER OF  Maria Bustillos    $5,765.93/100

Five Thousand Seven hundred sixty-five + 93/100 DOLLARS

MEMO  Court Reporting - TRIAL
Snookle v. Chevron

⑃15761⑃

**TAB 4**