# TAB 5

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 166360 | 5/29/2024 | 59449 |
| Job Date | Case No. ||
| 5/10/2024 | 2:23-CV-6302-HDV-AJR ||
| Case Name |||
| Snookal vs. Chevron USA, Inc. |||
| Payment Terms |||
| Due upon receipt |||



Phone: (800) 622-0226
info@AMKreporting.com

2530 Red Hill Avenue, Suite 120
Santa Ana, California 92705

Dolores Leal, Esq.
Allred Maroko & Goldberg
6300 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90048

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Mark Jordan Snookal     1,313.30

**TOTAL DUE   >>>**   **$1,313.30**

Location of Job   : Sheppard Mullin Richter & Hampton LLP
    333 South Hope Street, 43rd Floor
    Los Angeles, CA 90071-1422

THANK YOU.

---

**Tax ID:** 85-1261962

*Please detach bottom portion and return with payment.*

Dolores Leal, Esq.
Allred Maroko & Goldberg
6300 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90048

Invoice No.   : 166360
Invoice Date  : 5/29/2024
**Total Due**   : **$1,313.30**

Remit To: **Abrams, Mah & Kahn Reporting and Videoconferencing Services**
**2530 Red Hill Avenue, Suite 120**
**Santa Ana, CA 92705**

Job No.      : 59449
BU ID        : 1-NB
Case No.     : 2:23-CV-6302-HDV-AJR
Case Name    : Snookal vs. Chevron USA, Inc.

TAB 5/1

# INVOICE
1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 122049 | 10/1/2024 | 114802 |
| Job Date | Case No. | |
| 9/13/2024 | 2:23-CV-6302-HDV-AJR | |
| Case Name | | |
| Mark Snookal v. Chevron USA, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Dolores Yvonne Leal, Esq.
Allred, Maroko & Goldberg
6300 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90048

| | | | | |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | |
| Thalia Tse | 103.00 | Pages @ | 6.450 | 664.35 |
| Per Diem | 1.00 | @ | 400.000 | 400.00 |
| Videoconference | 103.00 | Pages @ | 0.550 | 56.65 |
| Video Transcript | 103.00 | Pages @ | 0.550 | 56.65 |
| Videoconference Facilitation Fee | 1.00 | @ | 200.000 | 200.00 |
| Production | 1.00 | @ | 50.000 | 50.00 |
| Handling | 1.00 | @ | 35.000 | 35.00 |
| Technology Package | 1.00 | @ | 60.000 | 60.00 |
| eTranscript Delivery | 1.00 | @ | 25.000 | 25.00 |
| VIDEO SERVICES: | | | | |
| Thalia Tse (VIDEO) | | | | |
| Remote Videographer (Synching/Exhibit Presentation) | 3.75 | Hours @ | 200.000 | 750.00 |
| Video Technology Package | 1.00 | @ | 25.000 | 25.00 |
| TOTAL DUE  >>> | | | | $2,322.65 |

Thank you for choosing Lexitas - California: Court Reporting Division!
Any invoices that remains unpaid after **30 DAYS** from issuance date, our firm reserves the right to apply a 1.5% compounding monthly late fee

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Dolores Yvonne Leal, Esq.
Allred, Maroko & Goldberg
6300 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90048

Invoice No.   : 122049
Invoice Date  : 10/1/2024
**Total Due**     : **$2,322.65**

Remit To: **Lexitas / California**
**PO Box 734298**
**Dept 2043**
**Dallas, TX 75373-4298**

Job No.    : 114802
BU ID      : 02-LA
Case No.   : 2:23-CV-6302-HDV-AJR
Case Name  : Mark Snookal v. Chevron USA, Inc.

TAB 5/2



# STATEMENT

1 of 1

| Account No. | Date |
|---|---|
| F3634 | 11/1/2024 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $4,211.27 | $2,530.70 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$6,741.97** |

(Accounts Payable)  
Allred, Maroko & Goldberg  
6300 Wilshire Boulevard  
Suite 1500  
Los Angeles, CA 90048

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 9/16/2024 | 121226 | 2,530.70 | 113450 | 8/30/2024 | Scott Levy, M.D. | Mark Snookal v. Chevron USA, Inc. |
| 10/16/2024 | 122834 | 4,191.97 | 115962 | 10/10/2024 | Dr. Eshiofe Asekomeh | Mark Snookal v. Chevron USA, Inc. |
| 10/18/2024 | 123100 | 19.30 | 114802 | 9/13/2024 | Thalia Tse | Mark Snookal v. Chevron USA, Inc. |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

(Accounts Payable)  
Allred, Maroko & Goldberg  
6300 Wilshire Boulevard  
Suite 1500  
Los Angeles, CA 90048

Account No. : F3634  
Date : 11/1/2024

**Total Due** : **$6,741.97**

Remit To: **Lexitas / California**  
**PO Box 734298**  
**Dept 2043**  
**Dallas, TX 75373-4298**

**TAB 5/3**



# INVOICE
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 122180 | 10/3/2024 | 114803 |
| Job Date | Case No. | |
| 9/17/2024 | 2:23-CV-6302-HDV-AJR | |
| Case Name | | |
| Mark Snookal v. Chevron USA, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Dolores Yvonne Leal, Esq.
Allred, Maroko & Goldberg
6300 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90048

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Andrew Powers | 162.00 | Pages | @ | 6.450 | 1,044.90 |
|     Per Diem | 1.00 | | @ | 400.000 | 400.00 |
|     Wait Time | 1.00 | Hours | @ | 95.000 | 95.00 |
|     Videoconference | 162.00 | Pages | @ | 0.550 | 89.10 |
|     Video Transcript | 162.00 | Pages | @ | 0.550 | 89.10 |
|     Black & White Exhibit | 61.00 | Pages | @ | 0.550 | 33.55 |
|     Color Exhibits | 7.00 | Pages | @ | 1.500 | 10.50 |
|     Videoconference Facilitation Fee | 1.00 | | @ | 200.000 | 200.00 |
|     Production | 1.00 | | @ | 50.000 | 50.00 |
|     Handling | 1.00 | | @ | 35.000 | 35.00 |
|     Technology Package | 1.00 | | @ | 60.000 | 60.00 |
|     eTranscript Delivery | 1.00 | | @ | 25.000 | 25.00 |
| Andrew Powers (VIDEO) | | | | | |
|     Remote Videographer (Synching/Exhibit Presentation) | 5.50 | Hours | @ | 200.000 | 1,100.00 |
|     Video Technology Package | 1.00 | | @ | 25.000 | 25.00 |
| **TOTAL DUE >>>** | | | | | **$3,257.15** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Dolores Yvonne Leal, Esq.
Allred, Maroko & Goldberg
6300 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90048

Invoice No.   : 122180
Invoice Date  : 10/3/2024
**Total Due**    : **$3,257.15**

Remit To: **Lexitas / California**
**PO Box 734298**
**Dept 2043**
**Dallas, TX 75373-4298**

Job No.     : 114803
BU ID       : 02-LA
Case No.    : 2:23-CV-6302-HDV-AJR
Case Name   : Mark Snookal v. Chevron USA, Inc.

**TAB 5/4**



# STATEMENT

1 of 1

| Account No. | Date |
|---|---|
| F3634 | 11/1/2024 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $4,211.27 | $2,530.70 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$6,741.97** |

(Accounts Payable)  
Allred, Maroko & Goldberg  
6300 Wilshire Boulevard  
Suite 1500  
Los Angeles, CA 90048

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 9/16/2024 | 121226 | 2,530.70 | 113450 | 8/30/2024 | Scott Levy, M.D. | Mark Snookal v. Chevron USA, Inc. |
| 10/16/2024 | 122834 | 4,191.97 | 115962 | 10/10/2024 | Dr. Eshiofe Asekomeh | Mark Snookal v. Chevron USA, Inc. |
| 10/18/2024 | 123100 | 19.30 | 114802 | 9/13/2024 | Thalia Tse | Mark Snookal v. Chevron USA, Inc. |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

(Accounts Payable)  
Allred, Maroko & Goldberg  
6300 Wilshire Boulevard  
Suite 1500  
Los Angeles, CA 90048

Account No. : F3634  
Date : 11/1/2024

**Total Due** : **$6,741.97**

Remit To: **Lexitas / California**  
**PO Box 734298**  
**Dept 2043**  
**Dallas, TX 75373-4298**

TAB 5/5



# INVOICE
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 125060 | 11/20/2024 | 117194 |
| Job Date | Case No. | |
| 10/31/2024 | 2:23-CV-6302-HDV-AJR | |
| Case Name | | |
| Mark Snookal v. Chevron USA, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Olivia Flechsig, Esq.
Allred, Maroko & Goldberg
6300 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90048

ORIGINAL TRANSCRIPT OF:
| | | | | |
|---|---|---|---|---|
| Dr. Ujomoti Akintunde | 104.00 | Pages @ | 6.450 | 670.80 |
| Per Diem | 1.00 | @ | 400.000 | 400.00 |
| Videoconference | 104.00 | Pages @ | 0.550 | 57.20 |
| Expert (PMK, PMQ) | 104.00 | Pages @ | 0.550 | 57.20 |
| Black & White Exhibit | 24.00 | Pages @ | 0.550 | 13.20 |
| Color Exhibits | 3.00 | Pages @ | 1.500 | 4.50 |
| Videoconference Facilitation Fee | 1.00 | @ | 200.000 | 200.00 |
| Production | 1.00 | @ | 50.000 | 50.00 |
| Handling | 1.00 | @ | 35.000 | 35.00 |
| Technology Package | 1.00 | @ | 60.000 | 60.00 |
| eTranscript Delivery | 1.00 | @ | 25.000 | 25.00 |
| Deposition Insights™ AI-Enabled Summaries (75-150 pages) | 1.00 | @ | 59.000 | 59.00 |
| | | **TOTAL DUE >>>** | | **$1,631.90** |

Thank you for choosing Lexitas - California: Court Reporting Division!
Any invoices that remains unpaid after **30 DAYS** from issuance date, our firm reserves the right to apply a 1.5% compounding monthly late fee to all amounts and if attorney or collection agency is contracted to collect an unpaid debt, you are responsible for all costs of collection. Should you have any questions or want to discuss payment terms, do not hesitate to reach out to our office at your earliest convenience. You can email

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Olivia Flechsig, Esq.
Allred, Maroko & Goldberg
6300 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90048

Invoice No. : 125060
Invoice Date : 11/20/2024
**Total Due** : **$1,631.90**

Remit To: **Lexitas / California**
**PO Box 734298**
**Dept 2043**
**Dallas, TX 75373-4298**

Job No. : 117194
BU ID : 02-LA
Case No. : 2:23-CV-6302-HDV-AJR
Case Name : Mark Snookal v. Chevron USA, Inc.

TAB 5/6

# I N V O I C E

1 of 1



Phone: (800) 622-0226
info@AMKreporting.com

2530 Red Hill Avenue, Suite 120
Santa Ana, California 92705

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 171747 | 2/13/2025 | 72882 |
| Job Date | Case No. | |
| 1/29/2025 | 2:23-CV-6302-HDV-AJR | |
| Case Name | | |
| Snookal vs. Chevron USA, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Dolores Leal, Esq.
Allred Maroko & Goldberg
6300 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90048

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Alexander R. Marmureanu, M.D.                                                  529.80

**TOTAL DUE   >>>**                                    **$529.80**

Location of Job   : ZOOM ROOM
THANK YOU.

---

**Tax ID:** 99-2447796

*Please detach bottom portion and return with payment.*

Dolores Leal, Esq.
Allred Maroko & Goldberg
6300 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90048

Invoice No.   : 171747
Invoice Date  : 2/13/2025
**Total Due**   : **$529.80**

Remit To:  **AMK Reporting, Inc.**
         **2530 Red Hill Avenue, Suite 120**
         **Santa Ana, CA 92705**

Job No.      : 72882
BU ID        : A-NB
Case No.     : 2:23-CV-6302-HDV-AJR
Case Name    : Snookal vs. Chevron USA, Inc.

**TAB 5/7**

# INVOICE

1 of 1



Phone: (800) 622-0226
info@AMKreporting.com

2530 Red Hill Avenue, Suite 120
Santa Ana, California 92705

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 171968 | 2/20/2025 | 72621 |
| Job Date | Case No. | |
| 2/10/2025 | 2:23-CV-6302-HDV-AJR | |

| Case Name |
|---|
| Snookal vs. Chevron USA, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Olivia Flechsig, Esq.
Allred Maroko & Goldberg
6300 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90048

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Charles L. Baum, Ph.D.           512.25
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Shahid Hameed Khan, M.D.      512.30

TOTAL DUE >>> **$1,024.55**

Location of Job : ZOOM ROOM
THANK YOU.

**Tax ID:** 99-2447796

*Please detach bottom portion and return with payment.*

Olivia Flechsig, Esq.
Allred Maroko & Goldberg
6300 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90048

Invoice No.  : 171968
Invoice Date : 2/20/2025
**Total Due** : **$1,024.55**

**Remit To: AMK Reporting, Inc.**
          **2530 Red Hill Avenue, Suite 120**
          **Santa Ana, CA 92705**

Job No.    : 72621
BU ID      : A-NB
Case No.   : 2:23-CV-6302-HDV-AJR
Case Name  : Snookal vs. Chevron USA, Inc.

TAB 5/8

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 172175 | 2/28/2025 | 73016 |
| Job Date | Case No. | |
| 2/14/2025 | 2:23-CV-6302-HDV-AJR | |
| Case Name | | |
| Snookal vs. Chevron USA, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |



Phone: (800) 622-0226
info@AMKreporting.com

2530 Red Hill Avenue, Suite 120
Santa Ana, California 92705

Olivia Flechsig, Esq.
Allred Maroko & Goldberg
6300 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90048

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Linda Engel     547.40

**TOTAL DUE   >>>**      **$547.40**

Location of Job  : ZOOM ROOM
THANK YOU.

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$547.40**

**Tax ID:** 99-2447796

*Please detach bottom portion and return with payment.*

Olivia Flechsig, Esq.
Allred Maroko & Goldberg
6300 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90048

Invoice No.  : 172175
Invoice Date : 2/28/2025
**Total Due** : **$547.40**

Remit To: **AMK Reporting, Inc.**
          **2530 Red Hill Avenue, Suite 120**
          **Santa Ana, CA 92705**

Job No.    : 73016
BU ID      : A-NB
Case No.   : 2:23-CV-6302-HDV-AJR
Case Name  : Snookal vs. Chevron USA, Inc.

**TAB 5/9**



# INVOICE
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 133778 | 5/8/2025 | 124407 |

| Job Date | Case No. |
|---|---|
| 4/22/2025 | 2:23-CV-6302-HDV-AJR |

| Case Name |
|---|
| Mark Snookal v. Chevron USA, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Olivia Flechsig, Esq.
Allred, Maroko & Goldberg
6300 WILSHIRE BLVD
STE 1500
LOS ANGELES, CA 90048-5217

ORIGINAL TRANSCRIPT OF:

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Dr. Victor Adeyeye - Vol. II | 123.00 | Pages | @ | 7.000 | 861.00 |
| Half Day Per Diem | 1.00 | | @ | 300.000 | 300.00 |
| Before 8:00 a.m. or after 5:00 p.m. | 1.00 | Hours | @ | 250.000 | 250.00 |
| Black & White Exhibit | 9.00 | Pages | @ | 0.650 | 5.85 |
| Videoconference | 123.00 | Pages | @ | 0.850 | 104.55 |
| Video | 123.00 | Pages | @ | 0.850 | 104.55 |
| Accent/Fast Talkers/Dense Testimony | 123.00 | Pages | @ | 0.850 | 104.55 |
| Remote Videoconference (unlimited connections) | 3.50 | Hours | @ | 75.000 | 262.50 |
| Process & Handling | 1.00 | | @ | 65.000 | 65.00 |
| Litigation Package | 1.00 | | @ | 60.000 | 60.00 |
| Deposition Insights™ AI-Enabled Summaries (75-150 pages) | 1.00 | | @ | 59.000 | 59.00 |

VIDEOGRAPHY SERVICES

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Dr. Victor Adeyeye - Vol. II | | | | | |
| Remote Videographer Hourly Attendance (includes setup) | 2.00 | Hours | @ | 225.000 | 450.00 |
| Additional Videography Hours (Before 9:00am/After 5:00pm) | 2.00 | Hours | @ | 225.000 | 450.00 |

**TOTAL DUE   >>>   $3,077.00**

Thank you for choosing Lexitas – California: Court Reporting Division.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

---

Olivia Flechsig, Esq.
Allred, Maroko & Goldberg
6300 WILSHIRE BLVD
STE 1500
LOS ANGELES, CA 90048-5217

Invoice No.   : 133778
Invoice Date  : 5/8/2025
**Total Due**     : $3,077.00

Remit To: **Lexitas**
PO Box 734298
Dept 2043
Dallas, TX 75373-4298

Job No.     : 124407
BU ID       : 02-LA
Case No.    : 2:23-CV-6302-HDV-AJR
Case Name   : Mark Snookal v. Chevron USA, Inc.

TAB 5/10

# I N V O I C E



Phone: (800) 622-0226
info@AMKreporting.com

2530 Red Hill Avenue, Suite 120
Santa Ana, California 92705

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174726 | 6/12/2025 | 73558 |
| **Job Date** | **Case No.** | |
| 4/2/2025 | 2:23-CV-6302-HDV-AJR | |
| **Case Name** | | |
| Snookal vs. Chevron USA, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

1 of 1

Olivia Flechsig, Esq.
Allred Maroko & Goldberg
6300 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90048

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Anthony E. Reading, MPhil, Ph.D.

                                                                                      564.95

                          **TOTAL DUE  >>>**                       **$564.95**

Location of Job   : ZOOM ROOM

THANK YOU.

---

**Tax ID:** 99-2447796

Please detach bottom portion and return with payment.

Olivia Flechsig, Esq.
Allred Maroko & Goldberg
6300 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90048

Invoice No.   : 174726
Invoice Date  : 6/12/2025
**Total Due**    : **$564.95**

Remit To: **AMK Reporting, Inc.**
           **2530 Red Hill Avenue, Suite 120**
           **Santa Ana, CA 92705**

Job No.       : 73558
BU ID         : A-NB
Case No.      : 2:23-CV-6302-HDV-AJR
Case Name     : Snookal vs. Chevron USA, Inc.

**TAB 5/11**



# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136564 | 6/26/2025 | 127181 |
| Job Date | Case No. | |
| 6/16/2025 | 2:23-CV-6302-HDV-AJR | |
| Case Name | | |
| Mark Snookal v. Chevron USA, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Dolores Yvonne Leal, Esq.
Allred, Maroko & Goldberg
6300 WILSHIRE BLVD
STE 1500
LOS ANGELES, CA 90048-5217

```
AUDIO TRANSCRIPT OF
    Dr. Irving Sobel's Voicemail Message
        Minimum Original Transcript Fee        1.00            @   300.000    300.00
        Transcription and Playback Time        2.00   Hours    @    45.000     90.00
        Process & Handling                     1.00            @    85.000     85.00
        Litigation Package                     1.00            @    60.000     60.00
        ATS: AFL                               3.00   Pages    @     0.000      0.00
                                        TOTAL DUE  >>>                       $535.00
```

**Thank you for choosing Lexitas – California: Court Reporting Division.**
Please be advised that any invoice unpaid **30 days** after the issue date may incur a **1.5% monthly compounding finance charge.** Payment is not contingent upon payment from your client; all balances are the direct responsibility of the paying party listed on the invoice. If you believe there is a prior agreement regarding payment terms, please feel free to contact our office. We are happy to review and discuss any arrangements. If an attorney or collection agency is engaged to recover an unpaid balance, the client will also be responsible for all related collection costs, including legal fees. If you have any questions or would like to discuss payment terms, please don't hesitate to contact our office at your earliest convenience. You can reach us by email at *CA.Billing@LexitasLegal.com* or by phone at *619.777.1277*.

To pay your invoice online, visit: *www.lexitaslegal.com/pay-invoice*

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $535.00 |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Dolores Yvonne Leal, Esq.
Allred, Maroko & Goldberg
6300 WILSHIRE BLVD
STE 1500
LOS ANGELES, CA 90048-5217

Invoice No.   : 136564
Invoice Date  : 6/26/2025
**Total Due**   : **$535.00**

Remit To: **Lexitas**
**PO Box 734298**
**Dept 2043**
**Dallas, TX 75373-4298**

Job No.     : 127181
BU ID       : 02-LA
Case No.    : 2:23-CV-6302-HDV-AJR
Case Name   : Mark Snookal v. Chevron USA, Inc.

**TAB 5/12**

# I N V O I C E



1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 175143 | 7/1/2025 | 74977 |
| Job Date | Case No. | |
| 6/16/2025 | 2:23-CV-6302-HDV-AJR | |
| Case Name | | |
| Snookal vs. Chevron USA, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Phone: (800) 622-0226
info@AMKreporting.com

2530 Red Hill Avenue, Suite 120
Santa Ana, California 92705

Dolores Leal, Esq.
Allred Maroko & Goldberg
6300 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90048

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Dr. Irving Sobel                                                                                              500.15

**TOTAL DUE   >>>                                      $500.15**

Location of Job   : ZOOM ROOM

THANK YOU.

---

**Tax ID:** 99-2447796

*Please detach bottom portion and return with payment.*

Dolores Leal, Esq.
Allred Maroko & Goldberg
6300 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90048

Invoice No.   : 175143
Invoice Date   : 7/1/2025
**Total Due**   : **$500.15**

Remit To: **AMK Reporting, Inc.**
**2530 Red Hill Avenue, Suite 120**
**Santa Ana, CA 92705**

Job No.         : 74977
BU ID           : A-NB
Case No.        : 2:23-CV-6302-HDV-AJR
Case Name   : Snookal vs. Chevron USA, Inc.

**TAB 5/13**