# TAB 10(b)

**LAW OFFICES**
**ALLRED, MAROKO & GOLDBERG**
6300 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CALIFORNIA 90048
TEL: 323-653-6530   FAX: 323-653-1660
IRS #

MARK SNOOKAL



SEPTEMBER 30, 2025
OUR FILE: 2023019.01-DL

## HISTORICAL BILL

RESPONSIBLE ATTY: Dolores Leal

### COSTS AND DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 04/20/23 | Delivery services/messengers - FedEx | 23.32 |
| 05/11/23 | Delivery services/messengers - FedEx | 31.80 |
| 08/03/23 | Court filing fees - CA Central District Court | 402.00 |
| 08/08/23 | Process Service - ASAP Legal | 161.25 |
| 08/09/23 | Attorney Service - ASAP Legal Solutions | 42.75 |
| 11/17/23 | Attorney Service - ASAP Legal Solutions | 35.00 |
| 12/05/23 | Parking OF | 10.00 |
| 01/31/24 | Arbitrators/mediators - Signature Resolution | 7,950.00 |
| 04/03/24 | Copying | 481.75 |
| 05/13/24 | Experts - Baum Economics | 1,000.00 |
| 05/29/24 | Reporter's Fees - Abrams Mah & Kahn - Transcript of Mark Snookal | 1,313.30 |
| 06/08/24 | Experts - Baum Economics | 2,337.50 |
| 08/30/24 | Experts - CA Heart & Lung Surgery Medical | 5,000.00 |
| 09/13/24 | Reporter's Fees - Lexitas - Transcript and video of Thalia Tse | 2,322.65 |
| 09/16/24 | Reporter's Fees - Lexitas - Transcript and video of Scott Levy MD | 2,530.70 |
| 09/17/24 | Reporter's Fees - Lexitas - Transcript and video of Andrew Powers | 3,257.15 |
| 10/09/24 | Experts - Alexander Marmureanu, MD | 4,600.00 |
| 10/16/24 | Reporter's Fees - Lexitas - Transcript & Video of Dr. Eshiofe Ase Komeh | 4,191.97 |
| 10/18/24 | Exhibits - Thalia Tse | 19.30 |
| 11/20/24 | Reporter's Fees - Transcript o fDr. Ujomoti Akintude | 1,631.09 |
| 01/27/25 | Experts - Anthony Reading, PhD | 5,000.00 |
| 01/29/25 | Experts - Alexander Marmureanu, MD | 8,000.00 |
| 02/10/25 | Experts - Baum Economics LLC | 550.00 |
| 02/13/25 | Reporter's Fees - Transcript of Dr. Marmureanu | 529.80 |
| 02/20/25 | Reporter's Fees - AMK - Transcript of Charles Baum and Shahid Hameed Khan | 1,024.55 |
| 02/28/25 | Experts - Anthony Reading, PhD | 5,075.00 |

**10(b)/1**

PAGE 2
SEPTEMBER 30, 2025
MARK SNOOKAL
OUR FILE: 2023019.01-DL

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 02/28/25 | Reporter's Fees - AMK - Transcript of Linda Engel | 547.40 |
| 04/30/25 | Experts - Anthony Reading, PhD | 325.00 |
| 05/08/25 | Reporter's Fees - Lexitas - Transcript and Video of Dr. Victor Adeyeye | 3,077.00 |
| 05/08/25 | Parking OF | 20.00 |
| 05/28/25 | Parking DL | 12.00 |
| 06/12/25 | Reporter's Fees - AMK Reporting - Transcript of Dr. Reading | 564.95 |
| 06/12/25 | Reporter's Fees - Lexitas - Audio Transcript of Dr. Irving Sobel | 535.00 |
| 06/30/25 | Experts - Anthony Reading, PhD | 325.00 |
| 07/01/25 | AMK - Transcript of Dr. Irving Sobel | 500.15 |
| 07/02/25 | Attorney Service - ASAP Legal Solutions | 116.50 |
| 07/15/25 | Attorney Service - ASAP Legal Solutions | 193.10 |
| 07/16/25 | Attorney Service - ASAP Legal Solutions | 70.00 |
| 07/18/25 | Experts - CA Heart & Lung Surgery | 2,000.00 |
| 07/23/25 | Parking DL | 12.00 |
| 07/27/25 | Parking OF | 20.00 |
| 07/29/25 | Parking DL | 12.00 |
| 07/30/25 | Copying | 9.00 |
| 07/30/25 | Copying | 250.00 |
| 07/30/25 | Copying | 30.25 |
| 07/31/25 | Experts - Anthony Reading, PhD | 975.00 |
| 08/01/25 | Copying | 53.75 |
| 08/08/25 | Copying | 75.00 |
| 08/08/25 | Attorney Service - ASAP Legal Solutions | 80.45 |
| 08/08/25 | Attorney Service - ASAP Legal Solutions | 78.00 |
| 08/09/25 | Copying | 107.00 |
| 08/11/25 | Copying | 41.50 |
| 08/11/25 | Copying | 37.50 |
| 08/11/25 | Parking KS | 20.00 |
| 08/12/25 | Copying | 3.75 |
| 08/12/25 | Copying | 10.00 |
| 08/14/25 | Parking OF | 24.00 |
| 08/15/25 | Copying | 15.25 |
| 08/15/25 | Copying | 125.00 |
| 08/18/25 | Copying | 10.50 |
| 08/18/25 | Copying | 125.00 |
| 08/19/25 | Parking DL | 18.00 |
| 08/19/25 | Parking SM | 12.00 |
| 08/20/25 | Parking KS | 12.00 |
| 08/20/25 | Parking DL | 18.00 |
| 08/20/25 | Parking SM | 12.00 |
| 08/21/25 | Parking DL | 18.00 |
| 08/21/25 | Parking SM | 12.00 |
| 08/22/25 | Parking KS | 12.00 |
| 08/22/25 | Parking DL | 18.00 |
| 08/22/25 | Reporter's Fees - Maria Bustillos | 5,765.93 |

PAGE 3
SEPTEMBER 30, 2025
MARK SNOOKAL
OUR FILE: 2023019.01-DL

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/22/25 | Parking SM | 12.00 |
| 08/25/25 | Parking OF | 12.00 |
| 08/25/25 | Parking KS | 12.00 |
| 08/25/25 | Experts - Alexander R Marmureanu, MD | 62,800.00 |
| 08/25/25 | Parking DL | 12.00 |
| 08/25/25 | Experts - Baum Economics | 4,289.53 |
| 08/28/25 | Experts - Irving Sobel | 2,500.00 |
| 08/31/25 | Experts - Anthony Reading, PhD | 11,820.00 |
| | **TOTAL COSTS AND DISBURSEMENTS** | **$155,277.39** |

**10(b)/3**