DOLORES Y. LEAL (134176)
OLIVIA FLECHSIG (334880)
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048-5217
(323) 653-6530
dleal@amglaw.com
oflechsig@amglaw.com

**Attorneys for <u>Plaintiff MARK SNOOKAL</u>**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SNOOKAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-6302-HDV-AJR<br><br>~~(PROPOSED)~~ **FINAL JUDGMENT**<br><br>District Judge: Hon. Hernan D. Vera<br>Action Filed: August 3, 2023<br>Trial Date: August 19, 2025 |

This action came on regularly for trial on August 19 to 25, 2025 before a jury of 8 persons. Plaintiff Mark Snookal was represented by Dolores Y. Leal and Olivia Flechsig of Allred, Maroko & Goldberg. Defendant Chevron USA, Inc. was represented by Tracey A. Kennedy, Robert Mussig and H. Sarah Fan of Sheppard, Mullin, Richter & Hampton, LLP.

A jury of eight (8) persons was empaneled and sworn.

Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. After the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues, if after deliberations, they could do so. The jury deliberated and on August 25, 2025 returned to the Court with their unanimous verdict in favor of Plaintiff in the amount of $4,000,000.00.

On December 15, 2025, the Hon. Hernán D. Vera issued an Order awarding Plaintiff's counsel a total lodestar attorneys' fee of $1,517,468.18 and costs in the amount of $155,277.39.

**THEREFORE, IT IS SO ORDERED, ADJUDGED AND DECREED:**

1. That judgment be and hereby is, entered in favor of Plaintiff Mark Snookal and against Defendant Chevron USA, Inc. in the amount of $5,672,745.57.

2. That post-judgment interest shall accrue at the rate set forth in 28 U.S.C. §1961(a), commencing on the date judgment is entered until paid.

Dated: December 19, 2025

_____
Honorable Hernán D. Vera