| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | A Limited Liability Partnership<br>Including Professional Corporations |
| 3 | TRACEY A. KENNEDY, Cal Bar No. 150782 |
| 4 | ROBERT MUSSIG, Cal. Bar No. 240369<br>350 South Grand Avenue, 40th Floor |
| 5 | Los Angeles, CA 90071-3460<br>Telephone:     213.620.1780 |
| 6 | Facsimile:      213.620.1398 |
| 7 | E-mail:          tkennedy@sheppardmullin.com<br>                     rmussig@sheppardmullin.com |

Attorneys for Defendant.
CHEVRON U.S.A. INC.,
a Pennsylvania corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| MARK SNOOKAL, an individual, | Case No. 2:23-cv-6302-HDV-AJR |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL AND REPRESENTATION STATEMENT BY DEFENDANT CHEVRON U.S.A. INC.** |
| vs. | |
| CHEVRON USA, INC., a California Corporation, and DOES 1 through 10, inclusive, | District Judge: Hon. Hernán De. Vera<br>Magistrate Judge: Hon. A. Joel Richlin |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is given that Defendant Chevron U.S.A. Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from (i) the Judgment, dated September 3, 2025 (ECF No. 125), (ii) the Order Denying Defendant Chevron U.S.A. Inc.'s Renewed Motion for Judgment as a Matter of Law, or in the Alternative, Motion for New Trial and/or Remittitur, dated December 8, 2025 (ECF No. 138), (iii) the Order Granting in Part and Denying in Part Plaintiff's Motion for Attorneys' Fees and Costs, dated December 15, 2025 (ECF No. 139), (iv) the Final Judgment, dated December 19, 2025 (ECF No. 141), and (v) all orders and rulings subsumed in those judgments/orders and any prior orders on which those judgments/orders were based.

Dated: January 6, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *Tracey A. Kennedy*
TRACEY A. KENNEDY
ROBERT E. MUSSIG
Attorneys for Defendant
CHEVRON U.S.A. INC.,
a Pennsylvania Corporation

# REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendant Chevron U.S.A. Inc. submits this representation statement. The following list identifies all parties to the action as well as their respective counsel and appropriate contact information.

| Parties | Counsel of Record |
|---|---|
| Mark Snookal<br><br>Plaintiff/Appellee | ALLRED, MAROKO & GOLDBERG<br>Dolores Y. Leal (#134176)<br>Olivia Flechsig (#334880)<br>6300 Wilshire Blvd. Suite 1500<br>Los Angeles, CA 90048-5217<br>T: 323-653-6530<br>dleal@amglaw.com<br>oflechsig@amlaw.com |
| Chevron U.S.A. Inc.<br><br>Defendant/Appellant | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Tracey A. Kennedy (#150782)<br>Robert Mussig (#240369)<br>350 South Grand Avenue, 40th Floor<br>Los Angeles, CA 90071-3460<br>T: 213-620-1780<br>tkennedy@sheppardmullin.com<br>rmussig@sheppardmullin.com |