# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Tracey A. Kennedy |
| 2a. Contact Phone Number | 213-620-1780 |
| 3a. Contact E-mail Address | tkennedy@sheppardmullin.com |
| 1b. Attorney Name (if different) | |
| 2b. Attorney Phone Number | 213-620-1780 |
| 3b. Attorney E-mail Address | tkennedy@sheppardmullin.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Sheppard, Mullin, Richter and Hampton LLP
350 South Grand Avenue 40th Floor
Los Angeles, CA 90071

5. Name & Role of Party Represented: Chevron USA, Inc.
6. Case Name: Mark Snookal v. Chevron USA, Inc., et al.
7a. District Court Case Number: 2:23-cv-06302-HDV-AJR
7b. Appeals Court Case Number: 26-156

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

9. THIS TRANSCRIPT ORDER IS FOR: [X] Appeal  [ ] Non-Appeal    [ ] Criminal  [X] Civil    [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/09/2025 | 51 | A. Richlin | Informal Discovery Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ ____ | ORDINARY (30-day) |
| 04/28/2025 | 53 | A. Richlin | Informal Discovery Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ ____ | ORDINARY (30-day) |
| 06/09/2025 | 62 | A. Richlin | Informal Discovery Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ ____ | ORDINARY (30-day) |
| 07/30/2025 | 97 | H. Vera | Pretrial Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ ____ | ORDINARY (30-day) |
| 08/19/2025 | 106 | H. Vera | Minutes of Jury Trial (AM) | ● | ○ | ○ | ○ | ○ | ○ | ○ ____ | ORDINARY (30-day) |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: January 20, 2026    Signature: /s/Tracey A. Kennedy

G-120 (06/18)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DISTRICT COURT CASE NO.: 2:23-cv-06302-HDV-AJR
APPEALS COURT CASE NO.: 26-156

TRANSCRIPT ORDER FORM
ATTACHMENT

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE/PORTION | Format | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|
| 11/17/25 | 137 | H. Vera | Minutes of Plaintiff's Mot. for Attorney's Fees and Costs & Chevron's Renewed Motion for Judgment as a Matter of Law | PDF | | ORDINARY (30-day) |