# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Tracey A. Kennedy |
| 2a. Contact Phone Number | 213-620-1780 |
| 3a. Contact E-mail Address | tkennedy@sheppardmullin.com |
| 1b. Attorney Name (if different) | |
| 2b. Attorney Phone Number | 213-620-1780 |
| 3b. Attorney E-mail Address | tkennedy@sheppardmullin.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Sheppard, Mullin, Richter and Hampton LLP
350 South Grand Avenue 40th Floor
Los Angeles, CA 90071

**5. Name & Role of Party Represented:** Chevron USA, Inc.
**6. Case Name:** Mark Snookal v. Chevron USA, Inc., et al.
**7a. District Court Case Number:** 2:23-cv-06302-HDV-AJR
**7b. Appeals Court Case Number:** 26-156

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Maria Bustillos

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal ☐ Non-Appeal ☐ Criminal ☒ Civil ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# | Judge (name) | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/19/2025 | 106 | H. Vera | Minutes of Jury Trial (PM) | ● | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| 08/20/2025 | 107 | H. Vera | Minutes of Jury Trial | ● | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| 08/21/2025 | 108 | H. Vera | Minutes of Jury Trial | ● | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| 08/22/2025 | 111 | H. Vera | Minutes of Jury Trial | ● | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| 08/25/2025 | 112 | H. Vera | Minutes of Jury Trial | ● | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

**Date:** January 20, 2026
**Signature:** /s/Tracey A. Kennedy

G-120 (06/18)