# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Tracey A. Kennedy | 2a. Contact Phone Number: 213-620-1780 | 3a. Contact E-mail Address: tkennedy@sheppardmullin.com |
| 1b. Attorney Name (if different): | 2b. Attorney Phone Number: 213-620-1780 | 3b. Attorney E-mail Address: tkennedy@sheppardmullin.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Sheppard, Mullin, Richter and Hampton LLP
350 South Grand Avenue 40th Floor
Los Angeles, CA 90071

5. Name & Role of Party Represented: Chevron USA, Inc.
6. Case Name: Mark Snookal v. Chevron USA, Inc., et al.
7a. District Court Case Number: 2:23-cv-06302-HDV-AJR
7b. Appeals Court Case Number: 26-156

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

9. THIS TRANSCRIPT ORDER IS FOR: [X] Appeal  [ ] Non-Appeal    [ ] Criminal  [X] Civil    [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

b. SELECT FORMAT(S) (CM/ECF access included with purchase of transcript.)

c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of efiled transcript, or check to certify none yet on file.)

d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE DATE | DELIVERY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/09/2025 | 51 | A. Richlin | Informal Discovery Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ ____ | ORDINARY (30-day) |
| 04/28/2025 | 53 | A. Richlin | Informal Discovery Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ ____ | ORDINARY (30-day) |
| 06/09/2025 | 62 | A. Richlin | Informal Discovery Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ ____ | ORDINARY (30-day) |
| 07/30/2025 | 97 | H. Vera | Pretrial Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ ____ | ORDINARY (30-day) |
| 08/19/2025 | 106 | H. Vera | Minutes of Jury Trial (AM) | ● | ○ | ○ | ○ | ○ | ○ | ○ ____ | ORDINARY (30-day) |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: January 20, 2026     Signature: /s/Tracey A. Kennedy

G-120 (06/18)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DISTRICT COURT CASE NO.: 2:23-cv-06302-HDV-AJR
APPEALS COURT CASE NO.: 26-156

TRANSCRIPT ORDER FORM
ATTACHMENT

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE/PORTION | Format | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|
| 11/17/25 | 137 | H. Vera | Minutes of Plaintiff's Mot. for Attorney's Fees and Costs & Chevron's Renewed Motion for Judgment as a Matter of Law | PDF | | ORDINARY (30-day) |