CORRECTED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. CV 23-6302-HDV-AJRx | Date 7/29/2025 |
| Title *Mark Snookal v. Chevron USA, Inc. et al* | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Dolores Leal/Olivia Fleschsig | Tracey Kennedy/Robert Musiq |

**Proceedings:   PRETRIAL CONFERENCE**

The Court outlines how the trial will be conducted and provides a trial schedule. The first day of trial will start promptly at 9am; thereafter, the start time will be 8:30am.

The Court allots a total trial time of nine (9) hours per side. Counsel shall track their allotted time.

The Court orders counsel to submit their deposition designations by no later than August 14, 2025, and file a revised joint exhibit and witness list soon. Counsel shall use the Court's exhibit and witness list templates located on the website.

Regarding the request made by defense counsel to allow witnesses to testify by videoconference, the Court first notes the importance of in-person testimony in the context of a jury trial; it is the best way for jurors to gauge the credibility of witnesses. In the absence of compelling reasons, the Court does not normally permit remote testimony. However, the Court finds that the representations made by defense counsel sufficiently show compelling circumstances to allow remote testimony for those witnesses residing in Nigeria.

To facilitate such remote testimony, the Court **ORDERS** as follows:

1.  Counsel will be responsible for hosting the videoconference call. Before the first witness testifying by videoconference is called, counsel shall test the courtroom system with the courtroom deputy clerk. Please note, the videoconference line will be accessible to the public.

2.  Counsel shall email the courtroom deputy clerk a list of exhibits solely for impeachment purposes.

3.  Counsel shall provide the witness with a hard copy of all exhibits in advance of testimony.

4.  The witness may not login to the videoconference line without Court approval and until counsel notifies the witness.

5.  The witness must have access to email during testimony so counsel can contact the witness immediately.

6.  The witness must be alone in a quiet room during testimony.

7.  The witness may not be contacted during testimony.

8.  The witness may not refer to any notes or other documents or information during testimony without Court approval.

Time: 43min